# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No.:

# 05-40151 FDS

## MOTION FOR ADMISSIONS PRO HAC VICE

Pursuant to Local Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, John O. Mirick, of Mirick, O'Connell, DeMallie & Lougee, LLP, attorney for FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.P., by the Tax Matters Partner ("Plaintiff"), moves this Court for an order granting leave for William F. Nelson, David J. Curtin, James D. Bridgeman, Ronald L. Buch, Sheri A. Dillon, and Lena Amanti, of the firm of McKee Nelson, LLP, to appear and practice in this Court for the purpose of representing Plaintiff in this action.

In support of this motion, the attorney for the Plaintiff represents the following:

1.    Plaintiff is represented in this action by John O. Mirick, of the law firm of Mirick, O'Connell, DeMallie & Lougee, LLP, who is a member in good standing of the Bar of this Court.

FILING FEE PAID:
RECEIPT # 404647
AMOUNT $ 300.00
BY DPTY CLK KM
DATE 9-1-05

2.     The appearance and active participation of attorneys William F. Nelson, David J. Curtin, James D. Bridgeman, Ronald L. Buch, Sheri A. Dillon, and Lena Amanti on behalf of Plaintiff will facilitate the proper presentation of Plaintiff's position to this Court because of their familiarity with this action and their experience in actions such as this.

3.     As stated in the attached affidavits, William F. Nelson, David J. Curtin, James D. Bridgeman, Ronald L. Buch, Sheri A. Dillon, and Lena Amanti are attorneys with the firm of McKee Nelson LLP, 1919 M Street, NW, Suite 800, Washington, D.C. 20036. They are all members in good standing of the Bar of the District of Columbia. They are all members of the Bar in good standing in every jurisdiction in which they have been admitted to practice and there are no disciplinary proceedings pending against any of them as a member of the Bar in any jurisdiction. They are all familiar with the Local Rules of this Court.

4.     The required filing fee of $50.00 per attorney ($300.00 total) accompanies this motion.

WHEREFORE, this Court is asked to grant leave to William F. Nelson, David J. Curtin, James D. Bridgeman, Ronald L. Buch, Sheri A. Dillon, and Lena Amanti to appear and practice in this Court in this action.

Respectfully submitted this _1st_ day of September 2005.

John O. Mirick
BBO #349240
MIRICK, O'CONNELL, DEMALLIE

2

& LOUGEE, LLP
100 Front Street
Worcester, MA 01608
Telephone:  (508) 791-8500
Facsimile:  (508) 791-8502

# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner, )<br><br>Plaintiff, )<br><br>v. )<br><br>UNITED STATES OF AMERICA, )<br><br>Defendant. ) | Case No.:<br><br>**05-40151 FDS** |

## AFFIDAVIT OF WILLIAM F. NELSON

I, William F. Nelson, certify that

1.     I am an attorney with McKee Nelson LLP.  My business address is 1919 M Street, NW, Suite 800, Washington, DC 20036-3537, and my business phone number is (202) 775-1880;

2.     I am eligible for admission pro hac vice to this Court pursuant to Local Rule 83.5.3;

3.     I am a member in good standing of the Bar of the District of Columbia, and a Certificate of Good Standing is attached;

4.     I am a member in good standing of the Bar in every jurisdiction in which I have been admitted to practice and there are no disciplinary proceedings pending against me as a member of any Bar;

5.    I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated this _22 nd_ day of _August_ , 2005.

William F. Nelson
MCKEE NELSON LLP
1919 M Street, N.W., Suite 800
Washington, D.C. 20036
Telephone: (202) 775-1880
Facsimile: (202) 775-8586

SUBSCRIBED AND SWORN TO before me this _22_ day of _Aug_ , 2005.

NOTARY PUBLIC

My Commission Expires:        MY COMMISSION EXPIRES
                              NOVEMBER 14, 2007

2



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
#### Washington, D. C. 20001
##### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

WILLIAM F. NELSON

---

was on the   3ᴿᴰ   day of   APRIL, 2000

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court at the City of
Washington, D.C., on August
10, 2005.

