AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF   Massachusetts

Fidelity International Currency
Advisor A Fund, LLC, by the Tax
Matters Partner

v.

United States of America

**APPEARANCE**

Case Number: 05-40151 FDS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Fidelity Int'l Currency Advisor A Fund LLC

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/6/2005 | _(signature)_ |
| Date | Signature |
| | Michele P. Rosano — 554043 |
| | Print Name — Bar Number |
| | Mirick O'Connell, 100 Front Street |
| | Address |
| | Worcester — MA — 01608 |
| | City — State — Zip Code |
| | (508) 860-1586 — (508) 791-8502 |
| | Phone Number — Fax Number |