UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., | ) ) ) | |
| Plaintiff, | ) ) | Civil No. 05-40151 |
| v. | ) ) | Judge Saylor |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) | |

MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

The United States, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, requests a 60-day enlargement of time to respond to the complaint in this federal tax case in which over $62,000,000 is in dispute. Counsel have conferred in good faith, and the plaintiff does not oppose a 30-day enlargement, but the Internal Revenue Service estimates that it will need more than 30 days to review the relevant files and draft an adequate defense letter for the Department of Justice. Upon receipt of the defense letter, counsel for the United States will need additional time to evaluate the Service's views and draft an appropriate response. Absent an extension, the United States' response is due November 14, 2005.

               Respectfully submitted,

               MICHAEL J. SULLIVAN
               United States Attorney

               /s/ Matthew C. Hicks
               MATTHEW C. HICKS
               Trial Attorney, Tax Division
               United States Department of Justice
               P.O. Box 55, Ben Franklin Station
               Washington, D.C. 20044-0055
               Telephone: (202) 307-6542

- 2 -

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., ) ) ) Plaintiff, ) ) v. ) ) UNITED STATES OF AMERICA, ) ) Defendant. ) | Civil No. 05-40151 Judge Saylor |

## ORDER

The Court hereby grants the United States' motion for a 60-day extension of time to respond to the complaint in this case.  The United States' response is due January 13, 2006.

SO ORDERED.

_____
F. DENNIS SAYLOR IV
United States District Judge

Dated: