AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Massachusetts _____

Fidelity International Currency Advisor A Fund,
L.L.C., by the Tax Matters Partner

**SUMMONS IN A CIVIL ACTION**

V.

United States of America

CASE NUMBER: 05-40151 FDS

TO: (Name and address of Defendant)

Hon. Alberto R. Gonzales
United States Attorney General
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John O. Mirick
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608

David J. Curtin
McKee Nelson LLP
1919 M Street, N.W., Suite 800
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**

CLERK

(By) DEPUTY CLERK

DATE  9/2/2005

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 11/16/05 |
| NAME OF SERVER (PRINT) Michele P. Rosano | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):   See attached affidavit regarding service pursuant to Federal Rule 4(i)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
           Date             *Signature of Server*

                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Massachusetts

Fidelity International Currency Advisor A Fund,
L.L.C., by the Tax Matters Partner

**SUMMONS IN A CIVIL ACTION**

V.

United States of America

CASE NUMBER: 05-40151 FDS

TO: (Name and address of Defendant)

Donald L. Korb
Chief Counsel
Internal Revenue Service
1111 Constitution Avenue, N.W.
Washington, D.C. 20224

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John O. Mirick
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608

David J. Curtin
McKee Nelson LLP
1919 M Street, N.W., Suite 800
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  9/2/2005

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 11/16/05 |
| NAME OF SERVER (PRINT) Michele P. Rosano | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):    See attached affidavit regarding service pursuant to Federal Rule 4(i)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    *Michele P. Rosano*
             Date                  *Signature of Server*

                                                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

◎AO 440 (Rev 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Massachusetts

Fidelity International Currency Advisor A Fund,
L.L.C., by the Tax Matters Partner

**SUMMONS IN A CIVIL ACTION**

V.

United States of America

CASE NUMBER: 05-40151 FDS

TO: (Name and address of Defendant)

Michael J. Sullivan
United States Attorney
Donohue Federal Building
Room #206
595 Main Street
Worcester, MA 01608

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John O. Mirick
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608

David J. Curtin
McKee Nelson LLP
1919 M Street, N.W., Suite 800
Washington, D.C. 20036

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**

CLERK

_(signature)_
(By) DEPUTY CLERK

DATE  9/2/2005

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 11/16/05 |
| NAME OF SERVER (PRINT) Michele P. Rosano | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):   See attached affidavit of service pursuant to Federal Rule 4(i)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
         Date              Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FIDELITY INTERNATIONAL CURRENCY
ADVISOR A FUND, LLC by the Tax Matters
Partner,
    Plaintiff

V.

UNITED STATES OF AMERICA,
    Defendant

CIVIL ACTION NO. 05-40151-FDS

## AFFIDAVIT OF SERVICE AND COMPLIANCE WITH
## FEDERAL RULE OF CIVIL PROCEDURE 4(i)

I, Michele P. Rosano, Esquire, hereby certify the following:

1.    On September 2, 2005, I served a Summons returnable to this Court and copy of the Complaint and Civil Action Cover Sheet upon the United States Attorney, by certified mail, addressed to Michael J. Sullivan, United States Attorney c/o Civil Process Clerk, Office of the United States Attorney, Donohue Federal Building, Room #206, 595 Main Street, Worcester, MA 01605. Receipt of process was acknowledged by [signature undecipherable] on September 7, 2005, as indicated upon the domestic return receipt attached hereto as Exhibit A.

2.    On September 2, 2005, I served a Summons returnable to this Court and copy of the Complaint and Civil Action Cover Sheet upon the United States Attorney General, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530. Receipt of process was acknowledged by Ernest L. Raule on September 7, 2005, as indicated upon the domestic return receipt attached hereto as Exhibit B.

3.	On September 2, 2005, I served a Summons returnable to this Court and copy of the Complaint and Civil Action Cover Sheet upon the Chief Counsel of the Internal Revenue Service (the "IRS"), by certified mail, addressed to Donald L. Korb, Esq., 1111 Constitution Avenue, N.W., Washington, D.C. 20224. The United States Postal Service ("USPS") tracking system indicates that receipt of process was acknowledged by M. Jasper on September 7, 2005, as indicated upon the USPS tracking system report, but, however, that the original return receipt "green card" continues to be held by the USPS. A copy of the USPS tracking system report is attached as Exhibit C. The USPS has represented that its tracking system report is the only proof of service currently available.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 5th DAY OF DECEMBER, 2005.

Michele P. Rosano, Esq.