UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner, | ) ) ) ) |
| Plaintiff, | ) Civil No. 05-40151 ) |
| v. | ) Judge Saylor ) |
| UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) |

NOTICE OF APPEARANCE

The United States, pursuant to Local Rule 83.5.2(a), hereby notices the appearance of Dennis M. Donohue, its lead attorney in this matter.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

        /s/ Dennis M. Donohue
        DENNIS M. DONOHUE
        SENIOR LITIGATION COUNSEL
        OFFICE OF CIVIL LITIGATION
        Tax Division
        U.S. Department of Justice
        P.O. Box 403, Ben Franklin Station
        Washington, D.C. 20044
        Telephone: (202) 307-6492
        Facsimile: (202) 307-2504
        E-mail: dennis.donohue@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that this Notice of Appearance, which has been filed through the ECF system, will be served electronically on the registered participants and by United States mail on the non-registered participants, as identified on the Notice of Electronic Filing (NEF), this 24th day of January, 2006.

    /s/ Dennis M. Donohue

    DENNIS M. DONOHUE