UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil No. 05-40151 |
| v. | ) ) | Judge Saylor |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

The United States, pursuant to Local Rule 83.5.2(a), hereby notices the appearance of Barry E. Reiferson, a notice attorney in this matter.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

        /s/ Barry E. Reiferson
        BARRY E. REIFERSON
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 55, Ben Franklin Station
        Washington, D.C. 20044-0055
        Telephone: (202) 514-6058
        Facsimile: (202) 514-5238
        E-mail: barry.e.reiferson@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that this Notice of Appearance, which has been filed through the ECF system, will be served electronically on the registered participants and by United States mail on the non-registered participants, as identified on the Notice of Electronic Filing, this 25th day of January 2006.

        /s/ Barry E. Reiferson
        BARRY E. REIFERSON

1516751.1