**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner, ) ) ) ) ) | |
| Plaintiff, ) ) | Case No.: 05-40151-FDS |
| v. ) ) | |
| UNITED STATES OF AMERICA, ) ) | |
| Defendant. ) ) ) | |

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 16.1(d)(3)

Pursuant to Local Rule 16.1(d)(3), Plaintiff, the Tax Matters Partner of Fidelity International Currency Advisor A Fund, L.L.C., and his counsel provide the following certification:

We certify that we have conferred (a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of this litigation and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

/

/

/

/

1

Dated this 3rd day of February 2006.

        /s/ Richard J. Egan
        Richard J. Egan
        Tax Matters Partner
        FIDELITY INTERNATIONAL CURRENCY
        ADVISOR A FUND, L.L.C.

        The paper document bears an original signature.

        /s/ David J. Curtin
        /s/ Lena Amanti
        David J. Curtin, D.C. Bar #281220
        Ronald L. Buch, Jr., D.C. Bar #450903
        Lena Amanti, D.C. Bar #490791
        MCKEE NELSON LLP
        1919 M Street, N.W., Suite 800
        Washington, D.C. 20036
        Telephone:  (202) 775-1880
        Facsimile:  (202) 775-8586
        Email: dcurtin@mckeenelson.com
              rbuch@mckeenelson.com
              lamanti@mckeenelson.com

        The paper document bears an original signature of
        David J. Curtin.

        COUNSEL FOR PLAINTIFF