UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No.: 05-40151-FDS |

**PLAINTIFF'S MOTION TO QUASH SUBPOENA DUCES TECUM**

Plaintiff, the tax matters partner of Fidelity International Currency Advisor A Fund, L.L.C. ("FICA A Fund"), moves this Court, pursuant to Rules 26(c) and 45 of the Federal Rules of Civil Procedure, to issue an order quashing those portions of the subpoena served by Defendant on KPMG on March 31, 2006 that seek documents that do not relate to Richard Egan, FICA A Fund, the advisors involved in the FICA A Fund transaction, or the development of this specific type of transaction within KPMG.[1] The government has made no proffer demonstrating how such documents and information concerning other taxpayers are relevant to the present case or how they will lead to the discovery of admissible evidence. At best, the government can attempt to justify its overly-broad demand that discovery of "pattern evidence" concerning

---

[1] This Motion can be viewed by the Court as either a motion to quash, as it is entitled, or as a motion for a protective order that "discovery not be had" or that "discovery be limited to certain matters." Fed. R. Civ. P. 26(c)(1), (4). However viewed, the relief sought is the same and the Court has the authority to grant the relief sought in this Motion.

1

fifteen non-party individuals and thirty-eight non-party entities dating back to 1996 is necessary in order to prove what Plaintiff did and why in 2001. There can be no "pattern evidence" involving FICA A Fund; FICA A Fund was created in 2000 and was involved in the relevant transaction in 2001, for which the IRS disallowed deductions on its 2001 tax return. In truth, no such speculative "pattern evidence" is even remotely justified by the rules of discovery or evidence.

As set forth in the Memorandum in Support of Plaintiff's Motion to Quash Subpoena Duces Tecum, filed contemporaneously with this Motion, this Motion is necessary because the subpoena the government issued to KPMG seeks voluminous documents that are not relevant to the parties or transaction at issue in this case; the review of these irrelevant documents will unduly burden Plaintiff and the Court; and the disclosure of tax return information of non-parties is inappropriate.

Plaintiff respectfully requests that its Motion to Quash Subpoena Duces Tecum be granted.

## REQUEST FOR ORAL ARGUMENT

The Court has scheduled a conference with the parties for May 11, 2006 to discuss any important issues, including discovery problems. If not resolved before that conference, Plaintiff, in accordance with Local Rule 7.1(d), respectfully requests this Motion be argued on May 11, 2006 because Plaintiff believes that oral argument may assist the Court and Plaintiff wishes to be heard.

Dated this 14th day of April 2006.

       PLAINTIFF
       FIDELITY INTERNATIONAL CURRENCY ADVISOR
       A FUND, L.L.C., by the Tax Matters Partner


       /s/ Lena Amanti
       David J. Curtin, D.C. Bar #281220
       Ronald L. Buch, Jr., D.C. Bar #450903
       Lena Amanti, D.C. Bar #490791
       MCKEE NELSON LLP
       1919 M Street, N.W., Suite 800
       Washington, D.C. 20036
       Telephone:  (202) 775-1880
       Facsimile:  (202) 775-8586
       Email:  dcurtin@mckeenelson.com
             rbuch@mckeenelson.com
             lamanti@mckeenelson.com

       John O. Mirick, BBO #349240
       MIRICK, O'CONNELL, DEMALLIE
       & LOUGEE, LLP
       100 Front Street
       Worcester, MA 01608
       Telephone:  (508) 791-8500
       Facsimile:  (508) 791-8502
       Email:  jomirick@mirickoconnell.com

**Certificate of Compliance with Federal and Local Rules**

I hereby certify, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and Local Rule 7.1(a)(2), that counsel for movant has in good faith conferred or attempted to confer with counsel for Defendant in an attempt to resolve the dispute without court action and to narrow the issues.  I also hereby certify that Plaintiff has complied with the provisions of Local Rule 37.1.

       /s/ Lena Amanti
       Lena Amanti, D.C. Bar #490791
       MCKEE NELSON LLP
       1919 M Street, N.W., Suite 800
       Washington, D.C. 20036
       Telephone:  (202) 775-1880
       Facsimile:  (202) 775-8586
       Email:  lamanti@mckeenelson.com

**Certificate of Service**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 14, 2006.

> /s/ Lena Amanti
> Lena Amanti, D.C. Bar #490791
> MCKEE NELSON LLP
> 1919 M Street, N.W., Suite 800
> Washington, D.C. 20036
> Telephone: (202) 775-1880
> Facsimile: (202) 775-8586
> Email: lamanti@mckeenelson.com