UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner, | )<br>)<br>) |
| Plaintiff, | ) Civil No. 05-40151 |
| v. | ) Judge Saylor |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

NOTICE OF UNITED STATES' PRODUCTION OF DOCUMENTS
DESCRIBED IN ITS RULE 26(a)(1) INITIAL DISCLOSURES

The United States, pursuant to the Court's Order of March 22, 2006, is producing the non-privileged documents described in categories 1 through 4 of its initial disclosures. The remaining categories of documents referenced in the United States' initial disclosures are part of the public record. Pursuant to our agreement with Plaintiff for a two week enlargement of time

1675167.1

to respond to its first set of discovery, the United States will provide plaintiff with a privilege log on or before May 15, 2006.

Dated April 28, 2006.

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney

                    /s/ Dennis M. Donohue
                    DENNIS M. DONOHUE
                    SENIOR LITIGATION COUNSEL
                    OFFICE OF CIVIL LITIGATION
                    U.S. Department of Justice
                    P.O. Box 403, Ben Franklin Station
                    Washington, D.C.  20044
                    Telephone: (202) 307-6492
                    Facsimile: (202) 307-2504
                    E-mail: dennis.donohue@usdoj.gov

                    JOHN A. LINDQUIST
                    BARRY E. REIFERSON
                    MATTHEW C. HICKS
                    Trial Attorneys, Tax Division
                    U.S. Department of Justice
                    P.O. Box 55, Ben Franklin Station
                    Washington, D.C.  20044-0055
                    Telephone:  (202) 307-6542
                    Facsimile:  (202) 514-5238
                    E-mail: matthew.c.hicks@usdoj.gov
                          john.a.lindquist@usdoj.gov
                          barry.e.reiferson@usdoj.gov

Certificate of Service
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on April 28, 2006.

/s/ Barry E. Reiferson
Trial Attorney
US Department of Justice, Tax Division

1675167.1