UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil No. 05-40151 |
| v. | ) ) | Judge Saylor |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

**CERTIFICATION IN SUPPORT OF
UNITED STATES' MOTION FOR PROTECTIVE ORDER**

I, Dennis M. Donohue, the lead trial attorney of record for the defendant, United States of America, hereby certify that counsel for the United States has in good faith conferred with counsel for plaintiff on May 8, 2006 in an effort to resolve this dispute without court action. The United States seeks the entry of a Protective Order at the request of KPMG, LLP ("KPMG") in order to protect the privacy interests of its non-party clients during the discovery phase of this litigation. A copy of the proposed Protective Order is attached to the motion for protective order.

Plaintiff objects to the proposed Protective Order upon the ground that it may be mooted by its pending motion to quash. In addition, plaintiff objects to the form of the proposed protective order on the ground that it treats plaintiff differently than the United States by not affording plaintiff a right to use the information in other litigation upon approval by KPMG. Neither KPMG nor the United States object to allowing plaintiff a similar right. While counsel for plaintiff has represented that he may also have other objections to the form of the proposed

1689121.1

order, he has thus far not indicated any other objections to the current wording of the Protective Order.

In light of plaintiff's position that the matter is moot, there was no likelihood that the parties could agree to submit a stipulated Protective Order to the Court for approval, thereby necessitating this motion. Because the United States believes plaintiff's motion to quash is meritless, and because KPMG is withholding a portion of the subpoenaed documents pending entry of a Protective Order protecting the privacy interests of its non-party clients, the United States was compelled to file this motion.

The United States hereby moves this Court pursuant to Rules 26(c) and 45 of the Federal Rules of Civil Procedure for the entry of a protective order with respect to documents produced and to be produced by KPMG . The United States respectfully requests the entry of the Protective Order in the form proposed or in any other form approved by the Court which will

1689121.1

similarly protect the privacy rights of KPMG's non-party clients during the discovery phase of this ligation.

Dated May 9, 2006.

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          United States Attorney

          /s/ Dennis M. Donohue
          DENNIS M. DONOHUE
          SENIOR LITIGATION COUNSEL
          OFFICE OF CIVIL LITIGATION
          Trial Attorney, Tax Division
          U.S. Department of Justice
          P.O. Box 403, Ben Franklin Station
          Washington, D.C. 20044
          Telephone: (202) 307-6492
          Facsimile: (202) 307-2504
          E-mail: dennis.donohue@usdoj.gov

          JOHN A. LINDQUIST
          BARRY E. REIFERSON
          MATTHEW C. HICKS
          Trial Attorneys, Tax Division
          U.S. Department of Justice
          P.O. Box 55, Ben Franklin Station
          Washington, D.C. 20044-0055
          Telephone: (202) 307-6561
          Facsimile: (202) 514-5238
          E-mail: john.a.lindquist@usdoj.gov
                 barry.e.reiferson@usdoj.gov
                 matthew.c.hicks@usdoj.gov

Certificate of Service
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on May 9, 2006.

1689121.1