UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, LLC by the Tax Matters Partner,<br>    Plaintiff<br><br>V.<br><br>UNITED STATES OF AMERICA,<br>    Defendant | CIVIL ACTION NO. 05-40151-FDS |

## WITHDRAWAL OF APPEARANCE
## OF MICHELE P. ROSANO, ONLY

Please withdraw the appearance of Michele P. Rosano on behalf of the plaintiff, Fidelity International Currency Advisor A Fund, LLC by the Tax Matters Partner ("Fidelity").

The appearance of John O. Mirick, and that of the law firm of Mirick, O'Connell, DeMallie & Lougee, LLP, on behalf of Fidelity, shall remain in effect.

                      FIDELITY INTERNATIONAL
                      CURRENCY ADVISOR A FUND, LLC by
                      the Tax Matters Partner

                      By its attorney,

                      /s/ John O. Mirick
                      John O. Mirick
                      BBO #349240
                      Mirick, O'Connell, DeMallie & Lougee, LLP
                      100 Front Street
                      Worcester, MA 01608-1477
                      Phone: (508) 791-8500
                      Fax:   (508) 791-8502

Dated: May 19, 2006

## CERTIFICATE OF SERVICE

    I, John O. Mirick, hereby certify that this document(s), filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 19, 2006.

_____
John O. Mirick, Esq.