**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner,<br><br>        Plaintiff,<br><br>       v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No.: 05-40151-FDS |

**MOTION TO CONSOLIDATE**

Plaintiff, the tax matters partner of Fidelity International Currency Advisor A Fund, L.L.C. ("FICA A Fund"), moves this Court, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, to issue an order consolidating the above-captioned case with the case of *Fidelity International Currency Advisor A Fund, L.L.C. v. United States*, No. 06-40130-FDS, filed on June 30, 2006, both of which are now pending in this Court, into one action. On July 7, 2006, counsel for Plaintiff first consulted with counsel for Defendant, and, by letter dated September 11, 2006, Defendant advised that it does not oppose consolidation, although it does not agree that the facts and legal issues in the two cases are identical.

As set forth in the Memorandum in Support of the Motion to Consolidate, filed contemporaneously with this Motion, both cases involve common parties and common questions of law and fact, because the actions involve sequential tax years with the same underlying

transactions raising the same legal issues. A consolidation of these cases will avoid unnecessary costs and delay and prevent duplication of evidence.

Plaintiff respectfully requests that its Motion to Consolidate be granted.

Respectfully submitted this 11th day of September 2006.

        PLAINTIFF
        FIDELITY INTERNATIONAL CURRENCY ADVISOR
        A FUND, L.L.C., by the Tax Matters Partner

        /s/ Lena Amanti
        David J. Curtin, D.C. Bar #281220
        Ronald L. Buch, Jr., D.C. Bar #450903
        Lena Amanti, D.C. Bar #490791
        MCKEE NELSON LLP
        1919 M Street, N.W., Suite 800
        Washington, D.C. 20036
        Telephone: (202) 775-1880
        Facsimile: (202) 775-8586
        Email: dcurtin@mckeenelson.com
              rbuch@mckeenelson.com
              lamanti@mckeenelson.com

        John O. Mirick, BBO #349240
        MIRICK, O'CONNELL, DEMALLIE
        & LOUGEE, LLP
        100 Front Street
        Worcester, MA 01608
        Telephone: (508) 791-8500
        Facsimile: (508) 791-8502
        Email: jomirick@mirickoconnell.com

**Certificate of Compliance with Local Rule**

| | |
|---|---|
| I hereby certify, pursuant to Local Rule 7.1(a)(2), that counsel for movant has conferred with counsel for Defendant and has attempted in good faith to resolve or narrow the issue. | /s/ Lena Amanti<br>Lena Amanti, D.C. Bar #490791<br>MCKEE NELSON LLP<br>1919 M Street, N.W., Suite 200<br>Washington, D.C. 20036<br>Telephone: (202) 775-1880<br>Facsimile: (202) 775-8586<br>Email: lamanti@mckeenelson.com |

## Certificate of Service

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 11, 2006.

                                        /s/ Lena Amanti
                                        Lena Amanti, D.C. Bar #490791
                                        MCKEE NELSON LLP
                                        1919 M Street, N.W., Suite 800
                                        Washington, D.C. 20036
                                        Telephone:  (202) 775-1880
                                        Facsimile:  (202) 775-8586
                                        Email: lamanti@mckeenelson.com