UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No.: 05-40151-FDS |

### MEMORANDUM IN SUPPORT OF MOTION TO CONSOLIDATE

Plaintiff, the tax matters partner of Fidelity International Currency Advisor A Fund, L.L.C. ("FICA A Fund"), moves this Court, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, to issue an order consolidating the above-captioned case with the case of *Fidelity International Currency Advisor A Fund, L.L.C. v. United States*, No. 06-40130-FDS, filed on June 30, 2006, both of which are now pending in this Court. On July 7, 2006, counsel for Plaintiff first consulted with counsel for Defendant, and, by letter dated September 11, 2006, Defendant advised that it does not oppose consolidation, although it does not agree that the facts and legal issues in the two cases are identical. For the following reasons, the Motion to Consolidate should be granted.

Federal Rule 42(a) allows consolidation of actions "involving a common question of law or fact" in order to "avoid unnecessary costs or delay." Fed. R. Civ. P. 42(a). If two proceedings involve a common party and common issues of law and fact, a "motion to consolidate ordinarily

will be granted unless the opposing party shows demonstrable prejudice." *In re PRI Automation, Inc. Securities Litigation*, 145 F. Supp. 2d 138, 140 (D. Mass. 2001) (quotation omitted). Because case numbers 05-40151-FDS and 06-40130-FDS involve common parties and common issues of law and fact, the Motion to Consolidate should be granted.

Both cases involve common parties. In both cases, Plaintiff is the Tax Matters Partner of FICA A Fund and Defendant is the United States.

Both cases involve common issues of law and fact. The suits filed by Plaintiff are both petitions for readjustment of partnership items for FICA A Fund pursuant to section 6226 of the Internal Revenue Code of 1986, as amended (26 U.S.C. § 6226). At issue in both cases is whether the IRS erroneously adjusted certain partnership items of FICA A Fund, as defined by 26 U.S.C. § 6231(a)(3). For both tax years at issue, with the exception of one adjustment,[1] the IRS proposes the adjustment of partnership items on identical grounds.

Plaintiff believes that the consolidation of these matters and following the scheduling order in case number 05-40151-FDS in the consolidated lawsuits will promote judicial economy and conserve judicial resources, prevent conflicting court rulings, avoid unnecessary costs of duplicative discovery, and provide for more orderly proceedings in the matter. The judicial economy that will be achieved by consolidation is even greater in light of these two matters having been assigned to the same judge.

Counsel for Plaintiff has conferred with counsel for Defendant, who advises that Defendant does not oppose the relief sought in the Motion to Consolidate.

For the foregoing reasons, Plaintiff respectfully requests that its Motion to Consolidate be granted.

---

[1] For the 2002 tax year, the IRS does not assert that Samuel Mahoney was not a partner in FICA A Fund or that he did not contribute cash in exchange for an interest in FICA A Fund.

Respectfully submitted this 11th day of September 2006.

>PLAINTIFF
>FIDELITY INTERNATIONAL CURRENCY ADVISOR
>A FUND, L.L.C., by the Tax Matters Partner
>
>
> /s/ Lena Amanti
>David J. Curtin, D.C. Bar #281220
>Ronald L. Buch, Jr., D.C. Bar #450903
>Lena Amanti, D.C. Bar #490791
>MCKEE NELSON LLP
>1919 M Street, N.W., Suite 800
>Washington, D.C. 20036
>Telephone: (202) 775-1880
>Facsimile: (202) 775-8586
>Email: dcurtin@mckeenelson.com
>           rbuch@mckeenelson.com
>           lamanti@mckeenelson.com
>
>
>John O. Mirick, BBO #349240
>MIRICK, O'CONNELL, DEMALLIE
>& LOUGEE, LLP
>100 Front Street
>Worcester, MA 01608
>Telephone: (508) 791-8500
>Facsimile: (508) 791-8502
>Email: jomirick@mirickoconnell.com

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 11, 2006.

> /s/ Lena Amanti
>Lena Amanti, D.C. Bar #490791
>MCKEE NELSON LLP
>1919 M Street, N.W., Suite 800
>Washington, D.C. 20036
>Telephone: (202) 775-1880
>Facsimile: (202) 775-8586
>Email: lamanti@mckeenelson.com