# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case Nos.: 05-40151-FDS<br>~~06-40130-FDS~~ |

## ~~PROPOSED~~ *a-* TUTORIAL ORDER

At the Scheduling Conference held on March 10, 2006 in the above-captioned matter, the Court invited the parties to provide the Court with tutorials regarding the issues involved in the case. Tr. 6:13-20 (Mar. 10, 2006). At the September 12, 2006 Status Conference, the Court instructed counsel for the parties to confer regarding ground rules for such a tutorial. Tr. 29:16-20 (Sept. 12, 2006). On September 20, 2006, counsel for the parties conferred and agreed that the following guidelines will apply to the tutorials given by both Plaintiff and Defendant, regardless of the format of either tutorial. Because the parties have agreed and the Court has consented, IT IS HEREBY ORDERED:

1. ` The parties may present tutorials in any format, including but not limited to live or video presentations.

2. Each party will present its tutorial to the Court.

3. Each tutorial will be limited to two hours plus time for any questions from the Court.

4. Persons involved in presenting the tutorials ("presenters") may include anyone other than potential fact witnesses.

5. Attendance at the tutorials will be limited to presenters, consultants, potential expert witnesses, parties, and their representatives.

6. Presenters:

   a. Will not be treated as witnesses for purposes of the tutorial;

   b. Will not be sworn as witnesses for purposes of the tutorial;

   c. Will not be subject to cross-examination during the tutorial;

   d. Are not subject to discovery in the above-captioned matter unless later identified as an expert witness, and if identified as an expert witness, subject to the limitations provided herein; and

   e. If offered as an expert witness at trial, except as provided herein, will not be subject to examination or cross-examination at trial concerning statements or representations made by any person or party during the tutorial or in preparation for the tutorial.

7. Any tutorial materials provided to the Court will be provided to opposing counsel.

8. Except as provided in paragraph 9, tutorial materials and tutorial-preparation materials:

   a. Will not be considered to be evidence;

      b.      Will not be subject to the rules of evidence;

      c.      Will not be included in the record of the case;

      d.      Will not be recorded on the docket;

      e.      Will not be subject to rebuttal at any time; and

      f.      Are not subject to discovery.

9. A party's tutorial materials will be subject to discovery and can be used at trial to the extent that party (i) uses those materials in a motion, (ii) makes those materials part of or refers to those materials in an expert-witness report, or (iii) tenders those materials as a demonstrative or evidential exhibit at trial. Such discovery will be limited to material used for non-tutorial purposes.

10. A party or its counsel may use its own tutorial in any other matter but may not use the opposing party's tutorial in any other matter.

11. Each tutorial will be presented at a location convenient to the Court.

IT IS SO ORDERED.

_____
Judge F. Dennis Saylor, IV

10/4/06