**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C. by the Tax Matters Partner<br><br>         Plaintiff,<br><br>    v.<br><br>UNITED STATES<br><br>Defendant. | Case No.  05-40151 FDS |

## NOTICE OF APPEARANCE

Please note the appearance of the undersigned counsel on behalf BDO

SEIDMAN, LLP.

           /s/ Lisa S. Core
           Lisa S. Core (BBO No. 658709)
           DLA PIPER US LLP
           33 Arch Street, 26th Floor
           Boston, MA  02110-1447
           (617) 406-6000

Dated:  October 10, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2006, I caused a copy of this document to be served by electronic filing upon the attorney of record for each other party .

           /s/ Lisa S. Core
           Lisa S. Core