UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------------ x
FIDELITY   INTERNATIONAL   CURRENCY      :
ADVISOR A FUND, L.L.C. by the Tax        :
Matters Partner                          : Civil Action No. 05-40151 FDS
                                         :
                 Plaintiff,              :
                                         :
        v.                               :
                                         :
UNITED STATES                            :
                                         :
                 Defendant.              :
------------------------------------------------------------ x
```

## MOTION FOR ADMISSION *PRO HAC VICE* OF ELLIS L. REEMER, ESQ.

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, the undersigned, an attorney licensed to practice law in the Commonwealth of Massachusetts and in the District of Massachusetts, respectfully moves that Ellis L. Reemer be admitted to practice before this Honorable Court for purposes of the above-captioned case. Mr. Reemer is licensed to practice law in the State of New York, the United States District Court for the District of New York and the Supreme Court of the United States of America.

In further support of this motion, and as shown by the Certificate of Good Standing attached hereto: Mr. Reemer is a member of the Bar in good standing in every jurisdiction in which he has been admitted to practice, and there are no disciplinary proceedings pending against him in any jurisdiction. Finally, he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, I move that Mr. Reemer be admitted this 10th day of October, 2006.

BDO SEIDMAN, LLP
Respectfully submitted,

*[signature]*

Lisa Core (BBO # 658709)
DLA PIPER RUDNICK US LLP
33 Arch Street, 26th Floor
Boston, MA 02110
(617) 406-6000
Fax: (617) 406-6100
Email: lisa.core@dlapiper.com

# EXHIBIT A

Case 4:05-cv-40151-FDS    Document 38    Filed 10/10/2006    Page 3 of 4

### Appellate Division of the Supreme Court of the State of New York
### First Judicial Department

---

I, Catherine O'Hagan Wolfe, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## ELLIS LARRY REEMER

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on the 10th day of February, 1995 has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

October 6, 2006



Catherine O'Hagan Wolfe

Clerk

8242