IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C. by the Tax Matters Partner<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES<br><br>Defendant. | Case No. 05-40151 FDS |

## CERTIFICATE BY DIANA L. ERBSEN UNDER LOCAL RULE 83.5.3 IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION

I, Diana L. Erbsen, in support of the motion filed to admit me, *pro hac vice*, to this Court, state the following:

4. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice,

5. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and

6. I am familiar with the Local Rules for the United States District Court for the District of Massachusetts.

/s/ Diana L. Erbsen
_____
Diana L. Erbsen
DLA PIPER US LLP
1251 Avenue of the Americas
29th Floor
New York, NY 10020-1104
Phone: 212.335.4500
Fax: 212.335.4501

Dated: October 12, 2006