UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil No. 05-40151 |
| v. | ) ) | Judge Saylor |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

AMENDED CERTIFICATE OF SERVICE

    IT IS HEREBY CERTIFIED that on November 3, 2006, service of the United States of America's ASSENTED-TO MOTION AND MEMORANDUM FOR ENTRY OF PROTECTIVE ORDER, filed on that date, was made by the Court's ECF system upon each party identified as an electronic recipient, and by mail upon those indicated as non registered participants .

    /s/ Barry E. Reiferson
BARRY E. REIFERSON
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 514-6058

1514882.1