UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil No. 05-40151 |
| v. | ) ) | Judge Saylor |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

### UNITED STATES' NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

The United States, pursuant to Local Rule 83.5.2(a), hereby notices the appearance of Heather L. Richtarcsik, a notice attorney in this matter who is being substituted as counsel for the United States in place of Matthew C. Hicks.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

 /s/ Heather L. Richtarcsik
HEATHER L. RICHTARCSIK
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044-0055
Telephone: (202) 307-2822
Facsimile: (202) 514-5238
E-mail: heather.l.richtarcsik@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that this Notice of Appearance, which has been filed through the ECF system, will be served electronically on the registered participants and by United States mail on the non-registered participants, as identified on the Notice of Electronic Filing, this 5th day of January, 2007.

 /s/ Heather L. Richtarcsik
HEATHER L. RICHTARCSIK

2107993.1