**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil No. 05-40151 |
| v. | ) ) | Judge Saylor |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

Please note the appearance of the undersigned counsel on behalf of BDO SEIDMAN, LLP.

                                             /s/ Frank J. Jackson
                                             Frank J. Jackson
                                             BBO No. 642123
                                             DLA Piper US LLP
                                             1251 Avenue of the Americas
                                             New York, NY 10020
                                             (212) 835-4805

Dated: February 6, 2007

CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2007, I caused a copy of this document to be served by electronic filing upon the attorney of record for each other party.

                                             /s/ Frank J. Jackson
                                             Frank J. Jackson