UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ) <br> ADVISOR A FUND, L.L.C., by the Tax Matters ) <br> Partner, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 05-40151-FDS <br><br> Judge Saylor |

**BDO SEIDMAN, LLP's UNOPPOSED MOTION FOR LEAVE TO REPLY TO
UNITED STATES OF AMERICA's MEMORANDUM IN OPPOSITION TO
BDO's MOTION FOR ENTRY OF A SUPERSEDING PROTECTIVE ORDER**

BDO Seidman, LLP ("BDO") hereby files an unopposed motion for leave to submit a reply ("Reply") to United States of America's Memorandum in Opposition to BDO's Motion for Entry of a Superseding Protective Order ("Defendant's Opposition" and, the United States of America, "Defendant") (Docket Entry #60) and in further support of BDO's Motion for Entry of a Superseding Protective Order (the "BDO Motion") (Docket Entries ## 57, 58).

As grounds for its request, BDO states that Defendant's Opposition is based on specious arguments and misstatements which fail to acknowledge the explicit agreement between BDO and the parties as to how best to bring the narrow dispute regarding protections for Tax Returns and the information contained therein before the Court, while, at the same time, permitting documents other than Tax Returns to be produced pursuant to what was effectively an interim protective order. The electronic filing of the Assented-To Motion For Entry of a Protective Order (Docket Entry # 56) and the BDO Motion (Docket Entries ## 57, 58) sequentially, on the

very same day, reflects the agreed-to procedure among BDO and the parties as to how to proceed. Defendants' standing argument is therefore, at best, disingenuous, and at worst, made in bad faith. By contrast, as set forth in the BDO Motion, BDO has negotiated in good faith with the parties over several months and during numerous telephone conversations to resolve issues and to narrow any potential dispute.

Defendant's Opposition is also replete with misstatements regarding the provisions of the Proposed Superseding Protective Order, including the specious argument that the proposed language both prohibits the use of Tax Returns and the information contained therein during the discovery phase of this matter (which it does not) or otherwise purports to limit their use at trial (which it does not). Defendant's Opposition also contains many extraneous statements and legal arguments that have nothing whatsoever to do with the narrow dispute between BDO and Defendant and can only be characterized as a smokescreen to cloud the narrow issue that is before the Court.

Finally, Defendants' statement that BDO is "acting against" the interests of those persons whose Tax Returns it is endeavoring to protect, is outrageous, offensive and without any factual basis whatsoever.

Counsel for BDO has contacted counsel for Defendant and counsel for plaintiff Fidelity International Currency Advisor A Fund, L.L.C., and counsel for both parties have no objection to BDO filing a Reply.

For the foregoing reasons, and because BDO believes that a Reply will assist the Court in resolving the BDO Motion, BDO requests leave to file a Reply to Defendant's Opposition within 10 days of receiving leave of this Court.

Dated this 22nd day of February, 2007.

                Respectfully submitted,

                /s/ Ellis L. Reemer_____
                Ellis L. Reemer
                Admitted Pro Hac Vice
                DLA PIPER US LLP
                1251 Avenue of the Americas
                New York, NY 10020
                Telephone: 212-335-4500
                Facsimile: 212-335-4501
                Email: ellis.reemer@dlapiper.com

                /s/ Diana L. Erbsen_____
                Diana L. Erbsen
                Admitted Pro Hac Vice
                DLA PIPER US LLP
                1251 Avenue of the Americas
                New York, NY 10020
                Telephone: 212-335-4500
                Facsimile: 212-335-4501
                Email: diana.erbsen@dlapiper.com

                /s/ Frank J. Jackson_____
                Frank J. Jackson
                BBO No. 642123
                DLA PIPER US LLP
                1251 Avenue of the Americas
                New York, NY 10020
                Telephone: 212-335-4500
                Facsimile: 212-335-4501
                Email: frank.jackson@dlapiper.com

*Attorneys for BDO Seidman, LLP*

**Local Rule 7.1(a)(2) Certification**

The undersigned counsel for BDO certifies that counsel for BDO has conferred with counsel for defendant United States of America in a good faith attempt to resolve or narrow the issues presented by the BDO Motion and has contacted counsel for the parties concerning this motion.

/s/ Ellis Reemer
Ellis Reemer

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 22, 2007.

/s/ Ellis L. Reemer
Ellis L. Reemer