UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No.: 05-40151-FDS <br> 06-40130-FDS |

**PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND MEANINGFUL ANSWERS TO INTERROGATORIES**

Plaintiff, the tax matters partner of Fidelity International Currency Advisor A Fund, L.L.C. ("FICA A Fund"), moves this Court, pursuant to Rules 26(b)(5), 33, 34, and 37(a) of the Federal Rules of Civil Procedure and Local Rule 37.1, to issue an order compelling the Government to produce documents and a privilege log in response to FICA A Fund's Requests for Production and compelling the Government to provide meaningful answers to FICA A Fund's Interrogatories. FICA A Fund has served sixty-six requests for production on the Government during the course of discovery (fifteen of which are currently pending) and twenty-two interrogatories. The Government has failed to produce documents or identify responsive documents on a privilege log in response to sixteen of those requests. Instead, the Government has made broad assertions of privilege or objected on the grounds of relevance. The Government has also failed to provide meaningful answers to interrogatories, instead claiming that the information sought is not relevant or is privileged. FICA A Fund and the Government have

conferred through an exchange of more than a dozen letters and in two conferences. Additional conferences are unlikely to be productive or to result in the production of additional documents in a reasonable amount of time given the Government's repeated delays in producing documents and in accommodating a conference. The parties fundamentally disagree regarding the discovery requests that form the basis of this Motion.

As set forth in the Memorandum in Support of Plaintiff's Motion to Compel Production of Documents and Meaningful Answers to Interrogatories, filed contemporaneously with this Motion, this Motion is necessary because the Government has repeatedly failed to comply with its discovery obligations at set forth in the Federal Rules of Civil Procedure by failing to either produce or identify responsive documents, by failing to adequately respond to interrogatories, and by continuing to withhold documents that are not protected by the Government's asserted privileges or protections.

FICA A Fund respectfully requests that its Motion to Compel Production of Documents and Meaningful Answers to Interrogatories be granted and that the Court order the Government to produce documents and a privilege log in response to Requests for Production Nos. 10, 15, 21, 31, 32, 43, and 44-51 and provide meaningful responses to Interrogatories Nos. 3 and 15-22.

## REQUEST FOR ORAL ARGUMENT

FICA A Fund, in accordance with Local Rule 7.1(d), respectfully requests that oral argument on this Motion be heard because FICA A Fund believes that oral argument may assist the Court and FICA A Fund wishes to be heard.

Dated this 2nd day of March 2007.

        PLAINTIFF
        FIDELITY INTERNATIONAL CURRENCY ADVISOR
        A FUND, L.L.C., by the Tax Matters Partner

        /s/ Lena Amanti
        David J. Curtin, D.C. Bar #281220
        Ronald L. Buch, Jr., D.C. Bar #450903
        Lena Amanti, D.C. Bar #490791
        MCKEE NELSON LLP
        1919 M Street, N.W., Suite 200
        Washington, D.C. 20036
        Telephone:  (202) 775-1880
        Facsimile:  (202) 775-8586
        Email:  dcurtin@mckeenelson.com
               rbuch@mckeenelson.com
               lamanti@mckeenelson.com

        John O. Mirick, BBO #349240
        MIRICK, O'CONNELL, DEMALLIE
        & LOUGEE, LLP
        100 Front Street
        Worcester, MA 01608
        Telephone:  (508) 791-8500
        Facsimile:  (508) 791-8502
        Email:  jomirick@mirickoconnell.com

**Certificate of Compliance with Federal and Local Rules**

    I hereby certify, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and Local Rule 7.1(a)(2), that counsel for movant has in good faith conferred or attempted to confer with counsel for Defendant in an attempt to resolve the dispute without court action and to narrow the issues.  I also hereby certify that Plaintiff has complied with the provisions of Local Rule 37.1.

        /s/ Lena Amanti
        Lena Amanti, D.C. Bar #490791
        MCKEE NELSON LLP
        1919 M Street, N.W., Suite 200
        Washington, D.C. 20036
        Telephone:  (202) 775-1880
        Facsimile:  (202) 775-8586
        Email: lamanti@mckeenelson.com

**Certificate of Service**

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 2, 2007.

      /s/ Lena Amanti
Lena Amanti, D.C. Bar #490791
MCKEE NELSON LLP
1919 M Street, N.W., Suite 200
Washington, D.C. 20036
Telephone: (202) 775-1880
Facsimile: (202) 775-8586
Email: lamanti@mckeenelson.com