UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FIDELITY INTERNATIONAL CURRENCY )
ADVISOR A FUND, L.L.C., by the Tax )
Matters Partner, )
                                     )
             Plaintiff, )    Civil Nos. 05-40151-FDS (D. Mass.)
                               )             06-40130-FDS (D. Mass.)
     v. )
                               )    Judge Saylor
UNITED STATES OF AMERICA, )
                               )
           Defendant. )

**UNITED STATES OF AMERICA'S MOTION TO COMPEL
RSM MCGLADREY'S PRODUCTION OF DOCUMENTS**

The United States of America moves, pursuant to Federal Rule of Civil Procedure

45(c)(2)(B), for an order compelling accounting firm RSM McGladrey LLP ("RSM") to produce

all documents responsive to a subpoena *duces tecum* personally served upon it on October 23,

2006. A memorandum of law in support of this motion is being filed contemporaneously with

this motion.

**Certification**

I certify that counsel for the United States conferred with counsel for RSM McGladrey

and attempted in good faith to resolve or narrow the issues raised in this motion.

Barry E. Reiferson
Trial Attorney
U.S. Department of Justice, Tax Division


Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/ Dennis M. Donohue
DENNIS M. DONOHUE
SENIOR LITIGATION COUNSEL
OFFICE OF CIVIL LITIGATION
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 403, Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6492
Facsimile: (202) 307-2504
E-mail: dennis.donohue@usdoj.gov

JOHN A. LINDQUIST
BARRY E. REIFERSON
HEATHER RICHTARCSIK
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C.  20044-0055
Telephone: (202) 307-6542
Facsimile:  (202) 514-5238
E-mail: john.a.lindquist@usdoj.gov
         barry.e.reiferson@usdoj.gov
         heather.l.richtarcsik@usdoj.gov

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on March 6, 2007.

/s/ Barry E. Reiferson
Trial Attorney, US Department of Justice, Tax Division