UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)  Civil Nos. 05-40151-FDS (D. Mass.)<br>)             06-40130-FDS (D. Mass.)<br>)<br>)  Judge Saylor<br>)<br>)<br>) |

**UNITED STATES OF AMERICA'S ASSENTED-TO MOTION
TO FILE FIVE EXHIBITS UNDER SEAL**

The United States moves for an order allowing it to file under seal exhibits 2, 14, 18, 19, and 20 to its motion to compel RSM McGladrey's production of documents. RSM McGladrey and the plaintiff assent to this motion.

Each of the exhibits the United States seeks to file under seal is highly relevant to both the underlying litigation and this discovery dispute. Government Exhibit 2 is a letter from counsel for the United States to counsel for RSM McGladrey. It memorializes the United States' early efforts to resolve the matter and supports the United States' motion to compel. Government Exhibit 14 is a reconciliation by The Diversified Group, Inc.("DGI") – which the United States maintains is one of the primary promoters of the FDIS tax shelter at issue– of its 2001 FDIS tax shelter activity. The document lists the FDIS customers by name and shows the fees paid to the co-promoters and fees waived for several customers who helped market the tax shelters. Government Exhibits 18 through 20 are memoranda listing the tax-shelter customers and type of tax shelter for which DGI proposed the recipient law firms would draft purportedly independent tax-shelter-opinion letters.

Despite the importance of these five exhibits, they should be sealed pursuant to Federal

Rule of Civil Procedure 26(c). They each include the names of dozens of FDIS-tax-shelter participants. Exhibit 14 also shows the size of the tax loss generated for the participant by the tax shelter in each instance. Given the preliminary nature of this discovery dispute with RSM McGladrey, it is unnecessary to make public at this time the names and transactional details of the FDIS participants listed on the exhibits.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

 /s/ Dennis M. Donohue
DENNIS M. DONOHUE
SENIOR LITIGATION COUNSEL
OFFICE OF CIVIL LITIGATION
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 403, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6492
Facsimile: (202) 307-2504
E-mail: dennis.donohue@usdoj.gov

JOHN A. LINDQUIST
BARRY E. REIFERSON
HEATHER L. RICHTARCSIK
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044-0055
Telephone: (202) 307-6542
Facsimile: (202) 514-5238
E-mail: john.a.lindquist@usdoj.gov
         barry.e.reiferson@usdoj.gov
         heather.l.richtarcsik@usdoj.gov

Certificate of Service
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on March 8, 2007

/s/ Barry E. Reiferson
Trial Attorney, US Department of Justice, Tax Division