UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C.,** by the Tax Matters Partner,<br><br>    **Plaintiffs,**<br><br>    v.<br><br>**UNITED STATES OF AMERICA,**<br><br>    **Defendant** | )<br>)<br>)<br>)<br>)<br>)<br>)  **Civil Action No. 05 CV 40151 FDS**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    Please enter the appearance of the undersigned for non-party RSM McGladrey, Inc. of 3600 American Boulevard West, Third Floor, Bloomington, Minnesota 55431 ("RSM") in the above-captioned action.

Dated: March 15, 2007        By:    /s/ Robert L. Kann

                                              Robert L. Kann
                                              MA BBO # 258025
                                              BROMBERG & SUNSTEIN LLP
                                              125 Summer Street
                                              Boston, MA 02110
                                              Telephone:  (617) 443-9292 x240
                                              Facsimile:  (617) 443-0004
                                              rkann@bromsun.com

2

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 15, 2007.

                                                                                   /s/ Robert L. Kann

634936