UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>**Defendant** | **Civil Action No. 05 CV 40151 FDS** |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Please enter the appearance of the undersigned for non-party RSM McGladrey, Inc. of 3600 American Boulevard West, Third Floor, Bloomington, Minnesota 55431 ("RSMM") in the above-captioned action.

Dated: March 16, 2007            By:    /s/ Peter J. Karol

                                                      Peter J. Karol
                                                    MA BBO # 660338
                                                    BROMBERG & SUNSTEIN LLP
                                                    125 Summer Street
                                                    Boston, MA 02110
                                                    Telephone:  (617) 443-9292 x326
                                                    Facsimile:  (617) 443-0004
                                                    pkarol@bromsun.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 16, 2007.

                                          /s/ Peter J. Karol

635686