UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05 CV 40151 FDS |

NON-PARTY RSM MCGLADREY, INC.'S ASSENTED-TO MOTION
FOR AN ENLARGEMENT OF TIME
TO OPPOSE DEFENDANT'S MOTION TO COMPEL

Non-party RSM McGladrey, Inc.'s ("RSMM") opposition to Defendant's Motion to Compel RSM McGladrey's Production of Documents, filed by the United States of America ("USA"), is currently due on March 23, 2007. RSMM respectfully requests an extension of time until March 30, 2007 to respond to USA's motion. USA assents to this motion to enlarge time.

As grounds for this motion, RSMM states that RSMM did not actually receive USA's motion to compel production of documents in response to its subpoena *duces tecum* until March 13, 2007. In addition, RSMM did not receive all of the supporting exhibits for this motion until March 15, 2007. Also, counsel for RSMM will be on vacation during the week of March 19. Finally, Defendant USA assents to this enlargement of time until March 30, 2007 to respond.

For the foregoing reasons, RSMM respectfully requests the Court enter an order enlarging time for RSMM to oppose USA's motion to compel until March 30, 2007.

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

I certify that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion and that Barry E. Reiferson, counsel for United State of America, has assented to this motion.

Dated: March 16, 2007                              Respectfully Submitted,

                                                   RSM McGladrey, Inc.,
                                                   *By its attorneys,*

                                                    /s/ Peter J. Karol

                                                   Peter J. Karol
                                                   MA BBO # 660338
                                                   BROMBERG & SUNSTEIN LLP
                                                   125 Summer Street
                                                   Boston, MA 02110
                                                   Telephone:  (617) 443-9292 x326
                                                   Facsimile:   (617) 443-0004
                                                   pkarol@bromsun.com


**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 16, 2007.

                                                   /s/ Peter J. Karol

636,127