UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner, | ) ) ) ) |
| Plaintiff, | ) Civil No. 05-40151 ) |
| v. | ) Judge Saylor ) |
| UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) |

**ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME TO RESPOND <u>TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY</u>**

Defendant, the United States of America, with the assent of the Plaintiff, hereby moves this Court pursuant to Rule 6(b)(1) of the Fed.R.Civ.P. for a one (1) week enlargement of time within which to respond to plaintiff's motion to compel discovery.

On March 2, 2007, Plaintiff filed a Motion to Compel Production of Documents and Meaningful Answers to Interrogatories, Dkt. No. 62, along with a Motion for Leave to File to File a Memorandum in Excess of the Page Limit Provided for in Local Rule 7.1, Dkt. No. 64. On March 5, 2007, the court entered an order granting plaintiff's Motion for Leave to File, directing Plaintiff to now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. On March 5, 2007, plaintiff filed its 40 page Memorandum with the statement that leave to file had been granted March 5, 2007, Dkt. No. 65.

The United States has good cause for requesting a one week enlargement of time in order to be able to respond fully to the issues raised in Plaintiff's motion. On March 15, 2007, Counsel for defendant requested plaintiff's concurrence in a one (1) week enlargement of time

2319308.1

through March 26, 2007, within which to file its response to Plaintiff's motion to compel. On March 16, 2007, plaintiff's counsel represented that Plaintiff concurred in Defendant's request for a one week enlargement of time through March 26, 2007.

    For cause shown, the United States respectfully requests a one week enlargement of time to respond. A proposed order granting this motion is attached hereto.

DATED: March 16, 2007

                                              Respectfully submitted,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney

                                              /s/ Dennis M. Donohue
                                              DENNIS M. DONOHUE
                                              SENIOR LITIGATION COUNSEL
                                              OFFICE OF CIVIL LITIGATION
                                              Trial Attorney, Tax Division
                                              U.S. Department of Justice
                                              P.O. Box 403, Ben Franklin Station
                                              Washington, D.C. 20044
                                              Telephone: (202) 307-6492
                                              Facsimile: (202) 307-2504
                                              E-mail: dennis.donohue@usdoj.gov

                                              JOHN A. LINDQUIST
                                              BARRY E. REIFERSON
                                              HEATHER L. RICHTARCSIK
                                              Trial Attorneys, Tax Division
                                              U.S. Department of Justice
                                              P.O. Box 55, Ben Franklin Station
                                              Washington, D.C. 20044-0055
                                              Telephone: (202) 307-6542
                                              Facsimile: (202) 514-5238
                                              E-mail: john.a.lindquist@usdoj.gov
                                                         barry.e.reiferson@usdoj.gov
                                                         heather.l.richtarcsik@usdoj.gov

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on March 16, 2007.

/s/ John A. Lindquist
Trial Attorney, US Department of Justice, Tax Division