UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil No. 05-40151 |
| v. | ) ) | Judge Saylor |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

**ORDER GRANTING ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

The United States' request by motion for a one week enlargement of time within which to respond to plaintiff's motion to compel discovery is hereby granted and the United States' response shall be filed on or before March 26, 2007.

It is so ordered this ___ day of March, 2007.

_____
F. Dennis Saylor, IV
U.S. District Court

2319237.1