UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FIDELITY INTERNATIONAL CURRENCY | ) | |
| ADVISOR A FUND, L.L.C., by the Tax | ) | |
| Matters Partner, | ) | |
| | ) | Case No. 05-40151 FDS |
| Plaintiff, | ) | |
| | ) | Honorable F. Dennis Saylor, IV |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR ADMISSION OF MATTHEW M. NEUMEIER AND
ROBERT T. MARKOWSKI
TO PRACTICE PRO HAC VICE FOR RSM MCGLADREY, INC.**

RSM McGladrey, Inc. ("RSMM"), by its undersigned counsel who is admitted to practice

law in the Commonwealth of Massachusetts and in this District, respectfully requests that

attorneys Matthew M. Neumeier and Robert T. Markowski be admitted to practice pro hac vice

in the above-captioned matter, pursuant to Rule 83.5.3(b) of the Local Rules of the United States

District Court for the District of Massachusetts.

In support of this motion, the certificates of Mr. Markowski and Mr. Neumeier, as

required by Local Rule 83.5.3(b), are attached hereto as Exhibits A and B.

WHEREFORE, RSM McGladrey, Inc., by the undersigned counsel, respectfully requests that the Court grant its motion and admit Mr. Neumeier and Mr. Markowski pro hac vice in this matter.

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

I certify that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion and that neither Plaintiff Fidelity International Currency Advisor A Fund, L.L.C. nor Defendant United States of America will oppose.

Dated: March 30, 2007                    Respectfully Submitted,

                                         RSM MCGLADREY, INC.

                              By:    s/Peter J. Karol/
                                     Peter J. Karol
                                     MA BBO # 660338
                                     BROMBERG & SUNSTEIN LLP
                                     125 Summer Street
                                     Boston, MA 02110
                                     Telephone:  (617) 443-9292 x326
                                     Facsimile:  (617) 443-0004
                                     pkarol@bromsun.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 30, 2007.

/s/ Peter J. Karol

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner, | ) ) ) |
| | ) Case No. 05-40151 FDS |
| Plaintiff, | ) |
| | ) Honorable F. Dennis Saylor, IV |
| vs. | ) ) |
| UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) |

**CERTIFICATE OF MATTHEW M. NEUMEIER**

In support of RSM McGladrey, Inc.'s motion for admission of Matthew M. Neumeier to practice pro hac vice in this matter, and as required by Local Rule 83.5.3(b), Matthew M. Neumeier certifies the following:

    1.    I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice. I am admitted to practice law in the State of Illinois and have been assigned Illinois State Bar Number 6205788. I am also admitted to practice law in the State of Michigan and the State of New York. I am a member of the law firm of Jenner & Block LLP and have a mailing address of 330 N. Wabash Avenue, Chicago, IL 60611. I am admitted to the U.S. District Courts for the Eastern District of Michigan, the Northern District of Illinois, and the Central District of Illinois; the U.S. Courts of Appeals for the Seventh and Federal Circuits; and the U.S. Supreme Court.

    2.    There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3.      I am familiar with the Local Rules of the United States District Court for the

District of Massachusetts.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true

and correct.

By:____s/Matthew M. Neumeier/_____
Matthew M. Neumeier
Executed On: March 29, 2007

# EXHIBIT B

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner, | ) ) ) | |
| | ) | Case No. 05-40151 FDS |
| Plaintiff, | ) ) | |
| | ) | Honorable F. Dennis Saylor, IV |
| vs. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

### CERTIFICATE OF ROBERT T. MARKOWSKI

In support of RSM McGladrey, Inc.'s motion for admission of Robert T. Markowski to practice pro hac vice in this matter, and as required by Local Rule 83.5.3(b), Robert T. Markowski certifies the following:

1.     I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice. I am admitted to practice law in the State of Illinois and have been assigned Illinois State Bar Number 3121964. I am a member of the law firm of Jenner & Block LLP and have a mailing address of 330 N. Wabash Avenue, Chicago, IL 60611. I am admitted to the U.S. District Courts for the Northern and Central Districts of Illinois and the Eastern District of Michigan, as well as the U.S. Courts of Appeals for the Seventh and Ninth Circuits.

2.     There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3.      I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

By:    s/Robert T. Markowski/
Robert T. Markowski
Executed On: March 29, 2007