UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner, )<br><br>Plaintiff, )<br><br>v. )<br><br>UNITED STATES OF AMERICA, )<br><br>Defendant. ) | Civil Nos. 05-40151-FDS (D. Mass.)<br>06-40130-FDS (D. Mass.)<br><br>Judge Saylor |

**UNITED STATES OF AMERICA'S MOTION TO
FILE DECLARATION, EXHIBITS, AND APPENDICES UNDER SEAL**

The United States moves for an order allowing it to file under seal the DECLARATION OF JOHN LINDQUIST and the supporting appendices and exhibits to its MOTION FOR ISSUANCE OF LETTERS ROGATORY REQUESTING INTERNATIONAL JUDICIAL ASSISTANCE.

Each of the exhibits attached to the declaration and which the United States seeks to file under seal is highly relevant to both the underlying litigation and the motion for issuance of letters rogatory. The appendices attached to the declaration summarize much of the information in the exhibits. Despite the importance of the exhibits and appendices, they should be sealed pursuant to Federal Rule of Civil Procedure 26(c). Many include the names of FDIS-tax-shelter participants and related transactional information. Given the preliminary nature of this motion, it is unnecessary to make public at this time the names and transactional details of the FDIS participants listed on the exhibits and appendices.

## Certification

I certify that counsel for the United States conferred by telephone on April 4, 2007 with counsel for the plaintiff and attempted in good faith to resolve or narrow the issues raised in this motion. The plaintiff takes no position at this time with respect to this motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

 /s/ Dennis M. Donohue
DENNIS M. DONOHUE
CHIEF SENIOR LITIGATION COUNSEL
OFFICE OF CIVIL LITIGATION
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 403, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6492
Facsimile: (202) 307-2504
E-mail: dennis.donohue@usdoj.gov

JOHN A. LINDQUIST
BARRY E. REIFERSON
HEATHER L. RICHTARCSIK
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044-0055
Telephone: (202) 307-6561
Facsimile:  (202) 514-5238
E-mail: john.a.lindquist@usdoj.gov
          barry.e.reiferson@usdoj.gov
          heather.l.richtarcsik@usdoj.gov

Certificate of Service
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing and copies will be sent to those indicated as non registered participants on April 4, 2007

/s/ Barry E. Reiferson
Trial Attorney, US Department of Justice, Tax Division