**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner, <br><br>   Plaintiff, <br><br>   v. <br><br> UNITED STATES OF AMERICA, <br><br>   Defendant. | Case Nos.: 05-40151-FDS <br> 06-40130-FDS |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO
FILE DECLARATION, EXHIBITS, AND APPENDICES UNDER SEAL AND
PLAINTIFF'S NOTICE OF INTENTION TO FILE A RESPONSE TO
DEFENDANT'S MOTION FOR ISSUANCE OF LETTERS ROGATORY**

On April 4, 2007, Defendant filed United States of America's Motion to File Declaration, Exhibits, and Appendices Under Seal ("Motion to File Under Seal"). Defendant's Motion to File Under Seal was filed in connection with Defendant's Motion for Issuance of Letters Rogatory Requesting International Judicial Assistance, filed on the same day. At the time Defendant filed its Motion to File Under Seal, Plaintiff took no position with respect to the Motion. After having the opportunity to review Defendant's Motion for Issuance of Letters Rogatory Requesting International Judicial Assistance and the declarations, exhibits, and appendices referenced therein, Plaintiff does not oppose Defendant's Motion to File Under Seal.

Plaintiff intends, however, to file a response to Defendant's Motion for Issuance of Letters Rogatory Requesting International Judicial Assistance. While Defendant has not yet filed its declaration, exhibits, and appendices, Plaintiff will file its response on April 18, 2007—

fourteen days from the date on which Defendant filed its Motion for Issuance of Letters Rogatory Requesting International Judicial Assistance.

Respectfully submitted this 9th day of April 2007.

>PLAINTIFF
>FIDELITY INTERNATIONAL CURRENCY ADVISOR
>A FUND, L.L.C., by the Tax Matters Partner
>
>/s/ Lena Amanti
>David J. Curtin, D.C. Bar #281220
>Ronald L. Buch, Jr., D.C. Bar #450903
>Lena Amanti, D.C. Bar #490791
>MCKEE NELSON LLP
>1919 M Street, N.W., Suite 200
>Washington, D.C. 20036
>Telephone: (202) 775-1880
>Facsimile: (202) 775-8586
>Email: dcurtin@mckeenelson.com
>       rbuch@mckeenelson.com
>       lamanti@mckeenelson.com
>
>John O. Mirick, BBO #349240
>MIRICK, O'CONNELL, DEMALLIE
>& LOUGEE, LLP
>100 Front Street
>Worcester, MA 01608
>Telephone: (508) 791-8500
>Facsimile: (508) 791-8502
>Email: jomirick@mirickoconnell.com

**Certificate of Service**

| | |
|---|---|
| I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 9, 2007. | /s/ Lena Amanti<br>Lena Amanti, D.C. Bar #490791<br>MCKEE NELSON LLP<br>1919 M Street, N.W., Suite 200<br>Washington, D.C. 20036<br>Telephone: (202) 775-1880<br>Facsimile: (202) 775-8586<br>Email: lamanti@mckeenelson.com |