UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 05-40151-FDS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION TO CONSOLIDATE**

Plaintiff, the tax matters partner of Fidelity International Currency Advisor A Fund, L.L.C. ("FICA A Fund"), moves this Court, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, to issue an order consolidating the above-captioned case and the cases of *Fidelity High Tech Advisor A Fund, L.L.C. v. United States*, Nos. 06-40243-FDS & 06-40244-FDS ("High Tech cases"), filed on November 13, 2006, which are now pending in this Court, into one action. On September 12, 2006, the Court consolidated *Fidelity International Currency Advisor A Fund, L.L.C. v. United States*, No. 06-40130-FDS, with the above-captioned case ("FICA A Fund cases"). Counsel for Plaintiff first raised the issue of consolidation at the November 14, 2006 status conference. At the Court's direction, the parties addressed consolidation in a Joint Proposed Schedule filed with the Court on December 19, 2006. At the December 22, 2006 status conference, the Court stated that the issue of consolidation would remain open (Tr. 8:16), but directed the parties to limit the burden on third parties by including the High Tech cases in

discovery in the FICA A Fund cases (*See, e.g.*, Tr. 9:1-5). On April 4, 2007, counsel for Plaintiff consulted with counsel for Defendant on the issue of consolidation. Defendant advised that it would not agree to consolidation unless Plaintiff would agree to an additional six months of discovery. Defendant's demanded extension of the discovery deadline is not necessary. Additionally, when the parties last discussed consolidation with the Court, at the December 22, 2007 status conference, the Court extended the discovery deadline six-and-a-half months, from March 10, 2007 to September 28, 2007. The Motion to Consolidate should be granted because, as set forth in the Memorandum in Support of the Motion to Consolidate, filed contemporaneously with this Motion, both cases involve common parties and common issues of law and fact, the benefits of consolidation outweigh any costs that may exist, and Defendant cannot show any demonstrable prejudice.

    Plaintiff respectfully requests that its Motion to Consolidate be granted.

    Respectfully submitted this 9th day of April 2007.

PLAINTIFF
FIDELITY INTERNATIONAL CURRENCY ADVISOR
A FUND, L.L.C., by the Tax Matters Partner

/s/ Lena Amanti
David J. Curtin, D.C. Bar #281220
Ronald L. Buch, Jr., D.C. Bar #450903
Lena Amanti, D.C. Bar #490791
MCKEE NELSON LLP
1919 M Street, N.W., Suite 200
Washington, D.C. 20036
Telephone: (202) 775-1880
Facsimile: (202) 775-8586
Email: dcurtin@mckeenelson.com
       rbuch@mckeenelson.com
       lamanti@mckeenelson.com

        John O. Mirick, BBO #349240
        MIRICK, O'CONNELL, DEMALLIE
        & LOUGEE, LLP
        100 Front Street
        Worcester, MA 01608
        Telephone: (508) 791-8500
        Facsimile: (508) 791-8502
        Email: jomirick@mirickoconnell.com

### Certificate of Compliance with Local Rule

I hereby certify, pursuant to Local Rule 7.1(a)(2), that counsel for movant has conferred with counsel for Defendant and has attempted in good faith to resolve or narrow the issue.

        /s/ Lena Amanti
        Lena Amanti, D.C. Bar #490791
        MCKEE NELSON LLP
        1919 M Street, N.W., Suite 200
        Washington, D.C. 20036
        Telephone: (202) 775-1880
        Facsimile: (202) 775-8586
        Email: lamanti@mckeenelson.com

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 9, 2007.

        /s/ Lena Amanti
        Lena Amanti, D.C. Bar #490791
        MCKEE NELSON LLP
        1919 M Street, N.W., Suite 200
        Washington, D.C. 20036
        Telephone: (202) 775-1880
        Facsimile: (202) 775-8586
        Email: lamanti@mckeenelson.com