UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case Nos.:  05-40151-FDS<br>06-40130-FDS |

**MOTION FOR LEAVE TO FILE A RESPONSE TO DEFENDANT'S IMPROPERLY FILED SUR-REPLY TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

Plaintiff, the tax matters partner of Fidelity International Currency Advisor A Fund, L.L.C. ("FICA A Fund"), moves this Court for leave to file a response to Defendant's improperly filed United States' Sur-Reply to Plaintiff[']s[] Motion to Compel Discovery ("Sur-Reply").  The Local Rules only allow for the filing of a response to a motion—all additional papers "may be submitted only with leave of court."  L.R. 7.1(b)(3).  In the Court's First Scheduling Order, the Court allowed the parties to file "a reply memorandum in response to an opposition to any motion," not to exceed twelve pages, without leave of the Court.  First Scheduling Order 2 (Mar. 22, 2006).  The Court ordered, however, that any other reply related to a motion could only be filed with leave of the Court.  *Id.*

On April 11, 2007, Defendant improperly filed its seventeen page Sur-Reply without leave of the Court.  Plaintiff's Motion for Leave to File a Response to Defendant's Improperly Filed Sur-Reply to Plaintiff's Motion to Compel Discovery should be granted because, as set

forth in the supporting memorandum, filed contemporaneously with this Motion, Defendant improperly filed a sur-reply and raised new points and a response by Plaintiff might benefit the Court. The parties conferred on April 13, 2007 and Defendant advised that it opposes this Motion.

Plaintiff's response will not exceed five pages and will be filed within five days of the Court's ruling on this Motion.

Respectfully submitted this 13th day of April 2007.

PLAINTIFF
FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner

/s/ Lena Amanti
David J. Curtin, D.C. Bar #281220
Ronald L. Buch, Jr., D.C. Bar #450903
Lena Amanti, D.C. Bar #490791
MCKEE NELSON LLP
1919 M Street, N.W., Suite 200
Washington, D.C. 20036
Telephone: (202) 775-1880
Facsimile: (202) 775-8586
Email: dcurtin@mckeenelson.com
       rbuch@mckeenelson.com
       lamanti@mckeenelson.com

John O. Mirick, BBO #349240
MIRICK, O'CONNELL, DEMALLIE
& LOUGEE, LLP
100 Front Street
Worcester, MA 01608
Telephone: (508) 791-8500
Facsimile: (508) 791-8502
Email: jomirick@mirickoconnell.com

**Certificate of Compliance with Local Rule**

  I hereby certify, pursuant to Local Rule 7.1(a)(2), that counsel for movant has conferred with counsel for Defendant and has attempted in good faith to resolve or narrow the issue.

            /s/ Lena Amanti
            Lena Amanti, D.C. Bar #490791
            MCKEE NELSON LLP
            1919 M Street, N.W., Suite 200
            Washington, D.C. 20036
            Telephone: (202) 775-1880
            Facsimile: (202) 775-8586
            Email: lamanti@mckeenelson.com

**Certificate of Service**

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 13, 2007.

            /s/ Lena Amanti
            Lena Amanti, D.C. Bar #490791
            MCKEE NELSON LLP
            1919 M Street, N.W., Suite 200
            Washington, D.C. 20036
            Telephone: (202) 775-1880
            Facsimile: (202) 775-8586
            Email: lamanti@mckeenelson.com