UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | Case Nos.:  05-40151-FDS<br>　　　　　　　06-40130-FDS |

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE A
RESPONSE TO DEFENDANT'S IMPROPERLY FILED
<u>SUR-REPLY TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY</u>**

   Plaintiff, the tax matters partner of Fidelity International Currency Advisor A Fund, L.L.C. ("FICA A Fund"), moves this Court for leave to file a response to Defendant's improperly filed United States' Sur-Reply to Plaintiff[']s[] Motion to Compel Discovery ("Sur-Reply"). The Local Rules only allow for the filing of a response to a motion—all additional papers "may be submitted only with leave of court." L.R. 7.1(b)(3). In the Court's First Scheduling Order, the Court allowed the parties to file "a reply memorandum in response to an opposition to any motion," not to exceed twelve pages, without leave of the Court. First Scheduling Order 2 (Mar. 22, 2006). The Court ordered, however, that any other reply related to a motion could only be filed with leave of the Court. *Id*.

   On April 11, 2007, Defendant improperly filed its seventeen page Sur-Reply without leave of the Court. Defendant filed its sur-reply apparently based on the Court's statement at the

March 10, 2006 scheduling conference that sur-replies are allowed "in the ordinary course." (*See* United States of America's Surreply to Plaintiff's Motion to Quash Third-Party Subpoena Issued to KPMG 1 n.1 (May 10, 2006) (quoting Scheduling Conference Tr. 39:19-21 ("You will be able to file reply memoranda and sur-reply in the ordinary course on a motion.")).)  The Court's March 22, 2006 First Scheduling Order, however, supersedes the Court's statements at the March 10, 2006 scheduling conference.  Defendant has displayed a pattern of selectively complying with the Local Rules and Court orders and selectively interpreting the Local Rules and Court's statements to suit its own needs.[1]

Defendant raised new points in it is Sur-Reply.  While Plaintiff is mindful of the Court's reluctance to accept a sur-sur-reply (Status Conference Tr. 44:9-10, May 11, 2006), a response to these new points may assist the court in rendering a decision.  Plaintiff's response will not raise new points or repeat arguments that Plaintiff has already made and will not exceed five pages.  Plaintiff will respond to Defendant's improperly filed Sur-Reply within five days of the Court's ruling on the Motion.

For the foregoing reasons, Plaintiff requests that its Motion for Leave to File a Response to Defendant's Improperly Filed Sur-Reply be granted.

---

[1] This is not the first time that Defendant has filed a Sur-Reply without leave of the Court.  On May 10, 2006, Defendant filed a surreply in connection with Plaintiff's Motion to Quash Subpoena Duces Tecum.  Plaintiff did not object to Defendant's May 10, 2006 sur-reply or seek leave to file a response to the sur-reply because the Court ruled on the motion the following day.

Defendant also consistently has filed papers untimely.  "All electronic transmissions of documents must be completed **prior to 6:00 PM, Eastern Standard Time, in order to be considered timely filed that day**." United States District Court for the District of Massachusetts, Electronic Case Filing Administrative Procedures 6 (Jan. 1, 2006).  Many of Defendant's filings have not complied with this rule, including the following:  United States of America's Memorandum in Opposition to Third-Party Request for Tutorial Transcript (due Jan. 2, 2007 and filed at 7:53 p.m. on Jan. 3, 2007); United States' Response to Plaintiffs' Motion to Compel Discovery (due Mar. 26, 2007 and filed at 8:19 p.m. on Mar. 26, 2007); Declaration of Margo L. Stevens in Support of United States' Response to Plaintiffs' Motion to Compel Discovery (due Mar. 26, 2007 and filed at 8:23 p.m. on Mar. 26, 2007); Declaration of John A. Lindquist in Support of United States' Response to Plaintiffs' Motion to Compel Discovery (due on Mar. 26, 2007 and filed at 9:30 p.m. on Mar. 26, 2007).

Respectfully submitted this 13th day of April 2007.

        PLAINTIFF
        FIDELITY INTERNATIONAL CURRENCY ADVISOR
        A FUND, L.L.C., by the Tax Matters Partner


        /s/ Lena Amanti
        David J. Curtin, D.C. Bar #281220
        Ronald L. Buch, Jr., D.C. Bar #450903
        Lena Amanti, D.C. Bar #490791
        MCKEE NELSON LLP
        1919 M Street, N.W., Suite 200
        Washington, D.C. 20036
        Telephone: (202) 775-1880
        Facsimile: (202) 775-8586
        Email: dcurtin@mckeenelson.com
              rbuch@mckeenelson.com
              lamanti@mckeenelson.com

        John O. Mirick, BBO #349240
        MIRICK, O'CONNELL, DEMALLIE
        & LOUGEE, LLP
        100 Front Street
        Worcester, MA 01608
        Telephone: (508) 791-8500
        Facsimile: (508) 791-8502
        Email: jomirick@mirickoconnell.com


**Certificate of Service**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 13, 2007.


        /s/ Lena Amanti
        Lena Amanti, D.C. Bar #490791
        MCKEE NELSON LLP
        1919 M Street, N.W., Suite 200
        Washington, D.C. 20036
        Telephone: (202) 775-1880
        Facsimile: (202) 775-8586
        Email: lamanti@mckeenelson.com