# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 05-40151 FDS <br><br> Honorable F. Dennis Saylor, IV |

### NOTICE OF CHANGE OF ADDRESS FOR MATTHEW M. NEUMEIER

Pursuant to Local Rule 83.5.2(e), please take notice that Matthew M. Neumeier, who was admitted to this Court to practice Pro Hac Vice in the above referenced matter on April 3, 2007, on behalf of non-party RSM McGladrey, Inc., has joined the firm of Howrey LLP. Mr. Neumeier's new contact information is:

Matthew M. Neumeier
Howrey LLP
321 North Clark St.
Suite 3400
Chicago, IL  60610
Telephone: (312) 846-5640
Fax: 312-595-2250
NeumeierM@howrey.com

1

Dated: April 24, 2007                    Respectfully Submitted,

                                                                 RSM MCGLADREY, INC.

By:    s/ Peter J. Karol/
          Peter J. Karol
          MA BBO # 660338
          BROMBERG & SUNSTEIN LLP
          125 Summer Street
          Boston, MA 02110
          Telephone: (617) 443-9292 x326
          Facsimile: (617) 443-0004
          pkarol@bromsun.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail to those indicated as non-registered participants on April 24, 2007.

                                                   s/ Peter J. Karol/

03243/00501 656835.1