UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Nos. 05-40151-FDS (D. Mass.) 06-40130-FDS (D. Mass.) |
| v. | ) ) | Judge Saylor |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

**UNITED STATES OF AMERICA'S ASSENTED-TO MOTION TO FILE DECLARATION, EXHIBITS, AND APPENDIX UNDER SEAL**

The United States moves for an order allowing it to file under seal the SECOND DECLARATION OF JOHN LINDQUIST, Appendix E with its source documents, and exhibits R-69 to R-72, all to be filed in support of the REPLY BRIEF IN FURTHER SUPPORT OF UNITED STATES' MOTION FOR ISSUANCE OF LETTERS ROGATORY REQUESTING INTERNATIONAL JUDICIAL ASSISTANCE.

Each of the exhibits attached to the second declaration and which the United States seeks to file under seal is highly relevant to both the underlying litigation and the motion for issuance of letters rogatory. The appendix attached to the declaration summarizes much of the information in the exhibits. Despite the importance of the exhibits and appendix, they should be sealed pursuant to Federal Rule of Civil Procedure 26(c). Many include the names of FDIS-tax-shelter participants and related transactional information. Given the preliminary nature of this motion, it is unnecessary to make public at this time the names and transactional details of the FDIS participants listed on the exhibits and appendix.

## Certification

I certify that counsel for the United States conferred by telephone on May 4, 2007 with counsel for the plaintiff and obtained counsel's assent to this motion.

           Respectfully submitted,

           MICHAEL J. SULLIVAN
           United States Attorney

           /s/ Dennis M. Donohue
           DENNIS M. DONOHUE
           CHIEF SENIOR LITIGATION COUNSEL
           OFFICE OF CIVIL LITIGATION
           Trial Attorney, Tax Division
           U.S. Department of Justice
           P.O. Box 403, Ben Franklin Station
           Washington, D.C.  20044
           Telephone: (202) 307-6492
           Facsimile: (202) 307-2504
           E-mail: dennis.donohue@usdoj.gov

           JOHN A. LINDQUIST
           BARRY E. REIFERSON
           HEATHER L. RICHTARCSIK
           Trial Attorneys, Tax Division
           U.S. Department of Justice
           P.O. Box 55, Ben Franklin Station
           Washington, D.C.  20044-0055
           Telephone: (202) 307-6561
           Facsimile:  (202) 514-5238
           E-mail: john.a.lindquist@usdoj.gov
                barry.e.reiferson@usdoj.gov
                heather.l.richtarcsik@usdoj.gov

Certificate of Service
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing and copies will be sent to those indicated as non registered participants on May 4, 2007

/s/ Barry E. Reiferson
Trial Attorney, US Department of Justice, Tax Division