UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ) | |
| **FIDELITY INTERNATIONAL CURRENCY** ) | |
| **ADVISOR A FUND, LLC,** ) | |
| **by the Tax Matters Partner,** ) | |
| ) | **Civil No.** |
| **Plaintiff,** ) | **05-40151-FDS** |
| ) | **06-40130-FDS** |
| v. ) | |
| ) | |
| **UNITED STATES of AMERICA,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**INTERIM ORDER ON
MOTIONS FOR PROTECTIVE ORDER**

**SAYLOR, J.**

In accordance with the status report filed by the United States on May 15, 2007, in the event that the United States and BDO Seidman, RSM McGladrey, and/or Grant Thornton cannot reach agreement on a proposed addendum to the stipulated protective order, the United States shall file a status report or, alternatively, may file a motion for modification of the protective order, by 5:00 p.m. on May 18, 2007.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: May 16, 2007