UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FIDELITY INTERNATIONAL CURRENCY | ) | |
| ADVISOR A FUND, L.L.C., by the Tax | ) | |
| Matters Partner, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Nos. 05-40151 and 06-40130 |
| | ) | |
| v. | ) | Judge Saylor |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**UNITED STATES OF AMERICA'S MOTION FOR EXTENSION OF TIME TO SUBMIT EXPERT REPORTS AND REBUTTAL REPORTS AND TO CONDUCT DISCOVERY**

The United States moves for a sixty day extension of the tentative deadlines the Court set to submit expert reports and rebuttal reports and to conduct discovery.[1] An extension of time is necessary in light of the massive quantity of documents in issue and the massive quantity of essential documents which are still in the process of being produced.. It is essential for the United States and its experts to have access to the documents which many of the core promoters still have not produced. As set forth in the accompanying memorandum in support of this motion, the production of documents from numerous third parties has been significantly delayed through no fault of the United States and plaintiff will not be prejudiced by the granting of this motion.

---

[1] If this motion is allowed, expert reports would be due on August 7, 2007, rebuttal reports would be due on September 11, 2007 and the discovery deadline would be November 27, 2007.

A proposed order is attached and a memorandum in support of this motion is being filed

contemporaneously.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

 /s/ Dennis M. Donohue
DENNIS M. DONOHUE
CHIEF SENIOR LITIGATION COUNSEL
OFFICE OF CIVIL LITIGATION
U.S. Department of Justice
P.O. Box 403, Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6492
Facsimile: (202) 307-2504
E-mail: dennis.donohue@usdoj.gov

JOHN A. LINDQUIST
BARRY E. REIFERSON
HEATHER L. RICHTARCSIK
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C.  20044-0055
Telephone: (202) 307-6561
Facsimile:  (202) 514-5238
E-mail: john.a.lindquist@usdoj.gov
        barry.e.reiferson@usdoj.gov
        heather.l.richtarcsik@usdoj.gov

Certification
I hereby certify that counsel for the United States conferred with counsel for the plaintiff on May 8,
2007 and on May 15, 2007 and attempted in good faith to resolve or narrow the issues raised in this
motion.  The plaintiff notified the United States by letter dated May 11, 2007 that it does not agree to
an extension of time for expert reports and rebuttal reports, and noted on May 15 its objection to
enlargement of the discovery period.
/s/ Barry E. Reiferson

Certificate of Service
I hereby certify that this document filed through the ECF system will be sent electronically to the
registered participants identified on the Notice of Electronic Filing and paper copies will be sent to
those indicated as non registered participants on May 17, 2007.
/s/ Heather L. Richtarcsik

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FIDELITY INTERNATIONAL CURRENCY | ) | |
| ADVISOR A FUND, L.L.C., by the Tax | ) | |
| Matters Partner, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Nos. 05-40151 and 06-40130 |
| | ) | |
| v. | ) | Judge Saylor |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING UNITED STATES OF AMERICA'S MOTION
FOR EXTENSION OF TIME TO SUBMIT EXPERT REPORTS
AND REBUTTAL REPORTS AND TO CONDUCT DISCOVERY**

The United States' request by motion for a 60 day extension of time to submit expert

reports and rebuttal reports and to conduct discovery is granted.  Expert reports are now due on

August 7, 2007, rebuttal reports are now due on September 11, 2007, and the discovery deadline

is now November 27, 2007.


It is so ordered this _____ day of _____, 2007.


_____
F. Dennis Saylor, IV
United States District Court Judge