UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner, </br></br>　　　　Plaintiff, </br></br>　　vs. </br></br>UNITED STATES OF AMERICA, </br></br>　　　　Defendant. | Case No. 05-40151 FDS </br></br> Honorable F. Dennis Saylor, IV |

### NON-PARTY RSM MCGLADREY'S UNOPPOSED MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF ROBERT T. MARKOWSKI

Pursuant to Local Rule 83.5.2(c), non-party RSM McGladrey, Inc. ("RSM McGladrey") requests leave of Court to withdraw the appearance of Robert T. Markowski as counsel of record for RSM McGladrey in this action. In support of this motion, RSM McGladrey states as follows:

1. Robert T. Markowski, along with Matthew M. Neumeier and Kathy A. Karcher, were previously admitted to appear *pro hac vice* on behalf of RSM McGladrey in this case.

2. Mr. Neumeier resigned from the partnership of Jenner & Block LLP effective April 10, 2007 and entered the partnership at Howrey LLP. Mr. Neumeier filed a Notice of Change of Address with the Court at that time. Similarly, Ms. Karcher will become an associate attorney with Howrey LLP effective May 30, 2007, at which time she will also file a Notice of Change of Address with this Court.

3. RSM McGladrey will continue to be represented before the Court by Mr. Neumeier and Ms. Karcher of Howrey LLP as well as by Robert L. Kann and Peter J. Karol of the firm Bromberg & Sunstein LLP.

WHEREFORE, RSM McGladrey requests that the Court grant this unopposed motion and allow Robert T. Markowski to withdraw his appearances as counsel of record for non-party RSM McGladrey in this proceeding.

### CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I certify that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion and that neither Plaintiff Fidelity International Currency Advisor A Fund, L.L.C. nor Defendant United States of America will oppose.

Dated:  May 22, 2007		Respectfully Submitted,

		RSM MCGLADREY, INC.

		By:	s/Peter J. Karol/
			Peter J. Karol
			MA BBO # 660338
			BROMBERG & SUNSTEIN LLP
			125 Summer Street
			Boston, MA 02110
			Telephone:  (617) 443-9292 x326
			Facsimile:   (617) 443-0004
			pkarol@bromsun.com

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 22, 2007.

		s/Peter J. Karol/