UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case Nos.: 05-40151-FDS<br>06-40130-FDS |

**MOTION FOR RECONSIDERATION OF THE
COURT'S MAY 10, 2007 AMENDED MEMORANDUM AND ORDER**

On May 10, 2007, this Court issued an Amended Order (hereinafter "Order") denying Plaintiff's Motion to Compel. A critical category of information Plaintiff sought to compel relates to the merits of the IRS's position that the investments at issue in this case are "substantially similar" to a transaction described in Notice 2000-44, 2000-2 C.B. 255. The Court denied the discovery, stating that it "is not likely to lead to the production of admissible evidence." (Order at 4.) The Court erroneously relied on a 1970 case interpreting superseded language in Federal Rule of Civil Procedure 34, which was subsequently amended and broadened, and the Court then went on to apply a discovery standard that is fundamentally different (and more restrictive) than the standard that has been applied to Defendant's discovery. The Court also stated that "[t]he relevance is not at all clear to me." (Status Conference Tr. 17:38, May 2, 2007.) Plaintiff now respectfully moves for reconsideration of the Court's May 10, 2007 Order in order to seek correction of the disparity in discovery standards and to clarify

the relevance of this important discovery in this case. Specifically, the discovery in question is relevant to the merits of the "substantially similar" issue before the Court and is particularly relevant and needed by Plaintiff because of Defendant's unprecedented "pattern evidence" discovery.

For the foregoing reasons and for the reasons set forth in the accompanying memorandum, Plaintiff's Motion for Reconsideration should be granted and the Court should compel Defendant to produce documents and provide meaningful answers to interrogatories regarding the IRS's determination that FICA A Fund is substantially similar to Notice 2000-44. The parties conferred on May 18, 2007. Defendant does not object to Plaintiff's filing of this Motion and will file an opposition.

Dated this 22nd day of May 2007.

        PLAINTIFF
        FIDELITY INTERNATIONAL CURRENCY ADVISOR
        A FUND, L.L.C., by the Tax Matters Partner

        /s/ Lena Amanti
        David J. Curtin, D.C. Bar #281220
        Ronald L. Buch, Jr., D.C. Bar #450903
        Lena Amanti, D.C. Bar #490791
        MCKEE NELSON LLP
        1919 M Street, N.W., Suite 200
        Washington, D.C. 20036
        Telephone: (202) 775-1880
        Facsimile: (202) 775-8586
        Email: dcurtin@mckeenelson.com
              rbuch@mckeenelson.com
              lamanti@mckeenelson.com

>John O. Mirick, BBO #349240
>MIRICK, O'CONNELL, DEMALLIE
>& LOUGEE, LLP
>100 Front Street
>Worcester, MA 01608
>Telephone:  (508) 791-8500
>Facsimile:  (508) 791-8502
>Email:  jomirick@mirickoconnell.com

### Certificate of Compliance with Local Rule

I hereby certify, pursuant to Local Rule 7.1(a)(2), that counsel for movant conferred with counsel for Defendant on May 18, 2007 and has attempted in good faith to resolve or narrow the issue.

>/s/ Lena Amanti
>Lena Amanti, D.C. Bar #490791
>MCKEE NELSON LLP
>1919 M Street, N.W., Suite 200
>Washington, D.C. 20036
>Telephone:  (202) 775-1880
>Facsimile:  (202) 775-8586
>Email: lamanti@mckeenelson.com

### Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 22, 2007.

>/s/ Lena Amanti
>Lena Amanti, D.C. Bar #490791
>MCKEE NELSON LLP
>1919 M Street, N.W., Suite 200
>Washington, D.C. 20036
>Telephone:  (202) 775-1880
>Facsimile:  (202) 775-8586
>Email: lamanti@mckeenelson.com