**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner, ) ) ) ) ) | |
| Plaintiff, ) | Case Nos.: 05-40151-FDS |
| v. ) | 06-40130-FDS |
| UNITED STATES OF AMERICA, ) ) | **Leave to File Granted on May 22, 2007** |
| Defendant. ) ) ) | |

**EXHIBIT TO PLAINTIFF'S AMENDED SUR-REPLY TO DEFENDANT'S MOTION FOR ISSUANCE OF LETTERS ROGATORY REQUESTING INTERNATIONAL JUDICIAL ASSISTANCE**

Respectfully submitted this 23rd day of May 2007.

        PLAINTIFF
        FIDELITY INTERNATIONAL CURRENCY ADVISOR
        A FUND, L.L.C., by the Tax Matters Partner

        /s/ Lena Amanti
        David J. Curtin, D.C. Bar #281220
        Ronald L. Buch, Jr., D.C. Bar #450903
        Lena Amanti, D.C. Bar #490791
        MCKEE NELSON LLP
        1919 M Street, N.W., Suite 200
        Washington, D.C. 20036
        Telephone: (202) 775-1880
        Facsimile: (202) 775-8586
        Email: dcurtin@mckeenelson.com
                rbuch@mckeenelson.com
                lamanti@mckeenelson.com

>John O. Mirick, BBO #349240
>MIRICK, O'CONNELL, DEMALLIE
>& LOUGEE, LLP
>100 Front Street
>Worcester, MA 01608
>Telephone: (508) 791-8500
>Facsimile: (508) 791-8502
>Email: jomirick@mirickoconnell.com

**Certificate of Service**

| | |
|---|---|
| I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 23, 2007. | /s/ Lena Amanti<br>Lena Amanti, D.C. Bar #490791<br>MCKEE NELSON LLP<br>1919 M Street, N.W., Suite 200<br>Washington, D.C. 20036<br>Telephone: (202) 775-1880<br>Facsimile: (202) 775-8586<br>Email: lamanti@mckeenelson.com |

2

# Exhibit A

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil No. 05-40151-FDS<br>06-40130-FDS |

**UNITED STATES' RESPONSE TO PLAINTIFF'S EIGHTH SET
OF REQUESTS FOR PRODUCTION OF DOCUMENTS NOS. 72-75**

The United States, pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure and Rule 34.1 of the Local Rules of the United States District Court for the District of Massachusetts, responds to Plaintiff's Eighth Set of Requests for Production of Documents Nos. 72-75 as follows:

**GENERAL OBJECTIONS**

1. The United States objects to these requests to produce on the ground that the materials requested are not relevant to this action and are also not reasonably calculated to lead to the discovery of admissible evidence.

2. The United States objects to these requests to produce on the ground that they are overbroad and unduly burdensome.

3. The United States also objects to the requests to produce as they seek documents subject to the work product privilege. The work product privilege "protects work done by an attorney in anticipation of, or during, litigation from disclosure to the opposing party." *State of*

2421537.1

- 2 -

*Maine v. U.S. Dept. of Interior*, 298 F.3d 60, 66 (1st Cir. 2002). *See also* Fed. R. Civ. Pro. 26(b)(3). The Court of Federal Claims recently held that documents prepared by the IRS during the audit process can compromise work product when it is reasonably anticipated that litigation would ensue at the time the audit began. *Deseret Mgmt. Corp. v. United States*, 2007 U.S. Claims LEXIS 92 (Fed. Cl., Mar. 29, 2007).

4. The United States further objects to the requests to the extent they seek information that is protected by the government deliberative process privilege.

5. The United States also objects to the requests to the extent they seek return information that is protected under 26 U.S.C. § 6103.

## RESPONSE TO REQUESTS

Request for Production No. 72: All documents, records, and materials collected, created, or maintained by the Government mentioning, referring, or relating to John Hussey, Oliver Peck, or Nigel Glazier Scott. This requests includes all inter- and intra-governmental communications regarding John Hussey, Oliver Peck, or Nigel Glazier Scott.

Response to Request No. 72: The United States objects to this request to produce to the extent that the materials requested are not relevant to the subject matter of this litigation and are not reasonably calculated to lead to the discovery of admissible evidence as is required by Rule 26(b)(1) of the Federal Rules of Civil Procedure. Further, the United States objects to this request to produce to the extent it seeks documents that are protected by the deliberative process privilege, the attorney-client privilege, and the attorney work product doctrine. The United States also objects to this request on the ground that it is overbroad and unduly burdensome.

2421537.1

- 3 -

Request for Production No. 73: All documents, records, and materials collected, created, or maintained by the Government mentioning, referring, or relating to Kilsture Ltd., Maddox Ltd., Cumberdale Investments Ltd., or Cumberdale Holdings Ltd. This request includes all inter- and intra-governmental communications regarding Kilsture Ltd., Maddox Ltd., Cumberdale Investments Ltd., or Cumberdale Holdings Ltd.

Response to Request No. 73: The United States objects to this request to produce to the extent that the materials requested are not relevant to the subject matter of this litigation and are not reasonably calculated to lead to the discovery of admissible evidence as is required by Rule 26(b)(1) of the Federal Rules of Civil Procedure. Further, the United States objects to this request to produce to the extent it seeks documents that are protected by the deliberative process privilege, the attorney-client privilege, and the attorney work product doctrine. The United States also objects to this request on the ground that it is overbroad and unduly burdensome.

Request for Production No. 74: All records, documents, and materials created, collected, or maintained by the Government describing, evaluating, categorizing or otherwise discussing HOMER, including but not limited to, all documents produced to the Government by Jenkens & Gilchrist, White & Case, or Deutsche Bank.

Response to Request No. 74: The United States objects to this request to produce to the extent that the materials requested are not relevant to the subject matter of this litigation and are not reasonably calculated to lead to the discovery of admissible evidence as is required by Rule 26(b)(1) of the Federal Rules of Civil Procedure. Further, the United States objects to this request to produce to the extent it seeks documents that are protected by the deliberative process privilege, the attorney-client privilege, and the attorney work product doctrine. The United States also objects to this request on the ground that it is overbroad and unduly burdensome.

- 4 -

The United States additionally objects to this request to the extent it seeks return information that is protected under 26 U.S.C. § 6103.

Request for Production No. 75: All records, documents, and materials reflecting the names of each taxpayer the Government has determined engaged in HOMER.

Response to Request No. 75: The United States objects to this request to produce to the extent that the materials requested are not relevant to the subject matter of this litigation and are not reasonably calculated to lead to the discovery of admissible evidence as is required by Rule 26(b)(1) of the Federal Rules of Civil Procedure. Further, the United States objects to this request to produce to the extent it seeks documents that are protected by the deliberative process privilege, the attorney-client privilege, and the attorney work product doctrine. The United States also objects to this request on the ground that it is overbroad and unduly burdensome. The United States additionally objects to this request to the extent it seeks return information that is protected under 26 U.S.C. § 6103.

Dated: May 14, 2007

*Heather L. Richtarcsik*
HEATHER L. RICHTARCSIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-2822

2421537.1

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing UNITED STATES' PLAINTIFF'S EIGHTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS NO. 72-75 has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 14th day of May, 2007:

>Lena Amanti, Esquire
>McKee Nelson LLP
>1919 M Street, NW
>Suite 200
>Washington, DC 20036

>*Heather L. Richtarcsik*
>HEATHER L. RICHTARCSIK
>Trial Attorney, Tax Division
>U.S. Department of Justice
>Post Office Box 55
>Ben Franklin Station
>Washington, D.C. 20044
>Telephone: (202) 307-2822