UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ) <br> **FIDELITY INTERNATIONAL CURRENCY** ) <br> **ADVISOR A FUND, LLC,** ) <br> by the Tax Matters Partner, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **UNITED STATES of AMERICA,** ) <br> ) <br> Defendant. ) <br> ) | Civil No. <br> 05-40151-FDS <br> 06-40130-FDS |

### ORDER ON BDO SEIDMAN LLP'S MOTION FOR ENTRY OF A SUPERSEDING PROTECTIVE ORDER

**SAYLOR, J.**

Non-party BDO Seidman LLP has moved, pursuant to Fed. R. Civ. P. 26(c) and 45, for the entry of a Superseding Protective Order in response to a subpoena served upon it by the United States of America on October 3, 2006.[1]  In lieu of a superseding protective order, the Court will enter an addendum to the Protective Order for the reasons articulated in the Court's May 29, 2007 Order on Motion of the United States to Compel RSM McGladrey's Production of Documents.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
Dated: May 30, 2007                United States District Judge

---

[1] On February 6, 2007, BDO Seidman filed an Assented-to Motion for a Protective Order. According to BDO Seidman, that Protective Order, which the Court entered on February 7, 2007, was intended to deal with all documents other than tax returns.