**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| FIDELITY INTERNATIONAL CURRENCY | ) | |
| ADVISOR A FUND, L.L.C., by the Tax | ) | |
| Matters Partner, | ) | |
| | ) | Case No. 05-40151 FDS |
| Plaintiff, | ) | |
| | ) | Honorable F. Dennis Saylor, IV |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF CHANGE OF ADDRESS FOR KATHY A. KARCHER**

Pursuant to Local Rule 83.5.2(e), please take notice that Kathy A. Karcher, who was

admitted to this Court to practice Pro Hac Vice in the above referenced matter on April 11, 2007,

on behalf of non-party RSM McGladrey, Inc., has joined the firm of Howrey LLP.  Ms.

Karcher's new contact information is:

Kathy A. Karcher
Howrey LLP
321 North Clark St.
Suite 3400
Chicago, IL  60610
Telephone: (312) 846-5640
Fax: 312-595-2250
KarcherK@howrey.com

1

Dated: May 31, 2007          Respectfully Submitted,

                             RSM MCGLADREY, INC.

                   By:   s/ Peter J. Karol/
                         Peter J. Karol
                         MA BBO # 660338
                         BROMBERG & SUNSTEIN LLP
                         125 Summer Street
                         Boston, MA 02110
                         Telephone:  (617) 443-9292 x326
                         Facsimile:   (617) 443-0004
                         pkarol@bromsun.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail to those indicated as non-registered participants on May 31, 2007.

                             s/ Peter J. Karol/

03243/00501  677791.1

2