## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner,<br><br>        Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case Nos.:  05-40151-FDS<br>                06-40130-FDS |

### PLAINTIFF'S MOTION TO COMPEL
### PRODUCTION OF IRS REQUEST FOR ADVICE

Plaintiff moves this Court pursuant to Rules 26(b)(5), 34, and 37(a) of the Federal Rules of Civil Procedure and Local Rule 37.1 to issue an order compelling Defendant to produce a memorandum the contents of which were disclosed voluntarily to Plaintiff's representatives by members of the IRS examination team who examined FICA A Fund. Because the IRS examination team waived the attorney-client and deliberative process privileges, Defendant should be compelled to produce the memorandum.

For the reasons set forth in the accompanying memorandum, Plaintiff's Motion to Compel Production of IRS Request for Advice should be granted and the Court should compel Defendant to produce the Request for Advice. The parties conferred on May 8, 2007 and could not resolve the issue of whether the attorney-client and deliberative process privileges have been waived with respect to the memorandum.

**REQUEST FOR ORAL ARGUMENT**

Plaintiff, in accordance with Local Rule 7.1(d), respectfully requests this Motion be argued because Plaintiff believes that oral argument may assist the Court and Plaintiff wishes to be heard.

Dated this 13th day of August 2007.

        PLAINTIFF
        FIDELITY INTERNATIONAL CURRENCY ADVISOR
        A FUND, L.L.C., by the Tax Matters Partner

        /s/ Ronald L. Buch, Jr.
        David J. Curtin, D.C. Bar #281220
        Ronald L. Buch, Jr., D.C. Bar #450903
        Lena Amanti, D.C. Bar #490791
        MCKEE NELSON LLP
        1919 M Street, N.W., Suite 200
        Washington, D.C. 20036
        Telephone:  (202) 775-1880
        Facsimile:  (202) 775-8586
        Email:  dcurtin@mckeenelson.com
                rbuch@mckeenelson.com
                lamanti@mckeenelson.com

        John O. Mirick, BBO #349240
        MIRICK, O'CONNELL, DEMALLIE
        & LOUGEE, LLP
        100 Front Street
        Worcester, MA 01608
        Telephone:  (508) 791-8500
        Facsimile:  (508) 791-8502
        Email:  jomirick@mirickoconnell.com

## Certificate of Compliance with Local Rule

I hereby certify, pursuant to Local Rule 7.1(a)(2), that counsel for movant conferred with counsel for Defendant on May 8, 2007 and has attempted in good faith to resolve or narrow the issue.


/s/ Ronald L. Buch, Jr.
Ronald L. Buch, Jr., D.C. Bar #450903
MCKEE NELSON LLP
1919 M Street, N.W., Suite 200
Washington, D.C. 20036
Telephone: (202) 775-1880
Facsimile: (202) 775-8586
Email: rbuch@mckeenelson.com


## Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 13, 2007.

/s/ Ronald L. Buch, Jr.
Ronald L. Buch, Jr., D.C. Bar #450903
MCKEE NELSON LLP
1919 M Street, N.W., Suite 200
Washington, D.C. 20036
Telephone: (202) 775-1880
Facsimile: (202) 775-8586
Email: rbuch@mckeenelson.com