UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Nos. 05-40151-FDS (D. Mass.) 06-40130-FDS (D. Mass.) |
| v. | ) ) | Judge Saylor |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

**MOTION AND MEMORANDUM OF LAW FOR
15-DAY EXTENSION OF DEADLINE TO FILE MOTIONS TO
COMPEL PRODUCTION OF DOCUMENTS FROM FOUR LAW FIRMS**

The United States of America moves this Court for a 15-day extension, to October 31, 2007 (the end of the discovery period), of the deadline to file motions to compel production of documents from Brown Raysman (n/k/a Thelen Reid Brown Raysman & Steiner), Bryan Cave, Lord Bissell & Brook (n/k/a Locke Lord Bissell & Liddell), and Proskauer Rose.

This extension will obviate the need to file motions to compel during ongoing negotiations aimed at resolving the remaining production-related and privilege-related issues. Three of these law firms, Bryan Cave, Lord Bissell & Brook, and Brown Raysman, have withheld or will withhold documents under privilege claims on behalf of The Diversified Group, Inc. ("DGI"). The United States is attempting to resolve those privilege claims with DGI, as it did in relation to the motion to compel production from DGI. With respect to Brown Raysman, this firm is in the process of retrieving responsive documents and expects to complete that production and provide a privilege log by October 19, 2007. At that time, the United States can assess the privilege claims and attempt to negotiate with DGI the resolution of any issues. Bryan Cave just recently made a production and produced a privilege log with a cover letter suggesting

any issues be worked out with DGI; The United States is attempting to resolve the issues with DGI, as suggested.

Proskauer Rose is asserting privilege on behalf of individual taxpayers who it deems to be its clients. The United States will continue to attempt to negotiate a settlement of Proskauer Rose's privilege claims.

While the United States seeks an extension of the filing deadline, granting of this motion may actually expedite the resolution of these matters. In return for the United States' agreement to seek an extension and thereby delay the filing of motions to compel against these law firms, each of the law firms, except Bryan Cave, have agreed to litigate any privilege issues that remain unresolved by October 31 with this Court.[1] Were it not for that agreement, the motion against Lord Bissell & Brook would have been filed in the Northern District of Illinois, while the motion against Brown Raysman would have been filed in the Southern District of New York. Because Bryan Cave has not agreed to have any remaining issues resolved by this Court, the United States will continue Bryan-Cave-related negotiations with DGI, but, if unsuccessful, it will move to compel Bryan Cave's production in the Northern District of Illinois by October 23, 2007.

Because the United States and these four law firms are actively involved in negotiations that may lead to a resolution of the remaining issues between them, and because motions against three of the four law firms would be filed with this Court under this agreement, this motion should be granted.

## CONCLUSION

For the foregoing reasons, the United States respectfully requests the Court to grant this motion for a 15-day extension, to October 31, 2007, to file motions to compel production of

---

[1] Proskauer Rose is subject to this Court's jurisdiction.

documents from Brown Raysman (n/k/a Thelen Reid Brown Raysman & Steiner), Bryan Cave, Lord Bissell & Brook (n/k/a Locke Lord Bissell & Liddell), and Proskauer Rose.

## Certification

I certify that counsel for the United States conferred by telephone on October 13, 2007; October 15, 2007; and October 16, 2007. The plaintiff takes no position on this motion at this time.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

        /s/ Dennis M. Donohue
        DENNIS M. DONOHUE
        CHIEF SENIOR LITIGATION COUNSEL
        OFFICE OF CIVIL LITIGATION
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 403, Ben Franklin Station
        Washington, D.C.  20044
        Telephone: (202) 307-6492
        Facsimile: (202) 307-2504
        E-mail: dennis.donohue@usdoj.gov

        JOHN A. LINDQUIST
        BARRY E. REIFERSON
        HEATHER L. VANN
        Trial Attorneys, Tax Division
        U.S. Department of Justice
        P.O. Box 55, Ben Franklin Station
        Washington, D.C.  20044-0055
        Telephone: (202) 307-6561
        Facsimile:  (202) 514-5238
        E-mail: john.a.lindquist@usdoj.gov
                barry.e.reiferson@usdoj.gov
                heather.vann@usdoj.gov

Certificate of Service
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing and copies will be sent to those indicated as non registered participants on October 16, 2007.

/s/ Barry E. Reiferson
Trial Attorney, US Department of Justice, Tax Division