UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Nos. 05-40151-FDS (D. Mass.) 06-40130-FDS (D. Mass.) |
| v. | ) ) | Judge Saylor |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

### UNITED STATES OF AMERICA'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, CARRUTH MANAGEMENT, CARRUTH ASSOCIATES, AND AFFILIATES

The United States of America moves this Court to compel production of unredacted documents withheld under claims of attorney-client and work-product privileges by the plaintiff and by Carruth Management, Carruth Associates, and their affiliates.  As described in the accompanying memorandum of law, all of the withheld documents should be produced because they were not privileged in the first instance.  Additionally, even if the documents were privileged, any privilege was waived when the plaintiff put the subject matter of the communications at issue, and when the plaintiff disclosed the communications and related subject matter to various third parties.

The United States moves for production of unredacted copies of all withheld documents from these entities.[1]

---

[1] The United States does not move separately for production of documents from the law firm Burke Warren MacKay & Serritella ("Burke Warren") because, as represented by plaintiff's counsel, all documents withheld by Burke Warren have also been withheld by Carruth and/or the plaintiff.  As such, the parties agree that a motion to compel production of withheld documents from Burke Warren is unnecessary, and issues relating to Burke Warren's privilege claims will be resolved by this motion.

2805626.1

**Certification**

     I certify that counsel for the United States conferred with counsel for the plaintiff by telephone on October 12, 2007; October 13, 2007; October 15, 2007; and October 16, 2007. During each of those conferences, counsel for the defendant informed counsel for the plaintiff that it appeared the plaintiff was using privilege as both a sword and shield, and gave examples of privilege-log entries that indicated the dual use.  During each of those conferences, counsel for the defendant informed counsel for the plaintiff that there had been a waiver of any privilege as to all withheld documents because of disclosures to third parties.  On October 12, counsel for the defendant raised an additional issue with respect to log entries that appeared to relate to business and not legal advice, such as those that read "Services provided by KPMG."  At that time, plaintiff's counsel agreed to research the issue, and added that he did not believe it "to be a close call."  On October 16, 2007, counsel discussed that the defendant viewed the withheld "advice" as business advice, and not privileged legal advice.  The parties attempted in good faith to reach agreement on the broad scope of privilege issues.  Nonetheless, at the conclusion of the October 16 conversation, plaintiff's counsel claimed that the defendant had not complied with the local rules and was raising new privilege issues.  Based on the course of discussions, the defendant

disagrees, and does not see a basis for that assertion.  The plaintiff at no time agreed to disclose any document, nor did it offer a means of resolution.  The plaintiff opposes the relief sought.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

        <u>/s/ Dennis M. Donohue</u>
        DENNIS M. DONOHUE
        CHIEF SENIOR LITIGATION COUNSEL
        OFFICE OF CIVIL LITIGATION
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 403, Ben Franklin Station
        Washington, D.C.  20044
        Telephone: (202) 307-6492
        Facsimile: (202) 307-2504
        E-mail: dennis.donohue@usdoj.gov

        JOHN A. LINDQUIST
        BARRY E. REIFERSON
        HEATHER L. Vann
        Trial Attorneys, Tax Division
        U.S. Department of Justice
        P.O. Box 55, Ben Franklin Station
        Washington, D.C.  20044-0055
        Telephone: (202) 307-6561
        Facsimile:  (202) 514-5238
        E-mail: john.a.lindquist@usdoj.gov
               barry.e.reiferson@usdoj.gov
               heather.vann@usdoj.gov

<u>Certificate of Service</u>
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing and copies will be sent to those indicated as non registered participants on October 16, 2007.

<u>/s/ Barry E. Reiferson</u>
Trial Attorney, US Department of Justice, Tax Division