## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner, | ) ) ) ) ) | |
| Plaintiff, | ) ) ) | Case Nos.:  05-40151-FDS |
| v. | ) ) | 06-40130-FDS |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) ) ) | |

### PLAINTIFF'S NOTICE OF INTENTION TO FILE A RESPONSE TO DEFENDANT'S MOTION FOR AN EXTENSION OF DEADLINE TO FILE MOTIONS TO COMPEL PRODUCTION OF DOCUMENTS FROM FOUR LAW FIRMS

Plaintiff intends to file a response to Defendant's Motion for 15-Day Extension of

Deadline to File Motions to Compel Production of Documents from Four Law Firms.

Defendant's failure to meet the Court's deadline is Defendant's own doing.  Defendant issued

subpoenas to all the law firms in question almost one year ago.[1]  On September 4, 2007, the

Court ordered that motions to compel against third parties be filed by October 16, 2007,

explaining that a hard deadline "will hold everyone's feet to the fire, including the responding

entities, because I do think this needs to be wrapped up one way or the other." (Status

Conference Tr. 14:7-9.)  The parties were reminded by the Court at the October 2, 2007 status

---

[1] Defendant's subpoena to Proskauer Rose was served on October 19, 2006; Defendant's subpoena to Lord Bissell & Brook was served on October 23, 2006; Defendant's subpoena to Bryan Cave was served on October 24, 2006; and Defendant's subpoena to Brown Raysman Miller Felder & Steiner was served on October 25, 2006.

conference that "the quicker you can get those motions on file the better." (Status Conference

Tr. 31:3-4.)

In its motion to extend the deadline for filing motions to compel against third parties,

Defendant has not offered any evidence that an additional fifteen days will bring Defendant and

the identified law firms any closer to a resolution, which they were unable to achieve during the

past three hundred and fifty days in which the subpoenas have been outstanding. Moreover,

Defendant should not be permitted to effectively grant itself an extension of a Court-ordered

deadline by moving for an extension *on the date of the deadline*. Accordingly, Plaintiff intends

to file an opposition to Defendant's Motion for 15-Day Extension of Deadline to File Motions to

Compel Production of Documents from Four Law Firms.


Respectfully submitted this 17th day of October 2007.


PLAINTIFF
FIDELITY INTERNATIONAL CURRENCY ADVISOR
A FUND, L.L.C., by the Tax Matters Partner


/s/ Lena Amanti
David J. Curtin, D.C. Bar #281220
Ronald L. Buch, Jr., D.C. Bar #450903
Lena Amanti, D.C. Bar #490791
MCKEE NELSON LLP
1919 M Street, N.W., Suite 200
Washington, D.C. 20036
Telephone: (202) 775-1880
Facsimile: (202) 775-8586
Email: dcurtin@mckeenelson.com
        rbuch@mckeenelson.com
        lamanti@mckeenelson.com

John O. Mirick, BBO #349240
MIRICK, O'CONNELL, DEMALLIE
& LOUGEE, LLP
100 Front Street
Worcester, MA 01608
Telephone:  (508) 791-8500
Facsimile:  (508) 791-8502
Email:  jomirick@mirickoconnell.com

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 17, 2007.

/s/ Lena Amanti
Lena Amanti, D.C. Bar #490791
MCKEE NELSON LLP
1919 M Street, N.W., Suite 200
Washington, D.C. 20036
Telephone:  (202) 775-1880
Facsimile:  (202) 775-8586
Email: lamanti@mckeenelson.com