# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case Nos.: 05-40151-FDS<br>06-40130-FDS |

### PLAINTIFF'S NOTICE OF INTENTION TO FILE A RESPONSE TO DEFENDANT'S EMERGENCY MOTION AND MEMORANDUM OF LAW FOR 9-DAY EXTENSION OF FACT-WITNESS-DEPOSITION DEADLINE

Plaintiff intends to file a response to Defendant's Emergency Motion and Memorandum of Law for a 9-day Extension of Fact-Witness-Deposition deadline.  The extension that Defendant seeks counters the Court's order that deadline extensions should be "[f]or good cause shown" and "for specific and discrete items."  (Electronic Order (June 7, 2007).)  Defendant's motion does not seek to extend discovery for a specific and discrete issue, but rather attacks the hard discovery deadline set by the Court.  Moreover, Defendant was well aware of the numerous depositions that it would be taking in the last two weeks of October, having noticed or identified eight of them by October 1, 2007, and should have sought such relief earlier.  The granting of Defendant's motion will be highly prejudicial to Plaintiff.

Plaintiff will file its response no later than 6:30 pm today.

Respectfully submitted this 22nd day of October 2007.

        PLAINTIFF
        FIDELITY INTERNATIONAL CURRENCY ADVISOR
        A FUND, L.L.C., by the Tax Matters Partner


        /s/ Lena Amanti
        David J. Curtin, D.C. Bar #281220
        Ronald L. Buch, Jr., D.C. Bar #450903
        Lena Amanti, D.C. Bar #490791
        MCKEE NELSON LLP
        1919 M Street, N.W., Suite 200
        Washington, D.C. 20036
        Telephone: (202) 775-1880
        Facsimile: (202) 775-8586
        Email: dcurtin@mckeenelson.com
             rbuch@mckeenelson.com
             lamanti@mckeenelson.com


        John O. Mirick, BBO #349240
        MIRICK, O'CONNELL, DEMALLIE
        & LOUGEE, LLP
        100 Front Street
        Worcester, MA 01608
        Telephone: (508) 791-8500
        Facsimile: (508) 791-8502
        Email: jomirick@mirickoconnell.com

**Certificate of Service**

| | |
|---|---|
| I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 22, 2007. | /s/ Lena Amanti<br>Lena Amanti, D.C. Bar #490791<br>MCKEE NELSON LLP<br>1919 M Street, N.W., Suite 200<br>Washington, D.C. 20036<br>Telephone: (202) 775-1880<br>Facsimile: (202) 775-8586<br>Email: lamanti@mckeenelson.com |