UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner, ) ) ) ) | |
| Plaintiff, ) ) | Civil Nos. 05-40151-FDS (D. Mass.) 06-40130-FDS (D. Mass.) |
| v. ) ) | Judge Saylor |
| UNITED STATES OF AMERICA, ) ) | |
| Defendant. ) | |

**JOINT MOTION AND MEMORANDUM OF LAW FOR
8-DAY EXTENSION OF DEADLINE TO FILE MOTION TO
COMPEL PRODUCTION OF DOCUMENTS FROM BRYAN CAVE**

The parties move, with the assent of subpoena recipient Bryan Cave LLP ("Bryan Cave"), for an eight-day extension, to October 31, 2007, of the deadline for motions to compel production of documents from Bryan Cave. This motion follows the United States' motion to extend the deadline to October 23, 2007. The parties and Bryan Cave believe that the additional time may lead to settlement of the issues in dispute and obviate the need for litigation over Bryan Cave's privilege claims, which it makes at the direction of its former client, The Diversified Group, Inc. The parties request, and Bryan Cave does not oppose the request, that if these privilege issues are not resolved and must be litigated, that they be litigated before this Court rather than in the U.S. District Court for the District of Columbia. Additionally, the plaintiff requests and the United States and Bryan Cave assent to an additional 7 days for the parties to notice the deposition of Bryan Cave or a Bryan Cave partner or employee if such a deposition is deemed necessary.

FOR DEFENDANT, UNITED STATES OF AMERICA

/s/ Dennis M. Donohue
DENNIS M. DONOHUE
CHIEF SENIOR LITIGATION COUNSEL
OFFICE OF CIVIL LITIGATION
U.S. Department of Justice, Tax Division
P.O. Box 403, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6492
Facsimile: (202) 307-2504
E-mail: dennis.donohue@usdoj.gov

JOHN A. LINDQUIST
BARRY E. REIFERSON
HEATHER L. VANN
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044-0055
Telephone: (202) 307-6561
Facsimile: (202) 514-5238
Email:   john.a.lindquist@usdoj.gov
         barry.e.reiferson@usdoj.gov
         heather.l.vann@usdoj.gov

FOR PLAINTIFF, FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., BY ITS TAX MATTERS PARTNER

/s/ Lena Amanti
DAVID J. CURTIN, D.C. Bar #281220
RONALD L. BUCH, JR., D.C. Bar #450903
LENA AMANTI, D.C. Bar #490791
MCKEE NELSON LLP
1919 M Street, N.W., Suite 200
Washington, D.C. 20036
Telephone:  (202) 775-1880
Facsimile:  (202) 775-8586
Email:   dcurtin@mckeenelson.com
         rbuch@mckeenelson.com
         lamanti@mckeenelson.com

ASSENTED TO BY:

/s/ Douglas E. Whitney
THOMAS C. BORDERS, P.C.
DOUGLAS E. WHITNEY
MCDERMOTT WILL & EMERY
227 West Monroe Street
Chicago, IL 60606-5096
Telephone:  312-984-7700
Email:   tborders@mwe.com
         dwhitney@mwe.com

FOR NON-PARTY BRYAN CAVE, LLP

**Certificate of Service**

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 22, 2007.

      /s/ Lena Amanti
      Lena Amanti, D.C. Bar #490791
      MCKEE NELSON LLP
      1919 M Street, N.W., Suite 200
      Washington, D.C. 20036
      Telephone: (202) 775-1880
      Facsimile: (202) 775-8586
      Email: lamanti@mckeenelson.com