UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 05-40151 FDS<br><br>Honorable F. Dennis Saylor, IV |

**UNOPPOSED MOTION FOR ADMISSION OF DAVID E. WALTERS
TO PRACTICE PRO HAC VICE FOR RSM MCGLADREY, INC.**

  RSM McGladrey, Inc. ("RSMM"), by its undersigned counsel who is admitted to practice law in the Commonwealth of Massachusetts and in this District, respectfully requests that attorney David E. Walters be admitted to practice pro hac vice in the above-captioned matter, pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts.

  In support of this motion, the certificate of Mr. Walters, as required by Local Rule 83.5.3(b), is attached hereto as Exhibit A.

WHEREFORE, RSM McGladrey, Inc., by the undersigned counsel, respectfully requests that the Court grant its motion and admit Mr. Walters pro hac vice in this matter.

### CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I certify that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion and that neither Plaintiff Fidelity International Currency Advisor A Fund, L.L.C. nor Defendant United States of America will oppose.

Dated:  October 26, 2007                    Respectfully Submitted,

                                            RSM MCGLADREY, INC.

                                    By:     /s/ Peter J. Karol
                                            Peter J. Karol
                                            MA BBO # 660338
                                            BROMBERG & SUNSTEIN LLP
                                            125 Summer Street
                                            Boston, MA 02110
                                            Telephone:  (617) 443-9292 x326
                                            Facsimile:   (617) 443-0004
                                            pkarol@bromsun.com

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail to those indicated as non-registered participants on October 26, 2007.

                                            s/ Peter J. Karol/

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner,<br><br>        Plaintiff,<br><br>        vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No. 05-40151 FDS<br><br>Honorable F. Dennis Saylor, IV |

## CERTIFICATE OF DAVID E. WALTERS

In support of RSM McGladrey, Inc.'s motion for admission of David E. Walters to practice pro hac vice in this matter, and as required by Local Rule 83.5.3(b), David E. Walters certifies the following:

    1.    I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice. I am admitted to practice law in the State of Illinois and have been assigned Illinois State Bar Number 6256825. I am partner of the law firm Howrey LLP and have a mailing address of 321 North Clark St., Suite 3400, Chicago, IL 60610. My telephone phone number is 312-846-5649 and my e-mail address is: WaltersD@howrey.com. I am admitted to the U.S. District Court for the Northern District of Illinois, as well as the Northern District of Indiana.

    2.    There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

1

2

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

By: /s/ David E. Walters
David E. Walters

Executed On: October 26, 2007

2