UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Nos. 05-40151-FDS (D. Mass.)  06-40130-FDS (D. Mass.) |
| v. | ) ) | Judge Saylor |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

## UNITED STATES OF AMERICA'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM BROWN RAYSMAN (N/K/A THELEN REID BROWN RAYSMAN & STEINER)

The United States of America moves this Court to compel production of all documents withheld under claims of attorney-client and work-product privileges by subpoena recipient Brown Raysman (n/k/a Thelen Reid Brown Raysman & Steiner). Brown Raysman has not yet produced a privilege log to the United States, but, upon information and belief, it will do so within the next twenty-four hours. According to counsel for Brown Raysman, the privilege log will list documents withheld on behalf of The Diversified Group, Inc. ("DGI"). The United States is attempting to resolve those privilege claims with DGI, as it did in relation to the motion to compel production from DGI. The United States nonetheless files this motion because of the October 31 deadline for its filing. If the United States is able to resolve the issues with DGI, it will withdraw or modify this motion as appropriate.

Because Brown Raysman's privilege claims are on DGI's behalf, the United States incorporates by reference its memorandum of law and supporting affidavit and exhibits filed in support of its motion to compel production from DGI. (*United States of America v. The Diversified Group, Inc.*, case no. 4:07-mc-40004-FDS (D. Mass.) (docket entry nos. 25, 26)).

2839575.1

## Certification

I certify that counsel for the United States conferred with counsel for Brown Raysman and for DGI, and attempted in good faith to reach agreement on the broad scope of privilege issues. The discussions regarding these privilege claims continue, and the issues may be resolved without the need for the Court's intervention.

>                                Respectfully submitted,
>
>                                MICHAEL J. SULLIVAN
>                                United States Attorney
>
>                                /s/ Dennis M. Donohue
>                                DENNIS M. DONOHUE
>                                CHIEF SENIOR LITIGATION COUNSEL
>                                OFFICE OF CIVIL LITIGATION
>                                Trial Attorney, Tax Division
>                                U.S. Department of Justice
>                                P.O. Box 403, Ben Franklin Station
>                                Washington, D.C.  20044
>                                Telephone: (202) 307-6492
>                                Facsimile: (202) 307-2504
>                                E-mail: dennis.donohue@usdoj.gov
>
>                                JOHN A. LINDQUIST
>                                BARRY E. REIFERSON
>                                HEATHER L. Vann
>                                Trial Attorneys, Tax Division
>                                U.S. Department of Justice
>                                P.O. Box 55, Ben Franklin Station
>                                Washington, D.C.  20044-0055
>                                Telephone: (202) 307-6561
>                                Facsimile:  (202) 514-5238
>                                E-mail: john.a.lindquist@usdoj.gov
>                                        barry.e.reiferson@usdoj.gov
>                                        heather.vann@usdoj.gov

Certificate of Service
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing and copies will be sent to counsel for Brown Raysman and those indicated as non registered participants on October 31, 2007.

/s/ Barry E. Reiferson
Trial Attorney, US Department of Justice, Tax Division

2839575.1