UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Nos. 05-40151-FDS (D. Mass.) 06-40130-FDS (D. Mass.) |
| v. | ) ) | Judge Saylor |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

**UNITED STATES OF AMERICA'S MOTION TO COMPEL
PRODUCTION OF DOCUMENTS FROM PROSKAUER ROSE LLP**

The United States of America moves this Court to compel production of documents withheld under claims of attorney-client and work-product privileges by subpoena recipient Proskauer Rose LLP ("Proskauer"). As described in the accompanying memorandum of law, all of the withheld documents should be produced because they were not privileged in the first instance. Additionally, even if the documents were privileged, any privilege was waived when the communications were disclosed to third parties.

The United States moves for production of unredacted copies of all withheld documents from Proskauer.

## Certification

I certify that counsel for the United States conferred with counsel for Proskauer Rose and attempted in good faith to reach agreement on the broad scope of privilege issues. The United States and Proskauer continue to discuss a means of resolution of the dispute over these privilege claims. Nonetheless, after a series of discussions, the issues remain unresolved. If the United States and Proskauer are able to resolve all or some of the issues without Court intervention, the United States will withdraw or modify this motion as appropriate.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

    /s/ Dennis M. Donohue
    DENNIS M. DONOHUE
    CHIEF SENIOR LITIGATION COUNSEL
    OFFICE OF CIVIL LITIGATION
    Trial Attorney, Tax Division
    U.S. Department of Justice
    P.O. Box 403, Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 307-6492
    Facsimile: (202) 307-2504
    E-mail: dennis.donohue@usdoj.gov

    JOHN A. LINDQUIST
    BARRY E. REIFERSON
    HEATHER L. Vann
    Trial Attorneys, Tax Division
    U.S. Department of Justice
    P.O. Box 55, Ben Franklin Station
    Washington, D.C. 20044-0055
    Telephone: (202) 307-6561
    Facsimile: (202) 514-5238
    E-mail: john.a.lindquist@usdoj.gov
          barry.e.reiferson@usdoj.gov
          heather.vann@usdoj.gov

Certificate of Service
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing and copies will be sent to counsel for Proskauer and those indicated as non registered participants on October 31, 2007.

/s/ Barry E. Reiferson
Trial Attorney, US Department of Justice, Tax Division

2840203.1