UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Civil Nos. 05-40151-FDS (D. Mass.)<br>              06-40130-FDS (D. Mass.)<br><br>Judge Saylor |

**UNITED STATES OF AMERICA'S ASSENTED-TO MOTION
FOR THREE EXHIBITS TO BE PLACED UNDER SEAL**

The United States moves for an order to seal exhibits 1, 3, and 4, filed October 31, 2007 under the Declaration of Barry E. Reiferson in connection with the United States' Motion to Compel Production of Documents From Proskauer Rose. Proskauer Rose and the plaintiff assent to this motion.

Each of the exhibits the United States seeks to have placed under seal is highly relevant to both the underlying litigation and this discovery dispute. Government Exhibit 1 is Proskauer Rose's privilege log, which lists the names of certain "clients" of Proskauer Rose, all of whom the United Stated contends participated in an FDIS tax shelter. Government Exhibit 3 is a reconciliation by The Diversified Group, Inc.("DGI") – which the United States maintains is one of the primary promoters of the FDIS tax shelter at issue– of its 2001 FDIS tax shelter activity. The document lists the FDIS customers by name and shows the fees paid to the co-promoters and fees waived for several customers who helped market the tax shelters. Government Exhibit 4 is a memoranda listing the tax-shelter customers and type of tax shelter for which DGI proposed the

2

recipient law firms would draft purportedly independent tax-shelter-opinion letters.[1]

Despite the importance of these three exhibits, they should be sealed pursuant to Federal Rule of Civil Procedure 26(c).  They each include the names of dozens of FDIS-tax-shelter participants.  Exhibit 3 also shows the size of the tax loss generated for the participant by the tax shelter in each instance.  Given the preliminary nature of this discovery dispute with Proskauer Rose, it is unnecessary to make public at this time the names of the FDIS participants listed on the exhibits.

Dated:  November 1, 2007

---

[1] On March 8, 2007, the Court granted an assented-to motion to seal Government Exhibits 3 and 4 when they were filed in connection with the United States' Motion to Compel RSM McGladrey's Production of Documents.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/ Dennis M. Donohue
DENNIS M. DONOHUE
SENIOR LITIGATION COUNSEL
OFFICE OF CIVIL LITIGATION
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 403, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6492
Facsimile: (202) 307-2504
E-mail: dennis.donohue@usdoj.gov

JOHN A. LINDQUIST
BARRY E. REIFERSON
HEATHER L. VANN
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044-0055
Telephone: (202) 307-6542
Facsimile: (202) 514-5238
E-mail: john.a.lindquist@usdoj.gov
barry.e.reiferson@usdoj.gov
heather.vann@usdoj.gov

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on November 1, 2007.

/s/ Heather L. Vann
Trial Attorney, US Department of Justice, Tax Division