UNITED STATES DISTRICT COURT
**DISTRICT OF MASSACHUSETTS**
**(WORCESTER)**

                                              **APPEARANCE**

FIDELITY INTERNATIONAL CURRENCY
ADVISOR A FUND, L.L.C., by the Tax
Matters Partner,

        Plaintiff,

  v.

UNITED STATES OF AMERICA

                                             Civil Nos. 05-40151-FDS (D. Mass.)
        Defendant.                                06-40130-FDS (D. Mass.)


To the Clerk of this Court and all parties of record:

    Kindly enter my appearance as counsel in this case for non-registered participant,

Proskauer Rose LLP.


    I certify that I am admitted to practice in this Court.


Dated:  November 9, 2007                _____*/s/ Christopher L. DeMayo*_____
                                              Christopher L. DeMayo (BBO No. 653481)
                                              DEWEY & LEBOEUF LLP
                                              260 Franklin Street
                                              Boston, MA 02110
                                              Telephone:  (617) 748-6851
                                              Facsimile:  (617) 897-9051
                                              cdemayo@dl.com

                                              *Attorney for Proskauer Rose LLP*

*bs118609.2*