UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(WORCESTER)

---------------------------------------------------------------x
FIDELITY INTERNATIONAL CURRENCY         )
ADVISOR A FUND, L.L.C., by the Tax      )
Matters Partner,                        )
                                        )   Civil Nos. 05-40151-FDS (D. Mass.)
            Plaintiff,                  )              06-40130-FDS (D. Mass.)
    v.                                  )
                                        )   Judge Saylor
UNITED STATES OF AMERICA                )
                                        )
            Defendant.                  )
---------------------------------------------------------------x

**ASSENTED TO MOTION FOR ADMISSIONS PRO HAC VICE**

Pursuant to Local Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts, Christopher L. DeMayo, attorney for Proskauer Rose LLP, moves this Court for an order granting leave for Lawrence M. Hill and Mark D. Allison of the firm of Dewey & LeBoeuf LLP, and David M. Lederkramer of the firm Proskauer Rose LLP, to appear and practice in this Court for the purpose of representing Proskauer Rose LLP in this action.

1.  Proskauer Rose LLP is represented in this action by Christopher L. DeMayo of the law firm of Dewey & LeBoeuf LLP, who is a member in good standing of the Bar of this Court.

2.  The appearance and active participation of attorneys Lawrence M. Hill, Mark D. Allison and David M. Lederkramer on behalf of Proskauer Rose LLP will facilitate the proper representation of Proskauer Rose LLP's position to this Court because of their familiarity with this action and their experience in actions such as this one.

3.  As stated in the attached affidavits, Lawrence M. Hill and Mark D. Allison are attorneys with the firm of Dewey & LeBoeuf LLP, 1301 Avenue of the Americas, New

York, NY 10019.  Attorney David M. Lederkramer is an attorney with Proskauer Rose LLP, 1585 Broadway, New York, New York 10036.  They are all members in good standing of the Bars in which they are admitted to practice; there are no disciplinary proceedings against them as members of the bar in any jurisdiction; and they are familiar with the Local Rules of this Court.

4. Counsel for Proskauer has conferred with counsel for the Defendant regarding this motion, and counsel for the Defendant has consented to the appearance of Lawrence M. Hill, Mark D. Allison and David M. Lederkramer in this action.

5. The required filing fee of $50.00 per attorney ($150.00 total) accompanies this motion.

WHEREFORE, Christopher L. DeMayo moves that this Court grant leave to Lawrence M. Hill, Mark D. Allison and David M. Lederkramer to appear and practice in this Court in this action.

### LOCAL RULE 7.1(A)(2) CERTIFICATION

The undersigned hereby certifies that counsel for Proskauer Rose LLP have conferred with Defendant's counsel in good faith to resolve or narrow the issues herein.

Dated: November 9, 2007

Respectfully submitted,

_____/s/ Christopher L. DeMayo_____
Christopher L. DeMayo BBO#653481
DEWEY & LEBOEUF LLP
260 Franklin Street
Boston, MA 02110
Telephone: (617) 748-6851
Facsimile: (617) 897-9051
cdemayo@dl.com

*Attorney for Proskauer Rose LLP*

*bs118602.2*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**(WORCESTER)**

```
-----------------------------------------------------------------x
FIDELITY INTERNATIONAL CURRENCY        )
ADVISOR A FUND, L.L.C., by the Tax     )
Matters Partner,                       )    Civil Nos. 05-40151-FDS (D. Mass.)
                                       )               06-40130-FDS (D. Mass.)
                Plaintiff,             )
        v.                             )    Judge Saylor
                                       )
UNITED STATES OF AMERICA               )
                                       )
                Defendant.             )
-----------------------------------------------------------------x
```

**AFFIDAVIT OF LAWRENCE M. HILL**

I, Lawrence M. Hill, certify that:

      1.      I am an attorney with Dewey & LeBoeuf LLP.  My business address is 1301 Avenue of the Americas, New York, New York 10019, and my business phone number is (212) 259-8330;

      2.      I am eligible for admission pro hac vice to this Court pursuant to Local Rule 83.5.3(b);

      3.      I am a member in good standing of the Bar of New York;

      4.      I am a member in good standing of the Bar in every jurisdiction in which I have been admitted to practice and there are no disciplinary proceedings pending against me as a member of any Bar;

      5.      I am familiar with the Local Rules of the United States District Court for

- 2 -

the District of Massachusetts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 9th day of November, 2007.

