UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(WORCESTER)

------------------------------------------------------------------x
FIDELITY INTERNATIONAL CURRENCY   )
ADVISOR A FUND, L.L.C., by the Tax   )
Matters Partner,   )
   )   Civil Nos. 05-40151-FDS (D. Mass.)
         Plaintiff,   )   06-40130-FDS (D. Mass.)
  v.   )
   )   Judge Saylor
UNITED STATES OF AMERICA   )
   )
         Defendant.   )
------------------------------------------------------------------x

**ASSENTED TO MOTION FOR LEAVE TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM PROSKAUER ROSE LLP**

      1.      Pursuant to Local Rule 7.1(b)(3) of the United States District Court for the District of Massachusetts, non-registered participant Proskauer Rose LLP ("Proskauer") respectfully moves this Court, with consent of the Defendant, to extend the deadline for Proskauer to file its response to the Defendant's Motion to Compel Production of Documents from Proskauer Rose LLP ("Motion to Compel"), which was electronically served on Proskauer on October 31, 2007.

      2.      Pursuant to Local Rule 7.1(b)(2), which requires a party to file an opposition to a motion within fourteen days after service of the motion, Proskauer's opposition to the Defendant's Motion to Compel is currently due on November 14, 2007.

      3.      The Defendant's Memorandum of Law in Support of its Motion to Compel cited to exhibits filed under seal in a separate action, and Proskauer only received the cited exhibits on November 5, 2007, five days after the Motion to Compel was served.  In light

of these facts, Proskauer respectfully requests that the deadline to submit its opposition be extended until November 19, 2007, fourteen days from when Proskauer received the cited exhibits.

4.   Counsel for Proskauer has conferred with counsel for the Defendant regarding the requested extension, and they have consented to the requested extension on the condition that Proskauer agrees to consent to an extension of the Defendant's deadline for filing its reply to Proskauer's opposition, such that the Defendant's reply would be due within 10 days after Proskauer files its opposition.

5.   Accordingly, Proskauer respectfully requests, with Defendant's consent, that the deadline for filing its opposition to Defendant's Motion to Compel be extended to November 19, 2007, and Defendant's deadline for filing its reply to Proskauer's opposition be extended to 10 days thereafter.

### LOCAL RULE 7.1(A)(2) CERTIFICATION

The undersigned hereby certifies that counsel for Proskauer Rose LLP have conferred with Defendant's counsel in good faith to resolve or narrow the issues herein.

Dated: November 9, 2007

        Respectfully submitted,

        _____/s/ Christopher L. DeMayo_____
        Christopher L. DeMayo BBO#653481
        DEWEY & LEBOEUF LLP
        260 Franklin Street
        Boston, MA 02110
        Telephone: (617) 748-6851
        Facsimile: (617) 897-9051
        CDeMayo@dl.com

        *Attorney for Proskauer Rose LLP*

*bs118604.2*