UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | Civil Nos. 05-40151 and 06-40130 |
| | ) | |
| v. | ) | Judge Saylor |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**ASSENTED-TO MOTION AND MEMORANDUM FOR EXTENSION OF TIME TO REPLY IN SUPPORT OF MOTION TO COMPEL TO PROSKAUER ROSE**

The United States, with the assent of Proskauer Rose and the plaintiff, moves for a ten-day extension of time to reply to Proskauer Rose's opposition to the United States' motion to compel its production of documents withheld under claims of privilege.

There is good cause for this extension. First, the United States and Proskauer Rose continue to discuss a resolution of the matter. Those discussions may reduce the number of disputed issues or may eliminate the dispute entirely. Additionally, counsel for the United States with the primary responsibility for negotiating a resolution and drafting the motion papers, has a prescheduled overseas vacation, ending December 3, 2007, making it impossible to reply by the current due date of December 4, 2007, if such a reply is deemed necessary. That vacation also interferes with ongoing negotiations which could benefit from additional time.

For these reasons, the United States requests that the deadline for filing a response to

Proskauer Rose's opposition to the United States' motion to compel production of documents

from Proskauer Rose be extended to and including December 14, 2007.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/ Dennis M. Donohue
DENNIS M. DONOHUE
CHIEF SENIOR LITIGATION COUNSEL
OFFICE OF CIVIL LITIGATION
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 403, Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6492
Facsimile: (202) 307-2504
E-mail: dennis.donohue@usdoj.gov

JOHN A. LINDQUIST
BARRY E. REIFERSON
HEATHER L. VANN
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C.  20044-0055
Telephone: (202) 307-6561
Facsimile:  (202) 514-5238
E-mail: john.a.lindquist@usdoj.gov
        barry.e.reiferson@usdoj.gov
        heather.vann@usdoj.gov

Certification
I hereby certify that counsel for the United States conferred with counsel for the plaintiff and for
Proskauer Rose on November 21 and 26, 2007.  Both the plaintiff and Proskauer Rose assent to this
motion.

Heather L. Vann

Certificate of Service
I hereby certify that this document filed through the ECF system will be sent electronically to the
registered participants identified on the Notice of Electronic Filing and paper copies will be sent to
those indicated as non registered participants on November 26, 2007.

Heather L. Vann
Trial Attorney, United States Department of Justice, Tax Division

2