UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Nos. 05-40151-FDS (D. Mass.) 06-40130-FDS (D. Mass.) |
| v. | ) ) | Judge Saylor |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

**UNITED STATES OF AMERICA'S ASSENTED-TO MOTION
TO FILE FIVE EXHIBITS UNDER SEAL**

The United States moves for an order allowing it to file under seal exhibits 6, 7, 8, 10 and 11 to the United States of America's Reply to Plaintiff's Consolidated Opposition to Motions to Compel Production of Documents From Lord Bissell & Brook (n/k/a Locke Lord Bissell & Liddell), Bryan Cave, Brown Raysman (n/k/a Thelen Reid Brown Raysman & Steiner), and Proskauer Rose LLP.  Plaintiff assents to this motion.

Each of the exhibits the United States seeks to file under seal is highly relevant to both the underlying litigation and this discovery dispute.  Government Exhibits 6, 7 and 8 are subject to protective orders–Exhibit 6 is subject to a protective order with The Diversified Group, Inc. ("DGI"), and Exhibits 7 and 8 are subject to a protective order with RSM McGladrey.  Government Exhibits 10 and 11 are memoranda listing the tax-shelter customers and type of tax shelter for which DGI – which the United States maintains is one of the primary promoters of the FDIS tax shelter at issue – proposed the recipient law firms would draft purportedly independent tax-shelter-opinion letters.  Government Exhibits 10 and 11 have previously been filed under seal in connection with the United States' Motion to Compel RSM McGladrey's Production of Documents.  *See* Court's Order, March 8, 2007.  Those documents list the FDIS customers by

name and show information about the type of tax shelter they have entered into with DGI.

Despite the importance of these five exhibits, they should be sealed pursuant to Federal Rule of Civil Procedure 26(c). Some of the exhibits include the names of FDIS-tax-shelter participants. Given the preliminary nature of this discovery dispute with Lord Bissell & Brook, Bryan Cave, Brown Raysman and Proskauer Rose LLP, it is unnecessary to make public at this time the names and transactional details of the FDIS participants listed on the exhibits.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

        /s/ Dennis M. Donohue
        DENNIS M. DONOHUE
        CHIEF SENIOR LITIGATION COUNSEL
        OFFICE OF CIVIL LITIGATION
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 403, Ben Franklin Station
        Washington, D.C.  20044
        Telephone: (202) 307-6492
        Facsimile: (202) 307-2504
        E-mail: dennis.donohue@usdoj.gov

        JOHN A. LINDQUIST
        BARRY E. REIFERSON
        HEATHER L. VANN
        Trial Attorneys, Tax Division
        U.S. Department of Justice
        P.O. Box 55, Ben Franklin Station
        Washington, D.C.  20044-0055
        Telephone: (202) 307-6542
        Facsimile:  (202) 514-5238
        E-mail: john.a.lindquist@usdoj.gov
                barry.e.reiferson@usdoj.gov
                heather.vann@usdoj.gov

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing and copies will be sent to those indicated as non registered participants on November 26, 2007.

/s/ Heather L. Vann
Trial Attorney, US Department of Justice, Tax Division