UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 05-40151-FDS<br>06-40130-FDS |

## MOTION FOR ADMISSIONS PRO HAC VICE

Pursuant to Local Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, John O. Mirick, of Mirick, O'Connell, DeMallie & Lougee, LLP, attorney for FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.P., by the Tax Matters Partner ("Plaintiff"), moves this Court for an order granting leave for Michelle Abroms of the firm of McKee Nelson, LLP, to appear and practice in this Court for the purpose of representing Plaintiff in this action.

In support of this motion, the attorney for the Plaintiff represents the following:

1. Plaintiff is represented in this action by John O. Mirick, of the law firm of Mirick, O'Connell, DeMallie & Lougee, LLP, who is a member in good standing of the Bar of this Court.

2. The appearance and active participation of attorney Michelle Abroms on behalf of Plaintiff will facilitate the proper presentation of Plaintiff's position to this

Court because of their familiarity with this action and their experience in actions such as this.

3. As stated in the attached affidavit Michelle Abroms is an attorney with the firm of McKee Nelson LLP, 1919 M Street, NW, Suite 200, Washington, D.C. 20036. She is a member in good standing of the Bar of the District of Columbia. She is a member of the Bar in good standing in every jurisdiction in which she has been admitted to practice and there are no disciplinary proceedings pending against any of them as a member of the Bar in any jurisdiction. She is familiar with the Local Rules of this Court.

4. The required filing fee of $50.00 per attorney accompanies this motion.

WHEREFORE, this Court is asked to grant leave to Michelle Abroms to appear and practice in this Court in this action.

Respectfully submitted this 4th day of December 2007.

/s/ John O. Mirick
John O. Mirick
BBO #349240
MIRICK, O'CONNELL, DEMALLIE
& LOUGEE, LLP
100 Front Street
Worcester, MA 01608
Telephone: (508) 791-8500
Facsimile: (508) 791-8502

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case Nos.: 05-40151-FDS<br>06-40130-FDS |

**AFFIDAVIT OF MICHELLE A ABROMS**

I, Michelle Abroms, certify that

1. I am an attorney with McKee Nelson LLP. My business address is 1919 M Street, NW, Suite 200, Washington, DC 20036-3537, and my business phone number is (202) 327-2113;

2. I am eligible for admission pro hac vice to this Court pursuant to Local Rule 83.5.3;

3. I am a member in good standing of the Bar of the District of Columbia;

4. I am a member in good standing of the Bar in every jurisdiction in which I have been admitted to practice and there are no disciplinary proceedings pending against me as a member of any Bar;

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

239148v.1

Dated this 3rd day of December, 2007.

*Michelle A. Abroms*
Michelle A. Abroms
D.C. Bar #494961
MCKEE NELSON LLP
1919 M Street, N.W., Suite 200
Washington, D.C. 20036
Telephone: (202) 327-2113
Facsimile: (202) 775-8586

SUBSCRIBED AND SWORN TO before me this 3rd day of December, 2007.

*Carolyn W. Daniels*
NOTARY PUBLIC
Carolyn W. Daniels
Notary Public, District of Columbia
My Commission Expires 10/14/2011

My Commission Expires: 10/14/2011

2

239148v.1