UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner,<br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    Defendant. | **CIVIL ACTION**<br>NOS. 05-40151-FDS(D.Mass.)<br>    06-40130-FDS(D.Mass.) |

**INTERIM ORDER ON UNITED STATES OF AMERICA'S
MOTION TO COMPEL PRODUCTION OF DOCUMENTS
FROM FIDELITY INTERNATIONAL CURRENCY ADVISOR
A FUND, CARRUTH MANAGEMENT, CARRUTH ASSOCIATES,
AND AFFILIATES (DOCUMENT NO. 174)**

**December 11, 2007**

**HILLMAN, M.J.**

  The parties shall meet and confer to determine exactly which documents in the Plaintiff's privilege log are in dispute. Thereafter, the Defendant shall file a Memorandum which shall comply with the provisions of Local Rule 37.1(B). The Plaintiff shall file any responsive pleading within fourteen (14) calendar days thereafter.

In addition, the Plaintiff shall provide the Court with those documents which have been identified by the parties as being in dispute for *in camera* inspection.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
U.S. MAGISTRATE JUDGE