

# MIRICK O'CONNELL
### ATTORNEYS AT LAW
MIRICK. O'CONNELL. DEMALLIE & LOUGEE, LLP

Direct Line (508) 860-1550
Direct Fax (508) 983-6279
jomirick@modl.com

December 11, 2007

Lisa Roland
Courtroom Clerk for Judge Hillman
United States District Court
Harold Donohue Federal Building
 and Courthouse
595 Main Street
Worcester, MA 01608

Re: Fidelity International Currency Advisor A Fund, L.L.C. v. United States of America
U.S. District Court for the District of Massachusetts, Case No. 05-40151

Dear Ms. Roland:

On behalf of the Plaintiff, I would like to order a transcript of the hearing before Judge Hillman on Monday, December 10, 2007. I do not know the protocol for selecting someone to transcribe the recording, but you might consider seeing if Marianne Kusa-Ryll has time to take on that task. She is very familiar with names and case-specific jargon as a result of the monthly Status Conferences that Judge Saylor holds on this case.

If you need anything more in connection with this request, I will be happy to provide it.

Very truly yours,

John O. Mirick

JOM/caf

cc: Ronald L. Buch, Esq.



WESTBOROUGH, MA
508-898-1501 • FAX 508-898-1502

100 FRONT STREET
WORCESTER, MA 01608-1477
508-791-8500 • FAX 508-791-8502

BOSTON, MA
617-261-2417 • FAX 617-261-2418

{Practice Areas\LIT\20143\00001\A1160333.DOC}

www.MirickOConnell.com