UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner, )<br><br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. ) | Civil Nos. 05-40151-FDS (D. Mass.)<br>06-40130-FDS (D. Mass.)<br><br>Judge Saylor |

**UNITED STATES OF AMERICA'S ASSENTED-TO MOTION AND MEMORANDUM OF LAW FOR EIGHT EXHIBITS TO BE PLACED UNDER SEAL**

The United States moves for an order to seal exhibits 5, 8, 9, 10, 11, 12, 15, and 16, filed on December 14, 2007 with the United States' Reply Memorandum in Support of its Motion to Compel Production of Documents From Proskauer Rose (Docket Entry No. 226). Proskauer Rose and the plaintiff assent to this motion.

Each of the exhibits the United States seeks to have placed under seal is highly relevant to both the underlying litigation and this discovery dispute. Despite the importance of these eight exhibits, they should be sealed pursuant to Federal Rule of Civil Procedure 26(c).

Dated: December 14, 2007

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

 /s/ Dennis M. Donohue
DENNIS M. DONOHUE
SENIOR LITIGATION COUNSEL
OFFICE OF CIVIL LITIGATION
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 403, Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6492
Facsimile: (202) 307-2504
E-mail: dennis.donohue@usdoj.gov

JOHN A. LINDQUIST
BARRY E. REIFERSON
HEATHER L. VANN
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C.  20044-0055
Telephone: (202) 307-6542
Facsimile:  (202) 514-5238
E-mail: john.a.lindquist@usdoj.gov
          barry.e.reiferson@usdoj.gov
          heather.vann@usdoj.gov

Certificate of Service
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on December 14, 2007.

/s/ Barry E. Reiferson
Trial Attorney, US Department of Justice, Tax Division