# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner,<br><br>       Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>       Defendant. | Case No.: 05-40151-FDS<br>              06-40130-FDS |

## PLAINTIFF'S MOTION TO COMPEL DEPOSITION
## PURSUANT TO FEDERAL RULE CIVIL PROCEDURE 30(b)(6)

Plaintiff moves this Court, pursuant to Rules 30(b)(6) and 37(a) of the Federal Rules of Civil Procedure and Local Rule 37.1, to issue an order compelling Defendant to produce an IRS representative to testify on matters set forth in Plaintiff's notice of deposition. Such discovery is relevant to Plaintiff's claim that the IRS erroneously categorized FICA A Fund as "substantially similar" to Notice 2000-44, erroneously adjusted certain items on FICA A Fund's tax return based on that categorization, and erroneously imposed accuracy-related penalties.

On September 27, 2007, Plaintiff served Defendant with a notice of deposition under Federal Rule of Civil Procedure 30(b)(6) calling for a representative of the Internal Revenue Service, effectively the Department of Justice's client in this matter, to appear and testify. The subject matter of the requested testimony principally relates to the facts underlying various transactions that the IRS has claimed or determined are, or are not, substantially similar to Notice 2000-44, including those facts upon which the IRS relied in asserting that FICA A Fund is substantially similar to Notice 2000-44. By letter dated October 17, 2007, Defendant formally

1

advised Plaintiff that it objected to the notice of deposition because all the matters listed are improper, and further advised that it would not provide a witness. The parties met and conferred and fundamentally disagree about the deposition request that forms the basis of this motion. For the reasons set forth in the accompanying memorandum, Plaintiff respectfully requests that its Motion to Compel Deposition Pursuant to Federal Rule of Civil Procedure 30(b)(6) be granted and that the Court order Defendant to produce an IRS representative for deposition pursuant to Plaintiff's notice of deposition.

## REQUEST FOR ORAL ARGUMENT

Plaintiff, in accordance with Local Rule 7.1(d), respectfully requests this motion be argued because Plaintiff believes that oral argument may assist the Court and Plaintiff wishes to be heard.

> PLAINTIFF
> FIDELITY INTERNATIONAL CURRENCY ADVISOR
> A FUND, L.L.C., by the Tax Matters Partner
>
> /s/ Lena Amanti
> David J. Curtin, D.C. Bar #281220
> Ronald L. Buch, Jr., D.C. Bar #450903
> Lena Amanti, D.C. Bar #490791
> MCKEE NELSON LLP
> 1919 M Street, N.W., Suite 200
> Washington, D.C. 20036
> Telephone: (202) 775-1880
> Facsimile: (202) 775-8586
> Email: dcurtin@mckeenelson.com
>        rbuch@mckeenelson.com
>        lamanti@mckeenelson.com
>
> John O. Mirick, BBO #349240
> MIRICK, O'CONNELL, DEMALLIE & LOUGEE, LLP
> 100 Front Street
> Worcester, MA 01608
> Telephone: (508) 791-8500
> Facsimile: (508) 791-8502
> Email: jomirick@mirickoconnell.com

**Certificate of Compliance with Federal and Local Rules**

I hereby certify, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and Local Rule 7.1(a)(2), that counsel for movant has in good faith conferred or attempted to confer with counsel for Defendant in an attempt to resolve the dispute without court action and to narrow the issues. I also hereby certify that Plaintiff has complied with the provisions of Local Rule 37.1.

/s/ Lena Amanti
Lena Amanti, D.C. Bar #490791
MCKEE NELSON LLP
1919 M Street, N.W., Suite 200
Washington, D.C. 20036
Telephone: (202) 775-1880
Facsimile: (202) 775-8586
Email: lamanti@mckeenelson.com

**Certificate of Service**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 21, 2007.

/s/ Lena Amanti
Lena Amanti, D.C. Bar #490791
MCKEE NELSON LLP
1919 M Street, N.W., Suite 200
Washington, D.C. 20036
Telephone: (202) 775-1880
Facsimile: (202) 775-8586
Email: lamanti@mckeenelson.com