UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No.: 05-40151-FDS<br>)                 06-40130-FDS<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION TO COMPEL RESPONSES TO REQUESTS FOR PRODUCTION RELATING TO HOMER, PICO, AND DAD**

Plaintiff moves this Court, pursuant to Rules 34 and 37(a) of the Federal Rules of Civil Procedure and Local Rule 37.1, to issue an order compelling Defendant to produce documents in response to Plaintiff's requests for production relating to the Homer, Pico, and Dad transactions. Internal Revenue Service ("IRS") documents concerning Homer, Pico, and Dad are relevant and within the scope of permissible discovery in this case. The few documents that are publicly available show some similarity between the Homer, Pico, and Dad transactions and the FICA A Fund transaction, yet the IRS has publicly stated that Homer and Dad are not substantially similar to transactions described in Notice 2000-44. In addition, the IRS has issued published guidance stating that Pico is substantially similar to another "listed transaction" while remaining silent about any similarity to transactions described in Notice 2000-44. The IRS's position on Homer, Pico, and Dad is inconsistent with Defendant's assertions that FICA A Fund is substantially similar to a transaction described in Notice 2000-44. Therefore, documents relating

to these transactions are discoverable because they are relevant to the "substantially similar" dispute in this case.

Plaintiff has served nine discovery requests on Defendant seeking documents from IRS files concerning the Homer, Pico, and Dad transactions. Defendant has withheld all documents responsive to those requests on the grounds of relevance and privilege, and further asserted the taxpayer privacy protections of Internal Revenue Code section 6103. Moreover, Defendant has not logged documents responsive to any of these requests on a privilege log. The parties have conferred and fundamentally disagree regarding the discovery requests that form the basis of this motion. For the reasons set forth in the accompanying memorandum, Plaintiff respectfully requests that its Motion to Compel Responses to Requests for Production Relating to Homer, Pico, and Dad be granted, and that Defendant be ordered to produce the responsive documents, and to the extent the responsive documents are privileged, identify such documents on a privilege log.

## REQUEST FOR ORAL ARGUMENT

Plaintiff, in accordance with Local Rule 7.1(d), respectfully requests this motion be argued because Plaintiff believes that oral argument may assist the Court and Plaintiff wishes to be heard.

PLAINTIFF
FIDELITY INTERNATIONAL CURRENCY ADVISOR
A FUND, L.L.C., by the Tax Matters Partner

/s/ Lena Amanti
David J. Curtin, D.C. Bar #281220
Ronald L. Buch, Jr., D.C. Bar #450903
Lena Amanti, D.C. Bar #490791
MCKEE NELSON LLP
1919 M Street, N.W., Suite 200
Washington, D.C. 20036
Telephone: (202) 775-1880
Facsimile: (202) 775-8586
Email: dcurtin@mckeenelson.com
　　　　rbuch@mckeenelson.com
　　　　lamanti@mckeenelson.com

John O. Mirick, BBO #349240
MIRICK, O'CONNELL, DEMALLIE
& LOUGEE, LLP
100 Front Street
Worcester, MA 01608
Telephone: (508) 791-8500
Facsimile: (508) 791-8502
Email: jomirick@mirickoconnell.com

### Certificate of Compliance with Federal and Local Rules

I hereby certify, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and Local Rule 7.1(a)(2), that counsel for movant has in good faith conferred or attempted to confer with counsel for Defendant in an attempt to resolve the dispute without court action and to narrow the issues. I also hereby certify that Plaintiff has complied with the provisions of Local Rule 37.1.

/s/ Lena Amanti
Lena Amanti, D.C. Bar #490791
MCKEE NELSON LLP
1919 M Street, N.W., Suite 200
Washington, D.C. 20036
Telephone: (202) 775-1880
Facsimile: (202) 775-8586
Email: lamanti@mckeenelson.com

## Certificate of Service

  I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 21, 2007.

        /s/ Lena Amanti
        Lena Amanti, D.C. Bar #490791
        MCKEE NELSON LLP
        1919 M Street, N.W., Suite 200
        Washington, D.C. 20036
        Telephone:  (202) 775-1880
        Facsimile:  (202) 775-8586
        Email: lamanti@mckeenelson.com