UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No.: 05-40151-FDS<br>           06-40130-FDS |

**PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF MATERIALS RELATING TO EXPERT REPORTS AND OPINIONS OF GORDON RAUSSER**

Plaintiff moves this Court, pursuant to Rules 34 and 37(a) of the Federal Rules of Civil Procedure and Local Rule 37.1, to issue an order compelling Defendant to produce documents responsive to Plaintiff's requests for production relating to the expert report of Gordon Rausser and to the subpoenas issued to Rausser an OnPoint Analytics.

As more fully explained in the memorandum filed in support of this motion, defendant has withheld, without providing a log, substantial materials prepared or considered by Rausser and his team at OnPoint. Defendant's apparent claim that six months and nearly $500,000 worth of expert witness materials are protected from disclosure by this Court's Tutorial Order (Oct. 4, 2006) is overbroad and prejudicial to Plaintiff. In addition, Defendant has failed to produce certain discrete documents responsive to Plaintiff's discovery requests and not protected by any privilege. These documents are: (1) the engagement contract for the FICA A Fund case, (2) invoices for the work performed by Rausser and OnPoint in connection with this case, and (3) notes or memoranda memorializing Defendant's interview of Thomas Yorke, a former Refco

employee, the contents of which were provided to, and considered by, Rausser.

Without access to the requested documents, Plaintiff is unfairly deprived of important material needed to cross examine Rausser. Accordingly, Plaintiff asks the Court to compel Defendant to produce, or cause to be produced, these withheld materials.

Dated this 2nd day of January 2008.

PLAINTIFF
FIDELITY INTERNATIONAL CURRENCY ADVISOR
A FUND, L.L.C., by the Tax Matters Partner


/s/ Lena Amanti
David J. Curtin, D.C. Bar #281220
Ronald L. Buch, Jr., D.C. Bar #450903
Lena Amanti, D.C. Bar #490791
MCKEE NELSON LLP
1919 M Street, N.W., Suite 200
Washington, D.C. 20036
Telephone: (202) 775-1880
Facsimile: (202) 775-8586
Email: dcurtin@mckeenelson.com
       rbuch@mckeenelson.com
       lamanti@mckeenelson.com

John O. Mirick, BBO #349240
MIRICK, O'CONNELL, DEMALLIE
& LOUGEE, LLP
100 Front Street
Worcester, MA 01608
Telephone: (508) 791-8500
Facsimile: (508) 791-8502
Email: jomirick@mirickoconnell.com

**Certificate of Compliance with Federal and Local Rules**

I hereby certify, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and Local Rule 7.1(a)(2), that counsel for movant has in good faith conferred or attempted to confer with counsel for Defendant in an attempt to resolve the dispute without court action and to narrow the issues. I also hereby certify that Plaintiff has complied with the provisions of Local Rule 37.1.

        /s/ Lena Amanti
        Lena Amanti, D.C. Bar #490791
        MCKEE NELSON LLP
        1919 M Street, N.W., Suite 200
        Washington, D.C. 20036
        Telephone: (202) 775-1880
        Facsimile: (202) 775-8586
        Email: lamanti@mckeenelson.com

**Certificate of Service**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 2, 2008.

        /s/ Lena Amanti
        Lena Amanti, D.C. Bar #490791
        MCKEE NELSON LLP
        1919 M Street, N.W., Suite 200
        Washington, D.C. 20036
        Telephone: (202) 775-1880
        Facsimile: (202) 775-8586
        Email: lamanti@mckeenelson.com