UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Nos. 05-40151-FDS (D. Mass.) 06-40130-FDS (D. Mass.) |
| v. | ) ) | Judge Saylor |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

**ASSENTED-TO MOTION AND MEMORANDUM FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO PLAINTIFFS MOTIONS TO COMPEL DEPOSITION AND RESPONSES TO REQUESTS FOR PRODUCTION**

The United States of America, with the plaintiff's assent, moves for an enlargement of time, through January 16, 2008, to respond to two discovery motions filed by plaintiff on Friday, December 21, 2007 – Plaintiff's Motion to Compel Deposition Pursuant to Federal Rule of Civil Procedure 30(b)(6) (Docket Entry No. 228) and Plaintiff's Motion to Compel Responses to Requests for Production Relating to HOMER, PICO and DAD (Docket Entry no. 230).

There is good cause for the requested enlargement of time to respond to these motions and plaintiff has assented to the proposed enlargement of time. Plaintiff was notified, prior to its filing of these discovery motions, that lead counsel for the United States was on leave and would not be returning until January 10, 2008. The United States requests an enlargement of time through January 16, 2008, in order to afford its lead counsel an opportunity to address these motions. The United States' responses are otherwise due to be filed on January 4, 2008.

2963861.1

## Certification

I certify that counsel for the United States conferred by telephone on December 28, 2007 with counsel for the plaintiff and attempted in good faith to resolve or narrow the issues raised in this motion. The plaintiff assents to this motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/ John A. Lindquist
JOHN A. LINDQUIST
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 403, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6561
Facsimile: (202) 307-2504
E-mail: dennis.donohue@usdoj.gov

JOHN A. LINDQUIST
BARRY E. REIFERSON
HEATHER L. Vann
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044-0055
Telephone: (202) 307-6561
Facsimile: (202) 514-5238
E-mail: john.a.lindquist@usdoj.gov
         barry.e.reiferson@usdoj.gov
         heather.vann@usdoj.gov

Certificate of Service
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing and copies will be sent to those indicated as non registered participants on January 2, 2008.

/s/ John A. Linquist
Trial Attorney, US Department of Justice, Tax Division

2963861.1