UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Nos. 05-40151-FDS (D. Mass.) 06-40130-FDS (D. Mass.) |
| v. | ) ) | Judge Saylor |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

**WITHDRAWAL OF MOTION TO COMPEL PRODUCTION
OF DOCUMENTS FROM BROWN RAYSMAN**

The United States of America withdraws its MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM BROWN RAYSMAN (Docket Entry No. 193).

The United States moved to compel production of all documents withheld under claims of attorney-client and work-product privileges by subpoena recipient Brown Raysman (n/k/a Thelen Reid Brown Raysman & Steiner). Those documents were being withheld on behalf of The Diversified Group, Inc. ("DGI"). The United States has resolved this matter with DGI and

2956602.1

Brown Raysman, who assert that all documents responsive to the subpoena served upon Brown Raysman in this case have been produced. As such, the motion to compel is moot.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

    /s/ Barry E. Reiferson
    DENNIS M. DONOHUE
    CHIEF SENIOR LITIGATION COUNSEL
    OFFICE OF CIVIL LITIGATION
    Trial Attorney, Tax Division
    U.S. Department of Justice
    P.O. Box 403, Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 307-6492
    Facsimile: (202) 307-2504
    E-mail: dennis.donohue@usdoj.gov

    JOHN A. LINDQUIST
    BARRY E. REIFERSON
    HEATHER L. VANN
    Trial Attorneys, Tax Division
    U.S. Department of Justice
    P.O. Box 55, Ben Franklin Station
    Washington, D.C. 20044-0055
    Telephone: (202) 307-6561
    Facsimile: (202) 514-5238
    E-mail: john.a.lindquist@usdoj.gov
          barry.e.reiferson@usdoj.gov
          heather.vann@usdoj.gov

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing and copies will be sent to those indicated as non registered participants on January 7, 2008.

/s/ Barry E. Reiferson
Trial Attorney, US Department of Justice, Tax Division

2956602.1