UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner, )<br><br>Plaintiff, )<br><br>v. )<br><br>UNITED STATES OF AMERICA, )<br><br>Defendant. ) | Civil Nos. 05-40151-FDS (D. Mass.)<br>06-40130-FDS (D. Mass.)<br><br>Judge Saylor |

**WITHDRAWAL OF MOTION TO COMPEL PRODUCTION
OF DOCUMENTS FROM BRYAN CAVE LLP**

The United States of America withdraws its MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM BRYAN CAVE LLP (Docket Entry No. 194).

The United States moved to compel production of all documents withheld under claims of attorney-client and work-product privileges by subpoena recipient Bryan Cave LLP and shown on Bryan Cave's privilege log of September 28, 2007. It was the United States' understanding at that time that all withheld documents were withheld on behalf of The Diversified Group Inc. ("DGI"). The United States resolved the matter with DGI, and obtained the previously withheld DGI documents.

Since the resolution of the DGI issues, additional issues have come to light relating to other withheld documents. Those other withheld documents are withheld by Bryan Cave on behalf of RSM McGladrey or various individuals. The documents Bryan Cave withholds on RSM McGladrey's behalf were first disclosed and logged on December 13, 2007. The documents it withholds on behalf of various individuals, including Ronald Wainwright of RSM

2956615.2

McGladrey, were first disclosed by letters dated August 13, 2007. Those individual-related documents did not appear on a privilege log. It was the United States' understanding that, after August 13, 2007, DGI was deemed to hold any applicable privileges as Bryan Cave's client. DGI did in fact produce many but not all of the documents Bryan Cave withheld on behalf of individuals. Some of those withheld documents, however, according to DGI, are not in DGI's possession, custody, or control. As such, they are now at issue, and the United States is currently conferring with RSM McGladrey and Bryan Cave to attempt to resolve those issues before filing any new motions to compel.

      Because the United States has resolved this matter with DGI and Bryan Cave, this motion to compel is moot.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/ Dennis M. Donohue
DENNIS M. DONOHUE
CHIEF SENIOR LITIGATION COUNSEL
OFFICE OF CIVIL LITIGATION
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 403, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6492
Facsimile: (202) 307-2504
E-mail: dennis.donohue@usdoj.gov

JOHN A. LINDQUIST
BARRY E. REIFERSON
HEATHER L. VANN
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044-0055
Telephone: (202) 307-6561
Facsimile: (202) 514-5238
E-mail: john.a.lindquist@usdoj.gov
       barry.e.reiferson@usdoj.gov
       heather.vann@usdoj.gov

<u>Certificate of Service</u>
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing and copies will be sent to those indicated as non registered participants on January 11, 2008.

/s/ Barry E. Reiferson
Trial Attorney, US Department of Justice, Tax Division