UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)  Civil Nos. 05-40151-FDS (D. Mass.)<br>)             06-40130-FDS (D. Mass.)<br>)<br>)  Judge Saylor<br>)<br>)<br>) |

## WITHDRAWAL OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM LORD BISSELL & BROOK (N/K/A LOCKE LORD BISSELL & LIDDELL)

The United States of America withdraws its MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM LORD BISSELL & BROOK (N/K/A LOCKE LORD BISSELL & LIDDELL) (Docket Entry No. 192).

The United States moved to compel production of all documents withheld under claims of attorney-client and work-product privileges by subpoena recipient Lord Bissell & Brook. Those documents were being withheld on behalf of The Diversified Group, Inc. ("DGI") and others. The United States has resolved this matter with DGI and Lord Bissell & Brook.

2987928.1

As such, the motion to compel is moot.

                                                            Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/ Barry E. Reiferson
DENNIS M. DONOHUE
CHIEF SENIOR LITIGATION COUNSEL
OFFICE OF CIVIL LITIGATION
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 403, Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6492
Facsimile: (202) 307-2504
E-mail: dennis.donohue@usdoj.gov

JOHN A. LINDQUIST
BARRY E. REIFERSON
HEATHER L. VANN
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C.  20044-0055
Telephone: (202) 307-6561
Facsimile:  (202) 514-5238
E-mail:  john.a.lindquist@usdoj.gov
         barry.e.reiferson@usdoj.gov
         heather.vann@usdoj.gov

Certificate of Service
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing and copies will be sent to those indicated as non registered participants on January 11, 2008.

/s/ Barry E. Reiferson
Trial Attorney, US Department of Justice, Tax Division

2987928.1