UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Nos. 05-40151-FDS (D. Mass.) 06-40130-FDS (D. Mass.) |
| v. | ) ) | Judge Saylor |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

**UNITED STATES OF AMERICA'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL 30(b)(6) DEPOSITION OF INTERNAL REVENUE SERVICE**

The United States of America opposes the plaintiff's motion to compel a Rule 30(b)(6) deposition of the Internal Revenue Service. The United States incorporates herein its opposition to the plaintiff's motion to compel responses to requests for production of documents relating to tax shelters known as HOMER, PICO, and DAD.

2974572.1

The incorporated opposition is being filed contemporaneously with this memorandum.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

        /s/ Dennis M. Donohue
        DENNIS M. DONOHUE
        CHIEF SENIOR LITIGATION COUNSEL
        OFFICE OF CIVIL LITIGATION
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 403, Ben Franklin Station
        Washington, D.C.  20044
        Telephone: (202) 307-6492
        Facsimile: (202) 307-2504
        E-mail: dennis.donohue@usdoj.gov

        JOHN A. LINDQUIST
        BARRY E. REIFERSON
        HEATHER L. VANN
        Trial Attorneys, Tax Division
        U.S. Department of Justice
        P.O. Box 55, Ben Franklin Station
        Washington, D.C.  20044-0055
        Telephone: (202) 307-6561
        Facsimile:  (202) 514-5238
        E-mail: john.a.lindquist@usdoj.gov
                barry.e.reiferson@usdoj.gov
                heather.vann@usdoj.gov

Certificate of Service
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing and copies will be sent to those indicated as non registered participants on January 16, 2008.

/s/ Barry E. Reiferson
Trial Attorney, US Department of Justice, Tax Division

2974572.1