UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case Nos.: 05-40151-FDS<br>06-40130-FDS |

**PLAINTIFF'S MOTION TO EXCLUDE THE PROPOSED
EXPERT TESTIMONY AND REPORTS OF DAVID LARUE**

Plaintiff moves this Court to exclude the proposed expert testimony and reports of Defendant's expert David LaRue. LaRue's reports violate the rules applicable to experts. Experts are not permitted to opine on the states of mind of individuals and companies. LaRue opines on the states of mind and motivations of those involved in preparing FICA A Fund's and Plaintiff's tax returns. Experts are required to have adequate qualifications and a sufficient foundation on which to base their opinions. LaRue lacks expertise in IRS return selection and tax return preparation, yet attempts to opine on the risk of detection and audit by the IRS. Experts are meant to be advocates for the truth, not partisan advocates. LaRue provides a one-sided factual summary of the evidence and misleading observations. For these reasons and the reasons set forth in the accompanying memorandum, the Court should grant Plaintiff's Motion to Exclude the Proposed Expert Testimony and Reports of David LaRue.

**REQUEST FOR ORAL ARGUMENT**

Plaintiff, in accordance with Local Rule 7.1(d), respectfully requests this motion be argued because Plaintiff believes that oral argument may assist the Court and Plaintiff wishes to be heard.

Respectfully submitted this 17th day of January 2008.

        PLAINTIFF
        FIDELITY INTERNATIONAL CURRENCY ADVISOR
        A FUND, L.L.C., by the Tax Matters Partner

        /s/ Lena Amanti
        David J. Curtin, D.C. Bar #281220
        Ronald L. Buch, Jr., D.C. Bar #450903
        Lena Amanti, D.C. Bar #490791
        MCKEE NELSON LLP
        1919 M Street, N.W., Suite 200
        Washington, D.C. 20036
        Telephone: (202) 775-1880
        Facsimile: (202) 775-8586
        Email: dcurtin@mckeenelson.com
               rbuch@mckeenelson.com
               lamanti@mckeenelson.com

        John O. Mirick, BBO #349240
        MIRICK, O'CONNELL, DEMALLIE
        & LOUGEE, LLP
        100 Front Street
        Worcester, MA 01608
        Telephone: (508) 791-8500
        Facsimile: (508) 791-8502
        Email: jomirick@mirickoconnell.com

**Certificate of Compliance with Local Rules**

I hereby certify, pursuant to Local Rule 7.1(a)(2), that counsel for movant has conferred with counsel for Defendant and has attempted in good faith to resolve or narrow the issue.

/s/ Lena Amanti
Lena Amanti, D.C. Bar #490791
MCKEE NELSON LLP
1919 M Street, N.W., Suite 200
Washington, D.C. 20036
Telephone: (202) 775-1880
Facsimile: (202) 775-8586
Email: lamanti@mckeenelson.com

**Certificate of Service**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 17, 2008.

/s/ Lena Amanti
Lena Amanti, D.C. Bar #490791
MCKEE NELSON LLP
1919 M Street, N.W., Suite 200
Washington, D.C. 20036
Telephone: (202) 775-1880
Facsimile: (202) 775-8586
Email: lamanti@mckeenelson.com