## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case Nos.: 05-40151-FDS<br>06-40130-FDS |

## PLAINTIFF'S MOTION TO EXCLUDE THE PROPOSED EXPERT TESTIMONY AND REPORTS OF GORDON RAUSSER

This motion requests the Court to use its "gatekeeper" powers in evaluating whether the proposed testimony of Gordon Rausser is (1) trustworthy, reliable, and independent, (2) based on sufficient and complete facts, (3) helpful to the Court, (4) relevant, and (5) not unduly cumulative. Drafted by his own lawyer, Rausser's reports are advocacy pieces that are tainted by their reliance on unsupported factual assumptions and inferences, aggressive advocacy of Defendant's inferences and version of the facts, and legal opinions. Rausser's opinions do not pass the "gatekeeper" test. Admission of his testimony and reports would be inappropriate under the Federal Rules of Evidence and the substantial body of case law governing the admissibility of expert opinions. Accordingly, for these reasons and the reasons set forth in the accompanying memorandum, Plaintiff respectfully requests that the Court exclude Rausser's testimony and reports.

## REQUEST FOR ORAL ARGUMENT

Plaintiff, in accordance with Local Rule 7.1(d), respectfully requests this motion be argued because Plaintiff believes that oral argument may assist the Court and Plaintiff wishes to be heard.

Respectfully submitted this 17th day of January 2008.

PLAINTIFF
FIDELITY INTERNATIONAL CURRENCY ADVISOR
A FUND, L.L.C., by the Tax Matters Partner

/s/ Lena Amanti
David J. Curtin, D.C. Bar #281220
Ronald L. Buch, Jr., D.C. Bar #450903
Lena Amanti, D.C. Bar #490791
MCKEE NELSON LLP
1919 M Street, N.W., Suite 200
Washington, D.C. 20036
Telephone: (202) 775-1880
Facsimile: (202) 775-8586
Email: dcurtin@mckeenelson.com
       rbuch@mckeenelson.com
       lamanti@mckeenelson.com

John O. Mirick, BBO #349240
MIRICK, O'CONNELL, DEMALLIE
& LOUGEE, LLP
100 Front Street
Worcester, MA 01608
Telephone: (508) 791-8500
Facsimile: (508) 791-8502
Email: jomirick@mirickoconnell.com

### Certificate of Compliance with Local Rules

I hereby certify, pursuant to Local Rule 7.1(a)(2), that counsel for movant has conferred with counsel for Defendant and has attempted in good faith to resolve or narrow the issue.

/s/ Lena Amanti
Lena Amanti, D.C. Bar #490791
MCKEE NELSON LLP
1919 M Street, N.W., Suite 200
Washington, D.C. 20036
Telephone:  (202) 775-1880
Facsimile:  (202) 775-8586
Email:  lamanti@mckeenelson.com

**Certificate of Service**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 17, 2008.

/s/ Lena Amanti
Lena Amanti, D.C. Bar #490791
MCKEE NELSON LLP
1919 M Street, N.W., Suite 200
Washington, D.C. 20036
Telephone:  (202) 775-1880
Facsimile:  (202) 775-8586
Email:  lamanti@mckeenelson.com