UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case Nos.:  05-40151-FDS<br>06-40130-FDS |

**PLAINTIFF'S MOTION TO EXCLUDE
THE PROPOSED EXPERT TESTIMONY AND REPORTS OF A. LAWRENCE KOLBE,
OR, IN THE ALTERNATIVE, TO EXCLUDE OPINIONS ON SPECIFIC TOPICS**

This motion requests the Court to exercise its powers as a "gatekeeper" in evaluating whether the proposed expert testimony of A. Lawrence Kolbe is (1) trustworthy and reliable, (2) based on sufficient facts, (3) helpful to the Court, (4) relevant, and (5) not unduly cumulative. Kolbe's reports are tainted with deliberate attempts to advocate Defendant's interpretation of the facts and are undermined both by Kolbe's lack of experience with financial options and by his employment of unreliable methodology. Admission of such testimony is inappropriate under the Federal Rules of Evidence and the substantial body of case law governing expert witnesses. Accordingly, for these reasons and the reasons set forth in the accompanying memorandum, Plaintiff respectfully requests that the Court exclude Kolbe's proposed testimony and his reports. As particular matters, Plaintiff requests that this Court exclude Kolbe's testimony on (1) the *Dewees* case and (2) similar transactions engaged in by other taxpayers.

**REQUEST FOR ORAL ARGUMENT**

Plaintiff, in accordance with Local Rule 7.1(d), respectfully requests this motion be argued because Plaintiff believes that oral argument may assist the Court and Plaintiff wishes to be heard.

Respectfully submitted this 17th day of January 2008.

> PLAINTIFF
> FIDELITY INTERNATIONAL CURRENCY ADVISOR
> A FUND, L.L.C., by the Tax Matters Partner
>
> /s/ Lena Amanti
> David J. Curtin, D.C. Bar #281220
> Ronald L. Buch, Jr., D.C. Bar #450903
> Lena Amanti, D.C. Bar #490791
> MCKEE NELSON LLP
> 1919 M Street, N.W., Suite 200
> Washington, D.C. 20036
> Telephone: (202) 775-1880
> Facsimile: (202) 775-8586
> Email: dcurtin@mckeenelson.com
>         rbuch@mckeenelson.com
>         lamanti@mckeenelson.com
>
> John O. Mirick, BBO #349240
> MIRICK, O'CONNELL, DEMALLIE
> & LOUGEE, LLP
> 100 Front Street
> Worcester, MA 01608
> Telephone: (508) 791-8500
> Facsimile: (508) 791-8502
> Email: jomirick@mirickoconnell.com

**Certificate of Compliance with Local Rules**

I hereby certify, pursuant to Local Rule 7.1(a)(2), that counsel for movant has conferred with counsel for Defendant and has attempted in good faith to resolve or narrow the issue.

/s/ Lena Amanti
Lena Amanti, D.C. Bar #490791
MCKEE NELSON LLP
1919 M Street, N.W., Suite 200
Washington, D.C. 20036
Telephone: (202) 775-1880
Facsimile: (202) 775-8586
Email: lamanti@mckeenelson.com

**Certificate of Service**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 17, 2008.

/s/ Lena Amanti
Lena Amanti, D.C. Bar #490791
MCKEE NELSON LLP
1919 M Street, N.W., Suite 200
Washington, D.C. 20036
Telephone: (202) 775-1880
Facsimile: (202) 775-8586
Email: lamanti@mckeenelson.com