UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No.: 05-40151-FDS<br>06-40130-FDS |

## PLAINTIFF'S ASSENTED-TO MOTION AND MEMORANDUM FOR THREE EXHIBITS TO BE FILED UNDER SEAL

Plaintiff moves for an order allowing it to file under seal Exhibits A, B, and F to its Memorandum of Law in Support of Plaintiff's Motion to Exclude the Proposed Expert Testimony and Reports of David LaRue. Each of the exhibits Plaintiff seeks to file under seal is subject to a protective order issued in this case. Exhibits A and F are the Expert Report of David LaRue and the Rebuttal Report of David LaRue, respectively, and Exhibit B is the transcript from the deposition of David LaRue. These exhibits make reference to, and discuss in detail, information protected by various protective orders entered in this case.

Plaintiff requests that these materials remain under seal until the conclusion of this litigation, including all appeals, at which time these materials should be destroyed or returned to Plaintiff.

Counsel for Plaintiff conferred with counsel for Defendant on January 17, 2008 and obtained counsel for Defendant's assent to this motion.

For the foregoing reasons, Plaintiff requests that this motion be granted.

Respectfully submitted this 17th day of January 2008.

        PLAINTIFF
        FIDELITY INTERNATIONAL CURRENCY ADVISOR
        A FUND, L.L.C., by the Tax Matters Partner

        /s/ Lena Amanti
        David J. Curtin, D.C. Bar #281220
        Ronald L. Buch, Jr., D.C. Bar #450903
        Lena Amanti, D.C. Bar #490791
        MCKEE NELSON LLP
        1919 M Street, N.W., Suite 200
        Washington, D.C. 20036
        Telephone:  (202) 775-1880
        Facsimile:  (202) 775-8586
        Email:  dcurtin@mckeenelson.com
              rbuch@mckeenelson.com
              lamanti@mckeenelson.com

        John O. Mirick, BBO #349240
        MIRICK, O'CONNELL, DEMALLIE
        & LOUGEE, LLP
        100 Front Street
        Worcester, MA 01608
        Telephone:  (508) 791-8500
        Facsimile:  (508) 791-8502
        Email:  jomirick@mirickoconnell.com

**Certificate of Compliance with Local Rules**

I hereby certify, pursuant to Local Rule 7.1(a)(2), that counsel for movant has conferred with counsel for Defendant in good faith to resolve or narrow the issue.

        /s/ Lena Amanti
        Lena Amanti, D.C. Bar #490791
        MCKEE NELSON LLP
        1919 M Street, N.W., Suite 200
        Washington, D.C. 20036
        Telephone:  (202) 775-1880
        Facsimile:  (202) 775-8586
        Email:  lamanti@mckeenelson.com

## Certificate of Service

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 17, 2008.

      /s/ Lena Amanti
      Lena Amanti, D.C. Bar #490791
      MCKEE NELSON LLP
      1919 M Street, N.W., Suite 200
      Washington, D.C. 20036
      Telephone: (202) 775-1880
      Facsimile: (202) 775-8586
      Email: lamanti@mckeenelson.com