UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner, ) ) ) ) | |
| Plaintiff, ) ) | Civil Nos. 05-40151-FDS (D. Mass.) 06-40130-FDS (D. Mass.) |
| v. ) ) | Judge Saylor |
| UNITED STATES OF AMERICA, ) ) | |
| Defendant. ) | |

**UNITED STATES' MOTION AND MEMORANDUM TO FILE SIX ADDITIONAL EXHIBITS, ONE UNDER SEAL, IN SUPPORT OF ITS MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM PROSKAUER ROSE LLP**

The United States moves for leave to file six additional exhibits in support of its Motion to Compel Production of Documents from Proskauer Rose LLP. The United States also moves for leave to file one of those exhibits under seal.

One exhibit, the McNeill complaint against Proskauer Rose ("Proskauer") and others, was referenced in the United States' reply memorandum in support of this motion. In accordance with local rules, the United States filed only a part of the lengthy complaint. Nonetheless, the United States believes that the entire complaint will prove useful to the Court in ruling on the motion and during oral argument. The additional five exhibits were located in the 2.4-million-page database after the United States filed its reply and Proskauer filed its surreply. As such, the United States will not make additional argument here, but believes these documents also will assist the Court in ruling on the motion.

3001570.11

The United States requested Proskauer's counsel to assent to this motion but counsel refused. The United States has no objection if Proskauer wishes to comment on these six additional exhibits or wishes to similarly move for leave to file additional exhibits. The United States is sending a copy of this motion to Proskauer with the proposed exhibits. If Proskauer, after reviewing the proposed exhibits, withdraws its objection, the United States will withdraw this motion and file an assented-to motion for the same relief.

If the Court grants this motion, the United States will file five exhibits, including the McNeill complaint, by ECF. The United States will then file the other exhibit, of a single page, under seal.

## Certification

I certify that counsel for the United States conferred with counsel for Proskauer Rose and counsel for the plaintiff, and attempted in good faith to reach agreement on the issues. Proskauer objects to this motion. The plaintiff takes no position.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

        /s/ Dennis M. Donohue
        DENNIS M. DONOHUE
        CHIEF SENIOR LITIGATION COUNSEL
        OFFICE OF CIVIL LITIGATION
        Tax Division, U.S. Department of Justice
        P.O. Box 403, Ben Franklin Station
        Washington, D.C. 20044
        Telephone: (202) 307-6492
        Facsimile: (202) 307-2504
        E-mail: dennis.donohue@usdoj.gov

        JOHN A. LINDQUIST
        BARRY E. REIFERSON
        HEATHER L. VANN
        Trial Attorneys, Tax Division
        U.S. Department of Justice
        P.O. Box 55, Ben Franklin Station
        Washington, D.C. 20044-0055
        Telephone: (202) 307-6561
        Facsimile: (202) 514-5238
        E-mail: john.a.lindquist@usdoj.gov
                barry.e.reiferson@usdoj.gov
                heather.vann@usdoj.gov

Certificate of Service
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing and copies will be sent to Proskauer and those indicated as non registered participants on January 24, 2008.

/s/ Barry E. Reiferson
Trial Attorney, US Department of Justice, Tax Division

3001570.11