UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------------x
FIDELITY INTERNATIONAL CURRENCY      )
ADVISOR A FUND, L.L.C., by the Tax   )
Matters Partner,                     )
                                     )   Civil Nos. 05-40151-FDS (D. Mass.)
              Plaintiff,             )              06-40130-FDS (D. Mass.)
        v.                           )
                                     )   Judge Saylor
UNITED STATES OF AMERICA             )
                                     )
              Defendant.             )
-----------------------------------------------------------------x
```

## STATUS REPORT

Proskauer Rose LLP ("Proskauer") respectfully submits this Status Report regarding the United States' Motion to Compel Production of Documents from Proskauer.

Proskauer and the defendant are conferring regarding whether there is a possible resolution to the defendant's motion to compel based on documents that were obtained by the United States from third parties. Proskauer and the defendant will submit a status report no later than February 1, 2008 indicating whether they have been able to reach a resolution. If no resolution has been reached, the defendant requests the Court to proceed with the disposition of the motion and to allow the presentation of oral argument in further support of its motion.

Counsel for the defendant has agreed to the filing of this status report.

Dated: January 24, 2008

Respectfully submitted,

PROSKAUER ROSE LLP

*/s/ Lawrence M. Hill*
Lawrence M. Hill, NYS OCA #1965201
Mark D. Allison, NYS OCA #2739209
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 259-6866
Facsimile: (212) 259-6333

Christopher L. DeMayo, BBO#653481
DEWEY & LEBOEUF LLP
260 Franklin Street
Boston, MA 02110
Telephone: (617) 748-6851
Facsimile: (617) 897-9051

David M. Lederkramer, NYS OCA #1945765
PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036
Telephone: (212) 969-3995
Facsimile: (212) 969-2900

*Attorneys for Proskauer Rose LLP*

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and copies will be sent to those indicated as non registered participants on January 24, 2008.

*/s/ Mark D. Allison*

Mark D. Allison, NYS OCA #2739209
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 259-6866
Facsimile: (212) 259-6333
mallison@dl.com