UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 05-40151 FDS <br><br> Honorable F. Dennis Saylor, IV |

**NON-PARTY RSM MCGLADREY'S UNOPPOSED MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF KATHY A. KARCHER**

Pursuant to Local Rule 83.5.2(c), non-party RSM McGladrey, Inc. ("RSM McGladrey") requests leave of Court to withdraw the appearance of Kathy A. Karcher as counsel of record for RSM McGladrey in this action. In support of this motion, RSM McGladrey states as follows:

1. Kathy A. Karcher, an associate attorney at Howrey LLP, was previously admitted to appear *pro hac vice* on behalf of RSM McGladrey in this case. She will be terminating her employment at Howrey LLP at the end of January.

2. Matthew M. Neumeier and David E. Walters, partners of Howrey LLP, also were previously admitted to appear *pro hac vice* on behalf of RSM McGladrey in this case.

3. RSM McGladrey will continue to be represented before the Court by Mr. Neumeier and Mr. Walters of Howrey LLP as well as by Robert L. Kann and Peter J. Karol of the firm Bromberg & Sunstein LLP.

WHEREFORE, RSM McGladrey requests that the Court grant this unopposed motion and allow Kathy A. Karcher to withdraw her appearance as counsel of record for non-party RSM McGladrey in this proceeding.

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

I certify that counsel for the parties have conferred in an attempt to resolve or narrow the issues presented by this motion and that neither Plaintiff Fidelity International Currency Advisor A Fund, L.L.C. nor Defendant United States of America will oppose.

Dated:  January 25, 2008              Respectfully Submitted,

                                      RSM MCGLADREY, INC.

                              By:     s/Peter J. Karol/
                                      Peter J. Karol
                                      MA BBO # 660338
                                      BROMBERG & SUNSTEIN LLP
                                      125 Summer Street
                                      Boston, MA 02110
                                      Telephone:  (617) 443-9292 x326
                                      Facsimile:  (617) 443-0004
                                      pkarol@bromsun.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 25, 2008.

                                      s/Peter J. Karol/
                                      Peter J. Karol

03243/00501 810253.1