UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case Nos.: 05-40151-FDS<br>06-40130-FDS |

**EXHIBITS TO BE FILED UNDER SEAL
TO MEMORANDUM OF LAW IN SUPPORT OF
PLAINTIFF'S MOTION TO EXCLUDE THE PROPOSED
<u>EXPERT TESTIMONY AND REPORTS OF DAVID LARUE</u>**

This envelope contains the following exhibits to the above-captioned motion:

Ex. A    Expert Report of David W. LaRue, Ph.D., Aug. 7, 2007

Ex. B    David W. LaRue Deposition, Nov. 26, 2007

Ex. F    Rebuttal Report of David W. LaRue, Ph.D., Sept. 11, 2007

Respectfully submitted this ___ day of January 2008.

PLAINTIFF
FIDELITY INTERNATIONAL CURRENCY ADVISOR
A FUND, L.L.C., by the Tax Matters Partner

*/s/ David J. Curtin*
David J. Curtin, D.C. Bar #281220
Ronald L. Buch, Jr., D.C. Bar #450903
Lena Amanti, D.C. Bar #490791
MCKEE NELSON LLP
1919 M Street, N.W., Suite 200
Washington, D.C. 20036
Telephone: (202) 775-1880

Facsimile: (202) 775-8586
Email: dcurtin@mckeenelson.com
       rbuch@mckeenelson.com
       lamanti@mckeenelson.com

John O. Mirick, BBO #349240
MIRICK, O'CONNELL, DEMALLIE
& LOUGEE, LLP
100 Front Street
Worcester, MA 01608
Telephone: (508) 791-8500
Facsimile: (508) 791-8502
Email: jomirick@mirickoconnell.com

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S NOTICE

SEALED DOCUMENT

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S NOTICE

SEALED DOCUMENT

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S NOTICE

SEALED DOCUMENT