UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case Nos.: 05-40151-FDS<br>)               06-40130-FDS<br>)<br>)<br>)<br>)<br>)<br>) |

**EXHIBITS TO BE FILED UNDER SEAL
TO MEMORANDUM OF LAW IN SUPPORT OF
PLAINTIFF'S MOTION TO EXCLUDE THE PROPOSED
<u>EXPERT TESTIMONY AND REPORTS OF GORDON RAUSSER</u>**

This envelope contains the following exhibits to the above-captioned motion:

    Ex. 1    Expert Report of Gordon Rausser, Ph.D., Aug. 7, 2007

    Ex. 2    Expert Rebuttal Report of Gordon Rausser, Ph.D., Sept. 11, 2007

    Ex. 4    Gordon Rausser Deposition, Nov. 30, 2007

    Ex. 24    Email from C. Wallace to L. Craft, S. Mohan (May 4, 2007)

Respectfully submitted this ___ day of January 2008.

                        PLAINTIFF
                        FIDELITY INTERNATIONAL CURRENCY ADVISOR
                        A FUND, L.L.C., by the Tax Matters Partner

                        */s/ David J. Curtin*
                        David J. Curtin, D.C. Bar #281220
                        Ronald L. Buch, Jr., D.C. Bar #450903
                        Lena Amanti, D.C. Bar #490791
                        MCKEE NELSON LLP

1919 M Street, N.W., Suite 200
Washington, D.C. 20036
Telephone: (202) 775-1880
Facsimile: (202) 775-8586
Email: dcurtin@mckeenelson.com
   rbuch@mckeenelson.com
   lamanti@mckeenelson.com

John O. Mirick, BBO #349240
MIRICK, O'CONNELL, DEMALLIE
& LOUGEE, LLP
100 Front Street
Worcester, MA 01608
Telephone: (508) 791-8500
Facsimile: (508) 791-8502
Email: jomirick@mirickoconnell.com

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S NOTICE

SEALED DOCUMENT

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S NOTICE

SEALED DOCUMENT

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S NOTICE

SEALED DOCUMENT

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S NOTICE

SEALED DOCUMENT