UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case Nos.: 05-40151-FDS<br>06-40130-FDS |

**EXHIBITS TO BE FILED UNDER SEAL
TO MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION TO
EXCLUDE THE PROPOSED EXPERT TESTIMONY AND REPORTS OF
A. LAWRENCE KOLBE, OR, IN THE ALTERNATIVE,
TO EXCLUDE OPINIONS ON SPECIFIC TOPICS**

This envelope contains the following exhibits to the above-captioned motion:

　　Ex. A　　Expert Report of A. Lawrence Kolbe, Aug. 7, 2007

　　Ex. B　　Rebuttal Report of A. Lawrence Kolbe, Sept. 11, 2007

　　Ex. C　　A. Lawrence Kolbe Deposition, Nov. 15, 2007

　　Respectfully submitted this ___ day of January 2008.

　　　　　　　　　　　　PLAINTIFF
　　　　　　　　　　　　FIDELITY INTERNATIONAL CURRENCY ADVISOR
　　　　　　　　　　　　A FUND, L.L.C., by the Tax Matters Partner

　　　　　　　　　　　　_/s/ David J. Curtin/jn_
　　　　　　　　　　　　David J. Curtin, D.C. Bar #281220
　　　　　　　　　　　　Ronald L. Buch, Jr., D.C. Bar #450903
　　　　　　　　　　　　Lena Amanti, D.C. Bar #490791
　　　　　　　　　　　　MCKEE NELSON LLP
　　　　　　　　　　　　1919 M Street, N.W., Suite 200

Washington, D.C. 20036
Telephone: (202) 775-1880
Facsimile: (202) 775-8586
Email: dcurtin@mckeenelson.com
       rbuch@mckeenelson.com
       lamanti@mckeenelson.com

John O. Mirick, BBO #349240
MIRICK, O'CONNELL, DEMALLIE
& LOUGEE, LLP
100 Front Street
Worcester, MA 01608
Telephone: (508) 791-8500
Facsimile: (508) 791-8502
Email: jomirick@mirickoconnell.com

Case 4:05-cv-40151-FDS   Document 260-2   Filed 01/25/2008   Page 1 of 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS




CLERK'S NOTICE




SEALED DOCUMENT

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S NOTICE

SEALED DOCUMENT

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S NOTICE

SEALED DOCUMENT