UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------------x
FIDELITY INTERNATIONAL CURRENCY )
ADVISOR A FUND, L.L.C., by the Tax )
Matters Partner, )
 )
                    )   Civil Nos. 05-40151-FDS (D. Mass.)
           Plaintiff, )              06-40130-FDS (D. Mass.)
    v. )
                    )   Judge Saylor
UNITED STATES OF AMERICA )
 )
           Defendant. )
-----------------------------------------------------------------x

**STATUS REPORT**

PURSUANT TO the status report filed by Proskauer Rose LLP ("Proskauer") on January 24, 2008 regarding the United States' Motion to Compel Production of Documents, Proskauer respectfully states as follows:

Proskauer and the defendant have been engaging in conversations regarding possible resolution of the defendant's motion to compel. Based on discussions to date and subject to verification, Proskauer will produce certain documents that the defendant has identified as having been produced to the United States by third parties that currently appear on Proskauer's privilege log. Further, Proskauer will produce certain related documents on its privilege log should the defendant establish that the documents previously produced to the United States by other persons resulted in a subject-matter waiver of the applicable privilege. Accordingly, Proskauer has also agreed to update its privilege log to reflect any documents produced and to provide certain additional information the defendant has requested.

Insofar as this matter has not been resolved, defendant requests that this matter be set for argument before the Court at the motion hearing currently scheduled for February 29, 2008.

Counsel for the defendant has agreed to the filing of this status report.

| | |
|---|---|
| Dated: February 1, 2008 | Respectfully submitted,<br><br>PROSKAUER ROSE LLP<br><br>*/s/ Lawrence M. Hill*<br>Lawrence M. Hill, NYS OCA #1965201<br>Mark D. Allison, NYS OCA #2739209<br>DEWEY & LEBOEUF LLP<br>1301 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 259-6866<br>Facsimile: (212) 259-6333 |
| Christopher L. DeMayo, BBO#653481<br>DEWEY & LEBOEUF LLP<br>260 Franklin Street<br>Boston, MA 02110<br>Telephone: (617) 748-6851<br>Facsimile: (617) 897-9051 | David M. Lederkramer, NYS OCA #1945765<br>PROSKAUER ROSE LLP<br>1585 Broadway<br>New York, New York 10036<br>Telephone: (212) 969-3995<br>Facsimile: (212) 969-2900 |
| | *Attorneys for Proskauer Rose LLP* |

<u>Certificate of Service</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and copies will be sent to those indicated as non registered participants on February 1, 2008.

*/s/ Mark D. Allison*

Mark D. Allison, NYS OCA #2739209
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 259-6866
Facsimile: (212) 259-6333
mallison@dl.com