UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner,<br><br>        Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)  Civil Nos. 05-40151-FDS (D. Mass.)<br>)              06-40130-FDS (D. Mass.)<br>)<br>)  Judge Saylor<br>)<br>)<br>)<br>) |

**UNITED STATES OF AMERICA'S MOTION TO EXCLUDE THE EXPERT REPORTS AND OPINIONS OF ETHAN YALE AND STUART SMITH**

The United States moves this Court to enter an order precluding plaintiff from introducing at trial the expert reports and the testimony of both Ethan Yale and Stuart Smith, two lawyers who offer nothing more than legal analysis and legal opinion. It is well-established that expert witnesses may not opine on the law. The Court should not allow plaintiff to usurp the Court's role and should preclude plaintiff from introducing at trial the expert report and the testimony of both Yale and Smith.

2972161.1

## Certification

It is hereby certified that counsel for the United States conferred with counsel for the plaintiff. Plaintiff opposes the relief sought in this motion.

February 4, 2008

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/ Dennis M. Donohue
DENNIS M. DONOHUE
CHIEF SENIOR LITIGATION COUNSEL
OFFICE OF CIVIL LITIGATION
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 403, Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6492
Facsimile: (202) 307-2504
E-mail: dennis.donohue@usdoj.gov

JOHN A. LINDQUIST
BARRY E. REIFERSON
HEATHER L. VANN
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C.  20044-0055
Telephone: (202) 307-6561
Facsimile:  (202) 514-5238
E-mail: john.a.lindquist@usdoj.gov
         barry.e.reiferson@usdoj.gov
         heather.vann@usdoj.gov

Certificate of Service
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing and copies will be sent to those indicated as non registered participants on February 4, 2008.

/s/ Heather L. Vann
Trial Attorney, US Department of Justice, Tax Division

2972161.1