UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FIDELITY INTERNATIONAL CURRENCY | ) | |
| ADVISOR A FUND, L.L.C., by the Tax | ) | |
| Matters Partner, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Nos. 05-40151-FDS (D. Mass.) |
| | ) | 06-40130-FDS (D. Mass.) |
| v. | ) | |
| | ) | Judge Saylor |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**UNITED STATES OF AMERICA'S ASSENTED-TO
MOTION TO FILE FOUR EXHIBITS UNDER SEAL**

The United States moves for an order allowing it to file under seal exhibits 1, 2, 3 and 4 to the United States of America's Motion to Exclude the Expert Reports and Opinions of Both Ethan Yale and Stuart Smith.  Plaintiff assents to this motion.

The exhibits the United States seeks to file under seal are the Expert Report of Ethan Yale (Exhibit 1), the transcript from Ethan Yale's deposition (Exhibit 2), the Expert Report of Stuart Smith (Exhibit 3) and the transcript from Stuart Smith's deposition (Exhibit 4).  These exhibits all discuss in detail various documents that are subject to one or more protective orders in this case.

Counsel for the United States conferred with plaintiff's counsel on February 4, 2008 and plaintiff's counsel assents to this motion.

February 4, 2008

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/ Dennis M. Donohue
DENNIS M. DONOHUE
CHIEF SENIOR LITIGATION COUNSEL
OFFICE OF CIVIL LITIGATION
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 403, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6492
Facsimile: (202) 307-2504
E-mail: dennis.donohue@usdoj.gov

JOHN A. LINDQUIST
BARRY E. REIFERSON
HEATHER L. VANN
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044-0055
Telephone: (202) 307-6542
Facsimile: (202) 514-5238
E-mail: john.a.lindquist@usdoj.gov
           barry.e.reiferson@usdoj.gov
           heather.vann@usdoj.gov

Certificate of Service
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing and copies will be sent to those indicated as non registered participants on February 4, 2008.

/s/ Heather L. Vann
Trial Attorney, US Department of Justice, Tax Division