## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No.: 05-40151-FDS<br>06-40130-FDS |

### PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER

Defendant failed to appear on February 1, 2008 at the time and place set for the continuation of the October deposition of Patrick Shea because government counsel's personal computer crashed. Defendant's failure to appear was unjustified and inappropriate. Pursuant to Federal Rule of Civil Procedure 26(c)(1), Plaintiff seeks the relief requested herein to reduce the burden and expense of Mr. Shea appearing a third time to be deposed. Plaintiff, therefore, requests this Court to order that Defendant may not require Mr. Shea to appear a third time for this deposition unless: (1) Defendant provides copies of all exhibits it intends to use during the deposition at least five business days in advance of the deposition; (2) Defendant refrains from questioning Mr. Shea about exhibits that were the subject of questioning in the first deposition; and (3) Defendant refrains from posing questions that were asked in the first deposition.

Respectfully submitted this 27th day of March 2008.

        PLAINTIFF
        FIDELITY INTERNATIONAL CURRENCY ADVISOR
        A FUND, L.L.C., by the Tax Matters Partner

        /s/ Lena Amanti
        David J. Curtin, D.C. Bar #281220
        Ronald L. Buch, Jr., D.C. Bar #450903
        Lena Amanti, D.C. Bar #490791
        MCKEE NELSON LLP
        1919 M Street, N.W., Suite 200
        Washington, D.C. 20036
        Telephone: (202) 775-1880
        Facsimile: (202) 775-8586
        Email: dcurtin@mckeenelson.com
           rbuch@mckeenelson.com
           lamanti@mckeenelson.com

        John O. Mirick, BBO #349240
        MIRICK, O'CONNELL, DEMALLIE
        & LOUGEE, LLP
        100 Front Street
        Worcester, MA 01608
        Telephone: (508) 791-8500
        Facsimile: (508) 791-8502
        Email: jomirick@mirickoconnell.com

## Certificate of Compliance with Local Rules

I hereby certify, pursuant to Local Rule 7.1(a)(2), that counsel for movant has conferred with counsel for Defendant and has attempted in good faith to resolve or narrow the issue.

        /s/ Lena Amanti
        Lena Amanti, D.C. Bar #490791
        MCKEE NELSON LLP
        1919 M Street, N.W., Suite 200
        Washington, D.C. 20036
        Telephone: (202) 775-1880
        Facsimile: (202) 775-8586
        Email: lamanti@mckeenelson.com

## Certificate of Service

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 27, 2008.

      /s/ Lena Amanti
      Lena Amanti, D.C. Bar #490791
      MCKEE NELSON LLP
      1919 M Street, N.W., Suite 200
      Washington, D.C. 20036
      Telephone: (202) 775-1880
      Facsimile: (202) 775-8586
      Email: lamanti@mckeenelson.com