# DEWEY & LEBOEUF

Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019-6092

tel  +1 212 259 8330
fax  +1 212 259 6333
lhill@dl.com

May 7, 2008

**BY FEDERAL EXPRESS**

Honorable F. Dennis Saylor IV
United States District Court
District of Massachusetts
Donohue Federal Building
595 Main Street
Worcester, MA 01608-2076

      Re:  *Fidelity International v. United States*, Nos. 05-40151 (D. Mass.)
           Memorandum and Order on Defendant's Motion to Compel Production of
           Documents From Proskauer Rose LLP

Dear Judge Saylor:

      We are writing on behalf of Proskauer Rose LLP, with regard to the Court's Memorandum and Order dated April 18, 2008. The April 18, 2008 Order required Proskauer to produce certain documents to the defendant no later than Friday, May 9, 2008.

      Proskuaer hereby requests an extension of one week, to May 16, 2008, to comply with the terms of the Court's order. This extension is being sought to allow sufficient time for Proskauer to communicate with the approximately 45 current and former clients affected by the Court's order and to prepare all of the documents for production to the defendant.

      We have conferred with defendant's counsel and defendant does not oppose this request.

May 7, 2008
Page 2

       We appreciate the Court's attention to this matter.

                                Respectfully,

                                Lawrence M. Hill

cc:   David J. Curtin, McKee Nelson LLP
      Dennis M. Donohue, U.S. Department of Justice, Tax Division
      David M. Lederkramer, Proskauer Rose LLP
      Mark Allison, Dewey & LeBoeuf LLP