UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Nos. 05-40151-FDS (D. Mass.) 06-40130-FDS (D. Mass.) |
| v. | ) ) | Judge Saylor |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

**MOTION FOR WITHDRAWAL OF LETTERS ROGATORY REQUESTING INTERNATIONAL JUDICIAL ASSISTANCE FROM THE ISLE OF MAN**

The United States of America moves the Court to withdraw its two pending letters rogatory requesting assistance from the judicial authorities of the Isle of Man. A memorandum of law is being filed contemporaneously with this motion, and a proposed withdrawal is attached hereto.

3364868.1

## Certification

I certify that counsel for the United States conferred by telephone on June 16 and 17, 2008 with counsel for the plaintiff and attempted in good faith to resolve or narrow the issues raised in this motion. The plaintiff opposes this motion.

                                                Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/ Dennis M. Donohue
DENNIS M. DONOHUE
CHIEF SENIOR LITIGATION COUNSEL
OFFICE OF CIVIL LITIGATION
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 403, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6492
Facsimile: (202) 307-2504
E-mail: dennis.donohue@usdoj.gov

JOHN A. LINDQUIST
BARRY E. REIFERSON
HEATHER L. Vann
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044-0055
Telephone: (202) 307-6561
Facsimile: (202) 514-5238
E-mail: john.a.lindquist@usdoj.gov
        barry.e.reiferson@usdoj.gov
        heather.vann@usdoj.gov

Certificate of Service
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing and copies will be sent to those indicated as non registered participants on June 17, 2008.

/s/ Barry E. Reiferson
Trial Attorney, US Department of Justice, Tax Division

3364868.1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Nos. 05-40151-FDS (D. Mass.) 06-40130-FDS (D. Mass.) |
| v. | ) ) | Judge Saylor |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

## WITHDRAWAL OF REQUESTS FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTERS ROGATORY)

The United States District Court for the District of Massachusetts presents its compliments to the appropriate judicial authority of the Isle of Man, and hereby informs this honorable Court that it wishes to withdraw its two pending letter rogatory requests for international judicial assistance in this case. The assistance provided thus far has resulted in the voluntary production of valuable evidence. The United States District Court for the District of Massachusetts extends its highest gratitude.

DATE: _____

_____
HON. F. DENNIS SAYLOR, IV
United States District Judge
U.S. District Court for the District of Massachusetts
Worcester, Massachusetts