**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case Nos.: 05-40151-FDS <br> 06-40130-FDS |

**PLAINTIFF'S NOTICE OF INTENTION TO FILE A RESPONSE TO DEFENDANT'S MOTION FOR WITHDRAWAL OF LETTERS ROGATORY REQUESTING INTERNATIONAL JUDICIAL ASSISTANCE FROM THE ISLE OF MAN**

Plaintiff intends to file a response to Defendant's Motion for Withdrawal of Letters Rogatory Requesting International Judicial Assistance from the Isle of Man, which was filed on June 17, 2008. Yesterday, Plaintiff received a copy of the Deemster's 32-page judgment, which will serve as the basis of Plaintiff's response and correction to Defendant's motion papers. Plaintiff is reviewing the judgment and consulting with Isle of Man counsel. Plaintiff will file his opposition expeditiously.

Respectfully submitted this 18th day of June 2008.

        PLAINTIFF
        FIDELITY INTERNATIONAL CURRENCY ADVISOR
        A FUND, L.L.C., by the Tax Matters Partner

        /s/ Lena Amanti
        David J. Curtin, D.C. Bar #281220
        Ronald L. Buch, Jr., D.C. Bar #450903
        Lena Amanti, D.C. Bar #490791
        MCKEE NELSON LLP
        1919 M Street, N.W., Suite 200
        Washington, D.C. 20036
        Telephone:  (202) 775-1880
        Facsimile:  (202) 775-8586
        Email:  dcurtin@mckeenelson.com
              rbuch@mckeenelson.com
              lamanti@mckeenelson.com

        John O. Mirick, BBO #349240
        MIRICK, O'CONNELL, DEMALLIE
        & LOUGEE, LLP
        100 Front Street
        Worcester, MA 01608
        Telephone:  (508) 791-8500
        Facsimile:  (508) 791-8502
        Email:  jomirick@mirickoconnell.com

**Certificate of Service**

| | |
|---|---|
| I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 18, 2008. | /s/ Lena Amanti<br>Lena Amanti, D.C. Bar #490791<br>MCKEE NELSON LLP<br>1919 M Street, N.W., Suite 200<br>Washington, D.C. 20036<br>Telephone:  (202) 775-1880<br>Facsimile:  (202) 775-8586<br>Email: lamanti@mckeenelson.com |