UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, LLC, by the Tax Matters Partner, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES of AMERICA, <br><br> Defendant. | Civil No. <br> 05-40151-FDS <br> 06-40130-FDS |

## WITHDRAWAL OF REQUESTS FOR INTERNATIONAL JUDICIAL ASSISTANCE
## (LETTERS ROGATORY)

The United States District Court for the District of Massachusetts presents its compliments to the appropriate judicial authority of the Isle of Man and hereby informs the honorable Court that the Defendant, the United States of America, has informed this Court that (1) the United States has entered into a settlement concerning the production of evidence requested in its two pending letter rogatory requests for international judicial assistance in this case, and accordingly (2) the United States requests a withdrawal of those letter rogatory requests.  Based on that representation, and in order to avoid additional inconvenience and expense, this Court informs the honorable Court that it wishes to withdraw its two pending letter rogatory requests.

The United States District Court for the District of Massachusetts extends its highest gratitude.

Dated: June 26, 2008

                          /s/ F. Dennis Saylor IV
                          HON. F. DENNIS SAYLOR IV
                          United States District Judge
                          United States District Court for the District of Massachusetts
                          Worcester, Massachusetts