UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Nos. 05-40151-FDS (D. Mass.) 06-40130-FDS (D. Mass.) |
| v. | ) ) | Judge Saylor |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

**UNITED STATES OF AMERICA'S ASSENTED-TO MOTION
TO FILE EXHIBITS UNDER SEAL**

The United States moves for an order allowing it to file under seal certain exhibits, subject to various protective orders, in support of its soon-to-be-filed motion to compel RSM McGladrey's production of documents. The relevant protective orders relate to documents produced by RSM McGladrey, Grant Thornton, and Bryan Cave. The plaintiff assents to this motion.

Each of the exhibits the United States seeks to file under seal is highly relevant to both the underlying litigation and this discovery dispute. The protective orders allow the use of protected information in a discovery motion such as this one, but does not otherwise allow public

disclosure. Out of an abundance of caution, the United State therefore requests leave to file the protected exhibits under seal.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                              /s/ Dennis M. Donohue
                              DENNIS M. DONOHUE
                              CHIEF SENIOR LITIGATION COUNSEL
                              OFFICE OF CIVIL LITIGATION
                              Trial Attorney, Tax Division
                              U.S. Department of Justice
                              P.O. Box 403, Ben Franklin Station
                              Washington, D.C. 20044
                              Telephone: (202) 307-6492
                              Facsimile: (202) 307-2504
                              E-mail: dennis.donohue@usdoj.gov

                              JOHN A. LINDQUIST
                              BARRY E. REIFERSON
                              HEATHER L. RICHTARCSIK
                              Trial Attorneys, Tax Division
                              U.S. Department of Justice
                              P.O. Box 55, Ben Franklin Station
                              Washington, D.C. 20044-0055
                              Telephone: (202) 307-6542
                              Facsimile: (202) 514-5238
                              E-mail: john.a.lindquist@usdoj.gov
                                      barry.e.reiferson@usdoj.gov
                                      heather.l.richtarcsik@usdoj.gov

Certificate of Service
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on July 21, 2008

/s/ Barry E. Reiferson
Trial Attorney, US Department of Justice, Tax Division