UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)  Civil Nos. 05-40151-FDS (D. Mass.)<br>)              06-40130-FDS (D. Mass.)<br>)<br>)  Judge Saylor<br>)<br>)<br>) |

**UNITED STATES OF AMERICA'S SECOND MOTION TO COMPEL
PRODUCTION OF DOCUMENTS FROM RSM McGLADREY**

The United States of America files this second motion, pursuant to Federal Rule of Civil Procedure 45(c)(2)(B), to compel production of documents from accounting firm RSM McGladrey LLP ("RSM"). The subject documents were withheld by RSM under claims of attorney-client privilege, but, these documents were not made in confidence and even assuming some of them were, any privilege was waived when RSM shared them routinely with, at least, the promoters of the FDIS (Financial Derivative Investment Strategy) and Stock Dribble transactions.[1] RSM also shared the communications or their subject matter with prospective customers. Because of the sharing of these communications, the documents must be produced in unredacted form.

RSM McGladrey's log of items it withheld and which are at issue here is attached to this

---

[1] The FDIS and Stock Dribble product are variants of the Short-Option Strategy tax-shelter product commonly referred to as SOS, a strategy utilizing offsetting options to inflate a partner's basis in a partnership by not taking account of the offsetting proceeds credited to the partner from the short option. The Internal Revenue Service refers to the strategy and its various variants as Son of Boss transactions. *See*, *Kligfield Holdings v. Commissioner*, 128 T.C. 192, 194 (2007).

motion as Appendix 1.

## Certification

I certify that counsel for the United States conferred with counsel for RSM McGladrey by telephone on July 21, 2008; April 29, 2008; April 8, 2008; and January 10, 2008.  The July 28, 2008 conference lasted approximately 15 minutes and was conducted by telephone by Barry Reiferson for the defendant and Matthew Neumeier for RSM McGladrey.  The April 29, 2008 conference was conducted by telephone, lasted approximately thirty minutes, and was conducted by Mr. Reiferson for the defendant and Messrs. Neumeier and Fouts for RSM McGladrey.  The April 8, 2008 conference was conducted by telephone, lasted approximately thirty minutes, and was conducted by John Lindquist and Barry Reiferson for the defendant and Messers. Neumeier and Fouts for RSM McGladrey.  The January 10, 2008 conference was conducted by telephone, lasted approximately fifteen minutes, and was conducted by Mr. Reiferson for the defendant and Mr. Neumeier for RSM McGladrey.  During each of these conferences, counsel for RSM McGladrey and for the defendant attempted in good faith to resolve or narrow the issues raised in

this motion, but were unable to reach agreement on the issues of privilege and waiver. RSM McGladrey opposes this motion, and the plaintiff takes no position.

>Respectfully submitted,
>
>MICHAEL J. SULLIVAN
>United States Attorney
>
>/s/ Dennis M. Donohue
>DENNIS M. DONOHUE
>CHIEF SENIOR LITIGATION COUNSEL
>OFFICE OF CIVIL LITIGATION
>Trial Attorney, Tax Division
>U.S. Department of Justice
>P.O. Box 403, Ben Franklin Station
>Washington, D.C. 20044
>Telephone: (202) 307-6492
>Facsimile: (202) 307-2504
>E-mail: dennis.donohue@usdoj.gov
>
>JOHN A. LINDQUIST
>BARRY E. REIFERSON
>HEATHER L. Vann
>Trial Attorneys, Tax Division
>U.S. Department of Justice
>P.O. Box 55, Ben Franklin Station
>Washington, D.C. 20044-0055
>Telephone: (202) 307-6561
>Facsimile: (202) 514-5238
>E-mail: john.a.lindquist@usdoj.gov
>        barry.e.reiferson@usdoj.gov
>        heather.vann@usdoj.gov

Certificate of Service
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing and copies will be sent to those indicated as non registered participants on July 22, 2008.

