UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Civil Nos. 05-40151-FDS (D. Mass.)<br>           06-40130-FDS (D. Mass.)<br><br>Judge Saylor |

**CONSOLIDATED FOR TRIAL WITH**

| | |
|---|---|
| FIDELITY HIGH TECH ADVISOR A FUND, L.L.C., by the Tax Matters Partner<br><br>Plaintiff,<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Nos. 06-40243 & 06-40244<br><br>Judge Saylor |

**UNITED STATES' MOTION FOR LEAVE TO USE TAX RETURNS PRODUCED BY GRANT THORNTON, LLP AT TRIAL AND TO DISCLOSE ONE IDENTIFIER ON THOSE TAX RETURNS**

The United States moves this Court for leave to file certain Tax Returns (as that term is defined in the Addendum to Protective Order as to Production of Tax Returns, relating to Grant Thornton LLP ("Addendum") (D.I. # 151) produced by Grant Thornton, LLP ("Grant Thornton") pursuant to a subpoena in the above-captioned case and to disclose Identifier (1), the Name of Taxpayer,[1] set forth in the Addendum,[2] at the trial in the above-captioned cases, which is

---

[1] With respect to Form 1065, U.S. Return of Partnership Income ("Form 1065"), the
                                                                                                           (continued...)

scheduled to commence on September 22, 2008.  As described more fully in the accompanying memorandum of law, the Tax Returns are highly relevant to the United States' position in the above-referenced case and the use of the names of the taxpayers (including partnerships and partners) is critical to the United States' presentation of its evidence at trial.

---

[1](...continued)
United States interprets the Identifier of "Name of Taxpayer" to include the name of the partnership, which is listed on the first page of the Form 1065, and the name of each partner, which is listed on each Schedule K-1, Partner's Share of Income, Credits, Deductions, etc.  There is no ambiguity as to the Name of Taxpayer on the Form 1040, U.S. Individual Income Tax Return ("Form 1040").

[2]See Addendum, ¶1(b)(1).

## Certification

It is certified that the meet and confer provisions of L.R. 37.1 have been complied with. The plaintiff opposes the relief sought by the United States. Grant Thornton takes no position on the motion at this time.

Dated: July 23, 2008

                                                      Respectfully submitted,

                                                      MICHAEL J. SULLIVAN
                                                      United States Attorney

                                                      /s/ Dennis M. Donohue
                                                      DENNIS M. DONOHUE
                                                      CHIEF SENIOR LITIGATION COUNSEL
                                                      OFFICE OF CIVIL LITIGATION
                                                      U.S. Department of Justice
                                                      P.O. Box 403, Ben Franklin Station
                                                      Washington, D.C.  20044
                                                      Telephone: (202) 307-6492
                                                      Facsimile: (202) 307-2504
                                                      E-mail: dennis.donohue@usdoj.gov

                                                      JOHN A. LINDQUIST
                                                      BARRY E. REIFERSON
                                                      HEATHER L. VANN
                                                      Trial Attorneys, Tax Division
                                                      U.S. Department of Justice
                                                      P.O. Box 55, Ben Franklin Station
                                                      Washington, D.C.  20044-0055
                                                      Telephone: (202) 307-6561
                                                      Facsimile:  (202) 514-5238
                                                      E-mail: john.a.lindquist@usdoj.gov
                                                                barry.e.reiferson@usdoj.gov
                                                                heather.vann@usdoj.gov

Certificate of Service
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing and copies will be sent to those indicated as non registered participants on July 23, 2008.  Notice will also be sent via e-mail and via First Class Mail, postage prepaid to counsel for Grant Thornton, at jcohen@stroock.com and Joel Cohen, Strook & Strook & Lavan, LLP, 180 Maiden Lane, New York, NY 10038-4982.

/s/ Heather L. Vann