UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, LLC, by the Tax Matters Partner, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Nos. 05-40151 06-40130 |
| v. | ) ) | Judge Saylor |
| UNITED STATES OF AMERICA | ) ) | Magistrate Judge Hillman |
| Defendant | ) | |

**RSM MCGLADREY, INC.'S UNOPPOSED MOTION AND MEMORANDUM FOR EXTENSION OF TIME TO FILE OPPOSITION TO UNITED STATES' SECOND MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

Third party RSM McGladrey, Inc. ("RSMM") moves for a one-week extension of time to file its opposition to the United States' Second Motion To Compel Production Of Documents From RSM McGladrey.

There is good cause for this extension. The United States filed along with its motion to compel a 30-page memorandum of law and 60 supporting exhibits, some of which were produced by parties other than RSMM and which RSMM is reviewing for the first time. Counsel for RSMM and counsel for the United States conferred on several occasions prior to the filing of the motion to compel, beginning in January 2008, with the most recent substantive discussion on April 29, 2008. As of that date at the latest (if not before), the United States understood RSMM's position on privilege issues. During the April 29, 2008 telephone conference, counsel for the United States represented that the United States was willing to provide RSMM with documents that the United States contended supported its argument that

RSMM's attorney-client privilege was waived. The United States never provided any documents. Since then, the United States has taken a second deposition of an RSMM witness, at which the United States did not seriously challenge RSMM's privilege claims. Instead, the United States waited nearly three months after the April 29, 2008 telephone conference, initiating no further discussions of the privilege issue, and then filed its motion. RSMM understands that the Court may have concerns about granting an extension this close to the trial date. However, it is the United States, and not RSMM, that chose to wait until two months before trial to file its motion, 30-page memorandum, and voluminous exhibits. RSMM requires additional time to adequately respond to the extensive arguments made by the United States, and the exhibits which it chose not to share with RSMM in the course of discussions concerning this dispute, despite RSMM's request that it do so.

 Second, RSMM plans to file at least one, and possibly more, affidavits along with its opposition, and RSMM requires additional time to identify the potential affiants and gather the necessary facts. These affidavits will establish that RSMM retained Bryan Cave to provide it with confidential legal advice and that the advice RSMM received from Bryan Cave was intended to remain, and did remain, confidential.

 Third, Matthew M. Neumeier, lead counsel for RSMM, has a prescheduled professional commitment to attend depositions in Florida from July 30-August 1, and a prescheduled vacation from August 4-August 11, making it difficult for RSMM to file its opposition by August 5.

**Certification**

I hereby certify that counsel for RSM McGladrey, Inc. conferred with counsel for the United States by telephone on July 28, 2008 for approximately five minutes. The United States does not assent to the relief requested in this motion, and the United States also does not oppose the relief requested in this motion. The United States' position is that the motion should be left to the discretion of the Court.

\* \* \*

For these reasons, RSMM respectfully requests that the deadline for filing a response to the United States' Second Motion To Compel Production Of Documents From RSM McGladrey, Inc. be extended to and including August 12, 2008.

Dated: July 28, 2008                                                      RSM MCGLADREY, INC.

                                                                                                 By: /s/ Matthew M. Neumeier
                                                                                                      One of its Attorneys

| Robert L. Kann | Matthew M. Neumeier |
|---|---|
| BROMBERG & SUNSTEIN  LLP | HOWREY LLP |
| 125 Summer Street | 321 N. Clark Street |
| Boston, MA 02110 | Suite 3400 |
| (617) 443-9292 | Chicago, Illinois 60610 |
| (617) 443-0004 (fax) | (312) 595-1239 |
|  | (312) 595-2250 (fax) |

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on July 28, 2008.

/s/ Matthew M. Neumeier
Counsel for RSM McGladrey, Inc.