UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FIDELITY INTERNATIONAL CURRENCY )
ADVISOR A FUND, L.L.C., by the Tax )
Matters Partner, )
             )
          Plaintiff, )   Civil Nos. 05-40151 & 06-40130
             )
    v. )
             )   Judge Saylor
UNITED STATES OF AMERICA, )
             )
          Defendant. )

FIDELITY HIGH TECH ADVISOR A FUND, )
L.L.C., by the Tax Matters Partner )
             )
             )   Civil Nos. 06-40243 & 06-40244
Plaintiff, )
             )   Judge Saylor
             )
             )
UNITED STATES OF AMERICA, )
             )
Defendant. )

**UNITED STATES OF AMERICA'S ASSENTED-TO MOTION FOR LEAVE TO FILE AN AMENDED EXHIBIT IN CONNECTION WITH ITS MOTION FOR LEAVE TO USE TAX RETURNS PRODUCED BY GRANT THORNTON, LLP AT TRIAL**

The United States moves for an Order allowing it to file an amended Government Exhibit 1 to replace Government Exhibit 1 that was filed on July 23, 2008 in connection with the United States' Motion for Leave to Use Tax Returns Produced by Grant Thornton, LLP at Trial and to Disclose One Identifier on Those Tax Returns (D.I. #313 in *Fidelity International* and D.I. #35 in *Fidelity High Tech*).  Plaintiff assents to this motion.

As good cause for this motion, it is represented that upon compiling hard copies of the documents set forth in Government Exhibit 1, it was determined that the Bates-ranges of three of

the Tax Returns were incorrect.  Specifically, in the amended Government Exhibit 1, changes

have been made to the Bates-ranges of: (1) the 2001 Form 1065 for NDC Investments, LLC: (2)

the 2001 Form 1065 for JLS Investments, LLC; and (3) the 2001 Form 1065 for FX Investments,

LLC.   The proposed amended exhibit is attached as Government Exhibit 1.

Dated:  July 28, 2008

> Respectfully submitted,
> MICHAEL J. SULLIVAN
> United States Attorney
>
> /s/ Dennis M. Donohue
> DENNIS M. DONOHUE
> CHIEF SENIOR LITIGATION COUNSEL
> OFFICE OF CIVIL LITIGATION
> Trial Attorney, Tax Division
> U.S. Department of Justice
> P.O. Box 403, Ben Franklin Station
> Washington, D.C.  20044
> Telephone: (202) 307-6492
> Facsimile: (202) 307-2504
> E-mail: dennis.donohue@usdoj.gov
> JOHN A. LINDQUIST
> BARRY E. REIFERSON
> HEATHER L. VANN
> Trial Attorneys, Tax Division
> U.S. Department of Justice
> P.O. Box 55, Ben Franklin Station
> Washington, D.C.  20044-0055
> Telephone: (202) 307-6561
> Facsimile:  (202) 514-5238
> E-mail: john.a.lindquist@usdoj.gov
> barry.e.reiferson@usdoj.gov
> heather.vann@usdoj.gov

Certificate of Service
I hereby certify that this document filed through the ECF system will be sent electronically to the
registered participants identified on the Notice of Electronic Filing and copies will be sent to those
indicated as non-registered participants on July 28, 2008.  Notice will also be sent via e-mail and via
First Class Mail, postage prepaid to counsel for Grant Thornton, at jcohen@stroock.com and Joel
Cohen, Strook & Strook & Lavan, LLP, 180 Maiden Lane, New York, NY 10038-4982.
/s/ Heather L. Vann

