| No. | Deal Name | Deal Type | Name of Taxpayer | Name of LLC | Name of P'ship | 2001 Form 1065 | 2002 Form 1065 |
|---|---|---|---|---|---|---|---|
| 1 | Gupta | FDIS | DRG Irrev Trust | DRG Trading LLC | Gupta Investments LLC | 3GTFID-0023003-0023036 | 3GTFID-0026551-0026589 |
|  |  | FDIS | DSG Irrev Trust | DSG Trading LLC | Gupta Investments LLC |  |  |
|  |  | FDIS | Jai N. Gupta Rev Trust | JNG Trading LLC | Gupta Investments LLC |  |  |
|  |  | FDIS | Shashi A. Gupta Rev Trust | SAG Trading LLC | Gupta Investments LLC |  |  |
| 2 | Kutler | FDIS | Jon B. Kutler | JBK Trading LLC | Kealakekua Investments LLC | 3GTFID-0023595-0023611 |  |
| 3 | Cowan | FDIS | David Cowan | DC Trading LLC | Cowan Investments LLC | 3GTFID-0023197-0023213 | 3GTFID-0029233-0029254 |
| 4 | Paley | FDIS | William Paley | WP Trading LLC | Acajoux Trading LLC | 2GTFID0016132-016148 | 3GTFID-0028851-0028877 |
| 5 |  | FDIS | Douglas Paley | DP Trading LLC | Acajoux Investments LLC | 2GTFID0019968-019984 | 3GTFID-0026147-0026173 |
| 6 |  | FDIS | Steven Paley | SP Trading LLC | Acajoux Equities LLC | 2GTFID0016405-016424 | 3GTFID-0026255-0026285 |
| 7 | Egan | FDIS | Janet Zaretsky Dynasty Trust Richard Egan | JZ Trading LLC Fidelity World Currency Advisor A Fund, LLC | Fidelity International Currency Advisor A Fund, LLC | 2EGAN016782-016819 (prepared by KPMG) | 2EGAN013955-14011 (prepared by RSM) |
| 8 | Ginsberg | FDIS | Alan H. Ginsburg | AHG Trading LLC | AHG Investments LLC | 3GTFID-0021456-0021477 | 3GTFID-0029333-0029357 |
| 9 | Giesecke & Giffen | FDIS | John M. Giesecke | JMG Trading LLC | Cliffside Investments LLC | 3GTFID-0024977-0025003 | 3GTFID-0028116-0028148 |
|  |  | FDIS | Catherine K. Giffen | CKG Trading 2001 LLC | Cliffside Investments LLC |  |  |
| 10 | Corporex (Bill Butler) | FDIS | Corporex Reality & Investment Co. | Corporex Trading LLC | Corporex Investments LLC | 3GTFID-0025484-0025506 | 3GTFID-0027737-0027759 |
| 11 | Hoyt & Jarmel | FDIS | Bill Butler | WPB Trading LLC | Corporex Investments LLC |  |  |
|  |  | FDIS | Anbar, Inc. | Anbar Trading LLC | Anbar Investments LLC | 3GTFID-0021893-0021915 | 3GTFID-0026506-0026531 |
|  |  | FDIS | Barry Hoyt | BGH Trading LLC | Anbar Investments LLC |  |  |
|  |  | FDIS | Andrew Jarmel | AMJ Trading LLC | Anbar Investments LLC |  |  |
| 12 | Wolff Family | FDIS | Wolff Family | WFT Trading LLC | WFT Investments LLC | 3GTFID-0023318-0023334 |  |
| 13 | Sconmegna | FDIS | Sconmegna | RAS Trading 2001 LLC | RAS Investments 2001 LLC | 3GTFID-0024265-0023281 | 3GTFID-0027155-0027174 |
| 14 | Tschetter | FDIS | Tschetter | RT Trading LLC | RT Investments 2001 LLC | 3GTFID-0022796-0022829 | 3GTFID-0028593-0028654 |
| 15 | Civello | FDIS | Civello | NDC Trading LLC | NDC Investments LLC | 3GTFID-0027238-0027271 | 3GTFID-0027544-0027569 |
| 16 | J Francis (BDO) | FDIS | Joseph R. Francis | JRF Trading LLC | JRF Investments 2001 LLC | 3GTFID-0023821-0023842 | 3GTFID-0027681-0027706 |
