UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Nos. 05-40151-FDS 06-40130-FDS |
| v. | ) ) | Judge Saylor |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |
| | | |
| FIDELITY HIGH TECH ADVISOR A FUND, L.L.C., by the Tax Matters Partner | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Nos. 06-40243-FDS Civil Nos. 06-40244-FDS |
| v. | ) ) | Judge Saylor |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

**UNITED STATES' MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM BURKE WARREN MACKAY & SERRITELLA, FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, FIDELITY HIGH TECH ADVISOR A FUND, CARRUTH MANAGEMENT, CARRUTH ASSOCIATES, AND AFFILIATES**

The United States of America moves this Court to compel production of unredacted documents withheld under claims of attorney-client and work-product privileges by Burke, Warren, MacKay & Serrittella, and by the plaintiffs, Carruth Management, Carruth Associates, and their affiliates. As described in the accompanying memorandum of law, all of the withheld documents at issue here are invoices from Burke Warren, and should be produced in unredacted form because any privilege was waived when the plaintiff put the subject matter of the invoices at issue. Specifically, the plaintiff claims that there was a reasonable possibility of a non-tax

profit from these transactions, and that it entered into these transactions with a primary motivation of a non-tax economic profit. To examine those claims and determine potential profitability of the transactions, it is necessary to take into account all costs and expenses related to the transactions. Some of the related costs and expenses are redacted from these invoices. As such, the production of unredacted copies of the invoices is necessary to examine and refute the plaintiff's claims.

       The United States moves for production of unredacted copies of all Burke Warren invoices described in the memorandum of law and in Appendix 1.

**Certification**

I certify that counsel for the United States conferred with counsel for the plaintiffs in person at the offices of McKee Nelson LLP in Washington, DC office on June 24, 2008, in an attempt to resolve this matter. The United States was represented at the conference, which lasted approximately thirty minutes, by Dennis Donohue, John Lindquist, and Barry Reiferson. The plaintiffs were represented by David Curtin and Ronald Buch. The parties attempted in good faith to reach agreement on the privilege issues. Thereafter, the parties exchanged written correspondence on the issues, and attempted again to reach agreement. Nonetheless, on July 18,

2008, the plaintiffs informed us that they are "unable to reveal further information . . . ."

The plaintiff opposes the relief sought.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney

                /s/ Dennis M. Donohue
                DENNIS M. DONOHUE
                CHIEF SENIOR LITIGATION COUNSEL
                OFFICE OF CIVIL LITIGATION
                Trial Attorney, Tax Division
                U.S. Department of Justice
                P.O. Box 403, Ben Franklin Station
                Washington, D.C.  20044
                Telephone: (202) 307-6492
                Facsimile: (202) 307-2504
                E-mail: dennis.donohue@usdoj.gov

                JOHN A. LINDQUIST
                BARRY E. REIFERSON
                HEATHER L. Vann
                Trial Attorneys, Tax Division
                U.S. Department of Justice
                P.O. Box 55, Ben Franklin Station
                Washington, D.C.  20044-0055
                Telephone: (202) 307-6561
                Facsimile:  (202) 514-5238
                E-mail:  john.a.lindquist@usdoj.gov
                        barry.e.reiferson@usdoj.gov
                        heather.vann@usdoj.gov

Certificate of Service
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing and copies will be sent to those indicated as non registered participants on July 31, 2008.

/s/ Barry E. Reiferson
Trial Attorney, US Department of Justice, Tax Division