UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Nos. 05-40151-FDS |
| | ) | 06-40130-FDS |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |
| | | |
| FIDELITY HIGH TECH ADVISOR A FUND, L.L.C., by the Tax Matters Partner | ) ) ) | |
| | ) | Civil Nos. 06-40243-FDS |
| Plaintiff, | ) ) ) ) ) | 06-40244-FDS |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

**UNITED STATES' REPLY TO PLAINTIFF'S RESPONSE IN SUPPORT OF ITS MOTION FOR LEAVE TO USE TWO TAX RETURNS PRODUCED BY GRANT THORNTON AT TRIAL AND TO DISCLOSE ONE IDENTIFIER ON THOSE TAX RETURNS**

The United States files this Reply to make it clear that its Motion was made in order to comply with the Addendum to the Grant Thornton protective order which required that if a party wanted to introduce Tax Returns or disclose Identifiers at trial that party was required to file a Motion for Leave no later than sixty days before the start of trial and to serve the Motion for Leave on Grant Thornton. In filing its Motion, the United States did not seek a determination as to the admissibility of those Tax Returns at trial. The brief argument contained in the Motion was

for the purpose of providing the Court some background information regarding the Tax Returns that the United States will seek to introduce at trial. The United States understands that the issue of the admissibility of the Tax Returns will be made by the Court at another time.

Dated: August 4, 2008

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

    /s/ Dennis M. Donohue
    DENNIS M. DONOHUE
    CHIEF SENIOR LITIGATION COUNSEL
    OFFICE OF CIVIL LITIGATION
    U.S. Department of Justice
    P.O. Box 403, Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 307-6492
    Facsimile: (202) 307-2504
    E-mail: dennis.donohue@usdoj.gov

    JOHN A. LINDQUIST
    BARRY E. REIFERSON
    HEATHER L. VANN
    Trial Attorneys, Tax Division
    U.S. Department of Justice
    P.O. Box 55, Ben Franklin Station
    Washington, D.C. 20044-0055
    Telephone: (202) 307-6561
    Facsimile: (202) 514-5238
    E-mail: john.a.lindquist@usdoj.gov
           barry.e.reiferson@usdoj.gov
           heather.vann@usdoj.gov

Certificate of Service
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing and copies will be sent to those indicated as non registered participants on August 4, 2008. Notice will also be sent via e-mail and via First Class Mail, postage prepaid to counsel for Grant Thornton, at jcohen@stroock.com and Joel Cohen, 180 Maiden Lane, New York, NY 10038-4982.

/s/ Heather L. Vann