UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, LLC, by the Tax Matters Partner, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Nos. 05-40151 06-40130 |
| v. | ) ) | Judge Saylor |
| UNITED STATES OF AMERICA, | ) ) | Magistrate Judge Hillman |
| Defendant | ) | |

**RSM MCGLADREY, INC.'S ASSENTED-TO
MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL**

RSM McGladrey, Inc. ("RSMM"), by its counsel, moves for an order allowing it to file under seal certain exhibits that are subject to the protective order executed by RSMM and the United States in this case. RSMM intends to file the documents that are subject to the protective order in support of its opposition to the United States' Second Motion To Compel Production Of Documents from RSMM. The United States and the Plaintiff assent to the relief requested in this motion.

The protective order allows the use of protected information in a discovery dispute such as this one, but does not otherwise permit disclosure. RSMM therefore respectfully requests leave to file the protected exhibits under seal.

- 2 -

| | |
|---|---|
| Dated: August 11, 2008 | RSM MCGLADREY, INC. |
| | By: /s/ Matthew M. Neumeier<br>    One of its Attorneys |
| Robert L. Kann<br>BROMBERG & SUNSTEIN  LLP<br>125 Summer Street<br>Boston, MA 02110<br>(617) 443-9292<br>(617) 443-0004 (fax) | Matthew M. Neumeier<br>HOWREY LLP<br>321 N. Clark Street<br>Suite 3400<br>Chicago, Illinois 60654<br>(312) 595-1239<br>(312) 595-2250 (fax) |

Certification

I certify that counsel for RSM McGladrey conferred with counsel for the United States by e-mail on August 8, 2008, and counsel for the Plaintiff by telephone on August 11, 2008. The United States and Plaintiff assent to the relief requested in this motion.

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified in the Notice of Electronic Filing and copies will be sent to those indicated as non-registered participants on August 11, 2008.

/s/  Matthew M. Neumeier