## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No.: 05-40151-FDS<br>　　　　　　06-40130-FDS |
| FIDELITY HIGH TECH ADVISOR A FUND, L.L.C., by the Tax Matters Partner,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No.: 06-40243-FDS<br>　　　　　　06-40244-FDS |

### PLAINTIFF'S ASSENTED-TO MOTION AND MEMORANDUM
### TO FILE FIVE EXHIBITS UNDER SEAL

Plaintiff moves for an order allowing it to file under seal Exhibits G, H, K, L, and M to its Memorandum of Law in Support of Plaintiff's Motion in Limine to Exclude "Other Taxpayer" Evidence. Each of the exhibits Plaintiff seeks to file under seal is subject to a protective order issued in this case. Exhibits G and H are portions of the transcripts from the depositions of A. Lawrence Kolbe. Exhibit K, L, and M are portions of the transcripts from the

depositions of John Barrie, Gordon Rausser, and David DeRosa, respectively. These exhibits make reference to, and discuss in detail, information protected by various protective orders entered in this case.

Plaintiff requests that these materials remain under seal until the conclusion of this litigation, including all appeals, at which time these materials should be destroyed or returned to Plaintiff.

Counsel for Plaintiff conferred with counsel for Defendant on August 14, 2008 and Defendant assented to this motion.

For the foregoing reasons, Plaintiff requests that this motion be granted.

Respectfully submitted this 15th day of August 2008.

>PLAINTIFF
>FIDELITY INTERNATIONAL CURRENCY ADVISOR
>A FUND, L.L.C., by the Tax Matters Partner
>FIDELITY HIGH TECH ADVISOR A FUND, L.L.C., by
>the Tax Matters Partner, Plaintiff
>
>/s/ Ronald L. Buch, Jr.
>David J. Curtin, D.C. Bar #281220
>Ronald L. Buch, Jr., D.C. Bar #450903
>Lena Amanti, D.C. Bar #490791
>MCKEE NELSON LLP
>1919 M Street, N.W., Suite 200
>Washington, D.C. 20036
>Telephone: (202) 775-1880
>Facsimile: (202) 775-8586
>Email: dcurtin@mckeenelson.com
>       rbuch@mckeenelson.com
>       lamanti@mckeenelson.com
>
>John O. Mirick, BBO #349240
>MIRICK, O'CONNELL, DEMALLIE
>& LOUGEE, LLP
>100 Front Street
>Worcester, MA 01608
>Telephone: (508) 791-8500
>Facsimile: (508) 791-8502
>Email: jomirick@mirickoconnell.com

**Certificate of Compliance with Local Rules**

  I hereby certify, pursuant to Local Rule 7.1(a)(2), that counsel for movant has conferred with counsel for Defendant in good faith to resolve or narrow the issue.

          /s/ Ronald L. Buch, Jr.
          Ronald L. Buch, Jr., D.C. Bar #450903
          MCKEE NELSON LLP
          1919 M Street, N.W., Suite 200
          Washington, D.C. 20036
          Telephone: (202) 775-1880
          Facsimile: (202) 775-8586
          Email: rbuch@mckeenelson.com

## Certificate of Service

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 15, 2008.

      /s/ Ronald L. Buch, Jr.
      Ronald L. Buch, Jr., D.C. Bar #450903
      MCKEE NELSON LLP
      1919 M Street, N.W., Suite 200
      Washington, D.C. 20036
      Telephone: (202) 775-1880
      Facsimile: (202) 775-8586
      Email: rbuch@mckeenelson.com