# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner,<br><br>            Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | Case Nos.:  05-40151-FDS<br>                     06-40130-FDS |
| FIDELITY HIGH TECH ADVISOR A FUND, L.L.C., by the Tax Matters Partner,<br><br>            Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | Case Nos.:  06-40243-FDS<br>                     06-40244-FDS |

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING
INVALIDITY OF TREASURY REGULATION § 1.752-6**

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, Plaintiff moves for partial summary judgment on a pure matter of law:  whether Treasury Regulation 1.752-6 is invalid.  The Regulation is an invalid exercise of the Treasury's rulemaking authority, because it exceeds the authority delegated by Congress and was issued in violation of the Administrative

Procedure Act. Moreover, the Regulation cannot be sustained as an interpretive regulation; in fact, even the IRS has acknowledged that the Regulation imposes unreasonable results and therefore has issued different interpretive rules for future transactions. Finally, the Regulation is impermissibly retroactive. The substantive provisions of the Regulation and the circumstances surrounding its promulgation lead inexorably to the conclusion that its sole purpose was to bolster the IRS's litigating position in what it characterizes as "Son of BOSS" cases.

Whether the Regulation is valid is a legal issue that is ripe for summary judgment. A determination that the Regulation is invalid would greatly simplify the issues to be decided at trial. By contrast, a determination that the Regulation is valid would require the Court to resolve numerous ancillary issues, including (1) determining whether the High Tech and FICA A Fund transactions were "substantially similar" to the transactions described in Notice 2000-44; (2) determining whether the short option positions contributed to High Tech and FICA A Fund were "liabilities" within the meaning of the Regulation; and (3) determining the "adjusted value" of the Egans' interests in High Tech and FICA A Fund at the time of the transfers of the short option positions.

Accordingly, Plaintiff respectfully requests that the Court find that Treasury Regulation 1.752-6 is invalid.

## ORAL ARGUMENT

If the Court determines that oral argument may be of assistance, Plaintiff will respectfully provide oral argument as requested by the Court.

Dated this 15th day of August 2008.

        PLAINTIFF
        FIDELITY INTERNATIONAL CURRENCY ADVISOR
        A FUND, L.L.C.
        by the Tax Matters Partner

        PLAINTIFF
        FIDELITY HIGH TECH ADVISOR A FUND, L.L.C.
        by the Tax Matters Partner

        /s/ Ronald L. Buch, Jr.
        David J. Curtin, D.C. Bar #281220
        Ronald L. Buch, Jr., D.C. Bar #450903
        Lena Amanti, D.C. Bar #490791
        MCKEE NELSON LLP
        1919 M Street, N.W., Suite 200
        Washington, D.C. 20036
        Telephone: (202) 775-1880
        Facsimile: (202) 775-8586
        Email: dcurtin@mckeenelson.com
              rbuch@mckeenelson.com
              lamanti@mckeenelson.com

        John O. Mirick, BBO #349240
        MIRICK, O'CONNELL, DEMALLIE
        & LOUGEE, LLP
        100 Front Street
        Worcester, MA 01608
        Telephone: (508) 791-8500
        Facsimile: (508) 791-8502
        Email: jomirick@mirickoconnell.com

**Certificate of Compliance with Federal and Local Rules**

I hereby certify, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and Local Rule 7.1(a)(2), that counsel for movant has in good faith conferred or attempted to confer with counsel for Defendant in an attempt to resolve the dispute without court action and to narrow the issues. I also hereby certify that Plaintiff has complied with the provisions of Local Rule 37.1.

/s/ Ronald L. Buch, Jr.
Ronald L. Buch, Jr., D.C. Bar #450903
MCKEE NELSON LLP
1919 M Street, N.W., Suite 200
Washington, D.C. 20036
Telephone: (202) 775-1880
Facsimile: (202) 775-8586
Email: rbuch@mckeenelson.com

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 15, 2008.

/s/ Ronald L. Buch, Jr.
Ronald L. Buch, Jr., D.C. Bar #450903
MCKEE NELSON LLP
1919 M Street, N.W., Suite 200
Washington, D.C. 20036
Telephone: (202) 775-1880
Facsimile: (202) 775-8586
rbuch@mckeenelson.com