**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner,<br><br>        Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No.:  05-40151-FDS<br>              06-40130-FDS |
| FIDELITY HIGH TECH ADVISOR A FUND, L.L.C., by the Tax Matters Partner,<br><br>        Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No.:  06-40243-FDS<br>              06-40244-FDS |

**PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE
"OTHER TAXPAYER" EVIDENCE**

Defendant respectfully moves *in limine* for an order excluding from evidence "other taxpayer" facts or data that Defendant proposes to offer at trial.  While the Court previously allowed discovery of other taxpayer evidence, it did not rule on admissibility.

Under the Federal Rules, the other taxpayer evidence should not be admitted because it is not relevant, it is propensity evidence, and it is highly prejudicial. Moreover, Defendant should not be permitted to introduce this otherwise inadmissible evidence through its experts. Therefore, Plaintiff requests that the other taxpayer evidence be excluded under Federal Rules of Evidence 401, 403, 404(b) and 703.

Plaintiff respectfully requests that its Motion in Limine be granted. The grounds for this Motion are set forth more particularly in Plaintiff's supporting memorandum.

## REQUEST FOR ORAL ARGUMENT

Plaintiff, in accordance with Local Rule 7.1(d), respectfully requests that oral argument on this Motion be heard because Plaintiff believes that oral argument may assist the Court and Plaintiff wishes to be heard.

Respectfully submitted this 15th day of August 2008.

        PLAINTIFF
        FIDELITY INTERNATIONAL CURRENCY ADVISOR
        A FUND, L.L.C., by the Tax Matters Partner;
        FIDELITY HIGH TECH ADVISOR A FUND, L.L.C., by
        the Tax Matters Partner

        /s/ Ronald L. Buch, Jr.
        David J. Curtin, D.C. Bar #281220
        Ronald L. Buch, Jr., D.C. Bar #450903
        Lena Amanti, D.C. Bar #490791
        MCKEE NELSON LLP
        1919 M Street, N.W., Suite 200
        Washington, D.C. 20036
        Telephone: (202) 775-1880
        Facsimile: (202) 775-8586
        Email: dcurtin@mckeenelson.com
               rbuch@mckeenelson.com
               lamanti@mckeenelson.com

        John O. Mirick, BBO #349240
        MIRICK, O'CONNELL, DEMALLIE
        & LOUGEE, LLP
        100 Front Street
        Worcester, MA 01608
        Telephone: (508) 791-8500
        Facsimile: (508) 791-8502
        Email: jomirick@mirickoconnell.com

**Certificate of Compliance with Federal and Local Rules**

    I hereby certify, pursuant to Local Rule 7.1(a)(2), that counsel for movant has conferred with counsel for Defendant and has attempted in good faith to resolve or narrow the issue.

        /s/ Ronald L. Buch, Jr.
        Ronald L. Buch, Jr., D.C. Bar #450903
        MCKEE NELSON LLP
        1919 M Street, N.W., Suite 200
        Washington, D.C. 20036
        Telephone: (202) 775-1880
        Facsimile: (202) 775-8586
        Email: rbuch@mckeenelson.com

## Certificate of Service

  I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 15, 2008.

            /s/ Ronald L. Buch, Jr.
            Ronald L. Buch, Jr., D.C. Bar #450903
            MCKEE NELSON LLP
            1919 M Street, N.W., Suite 200
            Washington, D.C. 20036
            Telephone:  (202) 775-1880
            Facsimile:  (202) 775-8586
            Email:  rbuch@mckeenelson.com