**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case Nos.: 05-40151-FDS <br> 06-40130-FDS |

**PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE DEFENDANT'S
SCRIPTED DEPOSITION TESTIMONY OF IRISH WITNESSES**

Plaintiff moves to exclude the scripted testimony of Samuel Mahoney and Martin Hawkes. As a result of a settlement between Defendant and the Irish witnesses, Defendant agreed to discontinue its foreign discovery efforts if Mahoney and Hawkes read their testimony from a pre-negotiated set of questions and answers. The straight-forward question for this Court is whether it would permit a witness to take the stand and read scripted answers in response to scripted questions, particularly where one of the parties had a hand in drafting both the questions and answers. Testimony that is scripted under such circumstances should be excluded.

**REQUEST FOR ORAL ARGUMENT**

Plaintiff, in accordance with Local Rule 7.1(d), respectfully requests that oral argument on this Motion be heard because Plaintiff believes that oral argument may assist the Court and Plaintiff wishes to be heard.

Respectfully submitted this 15th day of August 2008.

        PLAINTIFF
        FIDELITY INTERNATIONAL CURRENCY ADVISOR
        A FUND, L.L.C.
        by the Tax Matters Partner

        /s/ Ronald L. Buch, Jr.
        David J. Curtin, D.C. Bar #281220
        Ronald L. Buch, Jr., D.C. Bar #450903
        Lena Amanti, D.C. Bar #490791
        MCKEE NELSON LLP
        1919 M Street, N.W., Suite 200
        Washington, D.C. 20036
        Telephone:  (202) 775-1880
        Facsimile:  (202) 775-8586
        Email: dcurtin@mckeenelson.com
               rbuch@mckeenelson.com
               lamanti@mckeenelson.com

        John O. Mirick, BBO #349240
        MIRICK, O'CONNELL, DEMALLIE
        & LOUGEE, LLP
        100 Front Street
        Worcester, MA 01608
        Telephone:  (508) 791-8500
        Facsimile:  (508) 791-8502
        Email:  jomirick@mirickoconnell.com

**Certificate of Compliance with Federal and Local Rules**

    I hereby certify, pursuant to Local Rule 7.1(a)(2), that counsel for movant has in good faith conferred or attempted to confer with counsel for Defendant in an attempt to resolve the dispute without court action and to narrow the issues.

        /s/ Ronald L. Buch, Jr.
        Ronald L. Buch, Jr., D.C. Bar #450903
        MCKEE NELSON LLP
        1919 M Street, N.W., Suite 200
        Washington, D.C. 20036
        Telephone:  (202) 775-1880
        Facsimile:  (202) 775-8586
        Email: rbuch@mckeenelson.com

## Certificate of Service

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 15, 2008.

/s/ Ronald L. Buch, Jr.,
Ronald L. Buch, Jr., D.C. Bar #450903
MCKEE NELSON LLP
1919 M Street, N.W., Suite 200
Washington, D.C. 20036
Telephone: (202) 775-1880
Facsimile: (202) 775-8586
rbuch@mckeenelson.com