UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner, )<br><br>Plaintiff, )<br><br>v. )<br><br>UNITED STATES OF AMERICA, )<br><br>Defendant. ) | Civil Nos. 05-40151 & 06-40130<br><br>Judge Saylor |
| FIDELITY HIGH TECH ADVISOR A FUND, L.L.C., by the Tax Matters Partner )<br><br>Plaintiff, )<br><br>UNITED STATES OF AMERICA, )<br><br>Defendant. ) | Civil Nos. 06-40243 & 06-40244<br><br>Judge Saylor |

**UNITED STATES' EMERGENCY MOTION FOR LEAVE TO ENLARGE THE TIME TO FILE ITS RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING INVALIDITY OF TREASURY REGULATION § 1.752-6**

The United States moves this Court for an Order allowing the United States to file its Response to Plaintiff's Motion for Partial Summary Judgment Regarding Invalidity of Treasury Regulation § 1.752-6 (plaintiff's Motion) until after the trial in the above-referenced cases is completed. Alternatively, if the Court does not grant that relief, the United States moves the Court to continue the trial date in this litigation until after the Court enters its decision on plaintiff's Motion.

Plaintiff's Motion, filed only five weeks in advance of the currently-scheduled trial date of September 22, 2008, raises a purely legal issue regarding Treasury Regulation § 1.752-6.  Due to the late date of the filing of the Motion, it is unlikely the Court will have sufficient time to rule on the motion prior to the start of trial.  In addition, fully briefing the motion at this time would greatly interfere with the numerous other deadlines already imposed in this case.

For the reasons set forth more fully in the United States' Memorandum in support of this motion, the United States respectfully requests the Court to grant this motion for an enlargement until the trial in the above-referenced cases is completed for the United States to file its Response to Plaintiff's Motion.  Alternatively, if the Court does not grant this motion, the United States respectfully requests the Court to continue the trial date in this case until after plaintiff's Motion is decided.

**Certification**

It is certified that the meet and confer provisions of L.R. 37.1 have been complied with.

The plaintiff opposes the relief sought by the United States.

Dated:  August 20, 2008

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                              /s/ Dennis M. Donohue
                              DENNIS M. DONOHUE
                              CHIEF SENIOR LITIGATION COUNSEL
                              OFFICE OF CIVIL LITIGATION
                              U.S. Department of Justice
                              P.O. Box 403, Ben Franklin Station
                              Washington, D.C.  20044
                              Telephone: (202) 307-6492
                              Facsimile: (202) 307-2504
                              E-mail: dennis.donohue@usdoj.gov

                              JOHN A. LINDQUIST
                              BARRY E. REIFERSON
                              HEATHER L. VANN
                              Trial Attorneys, Tax Division
                              U.S. Department of Justice
                              P.O. Box 55, Ben Franklin Station
                              Washington, D.C.  20044-0055
                              Telephone: (202) 307-6561
                              Facsimile:  (202) 514-5238
                              E-mail: john.a.lindquist@usdoj.gov
                                      barry.e.reiferson@usdoj.gov
                                      heather.vann@usdoj.gov

Certificate of Service
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing and copies will be sent to those indicated as non registered participants on August 20, 2008.

/s/ Heather L. Vann