UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Nos. 05-40151-FDS (D. Mass.) 06-40130-FDS (D. Mass.) |
| v. | ) ) | Judge Saylor |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

**UNITED STATES OF AMERICA'S ASSENTED-TO MOTION
TO FILE EXHIBITS UNDER SEAL**

The United States moves for an order allowing it to file under seal certain exhibits, subject to various protective orders, in support of its motion to compel RSM McGladrey's production of documents. The relevant protective orders relate to documents produced by The Diversified Group Inc. and KPMG. The plaintiff assents to this motion.

Each of the exhibits the United States seeks to file under seal is highly relevant to both the underlying litigation and this discovery dispute. The protective orders allow the use of protected information in a discovery motion such as this one, but does not otherwise allow public

disclosure. Out of an abundance of caution, the United State therefore requests leave to file the protected exhibits under seal.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

        /s/ Dennis M. Donohue
        DENNIS M. DONOHUE
        CHIEF SENIOR LITIGATION COUNSEL
        OFFICE OF CIVIL LITIGATION
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 403, Ben Franklin Station
        Washington, D.C. 20044
        Telephone: (202) 307-6492
        Facsimile: (202) 307-2504
        E-mail: dennis.donohue@usdoj.gov

        JOHN A. LINDQUIST
        BARRY E. REIFERSON
        HEATHER L. VANN
        Trial Attorneys, Tax Division
        U.S. Department of Justice
        P.O. Box 55, Ben Franklin Station
        Washington, D.C. 20044-0055
        Telephone: (202) 307-6542
        Facsimile: (202) 514-5238
        E-mail: john.a.lindquist@usdoj.gov
            barry.e.reiferson@usdoj.gov
            heather.vann@usdoj.gov

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on August 26, 2008

/s/ Barry E. Reiferson
Trial Attorney, US Department of Justice, Tax Division