# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case Nos.: 05-40151-FDS <br> 06-40130-FDS |

| | |
|---|---|
| FIDELITY HIGH TECH ADVISOR A FUND, L.L.C., by the Tax Matters Partner, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case Nos.: 06-40243-FDS <br> 06-40244-FDS |

## JOINT PRETRIAL MEMORANDUM

In accordance with the Court's order stated on the record at the July 8, 2008 status

conference and Local Rule 16.5, the parties submit the following Joint Pretrial Memorandum in

connection with the final pretrial conference set for September 9, 2008.

I.    **Summary of Evidence To Be Offered at Trial**

    A.    <u>Plaintiff's Summary of Evidence To Be Offered at Trial</u>

Plaintiff intends to present evidence regarding the transactions entered into by Plaintiff and his wife Maureen Egan through Fidelity High Tech Advisor A Fund, L.L.C. ("High Tech"), Fidelity International Currency Advisory A Fund, L.L.C. ("FICA A Fund"), and related entities, including the financial, business, and other reasons for and benefits of these investments. Additionally, Plaintiff will present evidence regarding the circumstances surrounding Plaintiff and his family in 2000 and 2001, including the assets held by Plaintiff and his family, securities laws restrictions on selling EMC stock, EMC restrictions on hedging and selling EMC stock, and how the Egan family managed its assets.

More specifically, Plaintiff intends to present evidence regarding the option trades entered into in the High Tech and FICA A Fund transactions. In the High Tech transactions, Plaintiff and his wife, through single member limited liability companies, entered into options based on the NASDAQ 100 index with Refco Capital Markets, Ltd. as the counterparty. In 2000 and 2001, Plaintiff and his wife held a highly concentrated position in EMC stock. Plaintiff's advisors recommended investing in NASDAQ 100 index options to hedge against downside risks associated with the volatility in the technology sector. The values of EMC stock and the NASDAQ 100 index are closely correlated because they are subject to similar market and industry risks.

In the FICA A Fund transactions, Plaintiff, through a single member limited liability company and FICA A Fund, entered into short-term interest rate options, long-term interest rate options, U.S. Dollar/Euro options, and Japanese Yen/U.S. Dollar options, with Refco Capital Markets, Ltd. as the counterparty. In 2001, the Egan family had significant debt obligations and EMC earned significant revenue and had higher margins in Europe and Japan. Plaintiff's

advisors recommended investing in interest rate and foreign exchange options to hedge the Egan

family's interest rate risk and a potential decline in the price of EMC stock due to a stronger U.S.

dollar.

      The investments in the High Tech and FICA A Fund transactions were undertaken

pursuant to the advice of KPMG, Helios Trading LLC, and Alpha Consultants LLC that those

activities would further Plaintiff's and his wife's investment, hedging, and tax objectives.

      Plaintiff intends to present evidence that he relied on the advice and legal opinions of

Proskauer Rose LLP and Sidley Austin Brown & Wood LLP.  Prior to entering into the High

Tech and FICA A Fund transactions, Plaintiff's advisors ensured that a reputable law firm would

be able to provide an independent opinion that the transactions complied with applicable tax laws

and that the expected tax consequences of the transactions would more likely than not be upheld

if challenged by the IRS.  The law firm of Proskauer Rose LLP issued an opinion letter to

Plaintiff and his wife, dated April 5, 2002, in which the law firm opined that there was a greater

than fifty percent likelihood that the tax treatment of the High Tech transactions would be upheld

if challenged by the IRS.  The law firm of Sidley Austin Brown & Wood LLP issued an opinion

letter to Plaintiff, dated March 8, 2002, in which the law firm opined that there was a greater than

fifty percent likelihood that the tax treatment of the FICA A Fund transactions would be upheld

if challenged by the IRS.

      Prior to the filing of Plaintiff's 2001 individual tax return, the IRS, on June 14, 2002,

issued new disclosure regulations.  Plaintiff's representatives decided to engage the law firm of

Proskauer Rose LLP to opine on whether the new regulations required disclosure of FICA A

Fund on Plaintiff's individual tax return.  Proskauer Rose LLP, in an opinion dated September 4,

2002, opined that it was more likely than not that the FICA A Fund transactions would not be

considered to be substantially similar to the transactions described in Notice 2000-44, and thus

the FICA A Fund transactions would not be considered a "listed transaction" for purposes of the

disclosure requirements of Internal Revenue Code section 6011.

Drafts of all of the opinion letters were circulated to Plaintiff's advisors.  Plaintiff's

advisors reviewed the opinion letters and provided comments to the law firms.  The law firms

reviewed the revisions and comments provided by Plaintiff's advisors and incorporated them

when appropriate.

B.    Defendant's Summary of Evidence To Be Offered at Trial

*Fidelity High Tech*

The defendant intends to present evidence showing that the taxpayer began a search for a

tax reduction strategy in the spring of 2000, and met with a number of professional firms,

including KPMG and Helios Financial, which firms offered a variety of differing off-the-shelf

generic tax shelter products. At the time, one of the standard (or vanilla) tax reduction products

offered by KPMG was known as the Short Option Strategy (SOS).  The strategy, sometimes

known as a loss generator, was designed to generate paper ordinary or capital tax losses, which,

in turn, could be used to offset a taxpayer's recently-realized ordinary income or capital gain.  A

variant of this strategy, sometimes known as a capital gain eliminator, could also be used to step

up the basis of appreciated assets (typically stock with a low basis).  A sale of the stock could

then be made generating no or minimal capital gains.

In August 2000, the IRS issued Notice 2000-44 which temporarily interrupted the

taxpayer's plans to acquire the SOS strategy to offset ordinary income to be realized from the

exercise of EMC stock options.  However, the taxpayer continued to pursue plans to acquire a

KPMG and Helios strategy to step up the basis of EMC stock in a SOS transaction.  The

taxpayers, Richard and Maureen Egan, began the implementation of this transaction in 2000,

4

prior to the issuance of Notice 2000-44.  However, this transaction, implemented through a purported partnership known as Fidelity High Tech Advisor A Fund ("High Tech") was not fully implemented until 2001; and the EMC and other appreciated stock which received the stepped-up basis treatment was not sold until 2002.

The evidence will show that taxpayers, Richard and Maureen Egan, entered into the transactions through High Tech in order to shelter from income taxation approximately $160 million in built-in capital gains of EMC stock. In the fall of 2001, however, the last step of this SOS transaction was changed (after the offsetting option transactions had been closed out) to allow the stock to be sold on the market by High Tech in small amounts over a period of time. The promoters referred to this aspect of the strategy as a Deferred Stock Sale or "Stock Dribble." Just like the standard SOS transaction, the High Tech transaction generated an artificially inflated basis through the contribution of off-setting digital options to a purported partnership. This inflated basis was then allocated to appreciated EMC and other stock, also contributed to the "partnership" in a series of transactions which the taxpayers' advisors referred to as "stuffing." The next step of the transaction, which was a change from the original plan, was the transfer of the majority interest in the partnership to a new limited partnership, concurrent with an election under section 754 of the Internal Revenue Code.  The effect of the transfer was to cause a technical termination of the partnership for tax purposes, and to allow the transferee partner (the limited partnership) to step up its proportionate share of the stock of High Tech. During 2001 and 2002, the price of the appreciated stock at issue fell significantly.  As a result, the stepped-up basis of $160 million now significantly exceeded the fair-market value of the subject stock, and, as a result, apart from eliminating any capital gain on the sale, also generated a paper loss of approximately $87 million.

*Fidelity International*

Defendant intends to present evidence showing that the taxpayer, Richard J. Egan, resurrected his plans to enter into a loss generator transaction sometime in the summer of 2001, if not before.  This newly-designed loss generator transaction was marketed by The Diversified Group Incorporated, Helios Financial, KPMG and Sidley Austin Brown & Wood, along with various other accounting and law firms.  Under this plan, the taxpayer entered into a series of highly-scripted transactions to offset over $150 million of ordinary income for the year 2001. Taxpayer recognized this ordinary income in January 2001 through the exercise of EMC stock options.   The first stage of the tax shelter consisted of the purchase and sale by a single member LLC (Fidelity World Advisor A Fund ("Fidelity World")) of separate sets of offsetting options on the 10 year CMS and the 3 month Libor, which options were designed to provide the taxpayer with an inflated basis in the purported partnership, Fidelity International Currency Advisor A Fund ("Fidelity International").  The second stage of the tax shelter consisted of the purchase and sale of two quartets of offsetting options on the USD/EUR, and JPY/USD by Fidelity International in order to generate an artificial loss of over $158 million.  This stage of the transaction was designed and implemented to split offsetting paper gains and losses between a tax indifferent individual (Sam Mahoney who received the paper gains) and Egan (who received the paper losses).  Evidence will also be adduced that this transaction, known by the principal promoters as the Financial Derivative Investment Strategy (FDIS), was a generic tax shelter implemented in 46 separate transactions, and that because of their structure as well as their excessive costs and fees, none of these transactions, when objectively viewed, had a reasonable possibility of profit. Moreover, all of these transactions were carefully preplanned with each of them following a detailed set of steps to reach the same ultimate end result.

Defendant will also adduce evidence showing that penalties are clearly warranted in the circumstances of these cases.

II.     **Facts Established by Pleadings, Stipulations, or Admissions**

Attached as Appendix A is a list of the facts established by pleadings, stipulations, or admissions.

III.    **Contested Issues of Fact**

A.     <u>Plaintiff's Statement of Contested Issues of Fact</u>

The primary contested issues of fact are the following:

1.     Whether the High Tech and FICA A Fund transactions had objective non-tax economic effects, such as the reasonable possibility of earning a pre-tax profit,

2.     Whether the transactions were done solely for tax purposes.

3.     Whether any losses resulting from the High Tech and FICA A Fund transactions were incurred in transactions entered into for profit.

4.     Whether either transaction is substantially similar to Notice 2000-44.

5.     The percentage ownership interests held by the members of FICA A Fund during 2001.

If the Court reaches the penalty issues, the contested issues of fact will also include

6.      Whether High Tech and FICA A Fund had substantial authority for their treatment of transactions on their respective 2001 and 2002 tax returns.

7.     Whether High Tech and FICA A Fund had reasonable cause for, and acted with good faith with respect to, their treatment of the transactions on their respective 2001 and 2002 tax returns.

These facts will be further explained in Plaintiff's Trial Brief, which will be filed on September 17, 2008.

B.    <u>Defendant's Statement of Contested Issues of Fact</u>

The primary questions of contested fact or questions of mixed fact and law with respect to each of the transactions at issue are set forth below.

*Fidelity High Tech*

1.    Whether the offsetting option transactions at issue lacked economic substance because, viewed objectively, there was no reasonable possibility they would generate an economic profit and because the offsetting option transactions lacked a tax-independent business purpose.

2.    Whether High Tech entered into this series of offsetting option transactions for the primary purpose of making a profit for purposes of Section 165(c).

3.    Whether the High Tech entity should be disregarded for federal income tax purposes because the primary purpose for its existence was to generate paper tax losses to allocate to the taxpayer.

4.    Whether the purchased and sold options within each pair were, in substance, a single transaction with the result that taxpayer's bases in Fidelity High Tech would be the net premiums paid by taxpayers for the two options.

5.    Whether Fidelity High Tech must be disregarded as an entity because it entered into the offsetting options transactions for the primary purpose of substantially reducing the present value of taxpayer's tax liability in a manner inconsistent with the intent of Subchapter K of the Internal Revenue Code and in violation of the anti-abuse partnership regulation of Treas. Reg. §1.701-2.

6.    Whether the steps of the transaction should be integrated under the step transaction doctrine such that the offsetting options were acquired through High Tech because this was the preplanned end result of the transaction from its outset.

7.     Whether High Tech was not "at risk" under § 465(a) with respect to the short options transferred to it.

8.     Whether MEE Holdings was in substance the alter ego of the taxpayer, Maureen Egan, and thus should not be respected for tax purposes.

9.     Whether there was a valid business purpose for the formation of the single member LLC's, the acquisition of the offsetting options through the single member LLC's, and the transfer by the taxpayers of their interests in their single member LLC's to High Tech.

10.     Whether Fidelity High Tech is liable for accuracy related penalties for engaging in the offsetting option transactions because the taxpayer's underpayment of tax resulting from this series of transactions is attributable to, among other things, (1) negligence or disregard of rules and regulations, (2) a substantial underpayment of income tax, and (3) a substantial or gross valuation misstatement and also because High Tech did not have reasonable cause and a good faith basis for its reporting of the claimed losses. *See*, Section 6662 (a), (b)(3) and (e).

*Fidelity International*

1.     Whether the offsetting option transactions at issue lacked economic substance because, viewed objectively, there was no reasonable possibility they would generate an economic profit and because the offsetting option transactions lacked a tax-independent business purpose.

2.     Whether Fidelity International entered into this series of offsetting option transactions for the primary purpose of making a profit for purposes of Section 165(c).

3.  Whether the entity of Fidelity International should be disregarded for federal income tax purposes because the primary purpose for its existence was to generate paper tax losses to allocate to the taxpayer.

4.  Whether Fidelity International should be disregarded for federal income purposes because Samuel Mahoney was not in reality an actual partner but was simply an accommodation partner or nominee who was paid a fee for his participation in the transaction.

5.  Whether the steps of the transaction in which 93% of the accounting gains were allocated to Samuel Mahoney and 93% of the accounting losses were allocated to taxpayer should be integrated into one unified allocation to taxpayer under the step transaction doctrine because the steps of this transaction were totally interdependent and also because this was the preplanned end result of the transaction from its outset.

6.  Whether the allocation of the partnership profits of 93% to Samuel Mahoney and 5% to taxpayer should be disregarded because this allocation does not have substantial economic effect under Section 704(b)(2) of the Internal Revenue Code.

7.  Whether the purchased and sold options within each pair were, in substance, a single transaction with the result that taxpayer's basis in Fidelity International would be the net premiums paid by taxpayer for the two options.

8.  Whether the transaction at issue was the same or substantially similar to the offsetting option transaction described in IRS Notice 2000-44 within the meaning of Treas. Reg. §1.752-6, with the effect that the sold options here must be treated

as liabilities within the meaning of Section 752, thereby requiring taxpayer's basis in Fidelity International to be equal to the net premium paid by him in acquiring the interest rate options.

9.  Whether Fidelity International must be disregarded as an entity because it entered into the offsetting options transactions for the primary purpose of substantially reducing the present value of taxpayer's tax liability in a manner inconsistent with the intent of Subchapter K of the Internal Revenue Code and in violation of the anti-abuse partnership regulation of Treas. Reg. §1.701-2.

10. Whether Fidelity International was not "at risk" under § 465(a) with respect to the short options transferred to it.

11. Whether there was a valid business purpose for the formation of the single member LLC (Fidelity World), the acquisition of the offsetting options through the single member LLC, and the transfer by the taxpayer of his interest in the single member LLC to Fidelity International.

12. Whether Fidelity International is liable for accuracy related penalties for engaging in the offsetting option transactions because the taxpayer's underpayment of tax resulting from this series of transactions is attributable to, among other things, (1) negligence or disregard of rules and regulations, (2) a substantial underpayment of income tax, and (3) a substantial or gross valuation misstatement and also because Fidelity International did not have reasonable cause and a good faith basis for its reporting of the claimed losses.

IV.    **Jurisdictional Questions**

    A.    <u>Plaintiff's Statement of Jurisdictional Questions</u>

In its Statement of Contested Issues of Fact, *supra* Part III.B, Defendant raises the following issues, which were neither raised in Plaintiff's Complaints nor Defendant's Answers: (1) whether the at risk limitations of Internal Revenue Code section 465(a) apply to limit deductibility of any losses incurred by FICA A Fund; (2) whether the allocation of gains and losses to the FICA A Fund partners had substantial economic effect under Internal Revenue Code section 704(b)(2); (3) whether the step transaction doctrine applies to the High Tech and FICA A Fund transactions; and (4) whether MEE Holdings LP should be recognized as a partnership for federal income tax purposes.  Whether Defendant can raise new matters for the first time in a Joint Pretrial Memorandum filed after the close of discovery and approximately two weeks before trial begins presents a jurisdictional question for the Court.

    B.    <u>Defendant's Statement of Jurisdictional Questions</u>

Plaintiff plans to raise a reasonable cause/good faith defense to the penalties at issue in both the *Fidelity International* and *Fidelity High Tech* cases.  The Court has jurisdiction over those defenses to the extent those defenses are asserted on behalf of the purported partnerships in those cases and not on behalf of any individual partners.  Defenses on behalf of individual partners may only be raised in a separate refund action.

V.    **Questions Raised by Pending Motions**

The following questions are raised by pending motions in both the *High Tech* and *FICA A Fund/Fidelity International* cases:

- Whether Treasury Regulation section 1.752-6 is validly retroactive.  The Court will set briefing dates for this motion at a future time.

- Whether "other taxpayer" evidence is admissible.

- Whether Plaintiff has waived privilege over invoices for legal services provided by Burke, Warren, MacKay & Serritella, P.C.

- Whether Defendant may introduce tax returns of non-parties produced by Grant Thornton.

The following questions are raised by a pending motion in the *High Tech* case:

- Whether the expert report and opinions of Stuart Smith are admissible.

The following questions are raised by pending motions in the *FICA A Fund/Fidelity International* case:

- Whether the testimony of Samuel Mahoney and Martin Hawkes is admissible.

- Whether RSM McGladrey must produce documents over which it has claimed privilege.

Contemporaneous with the filing of the Joint Pretrial Memorandum, Plaintiff is filing a motion in both the *High Tech* and *FICA A Fund/Fidelity International* cases that raises the following question:

- Whether Fifth Amendment assertions by non-party deponents are admissible.

Contemporaneous with the filing of the Joint Pretrial Memorandum, Plaintiff is filing motions in the *High Tech* cases that raise the following questions:

- Whether David LaRue's new expert opinion is admissible.

- Whether the expert report and opinions of A. Lawrence Kolbe are admissible.

- Whether the expert report and opinions of David DeRosa are admissible.

- Whether the expert report and opinions of Gordon Rausser are admissible or, in the alternative, whether Defendant should be compelled to produce or log withheld materials.

13

VI.    **Issues of Law (Including Evidentiary Questions) with Supporting Authority**

The evidentiary questions facing the Court are outlined in Part V, above, and Part XI and related Appendices, below.

A.    Plaintiff's Statement of Issues of Law

In both the *High Tech* and *FICA A Fund* cases, the essential issues facing the Court are (1) whether short option positions are liabilities under Internal Revenue Code section 752, (2) whether partially offsetting options are separate instruments for tax purposes; (3) whether the soft doctrines apply to disregard the form of the transactions, and, if the Court reaches the penalty issues, (4) whether accuracy-related penalties are applicable.  These issues will be further explained, with supporting authority, in Plaintiff's Trial Brief, which will be filed on September 17, 2008.

B.    Defendant's Statement of Issues of Law

In both the *High Tech* and *Fidelity International* cases, the pure legal issues are (1) whether short option positions are liabilities under Internal Revenue Code section 752, and thus reduce basis upon contribution to a partnership, (2) alternatively, whether Treas. Reg. 1. 752-6, which applies retroactively to the transactions at issue, is valid, (3), and, if so, whether the High Tech and Fidelity International transactions are substantial similar to the transactions set forth in Notice 2000-44, with the result that basis of the taxpayers' interests in the purported partnerships must be reduced in accordance with the rules of Treas. Reg. 1. 752-6.  These issues, along with the mixed questions of fact and law, will be further explained, with supporting authority, in Defendant's Trial Brief, which will be filed on September 17, 2008.

VII.    **Requested Amendments to the Pleadings**

A.    Plaintiff's Statement Regarding Requested Amendments to the Pleadings

Plaintiff does not have any requested amendments to the pleadings.

B.    <u>Defendant's Statement Regarding Requested Amendments to the Pleadings</u>

The United States does not have any requested amendments to the pleadings.

## VIII.    Additional Matters to Aid in the Disposition of the Action

There are no additional matters to aid in the disposition of the action.

## IX.    Probable Length of Trial

A.    <u>Plaintiff's Statement Regarding Probable Length of Trial</u>

Plaintiff estimates that, with the Court's standard trial day, trial of this matter will take up to twenty court days, running from September 22 through October 20 (October 13 is a federal holiday).  Defendant's estimate of the trial length takes into account Defendant's desire to view videotaped deposition designations during the trial day, the length of Defendant's exhibit list (over 2300 exhibits), and Defendant's desire to introduce other taxpayer evidence, all of which have the potential to significantly lengthen trial time.

B.    <u>Defendant's Statement Regarding Probable Length of Trial</u>

The United States estimates that trial of this matter will last for approximately 40 days or approximately eight weeks.

## X.    Witnesses To Be Called at Trial

Attached as Appendix B is Plaintiff's Witness List.  Attached as Appendix C is Defendant's Witness List.

## XI.    Proposed Exhibits

Attached as Appendix D is a list of the exhibits to which the parties have agreed. Attached as Appendix E is a list of Plaintiff's exhibits with Defendant's objections.  Attached as Appendix F is a list of Defendant's exhibits with Plaintiff's objections.  The parties have reserved all objections for all exhibits added to each Appendix after the date of the filing of this Joint Pretrial Memorandum.

Both parties reserve the right to use additional documents for impeachment and rebuttal purposes as the need may arise at trial.

## XII.  Positions on Any Remaining Objections to Evidence Identified In Pretrial Disclosures

The parties have exchanged deposition designations and cross-designations that each party plans to present to the Court.  The parties have also exchanged objections to those designations.  At the Final Pretrial Conference on September 9, 2008, the parties will seek guidance from the Court as to when the Court will rule on objections to the depositions and other matters relating to the presentation of the depositions during trial.

A.     <u>Plaintiff's Position on Remaining Objections to Evidence</u>

Contemporaneously with this Joint Pretrial Memorandum, Plaintiff is filing the motions in limine listed in Part V, setting out Plaintiff's objections to evidence.

Plaintiff generally objects to Defendant's depositions designations and exhibits for the following reasons:

1.     Plaintiff objects to any deposition designation or exhibit concerning any "other taxpayer" because this evidence is irrelevant and prejudicial under Federal Rules of Evidence 401, 402, and 403, as explained in Plaintiff's Motion in Limine to Exclude Other Taxpayer Evidence.  Plaintiff also objects on the grounds of relevance and prejudice to any deposition designation or exhibit concerning law firms, accounting firms, or other entities or individuals holding themselves out as representatives of those firms or entities, that were not involved in Plaintiff's transactions for the same reasons as those set forth in Plaintiff's Motion in Limine to Exclude Other Taxpayer Evidence.  Finally, Plaintiff objects to all of Defendant's deposition designations for those witnesses who are representatives of law firms, accounting firms, or other entities that did not have any involvement in Plaintiff's transactions because the testimony is

irrelevant and prejudicial.  Those entities and firms include, but are not limited to, the following: Grant Thornton; Lord, Bissell & Brook; Presidio; BDO Seidman; Bryan Cave; Trilogy (and any variation thereof); Maddox; Lehman Brothers; UBS; Ailsebury; Shareholders Group; Ironbridge.

      2.      Plaintiff objects to all of Defendant's designations for the depositions of James Haber, John Huber, Matthew Sabloff, and Thomas Yorke (June 30, 2008), on the grounds that the witnesses responded by only asserting the Fifth Amendment; thus the designated portions of the transcripts are irrelevant and prejudicial.  Plaintiff also objects to Defendant's designations of the portions of the Israel Press deposition in which the witness asserted the Fifth Amendment because the testimony is irrelevant and prejudicial.  Plaintiff's objections are explained more fully in Plaintiff's Motion in Limine to Exclude the Fifth Amendment Assertions of Non-Parties, filed contemporaneously with this Joint Pretrial Memorandum.  In addition, Plaintiff objects to Defendant's examination of James Haber, John Huber, Matthew Sabloff, and Thomas Yorke (June 30, 2008) on the grounds that Defendant's questions are leading, vague, compound, argumentative, call for hearsay, call for speculation, and lack foundation.

      3.      Plaintiff objects to Defendant's exhibit list under Federal Rule of Evidence 403 to the extent the exhibits listed are duplicative, resulting in the needless presentation of cumulative evidence.  The revised exhibit list Defendant provided on August 22, 2008, which serves as the basis for Plaintiff's objections, contains multiple duplicates, some listed with the same Bates numbers and some listed with different Bates numbers.  In addition, the revised exhibit list contains multiple documents that are near-duplicates and, as such, are needlessly cumulative. Plaintiff objects to these exhibits on the grounds of prejudice, waste of time, and needless presentation of cumulative evidence.

B.    <u>Defendant's Position on Remaining Objections to Evidence</u>

The United States objects to Plaintiff's deposition objections to the extent Plaintiff seeks to raise objections at trial that were not raised during depositions to the form of a question or other matters that might have been corrected at the time the depositions were taken.  *See* Fed. R. Civ. Proc. 32(d)(3)(B).

Respectfully submitted this 4th day of September 2008.


COUNSEL FOR PLAINTIFF

/s/ Lena Amanti
David J. Curtin, D.C. Bar #281220
Ronald L. Buch, Jr., D.C. Bar #450903
Lena Amanti, D.C. Bar #490791
MCKEE NELSON LLP
1919 M Street, N.W., Suite 200
Washington, D.C. 20036
Telephone:  (202) 775-1880
Facsimile:  (202) 775-8586
Email: dcurtin@mckeenelson.com
        rbuch@mckeenelson.com
        lamanti@mckeenelson.com


John O. Mirick, BBO #349240
MIRICK, O'CONNELL, DEMALLIE
& LOUGEE, LLP
100 Front Street
Worcester, MA 01608
Telephone:  (508) 791-8500
Facsimile:  (508) 791-8502
Email:  jomirick@modl.com

COUNSEL FOR DEFENDANT

MICHAEL J. SULLIVAN
United States Attorney

/s/ Dennis M. Donohue
Dennis M. Donohue
Chief Senior Litigation Counsel
Office of Civil Litigation
Tax Division, U.S. Department of Justice
P.O. Box 403, Ben Franklin Station
Washington, D.C. 20044
Telephone:  (202) 307-6492
Facsimile:  (202) 307-2504
Email:  dennis.donohue@usdoj.gov


John A. Lindquist
Barry E. Reiferson
Heather L.Vann
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone:  (202) 307-6561
Facsimile:  (202) 514-5238
Email: john.a.lindquist@usdoj.gov
        barry.e.reiferson@usdoj.gov
        heather.vann@usdoj.gov

**Certificate of Service**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 4, 2008.

/s/ Lena Amanti
Lena Amanti, D.C. Bar #490791
MCKEE NELSON LLP
1919 M Street, N.W., Suite 200
Washington, D.C. 20036
Telephone:  (202) 775-1880
Facsimile:  (202) 775-8586
Email: lamanti@mckeenelson.com

# Appendix A

# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner, ) ) ) ) | |
| Plaintiff, ) ) | Case Nos.:  05-40151-FDS 06-40130-FDS |
| v. ) ) | |
| UNITED STATES OF AMERICA, ) ) | |
| Defendant. ) ) ) | |

| | |
|---|---|
| FIDELITY HIGH TECH ADVISOR A FUND, L.L.C., by the Tax Matters Partner, ) ) ) ) | |
| Plaintiff, ) ) | Case Nos.:  06-40243-FDS 06-40244-FDS |
| v. ) ) | |
| UNITED STATES OF AMERICA, ) ) | |
| Defendant. ) ) ) | |

## APPENDIX A

## STIPULATION OF FACTS

## General Background Facts[1]

1.    In 1979, Richard Egan co-founded EMC Corporation, a company that develops storage and retrieval technology.

2.    EMC became a publicly traded corporation in 1986.

3.    Richard Egan was the Chairman of the Board of Directors of EMC from January 1988 until January 17, 2001, when he was named Chairman Emeritus.  Richard Egan resigned from the Board as Chairman Emeritus on September 10, 2001.

4.    Maureen Egan was on the Board of Directors of EMC from March 1993 until she resigned effective January 17, 2001.

5.    Richard J. Egan was sworn in as Ambassador to Ireland on August 30, 2001. Ambassador Egan presented his credentials to the President of Ireland, Mary McAleese, at Áras an Uachtaráin, Dublin, on September 10, 2001. Richard Egan served as the U.S. Ambassador to Ireland from September 10, 2001 until the termination of his mission on January 31, 2003.

6.    Exhibit 1414, entitled "EMC Stock Ownership -2001" and dated 12/6/01,  details the EMC stock owned by Richard Egan (RJE), Maureen Egan (MEE), MEESp Trust IA, and MEE SP Trust II during 2001 through December 1, 2001.  As detailed therein, as of September 7, 2001, Richard Egan and Maureen Egan beneficially owned approximately 25,000,000 shares of EMC stock.

7.    The price of EMC stock peaked in September 2000, when it traded at over $100 per share.

8.    At the end of 2000, the price of EMC stock began to decline, eventually falling to below $12 per share in 2001.

9.    Carruth Management LLC provides Richard Egan with investment management services.

10.   Carruth Management LLC is owned by Richard Egan's three sons.

11.   Refco Capital Markets was once an established dealer in options.

---

[1] It is Defendant's position that none of the purported multi-member LLCs referred to herein are partnerships for tax purposes and that that none of the purported partners referred to herein are partners for tax purposes.  In order to allow some of the basic background facts to be subject to stipulation, Defendant has agreed, *inter alia*, to stipulate to the formation of these entities and the contribution of cash and property to them by the taxpayers.  However, nothing in this Stipulation of Facts should in any way be construed to the effect that these purported entities are bone fide entities for tax purposes or that any of the purported members are bone fide partners for tax purposes.

**Facts Related to High Tech**

12.  Fidelity High Tech Advisor A Fund, LLC ("High Tech") was formed as a limited liability company under Delaware law on July 19, 2000.

13.  Fidelity High Tech Index A Fund, LLC ("Index A") was formed as a limited liability company under Delaware law on July 20, 2000.

14.  Fidelity High Tech Option A Fund, LLC ("Option A") was formed as a limited liability company under Delaware law on July 19, 2000.

15.  For the twelve months prior to January 31, 2001, the daily and weekly correlations between the price of EMC stock and the NASDAQ 100 Index was greater than 0.75.

16.  The trades entered into by Index A with Refco identified by the following numbers in fact occurred:  RCM 2001-01-31-06; RCM 2001-01-31-07; RCM 2001-02-12-04; RCM 2001-02-12-05.

17.  The trades entered into by Option A with Refco identified by the following numbers in fact occurred:  RCM 2001-01-31-03; RCM 2001-01-31-04; RCM 2001-02-12-01; RCM 2001-02-12-02.

18.  On May 21, 2001, EMC filed a Form S-3 Registration Statement with the SEC for 10,100,000 shares of EMC stock beneficially owned by Richard and Maureen Egan.

19.  Effective June 1, 2001, Richard Egan contributed 5,222 shares of McData stock to High Tech and Maureen Egan contributed 516,978 shares of McData stock to High Tech with an aggregate tax basis of $ 261.10.

20.  Effective June 4, 2001, Richard Egan contributed 20,000 shares of EMC stock to High Tech and Maureen Egan contributed 1,980,000 shares of EMC stock to High Tech with an aggregate tax basis of $41,600.00.

21.  Following all of the contributions of stock to High Tech in 2001, Richard Egan and Maureen Egan maintained their ownership percentages of 1% and 99% of High Tech, respectively.

22.  The fair market value of the stock held by High Tech on December 21, 2001 was $144,172,002.

23.  MEE Holdings LP was formed on November 14, 2001.

24.  The members of MEE Holdings LP are RJE Partners LLC and the Maureen E. Egan 1986 Trust.

25.  As of December 21, 2001, MEE Holdings LP held the following assets:  $200,000 cash, a 99% interest in B3 Funding LLC, a 50% interest in Egan Private Holdings LLC, a

5.5135% interest in the Maureen E. Egan Special Trust II-A, and a 99% interest in High Tech.

26.     On April 25, 2002, High Tech transferred $1,600,000 to Helios Financial LLC as a payment of fees.

27.     On April 25, 2002, High Tech transferred $200,000 to KPMG as a payment of fees.

28.     The law firm of Proskauer Rose LLP issued an opinion letter to Richard Egan and Maureen Egan, dated April 5, 2002, regarding certain federal income tax consequences of the High Tech transactions.

29.     On April 12, 2002, Timothy Speiss, then a partner at KPMG, signed High Tech's Form 1065 for the tax year ending December 21, 2001 and High Tech's Form 1065 for the tax year ending December 31, 2001.

30.     On April 12, 2003, Ronald Wainwright, a partner at RSM McGladrey, signed High Tech's Form 1065 for the tax year ending December 31, 2002.  (029330-64.)

31.     Richard Egan and Maureen Egan contributed their stock in various entities to High Tech.

32.     High Tech made an election under Internal Revenue Code section 754 with its tax return for the taxable year ending December 21, 2001.

33.     High Tech also made an election under Internal Revenue Code section 754 with its tax return for the taxable year ending December 31, 2001.

34.     High Tech timely filed its U.S. Return of Partnership Income (Form 1065) with the IRS for its December 21, 2001 taxable year by mailing it on April 15, 2002.

35.     High Tech timely filed its U.S. Return of Partnership Income (Form 1065) with the IRS for its December 31, 2002 taxable year by mailing it on April 15, 2003.

36.     As of the filing of these actions Richard Egan is the Tax Matters Partner ("TMP") of High Tech for the 2001 and 2002 tax years.

37.     Richard Egan is an authorized and proper party to bring the High Tech cases under Internal Revenue Code section 6226(a).

38.     As a notice partner of High Tech, Plaintiff is the authorized and proper party to bring the High Tech cases under Internal Revenue Code section 6226(b).

39.     On October 11, 2006, the IRS sent an NBAP to the Tax Matters Partner of High Tech with respect to its December 31, 2002 tax year.

40.     On October 13, 2006, the IRS mailed a Notice of Final Partnership Administrative Adjustment ("FPAA") with respect to High Tech's December 21, 2001 tax return addressed to the Tax Matters Partner.

41.    On October 13, 2006, the IRS mailed an FPAA with respect to High Tech's December 31, 2002 tax return addressed to the Tax Matters Partner.

42.    Plaintiff timely filed a Complaint with respect to High Tech's December 21, 2001 tax year pursuant to Internal Revenue Code section 6226.

43.    Plaintiff timely filed a Complaint with respect to High Tech's December 31, 2002 tax year pursuant to Internal Revenue Code section 6226.

44.    Prior to filing the Complaint in the High Tech cases, Plaintiff deposited $13.6 million with the IRS.

45.    At the time the Complaints in the High Tech cases were filed, High Tech's principal place of business was located in Westborough, Massachusetts.

## Facts Related to FICAA/International

46.    Fidelity International Currency Advisor A Fund, L.L.C. ("FICAA/International") was formed as a limited liability company under Delaware law on July 19, 2000.

47.    Fidelity World Currency Advisor A Fund, LLC ("Fidelity World") was formed as a limited liability company under Delaware law on July 19, 2000.

48.    Richard Egan was the sole initial member of Fidelity World.

49.    Refco and Fidelity World entered into an ISDA Master Agreement as of October 5, 2001.

50.    On October 9, 2001, Richard Egan contributed $2,250,000 to Fidelity World by transferring cash to Fidelity World's account at Refco.

51.    The trades entered into by Fidelity World with Refco identified by the following numbers in fact occurred:  RCM 2001-10-09-01; RCM 2001-10-09-02; RCM 2001-10-09-04; RCM 2001-10-09-05; RCM 2001-11-06-18; RCM 2001-11-06-19; RCM 2001-11-06-21; RCM 2001-11-06-22.

52.    The trades entered into by FICAA/International with Refco identified by the following numbers in fact occurred:  RCM 2001-10-22-07; RCM 2001-10-22-08; RCM 2001-10-22-09; RCM 2001-10-22-10; RCM 2001-10-22-12; RCM 2001-10-22-13; RCM 2001-10-22-14; RCM 2001-10-22-15; RCM-2001-10-29-28; RCM-2001-10-30-34.

53.    The stated premium for each long option entered into by Fidelity World was $75,000,000 and the stated premium for each short option entered into by Fidelity World was $73,875,000.

54.    Richard Egan contributed $2,674,500 in cash and Fidelity World to FICAA/International in exchange for 5% of the common membership interests and 100% of the preferred membership interests.

55.    At the time Richard Egan contributed his membership interest in Fidelity World to FICAA/International, that membership interest was valued at $1,559,439.

56.    Alpha Consultants LLC contributed $7,000 in cash in exchange for 1% of the common membership interests.

57.    Helios Trading LLC contributed $7,000 in cash in exchange for 1% of the common membership interests.

58.    On October 24, 2001, Singer & Friedlander Trust Company (Isle of Man) Limited advanced funds to Refco for deposit in FICAA/International Account No. 6477 in the amount of $651,000.

59.    All of the cash contributions were made by transferring cash to FICAA/International's account at Refco.

60.    On or about October 9, 2001, Refco and FICAA/International entered into an ISDA Master Agreement as of October 5, 2001.

61.    Effective October 31, 2001, Richard Egan contributed 4,028 shares of Stockton Holdings Ltd. valued at $4,663,135.04 to FICAA/International in exchange for additional preferred membership interests.

62.    The law firm of Sidley Austin Brown & Wood LLP issued an opinion letter to Richard Egan, dated March 8, 2002, regarding certain federal income tax consequences of the FICAA/International transactions.

63.    On April 12, 2002, Timothy Speiss, then a partner of KPMG, signed FICAA/International's Form 1065 for the 2001 tax year.

64.    The law firm of Proskauer Rose LLP issued an opinion letter to Richard Egan, dated September 4, 2002, regarding whether Richard Egan would be subject to the disclosure requirements of Internal Revenue Code section 6011 for his involvement in the FICAA/International transactions.

65.    On December 27, 2001, FICAA/International transferred $685,000 to KPMG as a partial payment of fees.

66.    On April 15, 2002, FICAA/International transferred $685,000 to KPMG as a partial payment of fees.

67.    By check dated September 11, 2002, Richard Egan paid Proskauer Rose LLP $50,000 as a payment of fees for the September 4, 2002 legal opinion.

68.    On April 12, 2003, Ronald Wainwright, a partner of RSM McGladrey, signed FICAA/International Form 1065 for the 2002 tax year.

69.   FICAA/International timely filed its U.S. Return of Partnership Income (Form 1065) with the IRS for its 2001 taxable year by mailing it on April 15, 2002.

70.   FICAA/International  timely filed its U.S. Return of Partnership Income (Form 1065) with the IRS for its 2002 taxable year by mailing it on April 15, 2003.

71.   Richard Egan, is the Tax Matters Partner of FICAA/International for the 2001 and 2002 tax years.

72.   In his capacity as the Tax Matters Partner and a notice partner of FICAA/International, Richard Egan is the authorized and proper party to bring the FICAA/International cases under Code section 6226(a) and (b).

73.   On April 6, 2005, the IRS mailed an FPAA with respect to FICAA/International's 2001 tax return addressed to the Tax Matters Partner.

74.   On April 6, 2005, pursuant to Internal Revenue Code section 6223(a), the IRS mailed a copy of the FPAA to Richard Egan in his capacity as a notice partner of FICAA/International.

75.   No complaint was filed pursuant to Internal Revenue Code section 6226(a) within ninety days after the IRS mailed the FPAA to the TMP.

76.   Richard Egan, who is both a notice partner and the TMP of FICAA/International timely filed a Complaint with respect to FICAA/International 2001 tax year pursuant to Internal Revenue Code section 6226(b)(1), within sixty days after the close of the ninety-day period described in section 6226(a).

77.   On April 26, 2006, the IRS mailed an FPAA with respect to FICAA/International's 2002 tax return to Plaintiff.

78.   Plaintiff timely filed a Complaint with respect to FICAA/International's 2002 tax year within ninety days after the day on which the FPAA was mailed to Plaintiff as the TMP.

79.   Prior to filing the Complaints in the FICAA/International cases, Plaintiff deposited $62,600,000 with the IRS ($62,100,000 for FICAA/International's 2001 tax year and $500,000 for FICAA/International's 2002 tax year).

80.   At the times that the Complaints in the FICAA/International cases were filed, FICAA/International's principal place of business was located in Westborough, Massachusetts.

# Appendix B

# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

FIDELITY INTERNATIONAL CURRENCY
ADVISOR A FUND, L.L.C., by the Tax Matters
Partner,

    Plaintiff,

     v.

UNITED STATES OF AMERICA,

    Defendant.

Case Nos.: 05-40151-FDS
     06-40130-FDS

FIDELITY HIGH TECH ADVISOR A FUND,
L.L.C., by the Tax Matters Partner,

    Plaintiff,

     v.

UNITED STATES OF AMERICA,

    Defendant.

Case Nos.: 06-40243-FDS
     06-40244-FDS

## PLAINTIFF'S WITNESS LIST

Pursuant to the Court's order stated on the record at the July 8, 2008 status conference,

Plaintiff provides this list of witnesses whom it expects to call at trial or may call at trial for case-

in-chief or rebuttal purposes.  Plaintiff reserves the right to call any additional witnesses, if

necessary, in rebuttal to exhibits or testimony offered by Defendant, or for impeachment

purposes.  Plaintiff also reserves the right to call any witnesses designated by Defendant.

| Witnesses Expected to be Presented at Trial | |
| --- | --- |
| Jacob Amato (by deposition)<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>(212) 839-5581 | Fact Witness |
| John Barrie (by deposition)<br>Bryan Cave, LLP<br>1290 Avenue of the Americas<br>New York, NY 10104<br>(202) 508 6051 | Fact Witness |
| James L. Behrmann (by deposition)<br>9 Red Road<br>Chatham, NJ  07928-2306<br>*Phone number unavailable* | Fact Witness |
| Ronald Buesinger (by deposition)<br>1399 Fence Row Drive<br>Fairfield, CT 06824<br>(203) 254-2548 | Fact Witness |
| Andrew Carron<br>NERA, Inc.<br>1166 Avenue of the Americas<br>34th Floor<br>New York, NY 10036<br>(212) 345-5407 | Expert Witness |
| Stephanie Denby<br>Burke, Warren, MacKay & Serritella<br>330 North Wabash Avenue, 22nd Floor<br>Chicago, IL 60611<br>(312) 840-7068 | Fact Witness |

| Witnesses Expected to be Presented at Trial | |
|---|---|
| Donald Dwight (by deposition)<br>2908 Brittany Point Lane<br>Austin, TX 78738-5344<br>(512) 263-4904 | Fact Witness |
| Christopher Egan (by deposition)<br>116 Flanders Road, Suite 3000<br>Westborough, MA 01581<br>(508) 898-3800 | Fact Witness |
| Maureen Egan (by deposition)<br>403 Alexander Palm Road<br>Boca Raton, FL 33432<br>(508) 898-3800 | Fact Witness |
| Michael Egan<br>Carruth Management LLC<br>116 Flanders Road, Suite 3000<br>Westborough, MA 01581<br>(508) 898-3800 | Fact Witness |
| John Egan<br>Carruth Management LLC<br>116 Flanders Road, Suite 3000<br>Westborough, MA 01581<br>(508) 898-3800 | Fact Witness |
| Richard Egan<br>116 Flanders Road, Suite 3000<br>Westborough, MA 01581<br>(508) 898-3800 | Fact Witness |
| Robert Fasulo (by deposition)<br>407 S.E. 1st Street<br>Delray Beach, FL 33483<br>*Phone number unavailable* | Fact Witness |
| EMC (by deposition)<br>EMC Corporation<br>176 South Street<br>Hopkinton, MA 01748<br>(508) 435-1000 | Fact Witness |

| Witnesses Expected to be Presented at Trial | |
|---|---|
| Carolyn Fiddy (by deposition)<br>9526 Devonshire Drive<br>Huntersville, NC  28078<br>(704) 895-3535 | Fact Witness |
| Cathleen Frank (by deposition)<br>3661 Hickory Leaf Court<br>Rochester, MI 48306<br>*Phone number unavailable* | Fact Witness |
| Martin Hawkes (by deposition)<br>43 Ailesbury Road<br>Ballsbridge, Dublin 4, Ireland<br>*Phone number unavailable* | Fact Witness |
| Gary Helene (by deposition)<br>14 Stoney Drive<br>Palm Beach Gardens, FL 33410<br>(561) 625-9220 | Fact Witness |
| David Henry<br>Carruth Associates LLC<br>116 Flanders Road, Suite 3000<br>Westborough, MA 01581<br>(508) 898-3800 | Fact Witness |
| Janet Korins (by deposition)<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, NY 10036<br>(212) 969-3195 | Fact Witness |
| KPMG LLP (by deposition)<br>345 Park Avenue<br>New York, NY 10154<br>(212) 909-5000 | Fact Witness |
| Samuel Mahoney (by deposition)<br>43 Ailesbury Road<br>Ballsbridge, Dublin 4, Ireland<br>*Phone number unavailable* | Fact Witness |

| Witnesses Expected to be Presented at Trial | |
|---|---|
| Robert Prifti<br>27 Village Drive<br>Quincy, MA  02169<br>(617) 481-9018 | Fact Witness |
| James Reiss<br>Carruth Associates LLC<br>116 Flanders Road, Suite 3000<br>Westborough, MA 01581<br>(508) 898-3800 | Fact Witness |
| Brian Rivotto<br>9 Equestrian Drive<br>North Reading, MA 01864-1544<br>(978) 664-0892 | Fact Witness |
| Ivan Ross (by deposition)<br>278 Chestnut Hill Road<br>Wilton, CT 06897<br>*Phone number unavailable* | Fact Witness |
| Melissa Seaver<br>Carruth Associates LLC<br>116 Flanders Road, Suite 3000<br>Westborough, MA 01581<br>(508) 898-3800 | Fact Witness |
| Patrick Shea<br>Carruth Associates LLC<br>116 Flanders Road, Suite 3000<br>Westborough, MA 01581<br>(508) 898-3800 | Fact Witness |
| Stuart Smith<br>Law Office of Stuart A. Smith<br>460 Park Avenue<br>20th Floor<br>New York, NY 10022<br>(212) 759-8285 | Expert Witness |

| Witnesses Expected to be Presented at Trial | |
| --- | --- |
| Michael Swiader (by deposition)<br>2 Jean Street<br>Rye, NY 10580-3226<br>(914) 921-4053 | Fact Witness |
| Robert Unger (by deposition)<br>Thelen Reid Brown Raysman & Steiner LLP<br>875 Third Avenue<br>10th Floor<br>New York, NY 10022<br>(212) 603-2578 | Fact Witness |
| Ronald Wainwright (by deposition)<br>RSM McGladrey<br>1201 Edwards Mill Rd.<br>Suite 300<br>Raleigh, NC 27607<br>(919) 781-1458 | Fact Witness |
| Ethan Yale<br>University of Virginia School of Law<br>580 Massie Road<br>Charlottesville, VA 22903<br>(434) 924-7354 | Expert Witness |
| Thomas Yorke (by deposition)<br>20 Robin Road<br>Rumson, NJ 07760<br>(732) 747-2044 | Fact Witness |

| Witnesses Who May Be Presented at Trial Should the Need Arise | |
|---|---|
| Robin Calkins<br>Carruth Associates LLC<br>116 Flanders Road, Suite 3000<br>Westborough, MA 01581<br>(508) 898-3800 | Fact Witness |
| Elaine Connors<br>Carruth Associates LLC<br>116 Flanders Road, Suite 3000<br>Westborough, MA 01581<br>(508) 898-3800 | Fact Witness |
| Paul T. Dacier<br>EMC Corporation<br>176 South Street<br>Hopkinton, MA 01748<br>(508) 435-1000 | Fact Witness |
| James Dougherty<br>Deloitte Tax LLP<br>555 12th Street, NW, Suite 500<br>Washington, DC 20004-1207<br>(202) 879-4937 | Expert Witness |
| Judy Irvin<br>Carruth Associates LLC<br>116 Flanders Road, Suite 3000<br>Westborough, MA 01581<br>(508) 898-3800 | Fact Witness |
| Carol Remillard<br>Carruth Associates LLC<br>116 Flanders Road, Suite 3000<br>Westborough, MA 01581<br>(508) 898-3800 | Fact Witness |
| Gerald Songy<br>212 Delta Drive<br>Mandeville, LA 70448<br>(985) 626-3003 | Expert Witness |

7

Dated this 15th day of August 2008.

> PLAINTIFF
> FIDELITY INTERNATIONAL CURRENCY ADVISOR
> A FUND, L.L.C. by the Tax Matters Partner, and
> FIDELITY HIGH TECH ADVISOR A FUND, L.L.C., by
> the Tax Matters Partner
>
>
> David J. Curtin, D.C. Bar #281220
> Ronald L. Buch, Jr., D.C. Bar #450903
> Lena Amanti, D.C. Bar #490791
> MCKEE NELSON LLP
> 1919 M Street, N.W., Suite 200
> Washington, D.C. 20036
> Telephone: (202) 775-1880
> Facsimile: (202) 775-8586
> Email: dcurtin@mckeenelson.com
>        rbuch@mckeenelson.com
>        lamanti@mckeenelson.com
>
> John O. Mirick, BBO #349240
> MIRICK, O'CONNELL, DEMALLIE
> & LOUGEE, LLP
> 100 Front Street
> Worcester, MA 01608
> Telephone: (508) 791-8500
> Facsimile: (508) 791-8502
> Email: jomirick@mirickoconnell.com

**Certificate of Service**

I hereby certify that on August 15, 2008 a copy of the above document, PLAINTIFF'S WITNESS LIST, was hand delivered via courier to the following:

Dennis M. Donohue
U.S. Department of Justice, Tax Division
555 Fourth Street, NW, Suite 7204
Washington, DC 20001

Michelle Abroms, D.C. Bar #494961
MCKEE NELSON LLP
1919 M Street, N.W., Suite 200
Washington, D.C. 20036
Telephone: (202) 775-1880
Facsimile: (202) 775-8586
Email: mabroms@mckeenelson.com

# Appendix C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Nos. 05-40151-FDS |
| | | 06-40130-FDS |
| v. | ) ) | Judge Saylor |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |
| | | |
| FIDELITY HIGH TECH ADVISOR A FUND, L.L.C., by the Tax Matters Partner | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Nos. 06-40243-FDS |
| | | Civil Nos. 06-40244-FDS |
| v. | ) ) | Judge Saylor |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

## UNITED STATES' WITNESS LIST

The United States will call or may call the witnesses listed below.[1]  The United States

reserves the right to supplement this list as allowed under the applicable rules.

---

[1]The parties have, contemporaneously with the exchange of witness lists, designated portions of depositions for use at trial.  This witness list does not include those witnesses whose testimony the United States designated.  It also does not include Martin Hawkes and Samuel Mahoney, whose testimony was taken pursuant to letter rogatory and was presented to the Court by certified transcripts.  The United States is also contemporaneously designating portions of the Hawkes and Mahoney testimony, and includes those designations with the deposition designations it is producing to the plaintiff.  Those witnesses whose testimony will be designated are listed in a separate document titled UNITED STATES' LIST OF DEPOSITION AND OTHER TESTIMONY TO BE OFFERED IN EVIDENCE.

A.      Will Call - Fact Witnesses[2]

      1.      Robin Calkins

      2.      Elaine Connors

      3.      Maureen Egan

      4.      Michael Egan

      5.      Richard Egan

      6.      David Henry

      7.      Judy Irvin

      8.      Robert Prifti

      9.      James Reiss

      10.     Brian Rivotto

      11.     Melissa Seaver

      12.     Patrick Shea

      13.     The United States will also likely call any witness listed by the plaintiff but not called as a witness by the plaintiff, and any fact witness called by the plaintiff that the United States believes has not been sufficiently cross-examined by it during the course of the plaintiff's presentation of his case in chief.

---

[2]If the United States determines that it has adequately cross examined at trial any of the fact witnesses, it may then deem it unnecessary to recall those witnesses on its case-in-chief.  If the United States makes that determination with respect to any witness, it will timely notify the Court and the plaintiff.

B.      Will Call - Expert Witnesses

        1.      David F. DeRosa, Ph.D.

        2.      A. Lawrence Kolbe

        3.      Dr. David W. LaRue, Ph.D.

        4.      Gordon Rausser, Ph.D.

C.      May Call

        1.      James Behrmann

        2.      Kristen Brown

        3.      Thomas Cook

        4.      Stephanie Denby

        5.      David Donora

        6.      Steven Drew

        7.      Christopher Egan

        8.      John Egan

        9.      James Haber

        10.     John Huber

        11.     John McNeill

        12.     Ronald McNeill

        13.     David Mero

        14.     Paul Dacier

        15.     Dana Ng

        16.     Carol Remillard

        17.     Irwin Rosen

18.     James Yates

19.     Custodian of Records of Alpha Consultants LLC

20.     Custodian of Records of Alpha Consultants, Inc.

21.     Custodian of Records of Alpha Strategic Management LLC

22.     Custodian of Records of Alpha Strategic Management Ltd.

23.     Custodian of Records of Bank of America

24.     Custodian of Records of Bank of New York

25.     Custodian of Records of BDO Seidman

26.     Custodian of Records of Brown Raysman

27.     Custodian of Records of Bryan Cave

28.     Custodian of Records of Burke Warren MacKay & Serritella

29.     Custodian of Records of Carruth Associates

30.     Custodian of Records of Carruth Capital

31.     Custodian of Records of Carruth Management

32.     Custodian of Records of Carruth Partners

33.     Custodian of Records of Defendant, United States of America

34.     Custodian of Records of The Diversified Group Incorporated

35.     Custodian of Records of EMC Corporation

36.     Custodian of Records of Grant Thornton

37.     Custodian of Records of Helios Advisory

38.     Custodian of Records of Helios Financial

39.     Custodian of Records of Helios Group

40.     Custodian of Records of Helios Group, Inc.

41.    Custodian of Records of Helios Trading

42.    Custodian of Records of HSBC

43.    Custodian of Records for John McNeill

44.    Custodian of Records of KPMG

45.    Custodian of Records of Lord Bissell & Brook (n/k/a Locke Lord Bissell & Liddell)

46.    Custodian of Records of Proskauer Rose

47.    Custodian of Records of Refco Capital Markets

48.    Custodian of Records for Ronald McNeill

49.    Custodian of Records for Ronald Wainwright

50.    Custodian of Records of RSM McGladrey

51.    Custodian of Records of Sidley Austin

52.    Custodian of Records of Signature Bank

53.    Custodian of Records for Timothy Speiss

54.    Any person(s) listed on the plaintiffs' witness list(s)

<div style="margin-left:auto">

MICHAEL J. SULLIVAN
United States Attorney

 /s/ Dennis M. Donohue
DENNIS M. DONOHUE
CHIEF SENIOR LITIGATION
COUNSEL
OFFICE OF CIVIL LITIGATION
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 403, Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6492
Facsimile: (202) 307-2504
E-mail: dennis.donohue@usdoj.gov

JOHN A. LINDQUIST
BARRY E. REIFERSON

</div>

HEATHER L. Vann
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C.  20044-0055
Telephone: (202) 307-6561
Facsimile:  (202) 514-5238
E-mail:  john.a.lindquist@usdoj.gov
          barry.e.reiferson@usdoj.gov
          heather.vann@usdoj.gov

Certificate of Service
I hereby certify that this document was served upon the plaintiff by First Class Mail and by hand
delivery on August 15, 2008.

/s/ Barry E. Reiferson
Trial Attorney, US Department of Justice, Tax Division

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner,    ) ) ) ) | |
| Plaintiff,    ) ) | Civil Nos. 05-40151-FDS 06-40130-FDS |
| v.    ) ) | |
| UNITED STATES OF AMERICA,    ) ) | Judge Saylor |
| Defendant.    ) | |

| | |
|---|---|
| FIDELITY HIGH TECH ADVISOR A FUND, L.L.C., by the Tax Matters Partner    ) ) ) ) | |
| Plaintiff,    ) ) | Civil Nos. 06-40243-FDS Civil Nos. 06-40244-FDS |
| v.    ) ) | Judge Saylor |
| UNITED STATES OF AMERICA,    ) ) | |
| Defendant.    ) | |

**UNITED STATES' LIST OF DEPOSITION AND OTHER TESTIMONY
TO BE OFFERED IN EVIDENCE**

The United States will offer in evidence portions of testimony from the depositions listed

in the chart below. Those depositions marked with an asterisk were videotaped and will be

offered in video format.

Additionally, the United States has designated portions of the testimony of Martin

Hawkes and Samuel Mahoney taken pursuant to letter rogatory. Those designations are being

produced to the plaintiff contemporaneously.

| Name | Date | Case |
|---|---|---|
| Barrie, John | 1/8/2008 | International |
| Barrie, John* | 5/21/2008 | HighTech |
| Behrmann, James | 6/27/2008 | HighTech |
| Buesinger, Ronald | 10/11/2007 | International |
| Buesinger, Ronald* | 4/17/2008 | International |
| Buesinger, Ronald* | 7/31/2008 | HighTech |
| Dwight, Donald* | 10/31/2007 | International |
| Egan, Christopher* | 7/24/2008 | International |
| EMC 30(b)(6)* | 8/14/2008 | HighTech |
| Fasulo, Robert* | 6/3/2008 | HighTech |
| Fiddy, Carolyn | 7/2/2008 | International |
| Fiddy, Carolyn | 11/2/2007 | HighTech |
| Fuller, Diane | 8/16/2007 | International |
| Haber, James* | 11/1/2007 | International |
| Helene, Gary* | 11/7/2007 | International |
| Huber, John* | 11/1/2007 | International |
| Korins, Janet | 10/24/2007 | International |
| Press, Israel* | 11/9/2007 | International |
| Ross, Ivan* | 11/7/2007 | International |
| Ross, Ivan* | 5/5/2008 | HighTech |
| Sabloff, Matthew* | 5/22/2008 | HighTech |
| Scappatura-Frank, Cathleen* | 8/7/2008 | HighTech |
| Swiader, Michael* | 7/9/2008 | HighTech |
| Unger, Robert | 9/24/2007 | International |
| Wainwright, Ronald | 10/29/2007 | International |
| Wainwright, Ronald* | 5/30/2008 | HighTech |
| Yorke, Thomas* | 10/30/2007 | International |
| Yorke, Thomas* | 6/30/2008 | HighTech |

The parties have agreed to complete by the close of business on August 25, 2008 their designations of the depositions of Ms. Scappatura-Frank, EMC, and Ronald Buesinger (July 31, 2008 deposition), listed above.

MICHAEL J. SULLIVAN
United States Attorney

/s/ Dennis M. Donohue
DENNIS M. DONOHUE
CHIEF SENIOR LITIGATION
COUNSEL
OFFICE OF CIVIL LITIGATION
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 403, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6492
Facsimile: (202) 307-2504
E-mail: dennis.donohue@usdoj.gov

JOHN A. LINDQUIST
BARRY E. REIFERSON
HEATHER L. Vann
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044-0055
Telephone: (202) 307-6561
Facsimile: (202) 514-5238
E-mail: john.a.lindquist@usdoj.gov
          barry.e.reiferson@usdoj.gov
          heather.vann@usdoj.gov

Certificate of Service
I hereby certify that this document was served upon the plaintiff by First Class Mail and by hand delivery on August 15, 2008.

/s/ Barry E. Reiferson
Trial Attorney, US Department of Justice, Tax Division

# Appendix D

# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case Nos.:  05-40151-FDS<br>              06-40130-FDS |

| | |
|---|---|
| FIDELITY HIGH TECH ADVISOR A FUND, L.L.C., by the Tax Matters Partner,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case Nos.:  06-40243-FDS<br>              06-40244-FDS |

## APPENDIX D

## JOINT EXHIBITS

| Ex. No. | Begin Bates | End Bates | Date | Description | Previously Marked |
|---|---|---|---|---|---|
| 1 | HELIOS 05010 | HELIOS05347 | 12/31/2001 | High Tech Closing Binder | RB-03 |
| 2 | HELIOS 05348 | HELIOS05823 | 12/31/2001 | FICA A Fund Closing Binder | RB-02 |

| Ex. No. | Begin Bates | End Bates | Date | Description | Previously Marked |
|---|---|---|---|---|---|
| 3 | 029260 | 029293 | 4/15/2002 | 2001 Form 1065 Return of Partnership Income for High Tech (year ending 12/21/01) | DX-64 |
| 4 | 029294 | 029329 | 4/15/2002 | 2001 Form 1065 Return of Partnership Income for High Tech (year ending 12/31/01) | |
| 5 | 029330 | 029364 | 4/15/2003 | 2002 Form 1065 Return of Partnership Income for High Tech | |
| 6 | 011137 | 011175 | 4/15/2002 | 2001 Form 1065 Return of Partnership Income for FICA A Fund | |
| 7 | 018164 | 018195 | 4/15/2003 | 2002 Form 1065 Return of Partnership Income for FICA A Fund | |
| 8 | 042302 | 042520 | 9/13/2002 | 2001 Form 1040 for R. and M.E. Egan | Gov. Ex. 624; RW-10 |
| 9 | 052717 | 052748 | 10/6/2003 | 2002 Form 1065 Return of Partnership Income for MEE Holdings LP | |
| 10 | 1KPMG-F-00021891 | 1KPMG-F-00022158 | 12/31/2001 | High Tech U.S. Income Tax Return papers (Binder 1) | |
| 11 | 1KPMG-F-00022398 | 1KPMG-F-00022848 | 12/31/2001 | High Tech U.S. Income Tax Return papers (Binder 2) | |
| 12 | 1KPMG-F-00022188 | 1KPMG-F-00022296 | 3/31/2002 | High Tech; Summary of Transactions 01/01/2002 through 03/31/2002 | |
| 13 | 1KPMG-F-00022297 | 1KPMG-F-00022396 | 6/30/2002 | High Tech; Summary Of Transactions 04/01/2002 Through 06/30/2002 | |
| 14 | 010346 | 010469 | 4/24/2002 | 2001 Tax Reports; Fidelity World and FICA A Fund | Govt. Ex. 602; Govt. Ex. 1327 |
| 15 | 000701 | 000705 | 12/12/2001 | Durable Power of Attorney for Maureen Egan | Govt. Ex. 3723 |
| 16 | 035239 | 035264 | 1/31/2001 | ISDA Master Agreement between Refco and Fidelity High Tech Index A Fund | Govt. Ex. 3805 |
| 17 | 035759 | 035784 | 1/31/2001 | ISDA Master Agreement between Refco and Fidelity High Tech Option A Fund | Govt. Ex. 3806 |
| 18 | 010676 | 010701 | 10/5/2001 | ISDA Master Agreement between Refco and FICA A Fund | RB-04 |

| Ex. No. | Begin Bates | End Bates | Date | Description | Previously Marked |
|---|---|---|---|---|---|
| 19 | 011134 | 011136 | 11/5/2001 | Signed Buy-Sell Notice between R. Egan and S. Mahoney | Pl.'s Ex. No. 1 |
| 20 | PR(EGAN)0024347 | PR(EGAN)0024358 | 9/4/2002 | Signed Proskauer disclosure opinion letter | JK-11 |
| 21 | EMC-0001-EMC-0002; 011501-011502; EMC-0138-EMC-0139; EMC-0151 | | 1/17/2000 | EMC Securities Trading Policy | Gov't Ex. 4132 (EMC-0001-EMC-0002) |
| 22 | EMC-0004; EMC-0020; EMC-0023; EMC-0037; EMC-0062; EMC-0075; EMC-0150; EMC-0153 | | 1/26/2000 | EMC Stock Trading Windows | Gov't Ex. 4133 |
| 23 | 015413 | 015413 | 1/18/2002 | EMC Stock Ownership - 2001 | Govt. Ex. 929 |
| 24 | EMC-0027-EMC-0036; EMC-0005-EMC-0017 | | 7/25/2000 | Documents relating to Section 16 obligations of EMC "affiliates" | Gov't Ex. 4136 (EMC-00005 - EMC00-17) |
| 25 | 012174-012175; 037151-037152 | | 7/20/2000 | Certificates of formation for FICA A Fund and Fidelity World | |
| 26 | 011538 | 011538 | 7/18/2000 | Memo from P. Shea to file from July 18, 2000 meeting with handwritten notes | Govt. Ex. 628 |
| 27 | 036020 | 036020 | 7/19/2000 | Handwritten notes from July 19, 2000 meeting | |
| 28 | 010242 | 010246 | 7/20/2000 | Fax from P. Kampf to P. Shea with handwritten notes | Govt. Ex. 561 |
| 29 | 010240 | 010241 | 7/21/2000 | Memo from P. Shea to file | Govt. Ex. 419 |
| 30 | 010327 | 010342 | 7/25/2000 | Fax from I. Ross to P. Shea with attachments | Govt. Ex. 587 |
| 31 | 043385 | 043386 | 7/31/2000 | E-mail from I. Ross to P. Shea, copying J. Schrier and J. Haber, with attachment | Govt. Ex. 421 |
| 32 | 043387 | 043389 | 7/31/2000 | E-mail from I. Ross to P. Shea, copying J. Haber and J. Schrier, with attachment | Govt. Ex. 422 |
| 33 | 011176 | 011176 | 8/2/2000 | Memo from M. Egan to R. Egan | Govt. Ex. 687 |
| 34 | 031556-031562; 031550-031551; 031552-55; 045360-045366 | | 9/12/2000 | Documents relating to potential QQQ option trades | |
| 35 | HT000082 | HT000082 | 9/13/2000 | E-mail from S. Denby to J. Reiss and P. Shea | Govt. Ex. 3851 |
| 36 | 049886 | 049890 | 9/14/2000 | E-mail from I. Ross to P. Shea with attachments | IR-1 |

| Ex. No. | Begin Bates | End Bates | Date | Description | Previously Marked |
|---|---|---|---|---|---|
| 37 | 026222 | 026223 | 9/15/2000 | Memo from M. Egan to R. Egan, copying J. Egan, C. Egan, and C. Fiddy | Govt. Ex. 688; Govt. Ex. 1527 |
| 38 | 049207 | 049209 | 9/18/2000 | E-mail from D. Henry to C. Fiddy and M. Egan with attachment | |
| 39 | BWMS04028 | BWMS04043 | 9/18/2000 | Fax from B. Lefkowitz to S. Denby with attachment | Govt. Ex. 3818 |
| 40 | EMC-0040 | EMC-0042 | 9/26/2000 | EMC Corporation meeting minutes | Govt. Ex. 4140 |
| 41 | EMC-0043 | EMC-0061 | 10/2/2000 | Form S-3 Registration Statement of EMC Corporation for 2,020,000 shares and Prospectus | Gov't Ex. 4141 |
| 42 | 007286 | 007287 | 10/5/2001 | Memo from R. Buesinger to files | RB-09 |
| 43 | KPMG-F-011-0020 | KPMG-F-011-0021 | 12/14/2000 | E-mail string from B. Rivotto to J. Schrier | DX-06; KPMG-6 |
| 44 | 072315 | 072315 | 12/27/2000 | Memo from J. Reiss to R. Egan, copying M. Egan, P. Shea, and C. Fiddy | |
| 45 | BWMS05236 | BWMS05237 | 1/3/2001 | Transfer of Interest in High Tech executed by R. Egan and M.E. Egan | Govt. Ex. 3313 |
| 46 | 051636 | 051638 | 2/6/2001 | Consent of the Members and Manager of High Tech | Govt. Ex. 3803 |
| 47 | 043384 | 043384 | 2/14/2001 | Memo from P. Shea to R. Egan and M.E. Egan | Govt. Ex. 583 |
| 48 | KPMG-F-020-1143 | KPMG-F-020-1157 | 2/19/2001 | KPMG engagement letters from B. Rivotto to P. Shea | KPMG-7 |
| 49 | SIDL382133 | SIDL382265 | 4/19/2001 | Memo from Sidley Austin to the Tax Opinion Master file | JA-09 |
| 50 | EMC-0104 | EMC-0116 | 5/21/2001 | Form S-3 Registration Statement of EMC Corporation for 10,100,000 shares and Prospectus of EMC Corporation for 10,100,000 shares | Gov't Ex. 4148 |
| 51 | 060174 | 060175 | 5/22/2001 | News article: "EMC co-founder plans to see one-third stake" | |
| 52 | EMC-0126 | EMC-0129 | 5/22/2001 | Letter From B. Lefkowitz to P. Shea with attachment | Gov't Ex. 4149 |
| 53 | 038381 | 038382 | 6/11/2001 | E-mail string from M. Tan to P. Shea and S. Denby, copying J. Haber and P. Kampf | Govt. Ex. 3538 |

| Ex. No. | Begin Bates | End Bates | Date | Description | Previously Marked |
|---|---|---|---|---|---|
| 54 | KPMG-F-011-0068 | KPMG-F-011-0068 | 7/12/2001 | E-mail from T. Speiss to R. Prifti and B. Rivotto, copying D. Kohn and B. Lipschultz | DX-14; KPMG-9 |
| 55 | RCM-FID-006724 | RCM-FID-006730 | 7/20/2001 | E-mail from R. Buesinger to T. Yorke with attachment | Govt. Ex. 1020 |
| 56 | RCM-FID-006707 | RCM-FID-006707 | 8/1/2001 | E-mail from R. Buesinger to J. Kutler, M. Gaswirth, and J. Haber | RB-06 |
| 57 | KPMG-F-011-0089 | KPMG-F-011-0089 | 9/14/2001 | E-mail string from R. Prifti to T. Speiss and B. Rivotto | RDX-21 |
| 58 | 011522 | 011533 | 9/17/2001 | E-mail string from B. Rivotto to P. Shea with attachment | DX-22; Govt. Ex. 553 |
| 59 | 011706 | 011725 | 9/20/2001 | E-mail from T. Speiss to J. Haber, B. Rivotto, and R. Prifti with attachments | BR-10; RP-36 |
| 60 | 010279 | 010286 | 9/27/2001 | Signed KPMG engagement letter from T. Speiss to P. Shea | BR-13; RP-37 |
| 61 | KPMG-F-011-0095 | KPMG-F-011-0096 | 10/3/2001 | E-mail string from B. Rivotto to T. Speiss and R. Prifti | DX-26 |
| 62 | 020267 | 020281 | 10/8/2001 | E-mail from R. Buesinger to T. Speiss, copying J. Haber and P. Shea, with attachments | RB-11 |
| 63 | 020870 | 020870 | 10/24/2001 | E-mail from T. Speiss to P. Shea | Govt. Ex. 2505 |
| 64 | 057626 | 057626 | 12/31/2001 | 2001 Form 1099-MISC issued to R. Egan by EMC Corporation | Govt. Ex. 950 |
| 65 | 3RCM-FID-000048 | 3RCM-FID-000051 | 12/31/2001 | Refco Account Statement for FICA A Fund | Govt. Ex. 1015 |
| 66 | KPMGZ04752345 | KPMGZ04752345 | 12/31/2001 | Spreadsheet entitled "Allocation of KPMG Fees Incurred - Fidelity International Transaction" | RP-42; BR-14 |
| 67 | 001544 | 001544 | 1/7/2002 | Letter from J. Haber to M.J. Egan, copying R.J. Ruble, I. Ross, S. Denby, and T. Speiss | Govt. Ex. 595 |
| 68 | 7IRS03828 | 7IRS03876 | 2/20/2002 | E-mail string from I. Akselrad to M. Swiader | Govt. Ex. 3400 |
| 69 | 047218 | 047268 | 2/26/2002 | E-mail from J. Haber to T. Speiss, J. Reiss, S. Denby, and P. Shea, with attachment | Govt. Ex. 3135 |

| Ex. No. | Begin Bates | End Bates | Date | Description | Previously Marked |
|---|---|---|---|---|---|
| 70 | 023443 | 023573 | 2/27/2002 | E-mail from J. Haber to T. Speiss, J. Reiss, S. Denby, and P. Shea attaching draft Sidley Austin opinion letter regarding FICA A Fund | Govt. Ex. Denby 38 |
| 71 | 010287 | 010287 | 3/8/2002 | Letter from T. Speiss to P. Shea | KPMG-21 |
| 72 | KPMGFE-0012-000910 | KPMGFE-0012-000911 | 3/8/2002 | Minutes of Matters Discussed Between T. Speiss and P. Shea | |
| 73 | 012906 | 012916 | 3/12/2002 | Memorandum Describing FICA A Fund and Fidelity World 2001 Investment Plan Objectives and Business Purpose | RP-44; KPMG-13 |
| 74 | BWMS04480 | BWMS04530 | 00/00/2002 | Draft Proskauer opinion letter regarding High Tech | Govt. Ex. 3441 |
| 75 | PR(EGAN)0024415 | PR(EGAN)0024466 | 00/00/2002 | Draft Proskauer opinion letter regarding High Tech | Govt. Ex. 3440 |
| 76 | PR(EGAN)0024519 | PR(EGAN)0024571 | 03/00/2002 | Draft Proskauer opinion letter regarding High Tech | Govt. Ex. 3444 |
| 77 | 047987 | 047988 | 3/19/2002 | E-mail string from S. Denby to M. Swiader | Govt. Ex. 3411 |
| 78 | 010298 | 010300 | 3/22/2002 | Investor Representations Letter from R. Egan to R.J. Ruble | Govt. Ex. 571 |
| 79 | KPMGFE-0012-000912 | KPMGFE-0012-000913 | 3/25/2002 | Memorandum entitled "Resolution of Matters Discussed at March 8, 2002" | KPMG-14 |
| 80 | SIDL382086 | SIDL382089 | 3/28/2002 | Fax from E. Jung to R.J. Ruble and S. Sodano with attachments | JA-11 |
| 81 | DGI-PRIV-LOG-226-001 | DGI-PRIV-LOG-226-001 | 4/3/2002 | E-mail from M. Swiader with attachments | |
| 82 | PR(EGAN)0024830 | PR(EGAN)0024931 | 4/4/2002 | E-mail from E. Jung to S. Denby, copying J. Haber, with attachments | Govt. Ex. 3422 |
| 83 | 001663 | 001663 | 4/10/2002 | E-mail string from T. Speiss to M. Seaver, copying S. Spruck | Govt. Ex. 529 |
| 84 | 026233 | 026233 | 4/23/2002 | Wire Transfer Request | |
| 85 | 026238 | 026238 | 4/23/2002 | Wire Transfer Request | |
| 86 | PR(EGAN)0025061 | PR(EGAN)0025072 | 7/31/2002 | E-mail from M. Sabloff to T. Speiss, copying I. Akselrad, with attachment | JK-4 |
| 87 | 037622 | 037622 | 8/2/2002 | E-mail from T. Speiss to S. Denby | Govt. Ex. Denby 49 |
| 88 | PR(EGAN)0024976 | PR(EGAN)0024987 | 8/8/2002 | E-mail from M. Sabloff to O. Tilevitz, copying J. Korins and I. Akselrad, with attachment | JK-5 |

| Ex. No. | Begin Bates | End Bates | Date | Description | Previously Marked |
|---------|-------------|-----------|------|-------------|-------------------|
| 89 | 045592 | 045593 | 8/13/2002 | E-mail string from T. Speiss to J. Reiss and T. Speiss, copying P. Shea | Govt. Ex. 617; Govt. Ex. 613 |
| 90 | KPMG-FE-015-000812 | KPMG-FE-015-000837 | 8/14/2002 | E-mail from M. Sabloff to T. Speiss, copying O. Tilevitz, I. Akselrad and J. Korins, with attachment | JK-07 |
| 91 | PR(EGAN)0006595 | PR(EGAN)0006595 | 8/16/2002 | E-mail from J. Korins to M. Sabloff | JK-8 |
| 92 | PR(EGAN)0024344 | PR(EGAN)0024345 | 8/16/2002 | Engagement letter from Proskauer to R. Egan | JK-12 |
| 93 | KPMG-F-013-2333 | KPMG-F-013-2336 | 8/20/2002 | E-mail string from T. Speiss to R. Prifti and W. Connolly with attachments | KPMG-28 |
| 94 | KPMG-FE-015-000499 | KPMG-FE-015-000524 | 8/20/2002 | E-mail from M. Sabloff to T. Speiss and P. Shea, copying I. Akselrad, and J. Korins, with attachment | JK-10 |
| 95 | 000760 | 000790 | 8/21/2002 | Letter from T. Speiss to P. Shea with attachments | |
| 96 | 037236 | 037237 | 8/28/2002 | Memo from M. Seaver to P. Shea and J. Reiss | Govt. Ex. 534 |
| 97 | 000488 | 000706 | 8/23/2002 | Draft 2001 Form 1040 for Richard and Maureen Egan | Govt. Ex. 2012 |
| 98 | 047965 | 047965 | 8/28/2002 | Handwritten note by P. Shea | Govt. Ex. 781 |
| 99 | 012002 | 012002 | 9/11/2002 | Check from R. Egan to Proskauer | Govt. Ex. 574 |
| 100 | 047792 | 047805 | 1/13/2003 | Mellon Account Statement for FICA A Fund | |
| 101 | 046499 | 046515 | 8/26/2004 | E-mail string from D. Dwight to M. Seaver, copying R. Wainwright with attachments | Govt. Ex. 1110 |
| 102 | 029185 | 029206 | 10/25/2005 | High Tech; General Ledger as of 12/31/2002 | |
| 103 | KPMG-FE-001-000002 | KPMG-FE-001-000004 | 12/31/2002 | KPMG Tax Practice Organizational Charts | BR-04; RP-27; KPMG-3 |
| 104 | 053428 | 053437 | 8/24/2000 | Letter from D. Rice to H. Weiner, copying C. Egan, M. Verreault, and P. Shea, with attachments | Govt. Ex. 4105 |
| 105 | KPMG-F-006-00445 | KPMG-F-006-00446 | 1/16/2002 | Partner/Principal Separation Control Form | BR-03 |
| 106 | 1ALPHA-DISK03-008833 | 1ALPHA-DISK03-008837 | 7/14/2000 | E-mail from I. Ross to J. Haber with attachments | Govt. Ex. 3700 |
| 107 | | | 5/13/2008 | Aide Memoire | M&H Def. Ex. 1 |

7

# Appendix E

# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIDELITY INTERNATIONAL CURRENCY ADVISOR A FUND, L.L.C., by the Tax Matters Partner, )<br><br>Plaintiff, )<br><br>v. )<br><br>UNITED STATES OF AMERICA, )<br><br>Defendant. ) | Case Nos.:  05-40151-FDS<br>06-40130-FDS |

| | |
|---|---|
| FIDELITY HIGH TECH ADVISOR A FUND, L.L.C., by the Tax Matters Partner, )<br><br>Plaintiff, )<br><br>v. )<br><br>UNITED STATES OF AMERICA, )<br><br>Defendant. ) | Case Nos.:  06-40243-FDS<br>06-40244-FDS |

## APPENDIX E

## PLAINTIFF'S EXHIBITS AND DEFENDANTS OBJECTIONS

## EXHIBITS PLAINTIFF EXPECTS TO USE AT TRIAL

| Ex. No. | Begin Bates | End Bates | Date | Description | Previously Marked | US Objections |
|---|---|---|---|---|---|---|
| 120 | RSM-F 026100 | RSM-F 026164 | 01/00/2002 | Egan Ownership and Organizational Charts | Govt. Ex. 4100 | |
| 121 | 010985 | 011115 | 3/8/2002 | Sidley Austin opinion letter regarding FICA A Fund | Govt. Ex. 2218 | |
| 122 | 042244 | 042292 | 4/5/2002 | Proskauer opinion letter regarding High Tech | | |
| 123 | 010650 | 010675 | 10/5/2001 | ISDA Master Agreement between Refco and Fidelity World Currency Advisor A Fund, LLC | | |
| 124 | 014148 | 014157 | 12/31/2001 | Refco Customer Statement; Account Number: 006476-00000; Fidelity World | | |
| 125 | 000985 | 000995 | 12/31/2001 | Refco Customer Statement; Account ID 006477-00000; FICA A Fund | | Authenticity; incomplete (this is part of a fax dated 2/5/02) |
| 126 | 052749 | 052773 | 8/14/2002 | 2001 Form 1065 Return of Partnership Income for MEE Holdings LP | | |
| 127 | 057842 | 057842 | 12/31/2001 | 2001 Form 1099-Misc issued to M.E. Egan by EMC Corporation | | |
| 128 | 011462 | 011476 | 8/17/1998 | Letter to J. Reiss from A. Moeder attaching PowerPoint presentation | | Relevancy |
| 129 | 011459 | 011461 | 11/23/1998 | Letter to J. Reiss from A. Moeder with attachments | | Relevancy |
| 130 | 036039 | 036039 | 5/2/2000 | E-mail form J. Reiss to S. Denby | | |
| 131 | 011568 | 011602 | 5/11/2000 | Fax from B. Lipschultz to S. Denby enclosing PowerPoint presentations | Govt. Ex. Denby 06 | |
| 132 | 051253 | 051332 | 5/19/2000 | Memo from M. Tan to S. Denby with attachments | | |
| 133 | 011534 | 011534 | 7/25/2000 | Memo from P. Shea to file | | |
| 134 | 026188 | 026189 | 8/2/2000 | Memo from P. Shea to file from August 2, 2000 meeting | | |
| 135 | 037889 | 037892 | 8/2/2000 | Fax from R. Buesinger to S. Denby with attachments | | |

| Ex. No. | Begin Bates | End Bates | Date | Description | Previously Marked | US Objections |
|---|---|---|---|---|---|---|
| 136 | 010249 | 010275 | 8/3/2000 | Handwritten note from P. Shea enclosing presentation | | Authenticity; hearsay |
| 137 | 043422 | 043428 | 8/11/2000 | Fax from J. Schrier to P. Shea and S. Denby with attachments | | Authenticity |
| 138 | 045054 | 045102 | 8/31/2000 | E-mail from M. Sabloff to S. Denby, J. Reiss, and P. Shea, copying I. Akselrad, attaching draft opinion | Govt. Ex. 3453 | |
| 139 | 034913 | 034916 | 9/7/2000 | E-mail from M. Tan to S. Denby, P. Shea, and J. Reiss, copying P. Kampf and J. Haber, with attachment | | |
| 140 | 063607 | 063630 | 9/14/2000 | Documents relating to loan from Chase Manhattan Bank to Westship World Yachts, LLC | | Authenticity |
| 141 | 047999 | 048057 | 9/26/2000 | Draft Proskauer Rose opinion letter with handwritten notes | | |
| 142 | none | none | 11/16/2000 | EMC SEC Filings (Form S-3) | | Authenticity |
| 143 | KPMG-F-020-1339 | KPMG-F-020-1341 | 12/13/2000 | Letter from B. Rivotto to J. Reiss | | |
| 144 | 048770 | 048770 | 12/21/2000 | E-mail string from J. Reiss to C. Fiddy, copying P. Shea and S. Denby | | Incomplete; substitute Tr. Ex. 664 at HT000759 |
| 145 | 024749 | 024750 | 1/15/2001 | E-mail string from R. Egan to C. Fiddy and P. Shea | | |
| 146 | EMC-0078 | EMC-0078 | 1/23/2001 | E-mail string from S. Permut to S. Denby | | |
| 147 | 033051 | 033052 | 1/24/2001 | Memo from P. Shea to M. Egan | DX-07 | |
| 148 | KPMG-F-018-0487 | KPMG-F-018-0487 | 1/25/2001 | Letter from T. Ryan to R. Prifti | | |
| 149 | 052714 | 052714 | 1/30/2001 | E-mail string from S. Denby to T. Stein | | incomplete; sword shield doctrine |
| 150 | 060178 | 060179 | 5/22/2001 | News article | | Hearsay |
| 151 | 011484 | 011500 | 06/00/2001 | Credit Suisse/First Boston presentation | | Relevancy |
| 152 | ALPHA019418 | ALPHA019421 | 6/12/2001 | E-mail from I. Ross to J. Haber with attachment | RB-01 | |
| 153 | 011322 | 011322 | 6/19/2001 | Letter from United States Department of State | | |

| Ex. No. | Begin Bates | End Bates | Date | Description | Previously Marked | US Objections |
|---|---|---|---|---|---|---|
| 154 | KPMGFE-0012-000251 | KPMGFE-0012-000299 | 9/7/2001 | KPMG Presentation: Egan Family Entities Tax Advantaged Investment Structures | BR-07; RP-34 | |
| 155 | 011329 | 011329 | 9/10/2001 | Letter of Resignation from R. Egan to EMC | | Incomplete; substitute 3Carruth050122 which identifies this as an email dated 9/19/01 (no date on identified bates doc) |
| 156 | KPMGZE-0007-027855 | KPMGZE-0007-027902 | 9/12/2001 | E-mail from T. Speiss to B. Rivotto and R. Prifti, copying D. Kohn and J. Eischeid, with attachments | BR-08; RP-35 | No |
| 157 | 014562 | 014566 | 9/30/2001 | Egan Master Portfolio Review for September 2001 | | Authentication |
| 158 | 024713 | 024714 | 9/30/2001 | Spreadsheet entitled "Richard J. Egan; Assets and Liabilities as of 09/30/2001" | | Authenticity; incomplete (missing 24712) |
| 159 | 010345 | 010345 | 9/30/2001 | Outstanding loan amounts for Cape Clear and Westship | Govt. Ex. 485 | |
| 160 | 058975 | 058976 | 9/30/2001 | Spreadsheet entitled "Carruth Capital LLC Managed Properties Consolidated Mortgage Debt as of September 2001" | Govt. Ex. 327; Govt. Ex. 474; Govt. Ex. 484; Govt. Ex. 770; Govt. Ex. 1519 | |
| 161 | KPMGZE-0029-000569 | KPMGZE-0029-000570 | 10/2/2001 | E-mail string from D. Fields to T. Speiss and M. Price, copying H. Belanger, B. Rivotto, R. Prifti, and J. Eischeid | BR-12 | |
| 162 | 012469 | 012469 | 10/4/2001 | E-mail string from S. Denby to T. Levato | | Authenticity |
| 163 | 050623 | 050623 | 10/4/2001 | E-mail string from P. Shea to S. Denby | | |
| 164 | ALPHA006592 | ALPHA006596 | 10/4/2001 | E-mail from R. Buesinger to T. Yorke and E. Jung with attachments | RB-08 | |
| 165 | 010324 | 010324 | 10/4/2001 | E-mail from T. Speiss to P. Shea | BR-11; RP-39 | |

| Ex. No. | Begin Bates | End Bates | Date | Description | Previously Marked | US Objections |
|---|---|---|---|---|---|---|
| 166 | 036051 | 036052 | 10/8/2001 | E-mail string from S. Denby to P. Shea | Govt. Ex. Denby 36 | Incomplete redacted copy; sword shield doctrine |
| 167 | 020235 | 020255 | 10/9/2001 | E-mail from R. Buesinger to P. Shea, copying J. Haber, T. Speiss, and S. Denby, with attachments | | Authenticity |
| 168 | 020258 | 020259 | 10/9/2001 | E-mail from R. Buesinger to P. Shea, T. Speiss, and J. Haber with attachment | | Authenticity |
| 169 | 023597 | 023598 | 10/9/2001 | E-mail from R. Buesinger to P. Shea, copying T. Speiss and J. Haber, with attachment | | Authenticity |
| 170 | 019779 | 019779 | 10/15/2001 | E-mail from C. Fiddy to M. Egan, copying D. Henry and P. Shea | | Authenticity; hearsay |
| 171 | HT007371 | HT007371 | 10/16/2001 | Handwritten memo from T. Stein to R. Egan | Govt. Ex. 3746 | Hearsay |
| 172 | HT007374 | HT007374 | 10/16/2001 | Memo from S. Denby to file | | Hearsay |
| 173 | 020233 | 020234 | 10/19/2001 | E-mail from R. Buesinger to P. Shea, C. Fiddy, and J. Haber with attachment | RB-12 | |
| 174 | 010128 | 010128 | 10/22/2001 | FICAA Fund Corporate Resolution | | Authenticity |
| 175 | 045235 | 045235 | 10/22/2001 | E-mail from J. Reiss to T. Speiss, copying J. Haber, P. Shea, and S. Denby | | |
| 176 | KPMG-F-011-0125 | KPMG-F-011-0125 | 10/22/2001 | E-mail string from T. Speiss to B. Rivotto and R. Prifti | DX-34 | |
| 177 | KPMGFE-0012-001752 | KPMGFE-0012-001752 | 10/24/2001 | E-mail from T. Speiss to T. Speiss and J. Haber, copying B. Rivotto and R. Prifti | RP-40 | Relevance |
| 178 | 019611 | 019613 | 11/2/2001 | E-mail from J. Haber to C. Fiddy, P. Shea, M. Egan, copying S. Mahoney, T. Speiss, and S. Denby, with attachment | | |
| 179 | HT000110 | HT000133 | 11/14/2001 | Agreement of Limited Partnership of MEE Holdings LP | | |
| 180 | HT000137 | HT000138 | 11/14/2001 | Formation documents for MEE Holdings LP | | |

| Ex. No. | Begin Bates | End Bates | Date | Description | Previously Marked | US Objections |
|---|---|---|---|---|---|---|
| 181 | EMC-0169 | EMC-0173 | 11/27/2001 | Letter from B. Lefkowitz to R. Egan | | |
| 182 | 011132 | 011133 | 11/29/2001 | Signed Contribution Agreement for FICA A Fund | Pl.'s Ex. No. 2 | No |
| 183 | 011366 | 011366 | 12/4/2001 | Letter from Mariner Horizon 6A, LLC to FICA A Fund | | Relevancy |
| 184 | 013789 | 013789 | 12/4/2001 | Summary of FICA A Fund Euro and Yen option trades | | Authentication |
| 185 | 011535 | 011537 | 12/18/2001 | Memo to file from P. Shea | | Authenticity |
| 186 | 037205 | 037208 | 12/20/2001 | KPMG Engagement Letter from T. Speiss to P. Shea | | |
| 187 | 025387 | 025387 | 12/26/2001 | Wire Transfer Request | | |
| 188 | 030245 | 030251 | 12/31/2001 | Monthly Goldman Sachs bank statement for High Tech | | |
| 189 | 030420 | 030426 | 12/31/2001 | Monthly Goldman Sachs bank statement for High Tech | | |
| 190 | 002593 | 002593 | 2/12/2002 | Letter from J. Haber to P. Shea, copying S. Denby, T. Speiss, and I. Akselrad | | Incomplete (include closing binder 2594 to 2934) |
| 191 | 047089 | 047089 | 2/13/2002 | E-mail from J. Mavrikos to M. Egan | | Relevance |
| 192 | 012644 | 012774 | 2/22/2002 | Draft Sidley Austin opinion letter regarding FICA A Fund | | |
| 193 | 012775 | 012905 | 2/22/2002 | Draft Sidley Austin opinion letter regarding FICA A Fund | | |
| 194 | 045584 | 045584 | 2/25/2002 | E-mail from T. Speiss to P. Shea | | |
| 195 | PR(EGAN)0024412 | PR(EGAN)0024412 | 2/25/2002 | E-mail from M. Swiader to O. Tilevitz | Govt. Ex. 3403 | |
| 196 | 048120 | 048170 | 2/26/2002 | Draft Proskauer opinion letter regarding High Tech with handwritten notes | | Authenticity |
| 197 | PR(EGAN)0024359 | PR(EGAN)0024411 | 00/00/2002 | Draft Proskauer opinion letter regarding High Tech | Govt. Ex. 3439 | |

| Ex. No. | Begin Bates | End Bates | Date | Description | Previously Marked | US Objections |
|---|---|---|---|---|---|---|
| 198 | 036056 | 036056 | 3/1/2002 | E-mail string from S. Denby to P. Shea | | Incomplete; sword shield (No objection so long as unredacted copy is used produced as 15CArruth036056) |
| 199 | 023748 | 023749 | 3/7/2002 | Draft investor representations | Govt. Ex. 567 | Incomplete; substitute 1BWMS00042 to 44 (Tr. Ex. 1655) |
| 200 | ALPHA004567 | ALPHA004588 | 3/11/2002 | E-mail from R. Buesinger to J. Haber with attachments | RB-07 | |
| 201 | 012906 | 012916 | 3/12/2002 | E-mail from T. Speiss to S. Denby with attachment | | |
| 202 | 020853 | 020862 | 3/13/2002 | E-mail from T. Speiss to P. Shea with attachment | | |
| 203 | 050622 | 050622 | 3/20/2002 | E-mail string from S. Denby to P. Shea | | |
| 204 | KPMGZ05830077 | KPMGZ05830079 | 3/20/2002 | Draft memorandum from M. Odoy and H. Belanger to B. Lipschultz | | Relevance |
| 205 | 038561 | 038562 | 3/21/2002 | E-mail from T. Speiss to S. Denby | | Authenticity |
| 206 | KPMG-F-012-0894 | KPMG-F-012-0895 | 3/21/2002 | E-mail string from B. Lipscultz to T. Speiss, copying S. Spruck | | |
| 207 | 037334 | 037334 | 3/25/2002 | Letter from J. Haber to P. Shea, copying S. Denby | | Incomplete - missing enclosure |
| 208 | 002448 | 002476 | 4/3/2002 | Fax from T. Speiss to R. Prifti with attachments | | |
| 209 | 037428 | 037430 | 4/3/2002 | Fax from J. Haber to S. Denby with attachment | | |
| 210 | 047272 | 047373 | 4/3/2002 | E-mail from J. Haber to S. Denby, copying P. Shea, with attachment | | |
| 211 | 057400 | 057408 | 4/4/2002 | Fax from S. Denby to J. Haber and P. Shea with attachments | | |
| 212 | BWMS04085 | BWMS04090 | 4/8/2002 | Fax from S. Denby to E. Jung with attachments | | |
| 213 | 025395 | 025395 | 4/9/2002 | Wire Transfer Request | | |
| 214 | 058445 | 058445 | 4/11/2002 | Wire Transfer Request | | |
| 215 | 045520 | 045520 | 4/15/2002 | E-mail from S. Denby to P. Shea, copying J. Haber and M. Tan | | |

| Ex. No. | Begin Bates | End Bates | Date | Description | Previously Marked | US Objections |
|---|---|---|---|---|---|---|
| 216 | BWMS04077 | BWMS04082 | 4/18/2002 | Fax from P. Shea to S. Denby with attachments | Govt. Ex. 3437 | |
| 217 | 038688 | 038688 | 6/26/2002 | E-mail from T. Speiss to S. Denby | | |
| 218 | 044981 | 044981 | 6/26/2002 | E-mal from T. Speiss to J. Reiss and R. Prifti, copying W. Connolly | | |
| 219 | KPMGFE-0012-001855 | KPMGFE-0012-001855 | 7/18/2002 | E-mail from T. Speiss to R. Prifti and W. Connolly | RP-47 | |
| 220 | 058372 | 058372 | 7/26/2002 | E-mail from R. Egan to E. Connors, M. Seaver, T. Ryan, J. Romagosa, and D. Mero, copying M. Egan, P. Shea and J. Reiss | | |
| 221 | 037228 | 037232 | 8/14/2002 | Fax from W. Connolly to P. Shea with attachments | | |
| 222 | 045317 | 045318 | 8/23/2002 | E-mail from W. Connolly to P. Shea with attachment | | |
| 223 | RSM-F 026250 | RMS-F 026252 | 9/12/2002 | Engagement letter from RSM McGladrey to Carruth | RW-8 | |
| 224 | 037267 | 037267 | 9/13/2002 | Memo from P. Shea to M. Egan, R. Egan, and J. Egan | | |
| 225 | HT002412 | HT002412 | 12/4/2002 | E-mail from P. Shea to W. Connolly, T. Speiss, and R. Prifti | | Not produced timely |
| 226 | 026790 | 026790 | 12/31/2002 | Spreadsheet entitled "FHTA A Fund LLC; Sales Verified From Confirms Received Through 12/31/2002" | | |
| 227 | HT001157 | HT001165 | 12/31/2002 | EMC Stock Ownership - 2002 | | Authenticity |
| 228 | 047166 | 047166 | 2/4/2003 | E-mail from D. Henry to J. Irvin and M. Egan, copying R. Calkins and P. Shea | | Relevance |
| 229 | 050413 | 050429 | 4/15/2003 | Documents relating to Rampart Investment Management | | Relevance |
| 230 | 050521 | 050522 | 4/22/2003 | E-mail from D. Henry to M. Egan and R. Calkins | | Relevance |
| 231 | 049340 | 049349 | 5/1/2003 | E-mail from J. Bordeau to M. Egan and D. Henry, copying J. Leach, with attachment | | Relevance |

| Ex. No. | Begin Bates | End Bates | Date | Description | Previously Marked | US Objections |
|---|---|---|---|---|---|---|
| 232 | 042554 | 042737 | 10/15/2003 | 2002 Form 1040 for R. and M.E. Egan | | |
| 233 | 029207 | 029209 | 12/31/2003 | High Tech Balance Sheet | | Authenticity (dated10/25/05); relevance |
| 234 | HT000078 | HT000078 | 3/31/2004 | Balance Sheet for MEE Holdings LP | | Relevance; authenticity |
| 235 | 046501 | 046502 | 8/25/2004 | Memo from RSM McGladrey to M. Seaver | RW-14 | No - Duplicate of attachment to 59 |
| 236 | 029229 | 029230 | 12/31/2004 | High Tech Balance Sheet | | Authenticity (dated10/25/05); relevance |
| 237 | 12IRS00058 | 12IRS00154 | 4/25/2005 | Memo to D. McSweeney from L. Garrard with attachments | | Hearsay; lack of foundation |
| 238 | 046305 | 046309 | 5/10/2005 | Written Consent of the Majority Voting Interest of the Members of FICA A | | Relevancy; authenticity; prepared in anticipation of litigaiton |
| 239 | 023772 | 023772 | 6/3/2005 | Spreadsheet entitiled "Cape Clear LLC Analysis of Lease Payments - GIV; Libor Vs Base Rate Inception to 12/31/2003" | | Relevancy; authenticity; prepared in anticipation of litigaiton |
| 240 | HT007517 | HT007518 | 1/17/2006 | E-mail from J. Reiss to M. Egan with attachment | | Relevancy; authentication; prepared in anticipation of litigaiton |
| 241 | 9IRS0002 | 9IRS0003 | 5/26/2006 | Letter from L. Ellison to L. Garrard | | Hearsay; lack of foundation |
| 242 | OPA008252 | OPA008261 | 9/22/2006 | Expert Witness Contract for G. Rausser | | |
| 243 | | | 1/24/2007 | Petition in Egan v. Comm'r, No. 2088-07 (filed Jan. 24, 2007 T.C.) | | Relevancy |
| 244 | | | 4/11/2007 | Decision in Egan v. Comm'r No. 2088-07 (filed Apr. 11, 2007 T.C.) | | Relevancy |
| 245 | TBGHT005589 | TBGHT005591 | 2/22/2008 | Fax from S. Yates to Gordon Rausser with attachment | GR-7 | |
| 246 | | | 00/00/2008 | J. Korins Biography | JK-03 | |
| 247 | | | 00/00/2008 | R. Unger Biography | RU-02 | |

9

| Ex. No. | Begin Bates | End Bates | Date | Description | Previously Marked | US Objections |
|---|---|---|---|---|---|---|
| 248 | KPMGZE-0005-016974 | KPMGZE-0005-017199 | 11/00/2001 | KPMG Risk Management Manual - Global, November 2001 | | Relevancy |
| 249 | KPMGZE-0005-230322 | KPMGZE-0005-230328 | 5/19/2000 | KPMG Personal Financial Planning brochure | BR-05; KPMG-4 | Relevance |
| 250 | KPMGZE-0007-020080 | KPMGZE-0007-020082 | 8/24/2000 | E-mail string from D. Ammerman to J. Eischeid | BR-19 | No |
| 251 | KPMG-F-013-1978 | KPMG-F-013-1985 | 10/3/2003 | Kronish Lieb Inter-Office Memo from C. Massengill and A. Sellman to files | | Relevance; hearsay |
| 252 | KPMGZE-0005-044473 | KPMGZE-0005-044473 | 10/7/1999 | E-mail from J. Eischeid to C. Steadman, copying L. DeLap and D. Brockway | KPMG-36 | Incomplete - missing attachment |
| 253 | 6RCM-FID-007371 | 6RCM-FID-007374 | 9/19/2001 | E-mail string from T. Yorke to T. Yorke with attachment | Govt. Ex. 1019 | Same as Tr. Ex. 1016 at 6RCM-FID007375-7378 |
| 254 | SIDL260756 | SIDL260758 | 3/28/2002 | Draft of Outline of S,A,B&W Opinion Review Policy | JA-11; Govt. Ex. 1245 | No |
| 255 | | | 00/00/2004 | Article: Putting Data to Work | | Relevancy; hearsay |
| 256 | OPAHT000273 | OPAHT000292 | 3/31/2007 | Invoices for services provided by OnPoint Anayltics | GR-13 | |
| 257 | TBGHT005575 | TBGHT005588 | 4/5/2007 | Expert Witness Contract for OnPoint Analytics | GR-5 | |
| 258 | OPA008268 | OPA008319 | 4/11/2007 | Invoices for services provided by OnPoint Anayltics | | |
| 259 | OPA000024A | OPA000024A1 | | Confidentiality Agreement for Expert Witness G. Rausser | | Relevance |
| 260 | | | 10/30/2007 | Def.'s Resp. to Pl.'s Req. for Admission in FICA A Fund | | |
| 261 | | | 4/10/2008 | Def.'s Resp. to Pl.'s First Set of Req. for Admission in High Tech | | |
| 262 | | | 1/8/2008 | Def.'s Resp to Pl.'s Second Set of Req. for Admission in FICA A Fund | | |
| 263 | | | 5/12/2008 | Def.'s Resp. to Pl.'s Second Set of Req. for Admission in High Tech | | |

| Ex. No. | Begin Bates | End Bates | Date | Description | Previously Marked | US Objections |
|---|---|---|---|---|---|---|
| 264 | 1IRS0807 | 1IRS0821 | 4/6/2005 | Notice of Final Partnership Administrative Adjustment for FICA A Fund (year ending 12/31/01) | | |
| 265 | 13IRS00016 | 13IRS00028 | 4/26/2006 | Notice of Final Partnership Administrative Adjustment for FICA A Fund (year ending 12/31/02) | | |
| 266 | 01IRS-HT-000001 | 01IRS-HT-000013 | 10/13/2006 | Notice of Final Partnership Administrative Adjustment for High Tech (year ending 12/21/01) | | |
| 267 | 01IRS-HT-000062 | 01IRS-HT-000076 | 10/13/2006 | Notice of Final Partnership Administrative Adjustment for High Tech (year ending 12/31/02) | | |

**COMPILATION EXHIBITS PLAINTIFF EXPECTS TO USE AT TRIAL**

| Ex. No. | Bates ranges within compilation | Docdate | Doctitle | Previously Marked | Defendant's Objection |
|---|---|---|---|---|---|
| 268 | 059523-059530; 037603-037604 | 7/17/2000 | Fax from Stephanie Denby to J. Reiss and P. Shea with attachments | | 059523-059530 was produced 9/19/07 after the close of discovery in FICAA; 037603-037604 is incomplete and lacks foundation |
| 269 | 045367-045369; 049884-049885 | 9/14/2000 | E-mail from I. Ross to P. Shea with attachments | | 045367-045369 is incomplete; 049884-049885 is also Tr. Ex. 580 |
| 270 | HELIOS 05379-HELIOS05380; HELIOS05358-HELIOS05359 | 10/22/2001 | Trade Confirms for FICA A Fund and Fidelity World | Gov't Ex. 1011 | Helios 05379-5380 (none - same as Tr. Ex. 1179); Helios 05358-5359 (objection as to characterization; not complete) |

| Ex. No. | Bates ranges within compilation | Docdate | Doctitle | Previously Marked | Defendant's Objection |
|---|---|---|---|---|---|
| 271 | 050619-050621; 012381-012391 | 8/7/2002 | Fax from S. Denby to T. Speiss with attachments | | Authenticity - 050619-050621 is not complete, missing enclosure; 012381-012391 is a marked copy of a draft dated 7/3/102 produced by Egan, not KPMG or BWMS |
| 272 | | various | All documents submitted to or issued by the Irish High Court in the Matter of the Foreign Tribunals (Evidence) Act 1856 and in the Matter of Civil Proceedings before the United States District Court for the District of Massachusetts entitled Fidelity International Currency Advisor A Fund L.L.C v. United States of America | | Not identified timely; properly or clearly - reserve all objections |
| 273 | | various | News articles relating to EMC and the technology industry from 2000 - 2002 | | Not identified timely; properly or clearly - reserve all objections |
| 274 | 057176; 049411-049412 | 9/28/2000 | E-mail from I. Ross to P. Shea and J. Haber with attachments | IR-3 | Agreed (includes 612; 613) |
| 275 | 023775; 023781; 023787; 023983; 021714; 015418; 023793; 023755; 024281; 023804; 023809; 023815; 023825; 023830; 023835; 043178; 011177; 011178; 015423; 015426; 015429; 015441; 015447 | 10/13/2000 | Egan Family Assets Monthly Reports 2000-2001 | | Still reviewing - these are incomplet - the monthly statements were associated documents e.g. 023775-023778; |
| 276 | | 10/9/2001 | Yorke Deposition Exhibit | TY-01 | NO |
| 277 | | 4/22/2008 | Exhibits attached to Michael Kealey's affidavit | Pl.'s Ex. No. 4 | NO |

| Ex. No. | Bates ranges within compilation | Docdate | Doctitle | Previously Marked | Defendant's Objection |
|---|---|---|---|---|---|
| 278 | 023777-023778; 023776; 023782-023784; 023789; 023790; 023788; 02379-023796; 023799-023801; HT000069 - HT000070; 023805-023806; 023811-023812; 023810; 023816-023817; 023826-023817; 023831-023832; 023836-023837; 023842-023843; 015403-015404; 015408; 024728-024929; 015419-015420 | 9/30/00 - 1/31/03 | Monthly statement of Richard and Maureen Egan assets from 9/30/00 through 1/31/03 | | |
| 279 | | various | Ivan Ross Deposition Exhibit | Govt. Ex. 1290 | |

## EXHIBITS PLAINTIFF MAY USE AT TRIAL

| Ex. No. | Begin Bates | End Bates | Date | Description | Previously Marked | Defendant's Objections |
|---|---|---|---|---|---|---|
| 280 | KPMGZE-0029-000254 | KPMGZE-0029-000261 | 7/25/2000 | E-mail string from J. Schrier to J. Eischeid with attachment | KPMG-5 | None - Same as Tr. Ex. 488 |
| 281 | KPMGZE-0023-004548 | KPMGZE-0023-004550 | 8/11/2000 | KPMG newsletter | KPMG-16 | none |
| 282 | KPMG-FE-001-017804 | KPMG-FE-001-017804 | 8/15/2000 | E-mail string from J. Eischeid to L. DeLap | KPMG-17 | None - Same as Tr. Ex. 530 |
| 283 | 1ALPHA-DISK03-013538 | 1ALPHA-DISK03-013539 | 2/8/2001 | E-mail string from T. Yorke to I. Ross | Govt. Ex. 4045 | None - Same as Tr. Ex. 746 |
| 284 | SIDL260760 | SIDL260760 | 5/2/2001 | Draft internal memo from T. Humphreys and S. Sorensen to Sidley Austin Brown & Wood tax lawyers | | Foundation; 802 |
| 285 | 1ALPHA-DISK03-000338 | 1ALPHA-DISK03-000338 | 6/8/2001 | E-mail from R. Buesinger to G. Helene, copying T. Yorke | Govt. Ex. 302 | None - Same as Tr. Ex. 905 |
| 286 | 4BRY0013451 | 4BRY0013530 | 6/13/2001 | Draft Bryan Cave opinion letter | Gov't Ex. 2388 | None - Same as Tr. Ex. 910 |
| 287 | 4BRY0013531 | 4BRY0013534 | 6/13/2001 | Draft Investor Representations | Gov't Ex. 2389 | None - Same as Tr. Ex. 911 |
| 288 | 4BRY0013449 | 4BRY0013450 | 6/18/2001 | Draft Investor Representations | Gov't Ex. 2390 | None - Same as Tr. Ex. 914 |

13

| Ex. No. | Begin Bates | End Bates | Date | Description | Previously Marked | Defendant's Objections |
|---|---|---|---|---|---|---|
| 289 | 1ALPHA-DISK03-000258 | 1ALPHA-DISK03-000264 | 7/18/2001 | E-mail from M. Tan to G. Helene and R. Buesinger, copying J. Haber and P. Kampf with attachment | Govt. Ex. 3043 | None - Same as Tr. Ex. 939 |
| 290 | KPMG-F-020-1487 | KPMG-F-020-1491 | 9/27/2001 | Signed KPMG engagement letter from T. Speiss to P. Shea | KPMG-12 | None - Same as Tr. Ex. 1971 |
| 291 | 1ALPHA-DISK03-000702 | 1ALPHA-DISK03-000703 | 10/9/2001 | E-mail from R. Buesinger to J. Haber and G. Helene with attachment | Govt. Ex. 1357 | None - Same as Tr. Ex. 1104 |
| 292 | 000804 | 000806 | 10/10/2001 | Digital Option Confirmation for Fidelity World: RCM 2001-10-09-04 | Govt. Ex. 1002 | None |
| 293 | 000808 | 000810 | 10/10/2001 | Digital Option Confirmation for Fidelity World: RCM 2001-10-09-05 | Govt. Ex. 1001 | None |
| 294 | 000378 | 000403 | 10/22/2001 | Daily Net Asset Values for Fidelity World | Govt. Ex. 1012 | None - Same as Tr. Ex. 1174 |
| 295 | 017380 | 017425 | 10/22/2001 | Signed Operating Agreement for FICA A Fund | Pl.'s Ex. No. 3 | Authenticity; back-dated document |
| 296 | 000134 | 000134 | 10/31/2001 | Termination Agreement for FICA A Fund option; RCM 2001-10-22-08 | Govt. Ex. 1017 | None - Same as Tr. Ex. 1240 |
| 297 | ALPHA016358 | ALPHA016368 | 11/5/2001 | E-mail from M. Tan to T. Levato, G. Helene, and R. Buesinger with attachments | RU-11 | None - Same as Tr. Ex. 1259 |
| 298 | KPMGFE-0012-001768 | KPMGFE-0012-001768 | 11/27/2001 | E-mail string from T. Speiss to T. Levato, T. Speiss copying J. Haber | RU-10 | None - Same as Tr. Ex. 1381 |
| 299 | HT000134 | HT000135 | 12/21/2001 | Assignment by M.E. Egan of Special Trust II-A Interest to MEE Holdings LP | | None |

| Ex. No. | Begin Bates | End Bates | Date | Description | Previously Marked | Defendant's Objections |
|---|---|---|---|---|---|---|
| 300 | HT000143 | HT000144 | 12/21/2001 | Transfer of Interest in B3 Funding LLC | | None |
| 301 | HT000145 | HT000145 | 12/21/2001 | Revised Schedule I, B3 Funding LLC | | Incomplete |
| 302 | HT000146 | HT000147 | 12/21/2001 | Acceptance of Interest in Egan Private Holdings LLC | | None |
| 303 | 021560 | 021563 | 2/5/2002 | Refco Customer Statement; Account Number: 006477-00000; FICA A Fund | RB-10 | Incomplete fax dated 2/5/02 |
| 304 | BRY.020466 | BRY.020470 | 2/14/2002 | Letter from J. Barrie to J. Taylor | JB-06 | None - same as Tr.EX 1597 |
| 305 | 1ALPHA-DISK03-034161 | 1ALPHA-DISK03-034162 | 3/15/2002 | E-mail from R. Buesinger to J. Haber and I. Ross with attachment | Govt. Ex. 370 | None - Same as Tr. Ex. 1657 |
| 306 | BRY.020872 | BRY.020950 | 3/20/2002 | Signed Bryan Cave opinion letter addressed to J. Taylor | JB-10 | None - same as Tr.EX 1682 |
| 307 | KPMGZE-0244-002764 | KPMGZE-0244-002767 | 3/21/2002 | E-mail string from A. Knott to L. DeLap, copying J. Eischeid, G. Rokoff, and J. Rosenfeld | KPMG-22 | Relevance; incomplete (missing attachment) |
| 308 | 4BRY0015174 | 4BRY0015175 | 4/4/2002 | Final Processing List | JB- 08 | |
| 309 | 1IRS0761 | 1IRS0794 | 4/15/2002 | 2001 FORM 1065 for FICA A Fund | DX-46; WC-19; DL-13; KPMG-15 | None - Same as Tr. Ex. 1828 |
| 310 | 8RCM-FID011430 | 8RCM-FID011432 | 5/22/2002 | E-mail string from M. Hoff to NY Credit RCM/RSL with attachment | Gov't Ex. 3893 | None - Same as Tr. Ex. 1860 |
| 311 | 048447 | 048447 | 6/27/2002 | E-mail string from S. Denby to P. Shea and J. Reiss | KPMG-24 | Incomplete redacted document; sword shield doctrine |

| Ex. No. | Begin Bates | End Bates | Date | Description | Previously Marked | Defendant's Objections |
|---------|-------------|-----------|------|-------------|-------------------|------------------------|
| 312 | KPMGZ04671013 | KPMGZ04671013 | 8/1/2002 | KPMG Tax Professional Practice Letter 02-04 | RP-49 | Relevance |
| 313 | KPMG-F-022-1055 | KPMG-F-022-1067 | 8/8/2002 | E-mail string from N. Galib to M. Ely, copying H. Lewis and N. Miller | KPMG-26 | None - Same as Tr. Ex. 1944 |
| 314 | 057096 | 057096 | 9/9/2002 | E-mail from R. Wainwright to P. Shea, copying P. Griggs | RW-06 | None - Same as Tr. Ex. 2003 |
| 315 | 042309, 042312 | | 9/12/2002 | Selection from 2001 Form 1040 of R. and M.E. Egan | RW-09 | Incomplete document |
| 316 | RSM-F 026509 | RSM-F 026510 | 10/22/2002 | E-mail string from R. Wainwright to L. Weiner copying T. Horne and M. Marshburn | RW-12 | None - Same as Tr. Ex. 2054 |
| 317 | 8RCM-FID057523 | 8RCM-FID057524 | 12/19/2002 | J. Behrmann resume | Gov't Ex. 3881 | None - Same as Tr. Ex. 2092 |
| 318 | RSM-HTPL 00045 | RSM-HTPL 00047 | 3/26/2003 | E-mail string from P. Lockwood to P. Murphy with attachment | | Relevancy |
| 319 | 1ALPHA-DISK04-028763 | 1ALPHA-DISK04-028763 | 5/14/2003 | E-mail string from R. Buesinger to T. Yorke regarding GRAT | Gov't Ex. 1022 | None - Same as Tr. Ex. 2171 |
| 320 | | | 2/23/2005 | New York State Bar Association - Tax Section: Report on Disclosure by Material Advisors | JB-01 | Relevancy |
| 321 | | | 7/16/2007 | Timing Uncertain For "Carried Interest" Legislation | JB-02 | Relevancy |
| 322 | | | 8/10/2007 | Fan "Leaning Towards Keeping" Bonds Ball | JB-03 | Relevancy |

16

| Ex. No. | Begin Bates | End Bates | Date | Description | Previously Marked | Defendant's Objections |
|---------|-------------|-----------|------|-------------|-------------------|------------------------|
| 323 | | | 8/20/2007 | Comments in response to Notice and Request for Comments of Form 709, United States Gift (and Generation-Skipping Transfer) Tax Return | JB-04 | Relevancy |
| 324 | | | 11/27/2007 | J. Barrie Biography | JB-05 | |

# Appendix F

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX2461 | x | | | | | FHTAA Interrogatory Responses (from 1st set): 2, 14, 15, 17-19, 22-23, 26, 31 | 4047 | none |
| EX2462 | x | | | | | FHTAA Interrogatory Responses (from 2nds et): 38-39, 46, 52, 54 | | none |
| EX2463 | x | | | | | FICAA Interrogatory Responses: 2-3, 6-12, 16, 20, 24-26, 34-41, 44 | | none |
| EX2464 | x | | | | | FHTAA Admissions: 3, 5, 6 | | none |
| EX2465 | x | | | | | FICAA Admissions: 16, 17, 23, 29, 36 | | none |
| EX0400 | x | | 1DGI-05-34-058056 | 1DGI-05-34-058074 | 11/01/98 | Engagement letter between DGI and Helios | 1283 | 802 |
| EX0401 | x | | 1DGI-09-53-104106 | 1DGI-09-53-104114 | 03/17/99 | Collaboration Agreement singed 3/17/99 between DGI and Trilogy | 1210 | 106, 802 |
| EX0405 | x | | 1DGI-05-31-050346 | 1DGI-05-31-050366 | 01/03/00 | Leham Brothers PowerPoint dated 1/3/00 entitled"DRAFT Presentation to Investor FX Investment Strategy" | 3735 | 402, 802 |
| EX0407 | x | | 4BRY0011750 | 4BRY0011756 | 01/20/00 | Fax (6 pages) from Haber to James Arnold of Bryan Cave with marketing materials for DGI | 2350 | 802 |
| EX0418 | x | | 1DGI-09-53-103029 | 1DGI-09-53-103030 | 02/15/00 | Fax dated 2/15/00 of UK Pathfinder Presented By The Diversified Group Incorporated Trilogy | | 402, 802 |
| EX0423 | x | | 4BRY0011748 | 4BRY0011749 | 03/31/00 | Fax dated 3/31/00 from Arnold to Barrie | 2351 | 802, 402 |
| EX0428 | x | | 3EGAN036039 | 3EGAN036039 | 05/02/00 | Email dated 5/2/00 from Reiss to Denby re KPMG Contact | SD02 | Joint |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX0429 | x | | 3CARRUTH050284 | 3CARRUTH050335 | 5/8/2000 | Letter dated 5/8/00 from Anchin Block & Anchin to Reiss with attached article "Tax-Efficient Investing Using Private Placement Vairable Life Insurance and Annuities" | | inaccurate compilation |
| EX0430 | x | | 2EGAN011605 | 2EGAN011605 | 05/08/00 | Email dated 5/8/00 from Remillard to Denby re "5/15/00 Meeting" | | none |
| EX0431 | x | | 3EGAN036009 | 3EGAN036009 | 05/09/00 | Email chain re "More Info Needed on 5/15/00 Meetings in NYC | SD03 | none |
| EX0432 | x | | 2EGAN025076 | 2EGAN025079 | 05/09/00 | J&G non-disclosure agreement forwarded to Richard Egan for signature at Denby's request, before meeting on Monday; | SD04, 3828 | none |
| EX0433 | x | | 2EGAN025053 | 2EGAN025053 | 05/09/00 | Letter dated 5/9/00 from Denby to Mayer | SD07 | 802 |
| EX0434 | x | | 2EGAN024835x | 2EGAN024857 | 05/09/00 | Jenkens & Gilchrist Tax Consequence of Contribution of Option Spread to Partnership or Corporation with handwriting | | none |
| EX0437 | x | | 1BWMS01086 | 1BWMS01088 | 05/10/00 | Fax (3 pages) dated 5/10/00 from Shapiro to Denby | 3824; SD05 | none |
| EX0438 | x | | 1BWMS01082 | 1BWMS01085 | 05/10/00 | Fax dated 5/10/00 from Mayer to Mike Egan | 3827 | none |
| EX0439 | x | | | | 05/10/00 | Article titled "Money Laundering Advocates Should Come Clean" by DeRosa | DFD-17 | 802 |
| EX0440 | x | | 2EGAN024949 | 2EGAN024949 | 05/11/00 | Handwritten notes (undated) | 56, JR14, GRHT02 | none |
| EX0446 | x | | 18CARRUTH036050 | 18CARRUTH036050 | 05/24/00 | Email dated 5/24/00 from Reiss to John Egan re "Meeting Tomorrow if Jack Would Like to Attend" | 3487 | none |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX0447 | x | | 2EGAN011739 | 2EGAN011739 | 05/25/00 | Meeting confirmation dated 5/25/00 re "Meeting w/ Helios, S. Denby & Jim to discuss tax reduction strategy" | | none |
| EX0461 | x | | 2EGAN011741 | 2EGAN011741 | 07/11/00 | Meeting confirmation dated 7/11/00 re "Mtg. w/ Jim Reiss & Heios [Tax Reduction Strategy]" | | none |
| EX0462 | x | | 5KPMG-FE-007-0028148 | 5KPMG-FE-007-0028149 | 07/12/00 | Chain email re SOS | 3983 | 802, 402 |
| EX0463 | x | | 5KPMG-FE-007-0061767 | 5KPMG-FE-007-0061891 | 07/14/00 | Email dated 7/14/00 from Eischeid re "Helios Opinion" with attachement | 3915 | 802 |
| EX0464 | x | | 5KPMG-FE-007-0025900 | 5KPMG-FE-007-0025901 | 07/14/00 | Email chain re "KPMG summary of strategy variations" | 3918 | 802 |
| EX0465 | x | | 2CARRUTH048202 | 2CARRUTH048204 | 07/17/00 | Handwritten notes dated 7/17 | 406, Rausser HT61 | 802 |
| EX0466 | x | | 1CARRUTH043799 | 1CARRUTH043800 | 07/17/00 | Handwritten notes | 3856 | 802 |
| EX0467 | x | | 1CARRUTH043180 | 1CARRUTH043211 | 07/17/00 | Handwritten notes | | 802 |
| EX0468 | x | | 2EGAN011539 | 2EGAN011542 | 07/18/00 | Handwritten notes | 300, 3836, GRHT21 | 802 |
| EX0469 | x | | 1BWMS02745 | 1BWMS02745 | 07/18/00 | Memo entitled "Tax reduction strategy - Items to discuss with Helios Meeting July 18, 2000 with handwriting | | none |
| EX0472 | x | | 1CARRUTH037254 | 1CARRUTH037254 | 07/19/00 | Handwritten notes | | 802 |
| EX0473 | x | | 15CARRUTH036014 | 15CARRUTH036014 | 07/19/00 | Handwritten notes dated 7/19/00 re "Call to John Schrier" re Helios" | 2490 | none |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX0478 | x | | 1CARRUTH038232 | 1CARRUTH038232 | 7/20/2000 | Memo dated 7/20/00 from Denby to Tan and Schirer re "Entities for Capital Gains Elimination" | | none |
| EX0484 | x | | 5KPMG-FE-007-0025908 | 5KPMG-FE-007-0025908 | 07/21/00 | Chain email re "Helios" | 2491, KPMG39 | none |
| EX0487 | x | | 5KPMG-FE-007-0167326 | 5KPMG-FE-007-0167327 | 07/24/00 | Email dated 7/24/00 from Kohn to Speiss re "Information Needed for EIF Forms" | 3919 | 802, FR |
| EX0488 | x | | 5KPMG-FE-007-0031058 | 5KPMG-FE-007-0031065 | 07/25/00 | Email chain re "Egan" | KPMG05 | 802; Bates number does not match exhibit number |
| EX0489 | x | | 1HT001271 | 1HT001271 | 07/25/00 | Memo from Shea to Dick, Mike & Jack Egan re "7/25/00 Meeting" | 3837 | none |
| EX0490 | x | | 4CARRUTH050616 | 4CARRUTH050616 | 07/26/00 | Memo from Shea to Mike hand dated 7/26/00 [partially redacted] | 420 | 802 |
| EX0491 | x | | 2CARRUTH048205 | 1CARRUTH048207 | 07/27/00 | Handwritten notes dated 8/3/00 re Invesment Meeting | RAUSSER HT 61 | 802 |
| EX0492 | x | | 1CARRUTH043517 | 1CARRUTH043539 | 07/31/00 | Email cain re "HSBC Docs" with attachment | 3200 | none |
| EX0494 | x | | ALPHA1_PRIV000035 | ALPHA1_PRIV000035 | 08/01/00 | Email dated 8/1/00 from Haber to Fasulo re "Form Single Member LLC Agreements" | | 802, 106 |
| EX0495 | x | | 2EGAN031575 | 2EGAN031581 | 08/01/00 | Email dated 8/1/00 from Schirer to Shea re "Revised draft Engagement Letter" with attachment | 631 | 802 |
| EX0496 | x | | 2EGAN024806 | 2EGAN024807 | 08/01/00 | Handwritten notes (undated) | 414, 436, GRHT30 (part) | 802 |
| EX0497 | x | | 19CARRUTH072289 | 19CARRUTH072291 | 08/01/00 | Handwritten notes | | 802 |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX0498 | x | | 19CARRUTH072289 | 19CARRUTH072291 | 8/1/00 | Handwritten notes (undated) | | 802 |
| EX0501 | x | | 2EGAN029257 | 2EGAN029257 | 08/02/00 | Handwritten notes dated 8/2/00 | 3838 | 802 |
| EX0502 | x | | 1BWMS01880 | 1BWMS01881 | 08/02/00 | Memo dated 8/2/200 from Sheal to File re "Recap of meeting 8-2-2000 Investment Planning issues" | 578, 3106 | none |
| EX0505 | x | | 2EGAN032095 | 2EGAN032096 | 08/03/00 | Email chain re "QQQ's-8-2-00-Example-#2.xls" | 3514 | none |
| EX0506 | x | | 2EGAN026609 | 2EGAN026609 | 08/03/00 | Handwritten notes (undated) | | 106, 802 |
| EX0507 | x | | 2EGAN035182 | 2EGAN035182 | 08/07/00 | Letter dted 8/7/00 from HSBC to Shea and Denby | 3550 | 106 |
| EX0508 | x | | 2EGAN011917 | 2EGAN011922 | 08/07/00 | Letter dated 8/7/00 from KPMG to Richard Egan | 3921 | 802 |
| EX0509 | x | | 1CARRUTH038228 | 1CARRUTH038228 | 08/07/00 | Memo dated 8/7/00 from Denby re Entities for Capital Loss Structure | DL-54 | none |
| EX0510 | x | | 1BWMS02986 | 1BWMS02989 | 08/07/00 | HSBC Investor Questionaire | 3551 | 106, 802 |
| EX0513 | x | | 1ALPHA-DISK03-008961 | 1ALPHA-DISK03-008962 | 08/09/00 | Email chain re "Call Spread - Digital Option Trades" | 3246 | 802, 402 |
| EX0514 | x | | 2EGAN027865 | 2EGAN027865 | 08/10/00 | Memo re "Helios Investment Strategy To Do" undated | 4500 | 802 |
| EX0515 | x | | 1CARRUTH043488 | 1CARRUTH043494 | 08/10/00 | Fax (7 pages) dated 8/10/00 from Denby to Shea | 3552 | none |
| EX0516 | x | | 1BWMS03555 | 1BWMS03555 | 08/10/00 | Fax (page 3 of 3 pages) dated 8/10/00 with handwriting | 3694 | 106, 802 |
| EX0517 | x | | 1BWMS02893 | 1BWMS02896 | 08/10/00 | Memo dated 8/10/00 from Carlson to Arce re "Fidelity High Tech Option A Fund, LLC" with attachment | 44 | none |
| EX0518 | x | | 6CARRUTH057583 | 6CARRUTH057583 | 08/11/00 | Boston Globe article dated 8/11/00 re SOB tax shelter | JR01 | none |
| EX0519 | x | | 3EGAN036660 | 3EGAN036660 | 08/11/00 | Handwritten notes dated 8/11/00 | 3840 | 802 |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX0520 | x | | 1BWMS02722 | 1BWMS02744 | 08/11/00 | Fax (23 pages) from Schrier of KPMG to Shea and Denby with copy of new regulations regarding list maintenance | 41 | none |
| EX0521 | x | | 1BWMS02698 | 1BWMS02721 | 08/11/00 | Fax (37 pages) from Mox Tan to Denby with copy of new regulations regarding list maintenace | 42 | none |
| EX0522 | x | | | | 08/13/00 | IRS Notice 2000-44 | 2053 | 802, 402 |
| EX0523 | x | | 8KPMG-F-009-00010 | 8KPMG-F-009-00011 | 08/14/00 | Email chain re "New Tax Strategies" | 5 | none |
| EX0524 | x | | 6KPMG-FE-009-0143997 | 6KPMG-FE-009-0143998 | 08/14/00 | Chain email re "SOS, etc." | 3933 | 802, 402 |
| EX0525 | x | | 6KPMG-FE-009-0102757 | 6KPMG-FE-009-0102757 | 08/14/00 | Email chain re "Monday Night Call" | 3922 | none |
| EX0526 | x | | 1BWMS03586 | 1BWMS03587 | 08/14/00 | Handwritten Note | 3695 | 802 |
| EX0529 | x | | 3EGAN036659 | 3EGAN036659 | 08/15/00 | Handwritten notes dated 8/15/00 | 3841 | 802 |
| EX0532 | x | | 7KPMG-FE-010-0005080 | 7KPMG-FE-010-0005087 | 08/16/00 | Email chain 8/16/00 from Tan to Eischied re "KPMG SOS opportunities as of 8/11/00" | 3930 | 802 |
| EX0533 | x | | 19CARRUTH072294 | 19CARRUTH072294 | 08/16/00 | Handwritten notes | | 802 |
| EX0534 | x | | 1ALPHA-DISK03-008953 | 1ALPHA-DISK03-008953 | 08/18/00 | Email dated 8/18/00 from Fink to Ross re "Pricing" | 3248A | 402, 802 |
| EX0535 | x | | 1ALPHA-DISK03-008942 | 1ALPHA-DISK03-008950 | 08/21/00 | Email dated 8/21/00 from Ross to Haber re "Pricing" | 3251 | 802 |
| EX0536 | x | | 1ALPHA-DISK03-008938 | 1ALPHA-DISK03-008941 | 08/21/00 | Email dated 8/21/00 from Ross to Haber re "Fwd: Indicative valuation" | 3250 | 402, 802 |
| EX0537 | x | | SIDL342083 | SIDL342083 | 08/22/00 | Email dated 8/22/00 from Ruble | | 802, 402 |
| EX0538 | x | | SIDL342082 | SIDL34082 | 08/22/00 | Email dated 8/22/00 from Smith to Management Committee re Tax Products Practice | | 802, 402 |
| EX0539 | x | | 1ALPHA-DISK03-008930 | 1ALPHA-DISK03-008937 | 08/22/00 | Email dated 8/22/00 from Ross to Haber re "Pricing" | 3252 | 802, 402 |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX0540 | x | | 2CARRUTH047933 | 2CARRUTH047934 | 08/23/00 | Fax (2 pages) from Shea to Denby | 428, 431, 490, 3857 | incorrect exhibit numbers |
| EX0541 | x | | 1CARRUTH043810 | 1CARRUTH043810 | 08/23/00 | Handwritten note dated 8/23 | 3858 | none |
| EX0542 | x | | 1CARRUTH043477 | 1CARRUTH043477 | 08/23/00 | Memo re Conference call August 23, 200 with handwriting re Notice 2000-44 | 3857_B | 802, FR |
| EX0544 | x | | 2CARRUTH047923 | 2CARRUTH047932 | 08/29/00 | Fax (10 pages) dated 8/29/00 from Haber to Denby | 423 | none |
| EX0545 | x | | 2EGAN035217 | 2EGAN035223 | 08/31/00 | Letter dated 8/31/00  from HSBC to Shea, with attachment | 3204 | none |
| EX0547 | x | | 19CARRUTH072306 | 19CARRUTH072306 | 09/01/00 | Handwritten notes | | none |
| EX0549 | x | | 6CARRUTH057320 | 6CARRUTH057327 | 09/05/00 | Fax (8 pages) dated 9/5/00 from Haber to Denby | SD12 | none |
| EX0550 | x | | 2EGAN026452 | 2EGAN026454 | 09/05/00 | Helios Memo dated 9/5/00 from Tan to Denby re "DISCUSSION DRAFT - Implementation Steps for Purchasing Options - Capital Gains Strategy", with handwriting | 3554 | none |
| EX0551 | x | | 1BWMS00970 | 1BWMS00981 | 09/05/00 | Fax (12 pages) dated 9/5/00 enclosing secton of a Proskauer opinion relating to the contribution of ptions to an S Corp. | 43 | none |
| EX0553 | x | | 2EGAN032539 | 2EGAN032561 | 09/06/00 | Letter dated 9/6/00 from Denby to Shea enclosing LLC Agreemetn for Advisor A Fund | 4052_B | none |
| EX0554 | x | | 2CARRUTH047955 | 2CARRUTH047955 | 09/06/00 | Letter dated 9/6/00 from Denby to Shea enclosing revised resolution | 4501_A | 106 |
| EX0555 | x | | 1CARRUTH037314 | 1CARRUTH037314 | 09/06/00 | Letter dated 9/6/00 from Denby to Shea enclosing LLC Agreemetn for Advisor A Fund | 4052_A | 106 |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX0556 | x | | 1CARRUTH043835 | 1CARRUTH043837 | 09/07/00 | Consent of the Managers of Fidelity High Tech Advisor A Fund dated 9/7/00, signed by Richard Egan and Michael Egan | 3855 | none |
| EX0557 | x | | 1CARRUTH037311 | 1CARRUTH037313 | 09/07/00 | Memo dated 9/7/00 re DISCUSSION DRAFT - Implementation Steps for Purchasing Options - Capital Gains Strategy, with handwriting | 4035, DL-51 | none |
| EX0558 | x | | 1BWMS03525 | 1BWMS03526 | 09/07/00 | Counterparty Officer's Certificate for FHTIA for execution by Mike Egan on 9/7/00 | 4501_B | 802 |
| EX0559 | x | | 1BWMS03515 | 1BWMS0316 | 9/7/2000 | Draft letters to Goldman Sachs authorizing stock transfer | | 802 |
| EX0561 | x | | 2EGAN034917 | 2EGAN034920 | 09/08/00 | Email forwarding Helios Memo dated 9/8/00  to Denby re "Draft - Implementation Steps for Purchasing Options - Capiital Gains Strategy" | 3316 | none |
| EX0562 | x | | 2EGAN027864 | 2EGAN027864 | 09/08/00 | Email dated 9/8/00 from Shea to Mike Egan re "Helios deal" with handwriting | 3740 | none - FR |
| EX0563 | x | | 2EGAN026455 | 2EGAN026455 | 09/08/00 | Email dated 9/8/00 from Shea to Mike Egan re "Helios deal" | | none |
| EX0564 | x | | 1CARRUTH043392 | 1CARRUTH043394 | 09/08/00 | Memo dated 9/8/00 re DISCUSSION DRAFT - Implementation Steps for Purchasing Options - Capital Gains Strategy | 4504 | none |
| EX0566 | x | | 2EGAN026343 | 2EGAN026343 | 09/11/00 | 9/11/00 email Fiddy to Calkins | 3340 | none |
| EX0567 | x | | 1CARRUTH043395 | 1CARRUTH043395 | 09/12/00 | Email dated 9/12/00 from Tan to Reiss re "Sample QQQ Put and Call Spreads" with handwriting | | 106, |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX0569 | x | | 2EGAN031552 | 2EGAN031562 | 09/13/00 | Email dted 9/13/00 from Tan to Reiss re "Revised QQQ Put Spreads" with attachments | 3206 | none |
| EX0570 | x | | 2EGAN031550 | 2EGAN031551 | 09/13/00 | Email dted 9/13/00 from Tan to Reiss re "Revised Comparative Study" with attachments | 3207A | none |
| EX0571 | x | | 1CARRUTH043396 | 1CARRUTH043400 | 09/13/00 | Revised QQQ Put Scenarios | | 106, inaccurate compilation |
| EX0572 | x | | 1CARRUTH043391 | 1CARRUTH043391 | 09/13/00 | Revised Comparative Summary with handwriting | 3207B | 802, FR |
| EX0575 | x | | 2EGAN035642 | 2EGAN035642 | 9/14/2000 | Letter dated 9/14/00 from CARRUTH re transfer of $990,000 to HSBC for FHTOA | | none |
| EX0576 | x | | 2EGAN035156 | 2EGAN035156 | 9/14/2000 | Letter dated 9/14/00 from CARRUTH re transfer of $10,000 to HSBC for FHTIA | | none |
| EX0577 | x | | 1CARRUTH045360 | 1CARRUTH045366 | 9/14/00 | Email dated 9/14/00 from Ross to Shea re "QQQ's-20mPayoff.xls" | 4100 | none |
| EX0578 | x | | 1CARRUTH043188 | 1CARRUTH043188 | 09/14/00 | Handwritten notes | 402 | 802 |
| EX0582 | x | | SIDL476155 | SIDL476155 | 09/15/00 | Email dated 9/15/00 from Ruble to Haber re HSBC opinion | | 402, 802 |
| EX0583 | x | | 1CARRUTH045046 | 1CARRUTH045052 | 09/15/00 | email from Haber to Shea, Reiss, and Denby, with B&W Draft Rider re bilateral options discussion Notice 2000-44, DLN NYLIB1/736342/3 | 3555 | none |
| EX0584 | x | | 1BWMS02877 | 1BWMS02892 | 09/15/00 | Draft of Form S-3 for EMC re registration | 3816 | none |
| EX0585 | x | | 19CARRUTH072314 | 19CARRUTH072314 | 9/15/00 | Email from Denby to Mike dated 9/15/00 re "Opinion Letter & notice 2000-44" | | none, FR |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX0586 | x | | 1CARRUTH043401 | 1CARRUTH043402 | 09/18/00 | Email from David Henry to Fiddy and Mike Egan re correlation of QQQ vs. EMC, with attached excel file "correlation.xls" | 1504 | none |
| EX0587 | x | | 1BWMS04028 | 1BWMS04043 | 09/18/00 | Draft of Form S-3 for EMC re registration | 3818 | Joint |
| EX0588 | x | | 1BWMS04012 | 1BWMS04027 | 09/18/00 | Draft of Form S-3 for EMC re registration | 3817 | none |
| EX0589 | x | | 4BRY0013849 | 4BRY0013849 | 09/19/00 | Response by Smith to Giancana's email fo 9/19/00 | 2355 | 402, 802 |
| EX0590 | x | | 4BRY0013848 | 4BRY0013848 | 09/19/00 | Email from Giancana to Smith re call with Tilevitz | 2354 | 402, 802 |
| EX0591 | x | | 2EGAN031547 | 2EGAN031549 | 09/19/00 | Email from Haber to Shea, Reiss, Denby with Examples for 15MM payout and Comparative Summary | 3209 | none |
| EX0592 | x | | 1EGAN011501 | 1EGAN011502 | 09/19/00 | Securities Trading Policy | 4507 | none |
| EX0593 | x | | 1CARRUTH043403 | 1CARRUTH043405 | 09/19/00 | Email dated 9/19/00 from Kampf to Tan | | none |
| EX0594 | x | | 1CARRUTH037274 | 1CARRUTH037274 | 09/19/00 | Fax dated 9/19/00 re Fidelity High Tech | 3341 | none |
| EX0595 | x | | 1BWMS02902 | 1BWMS02902 | 09/20/00 | Email chain re "Proskauer" | 3698 | none |
| EX0596 | x | | 1Alpha-disk09-022350 | 1Alpha-disk09-022350 | 9/20/00 | Letter dated 9/15/00 to Haber from Alpha | 4127 | 802 |
| EX0597 | x | | ALPHA1_PRIV000089 | ALPHA1_PRIV000090 | 09/21/00 | Email dated 9/21/00 from Ross to Haber re "Memo" | 3211 | 802, 402, 106 |
| EX0598 | x | | 1DGI-04-29-047626 | 1DGI-04-29-047632 | 09/21/00 | Affidavit of Ruble in Opposition to the Motions for Summary Judgment | | 402, 802 |
| EX0599 | x | | 1DGI-04-29-047605 | 1DGI-04-29-047624 | 09/21/00 | Affirmation of Tilevitz in opposition to the motions for summary judgment | | 402, 802 |
| EX0600 | x | | 2EGAN027830 | 2EGAN027832 | 09/22/00 | Handwritten notes | 3214 | 802, inaccurate compilation |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX0601 | x | | 4BRY0012674 | 4BRY0012674 | 09/25/00 | Email dated 9/25/00 from Giancana to Barrie re "Diversified" | 2356 | 802, 402 |
| EX0602 | x | | EMC-0040 | EMC-0042 | 09/26/00 | Minutes of EMC Corporatons re Special Meeting of the Board of Directors on September 26, 2000 | 4140 | Joint, none |
| EX0603 | x | | 1CARRUTH043189 | 1CARRUTH043189 | 09/26/00 | Handwritten Note | 4104 | 802 |
| EX0604 | x | | 1BWMS04359 | 1BWMS044417 | 9/26/2000 | Draft of Proskauer opinion dated 9/26/00 re Equity Derivatives with handwriting | | none |
| EX0605 | x | | 12CARRUTH060237 | 12CARRUTH0602377 | 09/26/00 | Email dated 9/26/00 from Denby to She re "registration fee" | 3852 | none |
| EX0607 | x | | 1BWMS04418 | 1BWMS04479 | 09/26/00 | Draft of Proskauer opinion dated 9/26/00 re Equity Derivatives with redline | 3459 | none |
| EX0608 | x | | 7IRS00178 | 7IRS00180 | 09/27/00 | Email dated 9/27/00 from Fasulo to Ross with attachment | 3212 | 802, 106, |
| EX0609 | x | | 7IRS00177 | 7IRS00179 | 09/27/00 | Email from Ross to Haber re "Tax and Reulatory Matter" | 3213 | 802, 106 |
| EX0610 | x | | 1CARRUTH043406 | 1CARRUTH043406 | 09/28/00 | Email dated 9/28/00 from Ross to Shea re "NDQ Futures vs NDQ Cash" with handwriting | 425 | 106, 802 |
| EX0614 | x | | 9RCM-FID173456 | 9RCM-FID173456 | 09/29/00 | Email chain dted 9/29/00 re "Account Information" re FHTOA and FHTIA | 3992 | 802, 106 |
| EX0615 | x | | 2EGAN031540 | 2EGAN031543 | 09/29/00 | Email dated 9/29/00 from Kampf to Tan, haber, Shea and Denby re "Trade Summaries and Back-up" with attachments | | none |
| EX0616 | x | | 1HT000008 | 1HT000008 | 09/29/00 | 9/29/00 email Yorke to Ross with handwritten notes | 3216 | 802 |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX0621 | x | | 1GS000277 | 1GS000289 | 09/30/00 | Goldman Sachs Account for September 2000 for Richard J. Egan & Maureen E. Egan, TTEES, The Maureen E. Egan 1986 TR U/A Dated 5/27/86 | 3782 | none |
| EX0622 | x | | 8RCM-FID008544 | 8RCM-FID008547 | 10/03/00 | Email dated 10/3/00 from LaFuente to Dispenza (cc Behrmann) re "SP-Puts.xls" | 3883 | 402, 802 |
| EX0623 | x | | 7IRS00184 | 7IRS00186 | 10/05/00 | Email dated 10/5/00 from Fasulo to Haber re "Agreement" with attachment | 3703 | 802 |
| EX0624 | x | | 7IRS00180 | 7IRS00182 | 10/05/00 | Email dated 10/5/00 from Fasulo to Haber re "Designation Agreement" with attachment | 3702 | 802 |
| EX0625 | x | | 1BWMS03185 | 1BWMS03235 | 10/05/00 | Letter dated 10/5/00 from Denby to Shea with enclosures | 3812 | none |
| EX0626 | x | | 2EGAN035597 | 2EGAN035597 | 10/06/00 | 10/6/00 email Calkins to Ross | 3219, 3342 | none |
| EX0627 | x | | 2EGAN025055 | 2EGAN025075 | 10/10/00 | Handwritten Notes dated 10/12/00 | 723, 3834, GRHT32 | 802 |
| EX0628 | x | | 1ALPHA-DISK06-009642 | 1ALPHA-DISK06-009645 | 10/10/00 | Email dated 10/10/00 from Ross to Haber re "Teleglobe" | 3262 | 402, 802 |
| EX0630 | x | | 6CARRUTH057188 | 6CARRUTH057188 | 10/11/00 | Fax (6 pages) from Buesinger to Irvine re first set of funds sent to fund HT | 632 | 106 |
| EX0631 | x | | 2EGAN032105 | 2EGAN32105 | 10/11/00 | Email dated 10/11/00 from Fiddy to Mike Egan re "Fidelity High Tech Fund" | 3518 | 802, FR |
| EX0632 | x | | 1HT000724 | 1HT000725 | 10/11/00 | Email chain dated 10/11/00 from Irvin to Whitney re "Reutrn wire instructions" | 3343 | none |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX0633 | x | | 1CARRUTH047377 | 1CARRUTH047380 | 10/12/00 | Eamil from Schrier to Shea forwarding "IndivPSStraregy.ppt" by KPMG re Synthetic Investment Strategy | 3215 | none |
| EX0635 | x | | ALPHA1_PRIV000106 | ALPHA1_PRIV000106 | 10/17/00 | Email dated 10/17/00 from Fasulo to Haber re "Pending Matters" | 3713 | 802, 402 |
| EX0636 | x | | 1ALPHA-DISK03-012836 | 1ALPHA-DISK03-012836 | 10/23/00 | Email dated 10/23/00 from Ross to Haber re "BCE Hedge" | 3266 | 802, 402 |
| EX0638 | x | | ALPHA1_PRIV000107 | ALPHA1_PRIV000107 | 10/26/00 | Email dated 10/26/00 from Ross to Haber re BDO | 3712 | 802, 402 |
| EX0639 | x | | 8RCM-FID149013 | 8RCM-FID149014 | 10/30/00 | Email chain re "AH Hedged-Initial Trade-A.xls" | 4124 | 402, 802 |
| EX0641 | x | | ALPHA3-09275 | ALPHA3-09276 | 10/31/00 | Designation Agreement | 1274 | 802, 106, |
| EX0642 | x | | 8RCM-FID007785 | 8RCM-FID007786 | 11/02/00 | Email chain re "FW: SJG Trading LLC" | 3885_A | 802, 106 |
| EX0644 | x | | 8RCM-FID149015 | 8RCM-FID149016 | 11/06/00 | Email chain re "FW:2 Year Swap Range Digital 3 Nov. 01 attached" with attachment | 3884 | 402, 106 |
| EX0648 | x | | 1ALPHA-DISK03-012867 | 1ALPHA-DISK03-012869 | 11/15/00 | Email dated 11/15/00 from Ross to Haber re "Single Member LLCs" with attachment | 3270 | 402, 802 |
| EX0651 | x | | 1GTFID010832 | 1GTFID010833 | 11/27/00 | Memorandum dated 11/27/00 from Press re "Option Transaction Investments and stock purchase" | 1308 | 402, 802 |
| EX0653 | x | | 4SA0000106 | 4SA0000106 | 12/01/00 | Email chain dated 12/1/00 re "cure to the following problem" | | 402, 802 |
| EX0655 | x | | 1GS000314 | 1GS000327 | 12/10/00 | Goldman Sachs Account for December 2000 for Richard J. Egan & Maureen E. Egan, TTEES, The Maureen E. Egan 1986 TR U/A Dated 5/27/86 | 3780 | none |
| EX0657 | x | | 2EGAN025063 | 2EGAN025064 | 12/13/00 | Handwritten notes dated 12/13/00 | 403 | 802 |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX0659 | x | | 7KPMG-FE-010-0009584 | 7KPMG-FE-010-0009587 | 12/15/00 | Email chian re "Helios" | KPMG40A | 802 |
| EX0661 | x | | 4KPMG-FE-006-0011375 | 4KPMG-FE-006-0011375 | 12/19/2000 | Email chain dated 12/19/00 from Elgin to DeLap re "Helios: Preparing Returns for Tax Advantaged Transaction" | | 802 |
| EX0662 | x | | 3KPMG-FE-005-0021473 | 3KPMG-FE-005-0021473 | 12/19/2000 | Email dated 12/19/00 from Elgin to DeLap re "Helios: Preparing Returns for Tax Advantaged Transaction" | | 106, 802 |
| EX0664 | x | | 1HT000759 | 1HT000759 | 12/21/00 | Email chain dated 12/21/2000 re "Maureen's share and Florida Intagibles Tax" | 3103 | none |
| EX0665 | x | | 1HT000673 | 1HT000673 | 12/21/00 | Email chain dated 12/21/2000 re "Maureen's share and Florida Intagibles Tax" | 3501 | none |
| EX0666 | x | | 2EGAN025066 | 2EGAN025067 | 12/26/00 | Handwritten notes dated 12/126/00 | 3834.09 - .10 | 802 |
| EX0667 | x | | 2HT002181 | 2HT002184 | 12/28/00 | Email dated 12/28/00 from Dunn to Reiss, Shea and Fiddy re "Fidelity Transfer Year End Planning" with attachments | 3312 | none |
| EX0669 | x | | SIDL358393 | SIDL358398 | 12/31/00 | SABW opinion issued to Ira Akselrad dated 12/31/00 | | 106 |
| EX0670 | x | | | | 12/31/00 | Pamphlet that gives Capital Gains Tax rates for 2000 | | 802 |
| EX0671 | x | | | | 1/1/01 | Book 9 Jan 2001 - listing the AH trade as a net trade | 4129 | 802, 402 |
| EX0675 | x | | 3CARRUTH050430 | 3CARRUTH050430 | 01/03/01 | Memo dated 1/3/01 from Shea to File re "Tax strategy for options" endorsed by Shea | | none |
| EX0676 | x | | 2EGAN025030 | 2EGAN025030 | 01/03/01 | Memo dated 1/3/01 from Shea to File re "Tax strategy for options" | 3842 | none |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX0677 | x | | ALPHA1_PRIV000214 | ALPHA1_PRIV000214 | 01/04/01 | Email dated 1/4/01 from Fasulo to Ross re "Legal Opinin" | 3715 | 802, 402 |
| EX0678 | x | | 1CARRUTH043411 | 1CARRUTH043417 | 01/13/01 | Comparative Investment Summary hand dated 1/31/01 | 3871 | none |
| EX0681 | x | | 2EGAN024751 | 2EGAN024752 | 01/19/01 | Email dated 1/19/01 from Shea to Mike Egan re "update" | 426 | 802 |
| EX0682 | x | | EMC-0076 | EMC-0077 | 01/23/01 | Fax re stock trading window and end of restrictions re CrosStor acquistion | 4139 | none |
| EX0683 | x | | 2EGAN026234 | 2EGAN026235 | 01/23/01 | Print of Account of Egan Fidelity Hi Tech 010-29377-1 and Goldman Sachs | | 802 |
| EX0685 | x | | 1CARRUTH038268 | 1CARRUTH038269 | 01/24/01 | Memo dated 1/24/01 from Shea to Mike Egan re "Helios Trade" with handwriting | 3101; DL-52 | 106, 802 |
| EX0686 | x | | 1CARRUTH037275 | 1CARRUTH037276 | 01/24/01 | Memo dated 1/24/01 from Shea to Mike Egan re "Helios Trade" with handwriting | 3221 | 802 |
| EX0687 | x | | 1ALPHA-DISK12-000239 | 1ALPHA-DISK12-000241 | 01/24/01 | 1/24/01 email Ross to Haber forwarding excel file named "Pat Shea-r-23-01-CALLS.XLS." | 1347 | 106, 802 |
| EX0688 | x | | 1ALPHA-DISK03-013047 | 1ALPHA-DISK03-013049 | 01/24/01 | Email from Ross to Haber forwarding excel "1_Pat Shea-1-24-01.xls" | 3222 | none |
| EX0690 | x | | 4BRY0011650 | 4BRY0011650 | 01/25/01 | Eamil chain dated 1/25/01 between Giancana and Barrie re "Transaction II" | 2363 | 802, 106 |
| EX0693 | x | | 2EGAN035159 | 2EGAN035159 | 01/26/01 | Email dated 1/26/01 from Irvin to Yorke re "Refco Capital Markets Banking Instructions" | 3345 | none |
| EX0694 | x | | 2EGAN035440 | 2EGAN035445 | 01/29/01 | Email dted 1/29/01 from Haber to Shea re "Trade Summary" with attachments | 3520 | none |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX0695 | x | | 2EGAN035125 | 2EGAN035125 | 01/29/01 | Email chain re "Funds transfer - Refco Capital Markets | 3346 | 106 |
| EX0696 | x | | 1CARRUTH043476 | 1CARRUTH043476 | 01/29/01 | Memo from Shea to Mike Egan dated 1/29/00 re "Helios Trade" with handwriting | 579, 3556 (part) | none |
| EX0697 | x | | 1CARRUTH043418 | 1CARRUTH043418 | 01/29/01 | Memo from Shea to Mike Egan dated 1/29/00 re "Helios Trade" with handwriting | 580 | 802 |
| EX0698 | x | | 1CARRUTH038370 | 1CARRUTH038373 | 01/29/01 | Fax 4 pages dated 1/29/01 from Doherty to Denby | 3873 | 802 |
| EX0699 | x | | 1CARRUTH037277 | 1CARRUTH037277 | 01/29/01 | COMPARATIVE INVESTMENT SUMMARY with handwriting | 3117 | 802 |
| EX0700 | x | | 1BWMS03770 | 1BWMS03772 | 01/29/01 | Fax dated 1/29/01 including memo dated 1/24/01 from Shea to Mike Egan re "Helios Trade" with handwriting | | 106, 802 (join in Summation) |
| EX0702 | x | | 4PR-EGAN-0025803 | 4PR-EGAN-0025803 | 01/30/01 | Schedule A | 3438.1 | 802, 402 |
| EX0703 | x | | 2EGAN035446 | 2EGAN035455 | 01/30/01 | Email dated 1/30/1 from Haber to Shea re "Trade Summary" with attachments | 3521 | none |
| EX0704 | x | | 1BWMS04790 | 1BWMS04852 | 01/30/01 | Email chain re "Opinion re Diver…WPD" with attacment | 3238 | none |
| EX0705 | x | | 2EGAN035466 | 2EGAN035493 | 01/31/01 | Email dated 1/31/01 from Haber to Shea re "Trade" with attachments | 3321 | none |
| EX0706 | x | | 2EGAN035456 | 2EGAN035465 | 01/31/01 | Email dated 1/31/01 from Haber to Shea re "Trade Summary" with attachments | 3522 | none |
| EX0707 | x | | 1KPMG-f-00032347 | 1KPMG-f-00032347 | 01/31/01 | Breakdown scheduled for Fidelity High Tech Option A Fund LLC dated 1/31/01 | 4067 | none |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX0708 | x | | 1KPMG-f-00032336 | 1KPMG-f-00032336 | 01/31/01 | Breakdown schedule for Fidelity High Tech Index A Fund LLC dated 1/31/01 | 4059 | none |
| EX0709 | x | | 1GS001218 | 1GS001223 | 01/31/01 | Goldman Sachs Account statement for Fidelity High Tech Advsior A Fund for 1/1/01 to 1/31/01 | 3783 | none |
| EX0710 | x | | 1CARRUTH043415 | 1CARRUTH043417 | 01/31/01 | Print of Excel file with title Entire Trade dated 1/31/01 | 3873 | none |
| EX0711 | x | | 1CARRUTH037278 | 1CARRUTH037278 | 01/31/01 | Breakdown of trades with handwritten notes | 3118 | none |
| EX0712 | x | | 1Alpha-disk09-021301 | 1Alpha-disk09-021301 | 1/31/01 | Breakdown schedule dated 1/31/01 for High Tech | 4102 | none |
| EX0713 | x | | 19CARRUTH072321 | 19CARRUTH072321 | 1/31/01 | Email dated 1/31/01 from Shea to Mike Egan re "draft opinion letter" | | none, FR |
| EX0714 | x | | Alpha documents produced on 4/15/2008. Spreadsheet, "Refco Trade-1-31-01-trade execution.xls". | | 01/31/01 | Alpha documents produced on 4/15/2008. Spreadsheet, "Refco Trade-1-31-01-trade execution.xls". | | 901 |
| EX0718 | x | | SIDL123010 | SIDL123010 | 02/01/01 | AD FX Porfolio LLC | | 106, 402 |
| EX0719 | x | | alpha2-Z03563 | alpha2-Z03564 | 2/1/01 | Letter drafted by Buesinger for refund of excess funds contributed to Fidelity High Tech Option A [4104_A] and Fidelity High Tech Index A [4104_B] | 4104 | none |
| EX0720 | x | | 9RCM-FID173646 | 9RCM-FID173646 | 02/01/01 | Fidelity High Tech Option A Fund, LLC - 6375 | 4183 | none |
| EX0721 | x | | 4CARRUTH051688 | 4CARRUTH051688 | 02/01/01 | Officer's Certificate | 3804_A | none |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX0722 | x | | 4CARRUTH051669 | 4CARRUTH051669 | 02/01/01 | Officer's Certificate | 3804_B | none |
| EX0723 | x | | 2EGAN035126 | 2EGAN035132 | 02/01/01 | 2/1/01 email Buesinger to Irvin | 3347 | inaccurate compilation |
| EX0724 | x | | 2EGAN026344 | 2EGAN026345 | 02/01/01 | HANDWRITTEN NOTES | 3362, GRHT07 | none |
| EX0725 | x | | 1KPMG-F-00032586 | 1KPMG-F-00032600 | 02/01/01 | Daily Pricing dated for Fidelity High Tech Advrisor A Fund dated 2/12/01, 2/9/01, 2/8/01, 2/7/01; Fidelity High Tech Index A Fund dated 2/7/01, 2/6/01, 2/5/01, 2/2/01, 2/1/01; Fidelity High Tech Option A fund dated 2/7/01, 2/6/01, 2/5/01, 2/2/01, and 2/1/01 | 4044 | none |
| EX0726 | x | | 1DGI-01-08-010496 | 1DGI-01-08-010496 | 02/01/01 | Summary of Johnsons transaction | | 402, 802 |
| EX0727 | x | | 1CARRUTH045795 | 1CARRUTH045798 | 02/01/01 | EXCEL SPREADSHEET SHOWING 2001 EMC STOCK OWNERSHIP | 3513 | none |
| EX0728 | x | | 1CARRUTH037269 | 1CARRUTH037270 | 02/01/01 | Type written notes (estimated date of 2/1/01) | 521 | 802 |
| EX0729 | x | | Exel file produced by Refco named "REFCO-E-039829684.xls" | | 02/01/01 | REFCO Capital Markets Ltd. Digital Options Spreadsheet | 4181 | 802 |
| EX0732 | x | | 2EGAN035158 | 2EGAN035158 | 2/2/2001 | FHTOA and FHTIA Breakdown Schedules dated 1/30/01 with handwriting re funding and return of overfunding on 2/2/01 | | none |
| EX0733 | x | | 1CARRUTH037316 | 1CARRUTH037316 | 02/02/01 | Email from Fiddy to Shea re Helios Trade | 582 | 802 |
| EX0735 | x | | 3CARRUTH049897 | 3CARRUTH049897 | 02/06/01 | Email dated 2/6/101 from Schrier to Shea re "February 12 Meeting" | | none |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX0742 | x | | 4CARRUTH051643 | 4CARRUTH051644 | 02/07/01 | Contribution Agreement for FHTAA | 3807 | none |
| EX0743 | x | | 2EGAN027854 | 2EGAN027856 | 02/07/01 | Transfer of Interest in Fidelity High Tech Index A Fund, LLC | 3809 | none |
| EX0744 | x | | 1BWMS03451 | 1BWMS03451 | 02/07/01 | Fidelity High Tech Advisor A Fund, Revised Exhibt A (as of 2/7/01) | 3808 | none |
| EX0745 | x | | 1Alpha-disk11-000064 | 1Alpha-disk11-000064 | 2/7/01 | High Tech summary of net asset values dated 2/27/01 | 4106 | none |
| EX0746 | x | | 1ALPHA-DISK03-013538 | 1ALPHA-DISK03-013539 | 02/08/01 | Email chain re "NDX v QQQ including an alternative approach" | 1021 | 802 |
| EX0747 | x | | 1EGAN006976 | 1EGAN006982 | 02/08/01 | Daily Pricing for Fidelity High Tech Advisor A Fund on 2/8/01 | RB-16 | none |
| EX0748 | x | | 1CARRUTH047149 | 1CARRUTH047150 | 2/8/2001 | Email chain re "FW:  Cost basis for EMC, with attachments EMC Cost Basis at at 12/31/00.xls; FROM OCD-EMC Cost.pdf" | | 106 |
| EX0749 | x | | Excel file produced by Refco named "REFCO-E-043284424.xls" | | 02/08/01 | REFCO Captial Markets New Account Log produced as REFCO-E-043284424.xls, listing Fidelity High Tech Option A Fund LLC and Fidelity High Tech Index A Fund LLC as E2 accounts | 4048 | 901, 802 |
| EX0751 | x | | 1CARRUTH045899 | 1CARRUTH045899 | 02/09/01 | Email from Shea to Mike for signature of HT documents | 581 | none |
| EX0752 | x | | 2EGAN025092 | 2EGAN025093 | 02/10/01 | Email from Shea to Mike Egan | 428 | 802 |
| EX0753 | x | | 1CARRUTH045694 | 1CARRUTH045694 | 02/12/01 | Email dated 2/12/01 from Shea to Mike Egan re "trade close out" | 4194 | none |
| EX0754 | x | | 1ALPHA-DISK11-000103 | 1ALPHA-DISK11-000103 | 02/12/01 | High Tech Option A fund (6375) summary of net asset values dated 2/12/01, with header "Daily Pricing" | 3319 | 106, |
| EX0755 | x | | 1alpha-disk11-000102 | 1alpha-disk11-000102 | 2/12/01 | High Tech Option A fund (6375) summary of net asset values dated 2/12/01, with header "option trades" | 4108 | 106 |

**APPENDIX F**

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX0756 | x | | 1ALPHA-DISK11-000101 | 1ALPHA-DISK11-000101 | 02/12/01 | High Tech Index A Fund (6376) summary of net asset values dated 2/12/01, with header "Daily Pricing" | 3318 | 106 |
| EX0757 | x | | 1alpha-disk11-000100 | 1alpha-disk11-000100 | 2/12/01 | High Tech Index A Fund (6376) summary of net asset values dated 2/12/01, with header "option trades" | 4110 | 106 |
| EX0758 | x | | 14CARRUTH070734 | 14CARRUTH070752 | 02/12/01 | Digital Option Confimations | 4199 | none |
| EX0759 | x | | Excel file produced by Alpha on  4/15/2008 named "Index A Fund-trades-2-12-01.xls". | | 02/12/01 | Alpha documents produced on 4/15/2008. Spreadsheet, "Index A Fund-trades-2-12-01.xls". | | 901 |
| EX0765 | x | | 2EGAN035600 | 2EGAN035613 | 02/13/01 | Fax re Digital Option Confirmation | RB-20 | none |
| EX0767 | x | | 1CARRUTH045900 | 1CARRUTH045901 | 02/14/01 | Valentine memo from Shea to MEE and RJE re HT deal and signatures required | 928 | none |
| EX0768 | x | | 1alpha-disk03-013038 | 1alpha-disk03-013041 | 02/14/01 | Email re "Entity enters into the following four options" with attachment "1_Option-Note Structure.doc" | 1327 | 402, 802 |
| EX0770 | x | | 6KPMG-FE-009-0118254 | 6KPMG-FE-009-0118256 | 02/15/01 | Email chain re "Memo Wrt Irish co - Straddle Loss" | 3965 | 802, 402 |
| EX0771 | x | | 1CARRUTH045693 | 1CARRUTH045693 | 02/15/01 | Email dated 2/15/01 from Shea to Haber re "daily valuations" | 3557 | none |
| EX0775 | x | | 3CARRUTH049636 | 3CARRUTH049637 | 02/20/01 | Letterd dated 2/20/01 from Shea to Denby with enclosures (not included) | 3846 | none |
| EX0777 | x | | SIDL236928 | SIDL281172-SIDL281254 | 02/21/01 | Email dated 2/21/01 from Ruble to Amato re option strategy | JA02 | 802 |
| EX0779 | x | | SIDL166249 | SIDL166249 | 02/23/01 | Email dated 2/23/01 from Tilevitz to Rulbe re "partnership options" | | 802, 106, 402 |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX0780 | x | | 3CARRUTH050114 | 3CARRUTH050115 | 02/23/01 | Email from Coluci to Fiddy re RJE's exercise of his stock options | 633 | none |
| EX0782 | x | | 3IRS0461 | 3IRS0464 | 3/2/2001 | Election re FICAA to amortize Partenrship Organizational Expenses | | none |
| EX0783 | x | | 3CARRUTH049891 | 3CARRUTH049891 | 03/07/01 | Email chain re "Catching Up) | | none |
| EX0787 | x | | 7RSM-F067985 | 7RSM-F067987 | 03/12/01 | Email dated 3/12/01 from Wainwright re "Solutions Success" | 3561 | 802, 402 |
| EX0789 | x | | 6HT007372 | 6HT007372 | 03/13/01 | EMC Stock Owernship - 2001 dated 3/13/01 | 3744 | none |
| EX0792 | x | | 4SA0000304 | 4SA0000304 | 03/20/01 | Email chain re "B&W Opinion" | | 402, 802 |
| EX0797 | x | | SIDL166289 | SIDL166289 | 03/23/01 | Email dated 3/23/01 from Haber to Rulbe re "Partnership Strategy 2001 - Revised" with attachment (not included) | | 802, 402, 106 |
| EX0798 | x | | 4SA0000318 | 4SA0000318 | 03/23/01 | Email from Akselrad to Ruble and Haber re "Partnership Strategy" | | 402, 802, 106 |
| EX0799 | x | | 7IRS00310 | 7IRS00317 | 03/25/01 | Email dated 3/25/01 with subject line "Partnership strategy 2001- revised" forarding 2001 partnership Option strategy memo from Orrin to Haber | 1204 | 802, 106 |
| EX0800 | x | | SIDL166291 | SIDL166291 | 03/26/01 | Email dated 3/26/01 from Tilevitz to Ruble with attachment "partnerhsip strategy 20001-revised II.doc" | | 802, 106, 402 |
| EX0801 | x | | ALPHA1_PRIV000350 | ALPHA1_PRIV000357 | 03/26/01 | Email dated 3/26/01 from Haber to Ross re "Partnership Strategy 2001 - Revised" with attachment | 1214, 1219, 1284, JA03 | 402, 802 |
| EX0802 | x | | KPMG-F-011-0037 | KPMG-F-011-0038 | 03/28/01 | Email re Oppton deferral | 12 | 802, 402 |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX0804 | x | | SIDL284100 | SIDL284100 | 03/30/01 | Email dated 3/30/01 from Amato to Ruble re Partnership Option Strategy | JA04 | 802, 402 |
| EX0805 | x | | SIDL165842 | SIDL165842 | 03/30/01 | Email dated 3/30/01 from Ruble to Haber | | 802, 402 |
| EX0806 | x | | SIDL165839 | SIDL165839 | 03/30/01 | Email dated 3/30/01 from Ruble to haber re "Potential Client" | | 802, 402 |
| EX0807 | x | | SIDL165634 | SIDL165634 | 04/02/01 | Email dated 4/2/01 from haber to Akslerad, Tilevitz and Ruble re "Partnership Strategy Conf. Call" | | 802, 402 |
| EX0809 | x | | ALPHA1_PRIV000401 | ALPHA1_PRIV000424 | 04/04/01 | Email dated 4/4/01 from Tan to law firms re "Financial Derivatives Investment Strategy" with attachment (alpha copy) | 300 | 802, |
| EX0810 | x | | 8IRS0027 | 8IRS0050 | 04/04/01 | Email dated 4/4/01 from Tan to BDO re "Financial Derivatives Investment Strategy" with attachment (BDO copy) | 1201 | 802 |
| EX0811 | x | | 6RSM-F055476 | 6RSM-F055502 | 04/04/01 | Email dated 4/4/01 from Tan to RSM re "Financial Derivatives Investment Strategy" with attachment (RSM copy) | 1200 | 802 |
| EX0814 | x | | SIDL467068 | SIDL467068 | 04/05/01 | Email from Ruble to Tan with CC re "Financial Derivaties Investmetn Strategy", with ppt attachment (not attached) | 2214; JA05 | 802, 106, 402, |
| EX0815 | x | | sidl346503 | sidl346527 | 04/05/01 | Email forwarding "draft marketing materials for our "Financial Derivatives Investment Strategy" | 2217 | 802, |
| EX0816 | x | | SIDL345487 | SIDL345512 | 4/5/2001 | Chain email forwarding Amato copy of email dated 4/4/01 with FDIS marketing materials | 2452 | 802 |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX0817 | x | | Not in concordance | | 04/05/01 | Fees-New Transaction (marked as US Ex. 23 in Mtn to Compel DGI) | | 802, 402 |
| EX0818 | x | | Not in concordance | | 04/05/01 | Fees-New Transaction (marked as US Ex. 24 in Mtn to Compel DGI) | | 802, 402 |
| EX0819 | x | | ALPHA1_PRIV000427 | ALPHA1_PRIV000450 | 04/05/01 | Email | 40 | 802 |
| EX0820 | x | | 6RSM-F055503 | 6RSM-F055505 | 04/05/01 | Email dated 4/5/01 from Wainwright re "Diversified Mtg.- Financial Derivatives Investment Strategy" | RW02 | 802, 402 |
| EX0824 | x | | ALPHA2-Z11917 | ALPHA2-Z11917 | 04/06/01 | Email from Ross to Ron | 1328 | 802, 402 |
| EX0825 | x | | ALPHA1_PRIV000451 | ALPHA1_PRIV000451 | 04/06/01 | Email re FDIS PPT from Ruble to Barrie | 2370 | 802 |
| EX0826 | x | | SIDL0356297 | SIDL0356297 | 04/09/01 | BDO email re hazard that preferred stock could be recharacerized | | 802 |
| EX0827 | x | | sidl346528 | sidl346528 | 04/10/01 | Email dated 4/10/01 | 1205 | 802, 402 |
| EX0828 | x | | | | 04/10/01 | Email re Revisions to Idea (Mtn to Compel DGI Ex. 27) | | 402, 802 |
| EX0829 | x | | 7RSM-F068030 | 7RSM-F068033 | 04/16/01 | Email dated 4/16/01 from Wainwrigh re "Issue" | 3566 | 802, 402, |
| EX0832 | x | | 1SPEISS000056 | 1SPEIS000057 | 04/23/01 | Outline of Proposed Transaction dated 4/23/01 | | 802, 402 |
| EX0833 | x | | | | 04/23/01 | Fax (Mtn to Compel DGI Ex. 29) | | 802 |
| EX0834 | x | | SIDL346546 | SIDL346546 | 04/24/01 | Email dated 4/24/01 from Tilevitz to Ruble | | 802, 402 |
| EX0835 | x | | SIDL166333 | SIDL166333 | 04/26/01 | Email date 4/26/01 forwarding three attachments: opinion-transmittal-RJ.doc; opinion-transmittal-RJ.doc; and opinion.doc [without attachments] | 1206 | 106 |
| EX0836 | x | | SIDL166333 | SIDL166333 | 04/26/01 | partnership option | | 106 |
| EX0839 | x | | | | 04/27/01 | TOC Conclusion (Mtn to Compel DGI Ex. 33) | | 802 |
| EX0841 | x | | 5BRY0018929 | 5BRY0018929 | 04/28/01 | Handwritten Notes | | 802 |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX0842 | x | | 4BRY0011835 | 4BRY0011838 | 04/28/01 | Handwritten notes | 2369 | 402, 802, 106 |
| EX0843 | x | | 5BRY0015588 | 5BRY0015591 | 04/28/01 | Handwritten Notes | | 106, 402, 802 |
| EX0844 | x | | | | 04/29/01 | Email marked as Mtn to Compel DGI Ex. 34 | | 402, 802 |
| EX0845 | x | | 2EGAN011977 | 2EGAN011977 | 05/01/01 | Handwritten notes | 412 | 802 |
| EX0848 | x | | alpha1_PRIV000460 | alpha1_PRIV000462 | 05/07/01 | Email forwarding copy of list maintenance agreement Alpha executed in October 2000 | 1273 | 802, 402 |
| EX0849 | x | | 7IRS00354 | 7IRS00357 | 05/07/01 | Email dated 5/7/01 from Fasulo to Tilevitz re "List Maintenance Agreement" with attachment | 3705 | 802 |
| EX0851 | x | | EMC-0084 | EMC-0088 | 05/09/01 | Minutes of EMC Corporates Board of Directors Meeting dated May 9, 2001 | | none |
| EX0852 | x | | 1BWMS04060 | 1BWMS04061 | 05/09/01 | Email chain re "Shares of EMC" | 3819 | none |
| EX0853 | x | | 12CARRUTH060190 | 12CARRUTH060190 | 05/10/01 | Email chain dated 12/10/01 re Sale/purchase of EMC stock | | none |
| EX0854 | x | | EMC-0181 | EMC-0181 | 05/15/01 | Additonal Information re planned gifting of 9,674,000 EMC shares on 5/16/01 from Richard Egan to Maureen Egan. | 4142 | none |
| EX0855 | x | | 13CARRUTH065000 | 13CARRUTH065003 | 05/15/01 | Egan Registration Statement | 3820 | none |
| EX0857 | x | | 2EGAN029256 | 2EGAN029258 | 05/16/01 | Handwritten notes of Jim Reiss re Basis in Helios of 160MM "per Pat Shea" | 1322, 3112, GRHT45 | 802 |
| EX0858 | x | | 2EGAN029256 | 2EGAN029256 | 05/16/01 | Handwritten notes | 3848 | 802 |
| EX0859 | x | | 1CARRUTH043204 | 1CARRUTH043204 | 05/16/01 | Handwritten Note | 3847 | 802 |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX0860 | x | | 1CARRUTH037199 | 1CARRUTH037203 | 05/16/01 | Print of spreadsheet named "EMCsharecontrib5-16.xls" with print title "Fidelity Adivsor A Basis" | 3351 | none |
| EX0861 | x | | SIDL166341 | SIDL166341 | 05/17/01 | Email dated 5/17/01 from Tilevitz to Ruble re "partnership" with attachments | | 802, 402, 106 |
| EX0862 | x | | 1ALPHA-DISK03-013500 | 1ALPHA-DISK03-013502 | 5/17/2001 | Email dated 5/17/01 from haber to Ross and Tan re "for your review and comment" with attachment "EXAMPLE OF PRICING 5.17.01.doc", copy attached | 2469 | 802, 402 |
| EX0863 | x | | 1ALPHA-DISK03-013500 | 1ALPHA-DISK03-013502 | 05/17/01 | Email fees and expenses | 385 | 802, 402 |
| EX0864 | x | | 4BRY0015179 | 4BRY0015273 | 05/18/01 | Email forwarding draft of FDSI opinion with B&W letterhead entitled "DG Draft 4/25/01" | 2371 | 802 |
| EX0866 | x | | EMC-0100 | EMC-0100 | 05/21/01 | Opinion re filing of regisration statement Form S-3 for the purpose of registering 10,1000,000 share of EMC common for sale by certain selling stockholders of EMC | 4147 | none |
| EX0867 | x | | 1CARRUTH043205 | 1CARRUTH043205 | 05/21/01 | Handwritten notes (undated) | | 802 |
| EX0868 | x | | 1ALPHA-DISK11-000242 | 1ALPHA-DISK11-000242 | 05/21/01 | Daily Pricing for Fidelity High Tech Advisor A Fund on 5/21/01 (native format same as 1ALPHA-DISK11-000242) | 3320 | 106, 901 |
| EX0869 | x | | 13CARRUTH064998 | 13CARRUTH064998 | 05/21/01 | FW: Registration Statement | 3821 | none |
| EX0870 | x | | 13CARRUTH064997 | 13CARRUTH064997 | 05/21/01 | registration statement | 3823 | none |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX0877 | x | | EMC-0126 | EMC-0129 | 05/22/01 | Letter dated 5/22/01 forwarding fully executed indemnification agreement | 4149 | none |
| EX0878 | x | | 12CARRUTH060157 | 12CARRUTH0600161 | 05/22/01 | EMC Indemnification Agreement dated 5/22/01 for EMC stock | 3748 | none |
| EX0879 | x | | 6KPMG-FE-009-0060631 | 6KPMG-FE-009-0060632 | 05/23/01 | Email chain re "Helios Transaction" | | 402, 802 |
| EX0880 | x | | 4BRY0015287 | 4BRY0015365 | 05/24/01 | Email from Barrie to Tilevitz with BC's draft of opinion along with drafts of invetor and fund representation certificates | 2373 | none |
| EX0881 | x | | 4BRY0013564 | 4BRY0013565 | 05/24/01 | Draft of FDIS Representations dated 5/24/01 | 2376 | 802 |
| EX0882 | x | | 4BRY0013560 | 4BRY0013563 | 05/24/01 | Investor Representation Draft letter | 2375 | none |
| EX0883 | x | | 4BRY0012657 | 4BRY0012662 | 05/24/01 | FDIS design - opinion draft BC version | 2374 | 802, 106 |
| EX0884 | x | | 4BRY0011983 | 4BRY0012068 | 05/24/01 | FDIS design - opinion draft BC version | 2381 | 802, 106 |
| EX0886 | x | | ALPHA2-Z11920 | ALPHA2-Z11922 | 05/29/01 | Email forwarding outline of proposed transaction for proposed FDIS deal [this is the first, but was not implemented] (outline appears to be missing last page) | 1331 | 802, 106 |
| EX0887 | x | | ALPHA2-Z11881 | ALPHA2-Z11881 | 05/29/01 | Memo dated 5/29/01 from Buesinger to File re "Bob Fessler" | 1332 | 402, 802 |
| EX0888 | x | | 1ALPHA-DISK03-013504 | 1ALPHA-DISK03-013506 | 05/29/01 | OUTLINE OF PROPOSED TRANSACTION | 2377 | 802, 402 |
| EX0891 | x | | 1BWMS04280 | 1BWMS04280 | 05/31/01 | Email chain dated 5/31/01 re "Additonal Contribution of Shares" | 3536 | none |
| EX0892 | x | | Excel file produced by Refco named "REFCO-E-039830365.xls" | | 05/31/01 | Print of REFCO-E-039830365.xls | 4177 | 901, 802, 402 |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX0894 | x | | 19CARRUTH072308 | 19CARRUTH0723088 | 6/1/01 | Email from Denby to Shea re "funding" | | none |
| EX0897 | x | | 4BRY0012154 | 4BRY0012159 | 06/05/01 | 5/24/01 Draft Opinion | 2380 | 402, 802 |
| EX0898 | x | | 4BRY0015281 | 4BRY0015281 | 06/06/01 | Email re comments to draft Diversified Opinion | 2379 | 802 |
| EX0899 | x | | 1ALPHA-DISK03-000339 | 1ALPHA-DISK03-000341 | 06/06/01 | Email from buesinger to Yorke, Donora, Ross and Helene re "Swap colloar-ATM-Straddle-Refco.xls", with attachment | | 802 |
| EX0900 | x | | DGI-PRIV-LOG-029-002 | DGI-PRIV-LOG-029-002 | 06/07/01 | Email from Orrin Tilevitz | 2382 | 802, 901, 106 |
| EX0901 | x | | 4HT002518 | 4HT002519 | 06/07/01 | Email re Sox game | 3880 | none, |
| EX0902 | x | | 4BRY0013535 | 4BRY0013553 | 06/07/01 | Draft of FDIS operating agreement | 2383 | 802 |
| EX0903 | x | | 19CARRUTH072311 | 19CARRUTH0723112 | 6/7/01 | Email chain re "Helios" | | 106 |
| EX0905 | x | | 1ALPHA-DISK03-000338 | 1ALPHA-DISK03-000338 | 06/08/01 | Email from Buesinger to Yorke re Refco pricing | 302 | none |
| EX0906 | x | | 4BRY0012394 | 4BRY0012473 | 06/08/01 | BC Draft 6/08/01 of FDIS opinion | 2385 | 802 |
| EX0907 | x | | 1BWMS04273 | 1BWMS04274 | 06/11/01 | Email re logisitics for planned sale of FHTAA | 2485 | 802 |
| EX0908 | x | | 6RSM-F055536 | 6RSM-F0055538 | 06/12/01 | RSM McGladrey Structured Transactions Group Bulletin 2001-02 | | 802 |
| EX0909 | x | | 1DGI-02-12-017360 | 1DGI-02-12-017364 | 6/12/2001 | OUTLINE OF PROPOSED TRANSACTION FOR JAI N. GUPTA REVOCABLE TRUST | 2459.01 | 802, 106 |
| EX0913 | x | | 3LBB006336 | 3LBB006343 | 06/15/01 | 6/15/01 TILEVITZ MEMO TO FILE | 3460 | 802 |
| EX0914 | x | | 4BRY0013449 | 4BRY0013450 | 06/18/01 | Investor representations marked Draft 6/18/01 | 2390 | none |
| EX0918 | x | | 4BRY0013446 | 4BRY0013447 | 06/20/01 | Email re TIMING OF OPINIONS IN OPTION PARTNERSHIP TRANSACTIONS | 2392 | 802 |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX0919 | x | | 19CARRUTH072303 | 19CARRUTH072303 | 6/21/01 | Letter from Denby to Shea dated 6/21/01 | | 106, 802 |
| EX0920 | x | | 1GTFID005924 | 1GTFID005925 | 06/25/01 | Press 6.25.01 Outline | 1303A | 802, 106 |
| EX0921 | x | | Excel filed produced by Refco named "REFCO-E-039829898.xls" | | 06/25/01 | Customer Payable Receiveables REFCO-E-039829898.xls | 4153 | 901, 402, 802 |
| EX0924 | x | | 1GTFID005565 | 1GTFID005564 | 06/27/01 | Memo from Haber to Press forwarding FDIS marketing maerials "This is to confirm that the enclosed materials will not be distrbuted to anybody." | 1305 | 802 |
| EX0925 | x | | 1DGI-09-51-100965 | 1DGI-09-51-100965 | 06/27/01 | Memo dated 6/27/01 from Haber to Press | | 106, 402, 802 |
| EX0928 | x | | 6KPMG-FE-009-0112791 | 6KPMG-FE-009-0112792 | 07/03/01 | Email from Orrin to Bloom at KPMG re representations Ruble will require the client to make for Fessler FDIS | 2395 | 402, 802 |
| EX0929 | x | | 8RCM-FID010771 | 8RCM-FID010772 | 07/10/01 | Booking of NDX and Jpy Digitals | 2014, 2021, 3895 | 802, 402, |
| EX0930 | x | | 1SPEISS000041 | 1SPEISS000042 | 07/10/01 | Fessler Transaction - We spoke with WNT and have requested Helios to prepare and investment porfolio based upon below | | 402 |
| EX0931 | x | | 1SPEISS000039 | 1SPEISS000040 | 07/10/01 | Fessler Planning Solution We Discussed on 6/4 | | 402 |
| EX0932 | x | | KPMG-F-011-0067 | KPMG-F-011-0067 | 07/11/01 | 7/11/01 email Speiss to Rivotto and Tendler | 3966 | 802 |
| EX0933 | x | | 4BRY0013284 | 4BRY0013365 | 07/12/01 | FDIS draft opinion marked BC Draft 7/12/01 | 2396 | none |
| EX0935 | x | | KPMG-F-011-0070 | KPMG-F-011-0070 | 07/16/01 | Email from Speiss confiming he will attend meeting in Boston and EMC on 7/19/00 at 10:00 am | 15 | none |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX0939 | x | | 1ALPHA-DISK03-000258 | 1ALPHA-DISK03-000264 | 07/18/01 | Email from Mox to Helene and Buesigner re proposed trades for Schostak based on Jimmy's new version of trade summary | 1336 | 802 |
| EX0940 | x | | 4BRY0015367 | 4BRY0015367 | 07/19/01 | Email dated 7/19/01 from Barrie to Philips re "Diversified revisions" | 2398 | 802, 402 |
| EX0941 | x | | 1ALPHA-DISK06-000186 | 1ALPHA-DISK06-000187 | 07/19/01 | Re: Schostak Trade Summaries | 1360 | 402, 802 |
| EX0944 | x | | 4RCM-FID-006724 | 4RCM-FID-006730 | 07/20/01 | Email dated 7/20/01 from Buesinger to Yorke re "Refco-2YRCMT-BearishRange-20%-A.xls", with attachment | 1020 | none |
| EX0945 | x | | 1Alpha-disk03-000236 | 1Alpha-disk03-000237 | 7/20/01 | Email | 4128 | none |
| EX0949 | x | | KPMG-F-011-0069 | KPMG-F-011-0069 | 07/24/01 | Internal KPMG email re KPMG meeting set for 7/24/05 re CARRUTH Strategy mgt. | 16 | none |
| EX0950 | x | | 1DGI-01-09-012074 | 1DGI-01-09-012076 | 07/24/01 | OUTLINE OF PROPOSED TRANSACTION FOR JON B. KUTLER | 2459.02 | 802, 106 |
| EX0957 | x | | 1DGI-02-17-024851 | 1DGI-02-17-024853 | 8/2/2001 | OUTLINE OF PROPOSED TRANSACTION FOR DAVID COWAN | 2459.03 | 802, 106 |
| EX0958 | x | | 1DGI-02-11-015056 | 1DGI-02-11-015058 | 8/9/2001 | OUTLINE OF PROPOSED TRANSACTION FOR WILLIAM PALEY | 2459.04 | 802, 106 |
| EX0959 | x | | 1DGI-02-11-014628 | 1DGI-02-11-014632 | 8/9/2001 | OUTLINE OF PROPOSED TRANSACTION FOR STEVEN PALEY AND JANE ZARETSKY DYNASTY TRUST | 2459.06 | 802, 106 |
| EX0960 | x | | 1DGI-01-09-012512 | 1DGI-01-09-012514 | 08/09/01 | OUTLINE OF PROPOSED TRANSACTION FOR DOUGLAS PALEY | 4078 | 802, 106 |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX0962 | x | | KPMG-F-011-0079 | KPMG-F-011-0079 | 08/10/01 | 8/10/01 email Prifti to Poreba | 3976 | 802, 402 |
| EX0963 | x | | 6BRY0019405 | 6BRY0019436 | 08/10/01 | PCSF Draft dated 8/10/01 re 6111 and 6112 requirements for FDIS (partially redacted) | 2401 | 402 |
| EX0965 | x | | 1ALPHA-DISK01-000017 | 1ALPHA-DISK01-000028 | 08/13/01 | Email from Haber to Buesinger with Outlines of Proposed Transaction for Paley FDIS deal | 309 | 802 |
| EX0966 | x | | 1ALPHA-DISK03-000975 | 1ALPHA-DISK03-000975 | 08/14/01 | Emai dated 8/14/01 from Cohen of BDO to Ross and Buesinger | 304 | 402, 802 |
| EX0969 | x | | KPMG-F-011-0081 | KPMG-F-011-0081 | 08/15/01 | KPMG chain email dated 8/15/01 | 555 | 802 |
| EX0971 | x | | 1ALPHA-DISK03-001010 | 1ALPHA-DISK03-001013 | 08/17/01 | Email from Haber to Buesinger with Outline of Proposed Transaction for Cowan FDIS deal | 310 | 802 |
| EX0973 | x | | 1ALPHA-DISK03-000122 | 1ALPHA-DISK03-000124 | 08/22/01 | Email dated 8/22/01 from Buesinger to Cohen re "Answers to your questions" with attachment | 1343 | 802 |
| EX0974 | x | | 2KPMG-FE-004-0000494 | 2KPMG-FE-004-0000706 | 08/23/01 | RJE & MEE 2001 Form 1040 | 622 | 802 |
| EX0978 | x | | 6RSM-F055637 | 6RSM-F055641 | 08/28/01 | DGI Deferred Stock Sale Memo dated 8/28/01 from RSM | | 802 |
| EX0980 | x | | 4BRY0015370 | 4BRY0015375 | 08/29/01 | Email chain re customer lists | 2402 | 106, 402 |
| EX0981 | x | | 4BRY0011850 | 4BRY0011852 | 08/29/01 | customer list | 2400 | 802, 106 |
| EX0987 | x | | TBG002423 | TBG002425 | 09/01/01 | Overview of Trilogy Financial Products Ltd at KPMG-FE-014-112839 -  see also KPMG-FE-013-113183 | 1211 | 802, 106 |
| EX0988 | x | | 1CARRUTH045902 | 1CARRUTH045931 | 09/01/01 | Handwritten notes | | 802 |
| EX0992 | x | | 6BRY0019437 | 6BRY0019437 | 09/04/01 | Email from Orrin to Barrie re discussion with Jimmy Haber about how the strategy [FDIS] is brought to McGladrey cleints | 2403 | 802 |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX0993 | x | | 1RSM-HT000689 | 1RSM-HT000697 | 09/04/01 | designation agreement and 754 memo | 3643 | 802, 402, 106 |
| EX0994 | x | | 1EGAN005907 | 1EGAN005982 | 09/04/01 | PR draft of opinion dated 9/4/01 | | 802 |
| EX1001 | x | | 6RSM-F055632 | 6RSM-F055643 | 09/07/01 | 9/7/01 WAINWRIGHT EMAIL REGARDING DESIGNATION AGREEMENT/754 MEMO | 3468 | 802, 106 |
| EX1002 | x | | 7RSM-F070644 | 7RSM-F070644 | 09/10/01 | Section 6112 listing obiligation | | 106, 802 |
| EX1003 | x | | 1alpha-disk01-000067 | 1alpha-disk01-000067 | 9/10/01 | Email stating "can you please fax Judy Iving @ CARRUTH monthend statements for these two funds | 4112 | none |
| EX1009 | x | | KPMG-F-022-0281 | KPMG-F-022-03331 | 09/12/01 | Internal KPMG email dated 9/12/01 entilted EMC Revised FOCus Investment Program, For 9/13 meeting, forwarding four attachments, including EganInvestments913.PPT; EMCFOCusEngage.doc; EMCPre-eng.doc; and STD.TMS.Cds.doc | pBR 8 | incorrect bates number |
| EX1010 | x | | KPMG-F-011-0088 | KPMG-F-011-0088 | 09/12/01 | KPMG internal email re meeting on 9/7/01 at CARRUTH | 19 | 802 |
| EX1011 | x | | 2EGAN025094 | 2EGAN025094 | 09/12/01 | Handwritten note | 677, 2353, GRHT33 | 802 |
| EX1012 | x | | 1GTFID008071 | 1GTFID008073 | 9/12/2001 | Email chain re "Co-Investor Bios" with attachment | 2451 | 802, 106 |
| EX1013 | x | | KPMG-F-011-0085 | KPMG-F-011-0085 | 09/13/01 | KPMG memo re conference call on 9/13/01 with Rivotto, Shea; Reiss; Denby; Speiss and Wolfe | 20 | none |
| EX1014 | x | | 2Egan024808 | 2Egan024808 | 09/13/01 | Handwriting dated 9/13/01 re KPMG Conference call "150 Million of income due to option exercise in January | RAUSSER HT 30 (part) | 802 |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1015 | x | | 3CARRUTH050449 | 3CARRUTH050449 | 09/14/01 | Bricolage Presentation | | inadequate description; all objections reserved |
| EX1017 | x | | 1EGAN011522 | 1EGAN011533 | 09/17/01 | Tax Advantaged Investment Structure 9/17/01 | | 106 |
| EX1018 | x | | 2EGAN024966 | 2EGAN024977 | 09/17/01 | Email from Brian Rivotto to Jim Reiss re "Revised EMC Outline, with the attachment "EganInvestments916.ppt" | pBR09 | none |
| EX1022 | x | | 2Egan011824 | 2Egan011825 | 09/20/01 | Handwritten noted dated 9/20/01 | | 802 |
| EX1023 | x | | 2EGAN011555 | 2EGAN011560 | 09/20/01 | Handwritten notes | 400, 2376, GRHT22 | 802 |
| EX1024 | x | | 2EGAN011552 | 2EGAN011554 | 09/20/01 | Markup dated 9/20/01 of Outline of Proposed Transaction for Egan Family LLC 2001 Investment. | 451; 1506; DL09 | 802 |
| EX1025 | x | | 1BWMS03748 | 1BWMS03750 | 09/20/01 | Outline of Proposed Transaction for Egan FDIS deal | 329 | none |
| EX1026 | x | | 1BRF006688 | 1BRF006690 | 09/20/01 | Oultine of Proposed Transaction for Egan FDIS deal dated 9/20/01, with handwriting | 526 | none |
| EX1027 | x | | 1ALPHA-DISK03-002045 | 1ALPHA-DISK03-002046 | 09/20/01 | YenPut-9-20-01 -365day-Example-A.xls | 340 | 802, 402, |
| EX1031 | x | | ALPHA2-Z13373 | ALPHA2-Z13376 | 9/21/2001 | OUTLINE OF PROPOSED TRANSACTION FOR ANDREW JARMEL, BARRY G. HOYT, ANBAR, INC. | 2459.08C | 802, 106 |
| EX1032 | x | | 2EGAN012474 | 2EGAN012474 | 09/21/01 | Email chain dated 9/21/01 re "Redacted Documents" | RU04 | 802 |
| EX1033 | x | | 2EGAN012375 | 2EGAN012376 | 09/21/01 | Handwritten notes dated 9/21/01 re "Tax Advantage Investment Structure" | 453 | 802 |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1034 | x | | 2egan011783 | 2egan011802 | 09/21/01 | Email dated 9/21/01 with attachment | 552, 2390, 2391 | none |
| EX1035 | x | | 1BWMS03777 | 1BWMS03785 | 09/21/01 | Egan Family Entity Tax Advantaged Investment Structure. Contains lots of handwritten notes. | 3545; (same doc as 1305 and 452 with diff. bates) | 802 |
| EX1036 | x | | 1ALPHA-DISK05-000635 | 1ALPHA-DISK05-000635 | 9/21/2001 | STEVE PALEY/JANE ZARETSKY DYNASTY TRUST | 2463A | 802 |
| EX1043 | x | | 1HT000669 | 1HT000669 | 09/24/01 | Email chain re "Dick Egan Exercise of 6,000,000 shares" | 4152 | none |
| EX1044 | x | | 1ALPHA-DISK03-001185 | 1ALPHA-DISK03-001192 | 09/24/01 | Email from Haber to Buesinger with Outline of Proposed Transaction for Jarmel/Hoyt FDIS deal | 311 | 802, 106 |
| EX1046 | x | | 2EGAN012377 | 2EGAN012378 | 09/25/01 | Handwritten notes dated 9/25/01 | 454 | 802 |
| EX1047 | x | | 2EGAN011968 | 2EGAN011968 | 9/25/2001 | Email from Denby to Reiss, Fiddy and Shea re entities for "Helios 2" | | none |
| EX1048 | x | | 1DGI-09-53-102175 | 1DGI-09-53-102175 | 09/25/01 | Email dated 9/25/01 from Greisman re "Helios Confirmation" | | 802 |
| EX1051 | x | | ALPHA2-Z09964 | ALPHA2-Z09964 | 09/26/01 | Email re preparing Outline of Proposed Transaction for Alan Ginsberg, Catherine Pace's client in Orlando. | 3000 | 402, 802 |
| EX1054 | x | | 2RSM-F025242 | 2RSM-F025243 | 09/27/01 | Designation Agreement | | 402, 802 |
| EX1055 | x | | 2EGAN016024 | 2EGAN016026 | 09/27/01 | Outline of Proposed Transactions for Egan Family LLC 2001 Investment. Notes that contributed options projected at a $750K loss. | 3371 | none |
| EX1056 | x | | 1EGAN011351 | 1EGAN011353 | 09/27/01 | Outline of Proposed Transactions for Egan FDIS deal | 457 | none |
| EX1057 | x | | 1EGAN010325 | 1EGAN010326 | 09/27/01 | Fax cover sheet from Pat Shea to Brian Rivotto and Bob Prifti. | 49 | none |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1058 | x | | 2EGAN011976 | 2EGAN011976 | 09/28/01 | Handwritten note dated 9/28 1:27 | 680, 2452, GRHT25 (part) | 802 |
| EX1063 | x | | ALPHA2-Z12175 | ALPHA2-Z12177 | 10/1/2001 | OUTLINE OF PROPOSED TRANSACTION FOR ALAN H. GINSBURG | 2459.11 | 802, 106 |
| EX1064 | x | | ADD TO CONCORDANCE AND INPUT BATES | | 10/1/01 | Book 9 October 2001 - listing the Fidelity world trades as net trades | 4131 | 802, 901 |
| EX1065 | x | | 2EGAN018661 | 2EGAN018661 | 10/01/01 | EGAN 2001 Year end Projections list Helios fee $3,375,000 | | 802 |
| EX1066 | x | | SIDL348611 | SIDL348613 | 10/02/01 | Fax (3 pages of 4 page fax ) | 953, 2453 | 802, 106 |
| EX1067 | x | | KPMG-F-011-0093 | KPMG-F-011-0094 | 10/02/01 | email re planned 10/5/01 9:30 am Teleconference t | 25 | none |
| EX1068 | x | | 2EGAN021140 | 2EGAN021140 | 10/02/01 | Email from Stephanie Denby asking for finalized operating agreement for Fidelity Int. in order to enter into Mariner investment.; | 1507 | none |
| EX1069 | x | | 2EGAN021139 | 2EGAN021139 | 10/02/01 | Email from Pat Shea to Carol Remillard concerning Mike Egan's availability for a conference call with KPMG regarding option trades for the tax plan. | 3153 | none |
| EX1071 | x | | 1EGAN009439 | 1EGAN009440 | 10/03/01 | Email chain | 549 | none |
| EX1073 | x | | 1EGAN006409 | 1EGAN006410 | 10/04/01 | Email chain re "10/5 -9:30 am CARRUTH/EMC 2001 Investment Telecon Info" | 772 | none |
| EX1074 | x | | 1ALPHA-DISK01-000079 | 1ALPHA-DISK01-000097 | 10/04/01 | Email chain re New accounts | 3886 | none |
| EX1075 | x | | 1ALPHA-DISK01-000078 | 1ALPHA-DISK01-000078 | 10/04/01 | New RCM Accounts | 3885_C | none, |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1079 | x | | 1ALPHA-DISK03-001272 | 1ALPHA-DISK03-001278 | 10/05/01 | 10/5/01 email Haber to Levato with Outlines of Proposed Transaction for Civello and Tshcetter FDIS deals | 312 | 802, 106 |
| EX1080 | x | | 1ALPHA-DISK01-000080 | 1ALPHA-DISK01-000088 | 10/05/01 | Schedule to the Master Agreement between Refco and Fidelity International | 1026 | none |
| EX1090 | x | | ALPHA2-Z-09990 | ALPHA2-Z09995 | 10/8/2001 | OUTLINE OF PROPOSED TRANSACTION FOR CATHERINE K. GIFFEN | 2459.12 | 802, 106 |
| EX1091 | x | | 2EGAN025097 | 2EGAN025098 | 10/08/01 | Handwritten notes (undated) | 455, same as 761, 2467, 3003, 2237 | 802 |
| EX1092 | x | | 2EGAN022304 | 2EGAN022304 | 10/08/01 | Email regarding the timing of FDIS basis trades and selection of law firm, asking "have you decided on a law firm.  Choices are: Proakuer; Sidely, Bruay cave or Lord Bissell & Brook." | 1258 | none |
| EX1093 | x | | 2EGAN021035 | 2EGAN021036 | 10/08/01 | DESCRIPTIONs OF POTENTIAL 3MOS LIBOR OPTION TRADES and 10yr CMS option trades | 2504.2 | none |
| EX1094 | x | | 2EGAN012458 | 2EGAN012458 | 10/08/01 | Email chain regarding the certificates of formation for Fidelity World and Fidelity Int. in Delaware. | 432 | 802 |
| EX1095 | x | | 1DGI-02-11-015166 | 1DGI-02-11-015167 | 10/08/01 | William P. Butler, Outline of Proposed Transaction | 4077 | 802, 106 |
| EX1096 | x | | 1CARRUTH045910 | 1CARRUTH045910 | 10/08/01 | Handwritten Notes | | none |
| EX1097 | x | | 1CARRUTH043326 | 1CARRUTH043327 | 10/08/01 | Email chain re Trade Examples for FWCAA, with attachment | 2504.1 | 106, inaccurate compilation |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1098 | x | | 1ALPHA-DISK01-000246 | 1ALPHA-DISK01-000246 | 10/08/01 | Email from Buesinger re tpc with Shea | 2503 | none |
| EX1099 | x | | 18CARRUTH036051 | 18CARRUTH036052 | 10/08/01 | 10/8/01 EMAIL DENBY TO SHEA | 3486B | none |
| EX1104 | x | | 1ALPHA-DISK03-000702 | 1ALPHA-DISK03-000703 | 10/09/01 | Email from Ron to Haber and Helen re CMS-Call-Final Trade-i 0-9-01 - A.xls, attached | 1357 | Joint |
| EX1105 | x | | 2EGAN013331 | 2EGAN013373 | 10/09/01 | Email from Tom Levato giving the attachment for a revised Fidelity Int. Operating Agreement. | RU03 | none |
| EX1106 | x | | 2BWMS13327 | 2BWMS13328 | 10/09/01 | Email dated 10/9/01 from Businger to Haber re "Egan Trade" with attachment "Shea-Final Trades-10-9-01.doc" | 348 | none |
| EX1107 | x | | 1BWMS00188 | 1BWMS00208 | 10/09/01 | Email dated 10/9/01 from Buesinger to Shea re "Trade Details" attaching five files reating to trades executed by FWCAA | 350, same as 1348, 437 same as attachment to 350 | none |
| EX1108 | x | | 1ALPHA-DISK03-003045 | 1ALPHA-DISK03-003045 | 10/09/01 | Email from Ron to haber re Egan Trade, forwarding attachment "Shea-Final Trades-10-9-01.doc", describing the basis trades executed - CMS and libor | 1231 | none |
| EX1109 | x | | 1ALPHA-DISK01-000245 | 1ALPHA-DISK01-000245 | 10/09/01 | Email | 328, 1230 | 802 |
| EX1113 | x | | 1CARRUTH043272 | 1CARRUTH043272 | 10/10/01 | Email dated 10/10/01 from Fiddy | 459 | none |
| EX1121 | x | | KPMG-F-011-0113 | KPMG-F-011-0115 | 10/11/01 | Email chain dated 10/11/01 re "Capitialize Investment Management Fees - Account Change, or Sec. 212, or 263A?" | 32 | 802 |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1122 | x | | 2BRF021979 | 2BRF021981 | 10/11/2001 | JOSEPH R. FRANCIS OUTLINE OF PROPOSED TRANSACTION | 2459.17 | 802, 106 |
| EX1123 | x | | 1DGI-02-11-015577 | 1DGI-02-11-015579 | 10/11/2001 | CORPOREX REALTY AND INVESTMENT CORP. OUTLINE OF PROPOSED TRANSACTION | 2459.14A | 802, 106 |
| EX1124 | x | | 1BDO-FID007639 | 1BDO-FID007641 | 10/11/01 | Email forwarding investor fact sheet for Joe Francis | 2454 | 802 |
| EX1127 | x | | 1CARRUTH045895 | 1CARRUTH045895 | 10/12/01 | Typewritten note dated 10/12/01 entitled "Fidelity Intenational Advisor A Fund & Related Notes | 460 | none |
| EX1129 | x | | ALPHA2-Z12049 | ALPHA2-Z12050 | 10/14/01 | Email providing deal parameters for the proposed Woff, Rosenblatt, Tafeen and Scommega FDIS deals | 1361 | 802, 402 |
| EX1130 | x | | KPMG-F-017-1823 | KPMG-F-017-1837 | 10/15/01 | Maureen Egan Special Trust 2000 1041 return | 3867 | 802, 402 |
| EX1131 | x | | KPMG-F-017-1299 | KPMG-F-017-1396 | 10/15/01 | Richard Egan 2000 1040 return | 3734 | 802, 402 |
| EX1132 | x | | ALPHA3-Z02000 | ALPHA3-Z02002 | 10/15/01 | WOLFF FAMILTY TRUST OUTLINE OF PROPOSED TRANSACTION | | 802 |
| EX1133 | x | | 2RSM-F029999 | 2RSM-F030050 | 10/15/01 | 2000 Form 1040 of MEE, as originally filed | 3732 | 402, 802 |
| EX1134 | x | | 2KPMG-FE-004-0036046 | 2KPMG-FE-004-0036048 | 10/15/2001 | ROGER SCOMMENGA OUTLINE OF PROPOSED TRANSACTION | 2459.16B | 802 |
| EX1135 | x | | 1CARRUTH043327 | 1CARRUTH043327 | 10/15/01 | Fidelity International Currency Advisor A Fund, LLC; Capital Structure prepared by Fiddy at CARRUTH | 346 | 802 |
| EX1140 | x | | 2EGAN022285 | 2EGAN022290 | 10/16/01 | Email dated 10/16/01 from Haber to Speiss, Denby and Mike Egan re "Revised Outline" with attachments | 2114; 1506; DL07 | none |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1141 | x | | 1EGAN009216 | 1EGAN009219 | 10/16/01 | Email dated 10/18/01 from Haber to Buesinger re "Egan" with attachment of "Outline of Proposed Transaction Rgan 10.16.01.doc" | 30; same as 1506 and DL07, 1232 | none |
| EX1142 | x | | 1ALPHA-DISK03-000768 | 1ALPHA-DISK03-000776 | 10/16/01 | Email forwarding outlines of proposed FDIS for Giesecki and Giffen FDIS deals, with Investor Fact Sheets | 314 | 802 |
| EX1144 | x | | 2BRF021974 | 2BRF021977 | 10/17/2001 | FW:  INVESTOR FACT SHEET AND OUTLINE FOR FRANCIS 10.11.01.DOC | 2455 | 802, 106 |
| EX1145 | x | | 1HT000715 | 1HT000715 | 10/17/01 | RE:  ****Repurchasing Shares for Gardner Lewis**** | | 802 |
| EX1146 | x | | 1ALPHA-DISK03-003827 | 1ALPHA-DISK03-003828 | 10/17/01 | Attachment to email from Buesinger to Haber referenced as "trade termination summary" | 3036 | 802, 402, |
| EX1147 | x | | 1ALPHA-DISK03-003823 | 1ALPHA-DISK03-003825 | 10/17/01 | Email dated 10/17/01 from Buesinger to Haber re "Gupta Investments LLC summary of profit loss-Ron.xls" with attachment | 1393 | 802 |
| EX1149 | x | | 6KPMG-FE-009-0059342 | 6KPMG-FE-009-0059343 | 10/18/01 | Email re Outline of Proposed Transaction for Wolff FDIS deal | 386 | 802 |
| EX1150 | x | | 2EGAN011980 | 2EGAN011980 | 10/18/01 | Handwritten note re "conditions of selling out on the interest rate swap; Helios On  -  "we can stuff with more stock to get our per share basis higher that will allow us to sell shares tax free"  "dick and Maureeen contribute their interests in LLC to S corp - Section 754 alllows step up in basis to outside basis   40 share - " | 4037 | 802 |
| EX1151 | x | | 2EGAN011978 | 2EGAN011980 | 10/18/01 | Handwritten notes | 408 | 802 |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1152 | x | | 1ALPHA-DISK03-000878 | 1ALPHA-DISK03-000881 | 10/18/01 | Outline of Proposed Transaction for Wolff FDIS deal | 315 | 802 |
| EX1153 | x | | 18CARRUTH072275 | 18CARRUTH072275 | 10/18/01 | Email re "Funding of Fidelity International" | 3496 | none, |
| EX1155 | x | | ALPHA3-08996 | ALPHA3-08998 | 10/19/01 | OUTLINE OF PROPOSED TRANSACTION FOR TAYLOR DATED 10/19/01 | | 802 |
| EX1156 | x | | ALPHA2-Z08467 | ALPH2-Z08472 | 10/19/2001 | OUTLINE OF PROPOSED TRANSACTION FOR ANDREW JARMEL, BARRY G. HOYT, ANBAR, INC. | 2459.08A | 802, 106 |
| EX1157 | x | | ALPHA2-Z08292 | ALPHA2-Z08292 | 10/19/2001 | LAST PAGE OF OUTLINE OF PROPOSED TRANSACTION FOR ANBAR INC. | 2459.08B | 802, 106 |
| EX1158 | x | | 2EGAN018878 | 2EGAN018878 | 10/19/01 | 10/19/01 email Shea to Reiss | | 802 |
| EX1159 | x | | 1CARRUTH047160 | 1CARRUTH047160 | 10/19/01 | Email from Fiddy to Henry dated 10/19/01 | 1508 | none |
| EX1160 | x | | 1ALPHA-DISK03-004030 | 1ALPHA-DISK03-004030 | 10/19/01 | Email from Ron buesinger to Mox Tan, stating "the common investment is a Tim Speiss special.  I am only awre of preferred interests." | 1300 | 402, 802 |
| EX1161 | x | | 1ALPHA-DISK01-000398 | 1ALPHA-DISK01-000399 | 10/19/01 | Email from Buesinger to Shea, Fiddy and Haber with Sample Range trades attached as "Sample Range Trades Economic Summary 2001-10-19-01.doc" | 1353 | none |
| EX1163 | x | | 2KPMG-FE-004-0036030 | 2KPMG-FE-004-0036031 | 10/22/2001 | FW:  SCOMMENGA OUTLINE AND INVESTOR FACT SHEET | 2459.16A | 106, 802 |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1164 | x | | 2EGAN021810 | 2EGAN021810 | 10/22/01 | Draft of memo to Mike and Dick from Pat entitled "Helios 2 memo" attaching several documents for signatures in order to reduce their 2001 tax liability.  [See signed memo dated 10/22/01 at 14CARRUTH0648472-14CARRUTH0648473] | 928 | none |
| EX1165 | x | | 1EGAN010322 | 1EGAN010323 | 10/22/01 | Memo from Pat Shea to Dick, with cc to Mike Egan requesting signatures on investment entities. | 433 | none |
| EX1166 | x | | 1CARRUTH038379 | 1CARRUTH038379 | 10/22/01 | 10/22/01 email Reiss to Speiss | 3110 | none |
| EX1167 | x | | 1BWMS04270 | 1BWMS04270 | 10/22/01 | Prepare a LLC Tax Return | 3310 | none |
| EX1168 | x | | 1ALPHA-DISK03-004053 | 1ALPHA-DISK03-004053 | 10/22/01 | Email from Buesinger to Haber, stating "we are done with the range trades.  Pat Shea has been notified. We will be sending over the details shortly." | 1234 | none |
| EX1169 | x | | 1ALPHA-DISK03-001494 | 1ALPHA-DISK03-001499 | 10/22/01 | Email from haber to Buesinger with Outline of Proposed Transaction for Corporex deal | 316 | 802, 106 |
| EX1170 | x | | 1ALPHA-DISK03-000920 | 1ALPHA-DISK03-000920 | 10/22/01 | McGladrey Visit | 3304 | 802 |
| EX1171 | x | | 18CARRUTH072279 | 18CARRUTH072279 | 10/22/01 | Email chain dated 10/22/01 re "Fidelity Advisors A Fund | 3498 | none |
| EX1172 | x | | 18CARRUTH072277 | 18CARRUTH072277 | 10/22/01 | Email FROM Drew to Shea re "Fidelity Advisors A Fund | 3497 | none |
| EX1173 | x | | 18CARRUTH072268 | 18CARRUTH072268 | 10/22/01 | Markup of Exhibit A to FICAA Operating Agreement states "Melody has buyout documents" [Melody Dunn of Burke Waren] | | 802 |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1184 | x | | ALPHA3-Z01546 | ALPHA3-Z01548 | 10/23/01 | The Tafeen Family Trust Outline of Proposed Transaction | | 802 |
| EX1185 | x | | 2EGAN020113 | 2EGAN020144 | 10/23/01 | Email from Fiddy to Henry with copy to Shea | 1509 | 802 |
| EX1186 | x | | 2EGAN011844 | 2EGAN011846 | 10/23/2001 | FICAA "Application for Registration of a Foreign Limited Liability Company" (Massachusetts), October 23, 2001 | | none |
| EX1187 | x | | 2EGAN011826 | 2EGAN011828 | 10/23/2001 | FWCAA "Application for Registration of a Foreign Limited Liability Company" (Massachusetts), October 23, 2001 | | none |
| EX1188 | x | | 1EGAN000374 | 1EGAN000377 | 10/23/01 | Fidelity Int. Summary of Net Asset Values as of Oct. 23, 2001. | 438 | none |
| EX1189 | x | | Exel file produced by Refco named "REFCO-E-039745854.xls" | | 10/23/01 | 2001 Digital Options listing bid/ask as a fixed percentage of the Payout | | 402, 802, 901 |
| EX1190 | x | | KPMG-F-011-0135 | KPMG-F-011-0135 | 10/24/01 | Email dated 10/24/01 from Rivotto to Speiss re "Fidelity International LLC - Follow Up Discussion Points" | 35 | none |
| EX1191 | x | | 2EGAN024748 | 2EGAN024748 | 10/24/01 | Spreadsheet of RJE/MEE EMC Stock Options Exercised through MEESpTII for 2001.  Gives breakdown of how they arrived at total taxable income and  gives total tax to be paid.; | 938 | none |
| EX1192 | x | | 2EGAN024727 | 2EGAN024727 | 10/24/01 | Email forwarding Spreadsheet of RJE/MEE EMC Stock Options Exercised through MEESpTII for 2001.  Gives breakdown of how they arrived at total taxable income and gives total tax to be paid.; | 939 | none |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1193 | x | | 2BRF021698 | 2BRF021705 | 10/24/2001 | Email dated 10/24/01 from Kampf to Levato re Tafeen with attachments of Investor Fact sheet and Outline of Proposed Transaction | 2459.20A | 802 |
| EX1194 | x | | 1ALPHA-DISK03-004250 | 1ALPHA-DISK03-004252 | 10/24/01 | Email from Kampf to haber; helene, Buesinger with updated Investor Fact Sheet for Taylor states "client now interestsed in S&P 500 calls" | 3002 | 802 |
| EX1195 | x | | 1ALPHA-DISK03-004220 | 1ALPHA-DISK03-004220 | 10/24/01 | EUR Call - Yen Put Trades | | 802, 402 |
| EX1196 | x | | 1ALPHA-DISK03-004207 | 1ALPHA-DISK03-004212 | 10/24/01 | Outline of Proposed Transaction for Taylor FDIS deal | 317 | 802 |
| EX1197 | x | | 1ALPHA-DISK03-004157 | 1ALPHA-DISK03-004157 | 10/24/01 | RE: EUJY - CALL-20%-10-23-01-269 Day-A.xls | | 802 |
| EX1201 | x | | 2Egan021814 | 2Egan021825 | 10/25/01 | Handwritten notes | | 402, 802 |
| EX1202 | x | | 2EGAN016021 | 2EGAN016023 | 10/25/01 | Outline of Proposed Transaction for Egan FDIS deal with handwiting | 523 | none |
| EX1203 | x | | 2EGAN011961 | 2EGAN011961 | 10/25/01 | Email dated 10/25/01 from Jim Haber to Shea, Fiddy, Mike Egan re "Updated Outline" with handwriting | 750 | 106 |
| EX1204 | x | | 2BRF021688 | 2BRF021696 | 10/25/2001 | EMAIL WITH ATTACHMENTS | 2459.19A | 802 |
| EX1205 | x | | 1EGAN009375 | 1EGAN009377 | 10/25/2001 | OUTLINE OF PROPOSED TRANSACTION FOR RICHARD EGAN (FIDELITY WORLD) | 2459.07 | 106 |
| EX1206 | x | | 1EGAN009373 | 1EGAN009373 | 10/25/01 | Egan Range Trades | | 802 |
| EX1207 | x | | 1ALPHA-DISK03-004317 | 1ALPHA-DISK03-004317 | 10/25/01 | Email from Buesinger to Haber and Helen "as of this morning we had roughly $100MM in gains that could be triggered.  FYI we are targeting $174.716mm" | 791 | 106, 802 |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1211 | x | | 1ALPHA-DISK03-004529 | 1ALPHA-DISK03-004535 | 10/26/01 | Outline of Proposed Transaction for Schostak FDIS deal | 318, 3298, 3303, 2459.19 | 802 |
| EX1212 | x | | 6RSM-F060940 | 6RSM-F060944 | 10/29/01 | Email dated 10/29/01 from Wainwright re "Investor Sheets - McNeill" with copies attached | 3675 | 802 |
| EX1215 | x | | 8RCM-FID008760 | 8RCM-FID008761 | 10/30/01 | treasury strips | 3890 | 802, 402, |
| EX1216 | x | | 1HELIOS-05416 | 1HELIOS-05423 | 10/30/01 | FICAA Pricing Schedule dated 10/30/01 | 801 | none |
| EX1217 | x | | 1EGAN009374 | 1EGAN009377 | 10/30/01 | Email from Jim Haber to Buesinger re "Egan Outlline with attachment of "Outline of Proposed transaction Regan 10.25.01" | 31 | none, |
| EX1218 | x | | 1EGAN000354 | 1EGAN000357 | 10/30/01 | Fidelity Int. Summary of Net Asset Values as of Oct. 30, 2001. | 441 | none |
| EX1219 | x | | 1DGI-02-15-022252 | 1DGI-02-15-022254 | 10/30/01 | Sandy McNeill, Outline of Proposed Transaction | 4070 | 802, 106 |
| EX1220 | x | | 1DGI-02-15-022249 | 1DGI-02-15-022251 | 10/30/01 | SANDY MCNEIL OUTLINE OF PROPOSED TRANSACTION | 2459.32 | 802, 106 |
| EX1221 | x | | 1DGI-02-15-022014 | 1DGI-02-15-022015 | 10/30/01 | Ronnie McNeil, Outline of Proposed Transaction | 4069 | 802, 106 |
| EX1222 | x | | 1DGI-02-15-021798 | 1DGI-02-15-021800 | 10/30/2001 | RONNIE MCNEIL OUTLINE OF PROPOSED TRANSACTION | 2459.31 | 802, 106 |
| EX1223 | x | | 1ALPHA-DISK03-004712 | 1ALPHA-DISK03-004715 | 10/30/01 | Email from Haber to Buesinger with Outline for Egan FDIS deal | 324 | none, FR |
| EX1228 | x | | ALPHA3-06459 | ALPHA3-06461 | 10/31/2001 | RICHARD PORTILLO OUTLINE OF PROPOSED TRANSACTION | 2459.22 | 802, 106 |
| EX1229 | x | | 3CARRUTH049062 | 3CARRUTH049067 | 10/31/01 | 10/31/01 memo for files from Tilevitz | DL-53 | none |
| EX1230 | x | | 2RSM-F033242 | 2RSM-F033247 | 10/31/01 | DGI memo | | none |
| EX1231 | x | | 1ALPHA-DISK03-004904 | 1ALPHA-DISK03-004907 | 10/31/2001 | EMAIL WITH PROPOSED TRANSACTION | 2459.20B | 802 |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1244 | x | | 3RCM-FID-000046 | 3RCM-FID-000047 | 11/01/01 | Refco Customer Statement for FICAA for period 11/1/01 to 11/30/01 | 1014 | none |
| EX1245 | x | | 2EGAN022551 | 2EGAN022551 | 11/01/01 | Email from Pat Shea requesting a conference call with Haber and Denby to discuss Fidelity Int. trades.  "I know we need to buy out the irish soon--can we close the trade now on the basis trade (the interest rate trade)--if we are in the money is there any reason to keep the trade going ??" | 2511 | 802 |
| EX1246 | x | | 1DGI-02-18-026503 | 1DGI-02-18-026505 | 11/1/2001 | DR. RUDY CICCARELLO OUTLINE OF PROPOSED TRANSACTION | 2459.23 | 802, 106 |
| EX1247 | x | | 1DGI-02-16-023353 | 1DGI-02-16-023355 | 11/1/2001 | THOMAS A. BUSKE OUTLINE OF PROPOSED TRANSACTION | 2459.21 | 802, 106 |
| EX1248 | x | | 1DGI-02-15-022516 | 1DGI-02-15-02219 | 11/1/2001 | OUTLINE OF PROPOSED TRANSACTION FOR CURTIS FRANCOIS | 2459.37A | 802, 106 |
| EX1249 | x | | 1CARRUTH037356 | 1CARRUTH037356 | 11/01/01 | re:trades | SD23 | 802 |
| EX1251 | x | | KPMG-F-011-0141 | KPMG-F-011-0141 | 11/02/01 | As Agreed Upon today. CARRUTH Engagement letter modifications | 36 | none |
| EX1252 | x | | 3CARRUTH048904 | 3CARRUTH049016 | 11/02/01 | Email from Fiddy to Henry with copy to Shea re Pat's request for a memo discussing foreign currency trades and not the typpe of documents you have been passing on. | 1510 | 802 |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1253 | x | | 2EGAN022554 | 2EGAN022556 | 11/02/01 | Email from Jim Haber giving the attachment for Buy-Sell Notice for Richard Egan's purchase of Sam Mahoney's 88%; also giving wiring instructions for $325,500.; | 2512; DL08 (same doc) | none |
| EX1254 | x | | 1BRF000621 | 1BRF000624 | 11/2/2001 | OUTLINE OF PROPOSED TRANSACTION FOR RICHARD J. SABELLA | 2459.35B | 802, 106 |
| EX1255 | x | | 1ALPHA-DISK03-005131 | 1ALPHA-DISK03-005136 | 11/02/01 | Email with Investor Fact Sheet and Outline of Proposed Transaction for Affco | 3004 | 802 |
| EX1256 | x | | 1ALPHA-DISK03-005059 | 1ALPHA-DISK03-005064 | 11/02/01 | Outline of Proposed Transaction and Fact sheet - Buske | 1377, 3003 | 802 |
| EX1259 | x | | 1alpha-disk03-005345 | 1alpha-disk03-005356 | 11/05/01 | Email dated 11/5/01 with Powers outlines of proposed transaction and investor fact sheets, stating "Do we go with Egan documents, or the usual?" | RU11 | none |
| EX1260 | x | | 2BRF021333 | 2BRF021338 | 11/05/01 | 11/5/01 email Haber to Levato, Biosphere Finance | 2456 | 802, 106 |
| EX1261 | x | | 1DGI-02-17-025140 | 1DGI-02-17-024143 | 11/5/2001 | OUTLINE OF PROPOSED TRANSACTION FOR KEITH B. STEIN | 2459.29A | 802, 106 |
| EX1262 | x | | 1BWMS04860 | 1BWMS04866 | 11/05/01 | Email chain dated 11/5/01 re "stock dribble memo" with attachment | 3470 | none |
| EX1267 | x | | ALPHA2-Z07867 | ALPHA2-Z07873 | 11/6/2001 | LA GIT 88 TRUST, JOHN H. POWERS, POWERS CHILDRENS TRUST, AND AFFCO, LLC OUTLINES OF PROPOSED TRANSACTIONS | 2459.24 | 802, 106 |
| EX1268 | x | | 2EGAN020892 | 2EGAN020892 | 11/06/01 | Chain email re FICAA business purpose | 467, 627 | 106 |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1269 | x | | 1EGAN010122 | 1EGAN010124 | 11/06/01 | Memo re buy-sell notice | 466 | none |
| EX1270 | x | | 1DGI-03-21-030825 | 1DGI-03-21-030827 | 11/6/2001 | STANLEY J. DZIEDZIC OUTLINE OF PROPOSED TRANSACTION | 2459.3 | 802, 106 |
| EX1271 | x | | 1DGI-02-14-019721 | 1DGI-02-14-019723 | 11/06/01 | SN Investments LLC, Outline of Proposed Transaction | 2459.28 | 802, 106 |
| EX1272 | x | | 1DGI-02-13-019300 | 1DGI-02-13-019302 | 11/06/01 | RN INVESTMENTS LLC OUTLINE OF PROPOSED TRANSACTION | 2459.27 | 802, 106 |
| EX1273 | x | | 1DGI-02-13-018986 | 1DGI-02-13-018988 | 11/6/2001 | GN INVESTMENTS LLC OUTLINE OF PROPOSED TRANSACTION | 2459.26 | 802, 106 |
| EX1274 | x | | 1DGI-02-13-018567 | 1DGi-02-13-018569 | 11/06/01 | AN INVESTMENTS LLC OUTLINE OF PROPOSED TRANSACTION | 2459.25 | 802, 106 |
| EX1275 | x | | 1CARRUTH043259 | 1CARRUTH043259 | 11/06/01 | FWCAA Pricing dated 11/6/01 with handwriting | 464 | none |
| EX1276 | x | | 1BWMS00105 | 1BWMS00105 | 11/06/01 | Email chain re "Fidelity International-Pricing-11-06-01.xls | 1238 | 802 |
| EX1278 | x | | 8RCM-FID162037 | 8RCM-FID0162037 | 11/07/01 | Prems on Fidelity closeouts from Nov. 6 | | 802, FR |
| EX1279 | x | | 8RCM-FID150769 | 8RCM-FID150769 | 11/07/01 | Email chain dated 11/7/01 "re FW:corrected 3m libor digital confo from 6 nov" with attachment | | 802, 402 |
| EX1280 | x | | 6RCM-FID007263 | 6RCM-FID007266 | 11/07/01 | Email dated 11/7/01 from Donora to Yorke re "10 year cms digital unwind-Fidelity attached" with attachment | 4182 | none |
| EX1281 | x | | 4RSM-F044409 | 4RSM-F044409 | 11/07/01 | Email dated 11/7/01 from Bowman to Wainwright re "Bill Theis" | | 402, 802 |
| EX1282 | x | | 2EGAN022302 | 2EGAN022303 | 11/07/01 | Email chain dated 11/7/01 re "2001 Investment Trasaction" | 1511 | none |
| EX1283 | x | | 1DGI-02-15-021557 | 1DGI-02-15-021559 | 11/7/2001 | DANIEL J. REID OUTLINE OF PROPOSED TRANSACTION | 2459.33 | 802, 106 |
| EX1284 | x | | 1ALPHA-DISK03-005629 | 1ALPHA-DISK03-005637 | 11/07/01 | Stein Akselrad Outline & Fact Sheets | 1378 | 802 |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1285 | x | | 1ALPHA-DISK01-001332 | 1ALPHA-DISK01-001344 | 11/07/01 | Email from haber to Buesinger with Outline of Proposed Transaction for Nussdorf FDIS deal | 319 | 802 |
| EX1291 | x | | ALPHA3-04309 | ALPHA3-04312 | 11/8/2001 | OUTLINE OF PROPOSED TRANSACTION FOR CURTIS FRANCOIS | 2459.37B | 802, 106 |
| EX1292 | x | | 2EGAN019598 | 2EGAN019599 | 11/08/01 | Email from Haber to Shea forwarding email rec'd from Helene via Haber with excel "Fidelity International - Pricing 11-8-01.xls" | 723 | none |
| EX1293 | x | | 2BRF021186 | 2BRF021186 | 11/8/2001 | SABELLA FACT SHEET AND OUTLINE | 2459.35A | 802, 106 |
| EX1294 | x | | 1ALPHA-DISK03-005823 | 1ALPHA-DISK03-005827 | 11/08/01 | Email dated 11/8/01 from Haber to Buesinger re Francois Thomas Outline with attachment | 1380 | 802, 106 |
| EX1295 | x | | 1ALPHA-DISK01-001397 | 1ALPHA-DISK01-001397 | 11/8/01 | Fidelity Index and Option A are looking for interet accruals for October | 4113 | 402, 802; Description does not match document |
| EX1298 | x | | 2EGAN025012 | 2EGAN025012 | 11/09/01 | Emails regarding capital gains and loses and how to offset them. | 3111 | 802 |
| EX1299 | x | | 1DGI-02-11-016098 | 1DGI-02-11-016000 | 11/9/2001 | OUTLINE OF PROPOSED TRANSACTION FOR GEEWAX, TERKER AND COMPANY | 2459.13A | 802, 106 |
| EX1300 | x | | 1DGI-02-11-015792 | 1DGI-02-11-015793 | 11/9/2001 | BRUCE E. TERKER OUTLINE OF PROPOSED TRANSACTION | 2459.13C | 802, 106 |
| EX1301 | x | | 1DGI-02-11-015685 | 1DGI-02-11-015686 | 11/9/2001 | JOHN J. GEEWAX OUTLINE OF PROPOSED TRANSACTION | 2459.13B | 802, 106 |
| EX1302 | x | | 1CARRUTH045241 | 1CARRUTH045241 | 11/09/01 | 11/9/01 EMAIL REISS TO M. EGAN | 3541 | none |
| EX1304 | x | | 1ALPHA-DISK03-005892 | 1ALPHA-DISK03-005897 | 11/11/01 | OUTLINE OF PROPOSED TRANSACTION - REID | 1382 | 802 |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1305 | x | | ALPHA2-Z08684 | ALPHA2-Z08686 | 11/12/2001 | OUTLINE OF PROPOSED TRANSACTION FOR NELSON D. CIVELLO | 2459.1 | 802, 106 |
| EX1306 | x | | 3KPMG-FE-005-0038696 | 3KPMG-FE-005-0038696 | 11/12/2001 | Email chain dated 11/12/01 re "Giffen/Geisecke" with wire instruction | 2463D | 402, 802 |
| EX1307 | x | | 2EGAN019567 | 2EGAN019569 | 11/12/01 | Email dated 11/12/01 from Jim Haber to Speiss, Denby, Shea and Fiddy re "Corrected Daily Values" with attacments (part attached) | 724 | none |
| EX1311 | x | | 1DGI-03-21-029853 | 1DGI-03-21-029855 | 11/13/2001 | EUROPA INTERNATIONAL, INC. OUTLINE OF PROPOSED TRANSACTION | 2459.39A | 802, 106 |
| EX1312 | x | | 1DGI-03-21-029610 | 1DGI-03-21-029611 | 11/13/2001 | DAVID T. HOLLAND OUTLINE OF PROPOSED TRANSACTION | 2459.39B | 802, 106 |
| EX1313 | x | | 1DGI-02-20-029191 | 1DGI-02-20-029193 | 11/13/2001 | ROBERT A. GARVY OUTLINE OF PROPOSED TRANSACTION | 2459.41 | 802, 106 |
| EX1314 | x | | 1DGI-02-15-021310 | 1DGI-02-15-021312 | 11/13/2001 | ROBERT W. COLE OUTLINE OF PROPOSED TRANSACTION | 2459.34 | 802, 106 |
| EX1315 | x | | 1ALPHA-DISK06-000613 | 1ALPHA-DISK06-000637 | 11/13/01 | New client - Thies Family with Investor Fact Sheet and Outline of Proposed Transaction (McGladrey Clients) | 1385 | 802 |
| EX1316 | x | | 1ALPHA-DISK06-000594 | 1ALPHA-DISK06-000600 | 11/13/01 | New client - Robert Cole with Investor Fact Sheet and Outline of Proposed Transaction | 1383 | 802 |
| EX1317 | x | | 1ALPHA-DISK03-006100 | 1ALPHA-DISK03-006103 | 11/13/01 | William Thies Outline of Proposed Transactions | | 802, 106 |
| EX1318 | x | | 1ALPHA-DISK03-006079 | 1ALPHA-DISK03-006103 | 11/13/01 | EMAIL WITH THIES FAMILY OUTLINE OF PROPOSED TRANSACTIONS | 3009 | 802 |
| EX1319 | x | | 1ALPHA-DISK03-005981 | 1ALPHA-DISK03-005990 | 11/13/01 | Outlines for Civello Tschetter Francis | 2459.09D-F | 802 |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1320 | x | | 1ALPHA-DISK03-005972 | 1ALPHA-DISK03-005976 | 11/13/01 | Crawford & Slevin Fact sheets | 1384 | 802 |
| EX1321 | x | | 1ALPHA-DISK03-005965 | 1ALPHA-DISK03-005971 | 11/13/01 | Email with Investor Fact Sheet and Outline of Proposed Transaction for Cole | 3007 | 802 |
| EX1322 | x | | 1ALPHA-DISK01-001480 | 1ALPHA-DISK01-001483 | 11/13/01 | Email from haber to ciccarello, with copies to Buesinger and Wright of corrected Outline of Proposed Transaction for Cicarello FDIS deal | 321 | 802 |
| EX1328 | x | | ALPHA3-09861 | ALPHA3-09906 | 11/14/01 | Investor Fact Sheet and Outline of Proposed Transaction for for Grossinger deal | | 802, 106, |
| EX1329 | x | | 5CARRUTH052937 | 5CARRUTH052937 | 11/14/2001 | Delaware certificate of limited liability partnership for MEE Holdings | | 106 |
| EX1330 | x | | 1ALPHA-DISK06-000673 | 1ALPHA-DISK06-000678 | 11/14/01 | New Client - Robert Garvy  with Investor Fact Sheet and Outlines of Proposed Transction | 1389 | 802 |
| EX1331 | x | | 1ALPHA-DISK06-000654 | 1ALPHA-DISK06-000669 | 11/14/01 | Outlines and Investor facts sheets for Dennis Theis family | 2459.40 | 802 |
| EX1332 | x | | 1ALPHA-DISK06-000643 | 1ALPHA-DISK06-000652 | 11/14/01 | New client - Dave Holland with Investor Fact Sheet and Outline of Proposed Transaction | 1387 | 802 |
| EX1333 | x | | 1ALPHA-DISK03-006296 | 1ALPHA-DISK03-006301 | 11/14/01 | Outline of Proposed Transaction and Fact sheet - Garvy | 3011 | 802 |
| EX1337 | x | | 8RCM-FID009212 | 8RCM-FID009213 | 11/15/01 | Email dated 11/15/01 from Vince to Scappatura; Yorke; Sean re "SPXDigiPut09.14" | 4184 | 402, 802 |
| EX1338 | x | | 8RCM-FID009209 | 8RCM-FID009210 | 11/15/01 | Email dated 11/15/01 from Vince to Scappatura; Yorke; Sean re "SPXDigiPutJacqueline09.14" | 4185 | 402, 802 |
| EX1339 | x | | 1DGI-02-15-020776 | 1DGI-02-15-020778 | 11/15/2001 | ROBERT G. CIASULLI OUTLINE OF PROPOSED TRANSACTION | 2459.43 | 802, 106 |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1340 | x | | 1DGI-02-14-019961 | 1DGI-02-14-019963 | 11/15/2001 | EDWARD G. CAPUTO OUTLINE OF PROPOSED TRANSACTION | 2459.45 | 802, 106 |
| EX1341 | x | | 1ALPHA-DISK06-000692 | 1ALPHA-DISK06-000698 | 11/15/01 | New Client - Albert Cheris I Tenex with Investor Fact Sheets and Outlines of Proposed Transaction | 1390 | 802, 402 |
| EX1342 | x | | 1ALPHA-DISK03-006528 | 1ALPHA-DISK03-006530 | 11/15/2001 | OUTLINE OF PROPOSED TRANSACTION FOR RONALD G. WAINWRIGHT | 2459.46 | 802, 106 |
| EX1343 | x | | 12CARRUTH059416 | 12CARRUTH059416 | 11/15/01 | Email chain between Haber and Denby re decision to trasfer MEE's interest in FHTA to MEE Holdings. RJE will not be transferring his interest in FHTA.  Haber responds "please forward me the Contribution agreement when completed.  I assume a tax opinion is desired.  We should talk about which law firm and about our fee." | SD34 | none |
| EX1345 | x | | 3KPMG-FE-005-0038438 | 3KPMG-FE-005-0038439 | 11/16/2001 | FW:  GIFFEN/GEISECKE | 2463C | 402, 802 |
| EX1346 | x | | 1DGI-03-21-029521 | 1DGI-03-21-029523 | 11/16/2001 | TENEX CORPORATION OUTLINE OF PROPOSED TRANSACTION | 2459.42A | 802, 106 |
| EX1347 | x | | 1DGI-03-21-029282 | 1DGI-03-21-029283 | 11/16/2001 | ALBERT B. CHERIS OUTLINE OF PROPOSED TRANSACTION | 2459.42B | 802, 106 |
| EX1348 | x | | 1DGI-02-18-026264 | 1DGI-02-18-026266 | 11/16/2001 | JAMES E. SLEVIN OUTLINE OF PROPOSED TRANSACTION | 2459.36B | 802, 106 |
| EX1349 | x | | 1DGI-02-18-025990 | 1DGI-02-18-025992 | 11/16/2001 | REAGAN M. CRAWFORD OUTLINE OF PROPOSED TRANSACTION | 2459.36A | 802, 106 |
| EX1350 | x | | 1CARRUTH043267 | 1CARRUTH043267 | 11/16/01 | Spreadsheet prepared by CARRUTH detaiiling FW and FICAA trades | 1315 | none |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1351 | x | | 1ALPHA-DISK03-006518 | 1ALPHA-DISK03-006530 | 11/16/01 | OUTLINE OF PROPOSED TRANSACTION - CAPUTO, Ciassuli, and Wainwright | 957 | 802 |
| EX1353 | x | | 1DGI-04-26-039260 | 1DGI-04-26-039260 | 11/19/01 | $1 million payment on 11/9/01 to Trilogy | | 106, 402 |
| EX1354 | x | | 1DGI-02-14-020507 | 1DGI-02-14-020509 | 11/19/01 | RONALD J. CIASULLI OUTLINE OF PROPOSED TRANSACTION | 2459.44 | 802, 106 |
| EX1355 | x | | 1CARRUTH047162 | 1CARRUTH047162 | 11/19/01 | Email chain dated 11/19/01 re "KPMG investment meeting" | 1512 | 802 |
| EX1356 | x | | 1CARRUTH045240 | 1CARRUTH045240 | 11/19/01 | 11/19/01 email Shea to Fiddy, Henry, Remillard, and M. Egan | 3154 | 802 |
| EX1357 | x | | 1ALPHA-DISK03-006775 | 1ALPHA-DISK03-006784 | 11/19/01 | Updated/Comp!ete Cheris/Tenex/Sheridan Out!ines and Fact Sheets | 3012 | 802, 106 |
| EX1365 | x | | 1DGI-09-53-102140 | 1DGI-09-53-102145 | 11/23/01 | Fax (6 pages) dated 11/23/01 from Haber to BDO with DGI Invoices attached | | 402, 802 |
| EX1366 | x | | 2EGAN022299 | 2EGAN022299 | 11/26/2001 | November 6, 2001 e-mail from Pat Shea to Carolyn Fiddy and David Henry and response from Fiddy that Pat wants to attend discussion re establishing a business purpose and reason for entering into the option trades we put on earlier this month | | 802 |
| EX1367 | x | | 1ALPHA-DISK03-013920 | 1ALPHA-DISK03-013920 | 11/26/01 | Email from Kampf to Helene and Buesinger re Schut Elbaum as todo trades "although they will not be triggering until next year" | 3045 | 802 |
| EX1369 | x | | ALPHA3-Z01199 | ALPHA3-Z01201 | 11/27/2001 | STEVEN J. ELBAUM OUTLINE OF PROPOSED TRANSACTION | 2459.47A | 802, 106 |
| EX1370 | x | | ALPHA3-Z01196 | ALPHA3-Z01198 | 11/27/2001 | BRAGI F. SCHUT OUTLINE OF PROPOSED TRANSACTION | 2459.47B | 802, 106 |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1371 | x | | 3EGAN035911 | 3EGAN035911 | 11/27/01 | Handwritten notes dated 11/27/01 | 469, 3534, GRHT70 | 802 |
| EX1372 | x | | 2CARRUTH048506 | 2CARRUTH048507 | 11/27/01 | Email from Shea to Haber "Re: Update" | 468 | none |
| EX1373 | x | | 1BWMS04265 | 1BWMS04267 | 11/27/01 | RE: Update | 3307 | 802, |
| EX1374 | x | | 1BWMS00114 | 1BWMS00115 | 11/27/01 | 11/27/01 EMAIL DENBY TO HABER | 3543 | 802, |
| EX1375 | x | | 1ALPHA-DISK03-013989 | 1ALPHA-DISK03-013999 | 11/27/01 | Outline of Proposed Transaction and Fact sheet - Schut/Elbaum | 3013 | 802 |
| EX1379 | x | | 1BWMS00104 | 1BWMS00104 | 11/28/01 | Email chain re ""Buy Sell Notice" | 1237 | 106 |
| EX1382 | x | | 8RCM-FID009952 | 8RCM-FID010109 | 11/29/2001 | Email dated 11/29/01 from Hyde of ROL re "digitals.xls" produced by Refco in electronic form with excel file named "a4d5151777abd511994b0002a5644 5e0109b3d@srnycexchg5.#1.digitals. xls" | | 802, 402 |
| EX1383 | x | | 5RSM-F045882 | 5RSM-F045895 | 11/29/01 | Fax dated 2/20/02 of DGI Memo dated 11/29/01 re Grossinger | | 402, 802 |
| EX1384 | x | | 3EGAN036070 | 3EGAN036070 | 11/29/01 | Handwritten notes | | 802 |
| EX1385 | x | | 1BWMS04269 | 1BWMS04269 | 11/29/01 | Email dateed 11/29/01 from Tilevitz to Denby re "754 election" | 3309 | none |
| EX1386 | x | | 1BWMS04268 | 1BWMS04268 | 11/29/01 | Email chain re "distribution" | 3308 | none |
| EX1391 | x | | Excel file produced by Refco named "REFCO-E-039830365.xls" | | 11/30/01 | Collar Payment Schedule | 4171 | 901, 802, 402 |
| EX1393 | x | | 1GS000456 | 1GS000468 | 12/01/01 | Maureen and Richard Egan Goldman Sachs Account | 3781 | none |
| EX1394 | x | | 2EGAN025013 | 2EGAN025013 | 12/03/01 | Email from Pat Shea wanting to set up a meeting with Bill Fues to see tax strategy and tax elimination plans. | 804 | 802 |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1395 | x | | 2EGAN011935 | 2EGAN011935 | 12/03/01 | Handwritten notes regarding the closing of the Euro and the Yen trades | 398 | 106, 802 |
| EX1396 | x | | 1ALPHA-DISK01-002010 | 1ALPHA-DISK01-002011 | 12/03/01 | Fidelity International -12-03-01-Yen Final Trades.xls | 397 | none |
| EX1397 | x | | 1ALPHA-DISK01-002005 | 1ALPHA-DISK01-002007 | 12/03/01 | Email dated 12/3/01 from Buesinger to Yorke re IAP Trading LLC | 1307 | 802 |
| EX1401 | x | | 8RCM-FID161537 | 8RCM-FID161541 | 12/04/01 | FX Digitals Unwinds - 3 Dec | 4190 | none |
| EX1402 | x | | 2EGAN022914 | 2EGAN022924 | 12/04/01 | Email from Jim Haber with attached summary of tax benefits | 2519 | 802 |
| EX1403 | x | | 2EGAN020890 | 2EGAN020890 | 12/04/01 | Series of emails discussing payment of fees with KPMG and Fidelity Int. Trade Summaries. | 1320 | 802 |
| EX1404 | x | | 1EGAN009163 | 1EGAN009164 | 12/04/01 | Clear print copy of attachment to Ex. 2519 | 2522 | none |
| EX1405 | x | | 1EGAN006551 | 1EGAN006552 | 12/04/01 | FICAA summary of tax benefits | 800 | none |
| EX1406 | x | | 1ALPHA-DISK11-000361 | 1ALPHA-DISK11-000364 | 12/04/01 | FIDELITY INT'L SUMMARY OF NET ASSET VALUES | 398.02 | 106, |
| EX1408 | x | | 2EGAN012409 | 2EGAN012410 | 12/05/01 | Email from Jim Haber giving the attachment for an economic summary of how Fidelity Funds faired with option trading. | 446 | none |
| EX1409 | x | | 1CARRUTH045902 | 1CARRUTH045907 | 12/05/01 | Handwritten notes (undated) | 586 | 802 |
| EX1410 | x | | 1BWMS00099 | 1BWMS00100 | 12/05/01 | Email from Haber dated 12/5/01 forwarding "easy to read economic summary of how the Fidelity fund faired with its option trading", with copy attached | 1240 | none |
| EX1414 | x | | 4CARRUTH050980 | 4CARRUTH050980 | 12/06/01 | EMC Stock Ownership speadsheet dated 12/6/01 | 3745 | none |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1415 | x | | 2EGAN011975 | 2EGAN011975 | 12/06/01 | Emails regarding payment of fees for transactions and how they will be paid.  Handwritten notes. | 764 | none |
| EX1416 | x | | 1BWMS03776 | 1BWMS03776 | 12/06/01 | 12/6/01 EMAIL HABER TO SHEA | 3545 | 802 |
| EX1417 | x | | 8RCM-FID010626 | 8RCM-FID010636 | 12/07/01 | 2 parts | 3891 | 802, 901 |
| EX1420 | x | | 18CARRUTH072267 | 18CARRUTH072267 | 12/10/01 | Email re using cash that settled from FHTAA to fund FICAA fees | 3493 | none, |
| EX1421 | x | | 12CARRUTH060206 | 12CARRUTH060207 | 12/10/01 | Email re Sale/purchase of EMC stock | | none |
| EX1422 | x | | Excel file produced by Refco named "REFCO-E-039832587.xls" | | 12/10/01 | REFCO-E-039832587.xls | 4150 | none |
| EX1431 | x | | KPMG-F-011-0195 | KPMG-F-011-0196 | 12/11/01 | 12/11/01 email Speiss to Spinetti and Rivotto | 3942 | 802 |
| EX1432 | x | | 8CARRUTH058920 | 8CARRUTH058920 | 12/11/01 | Copy of KPMG invoice to fICAA dated 12/11/01 for 1.37MM | 2497 | none |
| EX1433 | x | | 2EGAN012408 | 2EGAN012408 | 12/11/01 | Email chain re "Fidelity Tax Returns" | 732 | 106 |
| EX1434 | x | | 2EGAN012091 | 2EGAN012091 | 12/11/01 | Emails giving summaries of all Fidelity Int. trades and asks questions relating to fees. | 3375 | 802 |
| EX1435 | x | | 1CARRUTH045332 | 1CARRUTH045333 | 12/11/01 | Email chain dated 12/11/01 re "Helios 2 compositon" | 1241 | none |
| EX1436 | x | | 1BWMS00421 | 1BWMS00421 | 12/11/01 | KPMG invoice for FICAA dated Decembe 11, 2001 in the amount of $1,350,000 | 3943C | none |
| EX1437 | x | | 1ALPHA-DISK05-003307 | 1ALPHA-DISK05-003307 | 12/11/01 | Email chain re "Sandy McNeill" with wire instructions for Buy-Sell payment | | 802, 106 |
| EX1438 | x | | 1ALPHA-DISK03-014833 | 1ALPHA-DISK03-014833 | 12/11/01 | Trade Summary Fidelity International Trades.xls | 400_A | 106 |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1439 | x | | 1ALPHA-DISK03-014830 | 1ALPHA-DISK03-014832 | 12/11/01 | Email dated 12/11/01 from Buesinger to Haber re Trade Summary Fidelity International Trades.xls, attached, detailing tax losses generated | 1394 | none |
| EX1440 | x | | 1ALPHA-DISK03-015710 | 1ALPHA-DISK03-015711 | 12/12/01 | Email from Ron to Haber with AHG Investments LLC EUR Trades.xls | 1395 | 802, 106 |
| EX1442 | x | | 2CARRUTH048338 | 2CARRUTH048338 | 12/13/01 | Handwritten notes | 409, 3713, GR71 (near duplicate of 3722, 3350, and GRHT69) | 802 |
| EX1443 | x | | 1CARRUTH045683 | 1CARRUTH045683 | 12/13/01 | Email dated 12/13/01 from Shea to Speiss re "Helios 1" | 3546 | none |
| EX1444 | x | | 1alpha-disk12-000313 | 1aplpha-disk12-000314 | 12/13/01 | Email forwarding summary of net asset values for Fidelity High Tech Advisor A Fund as of 12/13/01, attached as excel file named "Fidelity High Tech Advisor A Fund-12-13-01-B.xls" | 4114 | none |
| EX1454 | x | | 1BWMS03775 | 1BWMS03775 | 12/14/01 | Memo to file by Pat Shea dated 12/14/01 re Helios1 and Helios 2, with handwriting | 590, 765 (same doc with Egan bates) | 802 |
| EX1455 | x | | 18CARRUTH072270 | 18CARRUTH072270 | 12/14/01 | Email re using cash that settled from FHTAA to fund FICAA fees with handwritten note | | none |
| EX1456 | x | | KPMG-F-011-0220 | KPMG-F-011-0221 | 12/17/01 | 12/17/01 email Rivotto to Speiss attaching KPMG bill | 3940 | 802 |
| EX1457 | x | | 1EGAN001084 | 1EGAN001084 | 12/17/01 | Fax (page 2) with Background information on Sam Mahoney [complete fax missing]. | 933 | none |

**APPENDIX F**

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1458 | x | | 19CARRUTH072309 | 19CARRUTH072309 | 12/17/01 | Email re transfer to FHTAA | | 802 |
| EX1459 | x | | 2EGAN033815 | 2EGAN033825 | 12/18/01 | Email from Carolyn Fiddy giving the attachment for an updated contribution list for Gardner Lewis and schedules with assets listed. | 3120 | none |
| EX1460 | x | | 1CARRUTH038654 | 1CARRUTH038654 | 12/18/01 | FHTAA Section 754 Allocations | 5000 | 106 |
| EX1461 | x | | 1BWMS04262 | 1BWMS04264 | 12/18/01 | 12/18/01 EMAIL REISS TO SPEISS | 3306 | none |
| EX1464 | x | | 2EGAN031373 | 2EGAN031373 | 12/19/01 | Email from Carolyn Fiddy stating MEEReVT will own 1,411,913 shares of EMC and whether to transfer shares back to Dick so Maureen owns 100,000 shares of EMC. | 3121 | none |
| EX1465 | x | | 2CARRUTH048339 | 2CARRUTH048339 | 12/19/01 | 12/19/2001 email Fiddy to Calkins | 3354 | 802 |
| EX1466 | x | | 1CARRUTH045682 | 1CARRUTH045682 | 12/19/01 | 12/19/01 email Shea to Reiss | 3122 | none |
| EX1467 | x | | 1CARRUTH045348 | 1CARRUTH045348 | 12/19/01 | 12/19/01 email Fiddy to Reiss | 3524 | none |
| EX1468 | x | | 1CARRUTH043634 | 1CARRUTH043634 | 12/19/01 | 12/19/01 email Fiddy to Calkins | 3353 | 106 |
| EX1469 | x | | 1CARRUTH043628 | 1CARRUTH043628 | 12/19/01 | 12/19/01 email Fiddy to Calkins | 3352 | 106 |
| EX1470 | x | | 1ALPHA-DISK03-018126 | 1ALPHA-DISK03-018129 | 12/19/01 | Email forwarding excel file "Kealakekua Investments LLC-Realized Loss-R.xls" | 3038 | 802, 901 |
| EX1475 | x | | 1EGAN009652 | 1EGAN009652 | 12/20/01 | Emails regarding additional contributions to Fidelity HTA. | 3356 | 802 |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1476 | x | | 1Alpha-disk03-019154 | 1Alpha-disk03-019154 | 12/20/01 | Email dated 12/20/01, forwarding email from Fiddy stating "Addition contributions of low basis stock have been made to this entity - both additonal securities as well as additonal shares of EMC." | 4115, same as 3526 from BWMS | none |
| EX1479 | x | | 1Alpha-disk03-019192 | 1Alpha-disk03-019192 | 12/21/01 | "I will stop sending daily pricing for Fidelity High Tech advisors A Fund since the LLC now owns more/other assets than are reflected on my spreadsheet." | 4116 | none |
| EX1480 | x | | 18CARRUTH072272 | 18CARRUTH072272 | 12/21/01 | Email "I though I had told you about the $2M contirubtion form Dick to Fidleity Internationl .. If I didn't, I apologize - I knew I needed to let you kow…." | | none |
| EX1481 | x | | 18CARRUTH072266 | 18CARRUTH072266 | 12/21/01 | Email re additional funding that had been made to cover fees before execution of contribution agreement | | 802 |
| EX1482 | x | | 1CARRUTH045678 | 1CARRUTH045678 | 12/24/01 | alternative investments | 1328 | none |
| EX1484 | x | | 8CARRUTH058921 | 8CARRUTH058921 | 12/26/01 | Fax (3 pages) dated 12/26/01 from Tan to Shea forwarding invoices for FICCA and FHTA, stating, "[a]s discussed, attached are our invoices." [page 2 of 3] | 2498.2 | none |
| EX1485 | x | | 2EGAN020888 | 2EGAN020888 | 12/26/2001 | Email from Shea to Spiess re payment of one-half of the fee for FICAA, stating "the balance to be paid upon completion of services" | | none |
| EX1486 | x | | 2EGAN020863 | 2EGAN020863 | 12/26/2001 | Email from Speiss to Shea re "accural" | | none |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1487 | x | | 1CARRUTH037239 | 1CARRUTH037239 | 12/26/01 | Fax (3 pages) dated 12/26/01 from Tan to Shea forwarding invoices for FICCA and FHTA, stating, "[a]s discussed, attached are our invoices." [page 3 of 3] | 2498.3 | 106 |
| EX1488 | x | | 1CARRUTH037238 | 1CARRUTH037238 | 12/26/01 | Fax (3 pages) dated 12/26/01 from Tan to Shea forwarding invoices for FICCA and FHTA, stating, "[a]s discussed, attached are our invoices." [page 1 of 3] | 2498.1 | 106 |
| EX1489 | x | | 1ALPHA-DISK03-021129 | 1ALPHA-DISK03-021132 | 12/26/01 | Attachment to email from Buesinger to Haber referenced as "Sheridan Investments LLC Realized Loss.xls" | 3040 | 802, 901 |
| EX1490 | x | | 1ALPHA-DISK03-021090 | 1ALPHA-DISK03-021091 | 12/26/01 | Email from Ron to Huber forwarding excel file "TAB Investments LLC Realized Loss.xls" | 1396 | 802, 106 |
| EX1491 | x | | 1ALPHA-DISK03-021066 | 1ALPHA-DISK03-021069 | 12/26/01 | Cliffside Investments LLC Realized Loss.xls | 1397 | 802 |
| EX1492 | x | | 1BWMS03583 | 1BWMS03583 | 12/27/01 | KPMG invoice dated 12/27/01 in the amount of 200,000 "For tax services rendered on b ehalf of Fidelity High tech Advisor A Fund", with notations re date paid 4/23/02 | 3943_A | none |
| EX1493 | x | | 1ALPHA-DISK03-022118 | 1ALPHA-DISK03-022120 | 12/27/01 | TFT Investments LLC Realized Loss.xls | 1399 | 802 |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1494 | x | | 1ALPHA-DISK03-022026 | 1ALPHA-DISK03-022029 | 12/27/01 | Email from Buesinger to Haber, Kampf and Tan forwarding excel file "2001-Customers-haber Range-12-27-01.xls" stating "Cany everyone review my list of partial terminations and verify that these are the only customers athat are triggering both in 2001 and 2002." | 3046 | 802, 901 |
| EX1495 | x | | 18CARRUTH072265 | 18CARRUTH072265 | 12/27/01 | 12/27/01 EMAIL DENBY TO CARLSON | 3491 | none |
| EX1497 | x | | 1ALPHA-DISK07-000001 | 1ALPHA-DISK07-000006 | 12/31/01 | Spreadsheet dated 12/31/01 entitled "2001 Customers" | 375 | 802 |
| EX1510 | x | | 1CARRUTH043827 | 1CARRUTH043827 | 01/01/02 | Asset Management Agreement for Fidelity High Tech Advisor A Fund | 3862 | none |
| EX1512 | x | | ADD TO CONCORDANCE AND INPUT BATES | TO BE ADDED | 1/1/2002 | AILESBURY FINANCE LLC:  LOAN TO H & M JOINT VENTURE ACCOUNT | 3024 | 901, 106, 402 |
| EX1513 | x | | ADD TO CONCORDANCE AND INPUT BATES | TO BE ADDED | 1/1/2002 | UNITED ACQUISITION LLC: ANALYSIS OF PAYMENTS | 3025 | 901, 106, 402 |
| EX1514 | x | | 6CARRUTH058398 | 6CARRUTH058398 | 01/02/02 | RE: IRS Letters to Promoters | SD28 | none |
| EX1515 | x | | 5BRY0015993 | 5BRY0015996 | 01/02/02 | LIST OF TAX OPINIONS PROPOSED TO BE PREPARED BY BRYAN CAVE | 2408, 2410 (part of 2408) | 802, 106 |
| EX1516 | x | | 2EGAN032110 | 2EGAN032113 | 01/02/02 | Email forwarding Spreadsheet of Fidelity HTA Computation of Adjustment to Partners' Basis in Property. | 3519 | none |
| EX1517 | x | | 1CARRUTH044925 | 1CARRUTH044926 | 01/02/02 | Email dated 1/2/02 from Calkins to Reiss re "FHTAA Valuation" | 3358 | none |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1519 | x | | ALPHA1_PRIV000859 | ALPHA1_PRIV000866 | 01/03/02 | Email from Haber to Buesinger with copies of memos to law firms listing tax opinion poosed to be prepared by each of the firms and the agreed to compensation for such preparation. | 1257 | 802, 402 |
| EX1520 | x | | 1RSM-HT000705 | 1RSM-HT000709 | 01/03/02 | DRI/Remark | 3649 | 402, 802 |
| EX1521 | x | | 8KPMG-F-0006997 | 8KPMG-F-0006997 | 01/04/02 | 1/4/02 email regarding Richard Egan | | 106, 802 |
| EX1522 | x | | 6CARRUTH057008 | 6CARRUTH057008 | 01/04/02 | 1/4/02 EMAIL HABER TO SHEA | 3523 | 106 |
| EX1523 | x | | 3CARRUTH050057 | 3CARRUTH050058 | 01/04/02 | More Info/Update Meeitng | | none |
| EX1524 | x | | 3CARRUTH050038 | 3CARRUTH050041 | 01/04/02 | More Info/Update Meeitng | | none |
| EX1525 | x | | 2EGAN023189 | 2EGAN023190 | 01/04/02 | Re: meeting | 805 | 802 |
| EX1526 | x | | 1BWMS04165 | 1BWMS04165 | 01/04/02 | RE: 754 Allocation Schedule | 3527 | 106, 802 |
| EX1527 | x | | 1BWMS00072 | 1BWMS00073 | 01/04/02 | Letter dated 1/4/02 from Denby to Shea | 594, 445_B same doc | none |
| EX1530 | x | | SIDL305432 | SIDL305432 | 01/09/02 | Letter from Haber to Ruble forwarding Egan's FDIS closing binder | 596, 1214, R-24 | 802 |
| EX1532 | x | | 6CARRUTH057009 | 6CARRUTH057009 | 01/10/02 | Email from haber to Speiss, Denby, Ruble and Shea re FICAA Clsoing Binder | 597 | none |
| EX1533 | x | | DGI-PRIV-LOG-212-001 | DGI-PRIV-LOG-212-016 | 01/11/02 | Email from Swiader to James Haber re Certificates of facts for review and execution for Kutler FDIS deal | 1279 | 802 |
| EX1534 | x | | 1EGAN010470 | 1EGAN010471 | 01/11/02 | KPMG memo re Investment Plan Meeting 1/11/02, with handwritten notes | | none |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1535 | x | | 1CARRUTH045670 | 1CARRUTH045670 | 01/12/02 | Email re return and reissance of FICAA closing binder due to three contributions in November and December not being reflected | 2520 | 402 |
| EX1541 | x | | 18CARRUTH072269 | 18CARRUTH072269 | 1/21/02 | Email | | none |
| EX1543 | x | | IRS-50-P1-0011 | IRS-50-P1-0035 | 01/25/02 | 2001 Form 1065 prepared by GT for FX Investments 2001 (filed copy produced by IRS) | 1321 | 402, 802 |
| EX1544 | x | | 2BWMS08062 | 2BWMS08063 | 01/25/02 | Email chain re 2001 Tax Returns | 50 | none |
| EX1545 | x | | 2BDO-FID-020940 | 2BDO-FID-021038 | 01/25/02 | Draft of FDIS Opinion entitled "DG Draft -- Sidley Format 1/25/02" | 2223 | 802, 402, 106 |
| EX1546 | x | | 1KPMG-F-00021204 | 1KPMG-F-00021204 | 01/25/02 | Email | | 802 |
| EX1547 | x | | 1DGI-06-37-065099 | 1DGI-06-37-065099 | 01/25/02 | Email from haber to Ruble that "you do not have to rely on your acting skills because I have already told [BDO] that we are working together to enhance the opinion." | 1208 | 106, 802 |
| EX1549 | x | | 2GTFID020997 | 2GTFID020997 | 01/28/02 | Checklist of Implementation of GT Investments 2001 LLC  No. 21 | 1315.21 | 106, 402, 802 |
| EX1550 | x | | 2GTFID020713 | 2GTFID020713 | 01/28/02 | Checklist of Implementation of RWC Investments LLC No. 40 | 1314.4 | 106, 402, 802 |
| EX1551 | x | | 2GTFID020445 | 2GTFID020445 | 01/28/02 | Checklist of Implementation of JLS Investments 2001 LLC  No. 24 | 1315.24 | 106, 402, 802 |
| EX1552 | x | | 2GTFID016432 | 2GTFID016432 | 01/28/02 | Checklist of Implementation of Acajoux Equities LLC No. 9 | 1315.09 | 402, 802 |
| EX1553 | x | | 2GTFID016290 | 2GTFID016290 | 01/28/02 | Checklist of Implementation of Acajoux Investments LLC No. 10 | Press10 | 402, 802 |
| EX1554 | x | | 2GTFID016156 | 2GTFID016156 | 01/28/02 | Checklist of Implementation of Acajoux Trading  LLC No. 11 | Press11 | 402, 802 |
| EX1555 | x | | 2GTFID016058 | 2GTFID016058 | 01/28/02 | Checklist of Implementation of DJR Investments LLC No. 38 | 1315.38 | 106, 402 |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1557 | x | | 1HT001275 | 1HT001275 | 01/29/02 | 1/29/02 memo Shea to R. Egan | 3377 | 802 |
| EX1558 | x | | 1EGAN001521 | 1EGAN001522 | 01/31/02 | Fidelity Open items | | none |
| EX1560 | x | | SIDL251078 | SIDL251084 | 02/01/02 | B&W partial opinion on H1 Transaction | | none |
| EX1561 | x | | 1DGI-02-15-021801 | 1DGI-02-15-022013 | 02/01/02 | RM Portfolio LLC, Closing Documents | | 802 |
| EX1562 | x | | 14CARRUTH069397 | 14CARRUTH069400 | 02/01/02 | FIDELITY HIGH TECH TRANSACTION SUMMARY FROM CLOSING BINDER | 3100 | none |
| EX1569 | x | | 1DGI-02-17-024857 | 1DGI-02-17-024860 | 2/1/2002 | Summary of Transaction for Stein FDIS | 2459.29B | 802, 106 |
| EX1576 | x | | 8KPMG-F-009-00023 | 8KPMG-F-009-00024 | 02/07/02 | Email chain ending 2/7/02 re "Egan transaction" preparation of tax returns | 43 | none; Bates number does not match exhibit number |
| EX1577 | x | | 1EGAN001580 | 1BWMS04000 | 02/07/02 | Chain email re "754 Allocaton Schedule" | 58 | 106, improper compilation |
| EX1578 | x | | 1EGAN001574 | 1EGAN001575 | 02/07/02 | Email chain ending 2/7/02 re "Egan transaction" preparation of tax returns | 52 | none |
| EX1579 | x | | 1DGI-06-37-065103 | 1DGI-06-37-065103 | 02/07/02 | Email dated 2/7/02 from Ruble to Haber | 1209 | 802, 402 |
| EX1580 | x | | 1Alpha-disk03-031673 | 1Alpha-disk03-031673 | 2/8/02 | Email responding to message that KPMG has asked for help getting Refco statements for all three high tech entities | 4117 | 802, FR |
| EX1583 | x | | 2BWMS09061 | 2BWMS09062 | 02/09/02 | Emaill chain re "FW: MEE Holdings Ownership % - Updated " with attachment | 53 | none |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1584 | x | | 1KPMG-F-00021267 | 1KPMG-F-00021272 | 02/11/02 | Fax (6 pages) dated 2/11/02 re "Egan H1 & H2 Income" | 54, 4026, 4035 | 802; Exhibit numbers (4026, 4035, are incorrect) |
| EX1585 | x | | 1EGAN002524 | 1EGAN002526 | 02/11/02 | Email chain dated 2/11/02 re "H1 & H2 Income" | 55, 937 | none |
| EX1588 | x | | 2BWMS08143 | 2BWMS08143 | 02/12/02 | Email chain dated 2/12/02 re "Revised H1 & H2 summary" | 59 | 802, 106 |
| EX1589 | x | | 1EGAN001592 | 1EGAN001592 | 02/12/02 | Email dated 2/12/02 from Prifti to Spiess re "Any word from Haber yet to determine if the $500,000 988 loss is valid for 2001?" | 57 | 802 |
| EX1590 | x | | 1CARRUTH044959 | 1CARRUTH044961 | 02/12/02 | Email chain dated 2/11/02 re "Revised H1 & H2 summary" | MS16, contians 54 | 802 |
| EX1593 | x | | 2BWMS07995 | 2BWMS07999 | 02/13/02 | Email chain dated 2/13/02 re "Revised H1 & H2 summary" | 60 | 802 |
| EX1594 | x | | 1Alpha-disk12-000692 | 1Alpha-disk12-000692 | 2/13/02 | Email | 4119 | 802 |
| EX1596 | x | | 1CARRUTH044954 | 1CARRUTH044958 | 02/14/02 | Email forwarding attachment to Finalized H1 & H2 spreadsheet e-mail | 61 | none |
| EX1600 | x | | DGI-PRIV-LOG-141-002 | DGI-PRIV-LOG-141-004 | 02/17/02 | Email from Ruble to Haber | 918 | 802 |
| EX1601 | x | | KPMG-F-023-0363 | KPMG-F-023-0363 | 02/19/02 | Email about "listed" material | | 802 |
| EX1602 | x | | 4BRY0012259 | 4BRY0012267 | 02/20/02 | GUPTA OPINION MEMO | 2411, 2412 is clean copy wo handwriting | 402, 802, 106 |
| EX1603 | x | | 1EGAN005731 | 1EGAN005731 | 02/20/02 | Akselrad email forwarding Swiader an email dated 1/25/02 re "Egan" with attachment | | 106 |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1605 | x | | SIDL166918 | SIDL166918 | 02/22/02 | Email dated 2/22/02 from Ruble to Haber and Orrin forwarding draft of Egan FDIS opinion "with all of Orin's changes." | 1217; R-27 | 106, 802 |
| EX1606 | x | | SIDL166917 | SIDL166917 | 02/22/02 | nix and process | | 402, 802 |
| EX1608 | x | | SIDL0382094 | SIDL0382094 | 02/25/02 | Fax (35 pages) from Hagber to Ruble with changes to Egan opinion | 1219 | 106, 802 |
| EX1609 | x | | 1BWMS04158 | 1BWMS04159 | 02/25/02 | Email chain dated 2/25/02 re "RE: Fidelity High Tech - 754 Basis Adjustment - Can we discuss on 2/2 ween 9 am and 10:30 or between 3:30 and 4:30 p ?" | 3529 | none |
| EX1610 | x | | SIDL0476161 | SIDL0476161 | 02/26/02 | Email from Orrin re view of the new Egan opinion against my markup looking at the changes; Ruble direction to make Orrin's changes | 1218 | 802 |
| EX1611 | x | | 1ALPHA-DISK03-032081 | 1ALPHA-DISK03-032081 | 02/26/02 | Email from Ron to Huber forwarding excel file "Cliffside Investments LLC Realized Loss.xls" | 1398 | 802 |
| EX1612 | x | | DGI-Priv-Log-219-001 | DGI-Priv-Log-219-052 | 02/26/02 | Email from Swiader to DGI [??} fowrading draft Egan tax opnion for your initial review | 3404 | 106 |
| EX1613 | x | | 2PR-EGAN-0024413 | 2PR-EGAN-0024414 | 02/27/02 | DGI Memo fro Orrin to Swiader with comments on the opnion - stating "I pretty much only read the blacklined portions" | 3405 | none |
| EX1614 | x | | 1BWMS00750 | 1BWMS00750 | 02/27/02 | Email dated 2/27/02 from Haber forwarding draft of SABW FDIS opinion for Egan for review, stating "we are reviewing it as your are" | 1220 | 106 |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1615 | x | | 1CARRUTH045615 | 1CARRUTH045663 | 02/27/02 | Chain email from Haber to Speiss, Reiss, Denby, and Shea with Draft Egan Tax Opinion 54836v2 | 3530 | none |
| EX1616 | x | | IRS02-25-P2-0063 | IRS02-25-P2-0093 | 02/28/02 | 2001 Form 1065 prepared by GT for Cliffside Investments LLC  (filed copy produced by IRS) | 1323 | 802 |
| EX1617 | x | | 2BAC00406 | 2BAC00407 | 2/28/2002 | BOA Account Statement of Helios Financial for2/1/02 to 2/28/02 | 2467 | 402 |
| EX1618 | x | | 1GTFID001804 | 1GTFID001850 | 02/28/02 | Grant Thorton Bills for 45 FDIS partnerhsip tax returns | 1313 | none |
| EX1619 | x | | 1GTFID001803 | 1GTFID001803 | 02/28/02 | Diversified Group, New Partnerships created in year 2001 | 1314 | 802, 106 |
| EX1620 | x | | 1EGAN005531 | 1EGAN005544 | 02/28/02 | Draft of Prosk Egan Opinion dated _____, 2002 (version 4) | 922 | 106 |
| EX1621 | x | | 2PR-EGAN-0024679 | 2PR-EGAN-0024679 | 02/28/02 | Email chain between Swiader and Orrin re inclusion of advisory fees in actual opinion "as we did with the prior transaction" and response by Orrin to exclude | 3406 | 802 |
| EX1622 | x | | 1PR-EGAN-0011397 | 1PR-EGAN-0011397 | 02/28/02 | Email from Alvarado to Swiader re Egan "Not so far.  I'll ask Ira and get back to you." | 3407 | 106 |
| EX1623 | x | | 2PR-EGAN-0024622 | 2PR-EGAN-0024671 | 02/28/02 | Draft of HT opinion prepared by Swiader (5750 DLN) | 3442 | 802 |
| EX1624 | x | | 2EGAN023743 | 2EGAN023743 | 03/01/02 | Email from Denby re "Helios 2 memo" prepared by Shea re FICAA business purpose | SD61_A | 402 |
| EX1625 | x | | 2EGAN011916 | 2EGAN011916 | 03/01/02 | 3/1/02 email Speiss to Shea | 3953 | 802, |
| EX1626 | x | | 1CARRUTH045517 | 1CARRUTH045517 | 03/01/02 | Email chain dated 3/1/02 re Helios 2 Memo | 603 | none |
| EX1627 | x | | 1BWMS03601 | 1BWMS03601 | 03/01/02 | Email from Shea to Speiss | 1244 | 802 |
| EX1628 | x | | 1BWMS00064 | 1BWMS00066 | 03/01/02 | Helios 2 Memo prepard by Pat Shea dated 12/18/01 | SD61_B | none |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1631 | x | | 1CARRUTH045223 | 1CARRUTH045223 | 03/03/02 | 3/3/02 email Reiss to Shea | 3967A | none |
| EX1632 | x | | 2EGAN019102 | 2EGAN019102 | 03/04/02 | 3/4/02 email Shea to Reiss | 3967B | 802, FR |
| EX1640 | x | | 1ALPHA-DISK03-033188 | 1ALPHA-DISK03-033189 | 03/08/02 | Email chain dated 3/8/02 re "fees" | 369 | 802, 402 |
| EX1641 | x | | 1ALPHA-DISK03-033155 | 1ALPHA-DISK03-033156 | 03/08/02 | Email dated 3/8/02 from Ross to Haber with attachment "2001-CUSTOMERS0-Ivan-#2.xls" | 325 | 402, 802 |
| EX1642 | x | | 1ALPHA-DISK03-033151 | 1ALPHA-DISK03-033152 | 03/08/02 | Email dated 3/8/02 from Ross to Haber with attachment "2001-CUSTOMERS0-Ivan.xls" stating "including Egan and BDO balance" | 368 | 402, 802 |
| EX1643 | x | | 1ALPHA-DISK03-033151 | 1ALPHA-DISk03-033152 | 3/8/2002 | Email dated 3/8/02 from Ross to Haber re Fees with attachment "2001-CUSTOMERS-IVAN.XLS" | 2464 | 802 |
| EX1644 | x | | 1ALPHA-DISK03-033149 | 1ALPHA-DISK03-033150 | 03/08/02 | Email dated 3/8/02 from Buesinger to Ross with attachment "2001-CUSTOMERS0-Ivan-#2.xls" stating "Without Egan and BDO balance" | 966, 1247 | 802 |
| EX1647 | x | | 1BRY0008814 | 1BRY0008815 | 03/09/02 | REPRESENTATION OF DWT INVESTMENTS LLC | 2416A | none |
| EX1648 | x | | | | 03/09/02 | 26 USC 358 Annotated | 2072 | 802; 402 |
| EX1649 | x | | 2EGAN026169 | 2EGAN026169 | 03/11/02 | Email dated 3/11/02 from Denby to Speiss re "Helios 2 opinion letter" | SD45_B | none |
| EX1650 | x | | 1DGI-06-36-061634 | 1DGI-06-36-061637 | 3/12/2002 | EMAIL WITH DENNIS THIES OUTLINE OF PROPOSED TRANSACTION | 2459.48A | 402, 802 |
| EX1653 | x | | 2EGAN031964 | 2EGAN031966 | 03/13/02 | 3/13/02 email Reiss to Irvin | 3359 | 402, FR |
| EX1654 | x | | 1DGI-06-36-061668 | 1DGI-06-36-061668 | 3/14/2002 | Email dated 3/14/02 from Tan to Tilevitz re "Customer List and Non_Registration Opinions" | | 106, 402, 802 |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1655 | x | | 1BWMS00042 | 1BWMS00044 | 03/14/02 | Letter dated 3/14/02 from Denby to Haber with comments on both of the opinion letters | SD35 | 106, |
| EX1656 | x | | 1BRY0004855 | 1BRY0004857 | 03/14/02 | Represenations of Slevin | 2414A | none |
| EX1657 | x | | 1ALPHA-DISK03-034161 | 1ALPHA-DISK03-034162 | 03/15/02 | Email from Buesinger to Ross and Haber re "2001-CUSTOMERS-3-15-02.xls", with attachment, stating "Revised. Please review." | 370 | 802, 106 |
| EX1658 | x | | DGI-PRIV-LOG-051-002 | DGI-PRIV-LOG-051-002 | 03/15/02 | Email | 3483 | 802, 402 |
| EX1659 | x | | 1BWMS00026 | 1BWMS00026 | 03/15/02 | FDIS opinion drafts | 1221 | none |
| EX1660 | x | | 1alpha-disk03-034116 | 1alpha-disk03-034117 | 03/15/02 | Email from Buesinger to Haber and Ross re "2001-CUSTOMERS-3-15-02.xls", with attachment, stating "Please review." | 967 | 802, 106 |
| EX1661 | x | | 18CARRUTH036055 | 15CARRUTH036055 | 03/15/02 | 3/15/02 EMAIL DENBY TO SHEA | 3488 | 106 |
| EX1662 | x | | 1BRY0004052 | 1BRY0004053 | 03/17/02 | INVESTOR REPRESENTATION FOR JAMES TAYLOR | 2415A, JB09 | none |
| EX1663 | x | | 1BWMS04152 | 1BWMS04153 | 03/18/02 | FW: Sales of EMC stock of McData Stock | 3531 | 106 |
| EX1664 | x | | 1BWMS00034 | 1BWMS00038 | 03/18/02 | Fax dated 3/18/202 (5 pages) from Haber to Denby | 568 (contains 2499) | none |
| EX1665 | x | | 1BRY0008812 | 1BRY0008813 | 03/18/02 | INVESTOR REPRENTATION FOR DENNIS THEIS | 2415B | none |
| EX1666 | x | | 1BRY0007288 | 1BRY0007289 | 03/18/02 | INVESTOR REPRESENTATION FOR JAMES THEIS | 2415D | none |
| EX1667 | x | | 1BRY0006208 | 1BRY0006209 | 03/18/02 | INVESTOR REPRESENTATION FOR WILLIAM THEIS SR | 2415E | none |
| EX1668 | x | | 1BRY0005696 | 1BRY0005697 | 03/18/02 | INVESTOR REPRESENTATION FOR REAGAN CRAWFORD | 2415C | none |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1669 | x | | 1PR-EGAN-0021616 | 1PR-EGAN-0021616 | 03/18/02 | Email from Orrin to Swiader | 3409 | none |
| EX1670 | x | | 2EGAN023574 | 2EGAN023574 | 03/19/02 | Email from Haber to Shea dated 3/19/02 re "Tax Opinion" | SD41 | none |
| EX1671 | x | | 1BRY0005698 | 1BRY0005699 | 03/19/02 | REPRESENTATION OF CSH INVESTMENTS | 2416F | none |
| EX1672 | x | | 1BRY0004056 | 1BRY0004057 | 03/19/02 | RESPENTATION OF JHT INVESTMENTS | 2416C | none |
| EX1673 | x | | 1BRY0004050 | 1BRY0004051 | 03/19/02 | REPRESENTATION OF JHT INVESTMENTS | 2416E | none |
| EX1674 | x | | 1BRY0002572 | 1BRY0002573 | 03/19/02 | REPRESENTATION OF RGW INVESTMENTS | 2416B | none |
| EX1675 | x | | 1BRY0001362 | 1BRY0001363 | 03/19/02 | REPRESENTATION OF RC INVESTMENTS 2001 | 2416H | none |
| EX1676 | x | | 1BRY0001360 | 1BRY0001361 | 03/19/02 | REPRESENTATION OF TAB INVESTMENTS 2001 | 2416G | none |
| EX1677 | x | | 1BRY0000007 | 1BRY0000008 | 03/19/02 | REPRESENTATION OF RAG INVESTMENTS 2001 | 2416D | none |
| EX1678 | x | | 15CARRUTH036028 | 15CARRUTH036028 | 03/19/02 | Email from Denby to Shea | 2494 | 106 |
| EX1680 | x | | 2EGAN021811 | 2EGAN021811 | 03/20/02 | Shea Memo dated 3/20/02 to Ambassador Egan re "Signature Request" | 569 | 106 |
| EX1681 | x | | 1RW-HT00919 | 1RW-HT00987 | 03/20/02 | Final tax opinion | 3695 | none |
| EX1684 | x | | 2PR-egan-0024989 | 2PR-egan-0024990 | 03/20/02 | Email chain re "Draft Opiniions" [redacted in part] | 3413 | 402, 802 |
| EX1685 | x | | 7KPMG-FE-010-0006571 | 7KPMG-FE-010-0006574 | 03/21/02 | FW: Disclosure | KPMG22 | 802 |
| EX1686 | x | | 7RSM-F069706 | 7RSM-F069707 | 03/21/02 | Final Tax Opinions Issued | | 802, 402 |
| EX1687 | x | | 1PR-Egan-0021614 | 1PR-Egan-0021614 | 03/21/02 | Email from Orrin to Swiader "Where are we with Egan" | 3415 | none |
| EX1688 | x | | 1CARRUTH037317 | 1CARRUTH037317 | 03/21/02 | FW: Fidelity Funds | 4505 | none, FR |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1689 | x | | 1BWMS04695 | 1BWMS04696 | 03/21/02 | Opinion Comments - Fidelity High Tech | 3414 | none |
| EX1690 | x | | 1BRY0007395 | 1BRY0007397 | 03/21/02 | REPRESENTATION OF CFPT INVESTMENTS | 2616I | none |
| EX1691 | x | | 1BRY0007395 | 1BRY0007396 | 03/21/02 | Fax dated 3/21/02 (p.2-3) of Represenations of CFPT Investments LLC | 2416I | none |
| EX1692 | x | | 1BRY0007393 | 1BRY0007394 | 03/21/02 | INVESTOR REPRESENTATION FOR PAUL THOMAS | 2415F | none |
| EX1693 | x | | 1BRY0007286 | 1BRY0007287 | 03/21/02 | REPRESENTATION OF THIES INVESTMENTS | 2416J | none |
| EX1694 | x | | 1BRY0006210 | 1BRY0006211 | 03/21/02 | REPRESENTATION OF THIES INVESTMENTS | 2416K | none |
| EX1695 | x | | 6RSM-F050540 | 6RSM-F050540 | 03/22/02 | RMS email chian re "Final tax opinions issued" | | 106, 802 |
| EX1696 | x | | 1DGI-08-44-081944 | 1DGI-08-44-081944 | 03/22/02 | Email dated 3/22/02 from Fasulo re BDO | 3717 | 802, 106 |
| EX1697 | x | | | | 03/22/02 | EMC 10-K405 Period 12_31_01.pdf | | none |
| EX1699 | x | | 2PR-Egan-0024988 | | 03/22/02 | Email from Orrin to Swaider "Don't hurry to make this final; I was just told that there may be comments coming from KPMG on Monday." | 3416 | 802, 106, Deposition exhibit number is incorrect |
| EX1700 | x | | 1CARRUTH037204 | 1CARRUTH037204 | 03/25/02 | 3/25/02 Speiss letter to Shea | 3946 | 106, 802, FR |
| EX1701 | x | | 1BRY0005784 | 1BRY0005785 | 03/25/02 | REPRESENTATION OF GUPTA INVESTMENTS | 2416N | none |
| EX1702 | x | | 1BRY0004858 | 1BRY0004859 | 03/25/02 | REPRESENTATION OF CSH INVESTMENTS | 2416L | none |
| EX1703 | x | | 1BRY0000273 | 1BRY0000274 | 03/25/02 | REPRESENTATION OF GUPTA INVESTMENTS | 2416M | none |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1704 | x | | 1CARRUTH045206 | 1CARRUTH045206 | 03/27/02 | email chain dated 3/27/02 re "Cost Per Share of Securities for Fidelity High Tech | 3128 included | 802 |
| EX1706 | x | | 2EGAN023576 | 2EGAN023576 | 03/28/02 | Re: Helios 2 | SD44 | none |
| EX1707 | x | | 1EGAN004317 | 1EGAN004320 | 03/28/02 | Fax dated 3/28/092 from DGI to Ruble with Mr. Egan's signed Representations Investor document | | none |
| EX1708 | x | | 1CARRUTH044919 | 1CARRUTH044920 | 03/28/02 | 3/28/02 EMAIL CALKINS TO REISS | 3361 | none |
| EX1709 | x | | 1BRY0007832 | 1BRY0007834 | 03/28/02 | REPRESENTATION LETTER - CURTIS FRANCOIS | 2414B | none |
| EX1713 | x | | 6RSM-F051803 | 6RSM-F051806 | 3/29/2002 | EMAIL WITH DENNIS THIES OUTLINE OF PROPOSED TRANSACTION | 2459.48B | 402, 802 |
| EX1715 | x | | 1BRY0007835 | 1BRY0007836 | 03/31/02 | REPRESENTATION OF CFPT INVESTMENTS | 2416O | none |
| EX1718 | x | | 2PR-EGAN-0024318 | 2PR-EGAN-0024326 | 04/01/02 | Certificate of Facts Maureen and Richard Egan v4  see cover email to CoF v1 at DGI-priv-log-225-003] | 3708 | none |
| EX1719 | x | | 2EGAN018483 | 2EGAN018484 | 04/01/02 | FICAA spreadsheet listing tax basis of investments, including assocated fees for KMPG/Helios/CARRUTH Mgmt fees | MS19 | none |
| EX1720 | x | | 1DGI-09-54-105198 | 1DGI-09-54-105198 | 04/01/02 | Haber direction to KPMG that fees should be added to outside basis of LLC interest | | 802, 402 |
| EX1721 | x | | 1DGI-06-36-061756 | 1DGI-06-36-061756 | 04/01/02 | Email dated 4/1/02 from Mox Tan re "Deke Carbo concerns with Affco draft opinion" | | 106, 802 |
| EX1723 | x | | 1BWMS04145 | 1BWMS04145 | 04/02/02 | Email chain dated 4/2/02 re "Sidley opinion letter" | | none |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1724 | x | | 1BRY0000971 | 1BRY0000971 | 04/02/02 | REPRESENTATION OF DIVERSIFIED GROUP INC. re DHT Trading LLC | 2416Q | none |
| EX1725 | x | | 1BRY0000704 | 1BRY0000705 | 04/02/02 | REPRESENTATION OF EUROPA INVESTMENTS | 2416P | none |
| EX1726 | x | | DGI-Priv-Log-225-002 | DGI-Priv-Log-225-064 | 04/02/02 | Email dataed 4/3/02 re "egan opinion" with attachment of draft of HT certificates and opinion prepared by Swiader (5750 DLN) | 3443, contains 3418 | 106 |
| EX1727 | x | | 3BRY0011322 | 3BRY0011325 | 04/03/02 | Letter dated 4/3/02 from Barrie of Brian Cave to Haber of DGI | | 802 |
| EX1728 | x | | 1DGI-10-56-110881 | 1DGI-10-56-110892 | 04/03/02 | Email chain ending 4/3/02 with "Redacted Memo attached" | 3456 | 802 |
| EX1729 | x | | 1DGI-09-54-106602 | 1DGI-09-54-106603 | 04/03/02 | Chain email re "Hawkes Rep Letter" with attachment | | 802 |
| EX1730 | x | | 1DGI-06-36-061778 | 1DGI-06-36-061779 | 04/03/02 | Invoices | | 802 |
| EX1731 | x | | 1BWMS04648 | 1BWMS04694 | 04/03/02 | Draft of HT opinion v6 dated 4/3/02 redlined to v2 | 3446 | none |
| EX1732 | x | | 1BWMS04597 | 1BWMS04647 | 04/03/02 | Draft of HT opinion v6 dated 4/3/02 redlined to v5 | 3445 | none |
| EX1733 | x | | 1BWMS00050 | 1BWMS00051 | 04/03/02 | Re: Invoices | SD43, contains 2484, 371 | none |
| EX1735 | x | | 1PR-EGAN-0023043 | 1PR-EGAN-0023043 | 04/03/02 | Ira Akslerda Message Log re update on Egan from Michael Swiader | 3417 | none |
| EX1736 | x | | DGI-Priv-log-226-002 | DGI-Priv-log-226-118 | 04/03/02 | Email from Swiader to Haber forwarding draft Egan tax opinion and certificate of facts | 3420 | Joint |
| EX1737 | x | | SIDL414321 | SIDL414322 | 04/04/02 | Fax (2 pages) dated 4/4/02 from Jung of DGI to Ruble of SAB | | 802, 402 |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1738 | x | | 1BWMS04107 | 1BWMS04113 | 04/04/02 | PROSKAUER OPINION WITH COMMENTS | 3421 | none |
| EX1741 | x | | 2PR-EGAN-0024882 | 2PR-EGAN-0024931 | 04/04/02 | Draft of HT opinion prepared by Swiader (5750 DLN) | 3447 | none |
| EX1742 | x | | 1BWMS04531 | 1BWMS04581 | 04/04/02 | Draft of HT opinion prepared by Swiader (5750 DLN) | 3448 | none |
| EX1743 | x | | 2PR-EGAN-0024730 | 2PR-EGAN-0024731 | 04/05/02 | Certificate of Facts Alpha Consultants LLC for opinion to MEE and RJE by Proskauer endorsed as of 4/5/02 | 3707 | none |
| EX1744 | x | | 1EGAN005432 | 1EGAN005433 | 04/05/02 | Fax daed 4/9/02 of Certificate of Facts Alpha Consultants LLC for opinion to MEE and RJE by Proskauer endorsed as of 4/5/02 | 3721 | none |
| EX1745 | x | | 1ALPHA-DISK04-001987 | 1ALPHA-DISK04-001996 | 4/5/2002 | EMAIL WITH J. CRAWFORD, J. MCNICHOLAS, AND R. CRAWFORD OUTLINE OF PROPOSED TRANSACTIONS | 2459.49 | 802 |
| EX1747 | x | | 1PR-EGAN-0021606 | 1PR-EGAN-0021606 | 04/05/02 | Email dated 4/5/02 from Jung to Swiader | 3423 | 802 |
| EX1748 | x | | 2PR-egan-0024943 | 2PR-egan-0024943 | 04/05/02 | Email from Akselrad to Swiader | 3425 | none |
| EX1749 | x | | 2PR-EGAN-0024121 | 2PR-EGAN-0024172 | 04/05/02 | Draft of HT opinion prepared by Swiader (5750 DLN) | 3449 | none |
| EX1750 | x | | 6RSM-F051839 | 6RSM-F051841 | 04/06/02 | Email chain ending 4/6/02 re "Invoice" | 2428 | 802, 402 |
| EX1751 | x | | 2PR-EGAN-0024959 | 2PR-EGAN-0024969 | 04/08/02 | [Fwd: Egan CoFs] | 3429 | none |
| EX1752 | x | | 2PR-EGAN-0024674 | 2PR-EGAN-0024678 | 04/08/02 | Fax (5 pages) dated 4/8/02 from Jung of DGI to Swiader of Proskauer | 3427 | none |
| EX1753 | x | | 1CARRUTH038317 | 1CARRUTH038327 | 04/08/02 | 4/8/02 EMAIL DENBY TO SHEA | 3428 | none |

**APPENDIX F**

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1754 | x | | 1BWMS04582 | 1BWMS04592 | 04/08/02 | Draft of Certificate of Facts Maureen and Richard Egan v5 redline [see email dated 4/8/02 at 1BWMS04091 from Swiader to Tilevitz forwarding revised Egan CoFs incorporating your changes.] | 3451 | none |
| EX1755 | x | | 1ALPHA-DISK04-002309 | 1ALPHA-DISK04-002318 | 4/8/2002 | EMAIL WITH DENNIS THIES FAMILY OUTLINE OF PROPOSED TRANSACTIONS | 2459.48C | 802 |
| EX1757 | x | | 2EGAN023581 | 2EGAN023581 | 04/09/02 | Email chain dated 4/9/02 re "fees" | | none |
| EX1758 | x | | 1BRY0004370 | 1BRY0004371 | 04/09/02 | REPRESENTATION OF SHERIDAN INVESTMENTS | 2416R | none |
| EX1759 | x | | 1BRY0004361 | 1BRY0004361 | 04/09/02 | REPRESENTATION OF DIVERSIFIED GROUP INC. | 2416S | none |
| EX1762 | x | | 1EGAN001407 | 1EGAN001408 | 04/10/02 | Fax (8 pages) from Speiss to Reiss of "revised 2001 Sch. K-1 for FICAA" (cover page and confirmation only) | 630 | 106 |
| EX1763 | x | | 1DGI-06-36-061909 | 1DGI-06-36-061909 | 04/10/02 | Email chain re Richard J. Portillo | | 106, 402, 802 |
| EX1764 | x | | 1CARRUTH047391 | 1CARRUTH047391 | 04/10/02 | Email chain ending 4/10/02, re "fees" | 482 | none |
| EX1765 | x | | 1CARRUTH045342 | 1CARRUTH045342 | 04/10/02 | Email chain dated 4/10/02 re "FICAA" | MS09 | none |
| EX1766 | x | | 1CARRUTH043471 | 1CARRUTH043475 | 04/10/02 | FAX COVER TO EGANS WITH VARIOUS DOCUMENTS | 573 | none |
| EX1767 | x | | 1BWMS04079 | 1BWMS04082 | 4/10/2002 | Certificate of Facts Richard and Maureen Egan | | none |
| EX1768 | x | | 1BRY0004372 | 1BRY0004373 | 04/10/02 | INVESTOR REPRESENTATION FOR ALBERT CHERIS FOR TENEX CORP. | 2415H | none |
| EX1769 | x | | 1BRY0004359 | 1BRY0004360 | 04/10/02 | INVESTOR REPRESENTATION FOR ALBERT CHERIS | 2415G | none |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1770 | x | | Excel file produced by Alpha named "2001-Customers-Ivan-4-10-02-R.xls" | | 04/10/02 | 2001-Customers-Ivan-4-10-02-R.xls (excel format) | | 802, 901 |
| EX1772 | x | | 2PR-EGAN-0024296 | 2PR-EGAN-0024297 | 04/11/02 | Proposed engagement letter betweenPR and MJE and REE dated 4/11/02 | | 802 |
| EX1773 | x | | 1GTFID002031 | 1GTFID002035 | 04/11/02 | Fax (pages 2-4) dated 4/11/02 from Mellen to Michel re CRIC Represenation Certificate | 923 | 106, 402, 802 |
| EX1774 | x | | 1EGAN005376 | 1EGAN005377 | 4/11/2002 | Engagement letter dated 4/11/02 from Proskauer Rose LLP to Maureen and Richard Egan re FHTAA opinion for $50,000, unsigned | | 802 |
| EX1775 | x | | 1DGI-06-36-061904 | 1DGI-06-36-061905 | 4/12/2002 | Email from Mox Tan to Haber re "Reconcilliation" with attachment | 2468 | 402, 802 |
| EX1776 | x | | 1CARRUTH045612 | 1CARRUTH045612 | 04/12/02 | Email chain dated 4/12/02 re "Proskauer Opinion" | 3558 | none |
| EX1777 | x | | 1CARRUTH038341 | 1CARRUTH038341 | 04/12/02 | Email dated 4/12/02 from Jung to Denby re Egan's COF for their PR opinion | 3436 | none |
| EX1778 | x | | 1ALPHA-DISK04-003065 | 1ALPHA-DISK04-003065 | 04/12/02 | Email chain dated 4/12/02 re "Invoice and Wire" | 372 | 402, 802 |
| EX1780 | x | | 6HT007262 | 6HT007280 | 04/15/02 | 2001 Form 1065 for Fidelity High Tech Advisor for 12/22 to 12/31/01, signed retained copy | 3548 | none |
| EX1781 | x | | 6BRY0019357 | 6BRY0019404 | 04/15/02 | Redacted copy of HT PR opinion with copyright 2002 of DGI | 3471 | none |
| EX1782 | x | | 3GTFID-0029715 | 3GTFID-0029736 | 04/15/02 | RWC Investments LLC | Pattern Form 1065 | 802 |
| EX1783 | x | | 3GTFID-0027238 | 3GTFID-0027271 | 04/15/02 | NDC Investments LLC | Pattern Form 1065 | 802 |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1784 | x | | 3GTFID-0026788 | 3GTFID-0026809 | 04/15/02 | GT Investments 2001 LLC | Pattern Form 1065 | 802 |
| EX1785 | x | | 3GTFID-0026694 | 3GTFID-0026710 | 04/15/02 | DJR Investments LLC | Pattern Form 1065 | 802 |
| EX1786 | x | | 3GTFID-0025757 | 3GTFID-0025780 | 04/15/02 | Affco Investments 2001 LLC | Pattern Form 1065 | 802 |
| EX1787 | x | | 3GTFID-0025484 | 3GTFID-0025506 | 04/15/02 | Corporex Investments LLC | Pattern Form 1065 | 802 |
| EX1788 | x | | 3GTFID-0025365 | 3GTFID-0025381 | 04/15/02 | JHT Investments LLC | Pattern Form 1065 | 802 |
| EX1789 | x | | 3GTFID-0025256 | 3GTFID-0025277 | 04/15/02 | RN Investments 2001 LLC | Pattern Form 1065 | 802 |
| EX1790 | x | | 3GTFID-0025171 | 3GTFID-0025187 | 04/15/02 | SM Investments 2001 LLC | Pattern Form 1065 | 802 |
| EX1791 | x | | 3GTFID-0024977 | 3GTFID-0025003 | 04/15/02 | Cliffside Investments LLC | Pattern Form 1065 | 802 |
| EX1792 | x | | 3GTFID-0024832 | 3GTFID-0024853 | 04/15/02 | SN Investments 2001 LLC | Pattern Form 1065 | 802 |
| EX1793 | x | | 3GTFID-0024751-0024757 | 3GTFID-0024757 | 04/15/02 | Sheridan Investments LLC | Pattern Form 1065 | 802 |
| EX1794 | x | | 3GTFID-0024666-0024682 | 3GTFID-0024682 | 04/15/02 | Europa Investments LLC | Pattern Form 1065 | 802 |
| EX1795 | x | | 3GTFID-0024564 | 3GTFID-0024583 | 04/15/02 | CFPT Investments LLC | Pattern Form 1065 | 802 |
| EX1796 | x | | 3GTFID-0024564 | 3GTFID-0024583 | 04/15/02 | CFPT Investments LLC | Pattern Form 1065 | 802 |
| EX1797 | x | | 3GTFID-0024468 | 3GTFID-0024484 | 04/15/02 | RJS Investments LLC | Pattern Form 1065 | 802 |
| EX1798 | x | | 3GTFID-0024361 | 3GTFID-0024382 | 04/15/02 | RGC Investments LLC | Pattern Form 1065 | 802 |
| EX1799 | x | | 3GTFID-0024265 | 3GTFID-0023281 | 04/15/02 | RAS Investments 2001 LLC | Pattern Form 1065 | 802 |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1800 | x | | 3GTFID-0024127 | 3GTFID-0024148 | 04/15/02 | GN Investments 2001 LLC | Pattern Form 1065 | 802 |
| EX1801 | x | | 3GTFID-0024008 | 3GTFID-0024032 | 04/15/02 | FX Investments LLC | Pattern Form 1065 | 802 |
| EX1802 | x | | 3GTFID-0023921 | 3GTFID-0023942 | 04/15/02 | RAG Investments 2001 LLC | Pattern Form 1065 | 802 |
| EX1803 | x | | 3GTFID-0023821 | 3GFTID-0023842 | 04/15/02 | JRF Investments 2001 LLC | Pattern Form 1065 | 802 |
| EX1804 | x | | 3GTFID-0023708 | 3GTFID-0023730 | 04/15/02 | TFT Investments 2001 LLC | Pattern Form 1065 | 802 |
| EX1805 | x | | 3GTFID-0023595 | 3GTFID-0023611 | 04/15/02 | Kealakekua Investments LLC | Pattern Form 1065 | 802 |
| EX1806 | x | | 3GTFID-0023517 | 3GTFID-0023533 | 04/15/02 | RM Investments 2001 LLC | Pattern Form 1065 | 802 |
| EX1807 | x | | 3GTFID-0023424 | 3GTFID-0023445 | 04/15/02 | SJD Investments LLC | Pattern Form 1065 | 802 |
| EX1808 | x | | 3GTFID-0023318 | 3GTFID-0023334 | 04/15/02 | WFT Investments LLC | Pattern Form 1065 | 802 |
| EX1809 | x | | 3GTFID-0023197 | 3GTFID-0023213 | 04/15/02 | Cowan Investments LLC | Pattern Form 1065 | 802 |
| EX1810 | x | | 3GTFID-0023003 | 3GTFID-0023036 | 04/15/02 | Gupta Investments LLC | Pattern Form 1065 | 802 |
| EX1811 | x | | 3GTFID-0022796 | 3GTFID-0022829 | 04/15/02 | RT Investments 2001 LLC | Pattern Form 1065 | 802 |
| EX1812 | x | | 3GTFID-0022663 | 3GTFID-0022685 | 04/15/02 | DWT Investments LLC | Pattern Form 1065 | 802 |
| EX1813 | x | | 3GTFID-0022267 | 3GTFID-0022288 | 04/15/02 | AN Investments 2001 LLC | Pattern Form 1065 | 802 |
| EX1814 | x | | 3GTFID-0022146 | 3GTFID-0022165 | 04/15/02 | CSH Investments LLC | Pattern Form 1065 | 802 |
| EX1815 | x | | 3GTFID-0022047 | 3GTFID-0022068 | 04/15/02 | RJP Investments LLC | Pattern Form 1065 | 802 |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1816 | x | | 3GTFID-0021893 | 3GTFID-0021915 | 04/15/02 | Anbar Investments LLC | Pattern Form 1065 | 802 |
| EX1817 | x | | 3GTFID-0021765 | 3GTFID-0021776 | 04/15/02 | Thies Investments LLC | Pattern Form 1065 | 802 |
| EX1818 | x | | 3GTFID-0021643 | 3GTFID-0021668 | 04/15/02 | TAB Investments 2001 LLC | Pattern Form 1065 | 802 |
| EX1819 | x | | 3GTFID-0021560 | 3GTFDI-0021576 | 04/15/02 | EGC Investments 2001 LLC | Pattern Form 1065 | 802 |
| EX1820 | x | | 3GTFID-0021456 | 3GTFID-0021477 | 04/15/02 | AHG Investments LLC | Pattern Form 1065 | 802 |
| EX1821 | x | | 3GTFID-0021342 | 3GTFID-0021363 | 04/15/02 | RGW Investments LLC | Pattern Form 1065 | 802 |
| EX1822 | x | | 3GTFID-0021231 | 3GTFID-0021252 | 04/15/02 | RJC Investments LLC | Pattern Form 1065 | 802 |
| EX1823 | x | | 3GTFID-0021140 | 3GTFID-0021161 | 04/15/02 | RC Investments 2001 LLC | Pattern Form 1065 | 802 |
| EX1824 | x | | 2GTFID020426 | 2GTFID020442 | 04/15/02 | JLS Investments 2001 LLC | Pattern Form 1065 | 802 |
| EX1825 | x | | 2GTFID019968 | 2GTFID019984 | 04/15/02 | Acajoux Investments LLC | Pattern Form 1065 | 802 |
| EX1826 | x | | 2GTFID016405 | 2GTFID016424 | 04/15/02 | Acajoux Equities LLC | Pattern Form 1065 | 802 |
| EX1827 | x | | 2GTFID016132 | 2GTFID016148 | 04/15/02 | Acajoux Trading LLC | Pattern Form 1065 | 802 |
| EX1828 | x | | 1IRS0761 | 1IRS0802 | 04/15/02 | 2001 Form 1065 of FICAA signed 4/15/02 by Mike Egan (filed copy rec'd by the IRS 4/22/02) | 46 (1116, 4501, and 4502 are retained copy) | inaccurate compilation |
| EX1829 | x | | 1CORRIGAN-000563 | 1CORRIGAN-000592 | 04/15/02 | FICAA 2001 Form 1065 for perioid 10/22 to 12/31/01 (file stamped copy) | 606 | none |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1830 | x | | 15IRS00026 | 15IRS00026 | 4/15/2002 | 2001 Form 4868 of Richard and Maureen Egan dated 4/15/02 | | 106 |
| EX1838 | x | | 1DGI-09-50-097857 | 1DGI-09-50-097857 | 04/22/02 | Email re "DWT-Trading 2002 LLC prices-04-22-02.xls" with attachment | 374 | 402, 802 |
| EX1839 | x | | 3CARRUTH050051 | 3CARRUTH050051 | 04/24/02 | Email chain ending 4/24/02 re "fees" | | none |
| EX1840 | x | | 1DGI-09-50-097059 | 1DGI-09-50-097060 | 04/26/02 | Email forwarded to Haber dated 4/26/02 from Fasulo to Ross, with copy to buesinger memorializing phone call with Morry Gottlieb of BDO, stating that Gottlieb stated "in viow of the disclosure requirements, BDO is thinking about going back to the corporate side." | 3706 | 802, 106 |
| EX1841 | x | | 1ALPHA-DISK04-004793 | 1ALPHA-DISK04-004793 | 04/30/02 | Chain email re FW: Fees | 373 | 402, 802 |
| EX1843 | x | | 1DGI-09-50-097867 | 1DGI-09-50-097869 | 05/01/02 | Email dated 5/1/02 from Buesinger to Jim Haber with subject  "2001-Customers-Haber-Invst-04-22-02.xls" | 1253; 2482, DFD-7; DFD-9; SD59 | 402, 802 |
| EX1845 | x | | 1DGI-09-54-106314 | 1DGI-09-54-106315 | 05/03/02 | Email chain ending 5/3/02 re "2001-Cutomers-Ivan-3-15-02.xls" with attachment | 379, SD60 (just attachment) | 402, 802 |
| EX1847 | x | | 2EGAN024736 | 2EGAN024738 | 05/07/02 | Email chian ending 5/7/02 re "Questions for You" re additonal stuffing with attachment of EMC Stock 4-2002.xls (copy attached) | 3363 | 802 |
| EX1851 | x | | 2PR-EGAN-0025086 | 2PR-EGAN-0025086 | 05/10/02 | Email dated 5/10/02 from Tilevitz to Akselrad | 3315 | 402, 802 |

**APPENDIX F**

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1852 | x | | DGI-PRIV-LOG-324-002 | DGI-PRIV-LOG-324-051 | 05/13/02 | Email dated 5/13/02 from Haber to Barrie with attachments inculding short memo outline the proposed strategy and a more detailed Trilogy Financial Investments Limited memorandum dated May 13, 2002 from Tilevitz to Haber | 3476, 3477 | 802 |
| EX1854 | x | | 1BWMS03994 | 1BWMS04000 | 5/15/02 | FHTAA Sales Rec w-revised cost basis.xls datd 5/15/02 and FHTAA Securities Position Analysis detailing unrealized gain for each security | | 106 |
| EX1855 | x | | 19CARRUTH072319 | 19CARRUTH0723199 | 5/15/02 | Email | | 106 |
| EX1857 | x | | 1CARRUTH047163 | 1CARRUTH047165 | 05/20/02 | Email dated 5/20/02 from Henry to Mike Egan and Shea re "Hlios Portfolio" with attachment | 3876 | none |
| EX1859 | x | | 1DGI-09-50-097881 | 1DGI-09-50-097881 | 05/22/02 | Email re Trilogy | | 106, 402, 802 |
| EX1861 | x | | ALPHA1_PRIV000979 | ALPHA1_PRIV000979 | 05/24/02 | Emial from Ross to Mox Tan re Revised Trilogy US Implementation memo, stating "it seems to me that Alpha's presence in the US may subject us to list maintenance or registration requirements. Cand the trades be done without a broker/dealer where we act individually as consultants as well?" | 1368 | 802, 106 |
| EX1862 | x | | ALPHA1_PRIV000976 | ALPHA1_PRIV000978 | 05/24/02 | Email from Tan forwarding Revised Trilogy US Implementation Memo | 336 | 802, 402 |
| EX1863 | x | | 8KPMG-F-007-00983 | 8KPMG-F-007-00991 | 05/24/02 | Penalty avoidance with respect to proposed "FOCus" transactions | | 402, 802 |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1864 | x | | 7IRS00633 | 7IRS00635 | 5/24/2002 | REVISED TRILOGY US IMPLEMENTATION MEMO | 2475 | 802 |
| EX1865 | x | | 1DGI-09-54-106717 | 1DGI-09-54-106718 | 05/28/02 | IRS disclosure | | 802 |
| EX1866 | x | | 1ALPHA-DISK04-007820 | 1ALPHA-DISK04-007823 | 05/29/02 | Email from Helene to Haber forwarding excel file "RGC Investments LLC JYS Trades Realized Loss 2002.xls" stating "the realized loss for 2002 is on the third tab" | 1400 | 402, 802 |
| EX1867 | x | | 1ALPHA-DISK04-007816 | 1ALPHA-DISK04-007819 | 05/29/02 | Email from Helene to Haber forwarding excel file "RJC IInvestments LLC JYS Trades Realized Loss-2002.xls" stating "the realized loss for 2002 is on the third tab" | 1401 | 802 |
| EX1868 | x | | 1ALPHA-DISK04-007949 | 1ALPHA-DISK04-007949 | 05/30/02 | Daiwoo | 1367 | 402, 802 |
| EX1869 | x | | 1HT002051 | 1HT002052 | 05/31/02 | Helios transactions | 3877 | none |
| EX1870 | x | | 1DGI-09-54-106532 | 1DGI-09-54-106768 | 05/31/02 | Fw: Sidley opinion letter | 1317 | 802 |
| EX1871 | x | | 1ALPHA-DISK04-008056 | 1ALPHA-DISK04-008056 | 05/31/02 | Email chain from Buesinger to Ross re fees and expenses | 382 | 402, 802 |
| EX1872 | x | | 1ALPHA-DISK04-008053 | 1ALPHA-DISK04-008053 | 05/31/02 | Email fees and expenses | 381 | 402, 802 |
| EX1873 | x | | 2EGAN028655 | 2EGAN028656 | 6/3/02 | FHTAA Sales Rec w-revised cost basis 5-2002.xls and FHTAA Securities Position Analysis detailing realized gain for each security | | none |
| EX1874 | x | | 1DGI-09-54-106774 | 1DGI-09-54-106774 | 06/03/02 | Email dated 6/3/02 from Haber to Barrie | 2419 | 802 |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1875 | x | | 1HELIOS-02566 | 1HELIOS-02570 | 06/05/02 | Attached email reflects that the fee to be paid by Daewoo of $2.225M is to be wired to Cumberdale, which (as of the the day before) had capitalized Turdorfox with $2.205M, which in turn loaned $2.205 to Worldpark for Refco trades, provided that Refco was not to take down the trades until confirmation that Daewoo had wired the $2.225M. | | 402, 802 |
| EX1876 | x | | DGI-PRIV-LOG-308-002 | DGI-PRIV-LOG-308-048 | 06/07/02 | EMAIL WITH ATTACHMENT OF "ZEPHYR-SUMMARY.DOC" AND "ZEPHYR.DOC." | 3481 | 802, 402 |
| EX1877 | x | | 1CARRUTH044982 | 1CARRUTH044983 | 06/07/02 | 6/7/02 email Speiss to Reiss and Seaver | 3133 | none |
| EX1878 | x | | 1ALPHA-DISK04-008729 | 1ALPHA-DISK04-008729 | 06/07/02 | FW:  Probability of hitting 2 strikes | | 802, 106 |
| EX1880 | x | | DGI-PRIV-LOG-309-002 | DGI-PRIV-LOG-309-008 | 06/10/02 | EMAIL WITH SUMMARY MEMO-V.DOC ATTACHED | 3478 | 402 |
| EX1882 | x | | 2EGAN019467 | 2EGAN019467 | 06/13/02 | Email from Jim Reiss regarding option termination contracts for FICAA, with copy attached dated 5/29/02 (without attachment) | 356 | 802, 106 |
| EX1883 | x | | 2EGAN019467 | 2EGAN019468 | 06/13/02 | Email from Jim Reiss regarding option termination contracts for FICAA, with copy attached dated 5/29/02 | JR2 | 802 |
| EX1884 | x | | 1ALPHA-DISK04-011460 | 1ALPHA-DISK04-011460 | 06/13/02 | Wainwright trades | 3580 | 402, 802 |
| EX1885 | x | | 1ALPHA-DISK01-003196 | 1ALPHA-DISK01-003197 | 06/13/02 | Option termination Letter | 355 | none |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1886 | x | | 1KPMG-F-00012145 | 1KPMG-F-00012181 | 06/14/02 | 26 CRF Parts 1 and 301 {[TD9000], RIN 1545-BA62---handwritten notes included | | 802; 402 |
| EX1887 | x | | 1EGAN000823 | 1EGAN000823 | 06/14/02 | Termination Agreement between Fidelity World and Refco Capital. Re: RCM 2001-11-06-02. | 741 | none |
| EX1888 | x | | 1EGAN000819 | 1EGAN000819 | 06/14/02 | Termination Agreement between Fidelity World and Refco Capital. Re: RCM 2001-11-06-21. | 740 | none |
| EX1889 | x | | 1EGAN000807 | 1EGAN000807 | 06/14/02 | Termination Agreement between Fidelity World and Refco Capital. Re: RCM 2001-10-09-05. | 737 | none |
| EX1890 | x | | 1EGAN000803 | 1EGAN000803 | 06/14/02 | Termination Agreement between Fidelity World and Refco Capital. Re: RCM 2001-10-09-04. | 736 | none |
| EX1891 | x | | 1DGI-06-36-062599 | 1DGI-06-36-062601 | 06/14/02 | "Ron wanted a $50MM basis enhancement summary…." | 3579 | 802, 106, 402 |
| EX1892 | x | | 4BRY0011671 | 4BRY0011671 | 06/16/02 | New Regulations -- 601 1-4T | 2420 | 802 |
| EX1893 | x | | 1DGI-09-54-107686 | 1DGI-09-54-107686 | 06/17/02 | Senate Finance Markup | | 106, 802 |
| EX1894 | x | | 1DGI-06-37-064901 | 1DGI-06-37-064901 | 06/17/02 | RE: New Regulations -- 601 1-4T | 2353 | 802, 402 |
| EX1895 | x | | ADD TO CONCORDANCE AND INPUT BATES | | 06/18/02 | TD 9000 | 2048 | 802 |
| EX1896 | x | | 4BRY0012725 | 4BRY0012731 | 06/18/02 | 6/14/02 TAX SHELTER DISCLOSURE AMENDMENTS | 2427 | 402, FR |
| EX1897 | x | | 2EGAN015426 | 2EGAN015426 | 06/18/02 | Richard & Maureen Egan Assets, June 2002 Monthly Report | 930.2 | none; part of proposed joint exhibit |
| EX1898 | x | | 1EGAN000815 | 1EGAN000815 | 06/18/02 | Termination Agreement between Fidelity World and Refco Capital. Re: RCM 2001-11-06-19. | 739 | none |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1899 | x | | 1EGAN000811 | 1EGAN000811 | 06/18/02 | Termination Agreement between Fidelity World and Refco Capital. Re: RCM 2001-11-06-18. | 738 | none |
| EX1900 | x | | 1EGAN000799 | 1EGAN000799 | 06/18/02 | Termination Agreement between Fidelity World and Refco Capital. Re: RCM 2001-10-09-02. | 735 | none |
| EX1901 | x | | 1EGAN000795 | 1EGAN000795 | 06/18/02 | Termination Agreement between Fidelity World and Refco Capital. Re: RCM 2001-10-09-01. | 734 | none |
| EX1902 | x | | 1EDY001792 | 1EDY001804 | 06/18/02 | Modification of Tax Shelter Rule III | 2048 | 802, 402 |
| EX1903 | x | | 1BWMS03134 | 1BWMS03141 | 06/18/02 | 6/14/02 Tax Shelter Disclosure Amendments | 913 | none |
| EX1904 | x | | | | 06/19/02 | Article titled "Is 'Infectious Greed' Really a Disease?" by DeRosa | DFD-18 | 802 |
| EX1906 | x | | DGI-PRIV-Log-313-002 | DGI-PRIV-Log-313-008 | 06/20/02 | Email from haber to Akselrad with attachment "disclosure-2002 regs-midco transactons.doc" | 915 | 402, 802 |
| EX1907 | x | | DGI-PRIV-Log-311-002 | DGI-PRIV-Log-311-010 | 06/20/02 | Email from Haber forwarding to Tilevitz a copy of an email from haber to Denby on 6/19/02 re Disclsoure 2002 Regs | 917 | 802 |
| EX1908 | x | | 1CARRUTH045521 | 1CARRUTH045527 | 06/21/02 | FW: disclosure | SD54 | none |
| EX1909 | x | | 1CARRUTH045157 | 1CARRUTH045157 | 06/24/02 | RE: Fidelity World and Fidelity International Termination of Open Trades | MS30 | none |
| EX1910 | x | | 1DGI-09-54-107972 | 1DGI-09-54-107974 | 06/26/02 | Email re IRS Notice 2002-50 regarding Partnership Straddle Tax Shelter, states "this is Bricolage/AA Strategy - not ours" | 2422 | 802, 402 |
| EX1911 | x | | 1DGI-06-36-062678 | 1DGI-06-36-062678 | 06/26/02 | Email | | 802, 402 |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1912 | x | | 1DGI-06-36-062680 | 1DGI-06-36-062680 | 06/27/02 | Bricolage/McGladrey | | 106, 402, 802 |
| EX1914 | x | | 5IRS03231 | 5IRS03232 | 06/30/02 | Fidelity High Tech Journal entries | | none |
| EX1915 | x | | 1EGAN003414 | 1EGAN003414 | 6/30/2002 | Fidelity High Tech Journal entry | | 106; complete document is a joint exhibit |
| EX1916 | x | | 1BWMS03142 | 1BWMS03148 | 06/30/02 | Email from Denby to John and Michael Egan with ltr re new tax shelter disclosure regulations | 3869 | 106 |
| EX1917 | x | | ADD TO CONCORDANCE AND INPUT BATES | TO BE ADDED | 7/1/2002 | HANDWRITTEN NOTES | 3023 | 802 |
| EX1918 | x | | 8RCM-FID166620 | 8RCM-FID166623 | 07/10/02 | FW:  Probability of hitting 2 strikes - example | | 402, 802 |
| EX1919 | x | | 1CARRUTH045341 | 1CARRUTH045341 | 07/15/02 | Chain email re "Tax Returns/Workpapers" | 532 | none |
| EX1920 | x | | | | 07/15/02 | T.D. 9000; 2002 IRB LEXIS 1145; 2002-28 I.R.B. 87---July 15, 2002 | | 802; 402 |
| EX1921 | x | | 1ALPHA-DISK04-024504 | 1ALPHA-DISK04-024504 | 07/17/02 | memo from haber to buesinger an dlevato, cc to Kampf and Tan, re CMC Investments 2002 LLC, that Trilogy Investments Ltd. will replace Trilogy Financial Invetments Limited as a member and as the TMP. | 1270 | 802 |
| EX1922 | x | | 7RSM-F071307 | 7RSM-F071307 | 07/20/02 | email containing handwritten notes | GR16 | 802, 106 |
| EX1923 | x | | 6RSM-F055243 | 6RSM-F055243 | 07/20/02 | Disclosure | | 802 |
| EX1924 | x | | 7RSM-F069724 | 7RSM-F069726 | 07/22/02 | Disclosure - Below- | 2423 | 802, 402 |
| EX1925 | x | | 7RSM-F070939 | 7RSM-F070940 | 07/22/02 | Disclosure - Follow-up | | 802 |
| EX1926 | x | | 1DGI-06-36-062811 | 1DGI-06-36-062811 | 07/23/02 | Richard J. Portillo | | 106, 402, 802 |
| EX1927 | x | | 5BRY0018784 | 5BRY0018789 | 7/24/2002 | Handwritten notes | | 402, 802 |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1928 | x | | 2EGAN031242 | 2EGAN031286 | 07/25/02 | 7/25/02 email Irvin to Reiss | 3365 | none |
| EX1929 | x | | 2EGAN028532 | 2EGAN028535 | 7/25/02 | FHTAA Sales Rec w-revised cost basis 7-2002.xls detailing FHTAA Securities Position Analysis detailing realized gain for each security | | none |
| EX1930 | x | | 1CARRUTH043711 | 1CARRUTH043711 | 7/25/02 | FHTAA Sales Rec w-revised cost basis 7-2002.xls with handwritten note detaiing realized loss of -23,215,377.89, and projected loss of -22,686,819.99 | | none |
| EX1931 | x | | 1DGI-06-36-063378 | 1DGI-06-36-063378 | 07/26/02 | Email | | 802, 402 |
| EX1932 | x | | 8RCM-FID159753 | 8RCM-FID159753 | 07/29/02 | Trilogy | | 802, 402 |
| EX1933 | x | | 3KPMG-FE-005-0018792 | 3KPMG-FE-005-0018801 | 07/29/02 | Draft Disclosure Opinion Letter | | 802 |
| EX1934 | x | | 1DGI-09-50-097143 | 1DGI-09-50-097143 | 07/29/02 | Marketing New Product | 3710 | 802, 106 |
| EX1935 | x | | 1DGI-06-36-063383 | 1DGI-06-36-063584 | 07/29/02 | Email | 919 | 802, 402 |
| EX1936 | x | | 1DGI-06-36-063381 | 1DGI-06-36-063584 | 07/29/02 | Email | 989 | 802, 402 |
| EX1937 | x | | 1KPMG-F-00020401 | 1KPMG-F-00020404 | 08/01/02 | Tax Professional Practice Letter 02-04 | KPMG25 | Bates numbers are not consistent with exhibit |
| EX1940 | x | | 2BWMS08630 | 2BWMS08642 | 08/01/02 | Redline draft of Nondisclosure Opinion dated 8/14/02 | 906 | 802 |
| EX1941 | x | | 7CARRUTH058505 | 7CARRUTH058508 | 08/01/02 | Handwritten notes state "hber Could get a firm to sign return - Mcladrey will siggn return w/o disclosure | | 802 |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1943 | x | | 1BWMS00013 | 1BWMS00024 | 08/07/02 | Letter dtaed 8/7/02 from Denb to Speiss with attachment | SD48 | none |
| EX1944 | x | | KPMG-F-022-1055 | KPMG-F-022-1067 | 08/08/02 | KPMG internal email chain including 8/8/02 from Speiss to Gremminer forwaridng draft PR nondisclosure opinion v3 dated 7/31/02 for Egan | KPMG26 | 802 |
| EX1945 | x | | 2PR-EGAN-0024807 | 2PR-EGAN-0024818 | 08/08/02 | Email from Sabloff to Tilevitz with cc to Korins and Alselrad, of revised nondisclosure opinion for Egan v4 | 3454 | none |
| EX1948 | x | | 7RSM-F070890 | 7RSM-F070902 | 08/09/02 | Disclosure opinion | | none |
| EX1949 | x | | 6RSM-F055396 | 6RSM-F055408 | 08/09/02 | Disclosure opinion | RW04 | 802, 402 |
| EX1950 | x | | 4RSM-F044609 | 4RSM-F044609 | 08/09/02 | Disclosure opinion | RW05 | 106 |
| EX1951 | x | | DGI-PRIV-LOG-036-002 | DGI-PRIV-LOG-036-002 | 08/10/02 | Disclosure opinion | | 106, 802 |
| EX1952 | x | | 6CARRUTH058428 | 6CARRUTH058428 | 08/12/02 | Handwritten notes | 495 | 802 |
| EX1953 | x | | 2EGAN015429 | 2EGAN015429 | 08/12/02 | Richard & Maureen Egan Assets, July 2002 Monthly Report | 930.21 | none; part of proposed joint exhibit |
| EX1954 | x | | 1DGI-09-54-107287 | 1DGI-54-107287 | 08/12/02 | Disclosure opinion | | 802 |
| EX1956 | x | | KPMG-FE-015-000409 | KPMG-FE-015-000412 | 08/13/02 | Email from Speiss to Sabloff and Korin forwarding his comments to the proposed PR nondisclosure opinion for Egan, stating, the comment could also apply to Rubin and Matthew (two fo Speiss' other clients) | JK06 | none |
| EX1957 | x | | 1PR-EGAN-0021587 | 1PR-EGAN-0021587 | 08/13/02 | egan | 3434 | 802 |
| EX1958 | x | | 1PR-EGAN-0021586 | 1PR-EGAN-0021586 | 08/13/02 | Re: egan | 3435 | 802 |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1959 | x | | 1CARRUTH044980 | 1CARRUTH044980 | 08/13/02 | Email chain from Spiess to Shea re "recap" | 612 | none |
| EX1960 | x | | KPMG-FE-015-000581 | KPMG-FE-015-000581 | 08/14/02 | KPMG internal email fre PR nondisclosure opinion re IRS notices 2000-44 and 2000-50 | KPMG27 | 106, 802 |
| EX1961 | x | | 1PR-EGAN-0006593 | 1PR-EGAN-0006593 | 08/14/02 | Egan | JK09 | none |
| EX1962 | x | | 1EGAN002096 | 1EGAN002107 | 08/14/02 | Redline draft of Proskauer Opinion dated 8/14/02 to Richard Egan with handwriting | | 802 |
| EX1963 | x | | 15IRS00028 | 15IRS00028 | 8/14/2002 | 2001 Form 2688 of Richard and Maureen Egan dated 8/14/02 | | 106 |
| EX1964 | x | | KPMG-F-013-2352 | KPMG-F-013-2352 | 08/16/02 | Handwritten note | KPMG29 | 802 |
| EX1965 | x | | 7IRS04220 | 7IRS04220 | 08/16/02 | Re: egan speiss meeting | JK08 | none |
| EX1966 | x | | 6CARRUTH058447 | 6CARRUTH058450 | 08/16/02 | Letter dated 8/16/02 from Proskauer to Richard Egan | | none |
| EX1967 | x | | 6CARRUTH058432 | 6CARRUTH058432 | 08/16/02 | Shea Handwritten notes dated 8/16 | | 802 |
| EX1968 | x | | 6CARRUTH058429 | 6CARRUTH058429 | 08/19/02 | Handwritten notes | JB06 | 802 |
| EX1969 | x | | 1CARRUTH045597 | 1CARRUTH045598 | 08/19/02 | Email 8/22/02 from Speiss to Shea re "Memo From 8/19/02", with attachment | 617_B | none |
| EX1970 | x | | 1CARRUTH045590 | 1CARRUTH045590 | 08/19/02 | Email 8/22/02 from Speiss to Shea re "Memo From 8/19/02", with attachment | 617_A | 106 |
| EX1971 | x | | KPMG-F-020-1487 | KPMG-F-020-1491 | 08/20/02 | Fax dated 8/20/02 (6 pages) of endorsed KPMG engagement for FICAA | KPMG12 | none |
| EX1972 | x | | 8KPMG-F-009-00071 | 8KPMG-F-009-00071 | 08/20/02 | FW: Egan transaction and Notice 2000-44 Observations. Your comments please. Contract | RP48.01 | 106 |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1974 | x | | 1EGAN003305 | 1EGAN003326 | 08/21/02 | | | 106; complete document is a joint exhibit |
| EX1975 | x | | 1EGAN003411 | 1EGAN003427 | 08/21/02 | | | 106; complete document is a joint exhibit |
| EX1976 | x | | KPMG-F-013-2380 | KPMG-F-013-2392 | 08/21/02 | FAX (14 pages) from Speiss to Chpack re 8/21/01 discussion, forwaritng makred draft of PR nondiscosure opinion v6 dated 8/21/02 | KPMG30 | 802 |
| EX1977 | x | | 6RSM-F055378 | 6RSM-F0055380 | 08/21/02 | 8/21/02 email Sterling to Wainwright | | 802 |
| EX1978 | x | | 1CARRUTH045340 | 1CARRUTH045340 | 08/21/02 | Rje-Mee returns | MS22 | none |
| EX1979 | x | | 15CARRUTH072247 | 15CARRUTH0722477 | 08/21/02 | RE: Preskauer Opinion | 3699 | none |
| EX1980 | x | | KPMG-FE-015-000037 | KPMG-FE-015-000037 | 08/22/02 | Email from Speiss to KPMG internally re disclosure of Egan's FDIS transaction, stating "I will need one of you to assist me the moring of 8/23 wrt preparing for the 8/23 client meeting as I commicate KPMG's requiring taxpayer disclosure as a condition of signing the 2001 returns" | KPMG31 | 802 |
| EX1981 | x | | 7RSM-F068044 | 7RSM-F068046 | 08/22/02 | Tax return disclosure policy | 3598 | 802, 402, 106 |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1982 | x | | 6RSM-F055420 | 6RSM-F055421 | 08/22/02 | Email chain re "Disclosure opinion" | | 106, 802 |
| EX1983 | x | | 6KPMG-FE-009-0058457 | 6KPMG-FE-009-0058457 | 8/22/2002 | Emal chain re "Meetins/Products" | | 802 |
| EX1984 | x | | 1CARRUTH045588 | 1CARRUTH045589 | 8/22/2002 | Email dated 8/22/02 from Sepiss to Shea re "Pat, see attached. Tim, with attachment named "SapmplediscloureA.doc" | | none |
| EX1985 | x | | KPMG-F-021-0014 | KPMG-F-021-0017 | 08/23/02 | 2001 1040 return of RJE and MEE (partial copy) signed by Speiss | 48 | 106, |
| EX1986 | x | | 2KPMG-FE-004-0000494 | 2KPMG-FE-004-000495 | 08/23/02 | 2001 Form 1065 of MEE and RJE (kpmg version with disclosure statement, signed by KPMG but not taxpayer and not filed | MS11_A | inaccurate description, 106, 402 |
| EX1989 | x | | 7RSM-F068043 | 7RSM-F068043 | 08/25/02 | Blank Consulting Agreement | | 802, 402 |
| EX1990 | x | | 3EGAN036463 | 3EGAN036470 | 08/26/02 | Fax (10 pages) dated 8/26/02 | 24 | none |
| EX1992 | x | | 6CARRUTH058423 | 6CARRUTH058423 | 08/28/02 | Memo dated 8/28/02 from Shea to Egan | | none |
| EX1993 | x | | 1CARRUTH043361 | 1CARRUTH043362 | 08/28/02 | Telecon with Tim Speiss of KPMG | 782 | none |
| EX1994 | x | | 1BWMS03965 | 1BWMS03965 | 08/28/02 | Handwritten ote by Pat Shea dated 8/28/02 "...please destroy this return and your file copies." | 47 | none |
| EX1995 | x | | 1BWMS03962 | 1BWMS03963 | 08/28/02 | Memo Seaver to Shea, Reiss recap teleconference with Speiss and | | none |
| EX1996 | x | | 12CARRUTH060085 | 12CARRUTH060085 | 08/31/02 | Calendar of Mike Egan for August 2002 | 1518 | none |
| EX1997 | x | | 6CARRUTH058434 | 6CARRUTH058434 | 09/02/02 | Handwritten Notes | | 802 |
| EX1998 | x | | 3EGAN036908 | 3EGAN036919 | 09/04/02 | Proskauer Rose opinion letter regarding Richard Egan's subjection to new disclosure requirements. | RF03 | none |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1999 | x | | 1EGAN006264 | 1EGAN006275 | 09/04/02 | Prosk Egan Opinion dated 9/4/01 re whether subject to disclosure requirements under 6011 | RW07 | none |
| EX2000 | x | | 1DGI-09-54-108133 | 1DGI-09-54-108133 | 09/04/02 | Email stating "[i]t is my understanding that Ron Wainwright called you several times yesterday and was unable to reach you.  He is reachable at 919-645-1543 all day today if you would like to speak to him." | 2510 | 802 |
| EX2001 | x | | 14CARRUTH065021 | 14CARRUTH065032 | 09/04/02 | Prokauer Non-Diclsoure opinion | | none |
| EX2002 | x | | DGI-PRIV-LOG-239-002 | DGI-PRIV-LOG-239-002 | 09/06/02 | Email from Ira to DGI that the Proskauer engagement letters for Affco and Nassau are out | 911 | 402, 802 |
| EX2003 | x | | 6CARRUTH057096 | 6CARRUTH057096 | 09/09/02 | Follow-up | RW06 | none |
| EX2004 | x | | 1CARRUTH045343 | 1CARRUTH045343 | 09/09/02 | Follow-up | 977 | none |
| EX2005 | x | | 4PR-EGAN-0052468 | 4PR-EGAN-0052468 | 09/10/02 | email produced by the IRS which was not produced by Proskauer or DGI.  It reflects that DGI wanted to continue the practice of binding and sendinging the opinions so that it could track delivery.  This would, of course, provide DGI with the ability to ensure that it was paid first.  And, since Proskauer was to be paid by DGI, if DGI did not get paid first, then Proskauer also might not get paid since DGI did not have any form of written engagement letter. | | 106, 402, 802 |
| EX2006 | x | | 1RSM-HT000972 | 1RSM-HT001020 | 09/10/02 | Information from Ron Wainwright | 3644 | 802, 402 |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX2007 | x | | 1PR-EGAN-0001370 | 1PR-EGAN-0001370 | 09/10/02 | mail from Apryl Hand of Proskauer reflects that up untill at least 9/10/02 Proskauer had th epractice of sending its opinions to DGI to be sent to the client. This effects a waiver. | | 802, 402 |
| EX2008 | x | | 1ALPHA-DISK04-017652 | 1ALPHA-DISK04-017716 | 09/10/02 | Email re meeting | 306 | 802, 402 |
| EX2009 | x | | 8CARRUTH058813 | 8CARRUTH058813 | 09/11/02 | FW: helios - updated spreadsheet | EC06 | none |
| EX2010 | x | | 6CARRUTH058342 | 6CARRUTH058342 | 09/11/02 | RE: For Your Files - McGladdrey & Pullen (Wainwright - Nondisclos ure Agreement) | 3599 | 106 |
| EX2011 | x | | 6CARRUTH057109 | 6CARRUTH057112 | 09/11/02 | Arrangement letter | 1101 | none |
| EX2012 | x | | 7CARRUTH058506 | 7CARRUTH058507 | 09/12/02 | Handwritten notes re KPMG fees and 50K for deferred comp | 789 | 802 |
| EX2013 | x | | 2RSM-F026253 | 2RSM-F026455 | 09/12/02 | 2001 Form 1040 of MEE and RJE signed by Wainwright of RSM as preparer | 1114 | 802 |
| EX2014 | x | | 2RSM-F026253 | 2RSM-F026455 | 09/12/02 | MEE & RJE 2001 Form 1040 signed by Wainwright of RSM as preparer | 1114 | 802 |
| EX2015 | x | | 1LBB003308 | 1LBB003316 | 09/12/02 | Investment Transactions | JB11 | 802 |
| EX2016 | x | | 1CARRUTH045143 | 1CARRUTH045143 | 09/12/02 | FW: helios - updated spreadsheet | MS31 | 106 |
| EX2017 | x | | | | 09/12/02 | Investment Transactions | JB-11 | 802 |
| EX2018 | x | | KPMG-F-022-1247 | KPMG-F-022-1287 | 09/13/02 | 9/13/02 email Reiss to Spruck and Speiss | 3959 | none |
| EX2019 | x | | 1DGI-06-37-064162 | 1DGI-06-37-064162 | 09/13/02 | Email chan dated 9/13/00 re Sandy McNeill | 2509 | 802, 402 |
| EX2020 | x | | 1CARRUTH045896 | 1CARRUTH045896 | 09/13/02 | Memo from Shea to Michael Dick and Jack dated 9/13/01 | 510 | none |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX2021 | x | | 1CARRUTH043653 | 1CARRUTH043655 | 09/13/02 | 9/13/02 EMAIL SPEISS TO REISS, SPRUCK | 3532 | 106 |
| EX2022 | x | | 1CARRUTH038245 | 1CARRUTH038245 | 09/13/02 | 2001 Federal tax return filing RJE MEE | 3870 | none |
| EX2023 | x | | 1BWMS03721 | 1BWMS03721 | 09/13/02 | Memo from Shea to Michael Dick and Jack dated 9/13/02 with handwriting | 523 | none |
| EX2024 | x | | 1CARRUTH043676 | 1CARRUTH043677 | 09/17/02 | 9/17/02 email Doyle to Calkins | 3366 | none |
| EX2025 | x | | 8KPMG-F-0042574 | 8KPMG-F-0042576 | 09/19/02 | 9/19/02 email Speiss to Eischeid | 3956 | none |
| EX2026 | x | | ALPHA1_PRIV001049 | ALPHA1_PRIV001049 | 09/23/02 | BDO | 3719 | 802, 402 |
| EX2027 | x | | 1KPMG-F-00021093 | 1KPMG-F-00021096 | 09/23/02 | Letter dated 9/23/02 from Speiss to Shea | 63 | Wrong bates range. Bates range for exhibit 63 is 1KPMG-F-00021095 - 96. Bates range matching description is 1KPMG-F-00021093-94. |
| EX2028 | x | | 1DGI-09-55-108598 | 1DGI-09-55-108599 | 9/23/2002 | ALPHA ACCOUNTING 9.23.02.DOC | 2472 | 802, 402 |
| EX2029 | x | | 1ALPHA-DISK04-018113 | 1ALPHA-DISK04-018114 | 09/23/02 | Email from Haber to Ross with attachment entitled "Alpha Accountying 9.23.02.doc" | 384 | 802 |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX2030 | x | | | | 09/25/02 | | | 802; 402 |
| EX2031 | x | | 8KPMG-F-009-00007 | 8KPMG-F-009-00008 | 09/26/02 | 9/26/02 email Arena to Crawford | 3961 | 802, 402 |
| EX2032 | x | | 8KPMG-F-006-00337 | 8KPMG-F-006-00340 | 09/27/02 | 2001/2002 Year End Review - Approved | 26 | none |
| EX2033 | x | | 1ALPHA-DISK04-022894 | 1ALPHA-DISK04-022896 | 9/30/2002 | OUTLINE OF PROPOSED TRANSACTION - LINK FAMILY | 2459.52_B | 402, 802 |
| EX2034 | x | | Bates numbers to be supplied | | 10/01/02 | Contributions | | 802 |
| EX2035 | x | | 6CARRUTH057371 | 6CARRUTH057372 | 10/03/02 | Email dated 10/3/02 from Speiss to Shea re "Items" | | none |
| EX2036 | x | | IRS-66-P1-0919 | IRS-66-P1-0941 | 10/04/02 | Fax dated 10/4/02 from Huber of DGI to Peter Kenny with file copy of 2001 Form 1065 for AHG Investments LLC | 1259 | 802 |
| EX2037 | x | | 1DGI-09-55-109591 | 1DGI-09-55-109591 | 10/6/2002 | EMAIL REGARDING TRILOGY TRANSACTIONS | 2474 | 402, 802 |
| EX2038 | x | | 2RSM-F026538 | 2RSM-F026539 | 10/07/02 | FYI - Follow-up to Voicemail today - re: CARRUTH Returns | 3601 | 802 |
| EX2039 | x | | Bates numbers to be supplied | | 10/08/02 | Cumerdale Holdsing shareholders | | all objections reserved |
| EX2040 | x | | 2BDO-FID-020755 | 2BDO-FID-020755 | 10/08/02 | Letter to Larry Hill dated 10/8/01 | | 106, 802, |
| EX2041 | x | | 1Helios-05357 | 1Helios-05377 | 10/09/02 | FICAA Closing binder tab 2 -Fidelity World Description of Option Trades Executed using 10 yr. CMS Call Spread and 3 mos. Libor Put Spread and charts showing examples of these trades. | ME02 | none |
| EX2042 | x | | 1DGI-09-50-098736 | 1DGI-09-50-098798 | 10/10/02 | Fidelity _note and pledge agreement between cumberdale and refco | | 802 |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX2043 | x | | 1DGI-09-55-108997 | 1DGI-09-55-108997 | 10/11/02 | Alpha Accounting dated 10/11/02 | | 106, 802, 402 |
| EX2044 | x | | 6CARRUTH057370 | 6CARRUTH057370 | 10/14/02 | Hadwritten noted dated 10/4/02 | | 802 |
| EX2045 | x | | 1DGI-06-36-063318 | 1DGI-06-36-063327 | 10/14/02 | EMAIL WITH WHITESIDE FAMILY OUTLINE OF PROPOSED TRANSACTIONS WITH UPDATES | 2459.55_C | 402, 802 |
| EX2046 | x | | 1DGI-06-36-063306 | 1DGI-06-36-063315 | 10/14/02 | EMAIL WITH WHITESIDE FAMILY OUTLINE OF PROPOSED TRANSACTIONS | 2459.55_B | 402, 802 |
| EX2047 | x | | 6RSM-F062187 | 6RSM-F062202 | 10/15/02 | Email from Ron to TSG | 3602 | 802 |
| EX2048 | x | | 1DGI-06-37-064147 | 1DGI-06-37-064157 | 10/17/02 | Consultancy Agreement | | 402, 802 |
| EX2049 | x | | KPMG-F-014-0136 | KPMG-F-014-0139 | 10/21/02 | Isle of Mann sale of Hawkes Interest | | 802, 402 |
| EX2050 | x | | 1DGI-09-55-109044 | 1DGI-09-55-109045 | 10/21/02 | Email from Haber to Biosphere re Invoice for Ron Wainwright | 971 | 402, 802 |
| EX2051 | x | | 1DGI-06-37-064924 | 1DGI-06-37-064933 | 10/21/02 | Email fro Ruble to Haber attaching memo addressing the recently promulgated disclosure and list maintenance regulations. | 1281 | 802, 402 |
| EX2052 | x | | 1ALPHA-DISK04-020765 | 1ALPHA-DISK04-020768 | 10/21/02 | OUTLINE OF PROPOSED TRANSACTION - LINK FAMILY | 2459.50_A | 802 |
| EX2053 | x | | 1Helios-05378 | 1Helios-05426 | 10/22/02 | FICAA Closing binder tab 3 -FICAA summary of 25% probability range trades executed | ME03 | 106 |
| EX2055 | x | | 1DGI-09-55-109076 | 1DGI-09-55-109077 | 10/25/02 | Email from Haber to Wainwright | 972 | 802, 402 |
| EX2056 | x | | 1DGI-06-36-063176 | 1DGI-06-36-063176 | 10/29/02 | Email | | 106, 402, 802 |
| EX2057 | x | | Not in concordance. No Bates # | | 10/31/02 | Link Wire Transfer | | all objections reserved |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX2058 | x | | 6CARRUTH058451 | 6CARRUTH058453 | 10/31/02 | RMS Invoice dated 10/31/02 to Carruth in the amount of $27,500 for "Review of Mr. and Mrs. Richard F. Egan's 2001 Individual Income Tax Reutrn, inlcuding out of pocket expenses… | | none |
| EX2059 | x | | 1DGI-09-55-109134 | 1DGI-09-55-109134 | 10/31/2002 | Email re "Alpha Fees" | 2471 | 402, 802 |
| EX2060 | x | | 1ALPHA-DISK04-021854 | 1ALPHA-DISK04-021856 | 10/31/2002 | 2001 CUSTOMERS-HABER-INVST 12/31/01 | 2460 | 802 |
| EX2061 | x | | 1ALPHA-DISK04-021822 | 1ALPHA-DISK04-021822 | 10/31/02 | Link wire transfer | 2478 | 402, 802 |
| EX2062 | x | | 8CARRUTH058752 | 8CARRUTH058752 | 11/01/02 | Summary of overall tax history of MEE and RJE | 2508 | 106 |
| EX2063 | x | | 8CARRUTH058724 | 8CARRUTH058759 | 11/01/02 | CARRUTH memo | 2507 | none |
| EX2064 | x | | 1DGI-09-55-109150 | 1DGI-09-55-109150 | 11/01/02 | Trilogy buyout | | 402, 802 |
| EX2065 | x | | 1ALPHA-DISK04-021930 | 1ALPHA-DISK04021933 | 11/1/2002 | EMAIL WITH WILLIAM F. THIES, SR. OUTLINE OF PROPOSED TRANSACTION | 2459.53 | 802 |
| EX2066 | x | | 6RSM-F062498 | 6RSM-F062502 | 11/4/2002 | EMAIL WITH WILLIAM F. THIES, SR. OUTLINE OF PROPOSED TRANSACTION | 2459.53B | 402, 802 |
| EX2067 | x | | 1DGI-09-55-109182 | 1DGI-09-55-109182 | 11/04/02 | Haber payment of $5M for his interest | | 402, 802 |
| EX2068 | x | | Not in concordance. No Bates # | | 11/05/02 | Revised McGalderey Outlines | | 802 |
| EX2069 | x | | 1ALPHA-DISK04-022084 | 1ALPHA-DISK04-022094 | 11/05/02 | Fw: Outline for a Wainwright Client called Whiteside | 2459.55_A | 802 |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX2070 | x | | 1ALPHA-DISK04-022048 | 1ALPHA-DISK04-022068 | 11/05/02 | Email forwarding Fw: REVISED McGALDREY OUTLINES for Jorth, Compiani, Bowman, Belitsos and How | 956 | 402, 802 |
| EX2071 | x | | 1ALPHA-DISK04-022005 | 1ALPHA-DISK04-022008 | 11/05/02 | OUTLINE OF PROPOSED TRANSACTION - ERB | 2458 | 802 |
| EX2072 | x | | Not in concordance. No Bates # | | 11/07/02 | Trilogy | | 402, 802 |
| EX2073 | x | | 1DGI-09-55-109253 | 1DGI-09-55-109253 | 11/07/02 | Re: Pettus Follow-up | 2424 | 402, 802 |
| EX2074 | x | | 1ALPHA-DISK04-022893 | 1ALPHA-DISK04-022893 | 11/12/2002 | EMAIL WITH 9.30.02 OUTLINE OF PROPOSED TRANSACTION FOR LINK FAMILY | 2459.50_D | 402, 802 |
| EX2075 | x | | 1ALPHA-DISK04-023283 | 1ALPHA-DISK04-023283 | 11/18/02 | Email from Mox Tan dated 11/18/02, notifying "we have moved" | 1364 | 402 |
| EX2076 | x | | 1ALPHA-DISK04-023490 | 1ALPHA-DISK04-023492 | 11/19/02 | OUTLINE OF PROPOSED TRANSACTION - WEIS | 2459.51B | 802 |
| EX2077 | x | | 1ALPHA-DISK04-023489 | 1ALPHA-DISK04-023492 | 11/19/2002 | EMAIL WITH ERIC WEIS'S OUTLINE OF PROPOSED TRANSACTIONS | 2459.51B | 802 |
| EX2081 | x | | 1ALPHA-DISK04-023794 | 1ALPHA-DISK04-023794 | 11/27/02 | Outline of Proposed Transaction for Weis FDIS transaction | 2459.51A | 802 |
| EX2082 | x | | 1EGAN000477 | 1EGAN000478 | 11/29/02 | Contribution Agreement of Fidelity Int. and Members Capital Contribution as of Nov. 29, 2001. | 445 | none |
| EX2083 | x | | 1ALPHA-DISK04-024029 | 1ALPHA-DISK04-024029 | 12/05/02 | Email from Jung to helene re CMC and DWT 2002 FDIS deals, stating "the Trilogy entity s/b "Trilogy investments Ltd." opposed to "Trilogy Financial Investments Limited" | 1269 | 802 |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX2084 | x | | 2RSM-F026548 | 2RSM-F026553 | 12/10/02 | Re: 12/5/02 Meeting with Jim Reiss and Melissa Seaver | 3605 | 802 |
| EX2085 | x | | 2EGAN021916 | 2EGAN021921 | 12/14/02 | Revised spreadsheet, which projects both 2001 and 2002, as well as reconciles CARRUTH's figures for both H1 and H2 (see description in prior email at 2EGAN021915) | EC04 | none |
| EX2086 | x | | 2EGAN015441 | 2EGAN015441 | 12/16/02 | Carruth Report dated 12/16/02 re "Richard & Maureen Egan Assets, November 2002 Monthly Report" | 930.22 | none; part of proposed joint exhibit |
| EX2087 | x | | 1DGI-09-55-109876 | 1DGI-09-55-109890 | 12/17/02 | 1999 Option Transactions | | 802, 402 |
| EX2088 | x | | 1DGI-09-55-109872 | 1DGI-09-55-109872 | 12/17/02 | Draft of opinions | | 402, 802 |
| EX2089 | x | | 1DGI-09-55-109922 | 1DGI-09-55-109922 | 12/18/02 | fee procedure with Trilogy | | 106, 802, 402 |
| EX2090 | x | | 4RSM-F043408 | 4RSM-F043414 | 12/19/02 | EMAIL WITH JAY AND ERIC WEIS'S OUTLINE OF PROPOSED TRANSACTIONS | 2459.51_C | 402, 802 |
| EX2091 | x | | 1DGI-06-37-064103 | 1DGI-06-37-064103 | 12/19/02 | Fees | | 106, 402, 802 |
| EX2092 | x | | 8RCM-FID057523 | 8RCM-FID057524 | 12/19/02 | Behrmann Resume | 3881 | 402, 106, 901 |
| EX2093 | x | | 1HT000569 | 1HT000569 | 12/23/02 | 12/23/02 email Reiss to Irvin | 3367 | 802 |
| EX2094 | x | | 2EGAN028328 | 2EGAN028328 | 12/31/02 | FHTA Transaction Hisotry for 1/1/2000 to 12/31/2001 with handwriting | 3738 | none |
| EX2095 | x | | 2EGAN022088 | 2EGAN022105 | 12/31/02 | CARRUTH document entitled "summary of cash transaction for FICAA from 1/1/01 through 12/31/02" | EC05 | none |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX2096 | x | | 2EGAN022037 | 2EGAN022047 | 12/31/02 | Fidelity Int. Tax Basis of Investments for 2001 and 2002 and Fidelity World Investments Tax Basis Roll Forward for Fiscal Year 2001 and 2002 activity. | EC17 | none |
| EX2097 | x | | 2EGAN018482 | 2EGAN018482 | 12/31/02 | CARRUTH spreadsheet entitled Fidelity International Currency Advisors A Fund, LLC, Tax Basis of Investments, listing  listing balances as of 12/31/02 and 12/31/01 | MS18 | none |
| EX2098 | x | | 1DGI-09-52-101479 | 1DGI-09-52-101479 | 12/31/02 | Carruth Report dated 12/16/02 re "Richard & Maureen Egan Assets, November 2002 Monthly Report" | 1312 | 802, 402 |
| EX2099 | x | | 1CARRUTH043213 | 1CARRUTH043215 | 12/31/02 | Curruth document entitled "Fidelity International Advisor A fund LLC Mellon Cash Reister for 1/1/01 through 12/31/02" | 1520 | none |
| EX2100 | x | | 1ALPHA-DISK09-002452 | 1ALPHA-DISK09-002452 | 12/31/2002 | List of Trilogy 2002 FDIS transactions | 2465 | 402, 802, 106 |
| EX2103 | x | | 6CARRUTH058350 | 6CARRUTH058350 | 01/07/03 | Email dated 1/7/03 from Reiss to Shea re "Fidelity Entities" | MS24 | none |
| EX2104 | x | | 7CARRUTH058495 | 7CARRUTH058495 | 01/08/03 | Email chain ending 1/8/03 re "Fidelity Entities" | | none |
| EX2105 | x | | 1ALPHA-DISK04-025394 | 1ALPHA-DISK04-025395 | 01/08/03 | JHCBB Investments LLC Transaction Recap.xls | 1285 | 402, 802 |
| EX2106 | x | | 1ALPHA-DISK04-025392 | 1ALPHA-DISK04-025393 | 01/08/03 | Email from Helene to Kampf and Jung forwarding excel file "LF Investments 2002 LLC Transaction Recap.xls" | 1406 | 402, 802, 106 |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX2107 | x | | 1ALPHA-DISK04-025390 | 1ALPHA-DISK04-025391 | 01/08/03 | Email from Helene to Kampf and Jung forwarding excel file "JBEJW Investments  LLC Transaction Recap.xls" | 1404 | 802, 106 |
| EX2108 | x | | 1ALPHA-DISK04-025388 | 1ALPHA-DISK04-025389 | 01/08/03 | Email from Helene to Kampf and Jung forwarding excel file "WLSKE Investments  LLC Transaction Recap.xls" | 1405 | 402, 802, 106 |
| EX2109 | x | | 1ALPHA-DISK04-025383 | 1ALPHA-DISK04-025387 | 01/08/03 | Email from Helene to Kampf and Jung forwarding excel file "DWT Investments 2002 LLC Transaction Recap.xls" | 1403 | 402, 802 |
| EX2110 | x | | 1ALPHA-DISK04-025381 | 1ALPHA-DISK04-025382 | 01/08/03 | Email from Helene to Kampf and Jung forwarding excel file "CMC Investments 2002 LLC JYS Recap.xls" | 1402 | 802, 106 |
| EX2111 | x | | 2EGAN035044 | 2EGAN035044 | 01/09/03 | 1/9/03 email Calkins to Shea | 3368 | 402 |
| EX2112 | x | | 2EGAN012006 | 2EGAN012006 | 1/10/2003 | FICA Custom Transction Detail Report as of 12/31/02 with handwritten note to Pat | | none |
| EX2113 | x | | 2EGAN020183 | 2EGAN020183 | 01/12/03 | FICAA/FHTAA NAVs for Fees | EC07 | 106 |
| EX2119 | x | | 2RSM-F026562 | 2RSM-F026562 | 01/16/03 | Email dated 1/16/03 from Hinchey | | 802 |
| EX2120 | x | | 2RSM-F026561 | 2RSM-F026561 | 01/16/03 | 1/16/03 email Wainwright to Hinchey | 3134 | 802 |
| EX2121 | x | | 7RSM-F067846 | 7RSM-F067846 | 01/20/03 | Re:  Diversified Group - Garvey - Follow up | | 402, 802 |
| EX2122 | x | | 2EGan028859 | 2EGan028861 | 1/21/03 | FHTAA Sales Rec w-revised cost basis 12-2002.xls and FHTAA Securities Position Analysis detailing realized gain for each security | | none (improper compilation) |
| EX2123 | x | | 1HT000098 | 1HT000098 | 1/21/03 | FHTAA Sales Rec w-revised cost basis 11-2002.xls | | none |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX2124 | x | | 1HT000097 | 1HT000097 | 1/21/03 | FHTAA Sales Rec w-revised cost basis 10-2002.xls | | none |
| EX2125 | x | | 1HT000096 | 1HT000096 | 1/21/03 | FHTAA Sales Rec w-revised cost basis 9-2002.xls | | none |
| EX2126 | x | | 1HT000095 | 1HT000095 | 1/21/03 | FHTAA Sales Rec w-revised cost basis 8-2002.xls | | none |
| EX2127 | x | | 1HT000094 | 1HT000094 | 1/21/03 | FHTAA Sales Rec w-revised cost basis 7-2002.xls | | none |
| EX2128 | x | | 1HT000093 | 1HT000093 | 1/21/03 | FHTAA Sales Rec w-revised cost basis 6-2002.xls | | none |
| EX2134 | x | | 2EGAN015454 | 2EGAN015454 | 02/17/03 | Richard & Maureen Egan Assets, January 2003 Monthly Report | 930.24 | none |
| EX2138 | x | | 6CARRUTH058347 | 6CARRUTH058347 | 03/03/03 | 3/3/03 email Reiss to Denby, Shea, and Wainwright | 3124 | 402 |
| EX2141 | x | | 7RSM-F070147 | 7RSM-F070147 | 03/18/03 | FICAA Review Notes | 3634 | 802 |
| EX2143 | x | | 1DGI-10-56-110770 | 1DGI-10-56-110772 | 03/27/03 | Email chain ending 4/1/03 from Wainwright to Haber | 3615 | 802 |
| EX2144 | x | | 1DGI-06-37-064205 | 1DGI-06-37-064206 | 04/01/03 | Email chain dated 4/1/03 re  from Wainwright re "Redacted Option" | | 106, 802 |
| EX2145 | x | | 7RSM-F070420 | 7RSM-F070420 | 04/02/03 | Email dated 4/2/03 from Wainwright re "Redacted Option" | 3455 | 802, 402, 106 |
| EX2150 | x | | 3RSM-F040921 | 3RSM-F040922 | 04/08/03 | Handwritten Notes dated 4/8/03 | | 106, 802 |
| EX2151 | x | | 3RSM-F040918 | 3RSM-F040920 | 04/08/03 | Email re Fidelity partnership Update with review notes attached | 978 | 802 |
| EX2153 | x | | 2RSM-F027780 | 2RSM-F027783 | 04/09/03 | Email chain ending 4/9/03 "Re: Don - give me a call so as to coordinate the Pshp returns - Thanks" | 979 | 802 |
| EX2154 | x | | 6RSM-F066135 | 6RSM-F066147 | 04/14/03 | redacted memo - FYI - Follow-up | 3624 | 802, 106 |
| EX2155 | x | | 2Egan026705 | 2Egan026768 | 04/15/03 | 2002 Form 1065 for Fidelity High Tech Advisor, signed retained copy | 4032 | (inaccurate description) none |
| EX2156 | x | | 2EGAN015464 | 2EGAN015464 | 04/15/03 | Richard & Maureen Egan Assets, March 2003 Monthly Report | 930.26 | 402 |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX2157 | x | | 2EGAN015008 | 2EGAN015076 | 04/15/03 | 2002 Form 1065 of FICA and state return (69 pages), EXHIBIT 1117 starts at 015011 | 1117 | none |
| EX2158 | x | | 10IRS0002 | 10IRS0035 | 04/15/03 | 2002 Form 1065 of FICAA (filed copy) | 2014 | none |
| EX2161 | x | | 1DGI-06-36-063633 | 1DGI-06-36-063633 | 04/21/03 | Ross email | 1365 | 802, 402 |
| EX2162 | x | | 2EGAN035045 | 2EGAN035046 | 04/22/03 | 4/22/03 email Calkins to Reiss | | 402, 106 |
| EX2163 | x | | 1ALPHA-DISK09-000154 | 1ALPHA-DISK09-000154 | 04/25/03 | Directions to wire 255,651.73 from RCM 6776 to "The Shareholders Group" | 3021 | 402, 802 |
| EX2164 | x | | 6RSM-F066300 | 6RSM-F066301 | 04/26/03 | Re: STG tax return disclosure | 3625 | 802 |
| EX2165 | x | | 1ALPHA-DISK09-000163 | 1ALPHA-DISK09-000163 | 4/29/2003 | CONSULTING FEE INVOICE | 2480 | 802 |
| EX2166 | x | | 1ALPHA-DISK04-027974 | 1ALPHA-DISK04-027974 | 04/29/03 | Email from Bueinsger to Ross re fees and expenses | 395 | 802 |
| EX2167 | x | | 1ALPHA-DISK04-028071 | 1ALPHA-DISK04-028073 | 04/30/03 | 4/30/03 email Fasulo to Buesinger | | 802 |
| EX2168 | x | | IRS-93-P2-0002 | IRS-93-P2-0089 | 05/12/03 | copy of the opinion that was issued by Proskauer to Erik J. Weis on May 12, 2003, with respect to their 2002 FDIS transction | | none |
| EX2169 | x | | 1DGI-09-53-103608 | 1DGI-09-53-103631 | 05/12/03 | Haber Deposition Transcript in Louis Fink Realty v. Chase | | 802, 402 |
| EX2170 | x | | 2EGAN015469 | 2EGAN015469 | 05/13/03 | Richard & Maureen Egan Assets, April 2003 Monthly Report | 930.27 | 402 |
| EX2173 | x | | 2BAC00437 | 2BAC00437 | 5/31/2003 | BOA Account Statement of Helios Financial for 5/103 to 5/31/03 2/28/02 | 2481 | 402 |
| EX2196 | x | | 10IRS0036 | 10IRS0217 | 10/15/03 | Form 1040 Richard and Maureen Egan, 2002 | DL43; 2015 | none |
| EX2199 | x | | 1DGI-09-53-104836 | 1DGI-09-53-104838 | 10/21/03 | Schedule of Payments by DGI to Alpha from 1/13/99 to 5/31/02 | 3014 | 802, 402 |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX2202 | x | | 8CARRUTH058519 | 8CARRUTH058519 | 10/30/03 | Email chain re "fees" | | 402 |
| EX2203 | x | | 2CARRUTH048198 | 2CARRUTH048198 | 10/30/03 | Chain email re 2001 Transaction Update | 492 | 402 |
| EX2239 | x | | Alpha2-Z11371 | Alpha2-Z11377 | 7/8/04 | Fax (7 pages) from Tan to Buesinger forwarding executed copies of the separate confirmations for AH Hedged, including RCM 2000-10-26-01 and 2000-10-26-06 | 4126 | 402 |
| EX2246 | x | | 1CARRUTH046023 | 1CARRUTH046037 | 08/25/04 | Spreadsheet | | none |
| EX2249 | x | | 1HELIOS-01064 | 1HELIOS-01064 | 08/26/04 | here Mox Tan is also questioning the extent to which EMC already hedged | | 402, 802 |
| EX2280 | x | | 4CARRUTH050874 | 4CARRUTH050874 | 05/19/05 | Chart of EMC Stock Owernship - 2001 dated 5/19/05 | 488 | none |
| EX2458 | x | | 18CARRUTH048205 | 18CARRUTH048205 | 00/00/0000 | HANDWRITTEN NOTES | 3490 | 402, 802 |
| EX2460 | x | | 7RSM-F070654 | 7RSM-F070654 | | Investment Profile Examples with handwriting | 3573 | 106, 402 |
| EX2466 | x | | | | | | 4153 | inadequate description, all objections reserved |
| EX2694 | x | | Print copy of tabe from excel file produced by Refco, marked | | 11/30/01 | REFCO-E-039832582.xls | 4151 | none |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX2695 | x | | Print copy of tabe from excel file produced by Refco, marked | | | Book 9 Jan 2001 - listing the AH trade as a net trade | 4130 | 402, 802 |
| EX2696 | x | | Print copy of tabe from excel file produced by Refco, marked | | | Refco Capital Markets Digital Options Book 9 Chart | 3888 | 802, 402 |
| EX2713 | x | | | | 01/07/85 | Rice's Toyota World v. Commissioner | 2232 | 802, 402 |
| EX2714 | x | | | | 08/05/97 | Taxpayer Relief Act of 1997 | | 802 |
| EX2715 | x | | | | 10/13/98 | ACM Partneship v. Commisioner, 157 F.3d. 231 (1998) | 2209 | 802, 402 |
| EX2718 | x | | | | 04/01/02 | 26 CFR 1.6011-4T---Revised as of 4/1/02 | | 802 |
| EX2755 | | x | 17CARRUTH-072288 | 17CARRUTH-072288 | | | | 802 |
| EX2756 | | x | 2CARRUTH048457 | 2CARRUTH048459 | | | | none |
| EX2757 | | x | 19CARRUTH072293 | 19CARRUTH072293 | | | | 802 |
| EX2758 | | x | 1SA00892 | 1SA00892 | | | | Reserve all objections |
| EX2759 | | x | SIDL123006 | SIDL123165 | | | | Reserve all objections |
| EX0674 | | x | 3IRS0474 | 3IRS0486 | 1/1/2001 | Stockholders Agreement | | none |
| EX1016 | | x | 6RCM-FID007375 | 6RCM-FID007378 | 9/16/2001 | FY2001 Digitals | | all objections reserved |
| EX1210 | | x | 8RCM-FID162156 | 8RCM-FID162158 | 10/25/2001 | Trade detail recap | | 402, 802 |
| EX1227 | | x | 6RCM-FID007302 | 6RCM-FID007303 | 10/30/2001 | CMBO Confirm for 6477 | | all objections reserved |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1243 | | x | 6RCM-FID007340 | 6RCM-FID007341 | 10/31/2001 | Fidelity JPY Digital CMBo 30 Oct. | | all objections reserved |
| EX1288 | | x | 6RCM-FID007499 | 6RCM-FID007499 | 11/7/2001 | Prems on Fidelity closeouts from Nov. 6 | | all objections reserved |
| EX1289 | | x | 6RCM-FID007349 | 6RCM-FID007350 | 11/7/2001 | 3m Libor UNWIND 6 Nov-Fidelity | | all objections reserved |
| EX1290 | | x | 6RCM-FID007347 | 6RCM-FID007348 | 11/7/2001 | 10 year cms digital unwind-Fidelity attached | | all objections reserved |
| EX1326 | | x | 6RCM-FID007295 | 6RCM-FID007299 | 11/13/2001 | Check of FX Digitals | | all objections reserved |
| EX1327 | | x | 2EGAN021565 | 2EGAN021596 | 11/13/2001 | RE&MEE October 2001 Monthly Report, Spreadsheet  [see 14Carruth069540- 69572] at p.32 of 54 | | none |
| EX1398 | | x | 6RCM-FID007517 | 6RCM-FID007517 | 12/3/2001 | Fidelity International - 12-03-01 EUR Final Traders | | all objections reserved |
| EX1399 | | x | 6RCM-FID007333 | 6RCM-FID007335 | 12/3/2001 | Fidelity International - 12-03-01-Yen Final Trades | | all objections reserved |
| EX1400 | | x | 6RCM-FID007330 | 6RCM-FID007332 | 12/3/2001 | Fidelity International - 12-03-01-EUR Final Trades | | all objections reserved |
| EX1407 | | x | 6RCM-FID007441 | 6RCM-FID007445 | 12/4/2001 | FX Digital Unwinds - 3 Dec | | all objections reserved |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1528 | | x | 1CARRUTH045671 | 1CARRUTH045671 | 1/4/2002 | meeting | | none |
| EX1538 | | x | 3IRS0489 | 3IRS0491 | 1/17/2002 | Mariner Horizon 6A, LLC Membership Interest Report | | none |
| EX1592 | | x | 4RCM-FID-003348 | 4RCM-FID-003348 | 2/12/2002 | Fidelity Index and Option Funds | | 802 |
| EX1683 | | x | 8RCM-FID164451 | 8RCM-FID164453 | 3/20/2002 | Accounting Fees | | 402, 802 |
| EX1717 | | x | 3IRS0563 | 3IRS0577 | 3/31/2002 | Mellon Bank Holdings - T Lot Detail | | none |
| EX1771 | | x | 3IRS0487 | 3IRS0488 | 4/10/2002 | Fidelity International Currency Advisor A Fund | | none |
| EX1991 | | x | 1SPEISS000064 | 1SPEISS000064 | 8/27/2002 | Email chain re "Discussion on June 14, 2002 Disclosure Regulations and Circular 230 and Transactions Example" | | 802 |
| EX2207 | | x | ALPHA3-Z02514 | ALPHA3-Z02514 | 12/2/2003 | AH Investment Fund LLC - "'As If' profit analysis 12-15-00" | | 402, 802, improper compilation |
| EX2414 | x | | IRISH00319 | IRISH00336 | 4/23/2008 | Exhibit "MJK2" | | none |
| EX2682 | x | | 2EGAN025095 | 2EGAN025095 | | Handwwritten notes | | 802 |
| EX2699 | | x | 1HT000021 | 1HT000021 | | Summary of Cash Transactions for FHTOA & FHTIA from 9/1/2000 through 12/31/2002 | | none |
| EX2700 | | x | 1HT000019 | 1HT000020 | | Summary of Cash Transactions for FHTAA, FHTOA, & FHTIA from 9/1/2000 through 12/31/2002 | | none |
| EX2701 | x | | 1HELIOS-02938 | 1HELIOS-02940 | | Digital Option Valuation | | 402, 802 |
| EX2702 | x | | 1EGAN000001 | 1EGAN000487 | | FICAA Closing Documents | | none |
| EX2703 | | x | 1CARRUTH037874 | 1CARRUTH037877 | | EMC Sales Activity with net proceeds generated YR 2002 | | none |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX2752 | | x | | | | Dewers v. C.I.R. | 4098 | 802; 402 |
| EX0402 | | x | 1ALPHA-DISK03-007445 | 1ALPHA-DISK03-007447 | 07/01/99 | Email dated 7/1/99 from Ross to Haber re fee split | 3231 | 802, 402 |
| EX0403 | | x | 1DGI-09-53-102722 | 1DGI-09-53-102725 | 08/01/99 | US Pathfinder product 1999 | | 802 |
| EX0404 | | x | 5KPMG-FE-007-0035918 | 5KPMG-FE-007-0035927 | 09/24/99 | Email chain re "The Diversified Group" | KPMG35 | 802 |
| EX0406 | | x | EMC-0001 | EMC-0002 | 01/17/00 | EMC Securities Trading Policy | 4132 | none |
| EX0408 | | x | EMC-0150 | EMC-0150 | to be added | Email re Stock Trading Window | 4133.09 | none |
| EX0409 | | x | EMC-0075 | EMC-0075 | to be added | Email re Stock Trading Window | 4133.08 | none |
| EX0410 | | x | EMC-0062 | EMC-0062 | to be added | Email re Stock Trading Window | 4133.07 | none |
| EX0411 | | x | EMC-0037 | EMC-0037 | to be added | Email re Stock Trading Window | 4133.06 | none |
| EX0412 | | x | EMC-0023 | EMC-0023 | to be added | Email re Stock Trading Window | 4133.05 | none |
| EX0413 | | x | EMC-0021 | EMC-0021 | to be added | Email re Stock Trading Window | 4133.04 | none |
| EX0414 | | x | EMC-0020 | EMC-0020 | to be added | Email re Stock Trading Window | 4133.03 | none |
| EX0415 | | x | EMC-0018 | EMC-0018 | to be added | Email re Stock Trading Window | 4133.02 | none |
| EX0416 | | x | EMC-0004 | EMC-0004 | 01/26/00 | Email re Stock Trading Window | 4133.01 | none |
| EX0417 | | x | EMC-0005 | EMC-0017 | 02/01/00 | Fax dated 2/1/00 from Permut to Maureen Egan | 4136 | none |
| EX0419 | | x | 1DGI-06-37-064444 | 1DGI-06-37-064444 | 02/15/00 | Email dated 2/15/00 from Tan re "Updated UK Pathfinder Presentation; Rohm & Haas" | | 802, 106, 402 |
| EX0420 | | x | 1KPMG-FE-003-057220 | 1KPMG-FE-003-057221 | 03/16/00 | Email chain re "BLIPS 988 losses" | | all objections reserved |
| EX0421 | | x | 3BRY0011601 | 3BRY011605 | 03/22/00 | Engagement of Bryan Cave | | none, FR |
| EX0422 | | x | 1DGI-03-23-033434 | 1DGI-03-23-033435 | 03/27/00 | Check dated 3/27/00 from DGI to Bryan Cave | 2409_C | 802 |
| EX0424 | | x | 5KPMG-FE-007-0061734 | 5KPMG-FE-007-0061734 | 04/12/00 | Email chain re "Another New Thing" | | 802, 402, 106 |
| EX0425 | | x | 1BRF015849 | 1BRF015868 | 04/27/00 | Fax of PowerPoint Presentation by The Diversified Group Incorporated entitled "FX Investment Strategy" | | 802 |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX0426 | | x | 6KPMG-FE-009-0082367 | 6KPMG-FE-009-0082373 | 05/01/00 | KPMG blank opinion | 3920 | 802 |
| EX0427 | | x | 2EGAN011690 | 2EGAN011690 | 05/01/00 | May 2000 Calendar of Carl Remillard | 415 | none |
| EX0435 | | x | 2EGAN011607 | 2EGAN011607 | 05/09/00 | Email dated 5/9/00 from Denby to Nuendor re "More Info Needed on 5/15/00 Meetings in NYC - Reply" | | none |
| EX0436 | | x | 1BWMS01059 | 1BWMS01081 | 05/09/00 | Tax Consequences of Contribution of Option Spread to Partnership or Corporation | 3829 | none |
| EX0441 | | x | 2EGAN011604 | 2EGAN011604 | 05/15/00 | More Info Needed on 5/15/00 | | 106 |
| EX0442 | | x | 2EGAN011727 | 2EGAN011727 | 05/19/00 | Denby is to coordinate a meeting with Helios for 5/25 at 10:00 am; Denby already in the area on Dick's [Richard Egan's] IRS audit.  (irony) | 3104 | none |
| EX0443 | | x | 1BWMS05020 | 1BWMS05099 | 05/19/00 | Fax from Tan to Denby re meeting today and enclosing tax opinion from BW re "short option trade" with handwriting | 3457; SD33 Same as Pltf. 145) | none |
| EX0444 | | x | 5KPMG-FE-007-0002554 | 5KPMG-FE-007-0002576 | 05/22/00 | Email chain re "Alpha Strategic Management, LLC" | KPMG41 | Bates number does not match exhibit |
| EX0445 | | x | 1Alpha-Disk03-008705 | 1Alpha-Disk03-008716 | 5/22/00 | Email dated 5/22/00 from Dziedzic to Ross and Buesinger re "Inv Questionnaire" with attachments | 4120 | inaccurate compilation 802 |
| EX0448 | | x | 2EGAN025083 | 2EGAN025083 | 05/25/00 | Meeting confirmation re "MJE/JMR Weekly Mtg [SEE NOTES]" | | none |
| EX0449 | | x | 2EGAN011704 | 2EGAN011704 | 05/25/00 | Meeting confirmation dated 5/25/00 re "Meeting w/ Helios [Disc Tax Strategy] | | none |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX0450 | | x | 5KPMG-FE-007-0038626 | 5KPMG-FE-007-0038630 | 06/06/00 | Attachment to email dated 6/6/00 from Eva Daniel as "final draft of the Presidio Agreement" duplicated for Helios | KPMG38 | none |
| EX0451 | | x | 5KPMG-FE-007-0038625 | 5KPMG-FE-007-0038630 | 06/06/00 | Email datd 6/6/00 from Eva Danile with attachment | | 802 |
| EX0452 | | x | 8KPMG-F-009-00117 | 8KPMG-F-009-00118 | 06/09/00 | KPMG email re goal setting | 2, pBR 25 | 802 |
| EX0453 | | x | 8KPMG-F-009-00119 | 8KPMG-F-009-00120 | 06/19/00 | List of Short Option targets | 3 | 802, 402 |
| EX0454 | | x | 5KPMG-FE-007-0073109 | 5KPMG-FE-007-0073109 | 06/19/00 | KPMG list of Short option transactions | | 802 |
| EX0455 | | x | 5KPMG-FE-007-0025806 | 5KPMG-FE-007-0025806 | 06/19/00 | Chain email re "Lists" | 3907 | 802 |
| EX0456 | | x | 5KPMG-FE-007-0025807 | 5KPMG-FE-007-0025808 | 06/20/00 | Email dated 6/20/00 from Butler re "Short Option Strategy Outlook Folder" | 3904 | none |
| EX0457 | | x | SIDL351317 | SIDL0351335 | 06/26/00 | Plan of Common Trust Funds for Grantor Trusts of Centurion Trust Company | | 402 |
| EX0458 | | x | 5KPMG-FE-007-0025844 | 5KPMG-FE-007-0025859 | 06/27/00 | Chain email re "short option.ppt" with attachment | 3910 | 802 |
| EX0459 | | x | 8KPMG-F-006-00312 | 8KPMG-F-006-00320 | 06/28/00 | KPMG Annual Performance Review FY 2000 | RP22 | none |
| EX0460 | | x | 5KPMG-FE-007-0025860 | 5KPMG-FE-007-0025875 | 06/28/00 | Email dated 6/28/00 re "Short option powerpoint --Presidio", with attachment | 3937 | 802 |
| EX0470 | | x | 2EGAN011740 | 2EGAN011740 | 07/18/00 | Meeting confirmation dated 7/18/00 for "Meeting in Chicago w/ Helios, Alpha & KPMG" | | none |
| EX0471 | | x | 2EGAN011603 | 2EGAN011603 | 07/18/00 | Memo entitled "Tax reduction strategy - Items to discuss with Helios Meeting July 18, 2000" | 418 | none |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX0474 | | x | 5KPMG-FE-007-0028174 | 5KPMG-FE-007-0028174 | 07/19/00 | Email chain re "Short Option Tax Opinin" | 3916 | 802, 106 |
| EX0475 | | x | 4CARRUTH051670 | 4CARRUTH051680 | 07/19/00 | Limited Liability Company Agreement of Fidelity High Tech Index A Fund | 3811 | none |
| EX0476 | | x | 1HT000084 | 1HT000084 | 07/19/00 | Email dated 7/19/00 re Stock Trading Window | 3750 | none |
| EX0477 | | x | 1BRF018190 | 1BRF018275 | 07/19/00 | FICAA Agreement entered into as of 7/19/00 (unexecuted) from BR files | RU08 | none |
| EX0479 | | x | 5KPMG-FE-007-0028175 | 5KPMG-FE-007-0028175 | 07/20/00 | KPMG internal email setting PFP IS lab meeting proposed topics, including "New Loss generators" | 3917 | 802 |
| EX0480 | | x | 4CARRUTH051653 | 4CARRUTH051663 | 07/20/00 | Limited Liability Company Agreement of Fidelity High Tech Index A Fund | 3810 | none |
| EX0481 | | x | 1BWMS03442 | 1BWMS03443 | 07/20/00 | Consent of the Managers of Fidelity High Tech Option A Fund LLC unsigned dated 7/20/00 | 3802 | none |
| EX0482 | | x | 1BWMS03440 | 1BWMS03441 | 07/20/00 | Consent of the Managers of Fidelity High Tech Index A Fund LLC unsigned dated 7/20/00 | 3801 | none |
| EX0483 | | x | 1DGI-09-54-106840 | 1DGI-09-54-106844 | 07/20/00 | Summaries of offered Strategies | | 802, 402 |
| EX0485 | | x | 5KPMG-FE-007-0031041 | 5KPMG-FE-007-0031042 | 07/22/00 | Chain email re "Helios Opinion" | 3916_B | 802, 106 |
| EX0486 | | x | 5KPMG-FE-007-0073186 | 5KPMG-FE-007-0073189 | 07/22/00 | Innovative Strategy Group Product Report, week of 6/19 - 7/22 (2000) chart | 3948 | 802, |
| EX0493 | | x | 2EGAN011694 | 2EGAN011694 | 7/31/2000 | July 2000 Calendar of Pat Shea | | none |
| EX0499 | | x | 1CARRUTH045103 | 1CARRUTH045105 | 08/01/00 | Email chain re "Egan Accounts" | 3201 | none, |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX0500 | | x | 1CARRUTH038073 | 1CARRUTH038077 | 08/01/00 | FEIN Numbers for Fidelity Hich Tech Entities | | none |
| EX0503 | | x | 1CARRUTH037889 | 1CARRUTH037892 | 08/02/00 | Fax dated 8/2/00 from Buesinger to Denby | RB-18 | none |
| EX0504 | | x | 2EGAN026191 | 2EGAN026215 | 08/02/00 | Powerpoint of Goldman Sachs & Co. dated 8/2/00 entitled "Presentation on Hedging Alternatives for EMC Corporation" | GR_HT25 | none |
| EX0511 | | x | 3EGAN036450 | 3EGAN036458 | 08/07/00 | KPMG Letter and Attachments, August 7, 2000 | | 802 |
| EX0512 | | x | 2KPMG-FE-004-0032593 | 2KPMG-FE-004-0032593 | 08/08/00 | Email chain re "short option helios.ppt" | 3837 | all objections reserved |
| EX0527 | | x | 6KPMG-FE-009-0205534 | 6KPMG-FE-009-0205535 | 08/14/00 | KPMG Memo dated 8/14/00 from Bloom to Speiss re "Strategies" | 3923 | 802, 402 |
| EX0528 | | x | 1CARRUTH038244 | 1CARRUTH038244 | 08/14/00 | Handwritten notes | | 802; inadequate description; all objections reserved |
| EX0530 | | x | 1KPMG-FE-001-017804 | 1KPMG-FE-001-017804 | 08/15/00 | Email chain re "TaxNewsFlash 2000-148 and -149" | KPMG-17 | none |
| EX0531 | | x | 1ALPHA-DISK03-008954 | 1ALPHA-DISK03-008955 | 08/15/00 | Email dated 8/15/00 from Ross to Haber re "Yen-LongCall-Put-8-15.xls" with attachment | 3249 | 402, 802 |
| EX0543 | | x | 8KPMG-F-006-00393 | 8KPMG-F-006-00399 | 08/28/00 | KPMG Annual Performance Review FY 2000 for Brian Rivotto | 1 | none |
| EX0546 | | x | 1ALPHA-DISK03-008932 | 1ALPHA-DISK03-008937 | 08/31/00 | Email from Weinberger to Ross re "Pricing" | 3252 | 402, 802 |
| EX0548 | | x | KPMG-F-023-0212 | KPMG-F-023-0243 | 09/01/00 | KPMG Professional Practice Manual, section 10 - Other client and professional pratice matter | KPMG08 | none |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX0552 | | x | EMC-0038 | EMC-0039 | 09/05/00 | Fax re stock trading window | 4137 | none |
| EX0560 | | x | 1DGI-05-35-059459 | 1DGI-05-35-059475 | 09/07/00 | Transcript of Video dep of Haber dated 9/7/00 pp. 54-65 | 459, 466, 1287 | 802, 402, 106 exhibit number does not match doc |
| EX0565 | | x | 2EGAN032097 | 2EGAN032097 | 09/08/00 | Email dated 9/8/00 from Shea to Mike Egan re "Helios deal" | 3515 | none |
| EX0568 | | x | 2EGAN031556 | 2EGAN031556 | 09/12/00 | Email dated 9/12/00 from Tan to Reiss re "Sample QQQ Put and Call Spreads" [clean copy] | 3109; 3516 | 106 |
| EX0573 | x | | 2EGAN035643 | 2EGAN035643 | 9/13/2000 | Letter dated 4/14/00 from Shea | | none |
| EX0574 | x | | 2EGAN035157 | 2EGAN035157 | 9/13/2000 | Letter dated 9/13/00 from Shea | | none |
| EX0579 | | x | 3CARRUTH049884 | 3CARRUTH049885 | 09/14/00 | Email from Ross to Shea with attachment EMC 2yr beta | pIR02_B | none |
| EX0580 | | x | 3CARRUTH049884 | 3CARRUTH049885 | 9/14/2000 | PLANTIFF EXHIBIT | IR-2B | none |
| EX0581 | | x | 1CARRUTH045367 | 1CARRUTH045969 | 9/14/2000 | Email dated 9/14/00 from Ross to Shea re "EMC-2YRBETA" | IR-2A; 552 | improper compilation, should be 045367-69, 049884-85) |
| EX0606 | | x | 1BWMS00859 | 1BWMS00917 | 9/26/2000 | Draft of Proskauer opinion dated 9/26/00 re Equity Derivatives with handwriting | | none |
| EX0611 | | x | 6KPMG-FE-009-0195939 | 6KPMG-009-FE-0195939 | 09/28/00 | Email dated 9/28/00 from Speiss re "Northeast IS Telecon - 5 pm 9/28" | 3985 | 802, 402 |
| EX0612 | | x | 6CARRUTH057176 | 6CARRUTH057176 | 09/28/00 | [Fwd: NDQ FUTURES VS NDQ CASH] | IR03A | 106 |
| EX0613 | | x | 3CARRUTH049411 | 3CARRUTH049414 | 09/28/00 | NDQ FUTURES VS NDQ CASH | IR03B | none |
| EX0617 | x | | 9RCM-FID173459 | 9RCM-FID173460 | 09/29/00 | Account Information | 3994 | 802 |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX0618 | | x | 9RCM-FID173457 | 9RCM-FID173457 | 09/29/00 | Revised New Accounts Doc | 3993 | none |
| EX0619 | | x | 1HT000760 | 1HT000760 | 09/29/00 | 9/29/00 email Yorke to Ross | 3218 | none |
| EX0620 | | x | 1HT000083 | 1HT000083 | 09/29/00 | 9/29/00 email Yorke to Ross with handwritten notes | 3217 | 802 |
| EX0629 | | x | 2EGAN025081 | 2EGAN025081 | 10/10/00 | October 2000 Calendar of Pat Shea | 1502 | none |
| EX0634 | | x | 2EGAN023775 | 2EGAN023780 | 10/13/00 | Egan Family Assets, from September 2000 | 730, 729, 930 | none |
| EX0637 | | x | 1Alpha-disk09-019718 | 1Alpha-disk09-019718 | 10/23/00 | Fax datd 10/23/00 from Buesinger to Strudwick of HSBC requesting a refund of fund wired 9/13/ and 9/14 for the Fidelity High Tech Option A | 4101 | none |
| EX0640 | | x | 8KPMG-F-006-00359 | 8KPMG-F-006-00362 | 10/30/00 | Senior Managers Agreement | RP23 | none |
| EX0643 | | x | 8RCM-FID007784 | 8RCM-FID007784 | 11/02/00 | Email chain re "RD Trading LLC" | 3885_B | 802, 106 |
| EX0645 | | x | 9RCM-FID173453 | 9RCM-FID173454 | 11/07/00 | Email chain re "New Account" | 3882 | 802, 402 |
| EX0646 | | x | 1CARRUTH043618 | 1CARRUTH043618 | 11/10/00 | Fax (2 pages) dated 11/10/00 from Calkins to Whitney re "Compensating Interest" | 3344 | 106 |
| EX0647 | | x | 1ALPHA-DISK03-012870 | 1ALPHA-DISK03-012873 | 11/14/00 | Email dated 11/14/00 from Ross to Haber re "Excel Spread for Proposed Transaction" with attachment | 3269 | 402, 802 |
| EX0649 | | x | 2EGAN023781 | 2EGAN023786 | 11/15/00 | Egan Family Assets, October 2000 Monthly Report | 916 | none |
| EX0650 | | x | 6KPMG-FE-009-0006725 | 6KPMG-FE-009-0006728 | 11/22/00 | Email re "Alliances" | KPMG42 | none |
| EX0652 | | x | 1CARRUTH045695 | 1CARRUTH045695 | 11/30/00 | Email chain re "Information Needed" | | none |
| EX0654 | | x | EMC-0064 | EMC-0064 | 12/04/00 | Fax re stock trading window | 4138 | none |
| EX0656 | | x | 4BRY0013862 | 4BRY0013863 | 12/11/00 | Email dated 12/11/00 from Smith to Giancana re "Diversified" | 2359 | 402, 802 |
| EX0658 | | x | KPMG-F-020-1341 | KPMG-F-020-1341 | 12/14/00 | KPMG letter dated 12/14/00 to Reiss | | none |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX0660 | | x | 5RSM-F050031 | 5RSM-F050031 | 12/15/00 | Email from Klintworth on 12/15/00 to Murphy of RSM re "Implemenation fee allocation" | | 106, 402, 802 |
| EX0663 | | x | 2EGAN023787 | 2EGAN23792 | 12/20/00 | Egan Family Assets, November 2000 Monthly Report | 917 | none |
| EX0668 | | x | 6KPMG-FE-009-0006887 | 6KPMG-FE-009-0006887 | 12/28/00 | List of KPMG Approved Firmwide Alliances dated 12/28/00 | KPMG40B | 802 |
| EX0672 | | x | 6KPMG-FE-009-0203083 | 6KPMG-FE-009-0203083 | 01/01/01 | KPMG Activity Detail Spreadsheet | 3952 | 802, 402 |
| EX0673 | | x | 1KPMG-F-00032244 | 1KPMG-F-00032272 | 01/01/01 | Letter dated 10/1/01 from, Denby to Shea Reiss and Drew with attachments | | 106 (First page is 1KPMG-F-00032242) |
| EX0679 | | x | 2EGAN023983 | 2EGAN023983 | 01/17/01 | Egan Family Assets, December 2000 Monthly Report | 930.04 | none; part of proposed joint exhibit |
| EX0680 | | x | 2EGAN021714 | 2EGAN021714 | 01/18/01 | Richard & Maureen Egan Assets, December 2001 Monthly Report | 930.05 | none; part of proposed joint exhibit |
| EX0684 | x | x | 1HT000001 | 1HT000001 | 01/23/01 | Email re Stock Trading Window | 3749 | none |
| EX0689 | | x | 2CARRUTH047959 | 2CARRUTH047960 | 1/24/2001 | Memo to Mike Egan Re Helios Trade | | none |
| EX0691 | x | | 1BWMS03732 | 1BWMS03732 | 01/25/01 | Chart with handwritten notes | | 802 |
| EX0692 | x | | 1BWMS03722 | 1BWMS03722 | 01/25/01 | Chart with handwritten notes | | 802 |
| EX0701 | | x | 2EGAN033053 | 2EGAN033053 | 01/29/01 | Memo from Shea to Mike Egan dated 1/29/00 re "Helios Trade" | | 802 |
| EX0715 | | x | 2EGAN023793 | 2EGAN023798 | 01/31/01 | Chart of Richard and Maureen Egan's Assets with EMC as of Jan. 31, 2001. | 949 | none |
| EX0716 | | x | 1EGAN003177 | - | 01/31/01 | Fidelity High Tech Option A Trading Account Activity, 1/31/2001 | | incomplete Bates range |
| EX0717 | | x | 1CARRUTH037225 | 1CARRUTH037226 | 01/31/01 | Comparative Investment Strategy | 3872 | 106, 802 |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX0730 | | x | 1CARRUTH037269 | 1CARRUTH037270 | 02/01/01 | Notes from a conversation with Ron Buesinger (author unknown) | DFD-33 | 802 |
| EX0731 | | x | 1ALPHA-DISK03-013045 | 1ALPHA-DISK03-013046 | 02/01/01 | Email dated 2/1/01 from Ross to Haber | 3297 | 402, 802 |
| EX0734 | | x | 1GTFID007928 | 1GTFID007930 | 02/05/01 | Proposed Designation agreement between DGI and GT | 1272 | 402, 802 |
| EX0736 | | x | 2EGAN035116 | 2EGAN035122 | 02/06/01 | Digital Option Confirmation | RB-19 | wrong bates number, should be 035116 |
| EX0737 | | x | 1KPMG-F-00032363 | 1KPMG-F-00032365 | 02/06/01 | Digital Option confirmation RCM 2001-01-31-03 | 4067 | none |
| EX0738 | x | | 1IRS-HT-001607 | 1IRS-HT-001609 | 02/06/01 | Digital Option Confirmation | 3896_B | none |
| EX0739 | | x | 1CARRUTH038366 | 1CARRUTH038367 | 02/06/01 | Fax (2 pages) forwarding detail of FHTOA trades | 3372 | 802, FR |
| EX0740 | | x | 14CARRUTH070741 | 14CARRUTH070746 | 02/06/01 | Digital Option Confimation | 4198 | none |
| EX0741 | | x | 14CARRUTH070728 | 14CARRUTH070733 | 02/06/01 | Digital Option Confirmation | 3896_D | 106 |
| EX0750 | x | | 1GTFID010843 | 1GTFID010844 | 02/08/01 | Email chain re "RE: Customer list" | 1309 | 402, 802 |
| EX0760 | | x | 3CARRUTH049893 | 3CARRUTH049894 | 02/12/01 | RE: February 12 Meeting | 8 | none |
| EX0761 | | x | 2EGAN024931 | 2EGAN04931 | 02/12/01 | Handwritten notes | 404 (part); GRFI47 | 402 |
| EX0762 | | x | 2EGAN024930 | 2EGAN04930 | 02/12/01 | Handwritten notes | 404 (part); 1014 | 802 |
| EX0763 | | x | 1alpha-disk11-000102 | 1alpha-disk11-000102 | 2/12/01 | Same as 4110, with metadata - High Tech Index A Fund (6376) summary of net asset values dated 2/12/01, with header "option trades" | 4111 | 106, 901 |
| EX0764 | | x | 1ALPHA-DISK03-013042 | 1ALPHA-DISK03-013044 | 02/12/01 | 2/12/01 email Ross to Haber | 3298 | 402, 802 |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX0766 | | x | 2EGAN015418 | 2EGAN015418 | 02/13/01 | Richard & Maureen Egan Assets, January 2001 Monthly Report | 930.06 | none; part of proposed joint exhibit |
| EX0769 | | x | 2EGAN013783 | 2EGAN013783 | 02/14/01 | Memo 12/14/2001 | | 802 |
| EX0772 | | x | 6RCM-FID007539 | 6RCM-FID007539 | 02/15/01 | Email chain re "Tequesta Funds Digital Options" | 3995 | 802, 402 |
| EX0773 | | x | 2EGAN035290 | 2EGAN035290 | 2/15/2001 | Cover letter dated 2/15/01 enclosing High Tech option confirmations | | 106 |
| EX0774 | | x | 1GTFID010836 | 1GTFID010836 | 02/15/01 | Email chain re "Customer list" | 1311 | 402, 802, 106 |
| EX0776 | | x | 2CARRUTH048508 | 2CARRUTH048508 | 02/20/01 | Email chain re "original docs" | SD01 | 402 |
| EX0778 | x | | KPMG-F-017-1270 | KPMG-F-017-1270 | 02/22/01 | EMC Stock Ownership 2000 | 3743 | none |
| EX0781 | x | | 2EGAN023857 | 2EGAN023857 | 03/01/01 | March 2001 Caldendar of Pat Shea | 1503 | none |
| EX0784 | x | | KPMG-F-011-0029 | KPMG-F-011-0029 | 03/09/01 | Email chain re "CARRUTH" | 9 | none |
| EX0785 | | x | ALPHA2-Z11818 | ALPHA2-Z11818 | 03/09/01 | Email chain re "Draft: Fleet Bank - KPMG PFP Customized Solutions - internal conference call March 16h @ 2:00PM" | | 802 |
| EX0786 | | x | KPMG-F-011-0030 | KPMG-F-011-0033 | 03/10/01 | Email chain re "Draft: Fleet Bank - KPMG PFP Customized Solutions - internal conference call March 16h @ 2:00PM" | 10 | 802, 402 |
| EX0788 | x | | | | 03/12/01 | EMC 10-K Period 12_31_00.pdf | | none |
| EX0790 | | x | 2EGAN023755 | 2EGAN023755 | 03/16/01 | Richard & Maureen Egan Assets, February 2001 Monthly Report | 930.08 | none; part of proposed joint exhibit |
| EX0791 | | x | KPMG-F-011-0034 | KPMG-F-011-0034 | 03/19/01 | Email dated 3/19/01 from Speiss to Rivotto re "CARRUTH ODV" | 11 | 802 |
| EX0793 | | x | SIDL346479 | SIDL346479 | 03/20/01 | Email chain dated 3/20/01 from Ross to Rulbe | | 802, 402 |
| EX0794 | x | | 2EGAN024932 | 2EGAN024935 | 03/21/01 | handwritten notes dated 3/21/01 | 404B | 802 |
| EX0795 | | x | SIDL165633 | SIDL165633 | 03/22/01 | Email chain re "Confirmation" | | 802, 402 |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX0796 | | x | 2EGAN024281 | 2EGAN024281 | 03/22/01 | Richard & Maureen Egan Assets, February 2001 Monthly Report | 930.09 | none; part of proposed joint exhibit |
| EX0803 | | x | KPMG-F-011-0039 | KPMG-F-011-0039 | 03/28/01 | Email re Oppton deferral | 13 | none, FR |
| EX0808 | | x | 12CARRUTH063584 | 12CARRUTH0635845 | 4/2/2001 | Fax (2 pages) dated 4/2/01 from Doherty to Smith | | none |
| EX0812 | | x | SIDL165473 | SIDL165473 | 04/04/01 | Chain email re "Diverisifed Strategy" | | 402, 802 |
| EX0813 | | x | 2SA01978 | 2SA02003 | 04/04/01 | Email dated 4/4/01 from Tan to law firms re "Financial Derivatives Investment Strategy" with attachment (Brown & Wood copy) | 924, JA06 | Bates numbers don't match document 802, 402 |
| EX0821 | | x | SIDL345487 | SIDL345512 | 04/05/01 | Email dated 4/5/01 with attached Financial Derivatives Investment Strategy; Presented by The Diversified Group | | 802, 106 |
| EX0822 | | x | 1DGI-09-53-102137 | 1DGI-09-63-102137 | 04/05/01 | Financial Derivatives Investment Strategy | | 106, 402, 802 |
| EX0823 | | x | 1DGI-09-51-100967 | 1DGI-09-51-100967 | 04/05/01 | Financial Derivatives Investment Strategy | | 802 |
| EX0830 | | x | 2EGAN023804 | 2EGAN023804 | 04/16/01 | Richard & Maureen Egan Assets, March 2001 Monthly Report | 930.1 | none; part of proposed joint exhibit |
| EX0831 | | x | SIDL165638 | SIDL165638 | 04/18/01 | Email from Tilevitz to Akselrad and Ruble re "preferred stock", with attachment (not attached) | | 802, 106, 402 |
| EX0837 | | x | 1DGI-09-53-102683 | 1DGI-09-53-102683 | 04/26/01 | Email dated 4/26/01 from Jacoby to Haber | | 106, 402, 802 |
| EX0838 | | x | 1ALPHA-DISK03-013323 | 1ALPHA-DISK03-013327 | 04/26/01 | Email dated 4/26/01 from Jacoby to Haber | 1282 | improper compilation 802 |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX0840 | | x | 8RCM-FID059417 | 8RCM-FID-059418 | 04/27/01 | FW: Confirmation of Close out of AH LLC | 4193 | 106, 402, 802 |
| EX0846 | x | | 2EGAN032661 | 2EGAN032663 | 5/1/2001 | EMC Shares registered with SEC | | none |
| EX0847 | | x | 7RSM-F068036 | 7RSM-F068037 | 05/03/01 | diversified/ 21st Securities | 3568 | 802, 402, 106 |
| EX0850 | | x | 2BDO-FID-021039 | 2BDO-FID-021141 | 05/07/01 | DG draft 5/7/01 of FDIs opinion on BW letterhead | SD37 | 106, 402, 802 |
| EX0856 | | x | 1CARRUTH045410 | 1CARRUTH045410 | 5/15/2001 | Partnership Acquisition | | 802 |
| EX0865 | | x | 1KPMG-FE-001-050210 | 1KPMG-FE-001-050214 | 05/18/01 | PFP Practice Reoganizaion Innovative Strategies Business Plan - DRAFT (May 18, 2001) | 3938 | 802 |
| EX0871 | x | | EMC-0104 | EMC-0116 | 05/21/01 | Form S-3 dated 5/21/00 | 4148 | Joint |
| EX0872 | x | | EMC-0103 | EMC-0103 | 05/21/01 | Fed Reference # for SEC | 4145 | none |
| EX0873 | | x | EMC-0099 | EMC-0099 | 05/21/01 | Letter re wire of $98,071.00 to SEC for EMC's benefit | 4146 | none |
| EX0874 | | x | EMC-0097 | EMC-0097 | 05/21/01 | fax re review of final draft of the beneficial ownership table | 4143 | none |
| EX0875 | | x | EMC-0094 | EMC-0095 | 05/21/01 | fax re review of final draft of the beneficial ownership table | 4144 | none |
| EX0876 | | x | 1ALPHA-DISK03-013091 | 1ALPHA-DISK03-013093 | 05/21/01 | Email from Ross to Haber dated May 21, 2001 forwarding attachment "Fidelity High Tech Advisor A Fund-05-21-01.xls" | 3224 | none |
| EX0885 | | x | 12CARRUTH060148 | 12CARRUTH060151 | 05/24/01 | Indemnification Agreement | 3822 | none |
| EX0889 | | x | 4BRY0015282 | 4BRY0015282 | 05/29/01 | Email from Barrie to Phillips re Diversified opinion and distinguishing ASA | 2378 | 402, 802 |
| EX0890 | | x | 2EGAN023809 | 2EGAN023809 | 05/30/01 | Richard & Maureen Egan Assets, April 2001 Monthly Report | 930.11 | none; part of proposed joint exhibit |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX0893 | | x | 1GTFID005931 | 1GTFID005931 | 05/31/01 | Conference Call Notes re FX strategy | 1302 | 402, 802 |
| EX0895 | | x | 1GTFID005933 | 1GTFID005952 | 06/01/01 | Fax (21 pages) from Press with outline for FX Investment Strategy | 1301 | 106, 802 |
| EX0896 | | x | 3CARRUTH050196 | 3CARRUTH050196 | 06/01/01 | Front page of a presentation | | 106 |
| EX0904 | | x | x | 1ALPHA-DISK-013510 | 06/07/01 | Email chain re "Swap Collar" | | none |
| EX0910 | | x | 4BRY0013451 | 4BRY0013530 | 06/13/01 | FDIS draft opinion marked BC Draft 6/13/01 | 2388, 1261 | none |
| EX0911 | | x | 4BRY0013531 | 4BRY0013534 | 06/13/01 | Investor representations marked Draft 6/13/01 | 2389 | none |
| EX0912 | | x | 2EGAN023815 | 2EGAN023819 | 06/13/01 | Richard & Maureen Egan Assets, May 2001 Monthly Report | 3814 | none |
| EX0915 | | x | DGI-PRIV-LOG-030-002 | DGI-PRIV-LOG-030-002 | 06/18/01 | Email chian re "no subject" | 2391 | 802, 402, 106 |
| EX0916 | | x | 1EGAN011322 | 1EGAN011322 | 06/19/01 | Fax dated 6/19/01 Reminder Regarding Undertakings Divest Assets and Resign from Outside Positon | | none |
| EX0917 | x | | 1GTFID005930 | 1GTFID005930 | 06/19/01 | Email chain re "Detroit Meeting" | 1303 | 402, 802 |
| EX0922 | | x | 6HT007353 | 6HT007353 | 06/26/01 | List of goals for CARRUTH Companies, Cape Clear, and Westship by Pat Shea | | none |
| EX0923 | | x | 1CARRUTH043208 | 1CARRUTH043210 | 06/26/01 | Handwritten notes | 405 | none |
| EX0926 | | x | 4BRY0012273 | 4BRY0012273 | 06/27/01 | Email dated 6/27/01 from Barrie to Phillips re "The Diversified Opinion" | 2394 | 802, 402 |
| EX0927 | | x | 1DGi-05-31-050506 | 1DGI-05-31-050536 | 06/29/01 | Diversified Group v. Daugerdas Haber Deposition Transcript | | 802, 402 |
| EX0934 | | x | 1ALPHA-DISK03-000326 | 1ALPHA-DISK03-000326 | 07/14/01 | Email from Donora to Buesinger and helen re "notes on yen range structure" | | 802 |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX0936 | | x | 4BRY0013283 | 4BRY0013283 | 07/16/01 | Email from Orrin to Greisman and BDO with latest BC language concering Notice 2000-44 | 2397 | 106 |
| EX0937 | | x | 2EGAN023825 | 2EGAN023825 | 07/17/01 | Richard & Maureen Egan Assets, June 2001 Monthly Report | 930.13 | none; part of proposed joint exhibit |
| EX0938 | | x | 1DGI-05-31-050550 | 1DGI-05-31-050665 | 07/17/01 | Transcript from DGI v Daugerdas litigation dated 7/17/01 | 686 | 802, 402 exhibit number does not match doc |
| EX0942 | | x | 4BRY0012069 | 4BRY0012151 | 07/19/01 | FDIS draft opinion marked BC Draft 7/19/01 | 2399 | 802 |
| EX0943 | | x | 1MCNEILL000489 | 1MCNEILL000574 | 07/19/01 | FDIS draft opinion marked BC Draft 7/19/01 with draft representations [from McNeill counsel] | | none |
| EX0946 | | x | 1ALPHA-DISK03-000221 | 1ALPHA-DISK03-000225 | 07/20/01 | Email from Ron Bueisnger to Kampf re "SP Range-119days-20%-A.xls, with copy attached | 305 | 402 |
| EX0947 | | x | KPMG-F-020-1129 | KPMG-F-020-1142 | 07/23/01 | Email dated 7/23/01 from Prifti to Speiss | KPMG10 | none |
| EX0948 | | x | 3BRY0011347 | 3BRY0011351 | 07/23/01 | Invoice dated 7/23/01 re BC services to DGI for the period through 7/10/01 | 3462 | 802 |
| EX0951 | | x | 8IRS0115 | 8IRS0117 | 07/24/01 | Email dated 7/23/01 from haber to Greisman at BDO re "S Corporation vs. Partnership" | | 802, 402 |
| EX0952 | x | | 8RCM-FID160763 | 8RCM-FID160763 | 07/25/01 | Partial unwind in NDX | | 402, 802 |
| EX0953 | | x | 8RCM-FID160762 | 8RCM-FID160762 | 07/25/01 | Re:  Gupta Trade-7-24-01-Denora.xls | | 802, 106 |
| EX0954 | | x | 3BRY0011498 | 3BRY0011498 | 07/26/01 | Email from orrin to Barrie re BC's bill for services | 3463 | 106, 802 |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX0955 | | x | KPMG-F-020-1127 | KPMG-F-020-1128 | 07/27/01 | email dated 7/27/01 to Prifti from "US-Engagement Information: re EIF - 797069380 | 3945 | none |
| EX0956 | | x | 1ALPHA-DISK03-000964 | 1ALPHA-DISK03-000964 | 07/27/01 | Eail fro Buesinger to Haber re "Hedging examples", with attachment (not attached) | 303 | 802, 106 |
| EX0961 | | x | KPMG-F-020-1781 | KPMG-F-020-1883 | 08/09/01 | Memorandum of Oral Advice dated 8/9/01 from Prifti and Rivoto to Richard Egan re us and foreign tax exposure as a result of nomination to be Ambassador to Ireland | KPMG11 | none |
| EX0964 | | x | KPMG-F-011-0079 | KPMG-F-011-0079 | 08/10/01 | KPMG internal email chain dated 8/10/01 from Prifti re ODV report | 17 | none |
| EX0967 | | x | 2EGAN024570 | 2EGAN024570 | 08/14/01 | Richard & Maureen Egan Assets, July 2001 Monthly Report | | none; part of proposed joint exhibit |
| EX0968 | | x | 2EGAN023830 | 2EGAN023830 | 08/14/01 | Richard & Maureen Egan Assets, July 2001 Monthly Report | 930.14 | none; part of proposed joint exhibit |
| EX0970 | | x | 1RSM-HT000700 | 1RSM-HT000700 | 08/16/01 | Email chain re "status of listing opinion" | | 802, 402 |
| EX0972 | | x | 1ALPHA-DISK01-000058 | 1ALPHA-DISK01-000058 | 08/17/01 | Email from Buesinger to Yorke re change of name fro Kulter Investments LLC to Kealakekua Investments LLC | 1372_A | 802, 402 |
| EX0975 | | x | 8RCM-FID149162 | 8RCM-FID149163 | 08/23/01 | 5 Year Swap CMS Range | 2180, 2191, 4191 | 802, 402 |
| EX0976 | | x | 1BWMS03966 | 1BWMS03967 | 08/23/01 | RJE & MEE 2001 Form 1040 (first two pages) | 621 | 106 |
| EX0977 | | x | 1MCNEILL000307 | 1MCNEILL000307 | 08/24/01 | Handwritten Note DATED 8/23/01 re "The McNeils" | | 402, 802 |
| EX0979 | | x | 1MCNEILL000139 | 1MCNEILL000143 | 08/28/01 | DGI Deferred Stock Sale Memo dated 8/28/01 from McNeills | | 802 |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX0982 | | x | 5BRY0019123 | 5BRY0019128 | 08/29/01 | Email chain re Barrie's positon that the transactions are tax shelters which need to be registered and listed because of preplanned structure of steps | 3465 | 802, 106, 402 |
| EX0983 | | x | 1MCNEILLl000001 | 1MCNEILL000001 | 08/29/01 | Handwritten Note | | 402, 802 |
| EX0984 | | x | 1MCNEILI000394 | 1MCNEILI000395 | 08/29/01 | Handwritten note of Conference w/ Ron Wainwright dated 8/29/01 | | 402, 802 |
| EX0985 | | x | 7RSM-F070955 | 7RSM-F070956 | 08/30/01 | Email dated 8/30/01 from Wainwright to RSM re "Bryan Cave" [partially redacted] | | 402, 802 |
| EX0986 | | x | 6KPMG-FE-009-0040273 | 6KPMG-FE-009-00402373 | 08/30/01 | 8/30/01 email Burns to Schrier | | none |
| EX0989 | | x | SIDL431128 | SIDL431133 | 09/01/01 | Rider re Bilateraial Options, Notice 2000-44, marked DRAFT, DLN NYLIB1/736342/3 | JA01 | none |
| EX0990 | | x | 1BRF018996 | 1BRF019038 | 09/01/01 | Draft of FICAA Operating Agreement produced by Brown Raysman, named BRMFS1 273069vRED | RU06 | none |
| EX0991 | | x | 1ALPHA-DISK03-000655 | 1ALPHA-DISK03-000655 | 09/01/01 | Certificate of Incumbency | | 802 |
| EX0995 | | x | EMC-0164 | EMC-0165 | 09/04/01 | Stock Trading Window | 4134 | none |
| EX0996 | | x | 8RCM-FID164048 | 8RCM-FID164054 | 9/4/2001 | Cash Balances-09-04-01 | | 802 |
| EX0997 | | x | 1MCNEILL003819 | 1MCNEILL003826 | 09/05/01 | Memo dated 9/5/01 from counsel for Sandy Ronald McNeill to Ronald McNeill re "Proposed Investement in Options LLC" | | 402, 802 |
| EX0998 | | x | 1MCNEILL000357 | 1MCNEILL000364 | 09/05/01 | Memo dated 9/5/01 from counsel for Sandy McNeill to Sandy McNeill re "Proposed Investement in Options LLC" | | 402, 802 |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX0999 | | x | 1MCNEILL000349 | 1MCNEILL0003456 | 09/05/01 | Memo dated 9/5/01 from counsel for Sandy McNeill to Sandy McNeill re "Proposed Investement in Options LLC" | | 402, 802 |
| EX1000 | | x | 1ALPHA-DISK03-001090 | 1ALPHA-DISK03-001090 | 09/05/01 | Wire instructions | | 802, 106 |
| EX1004 | | x | 1MCNEILL000337 | 1MCNEILL000345 | 09/10/01 | Memo dated 9/5/01 from counsel for Sandy McNeill to Sandy McNeill re "Proposed Investement in Options LLC" | | 402, 802 |
| EX1005 | | x | 1MCNEILL000368 | 1MCNEILL000371 | 09/11/01 | Due Diligence for McNeil Investment LLC | | 402, 802 |
| EX1006 | | x | 1MCNEILL000366 | 1MCNEILL000367 | 09/11/01 | Conference w/ Ron Wainwright + Tom Cook | | 402, 802 |
| EX1007 | x | | 1MCNEILL000365 | 1MCNEILL000365 | 09/11/01 | Conference w/ Ron Wainwright | | 402, 802 |
| EX1008 | x | | 1MCNEILL000313 | 1MCNEILL000313 | 09/11/01 | Basis Enhancement Strategy | | 402, 802 |
| EX1019 | | x | 1MCNEILL000097 | 1MCNEILL00103 | 09/19/01 | Handwritten Note dated 9/19/01 re TC with Ron Wainwright | | 402, 802 |
| EX1020 | | x | 1MCNEILL000088 | 1MCNEILL000088 | 09/19/01 | Tanscript of voicemail message from Ron Wainwright to Jimm dated 9/19/01 | | 402, 802 |
| EX1021 | | x | 6RCM-FID007446 | 6RCM-FID007450 | 9/19/2001 | FY2001 Digitals | | all objections reserved |
| EX1028 | | x | 2EGAN016027 | 2EGAN016029 | 09/20/01 | Outline of Proposed Transaction for Egan Family LLC 2001 Investment with handwriting | 2381, 2384, RU05, EC03 | 802 |
| EX1029 | | x | 2EGAN011683 | 2EGAN011685 | 09/20/01 | Outline of Proposed Transaction for Egan Family LLC 2001 Investment. Revised. | MS05 | none |
| EX1030 | | x | 2EGAN011671 | 2EGAN011673 | 09/20/01 | Markup dated 9/20/01 of Outline of Proposed Transaction for Egan Family LLC 2001 Investment. | 450 | 802 |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1037 | | x | 2EGAN019133 | 2EGAN019133 | 09/21/01 | Email from Tim Speiss to Jim Reiss regarding the Sept. 21, 2001 Telecon-Outline of Proposed 2001 Transaction, with Outline of Proposed Transaction for Egan Family LLC 2001 Investment | 1222 | none |
| EX1038 | x | | 2Egan012375 | 2Egan012378 | 09/21/01 | Handwritten notes | | 802 |
| EX1039 | | x | 2EGAN011784 | 2EGAN011792 | 09/21/01 | Egan Family Entity Tax Advantage Investment Strucutre | JA08 | none |
| EX1040 | | x | 2EGAN011662 | 2EGAN011670 | 09/21/01 | Powerpoint dated 9/21/01, entitled "Egan Family Entity Tax Advantaged Investment Structure" with handwriting | 525 | none |
| EX1041 | | x | 1ALPHA-DISK-05-000639 | 1ALPHA-DISK05-000639 | 9/21/2001 | DOUGLAS PALEY | 2463B | 802 |
| EX1042 | | x | 4BRY0012708 | 4BRY0012708 | 09/22/01 | NOTES of John Barrie dated 9/22/01 | 3482 | 106, 402, 802 |
| EX1045 | | x | 2EGAN023835 | 2EGAN023835 | 09/24/01 | Memo from Carolyn to Dick giving Richard and Maureen Egan Assets, August 2001, Monthly Report. | 930.15 | none; part of proposed joint exhibit |
| EX1049 | | x | 3BRY0011338 | 3BRY0011340 | 09/25/01 | Bryan Cave Invoice dated 9/25/01 to DGI | | 802 |
| EX1050 | | x | 2CARRUTH048485 | 2CARRUTH048485 | 09/25/01 | Email from Denby to Reiss, Fiddy and Shea re entities for "Helios 2" | 431 | none |
| EX1052 | | x | 6RCM-FID007532 | 6RCM-FID007533 | 09/26/01 | 9/26/01 email Jung to Yorke | 2422; 2423 | inaccurate description, all objections reserved |
| EX1053 | | x | 1DGI-04-26-039695 | 1DGI-04-26-039696 | 09/26/01 | Check from Diversified Group to Bryan Cave dted 9/26/01 fro $40,0000 | 2409_B | 802 |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1059 | | x | 2Egan011981 | 2Egan011981 | 09/28/01 | Handwritten note (undated) | GRHT25 (part) | 802 |
| EX1060 | | x | 6KPMG-FE-009-0164217 | 6KPMG-FE-009-0164217 | 09/30/01 | Excel spreadsheet showing Stratecon Federal Tax Practice | 3925 | 402 |
| EX1061 | | x | 2EGAN023763 | 2EGAN023763 | 09/30/01 | Chart re Brrowing by Cape Clear | 486 | none |
| EX1062 | | x | 2EGAN023762 | 2EGAN023762 | 09/30/01 | Chart showing loan information taken by Cape Clear and Westship World Yachts as of Sept. 30. 2001. | JR05 | none |
| EX1070 | | x | 1Alpha-disk03-001245 | 1Alpha-disk03-001245 | 10/2/01 | Email from Haber dated 10/2/01, asking "has Lehman signed off on the trades yet?" | 4122 | 402, 802 |
| EX1072 | | x | KPMG-F-011-0097 | KPMG-F-011-0098 | 10/03/01 | RE: We should set up a CARRUTH 2001 Investment Tax Planning | pRP38 | none |
| EX1076 | | x | ALPHA2-Z13833 | ALPHA2-Z13833 | 10/04/01 | FW: conference call at 2:30 (NY/NJ) Thursday, Oct. 4 is set | | 402, 802 |
| EX1077 | x | x | 2EGAN012468 | 2EGAN012468 | 10/04/01 | Email chain re "Heios 2 update" | | 802 |
| EX1078 | | x | 1ALPHA-DISK03-002644 | 1ALPHA-DISK03-002652 | 10/04/01 | Email dated 10/4/01 from Businter re "Hedge Fund" with attached "Marketing Package.pdf" includiing Bio for Buesinger | | 402, 802 |
| EX1081 | | x | 1EGAN010650 | 1EGAN010675 | 10/05/01 | ISDA Master Agreement between Refco Capital and Fidelity World | | none |
| EX1082 | | x | ALPHA2-Z14190 | ALPHA2-Z14190 | 10/05/01 | Memo dated 10/5/01 from Buesinger to Files re "CARRUTH Management LLC/EMC/Egan Family" with markup | 335, 2502 | none |
| EX1083 | x | x | 2EGAN020879 | 2EGAN020879 | 10/05/01 | Email from Tim Speiss to Denby | 29 | none |
| EX1084 | x | x | 1EGAN011342 | 1EGAN011342 | 10/05/01 | Wire Transfer Mellon Bank | | 802 |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1085 | | x | 1EGAN010649 | 1EGAN010649 | 10/05/01 | Letter from Jung to Fiddy indicating she will be sending execution copies of the PSA ISMA Global Master Repurchase Agreement between Refco and Fidelity World, a RCM Client Securities Agreement, and a US IRS W-9 tax form.; | pRB05 | none |
| EX1086 | | x | 1EGAN009243 | 1EGAN009243 | 10/05/01 | Email referring to Egan conference call on 11/5/01 | | 106, |
| EX1087 | | x | 1EGAN006291 | 1EGAN006291 | 10/05/01 | Memo dated 10/5/01 from Buesinger to Files re "CARRUTH Management LLC/EMC/Egan Family" | 773 | none |
| EX1088 | | x | 1ALPHA-DISK03-002681 | 1ALPHA-DISK03-002683 | 10/05/01 | Email from Buesinger to Haber forwarding "Recap of Egan Conference Call" | 344 | none |
| EX1089 | | x | 1alpha-disk03-001270 | 1alpha-disk03-001271 | 10/5/01 | Email from Bhagat of Lehman with sample term sheet stating "these are my sample term sheets, please let me now if you have change/questions" - here set at 10:00 am, but not further apart than 1 bps. | 4123 | 402, 802 |
| EX1100 | | x | 2EGAN025096 | 2EGAN025098 | 10/08/01 | Handwritten notes (undated) | 455, 761, 2467, 3003, 2237 | 802 |
| EX1101 | | x | 2EGAN011967 | 2EGAN011967 | 10/08/01 | Cover notes with charts showing Fidelity Int. Capital Structure as of Oct. 15, 2001 and Nov. 15, 2001. | 2237_B, chart is clean copy of attachment to 455 | 802 |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1102 | | x | 1ALPHA-DISK03-003081 | 1ALPHA-DISK03-003083 | 10/08/01 | Email re correlation | 3042 | none |
| EX1103 | | x | 18CARRUTH035915 | 18CARRUTH035916 | 10/08/01 | 10/8/01 EMAIL DENBY TO SHEA re "our trades" | 3486A | none |
| EX1110 | | x | 2EGAN016030 | 2EGAN016032 | 10/09/01 | "Egan Trade" with attachment "Shea-Final Trades-10-9-01.doc" with handwriting | 524 | 802 |
| EX1111 | x | | | | 10/09/01 | FW: Call-365 days Final Trade.xls | TY01 | 802 |
| EX1112 | | x | 6RCM-FID007387 | 6RCM-FID007388 | 10/9/2001 | LiborPut-365 | | all objections reserved |
| EX1114 | | x | 1Helios-05427 | 1Helios-05450 | 10/10/01 | FICAA Closing binder tab 4 -Trade confirms dated 10/10/01 for Fidelity World | ME04 | none |
| EX1115 | | x | 1EGAN000800 | 1EGAN000802 | 10/10/01 | Digital Option Confirmation for transaction between Fidelity World and Refco Capital.  Re:  RCM 2001-10-09-02. | 1003 | none |
| EX1116 | | x | 1EGAN000796 | 1EGAN000798 | 10/10/01 | Digital Option Confirmation for transaction between Fidelity World and Refco Capital.  Re:  RCM 2001-10-09-01. | 1004 | none |
| EX1117 | | x | 1EGAN000093 | 1EGAN000095 | 10/10/01 | Digital Option Confirmation for transaction between Fidelity World and Refco Capital.  Re:  RCM 2001-10-09-02. | 1008 | none |
| EX1118 | | x | 1EGAN000090 | 1EGAN000092 | 10/10/01 | Digital Option Confirmation for transaction between Fidelity World and Refco Capital.  Re:  RCM 2001-10-09-01. | 1007 | none |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1119 | | x | 1EGAN000087 | 1EGAN000089 | 10/10/01 | Digital Option Confirmation for transaction between Fidelity World and Refco Capital.  Re:  RCM 2001-10-09-05. | 1006 | none |
| EX1120 | | x | 1EGAN000084 | 1EGAN000086 | 10/10/01 | Digital Option Confirmation for transaction between Fidelity World and Refco Capital.  Re:  RCM 2001-10-09-04. | 1005 | none |
| EX1125 | | x | KPMG-F-011-0123 | KPMG-F-011-0124 | 10/11/01 | Email chain re 10/16/ NE mtg w/ Stein-Rosenthal- Northeast Pipeline Report | 33 | 802 |
| EX1126 | | x | 1CARRUTH037388 | 1CARRUTH037388 | 10/11/01 | FW: Fidelity | RU07 | 106 |
| EX1128 | | x | 1EGAN000698 | 1EGAN000700 | 10/12/01 | Durable Power of Attorney for Property | 3722 | Joint |
| EX1136 | x | | KPMG-F-017-1843 | KPMG-F-017-1873 | 10/15/01 | Michael Egan 2000 1040 return | 3866 | 802, 402 |
| EX1137 | | x | ALPHA3-Z01322 | ALPHA3-Z01324 | 10/15/2001 | ROGER SCOMMENGA OUTLINE OF PROPOSED TRANSACTION | 2459.16C | 802 |
| EX1138 | x | | 1GTFID007815 | 1GTFID007816 | 10/15/01 | Email chian re "NYC.xls" | | 802, 402 |
| EX1139 | | x | 1EGAN011518 | 1EGAN011519 | 10/15/01 | Letter dated 10/15/01 from Mike Egan to Stockton Holdings Ltd. with Mike Egan Statement certifying International net worth greater than $15 mil | | none |
| EX1143 | | x | 2EGAN012448 | 2EGAN012450 | 10/16/01 | Outline of Proposed Transaction Rgan 10.16.01.doc | 1506.05, DL 7.03 | none |
| EX1148 | x | | EMC-0153 | EMC-0153 | 10/17/01 | Stock Trading Window | 4135 | none |
| EX1154 | | x | 1ALPHA-DISK03-001455 | 1ALPHA-DISK03-001458 | 10/18/01 | Email dated 10/18/01 from Haber to Buesinger forwarding Outline of Proposed Transaction for Egan dated 10/16/01 | 351 | none |
| EX1162 | | x | 2EGAN012439 | 2EGAN012439 | 10/19/2001 | FICAA Certificate of Good Standing dated 10/19/01 | | none |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1174 | | x | 1EGAN000378 | 1EGAN000403 | 10/22/01 | Fidelity World Summary of Net Asset Values as of Oct. 22, 2001. | 1012 | none |
| EX1175 | | x | KPMG-F-011-0126 | KPMG-F-011-0127 | 10/22/01 | 10/22/01 email Speiss to Prifti and Rivotto | 3963 | none |
| EX1176 | | x | 5CARRUTH053438 | 5CARRUTH053439 | 10/22/01 | Cost Segregation Proposal - B3 Properties | 2506 | none |
| EX1177 | | x | 2EGAN017380 | 2EGAN017425 | 10/22/2001 | FICA Operating Agreement | M&H Pltf Ex.3 | none |
| EX1178 | | x | 2EGAN016016 | 2EGAN016020 | 10/22/01 | Fidelity Int. Summary of 25% Probability Range Trades Executed and Trade Confirmations executed on Oct. 22, 2001 using Long/Short Yen/Euro Call/Put. | MS01 | none |
| EX1179 | | x | 1HELIOS-05379 | 1HELIOS-05380 | 10/22/01 | Trade Confirm | 2191; 3124; 3153; 1011 | none |
| EX1180 | x | | 1EGAN010079 | 1EGAN010121 | 10/22/01 | Operating Agreement of Fidelity Int. | DL07 | none |
| EX1181 | | x | 1EGAN000418 | 1EGAN000460 | 10/22/01 | FICAA Operating Agreement (endorsed copy) | 706 | none |
| EX1182 | x | | SIDL305467 | SIDL305467 | 10/22/2001 | Trade Confirm | | none |
| EX1183 | | x | 2EGAN011847 | 2EGAN011861 | 10/22/2001 | duplicate? Contribution Agreement | | none |
| EX1198 | | x | 1Helios-05451 | 1Helios-05490 | 10/24/01 | FICAA Closing binder tab 5 -Trade confirms dated 10/24/01 for Fidelity Intl. and termination agreements | ME05 | none |
| EX1199 | | x | 1EGAN000124 | 1EGAN000126 | 10/24/01 | Digital Option Confirmation for transaction between Fidelity Int. and Refco Capital.  Re:  RCM 2001-10-22-13.; | 1010 | none |
| EX1200 | | x | 1EGAN000121 | 1EGAN000123 | 10/24/01 | Digital Option Confirmation for transaction between Fidelity Int. and Refco Capital.  Re:  RCM 2001-10-22-12.; | 1009 | none |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1208 | | x | various | various | 10/25/01 | Outlne of Transaction between Richard Egan and Fidelity World dated 9/20/01, various versions with same date | 1506 | 106, 802 improper compilation) |
| EX1209 | | x | 1CARRUTH043178 | 1CARRUTH043178 | 10/25/01 | Sept. 2001 Monthly Report | 930.16 | none |
| EX1213 | | x | 8RCM-FID162109 | 8RCM-FID162109 | 10/29/01 | Unwind Premium Values to check | | 802, 402 |
| EX1214 | | x | 1EGAN000358 | 1EGAN000361 | 10/29/01 | Fidelity Int. Summary of Net Asset Values as of Oct. 29, 2001. | 439 | none |
| EX1224 | | x | ALPHA3-06892 | ALPHA3-06894 | 10/30/01 | Sandy McNeill Outline of Proposed Transaction, 10/30/01 | | 106, 802 |
| EX1225 | | x | ALPHA3-06757 | ALPHA3-06758 | 10/30/01 | Ronnie McNeill Outline of Proposed Transaction, 10/30/01 | | 106, 802 |
| EX1226 | | x | 1MCNEILL003001 | 1MCNEILL003010 | 10/30/01 | Email dated 10/30/01 from Haber to Sandy McNeill re "Revised Outline + Economic Summary" | | 402, 802, 106 |
| EX1232 | | x | SIDL0305502 | SIDL0305512 | 10/31/01 | Memo dated 10/31/01 from FICAA closing binder re Yen trades | SD21 | 106 (part of closing binder) |
| EX1233 | | x | SIDL0305487 | SIDL0305500 | 10/31/01 | Memo dated 10/31/01 from FICAA closing binder re EUR trades | SD20 | 106 (part of closing binder) |
| EX1234 | | x | 4RSM-F045556 | 4RSM-F045562 | 10/31/01 | Email chain re Revised Outlines and Economic Summary with attachments of McNeill Outlines of Proposed Transaction | 3676 | 802 |
| EX1235 | | x | 2EGAN012066 | 2EGAN012067 | 10/31/01 | Memo dated 10/31/01 from Jim Haber giving trade summaries for trade # 9, 12, and 14 executed on Oct. 30, 2001. | 442 | none |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1236 | | x | 2EGAN012055 | 2EGAN012056 | 10/31/01 | Memo dated 10/31/01 from Jim Haber giving trade summaries for trade #5, 8, and 13 executed on Oct. 29, 2001. | 440 | none |
| EX1237 | | x | 1EGAN010450 | 1EGAN010450 | 10/31/01 | Refco Customer statements dated for the period 10/1/01 through 10/31/01 for FICAA, Acount Number 006477-0000 | JR11 | 106 |
| EX1238 | | x | 1EGAN010314 | 1EGAN010319 | 10/31/01 | The Diversified Group Incorporated Memorandum, "Deferred Stock Sale," from Orrin Tilevitz, dated October 31, 2001 | | none |
| EX1239 | | x | 1EGAN001089 | 1EGAN001090 | 10/31/01 | Chart of Richard and Maureen Egan's Assets as of Oct. 2001 | 1301 | none |
| EX1240 | | x | 1EGAN000134 | 1EGAN000134 | 10/31/01 | Termination Agreement for option transaction between Fidelity Int. and Refco Capital. Re: RCM 2001-10-22-08.; | 1017 | none |
| EX1241 | | x | 1EGAN000070 | 1EGAN000082 | 10/31/01 | Memo from Jim Haber giving trade summaries for trade #9, 12, and 14 executed on Oct. 30, 2001. | 655 | none |
| EX1242 | | x | 1EGAN000055 | 1EGAN000069 | 10/31/01 | Memo from Jim Haber giving trade summaries for trade #5, 8, and 13 executed on Oct. 29, 2001. | 656 | none |
| EX1250 | | x | 1EGAN000135 | 1EGAN000137 | 11/01/01 | CMBO Confirmation for transaction between Fidelity Int. and Refco Capital. Re: 2001-10-29-28. | 1016 | none |
| EX1257 | | x | 1ALPHA-DISK06-000520 | 1ALPHA-DISK06-000520 | 11/02/01 | Corporex Range Trades | 1359 | 402, 802 |
| EX1258 | | x | 1ALPHA-DISK03-013135 | 1ALPHA-DISK03-013136 | 11/02/01 | 11/2/01 email Dziedzic to Ross and Buesinger | 3268 | 802, 106 |
| EX1263 | | x | 3CARRUTH049061 | 3CARRUTH049067 | 11/05/01 | 11/5/01 HABER EMAIL TO SHEA AND DENBY | 3469 | none |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1264 | | x | 1EGAN000140 | 1EGAN000142 | 11/05/01 | CMBO Confirmation for transaction between Fidelity Int. and Refco Capital. Re: RCM 2001-10-30-34. | 714 | none |
| EX1265 | | x | 1DGI-02-14-020242 | 1DGI-02-14-022044 | 11/05/01 | Joseph R. Francis: Outline of Proposed Transaction | 4073 | 802, 106 |
| EX1266 | | x | 14CARRUTH068691 | 14CARRUTH068692 | 11/5/2001 | Fax of BUY-SELL NOTICE for Egan FDIS dated 11/5/01 | 2461 | 106 |
| EX1277 | | x | 2EGAN022578 | 2EGAN022578 | 11/06/01 | Follow-up email regarding Singer and Friedlander wire. | 2515 | none |
| EX1286 | | x | REFCO00084 | REFCO00087 | 11/07/01 | Email re net closeouts for Fidelity World libor and CMS | pYorke01_part A | none |
| EX1287 | | x | REFCO00003 | REFCO00007 | 11/07/01 | Email re net closeouts for Fidelity World libor and CMS | pYorke01_part B | none |
| EX1296 | | x | 1ALPHA-DISK03-005728 | 1ALPHA-DISK03-005728 | 11/08/01 | Crawford/S!evin Transaction - Wainwright client | 1379 | 802 |
| EX1297 | | x | 1ALPHA-DISK01-001403 | 1ALPHA-DISK01-001407 | 11/08/01 | Email dated 11/8/01 from Haber to Thomas & Francois, with cc to Wainwright, re Francois Thomas Outline with attachment | 320 | 802 |
| EX1303 | | x | 1EGAN03175 | 1EGAN03175 | 11/9/2001 | Fax of Refco computation of accured interest for FHTIA (6376) [not as described by plaintiff's description as REFCO Customer Statement] | | none |
| EX1308 | | x | 4RSM-F043083 | 4RSM-F043084 | 11/12/01 | Letter dated 11/12/01 from RSM to Grossinger | | 402, 802 |
| EX1309 | | x | 3KPMG-FE-005-0002892 | 3KPMG-FE-005-0002892 | 11/12/01 | Email chain dated 11/12/01 re "revised Tschetter Outline" | | 802, 106 |
| EX1310 | | x | 2EGAN022604 | 2EGAN022604 | 11/12/01 | Email dated 11/12/01 from Jim Haber to Speiss, Denby, Shea and Fiddy re "Corrected Daily Values" with attacments identified (w/o attachments) | 2518 | 106 |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1323 | | x | 8RSM-F071504 | 8RSM-F071505 | 11/13/01 | Engagement of Bryan Cave LLP | | none |
| EX1324 | | x | 2CARRUTH048467 | 2CARRUTH048467 | 11/13/01 | FW: Mariner Funding | 1316 | none |
| EX1325 | | x | 1EGAN011177 | 1EGAN011177 | 11/13/01 | Memo to Dick Egan from Carolyn Fiddy giving Richard and Maureen Egan Assets for Oct. 2001 Monthly Report.  Mentions his new investment in Fidelity Int. | 930.17 | none |
| EX1334 | | x | KPMG-F-011-0162 | KPMG-F-011-0163 | 11/14/01 | Email | 37 | none, inaccurate bates number |
| EX1335 | | x | 1ALPHA-DISK03-006209 | 1ALPHA-DISK03-006224 | 11/14/01 | New client - Dennis Thies Family with Investor Fact Sheets and Outlines of Proposed Transaction | 1388 | 802 |
| EX1336 | | x | 1ALPHA-DISK03-006197 | 1ALPHA-DISK03-006206 | 11/14/01 | Outline of Proposed Transaction and Fact sheet - Holland | 3010 | 802, 106 |
| EX1344 | | x | 8RCM-FID161976 | 8RCM-FID161976 | 11/15/01 | Email chain re "FW: FX Digitals - starting to ripe" | | 402, 802 |
| EX1352 | | x | 1ALPHA-DISK03-006624 | 1ALPHA-DISK03-006624 | 11/18/01 | Email chain dated 11/16/01 re "FX Investments LLC Proposed" | | 802 |
| EX1358 | | x | KPMG-F-011-0176 | KPMG-F-011-0176 | 11/19/01 | Memo confirming telecon with Pat Shea on 11/19/01 | 38 | none |
| EX1359 | | x | KPMG-F-011-0005 | KPMG-F-011-0005 | 11/19/01 | email | 39 | 802 |
| EX1360 | | x | 8KPMG-F-009-00157 | 8KPMG-F-009-00157 | 11/19/01 | RE: CARRUTH Associates -- $1.5M signed engagement letter | pRP 41 | none |
| EX1361 | | x | 1IRS0179 | 1IRS0184 | 11/19/2001 | FICAA Engagement Letter with KPMG dated 9/27/01 (signed 11/19/01) | | none |
| EX1362 | | x | 1EGAN010284 | 1EGAN010286 | 11/19/01 | 2001 Investment Planning, KPMG LLP Services - Work Plan with handwriting | | 106 |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1363 | | x | 8RCM-FID007764 | 8RCM-FID007766 | 11/21/01 | Summary Swap and Option Exposure 11/21/2001 | 3887 | 802, 901 |
| EX1364 | | x | 1ALPHA-DISK03-007046 | 1ALPHA-DISK03-007046 | 11/21/01 | Email to Buesinger describing the wire procedures for Alpha to fund FDIS | 3015 | 802, 402, 106 |
| EX1368 | x | | 4RCM-FID-004762 | 4RCM-FID-004762 | 11/26/01 | 11/26/01 email Buesinger to Yorke | | none |
| EX1376 | | x | 8RCM-FID161924 | 8RCM-FID161924 | 11/27/01 | RE:  SJD Investments LLC-CMBO-11-27-01-Trade confirm.xls | | 802, 106 |
| EX1377 | | x | 1CARRUTH038648 | 1CARRUTH038650 | 11/27/01 | 11/27/01 email Denby to Haber, Reiss | 3114 | 802 |
| EX1378 | | x | 1BWMS00113 | 1BWMS00113 | 11/27/01 | 11/27/01 email Denby to Haber, Reiss | 3544 | 802, |
| EX1380 | | x | 2EGAN012414 | 2EGAN012414 | 11/28/01 | Email chain re "Fidelity International-Pricing-11-06-01.xls" with attachment (without copy attached) | SD24 | 802 |
| EX1381 | x | | 2BRF037612 | 2BRF037612 | 11/28/01 | Re: McNeill transactions | RU10 | none |
| EX1387 | | x | 5IRS04237 | 5IRS04237 | 11/29/01 | Revised Exhibit A; Members; Capital Contribution as of November 29, 2001 | | 106 |
| EX1388 | | x | 1EGAN011132 | 1EGAN011133 | 11/29/2001 | FICAA Contribution Agreement with Revised Exhibit A describing "Members" Capital Contributions as of November 29, 2001" effective as of October 31, 2001 (for contribution of 4,028 share of Stockton) and November 29, 2001 for $5M in cash [date of signature not indicated] | M&H Pltf Ex.2 | Joint |
| EX1389 | | x | 1CARRUTH043268 | 1CARRUTH043268 | 11/29/01 | Revised Exhibit A with handwriting | 470 | none |
| EX1390 | | x | 1CARRUTH038378 | 1CARRUTH038378 | 11/29/01 | Email from Orrin Tilevitz, "754 election", November 29, 2001 | | none |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1392 | | x | 1IRS1324 | 1IRS1324 | 11/30/01 | Egan Master Limited Partnership Journal November 30, 2001 | | none |
| EX1411 | | x | 3BRY0011608 | 3BRY0011609 | 12/05/01 | 12/05/01 EMAIL ARNOLD TO WOLFF | 3480 | 106, 802, 402 |
| EX1412 | | x | 2EGAN025084 | 2EGAN025084 | 12/05/01 | RE:  political question??? | | 802 |
| EX1413 | | x | 1DGI-03-21-030089 | 1DGI-03-21-030090 | 12/05/01 | Steven R. Perles: Outline of Proposed Transaction | 4080 | 802, 106 |
| EX1418 | | x | 1ALPHA-DISK03-014760 | 1ALPHA-DISK03-014764 | 12/07/01 | LeMans Transaction | | 802, 402 |
| EX1419 | | x | 1CARRUTH045908 | 1CARRUTH045931 | 12/07/01 | Handwritten Notes | | 802 |
| EX1423 | | x | 2CARRUTH048475 | 2CARRUTH048475 | 12/10/01 | RE: Contribution to Fidelity International Currency Advisor A Fun d LL C | 1318 | none |
| EX1424 | | x | 1EGAN000148 | 1EGAN000148 | 12/10/01 | Termination Agreement for Option Transaction between Fidelity Int. and Refco Capital.  In re:  RCM 2001-10-30-34.; | 731 | none |
| EX1425 | | x | 1EGAN000147 | 1EGAN000147 | 12/10/01 | Termination Agreement for Option Transaction between Fidelity Int. and Refco Capital.  In re:  RCM 2001-10-22-15.; | 729 | none |
| EX1426 | | x | 1EGAN000146 | 1EGAN000146 | 12/10/01 | Termination Agreement for Option Transaction between Fidelity Int. and Refco Capital.  In re:  RCM 2001-10-22-12.; | 728 | none |
| EX1427 | | x | 1EGAN000145 | 1EGAN000145 | 12/10/01 | Termination Agreement for Option Transaction between Fidelity Int. and Refco Capital.  In re:  RCM 2001-10-29-28.; | 730 | none |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1428 | | x | 1EGAN000144 | 1EGAN000144 | 12/10/01 | Termination Agreement for Option Transaction between Fidelity Int. and Refco Capital. In re: RCM 2001-10-22-10.; | 727 | none |
| EX1429 | | x | 1EGAN000143 | 1EGAN000143 | 12/10/01 | Termination Agreement for Option Transaction between Fidelity Int. and Refco Capital. In re: RCM 2001-10-22-07.; | 726 | none |
| EX1430 | | x | 1CARRUTH044940 | 1CARRUTH044940 | 12/10/01 | Email 12/10/01 from Seaver to Reiss re Fidelity | MS13 | none |
| EX1441 | | x | 1GTFID007833 | 1GTFID007833 | 12/12/01 | email from Israel Press of Grant Thornton explaning the difference between a loss generator and a gain eliminator. | | 802, 402, 106 |
| EX1445 | x | | 8RCM-FID161478 | 8RCM-FID161482 | 12/13/01 | FX Digitals - Trades 12th Dec | 4189 | 402, 802 |
| EX1446 | | x | 2EGAN032064 | 2EGAN032064 | 12/13/01 | New Fidelity High Tech Advisor Acct at Mellon | 3348 | none |
| EX1447 | | x | 2EGAN026339 | 2EGAN026340 | 12/13/01 | HANDWRITTEN NOTES | 3722, 3350, GRHT69 | 802 |
| EX1448 | | x | 2EGAN012403 | 2EGAN012406 | 12/13/01 | Memo from Burke, Warren, MacKay and Serritella stating they adjusted capital accounts for Egan and Mahoney in regards to revised Exhibit A in Contribution Agreement. | SD27 | none |
| EX1449 | x | | 1HT000003 | 1HT000003 | 12/13/01 | 12/13/01 email Whitney to Irvin | 3376 | none |
| EX1450 | | x | 1EGAN000105 | 1EGAN000107 | 12/13/01 | Digital Option Confirmation for transaction between Fidelity World and Refco Capital. Re: RCM 2001-11-06-22.; | 721 | none |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1451 | | x | 1EGAN000102 | 1EGAN000104 | 12/13/01 | Digital Option Confirmation for transaction between Fidelity World and Refco Capital.  Re:  RCM 2001-11-06-21.; | 720 | none |
| EX1452 | | x | 1EGAN000099 | 1EGAN000101 | 12/13/01 | Digital Option Confirmation for transaction between Fidelity World and Refco Capital.  Re:  RCM 2001-11-06-19.; | 719 | none |
| EX1453 | | x | 19CARRUTH072296 | 19CARRUTH072296 | 12/13/01 | Email from Reiss to Denby dated 12/133/01 states "secturies won't be at Goldman - they'll be at Mellon. However, Goldman may be one of the executors of the trades." | | none |
| EX1462 | | x | KPMGFE-0012-000696 | KPMGFE-0012-000752 | 12/18/01 | KPMG Tax Memorandum Describing the 2001 Investment Transaction referencing Bricolage | pBR17 | 802 |
| EX1463 | | x | 1EGAN010472 | 1EGAN010474 | 12/18/01 | Memo from Pat Shea to file dated 12/18/01 re "Investment Strategies" named "helios 2 memo to file.doc" | 472 | none |
| EX1471 | | x | KPMG-F-020-1767 | KPMG-F-020-1779 | 12/19/01 | KPMG letter to IRS dated 12/19/01 re 2000 Form 1040 of MEE Egan and IRS notice indicating an underpayment of taxesof $56,552,152.00 | 2486 | 402, 802 |
| EX1472 | | x | 1EGAN011178 | 1EGAN011178 | 12/19/01 | Memo to Dick Egan from Robin giving Richard and Maureen Egan Assets, November 2001 Monthly Report. Mentions Fidelity Int. and his $325,000 and $5,000,000 payments. | 930.18 | none |
| EX1473 | | x | 1ALPHA-DISK03-018114 | 1ALPHA-DISK03-018114 | 12/19/01 | Kealakekua-Summary-1 2-1 8-01 - R.xls | | 106, 802 |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1474 | | x | 19CARRUTH048530 | 19CARRUTH0485310 | 12/19/01 | Email | | 106, 802 |
| EX1477 | | x | 2BWMS11652 | 2BWMS11655 | 12/20/01 | 12/20/01 EMAIL HABER TO BUESINGER | 3526 (sames as 4115) | 802 |
| EX1478 | | x | 1CARRUTH043636 | 1CARRUTH043636 | 12/20/01 | Private wealth management web page | 3357 | none |
| EX1483 | | x | ALPHA3-06895 | ALPHA3-06970 | 12/24/01 | Documents relating to transactions involving SM Equities LLC, DGI Trading LLC, and MFP Equities LLC | | 802, improper compilation |
| EX1496 | | x | KPMG-F-012-0654 | KPMG-F-012-0654 | 12/27/01 | KPMG invoice dated 12/27/01 in the amount of 200,000 "For tax services rendered on b ehalf of Fidelity High tech Advisor A Fund" | 3943_B | none |
| EX1498 | | x | ALPHA3-06800 | ALPHA3-06970 | 12/31/01 | Pricing for SM Investments 2001 LLC dated 12/3/101 | | 802, 402, 106 |
| EX1499 | | x | ALPHA3-06660 | ALPHA3-06799 | 12/31/01 | Pricing for RM Investments 2001 LLC dated 12/3/101 | | 802, 106, 901 |
| EX1500 | | x | 6KPMG-FE-009-0070391 | 6KPMG-FE-009-0070394 | 12/31/01 | Excel spreadsheet showing IS Pipeline summary for 2001 | 3944 | 802, 106, |
| EX1501 | | x | 3RCM-FID-000052 | 3RCM-FID-000054 | 12/31/01 | 2001 REFCO account statement for Acct. 006476-00000 | 1024 | none |
| EX1502 | | x | 1IRS1589 | 1IRS1589 | 12/31/01 | FCIAA Allocation of Expenses December 31, 2001 | | 106 |
| EX1503 | | x | 1IRS1328 | 1IRS1339 | 12/31/01 | Fidelity International Journal Entries for year endign 12/31/01 | 1322 | inaccurate compilation |
| EX1504 | | x | 1IRS0274 | 1IRS0282 | 12/31/01 | B1 FILING FOR BIOSPHERE FINANCE FOR YEAR ENDING 12/31/01 | | none |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1505 | | x | 1EGAN003036 | 1EGAN003037 | 12/31/01 | Balance Sheet, Income Statement and Journal Entries. Fidelity High Tech Option A Fund, LLC, December 31, 2001 | | none |
| EX1506 | | x | 1EGAN003033 | 1EGAN003034 | 12/31/01 | Balance Sheet, Income Statement and Journal Entries. Fidelity High Tech Index A Fund, LLC, December 31, 2001 | | none |
| EX1507 | | x | 1CARRUTH044929 | 1CARRUTH044929 | 12/31/01 | RE: gift/dyn/chi ldrens trusts | MS15 | 106 |
| EX1508 | | x | 1CARRUTH044927 | 1CARRUTH044928 | 12/31/01 | RE: gift/dyn/chi ldrens trusts | MS14 | 802 |
| EX1509 | | x | ALPHA3-06800 | ALPHA3-06970 | 12/31/01 | SM Investments 2001 LLC Pricing Schedule dated 12/31/01 | HT-76 | inadequate description, all objections reserved |
| EX1511 | | x | 4CARRUTH050618 | 4CARRUTH050618 | 01/01/02 | Email dated 1/1/02 from Denby to Haber | SD22 | none |
| EX1518 | | x | 1DGI-06-36-060663 | 1DGI-06-36-060664 | 01/02/02 | Email chain re meeting with Trilogy | | 106, 402, 802 |
| EX1529 | | x | 1Helios-05350 | 1Helios-05356 | 01/07/02 | FICAA Closing binder tab 1 -FICAA summary of transaction | ME01 | none |
| EX1531 | | x | SIDL305432 | SIDL305432 | 01/09/02 | Letter dated 1/9/02 from Haber to Ruble with Egan FDIS closing binder | SD62 | 802 |
| EX1536 | | x | 1ALPHA-DISK06-009793 | 1ALPHA-DISK06-009793 | 01/15/02 | email reflects the promoter's own analysis for probability of profit of a competing product by Lehman. | | 106, 402, 802 |
| EX1537 | | x | 1KPMG-F-00021290 | 1KPMG-F-00021290 | 01/17/02 | Memo from Spruck to Lipshulz re 20001 FICAA tax returns | | 106 |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1539 | | x | 8KPMG-F-006-00437 | 8KPMG-F-006-00437 | 01/18/02 | KPMG letter to Brian Rivotto confirming resignation effective 1/15/02 | pBR02 | none |
| EX1540 | | x | 1DGI-06-37-065091 | 1DGI-06-37-065109 | 01/18/02 | Email from haber showing law firms were collobarating on opinions | | 106, 402, 802, improper description |
| EX1542 | | x | 7KPMG-FE-010-0010647 | 7KPMG-FE-010-0010650 | 01/22/02 | Announcement 2002-2 Client Letter | KPMG18 | 802 |
| EX1548 | | x | 2EGAN019472 | 2EGAN019477 | 01/25/02 | Fw: Fidelity International -Pricing-01-25-02-REV.xls | 353 | none |
| EX1556 | | x | 1HT001272 | 1HT001273 | 01/28/02 | RE: 2001 Operating Results | 3875 | none |
| EX1559 | | x | 1KPMG-F-00022021 | - | 01/31/02 | Fidelity High Tech Index A Trading Account Activity, 1/31/2002 | | 106, incomplete Bates range |
| EX1563 | | x | SIDL308850 | SIDL308853 | 02/01/02 | Summary for NDC Investments 2001 LLC Nelson D. Civello from closing binder | | 802 |
| EX1564 | | x | SIDL308434 | SIDL308437 | 02/01/02 | Summary for RAS Investments 2001 LLC Roger A. Scommenga from closing binder | | 802 |
| EX1565 | | x | SIDL306559 | SIDL306562 | 02/01/02 | Summary for RT Investments 2001 LLC Ron Tschetter from closing binder | | 106, 802 |
| EX1566 | | x | 1KPMG-F-00032327 | 1KPMG-F-00032601 | 02/01/02 | *FFHTAA* Closing Documents | | Bates range is incorrect, should end in 32667 |
| EX1567 | | x | 1EGAN000004 | 1EGAN000010 | 02/01/02 | Summary of Transaction from FICAA Closing Binder (undated) | 742, ALK18 | none |
| EX1568 | | x | 1CARRUTH043811 | 1CARRUTH043814 | 02/01/02 | Summary of H1 Transaction | | none |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1570 | | x | SIDL125009 | SIDL125015 | 2/1/2002 | Fidelity High Tech Transaction summary | | inadequate description, all objections reserved |
| EX1571 | | x | 1SIDLEYM0221538 | 1SIDLEYM0221544 | 2/1/2002 | Fidelity High Tech Transaction summary | | inadequate description, all objections reserved |
| EX1572 | | x | 1ALPHA-DISK03-014834 | 1ALPHA-DISK03-014835 | 02/01/02 | FIDELITY INT'L TRADE SUMMARIES | 400 | 106 |
| EX1573 | | x | 1ALPHA-DISK01-002640 | 1ALPHA-DISK01-002640 | 02/05/02 | Letter dated 2/5/02 re JLS Investments | | 802, 402 |
| EX1574 | | x | | | 02/05/02 | Letter dated 2/5/02 from IRS Halpert to King & Spaulding re examination of KPMG | KPMG32 | 802, |
| EX1575 | | x | 1KPMG-f-00011639 | 1KPMG-f-00011699 | 02/06/02 | Email chain | 51 | 802; incorrect description and Bates-range. Should be 1KPMG-f-00011639 - 44 |
| EX1581 | | x | 1MCNEILI000697 | 1MCNEILI000697 | 02/08/02 | Email chain dated 2/8/02 re "Basis Enchancement Investment" | | 402, 802, 106 |
| EX1582 | | x | 1Alpha-disk12-000678 | 1Alpha-disk12-000678 | 2/8/02 | Email | 4118 | none |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1586 | | x | 1EGAN003159 | 1EGAN003174 | 2/11/2002 | Fax (pp.18-22 of 33 page fax) dated 2/11/02 of FHTAA REFCO statesments of Account 0006376-00000 | | none |
| EX1587 | | x | 1Egan003176 | 1Egan003176 | 2/11/2002 | Fax dated 2/11/02 from Diversified of FHTOA Customer Statement for 1/31/01 period | | none |
| EX1591 | | x | 1KPMG-F-00032326 | 1KPMG-F-00032329 | 02/12/02 | Fed ex dated 2/12/02 from Haber of DGI to Shea forrwarding HT closing binder, with copy to Speiss (KPMG copy) | 3549 | 106 |
| EX1595 | | x | 2BWMS08041 | 2BWMS08048 | 02/13/02 | Fax dated 2/13/02 (9 pages) from Spruck to Carbo of KPMG named "KIS Facsimile v7.doc) without attachment | 1286 | 402, 802 |
| EX1597 | | x | 1BRY0003653 | 1BRY0003657 | 02/14/02 | Engagement of Bryan Cave LLP with James H. Taylor | JB06 | none |
| EX1598 | | x | KPMG-FE-0012-001794 | KPMG-FE-0012-001794 | 02/14/02 | Fidelity International Tax Opinion - 2001 Sec 988 Loss | KPMG19 | none |
| EX1599 | | x | KPMG-FE-0012-001658 | KPMG-FE-0012-001658 | 02/14/02 | Fidelity High Tech A Tax Opinion - 2001 Sec 754 Transaction | KPMG20 | none |
| EX1604 | | x | 4BRY0012251 | 4BRY0012258 | 02/20/02 | DGI memo dated 2/20/02 re Gupta Opinion | 2412 (clean coy of 2411) | 802 |
| EX1607 | x | | 1BRY020466 | 1BRY020470 | 02/24/02 | Engagement of Bryan Cave LLP | JB06 | none |
| EX1629 | x | | 3LBB005972 | 3LBB006028 | 03/01/02 | LBB opinion issued to Grossingers | GR_HT09 | 802 |
| EX1630 | | x | 1PR-EGAN-0011395 | 1PR-EGAN-0011395 | 03/01/02 | Email from Raddock to Swiader re "billng number for Egan" and what is "dte" and what is "plr" and why not release? | 3408 | 402 |
| EX1633 | | x | 4BRY0011960 | 4BRY0011982 | 03/06/02 | HOLLAND OPINION EXCERPTS FROM SECT. 351 | 2413 | 402, 802, 106 |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1634 | | x | 1KPMG-F-00032681 | 1KPMG-F-00032685 | 03/07/02 | Charts that accompanied a 3/7/02 fax Prifti to Speiss | 3986C | none |
| EX1635 | | x | 1KPMG-F-00032680 | 1KPMG-F-00032680 | 03/07/02 | 3/7/02 fax Prifti to Speiss attaching KPMG invoices | 3986A | none |
| EX1636 | | x | 1KPMG-F-00032676 | 1KPMG-F-00032679 | 03/07/02 | Letter Rivotto to Shea, 2/19/01, Tax Returns 2000 | pRP 31 | none |
| EX1637 | | x | 1KPMG-F-00032672 | 1KPMG-F-00032675 | 03/07/02 | Letter from Rivotto to Shea, Tax Returns 2000, 2/19/01 | pRP 32 | none |
| EX1638 | | x | 1KPMG-F-00032668 | 1KPMG-F-00032671 | 03/07/02 | Letter from Rivotto to Shea, 2/19/01, 2000 Tax Returns | 4151, 4150, 3986, pRP 30 | 106 |
| EX1639 | | x | 1EGAN010248 | 1EGAN010248 | 03/07/02 | KPMG invoice for "Final bill for services with regard to the 2001 planning with respect to EMC stock option grants | 3986B | none |
| EX1645 | | x | SIDL381952 | SIDL382082 | 03/08/02 | SABW Opinion dated 3/8/02 to Richard J. Egan (131 pages and endorsed) | JA10 | none |
| EX1646 | | x | 1EGAN003953 | 1EGAN003953 | 03/08/02 | Page 46 of draft SABW Opinion to Egan dated March 8, 2002 | 2134 | 106 |
| EX1651 | | x | 1BWMS00729 | 1BWMS00739 | 03/12/02 | Email dated 3/12/02 from Speiss to Denby re "Comments re Helios 2 opinion letter", with attachment "Fidelity2001 Investment Plan.D…" - these are Denby's edits to the KPMG MEMO re business purpose | 605 | none |
| EX1652 | x | | 1EGAN001028 | 1EGAN001036 | 03/12/02 | Memo | 475, 1514 | none |
| EX1679 | | x | 1BRY020471 | 1BRY020472 | 03/19/02 | REPRESENTATION OF JHT INVESTMENTS | JB09 | none |
| EX1682 | x | | 1BRY0004058 | 1BRY0004136 | 03/20/02 | Final Tax Opinion | JB10 | none |
| EX1698 | | x | 1DGI-03-25-038278 | 1DGI-03-25-038279 | 03/22/02 | Check from Diversified Group to Bryan Cave dted 3/22/02 for $560,000 | 2409_A | 802 |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1705 | | x | 4BRY0013786 | 4BRY0013788 | 03/27/02 | Bryan Cave chart datd 3/27 entitled "Diversified Opinions - Status List FX Opinions | 2418 | 802 |
| EX1710 | | x | IRS-81-P1-0592 | IRS-81-P1-0616 | 03/28/02 | 2001 form 1065 of RGW Investments LLC, filed copy | 987 | 802 |
| EX1711 | | x | 1BWMS00028 | 1BWMS00029 | 03/28/02 | RE: Treasurys Report | SD52 | none |
| EX1712 | | x | 12CARRUTH060056 | 12CARRUTH06005 | 03/28/02 | 3/28/2002 fax cover regarding tax shelters | | 106 |
| EX1714 | | x | 1CARRUTH045199 | 1CARRUTH045199 | 03/29/02 | fidelity | MS17 | 106 |
| EX1716 | | x | 2EGAN028636 | 2EGAN028636 | 03/31/02 | Fidelity High Tech Advisor A Fund, Cash Balances as of 3/31/02  dated 3/25/02 with handwritten note by Fiddy | 3360 | none |
| EX1722 | x | | 2EGAN018485 | 2EGAN018485 | 04/01/02 | FWCAA Tax Basis Rollforward | MS20 | none |
| EX1734 | | x | 1BWMS04593 | 1BWMS04596 | 04/03/02 | Certificate of Facts Maureen and Richard Egan v4  see cover email to CoF v4 at DGI-priv-log-225-003] | 3419 | none |
| EX1739 | | x | 3BRY0011614 | 3BRY0011617 | 04/04/02 | 4/4/01 EMAIL ARNOLD TO BARRIE | 3475 | 106, 802 |
| EX1740 | | x | 1RSM-HT000416 | 1RSM-HT000418 | 04/04/02 | STG Bulletin 5 Basis Enhancement Strategy. | 3653 | 402, 802 |
| EX1746 | | x | 2PR-EGAN-0024732 | 2PR-EGAN-0024780 | 04/05/02 | Proskauer opinion dated 4/5/02 to Maureen E. Egan dn Richard E. Egan with Exhibit A | 3450, RF02, contains 4090 | none |
| EX1756 | | x | 7KPMG-FE-010-0010273 | 7KPMG-FE-010-0010274 | 04/08/02 | Assistance to KPMG LLP Office of General Counsel in Connection with Examation and Assocaited Issues | KPMG23 | 802 |
| EX1760 | | x | 2PR-egan-0024970 | 2PR-egan-0024970 | 04/09/02 | Email chain from Swiader to Orrin and Orrin to Swiader re Trading limited liability companies" | 3431 | 402, 802 |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1761 | | x | 2PR-egan-0024972 | 2PR-egan-0024973 | 04/09/02 | Email chain from Swiader to Orrin and Orrin to Swiader re Trading limited liability companies" | 3432 | 402, 802 |
| EX1779 | | x | 5IRS04917 | 5IRS04976 | 04/12/02 | Chart re Egan Ownership and Organization | 489 | none |
| EX1831 | | x | 2EGAN016782 | 2EGAN016819 | 04/15/02 | Fidelity International Currency Advisor A Fund, LLC | 1116, 4501, 4052 | none |
| EX1832 | | x | 1MCNEIL000630 | 1MCNEIL000632 | 04/15/02 | John McNeill, SM Investments 2001 LLC, 2002 1065 Schedule K-1 | | 802 |
| EX1833 | | x | 1MCNEIL000627 | 1MCNEIL000000629 | 04/15/02 | John McNeill, SM Investments 2001 LLC, 2001 1065 Schedule K-1 | | 802 |
| EX1834 | | x | 2EGAN018393 | 2EGAN018398 | 04/16/02 | FICAA K-1s (file stamped as rec'd by the IRS on 4/16/02) | 629 | 106 |
| EX1835 | x | | 8RCM-FID161883 | 8RCM-FID161883 | 04/17/02 | Pricing spreadsheet | | 802, 402 |
| EX1836 | | x | ADD TO CONCORDANCE AND INPUT BATES | | 04/18/02 | IRS Summons to KPMG issued 4/18/02 | KPMG33 | 802 |
| EX1837 | | x | 3BWMS05865 | 3BWMS05869 | 04/19/02 | BWMS Invoice to RE amd ME dataed 4/19/02 | SD51 | 402 |
| EX1842 | | x | 1DGI-06-36-061999 | 1DGI-06-36-062000 | 04/30/02 | London Visit | | 106, 402, 802 |
| EX1844 | | x | 1DGI-09-54-106311 | 1DGI-09-54-106312 | 05/02/02 | Haber email dated 5/3/02 | 962 | 106, 802, 402 |
| EX1846 | | x | 3CARRUTH050520 | 3CARRUTH050520 | 05/06/02 | Email dated 5/6/02 from Alisair Lowe to Mike Egan re "Updtae on SSgA taxable strategies" | | none |
| EX1848 | | x | 2EGAN024736 | 2EGAN024738 | 5/7/2002 | Email dated 5/7/02 from Calkins t Reiss re "Question for You" with attacment "EMC Stock 4-2002.xls" | | 802 |
| EX1849 | x | | 1RSM-HT000665 | 1RSM-HT000666 | 05/07/02 | Re: Templeton | 3659 | 402, 802 |
| EX1850 | | x | 1EGAN005375 | 1EGAN005375 | 05/09/02 | Email dated 5/9/02 from Jung of DGI to Hand of Prosakuer re "Certificates of Facts" | | 802 |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1853 | | x | 2BDO-FID-020401 | 2BDO-FID-020449 | 05/13/02 | Memorandum dated May 13, 2002 from Tilevitz to Haber re "Basis Enhancement via spin-off of Options | | 402, 802 |
| EX1856 | | x | 2EGAN015423 | 2EGAN015423 | 05/15/02 | Richard & Maureen Egan Assets, April 2002 Monthly Report | 930.19 | none; part of proposed joint exhibit |
| EX1858 | | x | 12CARRUTH059371 | 12CARRUTH059394 | 05/20/02 | Email from Chris to printout enclosed spreadsheets and graph from Monday meeting - re outstanding mortgages | 3152; 2217 | none |
| EX1860 | x | x | 8RCM-FID011430 | 8RCM-FID011432 | 5/22/2002 | FW: QQQ put spread | 3893 | 402 |
| EX1879 | | x | 1EGAN011180 | 1EGAN011180 | 06/08/02 | Executive Branch Public Financial Disclosure Report | | inadequate description; all objections reserved |
| EX1881 | | x | 6CARRUTH058424 | 6CARRUTH058439 | 06/12/02 | Handwritten notes | | 802 |
| EX1905 | | x | 7RSM-F070655 | 7RSM-F070655 | 06/19/02 | RSM Agenda with Summary of Various Tax Strategies | | 106, 402, 802 |
| EX1913 | | x | 2CARRUTH048447 | 2CARRUTH048447 | 6/27/2002 | FW: disclosure | KPMG24 | none |
| EX1938 | | x | 1BWMS03968 | 1BWMS03968 | 08/01/02 | Proposed Dislosure Statement for Richard Egan produced by BWMS | 621B.02 | 106 |
| EX1939 | | x | 1ALPHA-DISK01-006508 | 1ALPHA-DISK01-006508 | 08/01/02 | New Account Worksheet | | 802, 402 |
| EX1942 | | x | 2Egan028714 | 2Egan028716 | 8/2/02 | FHTAA Sales Rec w-revised cost basis 7-2002.xls | | none |
| EX1946 | | x | 6CARRUTH058233 | 6CARRUTH058234 | 8/8/2002 | Richard and Maureen Egan Transaction of Detail by Account | | none |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX1947 | | x | 6CARRUTH058232 | 6CARRUTH058238 | 08/08/02 | Richard and Maureen Egan Transaction Detail by Account, Janurary through December 2001 | 1323 | none |
| EX1955 | | x | 1DGI-06-36-063447 | 1DGI-06-36-063448 | 08/12/02 | Nassau | | 106, 402, 802 |
| EX1973 | | x | 1KPMG-F-00032318 | 1KPMG-F-00032321 | 08/20/02 | Email chaim endng 8/20/02 re "Egan transaction and Notice 2000-44 Observations. Your comments please" with Eganmemo.DOC attached | | none |
| EX1987 | | x | 2KPMG-FE-004-0000694 | 2KPMG-FE-004-0000706 | 08/23/02 | Proposed KPMG Information Statements to the Internal Revenue Service for attachment to 2002 Form 1040 of Richard and Maureen Egan | MS11_C | 106, 802 |
| EX1988 | | x | 2KPMG-FE-004-0000568 | 2KPMG-FE-004-0000568 | 08/23/02 | Statement 1 from 2001 Form 1040 of Richard and Maureen Egan | MS11_B | 106, 802 |
| EX2054 | | x | 2RSM-F026509 | 2RSM-F026510 | 10/22/02 | CARRUTH - Follow-up - Boston Team Meeting - PD Info - | RW12 | 802 |
| EX2078 | | x | 1DGI-09-55-109403 | 1DGI-09-55-109403 | 11/20/02 | Trilogy_ continuing joint ventures with DGI post buy-in | | 402, 802 |
| EX2079 | | x | Not in concordance. No Bates # | | 11/21/02 | Contributions | | 402, 802 |
| EX2080 | | x | 1DGI-09-50-099340 | 1DGI-09-50-099340 | 11/21/02 | Email dated 11/21/02 from Buesinger to Jim Haber re "Akselrad and Stein" | | 106, 402, 802 |
| EX2101 | | x | 2EGAN012928 | 2EGAN012928 | 12/31/2002 | FICAA Cash Register for 1/1/01 through 12/31/02 | | 106 |
| EX2102 | | x | 1ALPHA-DISK09-019212 | 1ALPHA-DISK09-019214 | 01/01/03 | Master Partnership Schedule | 3894 | 402, 802, 106 |
| EX2114 | | x | 2EGAN013803 | 2EGAN013814 | 1/13/2003 | Fax dated 1/13/03 of Proskauer Rose nondisclosure opinion to Egan dated 9/4/02 | | none |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX2115 | | x | 1JAD003699 | 1JAD003710 | 01/13/03 | Prokauser Rose Opinion dated September 4, 2002, signed, faxed1/13/03 | 2030 | none |
| EX2116 | | x | 1EGAN010477 | - | 01/13/03 | Spreadsheet and Handwritten Notes, "Professional Fees 2001" | | incomplete Bates range |
| EX2117 | | x | 1CARRUTH047792 | 1CARRUTH047805 | 01/13/03 | Statement of account 1/1/02 - 12/31/02 | | Joint |
| EX2118 | | x | 2EGAN015447 | 2EGAN015447 | 01/15/03 | Richard & Maureen Egan Assets, December 2002 Monthly Report | 930.23 | none; part of proposed joint exhibit |
| EX2129 | | x | 1RSM-HTPL00018 | 1RSM-HTPL00042 | 01/22/03 | RSM McGladrey Structured Transasction Group Bulletin | RW15 | none |
| EX2130 | | x | 1DGI-06-36-063010 | 1DGI-06-36-063010 | 01/23/03 | Email chain re books | | 106, 402, 802 |
| EX2131 | | x | 1DGI-06-36-062998 | 1DGI-06-36-062998 | 1/24/2003 | Email chain re books | 2476 | 106, 402, 802 |
| EX2132 | x | | 3RSM-F040910 | 3RSM-F040913 | 01/30/03 | Recap of meeting | 3123 | 802 |
| EX2133 | | x | 1CARRUTH045135 | 1CARRUTH045135 | 02/14/03 | 2002 Tax Projection - Fidelity | 1109 | 802 |
| EX2135 | x | | 2EGAN018255 | 2EGAN018292 | 02/21/03 | CARRUTHTax File Index for FICAA | JR10 | none |
| EX2136 | | x | 1DGI-09-50-099600 | 1DGI-09-50-099602 | 02/27/03 | 2001 Cust-2002 Distributions-2-27-03 | | 402, 802 |
| EX2137 | x | | 8IRS0076 | 8IRS0088 | 02/28/03 | IRS Q&A of  Haber 2/28/03 re DGI | | 402, 802 |
| EX2139 | | x | 6CARRUTH056230 | 6CARRUTH056230 | 03/03/03 | Meeting organizer | | 402 |
| EX2140 | | x | 2EGAN015459 | 2EGAN015459 | 03/12/03 | Richard & Maureen Egan Assets, February 2003 Monthly Report | 930.25 | 402 |
| EX2142 | | x | 1PR-EGAN-0006608 | 1PR-EGAN-0006609 | 03/26/03 | PR letter dtaed 3/26/03 re representation of Ronald McNeill | | none |
| EX2146 | | x | 7RSM-F067889 | 7RSM-F067900 | 04/02/03 | Email dated 4/2/03 re "Redacted memo" with copy attached | | 106, 802 |
| EX2147 | | x | 1DGI-09-50-097286 | 1DGI-09-50-097287 | 04/03/03 | Email from Ivan Ross to Haber | 308 | 106, 802 |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX2148 | | x | 7RSM-F070528 | 7RSM-F070528 | 4/7/2003 | FAX COVER FROM RSM TO ERB | 2459.52D | 106, 402, 802 |
| EX2149 | | x | 3RSM-F034995 | 3RSM-F034996 | 4/7/2003 | RSM McGladrey, DGD Review Notes, April 7, 2003 | | 802 |
| EX2152 | | x | 3CARRUTH049655 | 3CARRUTH049655 | 4/8/2003 | CARRUTH Management Transaction by Account re management fees for FHTAA in 2002 | | 106 |
| EX2159 | x | x | RW-HT-00778 | RW-HT-00794 | 04/15/03 | Wainwright 2002 1040 return | 3694 | 402, 802 |
| EX2160 | | x | 2EGAN013952 | 2EGAN014011 | 4/15/2003 | 2002 FICAA Form 1065 prepared by RSM | | none |
| EX2171 | | x | 1ALPHA-DISK04-028763 | 1ALPHA-DISK04-028763 | 5/14/2003 | Email chain re "GRAT - Money Market Fund Twist" | 1022 | 802 |
| EX2172 | | x | 2CARRUTH048510 | 2CARRUTH048511 | 05/14/03 | RE: Management Fee Agreements | EC08 | 106, 402 |
| EX2174 | | x | 4RCM-FID-000411 | 4RCM-FID-000412 | 06/04/03 | New Investor for your Mortgage Fund | | all objections reserved |
| EX2175 | | x | DGI-PRIV-LOG-263-001 | DGI-PRIV-LOG-263-007 | 06/05/03 | Cover Letter | 910 | 802 |
| EX2176 | | x | 8CARRUTH058843 | 8CARRUTH058844 | 06/05/03 | CARRUTH Tax/Accounting meeting recap | 3369 | none |
| EX2177 | | x | 1PR-EGAN-0005173 | 1PR-EGAN-0005173 | 06/06/03 | Fwd: tax opinions | 902 | 802 |
| EX2178 | | x | 2EGAN015589 | 2EGAN015589 | 06/20/03 | document reflects that Richard Egan repored on 6/20/03 that he terminated his position as ambassador to Ireland on 1/31/03 | | 106 |
| EX2179 | | x | 6BRY1119518 | 6BRY0019519 | 06/25/03 | Notice to Clients | | all objections reserved |
| EX2180 | | x | 1CARRUTH045465 | 1CARRUTH045466 | 06/25/03 | 6/25/03 email Wainwright to Reiss and Shea | 3138; MS25 (first page) | 402, |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX2181 | | x | 1HELIOS-03188 | 1HELIOS-03190 | 06/26/03 | FW: Laurelgrove | 1023 | 402, 802 |
| EX2182 | | x | 1DGI-06-37-064319 | 1DGI-06-37-064319 | 06/26/03 | FYI - Below - Regarding the Thursday meeting with the IRS concerning Son of Boss Settler Offers | | 106, 402, 802 |
| EX2183 | | x | 3CARRUTH049128 | 3CARRUTH049128 | 07/08/03 | FW:  short bond sheets | | 106 |
| EX2184 | | x | 1HELIOS-03231 | 1HELIOS-03245 | 07/09/03 | MAXIM 2001 & 2002 | | 402, 802, 106 |
| EX2185 | | x | 2EGAN015474 | 2EGAN015474 | 07/15/03 | Richard & Maureen Egan Assets, June 2003 Monthly Report | 930.28 | 402 |
| EX2186 | | x | 1DGI-06-37-064338 | 1DGI-06-37-064338 | 07/15/03 | Email chain re "Follow-up" | 3484 OR 3884 | 802, 106 |
| EX2187 | | x | 2RSM-F028015 | 2RSM-F028016 | 07/21/03 | Email chain re "FICAA IRS Notice - Follow-up" | MS29_B | 106, 802, |
| EX2188 | | x | 2RSM-f028013 | 2RSM-f028013 | 07/27/03 | Email re IRS FICAA notice, Dwight states "I belive it is triggered by the foreign partner, requiring our anser at question 6, bu will check." | MS29_A | 106, 802 |
| EX2189 | | x | 6KPMG-FE-009-0081581 | 6KPMG-FE-0090081588 | 08/08/03 | Summary of Transctions - Speiss Clients | | 402, 802 |
| EX2190 | | x | 1DGI-09-53-103531 | 1DGI-09-53-103607 | 08/12/03 | Haber Deposition Transcript in SMD Capital Corp. v. Diversified Group | | 802, 402 |
| EX2191 | | x | 2EGAN015479 | 2EGAN015479 | 08/14/03 | Richard & Maureen Egan Assets, July 2003 Monthly Report | 930.29 | 402 |
| EX2192 | | x | 6KPMG-FE-009-0081605 | 6KPMG-FE-009-0081605 | 8/21/2003 | List of KPMG SOS transacations prepared by Kronishlieb dted 8/21/03 | | 106, 802 |
| EX2193 | | x | 1HELIOS-01749 | 1HELIOS-01751 | 09/03/03 | Email chain re "Laurelgrove Limited" | | 802, 402 |
| EX2194 | | x | 2EGAN015484 | 2EGAN015484 | 09/12/03 | Richard & Maureen Egan Assets, August 2003 Monthly Report | 930.3 | 402 |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX2195 | | x | 2RSM-F028018 | 2RSM-F028018 | 10/10/03 | 10/10/03 email Reiss to Calkins, Mike Egan | | 802, 402 |
| EX2197 | | x | 5CARRUTH052717 | 5CARRUTH052748 | 10/15/2003 | Richard & Maureen Egan Assets, September 2003 Monthly Report | | none; part of proposed joint exhibit |
| EX2198 | | x | 2EGAN015489 | 2EGAN015489 | 10/15/03 | Richard & Maureen Egan Assets, October 15 2003 Monthly Report | 930.31 | none |
| EX2200 | | x | 1ALPHA-DISK04-033198 | 1ALPHA-DISK04-033198 | 10/21/03 | Email chain dated 10/21/03 re "info" | | 802 |
| EX2201 | x | | | | 10/23/03 | Complaint and Jury Demand | | 402, 802 |
| EX2204 | | x | 1DGI-06-38-067868 | 1DGI-06-38-067904 | 11/05/03 | Wall Deal | 921 | 402, 802 |
| EX2205 | | x | 1DGI-06-37-065452 | 1DGI-06-37-065453 | 11/10/03 | links | | 106, 402, 802 |
| EX2206 | | x | 2EGAN015494 | 2EGAN015494 | 11/12/03 | Richard & Maureen Egan Assets, October 2003 Monthly Report | 930.32 | none |
| EX2208 | | x | 1DGI-06-37-65461 | 1DGI-06-37-065461 | 12/03/03 | Email | | 106, 402, 802 |
| EX2209 | | x | 2EGAN015499 | 2EGAN015499 | 12/10/03 | Richard & Maureen Egan Assets, November 2003 Monthly Report | 930.33 | 402 |
| EX2210 | | x | 1CARRUTH045131 | 1CARRUTH045131 | 12/15/03 | Fidelity Assets | EC09 | 402 |
| EX2211 | | x | 6CARRUTH056239 | 6CARRUTH056242 | 01/13/04 | FW: KPMG Announces Major Staff Shake-Up In Midst of Shelter Inquiries, Lawsuits | SD55 | 402 |
| EX2212 | | x | 2EGAN015505 | 2EGAN015505 | 01/14/04 | Richard & Maureen Egan Assets, December 2003 Monthly Report | 930.34 | 402 |
| EX2213 | x | | 3RSM-F040929 | 3RSM-F-040934 | 02/02/04 | Email chain re "Fidelity" | | 802 |
| EX2214 | | x | 1CARRUTH037318 | 1CARRUTH037322 | 02/02/04 | Email chain re "Fidelity" | EC10 | 106, 802 |
| EX2215 | x | | 2EGAN021910 | 2EGAN021914 | 02/06/04 | Email chain re "Fidelity" | EC11 | 106, 802 |
| EX2216 | | x | 2EGAN015511 | 2EGAN015511 | 02/12/04 | Richard & Maureen Egan Assets, January 2004 Monthly Report | 930.35 | none |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX2217 | | x | 1CARRUTH045937 | 1CARRUTH045942 | 03/01/04 | Email from Connors to Dwight re "trying to calculate the tax cost basis of the investments for FICAA as of 1/1/03, with attacment | EC16 | 402, improper compilation |
| EX2218 | | x | 2EGAN021902 | 2EGAN021903 | 03/02/04 | Email chain ending 3/2/04 re FICAA with attachment "FICAA Tax Basis 2002 assets.xls | EC14 | 802 |
| EX2219 | | x | 3RSM-F040942 | 3RSM-F040950 | 03/08/04 | Dwight states that "the FICAA tax loss is correctly stated on the return…. The portion that pertianed to the "World" options was larger than the total, thus the larger basis impact. (The difference, a net gain on the options acquired by FICAA/World after world's contribution to FICAA, nets against eh "World" loss to reach the overall loss on the reutrn." | EC15 | 106, 802 |
| EX2220 | | x | 6RSM-F066404 | 6RSM-F066405 | 03/09/04 | Jim Taylor - Partnership Derivative Transaction Questions | | 402, 802 |
| EX2221 | | x | 2EGAN015517 | 2EGAN015517 | 03/11/04 | Richard & Maureen Egan Assets, February 2004 Monthly Report | 930.36 | none |
| EX2222 | | x | 2RSM-F030920 | 2RSM-F030921 | 03/18/04 | RE: FICAA roll-forward | EC18 | 106, 802, 402 |
| EX2223 | | x | 2RSM-F030939 | 2RSM-F030940 | 03/28/04 | RE: FICAA roll-forward - Follow-up - Assume we resolved any | 1112 | 802 |
| EX2224 | | x | | | 04/06/04 | Opinion | | 402, 802 |
| EX2225 | | x | 2EGAN015523 | 2EGAN015523 | 04/13/04 | Richard & Maureen Egan Assets, March 2004 Monthly Report | 930.37 | 402 |
| EX2226 | x | | RW-HT-01004 | RW-HT-01017 | 04/15/04 | Wainwright 2001 1040 return | 3693 | 802 |
| EX2227 | | x | | | 04/26/04 | First Amended Complaint and Jury Demand | | 402, 802 |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX2228 | | x | ADD TO CONCORDANCE AND INPUT BATES | | 05/04/04 | US v. KPMG, 316 F.2d 30 (D. DC 2004) | 2219 | 802; 402 |
| EX2229 | | x | 2EGAN015529 | 2EGAN015529 | 05/13/04 | Richard & Maureen Egan Assets, April 2004 Monthly Report | 930.38 | 402 |
| EX2230 | | x | 1CARRUTH040298 | 1CARRUTH040445 | 05/13/04 | Pro System Processing dated 5/13/04 | MS12 | none, FR |
| EX2231 | | x | 2CARRUTH047977 | 2CARRUTH047985 | 05/27/04 | FW: FICAA | 1105 | 106, 802 |
| EX2232 | | x | 1CARRUTH046400 | 1CARRUTH046409 | 05/27/04 | Call from Yesterday - Follow-up | RW13 | 402 |
| EX2233 | | x | 1EDY002351 | 1EDY002365 | 06/03/04 | SON OF BOSS SETTLEMENT INITIATIVE FAQS | 2051 | 802, 402 |
| EX2234 | | x | 1BWMS01193 | 1BWMS01205 | 06/07/04 | Fax dted 6/7/04 from Shea to Denby (14 pages) | 625 | 402, 802 |
| EX2235 | | x | 2EGAN015535 | 2EGAN015535 | 06/11/04 | Richard & Maureen Egan Assets, May 2004 Monthly Report | 930.39 | none |
| EX2236 | | x | | | 06/11/04 | Answer to First Amended Complaint, Answer to Cross-Claims, Affirmative Defenses, Demand for Damages; Request for Allocation of damages, R. 4:5 Certification | | 402, 802 |
| EX2237 | | x | 1CARRUTH045489 | 1CARRUTH045498 | 06/19/04 | Email dated 6/19/04 from Wainwright to Shea re "2003-46 Follow-up" | 1106 | 402, 802 |
| EX2238 | | x | 12CARRUTH059643 | 12CARRUTH059643 | 06/30/04 | RE: Column from Journal of Tax Practice and Procedure -- June-July 2004 Issue | SD56 | 106, 402, 802 |
| EX2240 | | x | 2EGAN015541 | 2EGAN015541 | 07/15/04 | Carruth memo dated 7/15/03 re "Richard & Maureen Egan Assets, June 2004 Monthly Report" | 930.4 | none |
| EX2241 | x | | 2EGAN032362 | 2EGAN032368 | 07/30/04 | 7/30/04 email Calkins to Robinson | 3370 | 402 |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX2242 | | x | 6CARRUTH057276 | 6CARRUTH057276 | 08/02/04 | Email chain re "potential profit and loss" | SD30 | 402 |
| EX2243 | | x | 6CARRUTH057275 | 6CARRUTH057275 | 08/02/04 | Email dated 8/2/04 from Kampf to Denby re "potential profit and loss" | | 402 |
| EX2244 | | x | 12CARRUTH059639 | 12CARRUTH059639 | 08/03/04 | Email from Kampf to Denby that per Haber the World options were the basis creation options and consequently were not involved in the loss reation.  "The remaining options create the loss.  When the gain was triggered, the Irish received 95% of the gain prior to the time your client bought out the Irish." | SD50 | 402, 802 |
| EX2245 | | x | 2EGAN015548 | 2EGAN015548 | 08/13/04 | Carruth report dated 8/13/04 re Richard & Maureen Egan Assets, July 2004 Monthly Report | 930.41 | 402 |
| EX2247 | | x | 1CARRUTH046021 | 1CARRUTH046022 | 08/25/04 | Memo, "Fidelity High Tech Advisor A: FY2002 Tax Basis Query", 8/25/2004 | | none |
| EX2248 | | x | 1CARRUTH044291 | 1CARRUTH044292 | 08/25/04 | 8/25/04 email RSM to Seaver | | none |
| EX2250 | | x | 12CARRUTH059636 | 12CARRUTH0596366 | 08/26/04 | Email from Tan to Shea with Subject "Preparation" | 362 | 402, 802 |
| EX2251 | | x | 1HELIOS-01076 | 1HELIOS-01112 | 08/30/04 | Graphs of Fidelity Currency - FIRST DRAFT | 363 | 402, 802 |
| EX2252 | | x | 6CARRUTH057107 | 6CARRUTH057107 | 08/31/04 | references an attempt to compose a timeline of events to justify a business purpose. | | 402 |
| EX2253 | | x | 1HELIOS-01255 | 1HELIOS-01291 | 08/31/04 | Email dated 8/31/03 from Tan to Denby re "Currency and Interest Rate Graphs version 3" with attachments | 366; SD 32 | 402, 802 |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX2254 | | x | 1HELIOS-01172 | 1HELIOS-01209 | 08/31/04 | Emal chain re "Graph of Fidelty currency - FIRST DRAFT" | 364 | 402, 802 |
| EX2255 | | x | 12CARRUTH059632 | 12CARRUTH059633 | 08/31/04 | Emal chain re "Graph of Fidelty currency - FIRST DRAFT" | SD31 | 106, 402, 802 |
| EX2256 | | x | 1HELIOS-01339 | 1HELIOS-01379 | 09/02/04 | FICAA Option Trades - Graph and Timeline | 367 | 402, 802 |
| EX2257 | x | | **WITHDRAWN** | | | | | |
| EX2258 | | x | 2EGAN015555 | 2EGAN015555 | 09/15/04 | Draft of Carruth report dated 8/15/04 | 930.42 | 402 |
| EX2259 | | x | 1CARRUTH046631 | 1CARRUTH046632 | 09/24/04 | Email chain re "Review Notes on FICAA" | MS26 | 106, 402, 802 |
| EX2260 | x | | 2RSM-F032274 | 2RSM-F032274 | 09/27/04 | Email from Seaver to Dwight | EC19 | 802 |
| EX2261 | x | | 2EGAN015561 | 2EGAN015561 | 10/15/04 | | 930.43 | 402 |
| EX2262 | x | | 2EGAN015566 | 2EGAN015566 | 11/12/04 | | 930.44 | 402 |
| EX2263 | x | | 2EGAN015573 | 2EGAN015573 | 12/10/04 | | 930.45 | none |
| EX2264 | | x | 4CARRUTH051719 | 4CARRUTH051720 | 12/31/04 | Chart | EC20 | 402 |
| EX2265 | x | | 2EGAN015580 | 2EGAN015580 | 01/13/05 | | 930.46 | 402 |
| EX2266 | x | | 1HT002032 | 1HT002032 | 01/18/05 | 1/18/05 email Calkins to Reiss | 3130 | 402, 802, |
| EX2267 | x | | 3RSM-F040815 | 3RSM-F040819 | 02/01/05 | | MS27 | 106, 802 |
| EX2268 | | x | 1CARRUTH046940 | 1CARRUTH046944 | 02/01/05 | | 1111 | 402, 802 |
| EX2269 | | x | 2CARRUTH048514 | 2CARRUTH048517 | 02/10/05 | | MS28 | 402, 802 |
| EX2270 | | x | 13CARRUTH064932 | 13CARRUTH064932 | 02/10/05 | | SD57 | 106, 402, 802 |
| EX2271 | x | | | | 02/23/05 | | JB-1 | none |
| EX2272 | | x | 1CARRUTH046945 | 1CARRUTH046945 | 02/25/05 | | EC12 | 106, 402, 802 |
| EX2273 | | x | 12CARRUTH059618 | 12CARRUTH059618 | 03/01/05 | | SD58 | 106, 402, 802 |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX2274 | | x | 4CARRUTH051693 | 4CARRUTH051718 | 04/04/05 | CARRUTH summary of FICAA for 2004 [not including cover email from Connors stating "I answered all the review notes and they did not necessitate any changes to the detabase report" | EC21 | 402 |
| EX2275 | | x | 4CARRUTH051692 | 4CARRUTH051692 | 04/04/05 | | EC20 | 402, 106 |
| EX2276 | | x | 5CARRUTH053413 | 5CARRUTH053414 | 04/11/05 | Fax dated 4/11/5 pp.2-3 | 760 | none |
| EX2277 | | x | 4IRS0046 | 4IRS0046 | 04/11/05 | Response to request for tax information for Sam Mahoney, with several attachments. . | DL08 | none |
| EX2278 | x | | 2EGAN016673 | 2EGAN016720 | 4/15/2005 | FICAA 2004 Form 1065 | | 402 |
| EX2279 | x | | 1ASC001799 | 1ASC001801 | 04/29/05 | | 2199, 4051 | 802 |
| EX2281 | | x | 9RCM-FID170020 | 9RCM-FID170021 | 05/20/05 | Email chain re "Potential Diversified Group Trade" | 3997 | 802, 402, |
| EX2282 | | x | ADD TO CONCORDANCE AND INPUT BATES | | 05/26/05 | Treas.Reg. 1.752-6 | 2071 | 802; 402 |
| EX2283 | | x | | | 06/01/05 | Stipulation of Dismissal with Prejudice as to Defandat Stuart A. Smith Only | | 802; 402 |
| EX2284 | | x | 1ASC002396 | 1ASC002397 | 06/10/05 | Egan Tax Agenda for June 10, 2005 Call | 2162 | 802 |
| EX2285 | | x | | | 08/26/05 | KPMG Deferred Prosecution Agreement | KPMG43 | 802, 402 |
| EX2286 | | x | | | 09/01/05 | Complaint FICAA v USA, Case No. 05 40151 FDS | 2159 | none |
| EX2287 | | x | | | 09/27/05 | Long Term Capital v. USA, 150 Fed.Appx. 40 (2nd Cir. 2005) | 2228 | 802; 402 |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX2288 | | x | 2EGAN029477 | 2EGAN029479 | 10/17/2005 | Form 8886 Reportable Transaction Disclosure Statement for Fidelity High Tech FILED WITH 2004 Form 1040 filed 10/17/05 | | none |
| EX2289 | | x | 1CARRUTH043211 | 1CARRUTH043212 | 10/25/05 | Brief Synopsis of FWCAA/FICAA dated 10/25/05 from CARRUTH | 1324 | 106, 402 |
| EX2290 | x | | 1ASC018236 | 1ASC018238 | 11/14/05 | | 2164 | 802 |
| EX2291 | | x | 7HT007424 | 7HT007425 | 01/17/06 | 1/17/06 EMAIL REISS TO M. EGAN | 3504 | none |
| EX2292 | | x | 7HT007515 | 7HT007515 | 01/30/06 | 1/30/06 EMAIL REISS TO M. EGAN | 3505 | none |
| EX2293 | x | | TBG001228 | TBG001231 | 03/09/06 | | ALK23 | 802 |
| EX2294 | | x | 1ASC020240 | 1ASC020246 | 04/17/06 | Initial Transaction Parameters Bloomberg Data produced by Nathan Yale | 2170 | 802 |
| EX2295 | x | | 1ASC020234 | 1ASC020239 | 04/17/06 | JPY/USD Currency options | 2178 | 802 |
| EX2296 | x | | 1ASC020228 | 1ASC020233 | 04/17/06 | USD/EUR Currency options | 2180 | 802 |
| EX2297 | | x | 1ASC020221 | 1ASC020227 | 04/17/06 | Digital Option of Fidelity World 3M LIBOR Options | 2172 | 802 |
| EX2298 | x | | 1ASC020214 | 1ASC020220 | 04/17/06 | 10YR CMS | 2175 | 802 |
| EX2299 | | x | 1ASC020132 | 1ASC020136 | 04/17/06 | NERA report entitled "Egan Tax: april 17, 2006 Transcation Analysis for NASDAQ 100 Options | 2167 | 802 |
| EX2300 | | x | 1ASC020052 | 1ASC020056 | 04/17/06 | Digital Option of Fidelity Itlf JPY Currency Options | 2177 | 802 |
| EX2301 | | x | 1ASC020047 | 1ASC020051 | 04/17/06 | Digital Option of Fidelity World EUR Currency Options | 2179 | 802 |
| EX2302 | | x | 1ASC020042 | 1ASC020046 | 04/17/06 | Digital Option of Fidelity World 3M LIBOR Options | 2171 | 802 |
| EX2303 | | x | 1ASC020035 | 1ASC020036 | 04/17/06 | Foreign Currency Translation from EMC 10K's | 2176 | 802 |
| EX2304 | x | | 1ASC020022 | 1ASC020033 | 04/17/06 | Egan Family Assets and Liabilities | 2166 | 802 |
| EX2305 | x | | 1ASC002369 | 1ASC002371 | 04/17/06 | Egan Tax Issues for Discussion | 2165 | 802 |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX2306 | | x | 1ASC001836 | 1ASC001839 | 04/17/06 | Present Value at Inception of Option Transcation | 2174 | 802 |
| EX2307 | | x | TBG004866 | TBG004867 | 05/30/06 | | ALK13 | 802 |
| EX2308 | | x | TBG004859 | TBG004861 | 05/30/06 | research re binary options | ALK15 | 802 |
| EX2309 | | x | 6KPMG-FE-009-0085206 | 6KPMG-FE-009-0085206 | 06/14/06 | | BR15 | 802, 402 |
| EX2310 | | x | 8KPMG-F-006-00325 | 8KPMG-F-006-00329 | 07/07/06 | 2000/2001 Year End Review - Approved printed 7/7/06 | RP24 | none |
| EX2311 | | x | 1ALPHA-DISK09-002315 | 1ALPHA-DISK09-002327 | 07/13/06 | | 3711 | 802 |
| EX2312 | | x | TBG004297 | TBG004298 | 08/09/06 | Memo from Michael Barjum re review of SIDL docs | ALK22 | 802 |
| EX2313 | | x | 1CARRUTH037916 | 1CARRUTH037917 | 08/25/06 | | RU03.03 | 106 |
| EX2314 | | x | TBG006917 | TBG006929 | 08/30/06 | | ALK02 | 802 |
| EX2315 | | x | TBG004950 | TBG004958 | 08/30/06 | Handwritten notes re report of Andrew Carron | ALK17 | 802 |
| EX2316 | | x | TBG004941 | TBG004942 | 08/30/06 | | ALK21 | 802 |
| EX2317 | | x | TBG004872 | TBG004873 | 08/30/06 | | ALK12 | 802 |
| EX2318 | | x | 1BWMS02897 | 1BWMS02899 | 09/08/06 | Helios Memo dated 9/8/00 re "Draft - Implementation Steps for Purchasing Options - Capital Gains Strategy" | 45 | none |
| EX2319 | | x | 7HT007484 | 7HT007484 | 09/12/06 | | | 402, 802 |
| EX2320 | | x | Not in concordance. No Bates # | | 10/16/06 | Privilege logs response by US | | 402, 802 |
| EX2321 | | x | 1BWMS02868 | 1BWMS02870 | 11/08/06 | | 3696 | none |
| EX2322 | | x | 1BWMS00111 | 1BWMS00111 | 11/08/06 | | 3542 | none |
| EX2323 | | x | 1MCNEIL001262 | 1MCNEIL001269 | 12/13/06 | | | 802, 402 |
| EX2324 | | x | 1BWMS01850 | 1BWMS01850 | 01/01/07 | Summary of Windows undated | 3741 | none |
| EX2325 | | x | 1ASC007796 | 1ASC007797 | 01/01/07 | Travel and Meeting Cost Estimate | 3534 | 802 |
| EX2326 | | x | Not in concordance. No Bates # | | 02/07/07 | | | 402, 802 |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX2327 | | x | 1EDY000277 | 1EDY000285 | 03/05/07 | | 2031 | 802 |
| EX2328 | | x | 1BRF005471 | 1BRF005499 | 03/06/07 | | RU09 | 802, 402 |
| EX2329 | | x | 1SAS000020 | 1SAS000022 | 03/07/07 | | 2201 | 802 |
| EX2330 | | x | 14CARRUTH065219 | 14CARRUTH065220 | 03/14/07 | | | 402 |
| EX2331 | | x | ADD TO CONCORDANCE AND INPUT BATES | | 03/27/07 | Cemco Investors LLC v US, 2007 WL 951944 (N.D. Ill. 2007) | 2236 | 802; 402 |
| EX2332 | | x | OPA005530 | OPA005535 | 03/28/07 | | GR09 | 802 |
| EX2333 | | x | TBG011722 | TBG011749 | 04/06/07 | | ALK09 | 802 |
| EX2334 | | x | No Bates range | | 04/06/07 | IOM Doc3 | | Removed from Defendant's exhibit list, per Defendant's 8/19 e-mail. |
| EX2335 | | x | OPA003864 | OPA003867 | 04/10/07 | | GR04 | 802 |
| EX2336 | | x | ADD TO CONCORDANCE AND INPUT BATES | | 04/11/07 | Declaration of James Haber in Opposition to US mtn to compel DGI | 1243 | 802 |
| EX2337 | | x | OPA003845 | OPA003845 | 04/12/07 | | GR40 | 802 |
| EX2338 | | x | OPA003926 | OPA003932 | 05/04/07 | | GR07 | 802 |
| EX2339 | | x | 1EDY000622 | 1EDY000622 | 05/10/07 | | 2035 | 802 |
| EX2340 | | x | OPA003901 | OPA003901 | 05/20/07 | Draft report of Gordon Rausser | GR12 | 802 |
| EX2341 | | x | OPA005759 | OPA005762 | 05/24/07 | | GR55 | 802 |
| EX2342 | | x | OPA003889 | OPA003890 | 05/28/07 | | GR14_A | 802 |
| EX2343 | | x | OPA003884 | OPA003884 | 05/29/07 | | GR14_B | 802 |
| EX2344 | | x | TBG006060 | TBG006067 | 05/30/07 | | ALK24 | 802 |
| EX2345 | | x | ADD TO CONCORDANCE AND INPUT BATES | | 05/30/07 | Expert Report of Smith in Tesoro Partners dated 5/30/07 | 2231 | 802 |
| EX2346 | | x | 1ASC004924 | 1ASC004924 | 06/05/07 | RE: Interest rate regression output | 2173 | 802 |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX2347 | | x | OPA004043 | OPA004046 | 06/08/07 | | GR05 | 802 |
| EX2348 | | x | 1ASC020057 | 1ASC020091 | 06/08/07 | Draft of Expert Report of Andrew Carron dated 6/8/07 | 2153 | 802 |
| EX2349 | | x | 1SAS000023 | 1SAS000023 | 06/28/07 | | 2202 | 802 |
| EX2350 | | x | OPA004175 | OPA004175 | 07/05/07 | | GR22_A | 802 |
| EX2351 | | x | OPA004155 | OPA004157 | 07/12/07 | | GR15 | 802 |
| EX2352 | | x | | | 07/16/07 | | JB-2 | none |
| EX2353 | | x | OPA004141 | OPA004145 | 07/19/07 | | GR16 | 802 |
| EX2354 | | x | OPA006583 | OPA006684 | 07/24/07 | | GR22_B | 802 |
| EX2355 | | x | OPA004113 | OPA004123 | 07/30/07 | | GR52 | 802 |
| EX2356 | | x | TBG011843 | TBG011890 | 08/01/07 | | ALK10 | 802 |
| EX2357 | | x | 1ASC008917 | 1ASC008935 | 08/03/07 | Expert Report Andrew Carron August 3, 2007 | 2156 | 802 |
| EX2358 | | x | | | 08/03/07 | Expert Report of Nathan Yale | 2008 | 802 |
| EX2359 | | x | | | 08/03/07 | | DFD-34 | 802 |
| EX2360 | | x | | | 08/03/07 | Expert Report Andrew Carron August 3, 2007 - signed | 2006 | 802 |
| EX2361 | | x | | | 08/03/07 | Expert Report of Smith in FICAA dated 8/3/07 | 2009 | 802 |
| EX2362 | | x | 1ASC002625 | 1ASC002665 | 08/06/07 | Expert Report of Andrew Carron dated 8/6/07 | 2154 | 802 |
| EX2363 | | x | | | 08/07/07 | Expert Report of Kolbe dated 8/7/08 | ALK04 | 802 |
| EX2364 | | x | | | 08/07/07 | Expert Report of Kolbe dated 8/7/08, Appendices | ALK05 | 802 |
| EX2365 | | x | | | 08/07/07 | The Brattle Group web commentary on Kolbe | ALK03 | 802 |
| EX2366 | | x | | | 08/07/07 | List of additional materials considered by Kolbe | ALK07 | 802 |
| EX2367 | | x | | | 08/07/07 | Errata to Expert report of Kolbe | ALK08 | 802 |
| EX2368 | | x | WITHDRAWN | | | | | |
| EX2369 | | x | TBG002631 | TBG002649 | 08/09/07 | ALK 19 is page 2632 | ALK19 | 802 |
| EX2370 | | x | OPA004344 | OPA004344 | 08/09/07 | | GR22 | 802 |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX2371 | x | | | | 08/10/07 | | JB-3 | none |
| EX2372 | x | | | | 08/20/07 | | JB-4 | none |
| EX2373 | x | | 1JAD002577 | 1JAD002589 | 08/29/07 | | 2028 | 802, 402 |
| EX2374 | x | | 1JAD002559 | 1JAD002567 | 08/29/07 | | 2026 | 802, 402 |
| EX2375 | x | | 1JAD002549 | 1JAD002556 | 08/29/07 | | 2117 | 802, 402 |
| EX2376 | x | | 1JAD002034 | 1JAD002035 | 08/29/07 | | 2022 | 802 |
| EX2377 | x | | 1JAD000763 | 1JAD000764 | 08/29/07 | | 2018 | 802 |
| EX2378 | x | | OPA004218 | OPA004220 | 08/30/07 | | GR33 | 802 |
| EX2379 | | x | ADD TO CONCORDANCE AND INPUT BATES | | 08/30/07 | Dep of Smith in Murphy dated 8/30/07 | 2230 | 802 |
| EX2380 | x | | OPA007238 | OPA007239 | 09/03/07 | | GR60 | 802 |
| EX2381 | x | | OPA004848 | OPA004851 | 09/04/07 | | GR08 | 802 |
| EX2382 | x | | 1JAD002022 | 1JAD002024 | 09/04/07 | | 2021 | 802 |
| EX2383 | | x | 1ASC016174 | 1ASC016194 | 09/06/07 | Email forwarding Carron's rebuttal draft dated 9/11/07, attached | 2160 | 802 |
| EX2384 | x | | DWL01175 | DWL01195 | 09/10/07 | DL 16 is page 01176-95. | DL16 | 802 |
| EX2385 | x | | 1ASC005195 | 1ASC005281 | 09/10/07 | | 2151 | 802 |
| EX2386 | x | | OPA007953 | OPA007953 | 09/11/07 | | GR66 | 802 |
| EX2387 | | x | ADD TO CONCORDANCE AND INPUT BATES | | 09/11/07 | Expert Report of Gordon Rausser | 2003 | 802 |
| EX2388 | | x | ADD TO CONCORDANCE AND INPUT BATES | | 09/11/07 | Rebuttal Report of Kolbe on Exper Reports of Carron and Yale | 2001 | 802 |
| EX2389 | | x | ADD TO CONCORDANCE AND INPUT BATES | | 09/11/07 | Rebuttal Expert Report Andrew Carron 9/11/07 - signed | 2007 | 802 |
| EX2390 | | x | 1ASC009031 | 1ASC009048 | 09/11/07 | Rebuttal Report Andrew Carron, September 11, 2007 | 2161 | 802 |
| EX2391 | x | | OPA003733 | OPA003735 | 09/13/07 | | GR06 | 802 |
| EX2392 | x | | TBG006887 | TBG006902 | 09/24/07 | | ALK25 | 802 |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX2393 | | x | | | 10/18/07 | Dep of Smith in Stobie Creek dated 10/18/07 | 2222 | 802 |
| EX2394 | | x | 3ASC025661 | 3ASC025663 | 11/09/07 | | 4056 | 802 |
| EX2395 | | x | | | 11/28/2007 | | 4088 | 802 |
| EX2396 | | x | 2SAS001425 | 2SAS001425 | 1/14/2008 | | 4084 | 802 |
| EX2397 | | x | 3ASC025576 | 3ASC025614 | 01/17/08 | NERA invoices for sevices rendered [only marked a partial copy] | 4052 | 802, 106 |
| EX2398 | | x | | | 01/21/08 | "The Largest Gathering of Hedge Funds and their Investors" | 1500 | none |
| EX2399 | | x | | | 02/15/08 | Expert Report, HT, Pltf. Opening for Carron | 4008 | 802 |
| EX2400 | | x | DRTHT000153 | DRTHT000154 | 02/20/08 | | DFD-3 | 802 |
| EX2401 | | x | DRTHT000149 | DRTHT000150 | 02/20/08 | | DFD-7 | 802 |
| EX2402 | | x | DRTHT000146 | DRTHT000148 | 02/20/08 | | DFD-6 | 802 |
| EX2403 | | x | DRTHT000144 | DRTHT000144 | 02/29/08 | | DFD-8 | 802 |
| EX2404 | | x | DRTHT000179 | DRTHT000179 | 03/05/08 | | DFD-5 | 802 |
| EX2405 | | x | | | 03/18/08 | | DFD-23 | 802 |
| EX2406 | | x | DRTHT000143 | DRTHT000143 | 03/31/08 | | DFD-9 | 802 |
| EX2407 | | x | | | 03/31/08 | Expert Report, HT, Def. Opening for Rausser | 4006 | 802 |
| EX2408 | | x | | | 03/31/08 | | 4004 | 802 |
| EX2409 | | x | | | 03/31/08 | Expert Report, HT, Def. Opening for Kolbe | 4000 | 802 |
| EX2410 | | x | | | 03/31/08 | Expert Report, HT, Def. Opening for DeRosa | 4002 | 802 |
| EX2411 | | x | | | 03/31/08 | | DL-19 | 802 |
| EX2412 | | x | | | 04/16/08 | | DFD-25 | 802 |
| EX2413 | | x | | | 4/23/2008 | | M&H Pltf Ex.4 | none |
| EX2415 | | x | | | 04/27/08 | | 4010 | 802 |
| EX2416 | | x | | | 04/29/08 | | DFD-2 | 802 |
| EX2417 | | x | DRTHT000142 | DRTHT000142 | 04/30/08 | | DFD-10 | 802 |
| EX2418 | | x | 3ASC025181 | 3ASC025192 | 04/30/08 | | 4055 | |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX2419 | | x | | | 04/30/08 | Expert Report, HT, Def. Rebuttal for Rausser | 4007 | 802 |
| EX2420 | | x | | | 04/30/08 | Expert Report, HT Def. Rebuttal for Kolbe | 4001 | 802 |
| EX2421 | | x | | | 04/30/08 | Expert Report, HT, Def. Rebuttal for DeRosa | 4003 | 802 |
| EX2422 | x | | | | 04/30/08 | | DL-50 | 802 |
| EX2423 | | x | | | 04/30/08 | Expert Report, HT, Pltf. Rebuttal for Carron | 4009 | 802 |
| EX2424 | | x | | | 05/02/08 | | DFD-13 | 802 |
| EX2425 | | x | | | 05/02/08 | | DL-20 | 802 |
| EX2426 | | x | DWLHT10122 | DWLHT10153 | 05/30/08 | 5/30/08 email LaRue to Vann | DL-55 | 802 |
| EX2427 | | x | DWLHT09986 | DWLHT10034 | 05/30/08 | 5/30/08 email LaRue to Vann attaching High Tech draft preliminary | DL-49 | 802 |
| EX2428 | | x | DWLHT09895 | DWLHT09935 | 05/30/08 | 5/30/08 email LaRue to Vann attaching High Tech draft report | DL-48 | 802 |
| EX2429 | | x | DWLHT09385 | DWLHT03986 | 05/30/08 | 5/30/08 email LaRue to Vann | DL-41 | 802 |
| EX2430 | | x | DWLHT03987 | DWLHT03987 | 05/30/08 | 5/30/08 email LaRue to Vann | DL-21 | 802 |
| EX2431 | | x | DWLHT03983 | DWLHT03984 | 05/30/08 | 5/30/08 email LaRue to Vann | DL-40 | 802 |
| EX2432 | | x | DWLHT03978 | DWLHT03982 | 05/30/08 | 5/30/08 email LaRue to Vann | DL-39 | 802 |
| EX2433 | | x | DWLHT03975 | DWLHT03977 | 05/30/08 | 5/30/08 email LaRue to Vann | DL-38 | 802 |
| EX2434 | | x | DWLHT03973 | DWLHT03974 | 05/30/08 | 5/30/08 email LaRue to Vann | DL-37 | 802 |
| EX2435 | | x | DWLHT03972 | DWLHT03972 | 05/30/08 | 5/30/08 email LaRue to Vann | DL-36 | 802 |
| EX2436 | | x | DWLHT03924 | DWLHT03971 | 05/30/08 | 5/30/08 email LaRue to Vann | DL-35 | 802 |
| EX2437 | | x | DWLHT03920 | DWLHT03923 | 05/30/08 | 5/30/08 email LaRue to Vann | DL-34 | 802 |
| EX2438 | | x | DWLHT03918 | DWLHT03919 | 05/30/08 | 5/30/08 email LaRue to Vann | DL-33 | 802 |
| EX2439 | | x | DWLHT03916 | DWLHT03917 | 05/30/08 | 5/30/08 email LaRue to Vann | DL-32 | 802 |
| EX2440 | | x | DWLHT03914 | DWLHT03915 | 05/30/08 | 5/30/08 email LaRue to Vann | DL-31 | 802 |
| EX2441 | | x | DWLHT03881 | DWLHT03885 | 05/30/08 | 5/30/08 email LaRue to Vann | DL-42 | 802 |
| EX2442 | | x | | | 05/31/08 | | DL-30 | 802 |
| EX2443 | | x | | | 05/31/08 | | DFD-1 | 802 |
| EX2444 | | x | | | 6/18/2008 | | 4086 | 802 |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX2445 | | x | | | 07/07/08 | | DFD-31 | 802 |
| EX2446 | | x | | | 07/07/08 | | DFD-29 | 802 |
| EX2447 | | x | | | 07/08/08 | | DFD-11 | 802 |
| EX2448 | | x | | | 07/08/08 | | DFD-15 | 802 |
| EX2449 | | x | | | 07/08/08 | | DFD-16 | 802 |
| EX2450 | | x | | | 07/10/08 | | | 802; 402 |
| EX2451 | | x | | | 07/10/08 | | DFD-32 | 802 |
| EX2452 | | x | | | 07/23/08 | | DFD-14 | 802 |
| EX2453 | | x | | | 07/24/08 | | DFD-26 | 802 |
| EX2454 | | x | | | 07/24/08 | | DFD-27 | 802 |
| EX2455 | | x | | | 08/07/08 | 26 CFR 301.6111-2---Current through 8/708 issue of The Federal Register | | 802; 402, |
| EX2456 | | x | | | 08/08/08 | | | 402 |
| EX2457 | | x | 8RCM-FID161675 | 8RCM-FID161676 | 11/21/08 | | 4186 | none |
| EX2459 | | x | 1KPMG-FE-001-028501 | 1KPMG-FE-001-028518 | 00/00/0000 | asset protection and wealth transfer slideshow | | all objections reserved |
| EX2467 | | x | | | | Refco Customer Statement for FICAA 0064777-00000 | | inadequate description, all objections reserved |
| EX2468 | | x | RW-HT00795 | RW-HT00817 | | Payment Voucher | 3695 | 402, 802 |
| EX2469 | | x | | | | Statement of Facts from Plea Agreement with KPMG | KPMG44 | 402, 802 |
| EX2470 | | x | 9HT007849A | 9HT007926 | | Handwritten notes of Shannon Klose | | 802, 402 |
| EX2471 | | x | 9HT007761A | 9HT007849 | | Handwritten notes Joanne Romagosa | | 802, 402 |
| EX2472 | | x | 9HT007743 | 9HT007761 | | Handwritten notes of David Henry | | 802, 402 |
| EX2473 | | x | 9HT007712 | 9HT007742 | | Handwritten notes of Robin Calkins | | 802, 402 |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX2474 | | x | 9HT007678A | 9HT007711 | | Handwritten notes of Meliss Seavers | | 802, 402 |
| EX2475 | | x | 9HT007640A | 9HT007678 | | Handwritten notes of Elaine Connors | | 802, 402 |
| EX2476 | | x | 9HT007640 | 9HT007640 | | Handwritten notes of Theresa Ryan | | 106, 802, 402 |
| EX2477 | | x | 9HT007620A | 9HT007639 | | Handwritten notes of Elaine Connors | | 802, 402 |
| EX2478 | x | x | 9HT007606A | 9HT007620 | | Handwritten notes of Judy Irvin | | 802, 402 |
| EX2479 | | x | ADD TO CONCORDANCE AND INPUT BATES | | | | 3304 | 802 |
| EX2480 | | x | 9IRS0002 | 9IRS0003 | | | INT-62 | inadequate description, all objections reserved |
| EX2481 | | x | 8IRS0076 | 8IRS0088 | | | INT-17 | inadequate description, all objections reserved |
| EX2482 | | x | 6CARRUTH058434 | 6CARRUTH058434 | | | INT-87 | 802 duplicative entry |
| EX2483 | | x | 6CARRUTH057370 | 6CARRUTH057370 | | | INT-88 | 802 |
| EX2484 | x | x | 5RSM-F045882 | 5RSM-F045895 | | | HT-80 | 802, 402 |
| EX2485 | | x | 5KPMG-FE-007-0077884 | 5KPMG-FE-007-0077904 | | FX Investment Strategy PowerPoint | 3737 | 802, 402 |
| EX2486 | | x | 5KPMG-FE-007-0077856 | 5KPMG-FE-007-0077870 | | Short Option Strategy PowerPoint | 3736 | 802 |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX2487 | | x | 5IRS04549 | 5IRS04549 | | KMPG List of Company Name and Transaction Type | | 106, 402 |
| EX2488 | | x | 5IRS04255 | 5IRS04401 | | Form 1040 for the year 2001 (full documentation) | | 106 |
| EX2489 | | x | 5IRS04178 | 5IRS04220 | | Operating Agreement of Fidelity International Currency Advisor A Fund, LLC | | none |
| EX2490 | | x | 5IRS04166 | 5IRS04177 | | Limited Liability Company Agreement of Fidelity World Currency Advisor A Fund, LLC | | none |
| EX2491 | | x | 5IRS03802 | 5IRS03803 | | Fidelity World Trade Confirmation | | none |
| EX2492 | | x | 5IRS03542 | 5IRS03542 | | Termination Agreement, RCM 2001-10-30-34 | | none |
| EX2493 | | x | 5IRS03541 | 5IRS03541 | | Termination Agreement, RCM 2001-10-22-15 | | none |
| EX2494 | | x | 5IRS03540 | 5IRS03540 | | Termination Agreement, RCM 2001-10-22-12 | | none |
| EX2495 | | x | 5IRS03539 | 5IRS03539 | | Termination Agreement, RCM 2001-10-29-28 | | none |
| EX2496 | | x | 5IRS03538 | 5IRS03538 | | Termination Agreement, RCM 2001-10-22-10 | | none |
| EX2497 | | x | 5IRS03537 | 5IRS03537 | | Termination Agreement, RCM 2001-10-22-07 | | none |
| EX2498 | | x | 5IRS03534 | 5IRS03536 | | Digital Option Confirmation, RCM 2001-10-30-34 | | none |
| EX2499 | | x | 5IRS03533 | 5IRS03533 | | Termination Agreement, RCM 2001-10-22-14 | | none |
| EX2500 | | x | 5IRS03532 | 5IRS03532 | | Termination Agreement, RCM 2001-10-22-13 | | none |
| EX2501 | | x | 5IRS03529 | 5IRS03528 | | Digital Option Confirmation, RCM 2001-10-29-28 | | Bates numbers are incorrect |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX2502 | | x | 5IRS03528 | 5IRS03527 | | Termination Agreement, RCM 2001-10-22-08 | | Bates numbers are incorrect |
| EX2503 | | x | 5IRS03527 | - | | Termination Agreement, RCM 2001-10-22-09 | | none |
| EX2504 | | x | 5IRS03524 | 5IRS03526 | | Digital Option Confirmation, RCM 2001-10-22-15 | | none |
| EX2505 | | x | 5IRS03521 | 5IRS03523 | | Digital Option Confirmation, RCM 2001-10-22-14 | | none |
| EX2506 | | x | 5IRS03518 | 5IRS03520 | | Digital Option Confirmation, RCM 2001-10-22-13 | | none |
| EX2507 | | x | 5IRS03515 | 5IRS03517 | | Digital Option Confirmation, RCM 2001-10-22-12 | | none |
| EX2508 | | x | 5IRS03512 | 5IRS03514 | | Digital Option Confirmation, RCM 2001-10-22-10 | | none |
| EX2509 | | x | 5IRS03509 | 5IRS03511 | | Digital Option Confirmation, RCM 2001-10-22-09 | | none |
| EX2510 | | x | 5IRS03506 | 5IRS03508 | | Digital Option Confirmation, RCM 2001-10-22-08 | | none |
| EX2511 | | x | 5IRS03503 | 5IRS03505 | | Digital Option Confirmation, RCM 2001-10-22-07 | | none |
| EX2512 | | x | 5IRS03271 | 5IRS03301 | | Limited Liability Company Agreement of Fidelity High Tech Advisor A Fund, LLC | | 106 |
| EX2513 | | x | 5IRS03256 | 5IRS03266 | | Limited Liability Company Agreement of Fidelity High Tech Index A Fund, LLC | | none |
| EX2514 | | x | 5IRS03231 | 5IRS03232 | | | HT-69 | inadequate description; all objections reserved |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX2515 | | x | 5IRS03210 | 5IRS03210 | | Fidelity International Currency Advisor A Fund, LLC, Member's Ownership of Capital Calculation | | 106 |
| EX2516 | | x | 5IRS03209 | 5IRS03209 | | Fidelity International Currency Advisor A Fund, LLC, Member's Inside Basis Calculation | | 106 |
| EX2517 | | x | 5IRS03151 | 5IRS03157 | | Fidelity High Tech Advisor A Fund, LLC, Journal Entries, December 21, 2001 | | none |
| EX2518 | | x | 5IRS03151 | 5IRS03157 | | | HT-48 | inadequate description; all objections reserved |
| EX2519 | | x | 5IRS02771 | 5IRS02771 | | Revised Exhibit A; Members; Capital Contributions as of December 14, 2001 | | 106 |
| EX2520 | | x | 5IRS02256 | 5IRS02266 | | Limited Liability Company Agreement of Fidelity High Tech Option A Fund, LLC | | none |
| EX2521 | | x | 5CARRUTH052717 | 5CARRUTH052748 | | | HT-67 | inadequate description; all objections reserved |
| EX2522 | | x | 4IRS0090 | 4IRS0093 | | | INT-60 | inadequate description, all objections reserved |
| EX2523 | | x | 4CARRUTH050956 | 4CARRUTH050963 | | | HT-55 | none |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX2524 | | x | 4BRY0013723 | 4BRY0013776 | | DRAFT OPERATING AGREEMENT named BRMFS1 208935v6 for FDIS, produced by BC | 2384 | 802 |
| EX2525 | | x | 4BRY0012268 | 4BRY0012272 | | Handwritten notes re proposed FDIS transaction | 2368 | 802, 106, 402 |
| EX2526 | | x | 3IRS1270 | 3IRS1282 | | | INT-47 | inadequate description, all objections reserved |
| EX2527 | | x | 3IRS0914 | 3IRS0914 | | Note to Speiss referring to Egan's total fees of $3,375,000 and #1,375,000 | | 106, 802 |
| EX2528 | | x | 3IRS0913 | 3IRS0913 | | Email to Brent showing Helios advisory fees for Egan to be $3,375,000 | | 802 |
| EX2529 | | x | 3IRS0794 | 3IRS0799 | | Fidelity K-1 from Egan Massachusetts Liquid Fund | | none (mischaracterization) |
| EX2530 | | x | 3IRS0780 | 3IRS0791 | | Digital Option Confirmation, RCM 2001-11-06-18, -19, -21, -22 | | none |
| EX2531 | | x | 3IRS0768 | 3IRS0779 | | Digital Option Confirmation, RCM 2001-10-09-01, -02, -04, -05 | | none |
| EX2532 | | x | 3IRS0731 | 3IRS0731 | | SCHEDULE A, Property Contributed to Fidelity High Tech Advisor A Fund, LLC | | none |
| EX2533 | | x | 3IRS0601 | 3IRS0611 | | Limited Liability Company Agreement of Fidelity High Tech Index A Fund | 3724 | none |
| EX2534 | | x | 3GTFID-0021671 | 3GTFID-0021671 | | Checklist for TAB Investments 2001 LLC | 2426 | 106, 802 |
| EX2535 | x | | 3Egan037060 | 3Egan037060 | | Handwritten notes | | 802 |
| EX2536 | x | | 3Egan037049 | 3Egan037050 | | Handwritten notes | | 802 |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX2537 | | x | 3Egan036959 | 3Egan036961 | | Handwritten notes | | 802 |
| EX2538 | | x | 3Egan036658 | 3Egan036659 | | Handwritten notes | | 802 |
| EX2539 | | x | 3Egan036459 | 3Egan036462 | | Handwritten notes | | 802 |
| EX2540 | | x | 3Egan036331 | 3Egan036333 | | | | inadequate description; all objections reserved |
| EX2541 | | x | 3Egan036067 | 3Egan036070 | | | | inadequate description; all objections reserved |
| EX2542 | | x | 3Egan036059 | 3Egan036059 | | | | inadequate description; all objections reserved |
| EX2543 | | x | 3Egan036057 | 3Egan036057 | | | | inadequate description; all objections reserved |
| EX2544 | | x | 3Egan036026 | 3Egan036026 | | | | inadequate description; all objections reserved |
| EX2545 | | x | 3Egan036020 | 3Egan036020 | | | | inadequate description; all objections reserved |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX2546 | | x | 3Egan036014 | 3Egan036014 | | | | inadequate description; all objections reserved |
| EX2547 | | x | 3EGAN035929 | 3EGAN035952 | | | | inadequate description; all objections reserved |
| EX2548 | | x | 3EGAN035910 | 3EGAN035910 | | Handwritten Notes | RB03; GRH70 | 802 |
| EX2549 | x | | 3BWMS05795 | 3BWMS05900 | | BWMS Invoices. | | 402 |
| EX2550 | x | | 3ASC026760 | 3ASC026760 | | | 4201 | 802 |
| EX2551 | x | | 2SAS001473 | 2SAS001473 | | | 5008_B | none |
| EX2552 | x | | 2SAS001457 | 2SAS001460 | | | 5008_A | none |
| EX2553 | | x | 2EGAN035641 | 2EGAN035643 | | CARRUTH Management LLC, transfer requests, Maureen E. Egan 1986 Revocable Trust | | 402 |
| EX2554 | | x | 2EGAN034918 | 2EGAN034920 | | Helios Financial LLC Memo, "Draft – Implementation Steps for Purchasing Options – Capital Gains Strategy", September 8, 2000 | | none |
| EX2555 | x | | 2EGAN032246 | 2EGAN032246 | | Email, "EMC Shares" | | none |
| EX2556 | x | | 2EGAN032212 | 2EGAN032213 | | Spreadsheet | | none |
| EX2557 | | x | 2EGAN032212 | 2EGAN032213 | | | HT-38 | inadequate description; all objections reserved |
| EX2558 | | x | 2EGAN029350 | 2EGAN029353 | | FHTAA 2002 Schedule K-1 to MEE Holdings | | 106 |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX2559 | | x | 2EGAN029330 | 2EGAN029364 | | | HT-65 | Joint |
| EX2560 | | x | 2EGAN029294 | 2EGAN029329 | | | HT-57 | Joint |
| EX2561 | | x | 2EGAN029185 | 2EGAN029185 | | Fidelity High Tech Advisor A Fund, LLC General Ledger As of December 31, 2002 | | Joint |
| EX2562 | | x | 2Egan028422 | 2Egan028422 | | | | none |
| EX2563 | x | | 2EGAN027867 | 2EGAN027867 | | Handwritten Note | 3850 | none |
| EX2564 | | x | 2EGAN027866 | 2EGAN027866 | | Handwritten Note | 3691, GRHT43 | 802 |
| EX2565 | | x | 2Egan027826 | 2Egan027835 | | | | inadequate description; all objections reserved |
| EX2566 | | x | 2EGAN027254 | 2EGAN027254 | | Helios Financial Invoice, 12/26/2001 | | none |
| EX2567 | x | | 2EGAN026791 | 2EGAN026823 | | 2002 Fidelity HT Tax Return | RW16 | none |
| EX2568 | x | | 2EGAN026242 | 2EGAN026244 | | Handwritten Notes | | 802 |
| EX2569 | x | | 2EGAN026239 | 2EGAN026240 | | Handwritten Notes | | 802 |
| EX2570 | | x | 2EGAN026238 | 2EGAN026238 | | CARRUTH Management LLC letter, 4/23/2002 | | none |
| EX2571 | | x | 2EGAN026238 | 2EGAN026238 | | | HT-11 | inadequate description; all objections reserved |
| EX2572 | | x | 2EGAN026233 | 2EGAN026233 | | CARRUTH Management LLC letter, 4/23/2002 | | none |
| EX2573 | x | | 2EGAN026232 | 2EGAN026232 | | Handwritten Notes | | 802 |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX2574 | | x | 2EGAN026232 | 2EGAN026232 | | | HT-14 | inadequate description; all objections reserved |
| EX2575 | | x | 2Egan026178 | 2Egan026178 | | | | 802 |
| EX2576 | | x | 2Egan026155 | 2Egan026156 | | | | 802 |
| EX2577 | | x | 2Egan025670 | 2Egan025670 | | | | 802 |
| EX2578 | | x | 2EGAN025629 | 2EGAN025629 | | FICAA Balacne Sheet as of 12/31/01 | | none |
| EX2579 | | x | 2Egan025125 | 2Egan025125 | | | | none |
| EX2580 | | x | 2Egan025121 | 2Egan025123 | | | | 802 |
| EX2581 | | x | 2Egan024936 | 2Egan024937 | | | GRHT31 (part) | 802 |
| EX2582 | | x | 2EGAN024897 | 2EGAN024905 | | Tax Advantaged Investment Structures 9/13/01 | | none |
| EX2583 | | x | 2EGAN024753 | 2EGAN024756 | | EMC Stock and Options owners 2000 summary | | none |
| EX2584 | | x | 2Egan024730 | 2Egan024735 | | | | inadequate description; all objections reserved |
| EX2585 | | x | 2Egan023855 | 2Egan023855 | | | | inadequate description; all objections reserved |
| EX2586 | | x | 2Egan023846 | 2Egan023852 | | | | inadequate description; all objections reserved |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX2587 | | x | 2Egan023759 | 2Egan023760 | | | | inadequate description; all objections reserved |
| EX2588 | | x | 2Egan023744 | 2Egan023744 | | | | inadequate description; all objections reserved |
| EX2589 | | x | 2EGAN021755 | 2EGAN021755 | | | HT-73 | all objections reserved; Bates numbers reflect an incomplete document |
| EX2590 | | x | 2EGAN017293 | 2EGAN017335 | | Operating Agreement of Fidelity International Currency Advisor A Fund | RF01 | none |
| EX2591 | x | | 2EGAN014247 | 2EGAN014247 | | FWCAA Journal Entries | | 106 |
| EX2592 | | x | 2EGAN014138 | 2EGAN014157 | | Workpapers and Refco Statements Refco Statements: Fidelity International | | none, Plaintiff proposed as joint and Def agreed; wrong bates - should start at 014137 |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX2593 | | x | 2EGAN013952 | 2EGAN014011 | | | INT-71 | inadequate description; all objections reserved |
| EX2594 | | x | 2EGAN012149 | 2EGAN012149 | | Unsigned SS-4 on which Fidelity World is presented as a "Partnership" | | 802 |
| EX2595 | | x | 2EGAN011606 | 2EGAN011606 | | Itinerary for Meeting on Monday May 15 | | none |
| EX2596 | | x | 2EGAN011546 | 2EGAN011546 | | EGAN Family 2001 LLC Investment Proposed Structure | | 106, 802 |
| EX2597 | | x | 2CARRUTH048781 | 2CARRUTH048781 | | | INT-34 | 802 |
| EX2598 | | x | 2ASC005146 | 2ASC005146 | | Equity Index Transaction, Digital Option of Fidelity High Tech Index A and Option A Funds | 3896_A | 802 |
| EX2599 | | x | 1RSM-HT000680 | 1RSM-HT000681 | | Outline of Proposed Transaction for 48.5MM deal using 10Yr CMS put spread | 3666 | 802, 402, 106 |
| EX2600 | x | | 1MCNEILL001755 | 1MCNEILL001755 | | Handwritten Note | | 402, 802 |
| EX2601 | x | | 1MCNEILL001754 | 1MCNEILL001754 | | Handwritten note | | 402, 802 |
| EX2602 | x | | 1MCNEILL000400 | 1MCNEILL000401 | | Handwritten note | | 402, 802 |
| EX2603 | x | | 1MCNEILL000391 | 1MCNEILL000393 | | Handwritten note | | 402, 802 |
| EX2604 | | x | 1LBB002747 | 1LBB002823 | | Draft of FDIS Opinion produced by LBB marked with DGI copyright | | 802 |
| EX2605 | | x | 1KPMG-FE-002-025523 | 1KPMG-FE-002-025534 | | Prospective Alliance Background Information | KPMG37 | 802, |
| EX2606 | | x | 1KPMG-FE-001-026551 | 1KPMG-FE-001-026553 | | KPMG position paper on how to report Section 988 income and loss | | all objections reserved |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX2607 | | x | 1KPMG-FE-001-004756 | 1KPMG-FE-001-004760 | | kpmg analysis which contemplates the possibility of reporting 988 income as line 21 other income on the Form 1040 | | all objections reserved |
| EX2608 | | x | 1KPMG-F-00032664 | 1KPMG-F-00032667 | | | HT-63 | inadequate description, all objections reserved |
| EX2609 | | x | 1KPMG-F-00032661 | 1KPMG-F-00032662 | | | HT-54 | inadequate description, all objections reserved |
| EX2610 | | x | 1KPMG-F-00032659 | 1KPMG-F-00032660 | | | HT-52 | inadequate description, all objections reserved |
| EX2611 | | x | 1KPMG-F-00032654 | 1KPMG-F-00032656 | | | HT-37 | inadequate description, all objections reserved |
| EX2612 | | x | 1KPMG-F-00032372 | 1KPMG-F-00032375 | | Digital Option Confirmation, RCM 2001-02-12-02 | | none |
| EX2613 | | x | 1KPMG-F-00032372 | 1KPMG-F-00032374 | | | HT-62 | inadequate description, all objections reserved |
| EX2614 | | x | 1KPMG-F-00032369 | 1KPMG-F-00032371 | | Digital Option Confirmation, RCM 2001-02-12-01 | | none |

**APPENDIX F**

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX2615 | | x | 1KPMG-F-00032369 | 1KPMG-F-00032371 | | | HT-61 | inadequate description, all objections reserved |
| EX2616 | | x | 1KPMG-F-00032366 | 1KPMG-F-00032368 | | Digital Option Confirmation, RCM 2001-01-31-04 | | none |
| EX2617 | | x | 1KPMG-F-00032366 | 1KPMG-F-00032368 | | | HT-47 | inadequate description, all objections reserved |
| EX2618 | | x | 1KPMG-F-00032359 | 1KPMG-F-00032361 | | Digital Option Confirmation, RCM 2001-02-12-05 | | none |
| EX2619 | | x | 1KPMG-F-00032359 | 1KPMG-F-00032361 | | | HT-60 | inadequate description, all objections reserved |
| EX2620 | | x | 1KPMG-F-00032356 | 1KPMG-F-00032358 | | Digital Option Confirmation, RCM 2001-02-12-04 | | none |
| EX2621 | | x | 1KPMG-F-00032356 | 1KPMG-F-00032358 | | | HT-59 | inadequate description, all objections reserved |
| EX2622 | | x | 1KPMG-F-00032353 | 1KPMG-F-00032355 | | Digital Option Confirmation, RCM 2001-01-31-07 | | none |
| EX2623 | | x | 1KPMG-F-00032353 | 1KPMG-F-00032355 | | | HT-45 | inadequate description, all objections reserved |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX2624 | | x | 1KPMG-F-00032350 | 1KPMG-F-00032352 | | Digital Option Confirmation, RCM 2001-01-31-06 | | none |
| EX2625 | | x | 1KPMG-F-00032350 | 1KPMG-F-00032352 | | | HT-44 | inadequate description, all objections reserved |
| EX2626 | | x | 1KPMG-F-00032330 | 1KPMG-F-00032333 | | | HT-49 | inadequate description, all objections reserved |
| EX2627 | | x | 1IRS0795 | 1IRS0802 | | | INT-20 | inadequate description, all objections reserved |
| EX2628 | | x | 1IRS0274 | 1IRS0282 | | | INT-19 | inadequate description, all objections reserved |
| EX2629 | | x | 1IRS0257 | 1IRS0258 | | | INT-58 | inadequate description, all objections reserved |
| EX2630 | | x | 1IRS0176 | 1IRS0178 | | KPMG "Discussion Outline – 2001 Disclosure Issues" with T. Speiss Observations Regarding Egan Non Disclosure Arguments | | inaccurate compilation |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX2631 | | x | 1IRS0007 | 1IRS0020 | | International Exmainer's Report, including International Complance Checklist | | 402, 802, FR |
| EX2632 | | x | 1HT000023 | 1HT000024 | | | HT-12 | none |
| EX2633 | | x | 1Helios-05821 | 1Helios-05824 | | FICAA Closing binder tab 10 - Buy-Sell Notice | ME10 | none |
| EX2634 | | x | 1Helios-05800 | 1Helios-05820 | | FICAA Closing binder tab 9 - FICAA Contribution Agreement | ME09 | none |
| EX2635 | | x | 1Helios-05757 | 1Helios-05799 | | FICAA Closing binder tab 8 - FICAA Operating Agreement | ME08 | none |
| EX2636 | | x | 1Helios-05745 | 1Helios-05756 | | FICAA Closing binder tab 7 - World operating agreement | ME07 | none |
| EX2637 | | x | 1Helios-05491 | 1Helios-05744 | | FICAA Closing binder tab 6 - daily pricing | ME06 | none |
| EX2638 | | x | 1EGAN011326 | 1EGAN011326 | | | INT-51 | inadequate description; all objections reserved |
| EX2639 | | x | 1EGAN004179 | 1EGAN004309 | | | INT-55 | inadequate description; all objections reserved |
| EX2640 | | x | 1EGAN002918 | 1EGAN002919 | | FHTOA Certificate of Formation | | none |
| EX2641 | | x | 1EGAN002907 | 1EGAN002890 | | FHTOA Limited Liability Company Agreement dated 7/19/00 | | none |
| EX2642 | | x | 1EGAN002905 | 1EGAN002906 | | FHTIA Certificate of Formation | | none |
| EX2643 | | x | 1EGAN002894 | 1EGAN002904 | | High Tech Index A Fund Limited Liability Company Agreement dated 7/20/00 | | none |
| EX2644 | | x | 1EGAN002891 | 1EGAN002892 | | FHTAA Certificate of Formation | | none |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX2645 | | x | 1EGAN002869 | 1EGAN002890 | | FHTAA Limited Liability Company Agreement  dated 7/19/00 | | none |
| EX2646 | | x | 1EGAN002559 | 1EGAN002561 | | Document, "CAP-HIST, CAPITAL-CHANGES, EMC Corp." | | none |
| EX2647 | | x | 1EGAN002446 | - | | KPMG Invoice, 12/27/2001 | | incomplete Bates range |
| EX2648 | x | | 1EGAN002011 | 1EGAN002014 | | KPMG Engagement Letter | | none |
| EX2649 | | x | 1EGAN001089 | 1EGAN001090 | | | INT-53, HT-72 | inadequate description, all objections reserved |
| EX2650 | | x | 1EGAN001028 | 1EGAN001036 | | | INT-6 | inadequate description, all objections reserved |
| EX2651 | | x | 1EGAN000847 | 1EGAN000847 | | FICAA Special Allocaton of Income and Expenses (produced by KPMG to Egan) | | none |
| EX2652 | | x | 1EGAN000820 | 1EGAN000822 | | Digital Option Confirmation, RCM 2001-11-06-21 | | none |
| EX2653 | | x | 1EGAN000816 | 1EGAN000818 | | Digital Option Confirmation, RCM 2001-11-06-19 | | none |
| EX2654 | | x | 1EGAN000812 | 1EGAN000814 | | Digital Option Confirmation, RCM 2001-11-06-18 | | none |
| EX2655 | | x | 1EGAN000777 | 1EGAN000790 | | Summary of Transactions 4/1/02 - 6/30/02 FICAA | | Joint |
| EX2656 | | x | 1EGAN000768 | 1EGAN000768 | | FICAA Member's Outside Basis Calcuation (produced by KPMG to Egan with X 017695 bates) | | Joint |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX2657 | | x | 1EGAN000480 | 1EGAN000480 | | | INT-31 | inadequate description; all objections reserved |
| EX2658 | | x | 1DGI-09-54-106010 | 1DGI-09-54-106012 | | | HT-18 | 802, 402 |
| EX2659 | | x | 1DGI-05-35-059459 | 1DGI-05-35-059511 | | | INT-9 | inadequate description, all objections reserved |
| EX2660 | | x | 1DGI-05-31-050506 | 1DGI-05-31-050536 | | | INT-56 | inadequate description, all objections reserved |
| EX2661 | | x | 1DGI-03-22-031307 | 1DGI-03-22-031307 | | HSBC Credit Showing $1 million paid by Div to Refco | | 106, 402 |
| EX2662 | | x | 1DGI-02-18-025432 | 1DGI-02-18-025434 | | | HT-78 | inadequate description, all objections reserved |
| EX2663 | | x | 1DGI-02-17-024051 | 1DGI-02-17-024053 | | | HT-77 | inadequate description, all objections reserved |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX2664 | | x | 1DGI-02-15-021804 | 1DGI-02-15-021805 | | | HT-75 | inadequate description, all objections reserved |
| EX2665 | | x | 1CARRUTH046021 | 1CARRUTH046037 | | | HT-64 | inadequate description, all objections reserved |
| EX2666 | | x | 1CARRUTH045236 | 1CARRUTH045237 | | | INT-70 | 802 |
| EX2667 | | x | 1CARRUTH045158 | 1CARRUTH045159 | | | INT-69 | 802 |
| EX2668 | | x | 1CARRUTH043354 | 1CARRUTH043354 | | | INT-84 | inadequate description; all objections reserved |
| EX2669 | | x | 1CARRUTH038654 | 1CARRUTH038654 | | | HT-9 | inadequate description, all objections reserved |

**APPENDIX F**

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX2670 | | x | 1CARRUTH038563 | 1CARRUTH038585 | | | HT-32 | inaccurate bates range - should be 038563, 026670, 038564-65, 026680-83, 035785, 035265, 026684. Inadequate description, all objections reserved |
| EX2671 | | x | 1CARRUTH038391 | 1CARRUTH038392 | | | HT-31 | inadequate description all objections reserved |
| EX2672 | | x | 1CARRUTH038387 | 1CARRUTH038387 | | | HT-6 | inadequate description; all objections reserved |
| EX2673 | | x | 1CARRUTH038235 | 1CARRUTH038235 | | | HT-10 | inadequate description; all objections reserved |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX2674 | | x | 1CARRUTH038231 | 1CARRUTH038231 | | | HT-20 | inadequate description, all objections reserved |
| EX2675 | | x | 1CARRUTH038228 | 1CARRUTH038228 | | | HT-24 | inadequate description, all objections reserved |
| EX2676 | | x | 1CARRUTH038219 | 1CARRUTH038219 | | | HT-23 | inadequate description; all objections reserved |
| EX2677 | | x | 1BWMS01209 | 1BWMS01209 | | | HT-51 | inadequate description |
| EX2678 | | x | 1ALPHA-DISK03-000669 | 1ALPHA-DISK03-000671 | | | INT-25 | inadequate description, all objections reserved |
| EX2679 | | x | 13IRS00988 | 13IRS01018 | | FICAA 2003 Form 1065 PRODUCED IN RESPONSE TO IDR | | 106, 402 |
| EX2680 | | x | 13IRS00304 | 13IRS00304 | | FICAA Member's Outside Basis Calcuation | | none |
| EX2681 | | x | | | | Fax from Smith | 4085 | 802 |
| EX2683 | | x | Print copy of tabe from excel file produced by Refco, marked | | | REFCO-E-039831749.xls | 4152 | 802 |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX2684 | | x | Print copy of tabe from excel file produced by Refco, marked | | | REFCO-E-039831749.xls | 4152 | 802 |
| EX2685 | | x | Print copy of tabe from excel file produced by Refco, marked | | | REFCO-E-039829684.xls | 4155 | 802 |
| EX2686 | | x | Print copy of tabe from excel file produced by Refco, marked | | | REFCO-E-039829684.xls | 4161 | 802 |
| EX2687 | | x | Print copy of tabe from excel file produced by Refco, marked | | | REFCO-E-039829684.xls | 4162 | 802 |
| EX2688 | | x | Print copy of tabe from excel file produced by Refco, marked | | | REFCO-E-039829684.xls | 4164 | 802 |
| EX2689 | | x | Print copy of tabe from excel file produced by Refco, marked | | | REFCO-E-039829674.xls | 4168 | 802 |
| EX2690 | | x | Print copy of tabe from excel file produced by Refco, marked | | | REFCO-E-039829674.xls | 4169 | 802 |
| EX2691 | | x | Print copy of tabe from excel file produced by Refco, marked | | | REFCO-E-039829674.xls | 4170 | 802 |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX2692 | | x | Print copy of tabe from excel file produced by Refco, marked | | | REFCO-E-039829684.xls | 4180 | 802 |
| EX2693 | | x | Print copy of tabe from excel file produced by Refco, marked | | | REFCO-E-039829684.xls | 4181 | 901, 802, 402 |
| EX2697 | x | | | | | John Barrie Bio | JB05 | none |
| EX2698 | x | | | | | Final Processing List | JB08 | none |
| EX2704 | | x | ADD TO CONCORDANCE AND INPUT BATES | | | Plaintiff's Objections and Responses to Def's First Set of Roggs (complete copy) | 4047 | none |
| EX2705 | | x | ADD TO CONCORDANCE AND INPUT BATES | | | Plaintiff's Objections and Responses to Def's First Set of Roggs (partial copy) | 2158 | none |
| EX2706 | | x | ADD TO CONCORDANCE AND INPUT BATES | | | Expert Report of LaRue, David dated 8/7/01 in FICAA | 2004 | 802 |
| EX2707 | | x | ADD TO CONCORDANCE AND INPUT BATES | | | Workpaper E-5 Calculated and Actual Net Premiums [form Kolbe Expert report] | 1289 | 802 |
| EX2708 | | x | ADD TO CONCORDANCE AND INPUT BATES | | | Table 14 from Kolbe report | 1290 | 802 |
| EX2709 | | x | ADD TO CONCORDANCE AND INPUT BATES | | | Expert Report of Dougherty dated 9/11/07 in FICAA | 2010 | 802 |
| EX2710 | | x | ADD TO CONCORDANCE AND INPUT BATES | | | Summary of NERA invoices | 2200 | 802 |
| EX2711 | | x | | | | Expert Repot of Songy in rebuttal of Expert report of LaRue in COBRA | 4028 | 802 |

## APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX2712 | | x | | | | Expert Report of Smith for Fidelity HT | 5009 | 802 |
| EX2716 | | x | | | 02/22/99 | Report dated 2/99 re IRS return selection process | 2081 | 802, 402 |
| EX2717 | | x | 1ASC008866 | 1ASC008875 | 09/01/99 | Jade Trading | 2163 | 802 |
| EX2719 | | x | 1GJS001286 | 1GJS001321 | 00/00/2000 | Instructions for form 1065, 2001 | 4021 | 802, 402 |
| EX2720 | | x | | | 00/00/2000 | Pamphlet that gives Capital Gains Tax rates for 2000 | | 802 |
| EX2721 | | x | ADD TO CONCORDANCE AND INPUT BATES | | | US Brief in CEMCO 7th Cir. (selected pages) | 2067 | 802; 402 |
| EX2722 | | x | ADD TO CONCORDANCE AND INPUT BATES | | | Treas. Reg. 1.6664.2 | 2078 | 802; 402 |
| EX2723 | | x | ADD TO CONCORDANCE AND INPUT BATES | | | IRS Coordinated Issue paper on Distressed Asset/Debt Tax Shelters | 2079 | 802; 402 |
| EX2724 | | x | ADD TO CONCORDANCE AND INPUT BATES | | | IRS Notice 2003-54 | 2080 | 802; 402 |
| EX2725 | | x | ADD TO CONCORDANCE AND INPUT BATES | | | 26 USC 752 | 2120 | 802; 402 |
| EX2726 | | x | ADD TO CONCORDANCE AND INPUT BATES | | | Long Term Capital v. USA, 330 F.Supp.2d 122 (D. Conn. 2004) | 2226 | 802; 402 |
| EX2727 | | x | ADD TO CONCORDANCE AND INPUT BATES | | | Treas. Reg. 1.6664-4 | 2233 | 802; 402 |
| EX2728 | | x | | | | 2001 Instructions for Schedule K-1 (Form 1065) | | 802 |
| EX2729 | | x | | | | 2001 Instructions to Form 1065 at pages 7 | | 802 |

# APPENDIX F

## LIST OF DEFENDANT'S EXHIBITS AND PLAINTIFF'S OBJECTIONS

| Exhibit No | Will Call | May Call | Beginning Bates or other idetification | Ending Bates | Date | Description | Previously Marked | Plaintiff's Objections |
|---|---|---|---|---|---|---|---|---|
| EX2730 | | x | | | | 2002 Instructions for Schedule K-1 | | 802 |
| EX2731 | | x | | | | 2002 Instructions for Schedule K-1 (Form 1065) | | 802 |
| EX2732 | | x | | | | 2001 Form 1040 Instructions | | 802 |
| EX2733 | | x | | | | 2001 Instructions for Form 1065 | | 802 |
| EX2734 | | x | | | | 2001 Instructions for Form 1065 | | 802 |
| EX2735 | | x | | | | 2001 Instructions for Form 4797 | | 802 |
| EX2736 | | x | | | | 2002 Instructions for Form 1065 | | 802 |
| EX2737 | | x | | | | 2002 Instructions for Form 1065 | | 802 |
| EX2738 | | x | | | | 2002 Instructions for Form 4797 | | 802 |
| EX2739 | | x | | | | Reg Sec 1743-1(k)(1) | | 802 |
| EX2740 | | x | | | | Regulation Section 1.708-1(b)(2) | | 802 |
| EX2741 | | x | | | | Regulation Section 1.708-4 | | 802 |
| EX2742 | | x | | | | Regulation Section 301.7701-2(c) | | 802 |
| EX2743 | | x | | | | Regulation Sections 1.708-1(b)(2) and -4 | | 802 |
| EX2744 | | x | | | | Treasury Reg Secs 301.7701-2(c) and -2(c)(2)(i) | | 802 |
| EX2745 | | x | | | | Instructions for Form 8257 | 4026 | 802; 402 |
| EX2746 | | x | | | | Capital Gains and Losses Form | 4030 | 802; 402 |
| EX2747 | | x | | | | | 4082 | 802; 402 |
| EX2748 | | x | | | | Pasternak v C.I.R. | 4091 | 802; 402 |
| EX2749 | | x | | | | Neonatology v. C.I.R. | 4093 | 802; 402 |
| EX2750 | | x | | | | ACM Partnership v. C.I.R. | 4095 | 802; 402 |
| EX2751 | | x | | | | Partnerships | 4096 | 802; 402 |
| EX2753 | | x | ADD TO CONCORDANCE AND INPUT BATES | | | Statistics: Probability, Inference and Decision, Second Edition, Winkler & Hays | 4062 | 802 |
| EX2754 | | x | ADD TO CONCORDANCE AND INPUT BATES | | | | 3303 | 802, 402 |