GARLAND PINKSTON, JR., CLERK

By: _____
                Deputy Clerk

## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner,<br><br>        Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.:

# 05 - 40151 FDS

### AFFIDAVIT OF DAVID J. CURTIN

I, David J. Curtin, certify that

    1.    I am an attorney with McKee Nelson LLP.  My business address is 1919 M Street, NW, Suite 800, Washington, DC 20036-3537, and my business phone number is (202) 775-1880;

    2.    I am eligible for admission pro hac vice to this Court pursuant to Local Rule 83.5.3;

    3.    I am a member in good standing of the Bar of the District of Columbia, and a Certificate of Good Standing is attached;

    4.    I am a member in good standing of the Bar in every jurisdiction in which I have been admitted to practice and there are no disciplinary proceedings pending against me as a member of any Bar;

5.    I am familiar with the Local Rules of the United States District Court for
the District of Massachusetts.

Dated this **30**ᵗʰ day of *August* 2005.

David J. Curtin
D.C. Bar #281220
MCKEE NELSON LLP
1919 M Street, N.W., Suite 800
Washington, D.C. 20036
Telephone:  (202) 775-1880
Facsimile:  (202) 775-8586

SUBSCRIBED AND SWORN TO before me this *30* day of *Aug* , 2005.

NOTARY PUBLIC

My Commission Expires:        MY COMMISSION EXPIRES
                              NOVEMBER 14, 2007

2



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

DAVID J. CURTIN

was on the   14TH   day of      SEPTEMBER, 1979

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court at the City of
Washington, D.C., on August
10, 2005.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No.:<br><br>**05-40151 FDS** |

## AFFIDAVIT OF JAMES D. BRIDGEMAN

I, James D. Bridgeman, certify that

1.      I am an attorney with McKee Nelson LLP.  My business address is 1919 M Street, NW, Suite 800, Washington, DC 20036-3537, and my business phone number is (202) 775-1880;

2.      I am eligible for admission pro hac vice to this Court pursuant to Local Rule 83.5.3;

3.      I am a member in good standing of the Bar of the District of Columbia, and a Certificate of Good Standing is attached;

4.      I am a member in good standing of the Bar in every jurisdiction in which I have been admitted to practice and there are no disciplinary proceedings pending against me as a member of any Bar;

5.     I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated this _30th_ day of _August_ , 2005.

James D. Bridgeman
D.C. Bar #423976
MCKEE NELSON LLP
1919 M Street, N.W., Suite 800
Washington, D.C. 20036
Telephone:  (202) 775-1880
Facsimile:  (202) 775-8586

SUBSCRIBED AND SWORN TO before me this _30_ day of _Aug_ , 2005.

NOTARY PUBLIC

My Commission Expires:      MY COMMISSION EXPIRES
                            NOVEMBER 14, 2007

2



## District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

JAMES D. BRIDGEMAN

_____

was on the    4ᵀᴴ    day of    JUNE, 1990

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

> In Testimony Whereof, I have
> hereunto subscribed my name
> and affixed the seal of this
> Court at the City of
> Washington, D.C., on August
> 10, 2005.

GARLAND PINKSTON, JR., CLERK

By: _____
                    Deputy Clerk

## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No.:

## 05-40151 FDS

### AFFIDAVIT OF RONALD L. BUCH

I, Ronald L. Buch, certify that

1.      I am an attorney with McKee Nelson LLP.  My business address is 1919 M Street, NW, Suite 800, Washington, DC 20036-3537, and my business phone number is (202) 775-1880;

2.      I am eligible for admission pro hac vice to this Court pursuant to Local Rule 83.5.3;

3.      I am a member in good standing of the Bar of the District of Columbia, and a Certificate of Good Standing is attached;

4.      I am a member in good standing of the Bar in every jurisdiction in which I have been admitted to practice and there are no disciplinary proceedings pending against me as a member of any Bar;

5.    I am familiar with the Local Rules of the United States District Court for

the District of Massachusetts.