                                               */s/ Lawrence M. Hill*  
                                               Lawrence M. Hill  
                                               NYS OCA # 1965201  
                                               DEWEY & LEBOEUF LLP  
                                               1301 Avenue of the Americas  
                                               New York, New York 10019  
                                               Telephone: (212) 259-8330  
                                               Facsimile: (212) 259-6333  
                                               Lhill@dl.com

                                               *Attorney for Proskauer Rose LLP*

bs118608.2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(WORCESTER)

```
-----------------------------------------------------------------x
FIDELITY INTERNATIONAL CURRENCY      )
ADVISOR A FUND, L.L.C., by the Tax   )
Matters Partner,                     )
                                     )   Civil Nos. 05-40151-FDS (D. Mass.)
            Plaintiff,               )              06-40130-FDS (D. Mass.)
    v.                               )
                                     )   Judge Saylor
UNITED STATES OF AMERICA             )
                                     )
            Defendant.               )
-----------------------------------------------------------------x
```

# AFFIDAVIT OF MARK D. ALLISON

I, Mark D. Allison, certify that:

      1.    I am an attorney with Dewey & LeBoeuf LLP. My business address is 1301 Avenue of the Americas, New York, New York 10019, and my business phone number is (212) 259-6866;

      2.    I am eligible for admission pro hac vice to this Court pursuant to Local Rule 83.5.3(b);

      3.    I am a member in good standing of the Bar of New York;

      4.    I am a member in good standing of the Bar in every jurisdiction in which I have been admitted to practice and there are no disciplinary proceedings pending against me as a member of any Bar;

      5.    I am familiar with the Local Rules of the United States District Court for

2

the District of Massachusetts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 9th day of November, 2007.

/s/ Mark D. Allison
Mark D. Allison
NYS OCA # 2739209
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 259-6866
Facsimile: (212) 259-6333
mallison@dl.com

*Attorney for Proskauer Rose LLP*

*bs118607.2*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(WORCESTER)

------------------------------------------------------------------x
FIDELITY INTERNATIONAL CURRENCY  )
ADVISOR A FUND, L.L.C., by the Tax  )
Matters Partner,  )
 )
 )  Civil Nos. 05-40151-FDS (D. Mass.)
         Plaintiff,  )  06-40130-FDS (D. Mass.)
  v.  )
 )  Judge Saylor
UNITED STATES OF AMERICA  )
 )
         Defendant.  )
------------------------------------------------------------------x

## AFFIDAVIT OF DAVID M. LEDERKRAMER

I, David M. Lederkramer, certify that:

      1.      I am an attorney with Proskauer Rose LLP.  My business address is 1585 Broadway, New York, New York 10036, and my business phone number is (212) 969-3995;

      2.      I am eligible for admission pro hac vice to this Court pursuant to Local Rule 83.5.3(b);

      3.      I am a member in good standing of the Bar of New York;

      4.      I am a member in good standing of the Bar in every jurisdiction in which I have been admitted to practice and there are no disciplinary proceedings pending against me as a member of any Bar;

      5.      I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

2

       I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 9th day of November, 2007.

                                    */s/ David M. Lederkramer*\_\_\_\_\_
                                    David M. Lederkramer
                                    NYS OCA # 1945765
                                    PROSKAUER ROSE LLP
                                    1585 Broadway
                                    New York, New York 10036
                                    Telephone: (212) 969-3995
                                    Facsimile: (212) 969-2900
                                    dlederkramer@proskauer.com

                                    *Attorney for Proskauer Rose LLP*

bs118605.2