/s/ Barry E. Reiferson
Trial Attorney, US Department of Justice, Tax Division

CONFIDENTIAL

**RSM MCGLADREY REVISED PRIVILEGE LOG**
Fidelity International Currency Advisor A Fund, LLC v. United States of America
Case No. 4:05cv40151-FDS

| DOCUMENT NUMBER | DATE | TO | FROM | CC | DOCUMENT TYPE | Number of Pages | Document ID (where applicable) | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 6/13/2001 | Ron Wainwright | John Barrie, Esq.; Elizabeth Smith, Esq. | | Draft fund representation | 2 | NY01DOCS/ 278326.01 | Attorney-client communication providing legal advice re investor documents for investment transaction. | Attorney-client |
| 2 | 7/19/2001 | Ron Wainwright | Elizabeth Smith, Esq.; John Barrie, Esq. | | Draft investor representations | 2 | NY01DOCS/ 278323.01 | Attorney-client communication providing legal advice re investor documents for investment transaction. | Attorney-client |
| 3 | 7/19/2001 | Ron Wainwright | John Barrie, Esq.; Elizabeth Smith, Esq. | | Draft tax opinion | 83 | NY01DOCS/ 277350.06 | Attorney-client communication providing legal advice re investment transaction tax issues. | Attorney-client |
| 6 | 8/23/2001 | Ron Wainwright | John Barrie, Esq. | Elizabeth Smith, Esq. | E-mail communication | 3 | | Attorney-client communication providing legal advice re tax opinion and Section 6112 listing issues. | Attorney-client |
| RSM-F 070955 - 070956 | 8/24/2001 | Kimpa Moss | Ron Wainwright | | E-mail communications | 2 | | Redacted substance of attorney-client communication with John Barrie, Esq. requesting legal advice re tax opinion and Section 6112 listing issues. | Attorney-client |
| RSM-F 070638 - 070647 | 8/30/2001 | Roger Neumann; Joe Gevock; John Thompson; James Sansone; Steve Schamberger | Ron Wainwright | Kimpa Moss; Duane Tyler; Pat Murphy | E-mail communications | 10 | | Redacted substance of attorney-client communications with John Barrie, Esq. requesting legal advice and providing legal advice re tax opinion and Section 6112 listing issues. | Attorney-client |
| 9 | 9/10/2001 | Ron Wainwright | John Barrie, Esq. | Elizabeth Smith, Esq. | E-mail communication incorporating legal memorandum | 2 | | Attorney-client communication providing legal advice re Section 6112 listing issues. | Attorney-client |
| 10 | 9/10/2001 | Roger Neumann; Joe Gevock; John Thompson; James Sansone; Steve Schamberger | Ron Wainwright | Kimpa Moss; Pat Murphy; Duane Tyler | E-mail communications incorporating legal memorandum | 4 | | Communication forwarding attorney-client communication from John Barrie, Esq. providing legal advice re Section 6112 listing issues. | Attorney-client |
| 11 | 9/19/2001 | Ron Wainwright; Roger Neumann | Elizabeth Smith, Esq.; John Barrie, Esq. | | Legal Memorandum | 4 | | Attorney-client communication providing legal advice re Section 6112 listing issues. | Attorney-client |
| 13 | 11/13/2001 | Ron Wainwright | Elizabeth Smith, Esq.; John Barrie, Esq. | | Legal Memorandum | 1 | | Attorney-client communication providing legal advice re investment transaction analysis. | Attorney-client |
| 14 | 11/13/2001 | Ron Wainwright | Elizabeth Smith, Esq.; John Barrie, Esq. | | Legal Memorandum | 3 | | Attorney-client communication providing legal advice re investment transaction analysis. | Attorney-client |
| 15 | 11/13/2001 | Ron Wainwright; Roger Neumann | Elizabeth Smith, Esq.; John Barrie, Esq. | | Legal Memorandum | 1 | | Attorney-client communication providing legal advice re investment transaction analysis. | Attorney-client |
| 16 | 11/15/2001 | Ron Wainwright; Roger Neumann | Elizabeth Smith, Esq. | | E-mail communication | 1 | | Attorney-client communication providing legal advice re investment transaction. | Attorney-client |