| No. | Deal Name | Deal Type | Name of Taxpayer | Name of LLC | Name of P'ship | 2001 Form 1065 | 2002 Form 1065 |
|---|---|---|---|---|---|---|---|
| 1 | Gupta | FDIS | DRG Irrev Trust | DRG Trading LLC | Gupta Investments LLC | 3GTFID-0023003-0023036 | 3GTFID-0026551-0026589 |
| | | FDIS | DSG Irrev Trust | DSG Trading LLC | Gupta Investments LLC | | |
| | | FDIS | Jai N. Gupta Rev Trust | JNG Trading LLC | Gupta Investments LLC | | |
| | | FDIS | Shashi A. Gupta Rev Trust | SAG Trading LLC | Gupta Investments LLC | | |
| 2 | Kutler | FDIS | Jon B. Kutler | JBK Trading LLC | Kealakekua Investments LLC | 3GTFID-0023595-0023611 | |
| 3 | Cowan | FDIS | David Cowan | DC Trading LLC | Cowan Investments LLC | 3GTFID-0023197-0023213 | 3GTFID-0029233-0029254 |
| 4 | Paley | FDIS | William Paley | WP Trading LLC | Acajoux Trading LLC | 2GTFID0016132-016148 | 3GTFID-0028851-0028877 |
| 5 | | FDIS | Douglas Paley | DP Trading LLC | Acajoux Investments LLC | 2GTFID0019968-019984 | 3GTFID-0026147-0026173 |
| 6 | | FDIS | Steven Paley | SP Trading LLC | Acajoux Equities LLC | 2GTFID0016405-016424 | 3GTFID-0026255-0026285 |
| 7 | Egan | FDIS | Janet Zaretsky Dynasty Trust | JZ Trading LLC | | | |
| | | FDIS | Richard Egan | Fidelity World Currency Advisor A Fund, LLC | Fidelity International Currency Advisor A Fund, LLC | 2EGAN016782-016819 (prepared by KPMG) | 2EGAN013955-14011 (prepared by RSM) |
| 8 | Ginsberg | FDIS | Alan H. Ginsburg | AHG Trading LLC | AHG Investments LLC | 3GTFID-0021456-0021477 | 3GTFID-0029333-0029357 |
| 9 | Giesecke & Giffen | FDIS | John M. Giesecke | JMG Trading LLC | Cliffside Investments LLC | 3GTFID-0024977-0025003 | 3GTFID-0028116-0028148 |
| | | FDIS | Catherine K. Giffen | CKG Trading 2001 LLC | Cliffside Investments LLC | | |
| 10 | Corporex (Bill Butler) | FDIS | Corporex Reality & Investment Co. | Corporex Trading LLC | Corporex Investments LLC | 3GTFID-00025484-00025506 | 3GTFID-0027737-0027759 |
| | | FDIS | Bill Butler | WPB Trading LLC | Corporex Investments LLC | | |
| 11 | Hoyt & Jarmel | FDIS | Anbar, Inc. | Anbar Trading LLC | Anbar Investments LLC | 3GTFID-0021893-0021915 | 3GTFID-0026506-0026531 |
| | | FDIS | Andrew Jarmel | AMJ Trading LLC | Anbar Investments LLC | | |
| | | FDIS | Barry Hoyt | BGH Trading LLC | Anbar Investments LLC | | |
| 12 | Wolff Family | FDIS | Wolff Family | WFT Trading LLC | WFT Investments LLC | 3GTFID-0023318-0023334 | |
| 13 | Sconmegna | FDIS | Sconmegna | RAS Trading 2001 LLC | RAS Investments 2001 LLC | 3GTFID-0024265-00232281 | 3GTFID-0027155-0027174 |
| 14 | Tschetter | FDIS | Tschetter | RT Trading LLC | RT Investments 2001 LLC | 3GTFID-0022796-0022829 | 3GTFID-0028593-0028654 |
| 15 | Civello | FDIS | Civello | NDC Trading LLC | NDC Investments LLC | 3GTFID-0027238-0027271 | 3GTFID-0027544-0027569 |
| 16 | J Francis (BDO) | FDIS | Joseph R. Francis | JRF Trading LLC | JRF Investments 2001 LLC | 3GTFID-0023821-0023842 | 3GTFID-0027681-0027706 |
| 17 | Geewax | FDIS | John J. Geewax | JJG Trading LLC | GT Investments 2001 LLC | 3GTFID-0026788-0026809 | 3GTFID-0028184-0028208 |