| 17 | Geewax | FDIS | John J. Geewax | JJG Trading LLC | GT Investments 2001 LLC | 3GTFID-0026788-0026809 | 3GTFID-0028184-0028208 |

GOVERNMENT EXHIBIT 1

| No. | Deal Name | Deal Type | Name of Taxpayer | Name of LLC | Name of P'ship | 2001 Form 1065 | 2002 Form 1065 |
|---|---|---|---|---|---|---|---|
| 18 | Terker | FDIS | Bruce E. Terker | BET Trading LLC | GT Investments 2001 LLC | | |
| | Nussdorf | FDIS | AN Investments LLC | AN Trading LLC | AN Investments 2001 LLC | 3GTFID-0022267-0022288 | 3GTFID-0025877-0025902 |
| 19 | | FDIS | GN Investments LLC | GN Trading LLC | GN Investments 2001 LLC | 3GTFID-0024127-0024148 | 3GTFID-0027457-0027481 |
| 20 | | FDIS | RN Investments LLC | RN Trading LLC | RN Investments 2001 LLC | | 3GTFID-0025256-0025277 |
| 21 | | FDIS | SN Investments LLC | SN Trading LLC | SN Investments 2001 LLC | 3GTFID-0024832-0024853 | 3GTFID-0025980-0026005 |
| 22 | James H. Taylor | FDIS | James H. Taylor | JHT Trading LLC | JHT Investments LLC | 3GTFID-0025365-0025381 | 3GTFID-0026084-0026102 |
| 23 | Jerome L. Schostak | FDIS | Jerome L. Schostak | JLS Trading LLC | JLS Investments 2001 LLC | 2GTFID020426-020442 | 3GTFID-0028439-0028458 |
| 24 | Tafeen | FDIS | Tafeen | TFT Trading LLC | TFT Investments 2001 LLC | 3GTFID-0023708-0023730 | 3GTFID-0028558-0028577 |
| 25 | Portillo | FDIS | Portillo | RJP Trading LLC | RJP Investments LLC | 3GTFID-0022047-0022068 | 3GTFID-0022939-0022964 |
| 26 | La Git 88 Trust | FDIS | La Git 88 Trust | LG88 Trading LLC | Affco Investments 2001 LLC | 3GTFID-0025757-0025780 | 3GTFID-0025650-0025701 |
| | John H. Powers | FDIS | John H. Powers | JHP Trading LLC | Affco Investments 2001 LLC | | |
| | Powers Children Trust | FDIS | Powers Children Trust | PCT Trading LLC | Affco Investments 2001 LLC | | |
| 27 | Buske | FDIS | Buske | TAB Trading LLC | TAB Investments 2001 LLC | 3GTFID-0021643-0021668 | 3GTFID-0028380-0028405 |
| 28 | Dan Reid | FDIS | Dan Reid | DJR Trading LLC | DJR Investments LLC | 3GTFID-0026994-0026710 | 3GTFID-0028755-0028849 |
| 29 | Robert Cole | FDIS | Robert Cole | RWC Trading LLC | RWC Investments LLC | 3GTFID-0029715-0029736 | 3GTFID-0028493-0028518 |
| 30 | Richard Sabello | FDIS | Richard Sabello | RJS Trading LLC | RJS Investments LLC | 3GTFID-0024468-0024484 | 3GTFID-0022396-0022418 |
| 31 | James E. Slevin | FDIS | James E. Slevin | JES Trading 2001 LLC | CSH Investments LLC | 3GTFID-0022146-0022165 | 3GTFID-0029288-0029310 |
| | Reagan M. Crawford | FDIS | Reagan M. Crawford | RMC Trading LLC | CSH Investments LLC | | |
| 32 | Paul Thomas | FDIS | Paul Thomas | PT Trading LLC | CFPT Investments LLC | 3GTFID-0245564-0024583 | 3GTFID-0027032-0027053 |
| | Curtis Francois | FDIS | Curtis Francois | CF Trading LLC | CFPT Investments LLC | 3GTFID-0024564-0024583 | 3GTFID-0027032-0027053 |