Dated this _30th_ day of _August_, 2005.

                                          _____
                                          Ronald L. Buch
                                          D.C. Bar #450903
                                          MCKEE NELSON LLP
                                          1919 M Street, N.W., Suite 800
                                          Washington, D.C. 20036
                                          Telephone: (202) 775-1880
                                          Facsimile: (202) 775-8586


SUBSCRIBED AND SWORN TO before me this _30_ day of _Aug_, 2005.

                                          _____
                                          NOTARY PUBLIC


My Commission Expires:

                        MY COMMISSION EXPIRES
                        NOVEMBER 14, 2007




                                    2



## District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

RONALD L. BUCH

was on the   3 RD    day of    MAY, 1996

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court at the City of
Washington, D.C., on August
10, 2005.

GARLAND PINKSTON, JR., CLERK

By: _____
            Deputy Clerk

# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No.:

## 05 - 40151 EDS

## AFFIDAVIT OF SHERI A. DILLON

I, Sheri A. Dillon, certify that

1.    I am an attorney with McKee Nelson LLP.  My business address is 1919 M Street, NW, Suite 800, Washington, DC 20036-3537, and my business phone number is (202) 775-1880;

2.    I am eligible for admission pro hac vice to this Court pursuant to Local Rule 83.5.3;

3.    I am a member in good standing of the Bar of the District of Columbia, and a Certificate of Good Standing is attached;

4.    I am a member in good standing of the Bar in every jurisdiction in which I have been admitted to practice and there are no disciplinary proceedings pending against me as a member of any Bar;

5.    I am familiar with the Local Rules of the United States District Court for

the District of Massachusetts.

Dated this ___30th___ day of ___Aug___, 2005.

_____
Sheri A. Dillon
D.C. Bar #468449
MCKEE NELSON LLP
1919 M Street, N.W., Suite 800
Washington, D.C. 20036
Telephone: (202) 775-1880
Facsimile: (202) 775-8586

SUBSCRIBED AND SWORN TO before me this ___30th___ day of ___Aug.___, 2005.

_____
NOTARY PUBLIC

My Commission Expires:

TiaJuana A. Shepherd
Notary Public District of Columbia
My Commission Expires November 30, 2005

2



### District of Columbia Court of Appeals
#### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

SHERI A. DILLON

was on the   10TH   day of   JULY, 2000

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court at the City of
Washington, D.C., on August
10, 2005.

GARLAND PINKSTON, JR., CLERK

By: _____
                Deputy Clerk

# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No.:

## AFFIDAVIT OF LENA AMANTI

I, Lena Amanti, certify that

1.    I am an attorney with McKee Nelson LLP.  My business address is 1919 M Street, NW, Suite 800, Washington, DC 20036-3537, and my business phone number is (202) 775-1880;

2.    I am eligible for admission pro hac vice to this Court pursuant to Local Rule 83.5.3;

3.    I am a member in good standing of the Bar of the District of Columbia, and a Certificate of Good Standing is attached;

4.    I am a member in good standing of the Bar in every jurisdiction in which I have been admitted to practice and there are no disciplinary proceedings pending against me as a member of any Bar;

5.    I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated this ___30___ day of ___August___, 2005.

_Lena Amanti_

Lena Amanti
D.C. Bar #490791
MCKEE NELSON LLP
1919 M Street, N.W., Suite 800
Washington, D.C. 20036
Telephone:  (202) 775-1880
Facsimile:  (202) 775-8586

SUBSCRIBED AND SWORN TO before me this _30_ day of _Aug_ , 2005.

_Michelle J. Brown_

NOTARY PUBLIC

My Commission Expires:

MY COMMISSION EXPIRES
NOVEMBER 14, 2007

2



## District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

LENA AMANTI

was on the    10TH    day of    JANUARY, 2005

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court at the City of
Washington, D.C., on August
10, 2005.

GARLAND PINKSTON, JR., CLERK

By:  _____
                Deputy Clerk