CONFIDENTIAL

**RSM MCGLADREY REVISED PRIVILEGE LOG**
Fidelity International Currency Advisor A Fund, LLC v. United States of America
Case No. 4:05cv40151-FDS

| DOCUMENT NUMBER | DATE | TO | FROM | CC | DOCUMENT TYPE | Number of Pages | Document ID (where applicable) | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|
| 17 | 1/4/2002 | Ron Wainwright | Elizabeth Smith, Esq. | John Barrie, Esq. | E-mail communication | 1 | | Attorney-client communication regarding status of investment transactions and unrelated litigation matter. | Attorney-client |
| 18 | 4/5/2002 | Ron Wainwright | Lana Phillips, Esq. | John Barrie, Esq.; Elizabeth Smith, Esq. | E-mail communication and attached draft tax opinion | 75 | NY01DOCS/ 299777.01 | Attorney-client communication providing legal advice re investment transaction tax issues. | Attorney-client |
| 19 | 4/5/2002 | Ron Wainwright | Lana Phillips, Esq. | John Barrie, Esq.; Elizabeth Smith, Esq. | E-mail communication | 1 | | Attorney-client communication providing legal advice re investment transaction documentation issues. | Attorney-client |
| 20 | 4/12/2002 | Ron Wainwright; Joe Gevock; John Barrie, Esq. | Elizabeth Smith, Esq. | | E-mail communication and attached draft disclosure statement | 2 | NY01:300418v1 | Attorney-client communication providing legal advice re outline for potential IRS disclosure. | Attorney-client |
| 21 | 4/12/2002 | John Barrie, Esq. | Ron Wainwright | Ron Wainwright; Elizabeth Smith, Esq. | E-mail communication | 1 | | Attorney-client communication requesting legal advice re proposed tax regulations. | Attorney-client |
| 22 | 5/15/2002 | Ron Wainwright | Elizabeth Smith, Esq. | | E-mail communications | 1 | | Attorney-client communication providing legal advice re investment transactions. | Attorney-client |
| 23 | 5/29/2002 | Ron Wainwright; Elizabeth Smith, Esq.; John Barrie, Esq. | Elizabeth Smith, Esq. | | E-mail communications | 2 | | Attorney-client communication providing legal advice re investment transaction strategies. | Attorney-client |
| 24 | 6/16/2002 | Elizabeth Smith, Esq.; John Barrie, Esq. | Elizabeth Smith, Esq. | Naomi P. Meisels, Esq.; Lana Phillips, Esq.; Alan Appel, Esq. | E-mail communication | 1 | | Communication amongst attorneys discussing impact of new Section 6011 temporary regulations. | Attorney-client |
| 25 | 6/21/2002 | Pat Murphy; John Barrie, Esq.; Elizabeth Smith, Esq. | John Barrie, Esq. | Ron Wainwright | E-mail communications | 1 | | Attorney-client communication requesting legal advice and providing legal advice re form of consulting agreement. | Attorney-client |
| 26 | 8/15/2002 | John Barrie, Esq.; Elizabeth Smith, Esq. | Joe Gevock | Ron Wainwright | E-mail communication and attached Legal Memorandum | 3 | | Attorney-client communication requesting legal review and legal advice re policy for tax return preparation re new Section 6011 temporary regulations. | Attorney-client |
| 27 | 10/6/2002 | Ron Wainwright | Elizabeth Smith, Esq. | John Barrie, Esq. | E-mail communication | 2 | | Attorney-client communication providing legal advice re new Section 6011 temporary regulations. | Attorney-client |
| RSM-F 070969 - 070970 | 10/15/2002 | Ron Wainwright | Lana Phillips, Esq. | John Barrie, Esq.; Elizabeth Smith, Esq. | E-mail communications | 2 | | Redacted attorney-client communication providing legal advice re new Section 6011 temporary regulations. | Attorney-client |
| 29 | 10/15/2002 | Ron Wainwright | Lana Phillips, Esq. | John Barrie, Esq.; Elizabeth Smith, Esq. | Draft Legal Memorandum | 3 | | Attorney-client communication providing legal advice re new Section 6011 temporary regulations. | Attorney-client |