GOVERNMENT EXHIBIT 1

| No. | Deal Name | Deal Type | Name of Taxpayer | Name of LLC | Name of P'ship | 2001 Form 1065 | 2002 Form 1065 |
|---|---|---|---|---|---|---|---|
| | | FDIS | Geewax, Terker & Co. | Chadds Peak Investments LLC | GT Investments 2001 LLC | | |
| | Terker | FDIS | Bruce E. Terker | BET Trading LLC | GT Investments 2001 LLC | | |
| 18 | Nussdorf | FDIS | AN Investments LLC | AN Trading LLC | AN Investments 2001 LLC | 3GTFID-0022267-0022288 | 3GTFID-0025877-0025902 |
| 19 | | FDIS | GN Investments LLC | GN Trading LLC | GN Investments 2001 LLC | 3GTFID-0024127-0024148 | 3GTFID-0027457-0027481 |
| 20 | | FDIS | RN Investments LLC | RN Trading LLC | RN Investments 2001 LLC | 3GTFID-0025256-0025277 | |
| 21 | | FDIS | SN Investments LLC | SN Trading LLC | SN Investments 2001 LLC | 3GTFID-0024832-0024853 | 3GTFID-0025980-0026005 |
| 22 | James H. Taylor | FDIS | James H. Taylor | JHT Trading LLC | JHT Investments LLC | 3GTFID-0025365-0025381 | 3GTFID-0026084-0026102 |
| 23 | Jerome L. Schostak | FDIS | Jerome L. Schostak | JLS Trading LLC | JLS Investments 2001 LLC | 2GTFID020426-020442 | 3GTFID-0028439-0028458 |
| 24 | Tafeen | FDIS | Tafeen | TFT Trading LLC | TFT Investments 2001 LLC | 3GTFID-0023708-0023730 | 3GTFID-0028558-0028577 |
| 25 | Portillo | FDIS | Portillo | RJP Trading LLC | RJP Investments LLC | 3GTFID-0022047-0022068 | 3GTFID-0022939-0022964 |
| 26 | La Git 88 Trust | FDIS | La Git 88 Trust | LG88 Trading LLC | Affco Investments 2001 LLC | 3GTFID-0025757-0025780 | 3GTFID-0025650-0025701 |
| | Powers Children Trust | FDIS | Powers Children Trust | PCT Trading LLC | Affco Investments 2001 LLC | | |
| | John H. Powers | FDIS | John H. Powers | JHP Trading LLC | Affco Investments 2001 LLC | | |
| 27 | Buske | FDIS | Buske | TAB Trading LLC | TAB Investments 2001 LLC | 3GTFID-0021643-0021668 | 3GTFID-0028380-0028405 |
| 28 | Dan Reid | FDIS | Dan Reid | DJR Trading LLC | DJR Investments LLC | 3GTFID-0026694-0026710 | 3GTFID-0028755-0028849 |
| 29 | Robert Cole | FDIS | Robert Cole | RWC Trading LLC | RWC Investments LLC | 3GTFID-0029715-0029736 | 3GTFID-0028493-0028518 |
| 30 | Richard Sabello | FDIS | Richard Sabello | RJS Trading LLC | RJS Investments LLC | 3GTFID-0024468-0024484 | 3GTFID-0022396-0022418 |
| 31 | James E. Slevin | FDIS | James E. Slevin | JES Trading 2001 LLC | CSH Investments LLC | 3GTFID-0022146-0022165 | 3GTFID-0029288-0029310 |
| | Reagan M. Crawford | FDIS | Reagan M. Crawford | RMC Trading LLC | CSH Investments LLC | | |
| 32 | Paul Thomas | FDIS | Paul Thomas | PT Trading LLC | CFPT Investments LLC | 3GTFID-0024564-0024583 | 3GTFID-0027032-0027053 |
| | Curtis Francois | FDIS | Curtis Francois | CF Trading LLC | CFPT Investments LLC | | |
| 33 | Rudy Ciccarello | FDIS | Rudy Ciccarello | RC Trading 2001 LLC | RC Investments 2001 LLC | 3GTFID-0021140-0021161 | |