| 33 | Rudy Ciccarello | FDIS | Rudy Ciccarello | RC Trading 2001 LLC | RC Investments 2001 LLC | 3GTFID-0021140-0021161 | |

(row 17 / top) Geewax, Terker & Co. — Chadds Peak Investments LLC — GT Investments 2001 LLC

| No. | Deal Name | Deal Type | Name of Taxpayer | Name of LLC | Name of P'ship | 2001 Form 1065 | 2002 Form 1065 |
|---|---|---|---|---|---|---|---|
| 34 | William F. Thies, Sr. | FDIS | William F. Thies, Sr. | WFTSR Trading LLC | Thies Investments LLC | 3GTFID-0021765-0021776 | 3GTFID-0027990-0028017 |
| 35 | William F. Thies, Jr. | FDIS | William F. Thies, Jr. | WFTJR Trading LLC | Thies Investments LLC | | |
| | James H. Thies | FDIS | James H. Thies | JHT Trading 2001 LLC | Thies Investments LLC | | |
| | Thomas J. Thies | FDIS | Thomas J. Thies | TJT Trading LLC | Thies Investments LLC | | |
| | Dave Holland | FDIS | Dave Holland | DTH Trading LLC | Europa Investments LLC | 3GTFID-0024666-0024682 | 3GTFID-0026422-0026445 |
| 36 | Dennis W. Thies | FDIS | Europa International, Inc. | Europa Trading LLC | Europa Investments LLC | | |
| | Christopher Thies Trust | FDIS | Dennis W. Thies | DWT Trading LLC | DWT Investments LLC | 3GTFID-0022663-0022685 | 3GTFID-0027080-0027104 |
| | Dennis P Thies Trust | FDIS | Christopher Thies Trust | CJT Trading LLC | DWT Investments LLC | | |
| 37 | Robert A. Garvy | FDIS | Dennis P Thies Trust | DPT Trading LLC | DWT Investments LLC | | |
| 38 | Tenex Corp. | FDIS | Robert A. Garvy | RAG Trading LLC | RAG Investments 2001 LLC | 3GTFID-0023921-0023942 | 3GTFID-0028281-0028303 |
| | Albert Cheris | FDIS | Tenex Corp. | Tenex Trading LLC | Sheridan Investments LLC | 3GTFID-0024751-0024757 | 3GTFID-0028331-0028353 |
| 39 | Robert G. Ciasulli | FDIS | Albert Cheris | Sheridan Trading LLC | Sheridan Investments LLC | | |
| 40 | Ronald J. Ciasulli | FDIS | Robert G. Ciasulli | RGC Trading LLC | RGC Investments LLC | 3GTFID-0024361-0024382 | 3GTFID-0027199-0027221 |
| 41 | Caputo | FDIS | Ronald J. Ciasulli | RJC Trading LLC | RJC Investments LLC | 3GTFID-0021231-0021252 | 3GTFID-0022448-0022470 |
| 42 | Ronnie McNeill | FDIS | Caputo | EGC Trading LLC | EGC Investments 2001 LLC | 3GTFID-0021560-0021576 | 3GTFID-0026608-0026630 |
| 43 | Sandy McNeill | FDIS | Ronnie McNeill | RM Trading LLC | RM Investments 2001 LLC | 3GTFID-0023517-0023533 | 3GTFID-0028081-0028099 |
| 44 | Harold Akselrad | FDIS | Sandy McNeill | SM Trading LLC | SM Investments 2001 LLC | 3GTFID-0025171-0025187 | 3GTFID-0025138-0025156 |
| 45 | Keith Stein | FDIS | Harold Akselrad | HEA Trading LLC | FX Investments LLC | 3GTFID-0024008-0024032 | 3GTFID-0026465-0026486 |
| | Stan Dziedzic | FDIS | Keith Stein | KBS Trading LLC | FX Investments LLC | | |
| 46 | Ronald Wainwright | FDIS | Stan Dziedzic | SJD Trading LLC | SJD Investments LLC | 3GTFID-0023424-0023445 | 3GTFID-0027795-0027819 |
| | | FDIS | Wainwright | RGW Trading LLC | RGW Investments LLC | 3GTFID-0021342-0021363 | 3GTFID-0028228-0028253 |