2

1/24/2008

CONFIDENTIAL

**RSM MCGLADREY REVISED PRIVILEGE LOG**
Fidelity International Currency Advisor A Fund, LLC v. United States of America
Case No. 4:05cv40151-FDS

| DOCUMENT NUMBER | DATE | TO | FROM | CC | DOCUMENT TYPE | Number of Pages | Document ID (where applicable) | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|
| 30 | 10/31/2002 | Roger Neumann; John Thompson | Ron Wainwright | Kimpa Moss | E-mail communications | 2 | | Communication forwarding attorney-client communication from Lana Phillips, Esq. providing legal advice re Section 6112 listing requirements. | Attorney-client |
| 31 | 11/1/2002 | John Barrie, Esq. | Ron Wainwright | Elizabeth Smith, Esq.; John Barrie, Esq; Roger Neumann | E-mail communications | 2 | | Attorney-client communication requesting and receiving legal advice re designation agreement issue. | Attorney-client |
| 32 | 11/5/2002 | Joe Gevock | Ron Wainwright | John Barrie Esq.; Elizabeth Smith, Esq. | E-mail communications | 2 | | Attorney-client communication discussing legal advice re new Section 6112 listing requirements. | Attorney-client |
| 33 | 11/5/2002 | Joe Gevock | Lana Phillips, Esq. | Elizabeth Smith, Esq.; John Barrie, Esq. | Draft form of disclosure list | 8 | | Attorney-client communication providing legal advice re Section 6112 listing compliance. | Attorney-client |
| 34 | 11/5/2002 | Joe Gevock | Ron Wainwright | John Barrie Esq.; Elizabeth Smith, Esq. | E-mail communications | 3 | | Attorney-client communication discussing legal advice re new Section 6112 listing requirements. | Attorney-client |
| 35 | 11/5/2002 | Ron Wainwright; Joe Gevock | Lana Phillips, Esq. | Elizabeth Smith, Esq.; John Barrie, Esq. | Draft form of disclosure list | 8 | | Attorney-client communication providing legal advice re Section 6112 listing compliance. | Attorney-client |
| 36 | 11/22/2002 | Ron Wainwright; Roger Neumann; Joe Gevock; John Thompson; Pat Murphy | Elizabeth Smith, Esq.; John Barrie, Esq. | Lana Phillips, Esq. | E-mail communication | 1 | | Attorney-client communication providing legal advice re disclosure and listing issues. | Attorney-client |
| 37 | 1/22/2003 | Ron Wainwright; Scott Ruby | John Barrie, Esq.; Elizabeth Smith, Esq. | | Legal Memorandum | 7 | | Attorney-client communication providing legal advice re Section 6112 listing rules. | Attorney-client |
| 38 | 1/23/2003 | Ron Wainwright | Elizabeth Smith, Esq. | John Barrie, Esq. | E-mail communication | 3 | | Attorney-client communication providing legal advice re Section 6112 listing issues. | Attorney-client |
| 39 | 1/23/2003 | Ron Wainwright; Scott Ruby | Marion Sarcuni, o/b/o Elizabeth Smith, Esq. | Elizabeth Smith, Esq. | E-mail communication and attached draft letter | 2 | | Attorney-client communication providing legal advice re communication with clients re disclosure issues. | Attorney-client |
| 40 | 3/14/2003 | Ron Wainwright | John Barrie, Esq.; Elizabeth Smith, Esq. | | Legal Memorandum | 7 | | Attorney-client communication providing legal advice re final Section 6011 regulations. | Attorney-client |
| RSM-F 071308 - 071311 | 4/3/2003 | Ron Wainwright | John Barrie, Esq. | Elizabeth Smith, Esq. | E-mail communications | 4 | | Redacted attorney-client communications requesting legal advice re investment transaction issues. | Attorney-client |
| 43 | 6/26/2003 | Ron Wainwright | John Barrie, Esq. | Elizabeth Smith, Esq. | E-mail communication incorporating draft letter text | 4 | | Attorney-client communication providing legal advice re communication with clients re disclosure issues. | Attorney-client |
| 45 | 7/16/2003 | Ron Wainwright; John Barrie, Esq. | John Barrie, Esq. | Elizabeth Smith, Esq. | E-mail communications | 2 | | Attorney-client communications requesting and providing legal advice re Section 752 regulations. | Attorney-client |

[1] Attorneys are designated with the suffix 'Esq.' All attorneys are employed by Bryan Cave LLP unless otherwise specified. All other persons identified in the log are

3

1/24/2008