| No. | Deal Name | Deal Type | Name of Taxpayer | Name of LLC | Name of P'ship | 2001 Form 1065 | 2002 Form 1065 |
|---|---|---|---|---|---|---|---|
| 34 | William F. Thies, Sr. | FDIS | William F. Thies, Sr. | WFTSR Trading LLC | Thies Investments LLC | 3GTFID-0021765-0021776 | 3GTFID-0027990-0028017 |
| | William F. Thies, Jr. | FDIS | William F. Thies, Jr. | WFTJR Trading LLC | Thies Investments LLC | | |
| | James H. Thies | FDIS | James H. Thies | JHT Trading 2001 LLC | Thies Investments LLC | | |
| | Thomas J. Thies | FDIS | Thomas J. Thies | TJT Trading LLC | Thies Investments LLC | | |
| 35 | Dave Holland | FDIS | Dave Holland | DTH Trading LLC | Europa Investments LLC | 3GTFID-0024666-0024682 | 3GTFID-0026422-0026445 |
| | | FDIS | Europa International, Inc. | Europa Trading LLC | Europa Investments LLC | | |
| 36 | Dennis W. Thies | FDIS | Dennis W. Thies | DWT Trading LLC | DWT Investments LLC | 3GTFID-0022663-0022685 | 3GTFID-0027080-0027104 |
| | Christopher Thies Trust | FDIS | Christopher Thies Trust | CJT Trading LLC | DWT Investments LLC | | |
| | Dennis P Thies Trust | FDIS | Dennis P Thies Trust | DPT Trading LLC | DWT Investments LLC | | |
| 37 | Robert A. Garvy | FDIS | Robert A. Garvy | RAG Trading LLC | RAG Investments 2001 LLC | 3GTFID-0023921-0023942 | 3GTFID-0028281-0028303 |
| 38 | Tenex Corp. | FDIS | Tenex Corp. | Tenex Trading LLC | Sheridan Investments LLC | 3GTFID-0024751-0024757 | 3GTFID-0028331-0028353 |
| | Albert Cheris | FDIS | Albert Cheris | Sheridan Trading LLC | Sheridan Investments LLC | | |
| 39 | Robert G. Ciasulli | FDIS | Robert G. Ciasulli | RGC Trading LLC | RGC Investments LLC | 3GTFID-0024361-0024382 | 3GTFID-0027199-0027221 |
| 40 | Ronald J. Ciasulli | FDIS | Ronald J. Ciasulli | RJC Trading LLC | RJC Investments LLC | 3GTFID-0021231-0021252 | 3GTFID-0022448-0022470 |
| 41 | Caputo | FDIS | Caputo | EGC Trading LLC | EGC Investments 2001 LLC | 3GTFID-0021560-0021576 | 3GTFID-0026608-0026630 |
| 42 | Ronnie McNeill | FDIS | Ronnie McNeill | RM Trading LLC | RM Investments 2001 LLC | 3GTFID-0023517-0023533 | 3GTFID-0028081-0028099 |
| 43 | Sandy McNeill | FDIS | Sandy McNeill | SM Trading LLC | SM Investments 2001 LLC | 3GTFID-0025171-0025187 | 3GTFID-0025138-0025156 |
| 44 | Harold Akselrad | FDIS | Harold Akselrad | HEA Trading LLC | FX Investments LLC | 3GTFID-0024008-0024032 | 3GTFID-0026465-0026486 |
| | Keith Stein | FDIS | Keith Stein | KBS Trading LLC | FX Investments LLC | | |
| 45 | Stan Dziedzic | FDIS | Stan Dziedzic | SJD Trading LLC | SJD Investments LLC | 3GTFID-0023424-0023445 | 3GTFID-0027795-0027819 |
| 46 | Ronald Wainwright | FDIS | Wainwright | RGW Trading LLC | RGW Investments LLC | 3GTFID-0021342-0021363 | 3GTFID-0028228-0028253 |